1          REPORTER'S RECORD   **74145**

2          VOLUME 62 OF 65 VOLUMES—   — .

3        TRIAL COURT CAUSE NO. F00-02424-NM

4  THE STATE OF TEXAS          :        IN THE DISTRICT COURT

5  VS.                         :        DALLAS COUNTY, TEXAS

6  JEDIDIAH ISAAC MURPHY       :        194TH JUDICIAL DISTRICT

7              * * * * * * * * * * * * * * * * * * * *

8                 EXHIBIT VOLUME          **FILED IN**
                                       COURT OF CRIMINAL APPEALS
9              * * * * * * * * * * * * * * * * * * * *
                                          DEC  5 2001
10 A P P E A R A N C E S:

                                       Troy C. Bennett, Jr., Clerk
11 HONORABLE BILL HILL, Criminal District Attorney
           Crowley Criminal Courts Building
12         Dallas, Dallas County, Texas  75207
           Phone:  214-653-3600
13 BY:     MR. GREG DAVIS, A.D.A., SBOT # 05493550
           MS. MARY MILLER, A.D.A., SBOT # 21453200
14             FOR THE STATE OF TEXAS;

15 MS. JANE LITTLE, Attorney at Law, SBOT # 12424210
   MR. MICHAEL BYCK, Attorney at Law, SBOT # 03549500
16 MS. JENNIFER BALIDO, Attorney at Law, SBOT # 10474880
   Dallas County Public Defender's Office
17         Phone:  214-653-9400
               FOR THE DEFENDANT.

18

19              * * * * * * * *

20      On the 26th day of February, through the 30th day of

21 June, 2001, the following proceedings came on to be heard in

22 the above-entitled and numbered cause before the Honorable F.

23 Harold Entz, Jr., Judge presiding, held in Dallas, Dallas

24 County, Texas:  Proceedings reported by machine shorthand,

25 computer assisted transcription.

DARLINE W. LABAR, OFFICIAL REPORTER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

State's Exhibit Number 73

Wadley Hosptial Records

(Copy attached)

F00-02424-M

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 194TH JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| JEDIDIAH ISAAC MURPHY | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT

STATE OF _Texas_ §
COUNTY OF _Bowie_ §

BEFORE ME, the undersigned authority, on this day personally appeared _La Nelle B. Walters_

who being by me duly sworn, deposed as follows:

"My name is _La Nelle Walter_, I am of sound mind, capable of making this affidavit,

and personally acquainted with the facts herein stated:

I am the custodian of the records of Wadley Regional Medical Center Attached hereto are

_46_ pages of records from Wadley Regional Medical Center These said _46_ pages of records

are kept by Wadley Regional Medical Center in the regular course of business, and it was the regular

course of business of Wadley Regional Medical Center for an employee or representative of Wadley

Regional Medical Center with knowledge of the act, event, condition, opinion, or diagnosis recorded

to make the record or to transmit information thereof to be included in such record; and the record

was made at or near the time or reasonably soon thereafter. The records attached hereto are the

original or exact duplicates of the original."

BUSINESS RECORDS AFFIDAVIT - Page 1

STATE'S
EXHIBIT
73

_La Nelle B. Whitten_ RHIT
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME this _30th_ day of _January_ , ~~2000~~, 2001 to

certify which witness my hand and seal of office.

_Emily R. Whatley_
Notary Public in and for
_Bowie_ County, _Texas_

My Commission Expires:
06·16·2003

EMILY R. WHATLEY
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 06-16-2003

BUSINESS RECORDS AFFIDAVIT - Page 2

# SMART
### CORPORATION    Health Information Outsourcing Services

Dear Requestor:

The enclosed health information was provided to you by Smart Corporation's health information outsourcing service. We are under agreement with the medical facility to release all authorized copies of medical records. Smart will continue to copy records that you request from this facility or, if you prefer, you may make arrangements for one of your own personnel or an independent copy service to copy the requested records. However, you must obtain prior permission and schedule an appointment with the medical records department in advance.

If you have any questions regarding the enclosed records, please contact Smart Corporation's area office listed below:

**Smart Corporation**
**Gloria McLaughlin, Hospital Manager**
**106 Stately Point**
**Hot Springs, AR 71913**
**(800)748-1372**

These photocopies have been made from the medical facility's original records. The confidentiality of these records is protected by federal and other law. These copies are intended exclusively for the requested purpose and cannot be recopied or redistributed for other purposes without the written informed consent of the person to whom it pertains.

( )  The _____ information you requested is not enclosed because it was not present in the medical record at the time we received your request.

( )  These records were reproduced from microfilm; their quality cannot be guaranteed.

( )  Your request for an itemized billing statement/x-ray films was forwarded to the appropriate department and will be sent under separate cover from that department.

( )  You requested all medical records. Please be advised, however, that this file contained some information that cannot be released without a specific patient authorization. Please contact the patient for such an authorization. If the patient has questions about the need for specific authorization, he or she must contact the medical records department of the facility.

---

If you would like more information about

## Smart Corporation's
### Health Information
### Outsourcing Services

for your medical facility, please complete the following and mail to:

Smart Corporation
P.O. Box 1813
Alpharetta, GA 30005
Attn: Leah Rogers

Facility Name _____

Phone Number (_____) _____

Address _____

City_____ State _____

Zip _____ # of Physicians _____

Specialty _____

# of Beds _____ # of Admits_____

---

Your Name _____

Title _____

9/98

| IN RE INVESTIGATION | § | IN THE GRAND JURY OF |
|---|---|---|
| | § | |
| | § | DALLAS COUNTY, TEXAS |
| OF | § | |
| | § | |
| | § | OCTOBER TERM, A.D., 2000 |
| JEDIDIAH ISAAC MURPHY | § | |

## LAW ENFORCEMENT AGENCY REQUEST FOR
## APPLICATION FOR ISSUANCE OF SUBPOENA DUCES TECUM
## SUMMONING PERSON TO APPEAR BEFORE GRAND JURY

TO THE FOREMAN OF THE GRAND JURY OF DALLAS COUNTY:

I, Gregory S. Davis, an Assistant District Attorney for Dallas County, Texas, do hereby request that the Foreman of the Grand Jury of the County of Dallas, State of Texas make application to the District Court of Dallas County for issuance of a subpoena duces tecum summoning Lanelle Walters of Wadley Regional Medical Center, Bowie County, Texas, to appear before the Dallas County Grand Jury and to produce the following records or documents for use in a legitimate law enforcement investigation which is being conducted under auspices of the Grand Jury:

(1)    Any and all records regarding Jedidiah Isaac Murphy, D.O.B. 9/1/75, SSN 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.

(2)    Any and all records regarding Matthew (Matt) Murphy, SSN 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.

I hereby certify that the testimony of the said witness is believed to be material.

GREGORY S. DAVIS
Assistant District Attorney
Frank Crowley Courts Building
133 N. Industrial Blvd., LB 19
Dallas, Texas 75207-4399
(214) 653-3600

Att = Willie
Richardson

**Grand Jury Subpoena - Page 1**

**WADLEY REGIONAL MEDICAL CENTER**

ADMITTING RECORD/SUMMARY

*In-Obs.*

ADM.TH

1000 PINE ST. · TEXARKANA, TX 75501

| PATIENT NAME AND ADDRESS | PATIENT PHONE | ROOM | PATIENT ACCT. # | PATIENT MPI # |
|---|---|---|---|---|
| MURPHY,MATTHEW<br>501B W WALTERS<br><br>NEW BOSTON, TX 75570 | 903-628-4129 | 495/1 | W02423929 | M0089550 |

| SOCIAL SEC. # | RELIGION | RACE | LOCATION/SERVICE |
|---|---|---|---|
| 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 | | C | OBSV |

| DATE OF BIRTH | AGE | SEX | MARITAL STATUS | FC |
|---|---|---|---|---|
| 09/18/75 | 20 | M | S | S08 |

| GUARANTOR NAME AND ADDRESS | EMERGENCY NOTIFY | REL | PHONE |
|---|---|---|---|
| MURPHY,MATTHEW<br>501B W WALTERS<br>NEW BOSTON,TX 75570 | DELOZIER,RUBY | GM | 903-628-4129 |

| | NEXT OF KIN | REL | PHONE |
|---|---|---|---|
| PHONE    903-628-4129 | ABBOTT,HOPE | M | 214-962-744 |

REL    S
EMPLOYER    UNEMPLOYED
SOCIAL SEC. #    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

ADMIT PHYSICIAN  Donald Jeffrey
REFERRING PHYSICIAN  Donald Jeffrey
ADMITTING DIAGNOSIS  GUNSHOT WOUND LEFT HAND

| ADMIT DATE | TIME | SOURCE | TYPE | NURSING STATION |
|---|---|---|---|---|
| 09/18/96 | 1751 | ER | ER | |

DISCHARGED 9/19/96  TIME:

DIED ☐  UNDER 48 HRS.
☐  OVER 48 HRS.
AUTOPSY ☐ YES  ☐ NO

| PRIMARY INSURANCE | SUBSCRIBER | REL |
|---|---|---|
| NO INSURANCE | | |

ICD9/CPT CODES

| PRE-CERT. | EMPLOYER | GROUP # |
|---|---|---|
| SS # | POLICY # | EFFECT. DATE | EXP. DATE |

882.1
E917.9
782.0

| SECONDARY INSURANCE | SUBSCRIBER | REL |
|---|---|---|
| PRE-CERT. | EMPLOYER | GROUP # |
| SS # | POLICY # | EFFECT. DATE | EXP. DATE |

86.05 9/3
82.12
101.20
26037

| OTHER INSURANCE | SUBSCRIBER | REL |
|---|---|---|
| PRE-CERT. | EMPLOYER | GROUP # |
| SS # | POLICY # | EFFECT. DATE | EXP. DATE |

COMMENTS    FACILITY CODE:  TX01
NEW MPI VERI  NO INS,UNABLE TO PAY

DIAGNOSIS/PROCEDURES

Dehaan
Yen
Robinson

D2423929

# Release of Information

---

Texas law requires Wadley Regional Medical Center to let you choose whether you want basic information about your stay in the hospital to be given oput.  No matter what you choose to do, information about your condition will remain confidential.

---

**INITIAL ONE OF THE FOLLOWING:**

| | |
|---|---|
| _JM_ **"Information Patient"** | _____ **"Non-Information Patient"** |

**"Information Patient"**

* We can confirm that you are a patient in our hospital.

* You will be able to receive flowers and mail.

* You will be able to receive phone calls.

* We will be able to tell visitors, pastors and callers what room you are in.

* Your name will appear on all patient lists that are used throughout the Medical Center.

**"Non-Information Patient"**

* We will not let <u>anyone</u> know you are a patient in our hospital, except as required by law.

* You will not receive mail, phone calls, or flowers.

* If a visitor comes to see you, we will not be able to tell them your room number, and so they cannot visit you unless you tell them your room number.

* Your name will not appear on any patient lists other than those required for your care.

---

Signature: _Matthew Murphy_          Date: _9-13-96_
**(Patient or Legally Authorized Representative)**

Printed Name: _Matthew Murphy_

②

Name _Matthew Murphy_

Account Number _WD2423929_

**WADLEY REGIONAL MEDICAL CENTER**
P. O. Box 1878
Texarkana, Texas 75504
(903) 798-8000
**UNIVERSAL CONSENT FOR TREATMENT**

**MEDICAL AND SURGICAL CONSENT:** The undersigned (patient or patient's representative) consents to any x-ray examination, laboratory procedures (including testing for communicable diseases such as hepatitis, venereal disease, Acquired Immune Deficiency Syndrome (AIDS), anesthesia, medical or surgical treatment or hospital services rendered the patient under the general and special instructions and orders of the physician. The undersigned recognizes that all doctors of medicine, dentists and other members of the Medical and Allied Health Staff furnishing services to the patient, including, among others, radiologists, pathologists, anesthesiologists, anesthetists, and the like, are not employees or agents of Wadley Regional Medical Center ("the hospital").

**PERSONAL BELONGINGS:** It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables and the hospital shall not be liable for the loss or damage of any money, jewelry, glasses, dentures, documents or other articles unless placed therein.

**FINANCIAL RESPONSIBILITY/INSURANCE ASSIGNMENT:** I assign to the Hospital any benefits payable for my treatment under hospitalization, medical, dental, accident, or any other form of benefits that I may be entitled to including coverage under any type of plan, trust, or fund that provides benefits to me. I assign such benefits whether they are provided to me as an employee or otherwise and whether such benefits are insured or not insured. I permit any such assignment of benefits that is permissible under state or federal law. If my treatment was caused by events which result in legal action, I assign to the Hospital an interest in any claims I may have. This assignment is for the total owed the Hospital and also authorizes applicable health care benefits, if any, be paid to licensed physicians, individuals, or groups, who perform services for my care and treatment at the Hospital. I understand that I am ultimately responsible for this account, regardless of any amount my insurance and/or Workers' Compensation may pay.

**STATEMENT TO PERMIT PAYMENT OF MEDICARE BENEFITS TO PROVIDER, PHYSICIANS, AND PATIENTS:** I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment to me.

**RELEASE OF INFORMATION:** I authorize the Hospital to release any medical information requested by my treating physicians or representatives of local, state, or federal agencies, insurance companies, or other organizations or entities as may be required for payment of claims which are due the Hospital or my treating physicians as a result of this hospital visit. I further authorize the Hospital to release any medical information to entities utilizing this information for quality management, peer review and/or outcome analysis such as tumor registry follow-up. I understand information to be released may include history, diagnosis, mental illness, or communicable disease. I understand that this authorization may be revoked by the person giving authorization by written and dated notice, except to the extent that disclosure of information has been made prior to receipt of revocation. I authorize the Hospital to release my home address, telephone number, and Social Security number to the manufacturers of the medical devices I receive.

**PATIENT RIGHTS:** I understand a list of patient rights is in the patient handbook and upon request I will be provided telephone numbers to file a complaint. I have been advised I can be admitted as an anonymous patient. If I choose to be anonymous I will receive no visitors, no mail, no flowers and no phone calls.

**I HAVE READ AND UNDERSTAND THE INFORMATION ABOVE AND ON THE BACK OF THIS FORM.**

| _Matthew Murphy_ | _Self_ | **Reason if Patient is unable to Sign:** |
| Patient Signature | Relation to Patient | |
| _Matthew Murphy_ | _9-13-96_ | ___ Minor (under 18 years) |
| Insured Signature | Date of Signature | ___ Physical Condition |
| _Murphy Murphy_ | _WMJ_ | ___ Mental Condition |
| Responsible Party Signature | Witness | |

Form 02099/48011  (4/96)

③

# AN IMPORTANT MESSAGE FROM MEDICARE

## YOUR RIGHTS WHILE YOU ARE A MEDICARE HOSPITAL PATIENT

- You have the right to receive all the hospital care that is necessary for the proper diagnosis and treatment of your illness or injury. According to Federal law, your discharge date must be determined solely by your medical needs, not by "DRGs" or Medicare payments.
- You have the right to be fully informed about decisions affecting your Medicare coverage and payment for your hospital stay and for any post-hospital services.
- You have the right to request a review by a Peer Review Organization of any written Notice of Noncoverage that you receive from the hospital stating that Medicare will no longer pay for your hospital care. Peer Review Organizations (PROs) are groups of doctors who are paid by the Federal Government to review medical necessity, appropriateness and quality of hospital treatment furnished to Medicare patients. The phone number and address of the PRO for your area are:

Texas Medical Foundation
901 Mopac Expressway South, Suite 200, Austin, Texas 78746
Telephone: 1-800-725-8315

## TALK TO YOUR DOCTOR ABOUT YOUR STAY IN THE HOSPITAL

You and your doctor know more about your condition and your health needs than anyone else. Decisions about your medical treatment should be made between you and your doctor. If you have any questions about your medical treatment, your need for continued hospital care, your discharge, or your need for possible post-hospital care, don't hesitate to ask your doctor. The hospital's patient representative or social worker will also help you with your questions and concerns about hospital services.

## IF YOU THINK YOU ARE BEING ASKED TO LEAVE THE HOSPITAL TOO SOON

- Ask a hospital representative for a written notice of explanation immediately, if you have not already received one. This notice is called a "Notice of Noncoverage". You must have this Notice of Noncoverage if you wish to exercise your right to request a review by the PRO.
- The Notice of Noncoverage will state either that your doctor or the PRO agrees with the hospital's decision that Medicare will no longer pay for your hospital care.
  + If the hospital and your doctor agree, the PRO does not review your case before a Notice of Noncoverage is issued. But the PRO will respond to your request for a review of your Notice of Noncoverage and seek your opinion. You cannot be made to pay for your hospital care until the PRO makes its decision if you request the review by noon of the first work day after you receive the Notice of Noncoverage.
  + If the hospital and your doctor disagree, the hospital may request the PRO to review your case. If it does make such a request, the hospital is required to send you a notice to that effect. In this situation the PRO must agree with the hospital or the hospital cannot issue a Notice of Noncoverage. You may request that the PRO reconsider your case after you receive a Notice of Noncoverage but since the PRO has already reviewed your case once, you may have to pay for at least one day of hospital care before the PRO completes this reconsideration.

## IF YOU DO NOT REQUEST A REVIEW, THE HOSPITAL MAY BILL YOU FOR ALL THE COSTS OF YOUR STAY BEGINNING WITH THE THIRD DAY AFTER YOU RECEIVE THE NOTICE OF NONCOVERGE. THE HOSPITAL, HOWEVER, CANNOT CHARGE YOU FOR CARE UNLESS IT PROVIDES YOU WITH A NOTICE OF NONCOVERAGE.

## HOW TO REQUEST A REVIEW OF THE NOTICE OF NONCOVERAGE

- If the Notice of Noncoverage states that your physician agrees with the hospital's decision:
  + You must make your request for review to the PRO by noon of the first work day after you receive the Notice of Noncoverage by contacting the PRO by phone or in writing.
  + The PRO must ask for your views about your case before making its decision. The PRO will inform you by phone and in writing of its decision on the review.
  + If the PRO agrees with the Notice of Noncoverage, you may be billed for all costs of your stay beginning at noon of the day after you receive the PRO's decision.
  + Thus, you will not be responsible for the cost of hospital care before you receive the PRO's decision.

- If the Notice of Noncoverage states that the PRO agrees with the hospital's decision:
  + You should make your request for reconsideration to the PRO immediately upon receipt of the Notice of Noncoverage by contacting the PRO by phone or in writing.
  + The PRO can take up to three working days from receipt of your request to complete the review. The PRO will inform you in writing of its decision on the review.
  + Since the PRO has already reviewed your case once, prior to the issuance of the Notice of Noncoverage, the hospital is permitted to begin billing you for the cost of your stay beginning with the third calendar day after you receive your Notice of Noncoverage even if the PRO has not completed its review.
  + Thus, if the PRO continues to agree with the Notice of Noncoverage, you may have to pay for at least one day of hospital care.

NOTE: The process described above is called "immediate review". If you miss the deadline for this immediate review while you are in the hospital, you may still request a review of Medicare's decision to no longer pay for your care at any point during your hospital stay or after you have left the hospital. The Notice of Noncoverage will tell you how to request this review.

## POST-HOSPITAL CARE: When your doctor determines that you no longer need all the specialized services provided in a hospital, but you still require medical care, he or she may discharge you to a skilled nursing facility or home care. The discharge planner at the hospital will help arrange for the services you may need after your discharge. Medicare and supplemental insurance policies have limited coverage for skilled nursing facility care and home health care. Therefore, you should find out which services will or will not be covered and how payment will be made. Consult your doctor, hospital discharge planner, patient representative and your family in making preparations for care after you leave the hospital. Don't hesitate to ask questions.

Case 3:10-cv-00163-N   Document 18-2   Filed 11/19/10   Page 11 of 548   PageID 8469

**Wadley Regional Medical Center**

## REQUEST, DISCLOSURE AND CONSENT FOR
## MEDICAL AND SURGICAL PROCEDURES

Murphy, Matthew

| MUSCULOSKELETAL / NERVOUS |

**TO THE PATIENT:** You have the right, as a patient, to be informed about your condition and the recommended surgical, medical, or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I (We) voluntarily request Dr. _De Huan ._

as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, to treat my condition which has been explained to me as: _Gun Shot Wound to Left Hand_

I (We) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures: _Explore hand;_ _Incision of hand to relieve pressure; Remove bullet_

I (We) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (We) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgement.

I (We) (do) (do not) consent to the use of blood and blood products as deemed necessary.

I (We) understand that no warranty or guarantee has been made to me as to result or cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (We) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions, and even death. I (We) also realize that the following risks and hazards may occur in connection with this particular procedure: _____

_____

_____

_____

Furthermore, I request and authorize the administration of anesthesia and/or conscious sedation to be applied by or under

the direction of Dr. _Watson, Robinson, Hubbard_ and the
      **(Name of Anesthesiologist /Physician)**

use of such anesthetics as he may deem advisable, with the exception of _____.

I (We) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (We) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (We) understand that certain complications may result from the use of anesthetics including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (We) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache and chronic pain.

★ I (We) hereby authorize Wadley Regional Medical Center's pathologist to use his discretion in the disposal of any tissue removed. Specify any exception: _____

I (We) have been given an opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedures to be used, and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (We) certify this form has been fully explained to me, that I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

Date: _9-13-96_

(Signature) _Matthew Murphy_
**(Signature of patient or signature of person assuming legal responsibility)**

Time: _1435_          A.M.
                        P.M.      Witness: _____

★ **Copy of consent must accompany tissue to Pathology on any exceptions.**

Form #02006/47143  Reset 2-23-95
This form is designed to comply with the requirements promulgated by the Texas Medical Disclosure Panel.

## DISCLOSURE AND CONSENT
## MEDICAL AND SURGICAL PROCEDURES

**Musculoskeletal System Treatments and Procedures:**

1. Impaired function such as shortening or deformity of an arm or leg, limp or foot drop.
2. Blood vessel or nerve injury.
3. Pain or discomfort
4. Fat escaping from bone with possible damage to a vital organ.
5. Failure of bone to heal.
6. Bone infection.
7. Removal or replacement of any implanted device or material.
8. Failure of reconstruction to work.
9. Continued loosening of the joint.
10. Degenerative arthritis.
11. Continued pain.
12. Increased stiffening.
13. Cosmetic and / or functional deformity.
14. Growth deformity (children).
15. Additional surgery.

**Nervous System Treatments and Procedures:**

16. Additional loss of brain function including memory.
17. Recurrence or continuation of the condition that required this operation.
18. Stroke.
19. Blindness, deafness, inability to smell, double vision, coordination loss, seizures, pain, numbness and paralysis.
20. Numbness, impaired muscle function or paralysis.
21. Pain, numbness or clumsiness.
22. Impaired muscle function.
23. Incontinence or impotence.
24. Unstable spine.
25. Injury to major blood vessels.
26. Continued; increased or different pain.
27. Loss of brain function.
28. Spinal fluid leak.
29. Necessity for hormone replacement.
30. Nasal septal deformity or perforation.
31. Shunt obstruction or infection.
32. Recurrence or continuation of brain dysfunction.
33. Seizure disorder.

## DISCLOSURE AND AGREEMENT FOR — BLOOD TRANSFUSION

To: Dr. _Dehaan_ _____ and Wadley Regional Medical Center.

Date: _9-13-96_ _____

Time: _1430_ _____

(I/We) understand that a transfusion of whole blood or blood products is planned for (me) or (name of patient) _Matthew Murphy_ _____ as may be deemed advisable in the judgment of the attending physician, his associates or assistants; and I (we) voluntarily consent to and authorize this transfusion and the use of blood and blood products as deemed necessary.

(I/We) understand that no warranty or guarantee has been made to me (us) as to result or cure or as to fitness or quality of the blood or blood products which may be transfused.

(I/We) realize that common to surgical, medical and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reaction and even death. I (We) also realize that the following risks and hazards, among others, may occur in connection with a transfusion of blood or blood products, in spite of the exercise of due care:

Fever;

Transfusion reaction which may include kidney failure or anemia;

Heart Failure;

Hepatitis;

AIDS (Acquired Immune Deficiency Syndrome);

Other Infections.

It is understood and expressly agreed that blood and/or blood products supplied in accordance with this disclosure and agreement are provided incidental to the rendering of medical services.

(I/We) have been given an opportunity to ask questions about the contemplated transfusion and the treatment, risks and procedures to be used and I (we) believe that I (we) have sufficient information to give this informed consent.

(I/We) certify that this form has been fully explained to me (us) and that I (we) have read it or have had it read to me (us), that the blank spaces have been filled in, and that I (we) understand its content.

Signed: _Matthew Murphy_ _____
(Patient) (Other Legally Reponsible Person)

_____
(Relationship)

Witness: _____

Witness: _____

Form 47001
Reset September, 1989

WADLEY
REGIONAL
MEDICAL
CENTER

(1)

# WADLEY REGIONAL MEDICAL CENTER

## HISTORY AND PHYSICAL EXAMINATION

PT. NAME: MURPHY,MATTHEW                    ACCT. #: W02423929

MR UNIT #: M0089550
ADMISSION DATE: 09/13/96                    ROOM #: 495
DISCHARGE DATE:


ADMISSION DIAGNOSIS:
Gunshot wound left hand, volar entrance with paresthesias to the hand.

HPI:  This is a thin man who shot himself in left hand in the volar entrance
area. He presented to the Emergency Room in New Boston and was transferred here,
told to get a doctor who specializes in hand problems.  He presents to the
Emergency Room here with a swollen hand, tender, with paresthesias in the long,
ring, and 5th fingers.

PMH:  Negative.

PHYSICAL EXAMINATION:

GENERAL:  Healthy skinny gentleman.

VITAL SIGNS:  Stable.

LUNGS:  Clear.

ABDOMEN:  Non-tender.

ORTHO:  He has a volar entrance wound pretty much smack in the middle of the
palm. You can palpate the pellet in the dorsal aspect of the hand. He does have
decreased sensation to the 3rd, 4th, and 5th digits.  The index and thumb are
OK.  He has good flexor tendon flexion to all digits.  Good capillary refill of
the fingers.

PLAN:  At this time he will be admitted for incision and drainage of the palmar
area.  Also, want to remove the bullet as well we are going to be there.

_____
Jeffrey T. DeHaan


D:  DEHJT        T:  DA
DD: 09/13/96     DT: 09/13/96

MURPHY, MATTHEW
W02483983        20
09/13/75        M   5
DR DEHAAN, JEFFREY,T
/13/96  N0083950

Wadley Regional Medical Center
Texarkana, Texas

## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|
|      | Admit |
| 9/13/96 | 20 y/o - GSW ® hand - volar entrance - |
|      | Exam: ↑ swelling to hand ī prom |
|      |   ← Neuro - ↓ sensory to (II,IV,V |
|      |       - Motor okay |
|      |       - No pain ī passive ROM |
|      | X-ray - pellet dorsally; no fx |
|      | Plan - ↬ to OR for Exploration/ |
|      |   Removal pellet / fasciotomy. |

Wadley Regional Medical Center
Texarkana, Texas

## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |
|      |                                     |



WADLEY
REGIONAL
MEDICAL



695

MURPHY, MATTHEW
WQ2423923
09/13/75          20
DR DEHAAN, JEFFREY, T.
09/13/96  M0093550                    M      S

Wadley Regional Medical Center
Texarkana, Texas

## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|-------------------------------------|
|      | 9/14/96 |
|      | No temp. |
|      | Wound dry |
|      | 10 & v still numb, but 111 better |
|      | Will Dk today and |
|      | RV on Tuesday |

Form #01942/47078

WADLEY
REGIONAL
MEDICAL

**Wadley Regional Medical Center**
Texarkana, Texas

## PROGRESS NOTES

| DATE | NOTES SHOULD BE SIGNED BY PHYSICIAN | TIME |
|------|--------------------------------------|------|
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |
|      |                                      |      |

Form #01942/47078



```
RUN DATE: 09/14/96                    Wadley Regional Medical Cen|            PAGE 1
RUN TIME: 0040                             1000 Pine Street
                                        Texarkana, TX  75501


                                    Cumulative Summary Report


                                        Med/Surg (4N)
```

| PATIENT: MURPHY,MATTHEW | ACCT #: W02423929 | LOC: 4N | U #: M0089550 |
|---|---|---|---|
| | AGE/SX: 20/M | ROOM: 495 | REG: 09/13/96 |
| REG DR: DeHaan,Jeffrey T. | STATUS: ADM INo | BED: 1 | DIS: |

### HEMATOLOGY

| Date | 9-13-96 | | |
|---|---|---|---|
| Time | 1545 | Reference | Units |

| | | Reference | Units |
|---|---|---|---|
| WBC | 9.3 | (4.5-13.0) | K/mm3 |
| RBC | 4.72 | (4.60-6.20) | M/mm3 |
| HGB | 15.3 | (14.0-18.0) | gm/dL |
| HCT | 43.5 | (42.0-52.0) | % |
| MCV | 92.2 | (80-94) | fL |
| MCH | 32.4 | (27-33) | pg |
| MCHC | 35.2 | (33-37) | g/dl |
| RDW | 13.2 | (11.5-14.5) | % |
| PLT | 245 | (130-400) | K/mm3 |
| MPV | 7.8 | (7.4-10.4) | fl |
| CELLS COUNTED | 100 | | #CELLS |
| POLY | 66 | (42.2-75.2) | % |
| BAND | 4 | (0.0-8.0) | % |
| LYMPH | 21 | (15.0-41.0) | % |
| MONOCYTE | 6 | (1.7-9.3) | % |
| EOS | 3 | (0-4.5) | % |
| PLT EST | NRML | | |

```
 Patient: MURPHY,MATTHEW          Age/Sex: 20/M     Acct#W02423929    Unit#M0089550
```





**WADLEY REGIONAL MEDICAL CENTER**
1000 PINE STREET • TEXARKANA, TEXAS 75501

NAME: MURPHY,MATTHEW
PHYS: Gillean,Myra
DOB: 09/18/75    AGE: 20         SEX: M
ACCT: W02423929   LOCATION: 495 1
EXAM DATE: 09/13/96 STATUS: DIS
RADIOLOGY NO:
UNIT NO: M0089550

EXAMS: 000048318 HAND LEFT

LEFT HAND:    #1

Multiple views of the left hand show a subcutaneous opacity consistent
with pellet located within the dorsum of the hand, at the level of the
third and fourth metacarpals, proximal aspect.   There is no evidence
of fracture.   There is extensive subcutaneous emphysema in the palmar
and dorsal regions of the left hand.

IMPRESSION:

SUBCUTANEOUS FOREIGN BODY IN LEFT HAND AS DESCRIBED, PRESENT IN
CONJUNCTION WITH SUBCUTANEOUS EMPHYSEMA.   NO FRACTURE IS EVIDENT.

------------------------------------------
         WILLIAM R. BROWN, M.D.

CC: Myra Gillean, M.D.

TRANSCRIBED DATE/TIME: 09/14/96 (1352)
TRANSCRIPTIONIST: RAD.ROBTIN
PRINTED DATE/TIME: 09/14/96 (1538)

PAGE 1                    ORIGINAL COPY

**Wadley Regional Medical Center**
**ANESTHESIA RECORD**

W02423929
MURPHY, MATTHEW
20 40 W/M

Surgeon: DEHAAN      Assist: ___
OP Proposed: EXPLORE (L) HAND
OP Performed: SAME

DX: GSW (L) HAND

| | MONITORS |
|---|---|
| EKG | R L |
| Dinamap | R L |
| Temp | NMBM |
| A-Line | |
| PCS - ESO - ST | |
| FIO2 ETCO2 O2Sat | |
| Other | |

SPINAL ___ *INTERSPACE ___   NERVE BLOCKS
LUMBAR EXTRADURAL ___   PARESTHESIA ___   HEAD
CAUDAL EXTRADURAL ___   NECK
CONTINUOUS ___   UPPER: BR. PL.
DIFFICULT ___   CSF ___   UPPER: BIER
VASOCONSTR. ___   CLEAR ___ BLOODY ___   UPPER: OTHER
SATISF. ___   TRUNK: INTERCOSTAL
UNSATISF. ___   TRUNK: PARAVERT.
SITTING POSITION ___   TRUNK: SYMP.
LATERAL DECUBITUS ___   TRUNK: OTHER
PRONE POSITION ___   LOWER: ___
MIDLINE APPROACH ___   GAUGE NEEDLE
LATERAL APPROACH ___   HUBER POINT

LOCAL ANESTHETICS
TETRACAINE ___ mg
CHLOROPROCAINE ___ mg
LIDOCAINE / GLU ___ mg
LIDOCAINE ___ mg
MEPIVACAINE ___ mg
BUPIVACAINE ___ mg
PROCAINE ___ mg
DEXTROSE ___ mg
EPINEPHRINE ___ mg

PREP
BETADINE ___
OTHER ___

Date: 91396

**INTUBATION**
NTT ___ ETT 7.5
BBSNSS ___ TAPED
EYES ___ LTA
LACRILUBE ___ XYLOCAINE / JELLY

**ASA STATUS**
(1)   4
2   5
3   (E)

NA

| TIME | 1600 AM/PM | 30 | 1700 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O2 LPM | 5 | 2 | 5 | X | | | | | | | | | | | |
| N2O LPM | | 2 | | | | | | | | | | | | | |
| HAL-FOR-ETH-(SUP) | 6.0 | X | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Thiopental-Diprivan | 100+100 | | | | | | | | | | | | | | |
| Fentanyl-Alfenta | (1)(1) | | | | | | | | | | | | | | |
| Versed | (1)(1) | | | | | | | | | | | | | | |
| Anectine | 100 | | | | | | | | | | | | | | |
| D-Tubo-Mivacron | (3) | | | | | | | | | | | | | | |
| Trac-NC-PCB | | | | | | | | | | | | | | | |
| Urine | 0 FOLEY | | | | | | | | | | | | | | |
| EBL | | | | | | | | | | | | | | | |
| RL | (1) | (2) → | | | | | | | | | | | | | |
| D5RL | | | | | | | | | | | | | | | |
| NS | | | | | | | | | | | | | | | |
| PRBC'S | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |

T ↑ 16 22
T ↓ 16 43
250 TORR
Cl.

| ETCO2 mm Hg | 40 | 40 | 36 | 37 | 38 | | |
|---|---|---|---|---|---|---|---|
| FIO2 % | 100 | 50 | 50 | 50 | 100 | | |
| O2 Sat % | 97 | 99 | 99 | 99 | 99 | | |
| T   F/C | | | | | | | |
| EKG | LEAD II | | | | | | |

Pulse •   220
          200
BP ∨ ∧   180
ANES X   160
OP ⊙     140
              
VT-RR    120
P-ins.   100
RESP o   80
Anes. Begins 1600
Surg. Begins 1620
Surg. Ends 1650   60
Anes. Ends 1700
Spon SR   40
Asst. AR
Control CR   20

**Total Fluids**

| | | Mg | Time |
|---|---|---|---|
| Blood | | | |
| RL | 1300 ML | | |
| D5RL | | | |
| NS | | | |
| Other | | | |
| Regonol / Neostigmine | | | |
| Atropine / Robinul | | | |
| Edrophonium | | | |
| Narcan | | | |
| Mazicon | | | |
| Dopram | | | |

SR   CR          SR

REMARKS   IV (R) A-L, PRE-O2 x 5 mins, RSI ē SELLICK'S, BUP'S
TAPE ↓ OU

**PACU Assessment**

| Time | 1700 | |
|---|---|---|
| BP | 154/93 | P   89 |
| R | 22 | O2 SAT 98 |

**PRE-ANESTHESIA ASSESSMENT:**

Date 9/13/96     Time @ 1530     CHIEF COMPLAINT _____ RSPFGH²ⁿᵈ⁰⁻ⁿ

Pertinent Past History: (CV, Pulm, Hep, GU, GI, Neuro) _____

Claims good genl health

Heart-Lung-Airway Exam _____ Ate @ 1200

Previous Anesthetic Experience ⊖   FAH neg

Allergies _____ Iodine

Current Medications ⊖

Pertinent Physical Findings:  B.P. _____  Pulse _____  Resp. _____  Temp _____  Wt. _____  Ht _____

EKG _____  Chest X-ray _____

Hgb/Hct _____  K _____  Na _____  BUN/CR _____  Bl Sgr _____

A.S.A. Classification  (1)  2   3   4   5   (E)   Anesthetic Proposed  (G.A.)  Regional  /  Mac

Comment  Req GETA — Refuses Regional

_____ Lummus CRNA     Q Robinson M.D.

---

**IMMEDIATE PRE-ANESTHETIC CHECK LIST:**   Date: 9/13/96    Time 1600

Machine # D     Room # 3

Machine check out  ☑ Yes   ☐ No

**Equipment**
- ✓ Laryngoscope Tested
- ✓ ET Tubes Tested
- ✓ Stylet Ready
- ✓ Airways Ready
- ✓ Suction On
- ___ Other _____

**Drugs Available**
- ✓ Fluids
- ✓ Induction Agents
- ✓ Muscle Relaxants
- ✓ Cardiovascular
- ✓ Muscle Relaxant Antagonist
- ✓ Narcotic Antagonist
- ✓ Endotracheal tube lubricant
- ✓ Eye Ointment
- ___ Other _____

**Patient:**
Identification:  ☑ Verbal  ☑ Bracelet  ☑ Permit signed

NPO  24  Hrs.  > 8 hours
Dentures  ☐ Out  ☐ In  ☑ N/A
Pre-op Med  ☐ Yes  ☐ No  ☐ N/A
Adequate Pre-op  ☐ Yes  ☐ No  ☐ N/A
Assessment Reviewed  ☑ Yes  ☐ No
Condition Unchanged  ☑ Yes  ☐ No
Blood Available  ☑ N/A  ☐ No  ☐ Yes

Q Robinson MD   Lummus   SIGNATURE

---

**POST-ANESTHESIA ASSESSMENT**    Date 9-13-96     Time _____

Post-anesthetic abnormalities or complications

Pt awake, responsive
Stable @ pre-anes status

Q Robinson MD     SIGNATURE

(16)

Murphy, Monttess
WO2423929
O.A.J. DeHaan

Allergies
Iodine

**Wadley Regional Medical Center**
**POST ANESTHESIA CARE UNIT RECORD**

Procedure: Fasciotomy Lt hand

| Restraints: | Time On | Time Off | Time Family Contacted attempted |

**SAFETY:**
☑ SR ↑
☑ Nurse in Attendance BS
☐ Bed/Stretcher locked

**COMFORT:**
☐ Wet Linen Removed
☐ Warm Blankets applied
☐ Thermo-Regulatory Device

**SKIN:**
☐ Intact   ☐ Edema
☐ Laceration  ☐ Decubiti
☐ Abrasions  ☐ Contusions

DATE: 9-13-96

| | TIME | MEDICATION / DOSAGE / ROUTE | IV'S | PAIN SCORE | NAME |
| ARRIVAL IN PAR: 4:55 pm | 4:55 | 700cc LR @ TKO Rt anticubital region | 8 medius recline | | |
| Discharge: 5:55 pm | | Resty ct @ 500cc | | | |
| Anesthetist: D. Tummins CRNA | | | | | |
| O.R. B/P: | | 5:25 pm Ancef 1 Gm IVPB in 50ml NS | | | |
| Pre-Op B/P: 136/90 | | | | | |
| Type of Anes: General | | | | | |
| EKG Monitor: SR .. | | | | | |

Airway: ☐ Nasal/Pharyngeal ☐ Endo ☐ Oral ☐ Trach ☑ O₂: L/Min 8 LFM ☐ Other

TIME: 4:55 5:10 5:25 5:40 5:55
SAO₂: 98% 100% 100% 100% 100%

**INTAKE TOTALS**
O.R.: IV 1300 cc | Blood cc
PAR: Ancef 50ml IV 200 cc | Blood cc | Oral cc
TOTALS 1550 cc

**OUTPUT TOTALS**
O.R.:
PAR: Urine cc | N/G cc | Other cc
TOTALS Ø cc

Respiratory Rate: 22 20 20 20 20
Temp.: 98.0° / – 96.8° /
Activity: 2 2 2 2 2
Respiration: 2 2 2 2 2
Circulation: 2 1 2 2 2
Consciousness: 1 1 1 1 1
Color: 2 2 2 2 2
TOTALS: Adm Dischg

Move 4 Extremities =2
Move 2 Extremities =1
Move 0 Extremities =0
Deep Breathe & Cough =2
Dyspnea or Limited =1
Apnea =0
BP + 20 Pre Op =2
BP + 20-50 Pre Op =1
BP + 50 Pre Op =0
Fully Awake =2
Arousable =1
Non-Responsive =0
Pink =2
Pale, Dusky, Jaundice =1
Cyanotic =0
Discharge at 9 - 10 or Re-evaluate Pt. for Appropriate Disposition.

**TREATMENT AND REMARKS**
5:25 pm O₂ D/C d O₂
NG Tube | Urinary Catheter | Penrose | Chest Tube | JP Drain | Hemovac | Catheter Secured | Other

Indicate Presence by ✓
Absence by Ø

Released By: _____ RN

| PCA:  Time: | Drug: | ☐ NA | Epidural Pain Control: | | ☐ NA |
|---|---|---|---|---|---|
| ...ic | Repeat Bolus: | | Spinal / Epidural Blocks: | | ☐ NA |
| PCA Settings: | | | Level: | | |
| | | | Pulses Present: | | |
| Discharge Pain Evaluation Score (Absent Ø to Severe 10): 0 | | | Mobility: | | |

...55pm Rec'd in Supine position c̄ HOB↑. Resp. every 15ap & lt. Clea...
...aves eyes to voice. Lt hand finger grip & warm c̄ movement dressi...
...↑D. Two pillows. Q̄Haut RN 5:10pm. Resp. every 15ap & lt.
clear. Awakes to voice. Lt hand 1 on pillows, finger grip c̄
warm c̄ movement. Capillary refill <2 sec. Q̄Haut RN 5:28 pm 15ap ev...
15ap & lit clear. Awakes to voice. Lt hand finger c̄ movement
grip & warm. Q̄Haut RN 5:40 pm. Resp. every 15ap & lit clear. —
C & DB. Awakes to voice. Lt hand 1 on pillow finger grip & warm c̄
Capillary refill <2 sec. c̄ movement. Q̄Haut RN 5:55 pm Resp. every
15ap & lit clear. Awakes to voice alert & oriented Lt hand
1 on pillow c̄ finger grip & warm c̄ movement. Meets PACU
D/C criteria. D/C to room 495 Q̄Haut RN

| Initials | Full Legal Signature | Title | EVALUATION / DISCHARGE SUMMARY: |
|---|---|---|---|
| CG | Chuck Haut | RN | Discharge to: 495    Time to Room: 6:10pm |
| | | | Report Given By: Chuck Haut RN  Time Given: 6:10 pm. |
| | | | Report Accepted By: Peter Ellis RN. |
| | | | B/P: 136  Pulse: 70  Resp: 20  Temp: 98·0 |
| | | | Condition: Stable |

**CRITERIA FOR DISCHARGE HOME:**

...t and responsive          ☐ Voided                                    ☐ Discharge instruction provided
Ambulating                       ☐ Pain / discomfort appropriate for procedure   ☐ Transportation arranged
Tolerating oral fluids         ☐ No unanticipated bleeding
Nausea and vomiting absent  ☐ Full return of sensory motor function after regional anesthesia
IV Therapy discontinued
Variation in blood pressure of no more than 20mmHg when taken in the supine, seated, and standing postures.

Time: _____    B/P Supine: _____    B/P Seated: _____    B/P Standing: _____

**Wadley Regional Medical Center**
**OPERATING ROOM NURSING REPORT**                                    **Page: 1**

PROCEDURE DATE: 09/13/96     ROOM: 03000

PATIENT NAME: MURPHY,MATTHEW                    ACCT#: W02423929        UNIT#: M0089550

--------------------------------------------------------------------------------

PREOPERATIVE ASSESSMENT:

Allergies: Iodine
Awareness Level: Alert
                 Oriented
Anxiety Level: Cooperative
               Nervous
Skin Integrity: Warm
                Dry
                Other
   If Skin Integrity is listed as OTHER, please see below for clarification.
   DEMA, TAUT SKIN LEFT HAND.  MOVEMENT INTACT.
Mobility: No Limitations
NPO Status: N
CBC: Y      CHEM: N      UA: N      Chest: Y      EKG: N      H&H: Y      PT/PTT: N
 Other: XRAY BONE
Appropriate Permits: Y            Chart checked and verified by: Nicole Foster,RN
Armbands:   ID:Y         Allergy:Y        Blood:Y          BBK:Y
Operative procedure site confirmed: Y
   Comments: REPORTS WEARING CONTACT IN RIGHT EYE ONLY.  CONTACT REMOVED PER
             PT. AND IMMEDIATELY IMMERSED IN BSS IN LABELED CONTAINER.
Pre-op shave completed: Y       Pre-op Visit: Holding Room
Patient Oriented to OR: Y
Case Cancelled: N
--------------------------------------------------------------------------------
In OR: 1600     Anesth. Start: 1600     Surg Start: 1622     Surg End: 1645     Out OR: 1655
--------------------------------------------------------------------------------
Case Classification: Elective          Wound Classification: Contaminated
--------------------------------------------------------------------------------
Pre-Op Diagnosis: GSW LEFT HAND
Post-Op Diagnosis: SAME
Procedure:
Misc Procedure: FASCIOTOMY LEFT HAND
Additional Procedure:


Family Notified: 1625 /    /    /    /    /    /    /    /    /
--------------------------------------------------------------------------------
Attending Surgeon: DeHaan,Jeffrey T.
Scrub Nurse: Patricia Byram,LVN
Circulating Nurse: Nicole Foster,RN
Anesthesiologist/CRNA: David Lummus, CRNA
                       Dianna Robinson, M.D.
Anesthesia Type: General
--------------------------------------------------------------------------------
POTENTIAL FOR INJURY RELATED TO:
GOAL: Patient will remain injury free.

(19)

Wadley Regional Medical Center

OPERATING ROOM NURSING REPORT                                    Page: 2

PROCEDURE DATE: 09/13/96    ROOM: 03000

PATIENT NAME: MURPHY,MATTHEW                    ACCT#: W02423929        UNIT#: M0089550

-----------------------------------------------------------------------------------------------

Method of Transfer: Assisted
Positioning: Supine, Legs Parallel, Arms on Armboards
Positioning Aids: Pillow Under Head
                  Right Ulnar Pad
Positioned by OR Staff: Nicole Foster,RN
Positioned by Anesthesiologist/CRNA: David Lummus, CRNA
Saftey Strap Applied: Y    Location: Upper Thighs

EQUIPMENT:
ESU: Y    ID#: D    Cut: 1    Coag: 40    Bipolar#:        Setting:
 Pad Location: Right Thigh
   Post-op skin condition: Clear
Tourniquet: Y   Location: L Upper Arm   Up: 1622   Down: 1643   Setting: 250 mmHg
   Post-op skin condition: Clear
-----------------------------------------------------------------------------------------------
FIRST COUNT:
Circulator: NF    Scrub: PB    Sponge: C    Needles/Sharps: C    Instruments: C

CLOSING COUNT:
Circulator: NF    Scrub: PB    Sponge: C    Needles/Sharps: C    Instruments: C

FINAL COUNT:
Circulator: NF    Scrub: PB    Sponge: C    Needles/Sharps: C    Instruments: C

MD notified of count: Y
-----------------------------------------------------------------------------------------------

POTENTIAL FOR ALTERED BODY TEMP/COMFORT:
Goal: Patient will maintain normal body temperature intra-operatively.

Temp Probe: None
Warm blanket applied: Y


IRRIGATION SOLUTIONS:
   Sterile H20: Y   #Used: 1
Normal Saline: Y   #Used: 1

MEDICATIONS:
   Bacitracin 50,000u

SPECIMENS: Y
Other: BULLET LEFT HAND TO SECURITY: WOOTEN
-----------------------------------------------------------------------------------------------

Wadley Regional Medical Center
OPERATING ROOM NURSING REPORT                                    Page: 3

PROCEDURE DATE: 09/13/96    ROOM: 03000

PATIENT NAME: MURPHY,MATTHEW                    ACCT#: W02423929        UNIT#: M0089550

----------------------------------------------------------------------------------------

POTENTIAL FOR INFECTION:
Goal: Avoidance of patient infection.

Surgical Skin Prep:
Number Location                    Solution
  #1    L Hand to Elbow            Hibiclens/Alcohol


Dressings/Packs:  Adaptic
                  4X4
                  Kerlix Rolls
                  ABD
                  Ace Bandage 4"
Tape: Silk
Catheter:
----------------------------------------------------------------------------------------
POTENTIAL FOR INJURY DURING TRANSFER:
Goal: Patient will be transferred without injury.

Method: Lifter
        Roller
        Stretcher
Airway: Extubated
        Room Air
From OR: Awakening
Discharged to: PACU
Comments/Evaluation: LEFT HAND ELEVATED.  SANGUINOUS DC ON ACE: SURGEON INFORMED,
  ADDITIONAL DRESSING ORDERED.  ABD'S AND ADDITIONAL ACE APPLIED
  WITHOUT INCREASE IN DRAINAGE.
----------------------------------------------------------------------------------------
Signed:

_____
Signed:

_____
Signed:

_____

*END OF REPORT*



# WADLEY REGIONAL MEDICAL CENTER

## OPERATIVE RECORD

PT. NAME:  MURPHY,MATTHEW                    ACCT. #:  W02423929

ROOM #:  495                                 MR UNIT #:  M0089550
ADMISSION DATE:  09/13/96
DISCHARGE DATE:

DATE OF OPERATION:    09/13/96

PREOP. DIAG.:   Gunshot wound left hand with swelling of the left hand and
                paresthesias of the hand.

POSTOP. DIAG.:  Same.

PROCEDURE:      Incision and drainage with fasciotomy of the left hand palmar
                   aspect.
                Removal of foreign object dorsum of hand.

SURGEON:        DeHaan.

ANESTHESIA:     General.

POSITION:       Supine.

NARRATIVE:  The patient was brought to the Operating Room and put under general
anesthesia.  The left hand was prepped and draped in routine sterile fashion.
An incision was made in the distal palmar crease and advanced through subq
tissue.  There was a small hematoma present but not drastic. The entire fascia
was decompressed.  The nerves were inspected and there was no nerve laceration.
This area was irrigated copiously and then it was closed very loosely with three
3-O Nylon sutures.  A longitudinal incision was made over the dorsum of the hand
and advanced down to the pellet which was removed without difficulty.  This
wound was also closed with 3-O Nylon. A sterile bulky dressing was then applied
to the hand and he was taken to the Recovery Room in stable condition.

_____
Jeffrey T. DeHaan

D:   DEHJT      T:  DA
DD:  09/13/96   DT: 09/13/96

**WADLEY REGIONAL MEDICAL CENTER**                NUR.HIGSHE                **EMERGENCY DEPT. RECORD**

| PATIENT NUMBER | | | |
|---|---|---|---|
| W02423929 | 09/13/96 | 1341 | GSW LEFT HAND |

MURPHY, MATTHEW

ER DOCTOR

| AGE | DATE OF BIRTH | SEX | MARITAL STATUS | |
|---|---|---|---|---|
| 20 | 09/18/75 | M | | WALK IN |

| TRIAGE LEVEL | TRAUMA SCORE | ALLERGIES: | LAST TETANUS | DR. CALLED / TIME | REPLY | ARRIVED |
|---|---|---|---|---|---|---|
| 3 | | IODINE | 18 MO. AGO | / : | : | : |
| TRIAGE NURSE NUR.HIGSHE | | | DATE | / : | : | : |
| ER BED # TSA | | | LAST MEAL   LAST FLUID | IMMUNIZATIONS CURRENT? ☐ YES ☐ NO ☐ UNKNOWN IF NO OR UNKNOWN, DOCUMENT TREATMENT OR REFERRAL. | | |

**ASSESSMENT/NOTES:**

A. PT ALERT. SKIN W/D. NO DISTRESS. RESP. REG. UNLA-
BORED. SEEN TODAY AT NEW BOSTON HOSPITAL.

(1400) Presents c gunshot wound to
hand c pellett gun last prn. Seen
@ New Boston today and told to
find a "specialist". Pts unable to
feel any sensation in 3rd 4th
fingers. No bleeding. Pulses
present. Cap refill <3sec —
(1540) 10 18 gauge to RAC c Blood Y-tubing
c PCA tubing. Consent forms obtained.
Reglan 10mg IVP over 2 min. Bicitra 30cc
PO.

**CURRENT MEDICATIONS:**

TALWIN

| LMP | GRAV | PARA | ABO | FHT | WT |
|---|---|---|---|---|---|
| BP | T | P | R | TIME | INITIALS |
| 136/90 | 98.5 | 90 | 20 | 1341 | SH |

REFER TO PHYSICIAN: _____ DR. _____

**PHYSICIAN NOTES:   TIME SEEN:**

A.

B.

R DeHaan Called

| ✓ | PHYSICIAN'S ORDERS | ORDERED TIME/INITIALS | ✓ | PHYSICIAN'S ORDERS | ORDERED TIME/INITIALS |
|---|---|---|---|---|---|
| | AAS | | | GLUCOSE | |
| | ABG'S | | | LYTES | |
| | ACCUCHECK | | | MONITOR | |
| | BETA HCG | | | OLD CHARTS | |
| | CBC | | | O₂ | |
| | CPK | | | PT/PTT | |
| | CXR | | | PULSE OX | |
| | CARDIAC ENZYMES | | | SMA 6 | |
| | DINAMAP | | | SMA 20 | |
| | EKG | | | UA | |
| | ETOH | | | URINE/DRUG SCREEN | |

Reglan 10mg VO
Bicitra 30cc PO
V.O. Dr Robinson

**X-RAYS:**

| LAB: | H/H | WBC | 7 | | 20 | | UA |
|---|---|---|---|---|---|---|---|

**DIAGNOSIS:**

| DISPOSITION: RELEASE TO: | ADMITTED TO: OR | SURGERY ☐ | MORGUE ☐ | FUNERAL HOME ☐ | TRANSFERRED TO OTHER FACILITY ☐ |
|---|---|---|---|---|---|
| DID DOCTOR SEE PATIENT? ☑ YES  ☐ NO | CONDITION ON DISCHARGE: ☐ IMPROVED ☑ UNCHANGED | | | | TIME OUT: 1600 |

**INSTRUCTIONS TO PATIENT:**

SIGNED BY NURSE _____   RN   SIGNED BY PHYSICIAN _____   (23)

AUTHORIZATION ON REVERSE **MUST** BE SIGNED

36

**AUTHORIZATION FOR EMERGENCY ASSESSMENT AND TREATMENT**

The undersigned has been informed of the emergency assessment and treatment considered necessary for the patient whose name appears on the reverse side hereof and that the treatment will be performed by employees of the hospital under the direction of the physician.  Authorization is hereby granted for such treatment and procedures.

The undersigned has read the authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.

WITNESS _WMV_

WITNESS _____

DATE _9-13-96_  TIME _3⁴_  A.M.

SIGNED _Matthew Murphy_
(PATIENT)

OR _____
(NEAREST RELATIVE)

_____
(RELATIONSHIP TO PATIENT)



**BRADLEY REGIONAL MEDICAL CENTER**

## PHYSICIAN'S ORDERS

W0242-3929
Murphy, Matthew

**DO NOT WRITE ON THIS LINE**

DATE  2/13/96   TIME

To OR

Op permit - fasciotomy (L)
hand; removal bullet

Labs - CBC



**DO NOT WRITE ON THIS LINE**

DATE   TIME

**DO NOT WRITE ON THIS LINE**

DATE   TIME

PLEASE USE BALL POINT PEN AND PRESS HARD – YOU ARE MAKING 3 COPIES



**WADLEY REGIONAL MEDICAL CENTER**

**PHYSICIAN'S ORDERS**

Matthew
Murphy

---

**DO NOT WRITE ON THIS LINE**

DATE  9/13/96  TIME

① 23° _edunt_
② VS q 4°
③ Reg diet
④ Elevate ⓛ arm
⑤ meds Ancef 1gm IVPB q 8°
   —Vicodin 1̄-π̄ po q 4 pm
   —Toradol 30g IM q 4 pm

---

**DO NOT WRITE ON THIS LINE**

DATE  —  TIME

⑥ Up ad lib
⑦ Reinforce dressing as needed

---

**DO NOT WRITE ON THIS LINE**

DATE  TIME

PLEASE USE BALL POINT PEN AND PRESS HARD — YOU ARE MAKING 3 COPIES

**BRADLEY REGIONAL MEDICAL CENTER**

## PHYSICIAN'S ORDERS

### DO NOT WRITE ON THIS LINE

DATE 9/14   TIME

① D/C today

② RTC 2wks

L. mallis, LVN 730ₐ

### DO NOT WRITE ON THIS LINE

DATE   TIME

### DO NOT WRITE ON THIS LINE

DATE   TIME

PLEASE USE BALL POINT PEN AND PRESS HARD — YOU ARE MAKING 3 COPIES



Wadley Regional Medical Center

**WADLEY REGIONAL MEDICAL CENTER**

**GRAPHIC RECORD**
**AND**
**INTAKE AND OUTPUT**

| Date | 9-13-9 | 9-14-9 | | |
|------|--------|--------|---|---|
| Hosp. Day/Post Op Day | | | | |

| Hour | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 |
|------|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

TEMPERATURE
> 105, 105, 104, 103, 102, 101, 100, 99, 98.6, 98, 97, 96

| Pulse | | 70 | 72 | 68 | 70 | 68 | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | 159/88 | 121/71 | 114/68 | 120/70 | 130/72 | | | | | | | | | | | | | | | | | | |
| Resp | | 20 | 18 | 18 | 18 | 18 | | | | | | | | | | | | | | | | | | |
| Weight/Method | | | | | | | | | | | | | | | | | | | | | | | | |

| Hour | 7-3 | 3-11 | 11-7 | Total | 7-3 | 3-11 | 11-7 | Total | 7-3 | 3-11 | 11-7 | Total | 7-3 | 3-11 | 11-7 | Total |
|------|-----|------|------|-------|-----|------|------|-------|-----|------|------|-------|-----|------|------|-------|
| **INTAKE** Oral | | 400 | 280 | | | | | | | | | | | | | |
| IV | | | | | | | | | | | | | | | | |
| IVPB | | | | | | | | | | | | | | | | |
| Blood OR IV | | 2000 | | | | | | | | | | | | | | |
| Total | | 2400 | 280 | | | | | | | | | | | | | |
| Urine | | 300 | 400 | | | | | | | | | | | | | |
| **OUTPUT** Emesis | | | | | | | | | | | | | | | | |
| GI Suction | | | | | | | | | | | | | | | | |
| Total | | 300 | 400 | | | | | | | | | | | | | |
| Stool | | | | | | | | | | | | | | | | |

PAGE: 1
WADLEY REGIONAL MEDICAL CENTER MEDICATION ADMINISTRATION RECORD

MURPHY,MATTHEW                          PRIMARY DIAGNOSIS: GSW LEFT HAND                    4N 495 1
ACCOUNT #: W02423929                    SECONDARY DIAGNOSIS:
ALLERGIES:

          PHYSICIAN: DeHaan,Jeffrey T.              MAR DATE: 09/13/96
COMMENTS:                                            VERIFIED BY:_____

| Rx # | MEDICATION | START DATE | 2301-0700 | 0701-1500 | 1501-2300 |
|------|-----------|------------|-----------|-----------|-----------|
| | *********PRN MEDS********* | | | | |
| 896216 | HYDROCODONE/ACETAMINOPHEN 1 COMBO TAB (VICODIN,LORTAB-5) | 09/13/96 | | | 2000PO (Ti tabs) |
| | DOSE: 5-10MG          PO     Q4HPRN        PRN | | | | |
| | "VICODIN 5MG" - PRN PAIN | | | | |
| 896217 | KETOROLAC TROMETHAMINE 30 MG/1 ML TUBEX (TORADOL) | 09/13/96 | | | |
| | DOSE: 30 MG (1 ML - 1 TUBEX)   IM   Q4HPRN   PRN | | | | |
| | PRN PAIN | | | | |

| INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|-------|-----------|-------|-----------|-------|-----------|
| DE | P CW | | | | |

PRINTED: 09/13/96 1833

(CONTINUED)

PAGE: 1
WADLEY REGIONAL MEDICAL CENTER MEDICATION ADMINISTRATION RECORD

MURPHY,MATTHEW                                  PRIMARY DIAGNOSIS: GSW TO L HAND                 4N 495 1
ACCOUNT #: W02423929                            SECONDARY DIAGNOSIS:
ALLERGIES: IODINE,

          PHYSICIAN: DeHaan,Jeffrey T.                      MAR DATE: 09/14/96
COMMENTS:                                                    VERIFIED BY: _____ WN

| Rx # | MEDICATION | START DATE | 2301-0700 | 0701-1500 | 1501-2300 |
|------|-----------|-----------|-----------|-----------|-----------|

**\*\*\*\*\*ROUTINE IV MEDS\*\*\*\*\*\***

| 896214 CEFAZOLIN | (ANCEF,KEFZOL) 1000 MG | 09/14/96 | 0100 | | |
| IN: D5W | 50 ML | | | | |
| RATE: 100 MLS/HR | FREQ: .Q8H | | | | |
| DOSE TIMES: 0100 0900 1700 | | | | | |

**\*\*\*\*\*\*\*\*\*PRN MEDS\*\*\*\*\*\*\*\*\***

| 896216 HYDROCODONE/ACETAMINOPHEN 1 COMBO TAB | | 09/13/96 | 1 Vicodin | 0908 | |
| (VICODIN)LORTAB-5) | | | | | |
| DOSE: 5-TABG | PO   Q4HPRN | PRN | | | |
| "VICODIN 5MG" - PRN PAIN | | | | | |

| 896217 KETOROLAC TROMETHAMINE 30 MG/1 ML TUBEX | | 09/13/96 | | | |
| (TORADOL) | | | | | |
| DOSE: 30 MG (1 ML - 1 TUBEX) | IM   Q4HPRN | PRN | | | |
| PRN PAIN | | | | | |

| INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE |
|-------|-----------|-------|-----------|-------|-----------|
| | _____ WN | DM | Dentra Willis LVN | | |

PRINTED: 09/13/96 2200

(CONTINUED)

**WADLEY REGIONAL MEDICAL CENTER**

# Admission Assessment

## GENERAL INFORMATION

I.D. Band On. . . . . . . . . ☑Y ☐N   Allergy Band On. . . ☑Y ☐N   Tx auth signed. . . . ☑Y ☐N
Are you a "No-Information" Patient ☐Y ☑N   ☐Referral
Information on **Advanced Directives** and **Durable Power of Attorney** given. ☑Y ☐N
Are you an Organ Donor. . . . . ☐Y ☑N   If **NO** are you interested in more information. . . . ☐Y ☑N
Immunization Hx (age 18 or↓) all current ☐Yes ☐No ☐Unknown   If No or Unknown, document treatment/referral in notes

## ORIENTATION TO UNIT

Date of Arrival: 9-13-96   Arrival Time on Unit: 6:30   ☑Disposition of valuables _Norm_
Instruction given to patient and/or Significate Other.   ☐Disposition of prosthesis ____
☑Use of call light   ☐Location of bathroom   ☑Smoking restrictions   ☐Emergency call in bathroom   ☐Careline
☐Side rail policy   ☐Patient handbook   ☐Use of bed controls   ☐Telephone Service / Television / Ed Channel

## PATIENT/FAMILY EDUCATION NEEDS ASSESMENT

**Factors Influencing Learning:**   Language Spoken _English_   Reads ☑Y ☐N   Writes ☑Y ☐N
**Motivation/Readiness to Learn:**   Patient _yes_   Family ____
**Patient Learns Best by Information Given:** . . . . . . . . . ☑Visual   ☐Written   ☑Verbal   ☐Other
**Barriers / Limitations to Learning:** Emotional Barriers: _none noted_   Cognitive Limitations: _20 yr old male_

## PHYSICAL ASSESSMENT & REVIEW OF SYSTEMS

**V/S**  Vital Signs . . . BP 137/78  P 70  R 20  T 98  Ht 5'11"  Wt 140

**PSY / SOC**
Present Behavior . . . . ☐Alert ☑Confusion as to . . . . . ☐Person ☑Place ☐Time
Comments: _drowsy but arousable by verbal stimuli_
Affect/Mood . . . . . . . ☑Cooperative ☐Withdrawn ☐Anxious ☐Talkative ☐Demanding ☐Lethargic ☐Hostile
Comments: _quiet_
General Appearance ( Describe i.e. hygiene) _clean_

**NEURO**
Neuro/Muscular/Skeletal . . . . . ☐No Deficits   ☐Paralysis/Weakness   ☐Amputation
                                   ☐Arthritis   ☐Contractures   ☐Deformities
                                   ☐Uncoordinated   ☐Speech Problems
Comments: _some ↓ sensation to III IX + X fingers (L) hand_

**CIRC**
Circulatory . . . . . . . . ☑No Difficulty   ☐Syncope   ☐Dizziness   ☐Anemic   ☐Edema
Peripheral Pulse . . . . .   Radial  R + L +  Pedal R + L +
Comments: ____

**RESP**
Respiratory . . . . . . . . ☑No Difficulty   ☐Dyspnea   ☐Pain Describe: ____
Breath Sounds (Describe) . . . Right _clear_   Left _clear_
Comments: ____

**GI**
Gastrointestinal . . . . . . . . ☑Abd. Flat /Soft   ☐Abd. Tender   ☐NG Tube   ☐Abd. Distended   ☐Ostomy
Bowel Sounds . . . . . . . ☑Present   ☐Absent   Last BM____   ☐Incontinent
Comments: ____

**GU**
Urinary / Gent . . . . . . . . ☐No Difficulty   ☐Dysuria   ☐Incontinent   ☐Distended
☐Cath   ☐Urine Describe: ____   ☐Penile/Vag Discharge Describe: ____
Comments: ____

RN Signature: _____   Date 9/13   Time 7:05

## SKIN ASSESSMENT

...us. . . . . . . . . . . . . . . Identifying at-risk individuals
OutCome. . . . . . . . . . . . . . Intact skin

**NORTON SCALE**      Please Check Appropriate Response

| Physical Condition | Mental Status | Activity | Mobility | Incontinence |
|---|---|---|---|---|
| ☐ Good . . . . **4** | ☑ Alert. . . . . **4** | ☑ Ambulant . . . **4** | ☑ Full . . . . **4** | ☑ Not. . . . **4** |
| ☑ Fair. . . . . **3** | ☐ Apathetic. . . **3** | ☐ Walk/help. . . **3** | ☐ Slightly limited **3** | ☐ Occasional. . **3** |
| ☐ Poor. . . . **2** | ☐ Confused. . . **2** | ☐ Chairbound. . **2** | ☐ Very limited. . **2** | ☐ Usually/urine. **2** |
| ☐ Very Bad. . **1** | ☐ Stupor. . . . **1** | ☐ Bed. . . . . **1** | ☐ Immobile. . **1** | ☐ Doubly. . . . **1** |

Total Score: **19**      Score Recommendations:. . .      Score 20-15 - No Needs
(Score <12 - High Risk)                               Score 13-14 - air flotation
                                                      Score =12 or < - low air loss/fluid air see specialty Bed Overlay Protocol

Date and Time Recommendation Implemented:_____

| | | | | | | |
|---|---|---|---|---|---|---|
| Skin Condition. . . . . . . . . | ☐ Hot | ☑ Warm | ☐ Cool | ☐ Moist | ☐ Dry | ☐ Other |
| Skin Turgor. . . . . . . . . . | ☑ Good | ☐ Fair | ☐ Poor *Describe:*_____ | | | |
| Color. . . . . . . . . . . . . | ☑ Normal for Patient | ☐ Pale | ☐ Flushed | ☐ Cyanotic *Describe:*_____ | | |
| Nailbeds. . . . . . . . . . . . | ☑ Pink | ☐ Cyanotic *Describe:*_____ | | | | |

**Location:** Identify area/s of lesion on figure and number each lesion (i.e. 1 PS, 2 BL, 3R, etc.)  For >5 lesions use an additional skin form.

Diagram Code:
C    Contusion
PS   Pressure Sore
E    Erythema
L    Laceration
BL   Blister
R    Rash
S    Scar
B    Burn
I    Incision
ST   Skin Tear



LEFT
Outer   Inner
RIGHT
Inner   Outer

Description:
Stage I    Reddened area
Stage II   Blister, skin break
Stage III  Subcutaneous
Stage IV   Muscle/bone

| Color: | Drainage: | Odor: |
|---|---|---|
| R  Red/pink | S  Serous | Y  Yes |
| Y  Yellow | P  Purulent | N  No |
| B  Black | NO  None | |

| Lesion # | Stage | Color | Size | Depth | Drainage | Odor | RN Signature |
|---|---|---|---|---|---|---|---|
| 1. Ø | | | | | | | |
| 2. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

RN signature _P Eden_      Date 9/13/9(  Time 7 oj pm

(32)



**WADLEY REGIONAL MEDICAL CENTER**

# Patient Information Profile

── **Patient/Family Please Complete In Ink** ──

## REASON FOR HOSPITALIZATION (Per Patient Understanding)   GSW (L) hxel

Living Will. . . . . . . . . . . . . . . . . . . . . . . Y . (N)
Durable Power of Attorney for Healthcare . . . . . . . Y . (N)

*If yes, please bring a copy.*

## MEDICAL HISTORY

**Circle appropriate response**

### Have you ever had:

| | | |
|---|---|---|
| Chest Pains/Angina/Heart Attack. . . . . . | Y . | (N) |
| Heart Murmurs. . . . . . . . . . . . . | Y . | (N) |
| Palpitations/Pace Maker. . . . . . . . . | Y . | (N) |
| Skipped Heart Beats. . . . . . . . . | Y . | (N) |
| High Blood Pressure. . . . . . . . . | Y . | (N) |
| Stroke. . . . . . . . . . . . . . . | Y . | N |
| Epilepsy/Convulsions/Seizures. . . . . | Y . | (N) |
| Asthma/Bronchitis/Emphysema/Pneumonia. | Y . | (N) |
| Shortness of Breath. . . . . . . . | Y . | (N) |
| Tuberculosis. . . . . . . . . . . . | Y . | (N) |
| HIV/AIDS. . . . . . . . . . . . . | Y . | (N) |
| Diabetes. . . . . . . . . . . . . | Y . | N |
| Back/Neck Problems. . . . . . . . | Y . | (N) |
| Cancer. . . . . . . . . . . . . . | Y . | (N) |
| Recurrent Headaches. . . . . . . . | Y . | (N) |
| Hepatitis/Liver Disease/YellowJaundice. | Y . | (N) |
| Thyroid Disorders. . . . . . . . . | Y . | (N) |
| Kidney Disorder. . . . . . . . . . | Y . | (N) |
| Sickle Cell. . . . . . . . . . . . | Y . | (N) |
| Bleeding Tendency/Phlebitis/Blood Clots. | Y . | (N) |
| Glaucoma. . . . . . . . . . . . . | Y . | (N) |
| Blood Transfusion. . . . . . . . . | Y . | (N) |
| Blood Transfusion Reaction. . . . . | Y . | (N) |
| A History of Anesthesia Problems. . No | | |
| Other_____ | | |
| Other_____ | | |
| Other_____ | | |
| Other_____ | | |

| | | |
|---|---|---|
| Recent Change in Appetite. . . . . . . | Y . | (N) |
| Recent Weight Changes. . . . . . . . | Y . | (N) |
| Recent Swallowing/Chewing Difficulties. . | Y . | (N) |
| Recent Nausea / Vomiting. . . . . . . | Y . | (N) |
| Recent Change in Bowel Elimination. . . . | Y . | (N) |
| Recent Change in Urination. . . . . . | Y . | (N) |
| Recent Falls. . . . . . . . . . . | Y . | |

---

Are you hard of hearing?. . . . . . . . . Y . (N)
Do you have difficulty seeing?. . . . . . . Y . (N)

### Do you use or have:

☐ Dentures     ☐ Partial Plate   ☐ Artifical Limbs
☐ Glasses      ☐ Hearing Aid     ☐ Implant Devices
☑ Contacts     one lens only

### For Women:

Are You Pregnant?. . . . . . . . . . . Y . N
Last Period:_____

### Medication You Are Taking:
(Dosages, Times & Time of Last Dose)
Prescription and Non Prescription

none
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

### Allergies: (Drug and Food):

iodine
_____
_____
_____
_____
_____

**Past Surgeries and Procedures:**
(List and Date)
appendectomy 1993
_____
_____
_____
_____

Have you been Hospitalized overnight within
the last 30 days? . . . . . . . . . . . . . . Y . (N)

Drug or Alcohol Usage? . . . . . . . (Y) . N
Frequency: occasionally
Do You Smoke? . . . . . . . . . (Y) . N
Number of Packs a Day: 1 pk/day

Sleep Habits: Number of Hours? 7-8
☐ Daytime ☑ Night time ☐ Naps
Use of sleeping medications? . . . . . . . Y . . N
Insomnia/Other sleep disorders _____

**Housing/Home Services:** ☑ Home/Apartment ☐ Homeless ☐ Facility(name) _____
☐ Live Alone ☐ Other _____
Live with: (name) Chelsea Willis   Relationship: girlfriend
Home Health Service: _____
Hospice: _____
Home Equipment Service: _____

Types of Home Equipment:   ☐ Cane ☐ Walker ☐ Wheelchair ☐ Special bed
☐ Accucheck ☐ Crutches
Other: _____

Whom do you rely on for emotional support?
☐ Spouse ☑ Family ☐ Friend ☐ Self
☐ Other _____

What problems will this illness cause?
☐ None ☐ Job ☐ Finance ☐ Self care/independence
☐ Family/Child Care ☐ Coping and Adapting
☐ Other _____

Would you like to see clergy? . . . . . . . Y . (N)

Do you have any special religious requests or cultural needs?
Describe: _____
_____
_____
_____

Completed by (signature): _____   Date 9/13   Time _____

Relationship: _____

Reviewed by (RN signature): _____   Date 9/13   Time _____



**WADLEY**
**REGIONAL**
**MEDICAL**
**CENTER**

# INTERDISCIPLINARY PROGRESS NOTES

| DATE/TIME | DISCIPLINE FOCUS | D = DATA   A = ACTION   R = RESPONSE |
|-----------|------------------|--------------------------------------|
| 9/4  9¹² | Nursing | D- Dschrg instructions |
|  |  | A- Instructed to keep (L) arm elevated when |
|  |  | c home. Leave dsng in place to keep clean |
|  |  | and dry. Instructed to notify MD of temp. |
|  |  | >101, any increased swelling of fingers, or of |
|  |  | pain unrelieved c̄ pain med. To take antibiotics |
|  |  | R- Verbalize understanding ——— #1 sos. (Kelex |



**WADLEY REGIONAL MEDICAL CENTER**

# INTERDISCIPLINARY PROGRESS NOTES

| DATE/TIME | DISCIPLINE FOCUS | D = DATA   A = ACTION   R = RESPONSE |
|-----------|------------------|--------------------------------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Date __9-13-96__   **Initial and Time Activities.**   S = Self   A = Assist   T = Total   P = Partial

| Patient Care Activities | | 7 - 3 | 3 - 11 | 11 - 7 |
|---|---|---|---|---|
| **DIET** | Oral _____ | B | D  100%. | |
| | % Taken (S / A / T) | | | |
| | Tube Feeding Type / Rate | | | |
| | | L | HS SNACKS | |
| **HYGIENE** | Bath (S / A / T) | | | |
| | Mouth Care _____ | | | |
| | Peri Care _____ | | | |
| | Skin Care _____ | | | |
| | Anti Emboli Hose Off _____ | | | |
| | Linen (P / T) | | | |
| | Other _____ | | | |
| **ACTIVITY** | Asleep | | | |
| | Respirations reg/unlabored | | 6³⁰ 8u 10u | 12u 2u 4u 6u |
| | Bedrest | | 6³² 8u 1u | 12u 2 4 6 |
| | Up with Assist # _____ | | | |
| | Up Ad Lib _____ | | | |
| | ROM Active / Passive _____ | | | |
| | Other _____ | | | |
| **SPEC** | (Type) _____ | | | |
| | (Type) _____ | | | |
| | (Type) _____ | | | |
| **SAFETY** | Siderails up x | | 6³⁰ 8u 1u | 12² 2u 4u 6² |
| | Restraints = | | | |
| | W / A / V / L / 4 Pt _____ | | | |
| | Bed Low Position / | | 6³⁰ | 12u 2 4 6 |
| | Wheels Locked | | 6⁰ | 12u 2 4 6u |
| | Call Bell within reach _____ | | 8u 1u | 12u 2 4 6² |
| | Other _____ | | | |
| **NURSING CARE ACTIVITIES** | NG / Enteral Tube: _____ | | | |
| | Inserted & Guage _____ | | | |
| | Placement Checked _____ | | | |
| | Flushed _____ | | | |
| | Residual Amount _____ | | | |
| | Suction: Int / Cont _____ | | | |
| | Turned = R / L / P / S _____ | | | |
| | Coughed, Deep Breathed _____ | | | |
| | Suction _____ | | | |
| | Trach Care _____ | | | |
| | Incentive spirometry _____ | | | |
| | Results _____ | | | |

| OFF UNIT | | OFF UNIT | |
|---|---|---|---|
| To ____ At ____ Via ____ Returned ____ | | To ____ At ____ Via ____ Returned ____ | |
| To ____ At ____ Via ____ Returned ____ | | To ____ At ____ Via ____ Returned ____ | |

| Init. | Signature / Title | Init. | Signature / Title | Init. | Signature / Title |
|---|---|---|---|---|---|
| | | | | | |

| Date | Time | NURSES' NOTES |
|------|------|---------------|
| 9-13 | 8ᵃᵖ | IV converted to heplock _____ P ah |
| | | |
| | | |
| | | |

| Identify # Used / Shift | 7 - 3 | 3 - 11 | 11 - 7 |
|-------------------------|-------|--------|--------|
| ABD | | | |
| Sterile Gloves | | | |
| Feeding bags | | | |
| Suture / Staple Remover | | | |
| IV Start Kit | | | |
| IV Catheters | | | |
| Eggcrate | | | |
| Other | | | |
| | | | |
| K Pad | | | |
| Special Bed | | | |
| O.R. Mattress | | | |
| Traction / OHB | | | |
| Ortho Device | | | |
| Feeding Pump | | | |
| IV Pump __#____#____# | | | |
| PCA Pump | | | |
| Wall Suction | | | |
| Other | | | |

SUPPLIES / EQUIPMENT

**Wadley Regional Medical Center**

# 24 HOUR PATIENT CARE RECORD

| Date: 9-13-96 | Time: | 6³⁰p | 12²⁰ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEURO** | Alert / Oriented 1 / 2 / ③ | R | ✓ | | | | | | | |
| | Lethargic | | | | | | | | | |
| | Other *drowsy, but arousable* | ✓ | ✓ | | | | | | | |
| **PSY/SOC** | Cheerful | | | | | | | | | |
| | Anxious | | | | | | | | | |
| | Fearful | | | | | | | | | |
| | Angry | | | | | | | | | |
| | *pleasant / cooperative* | ✓ | ✓ | | | | | | | |
| **M/S** | Movement/Sensation Intact | ✓ | ✓ | | | | | | | |
| | Proper alignment/position | ✓ | ✓ | | | | | | | |
| | Other | | | | | | | | | |
| **SKIN** | Temp: Warm | ✓ | ✓ | | | | | | | |
| | Cool | | | | | | | | | |
| | Dry | ✓ | ✓ | | | | | | | |
| | Diaphoretic | | | | | | | | | |
| | Color | ✓ | ✓ | | | | | | | |
| | Other | | | | | | | | | |
| **CARDIOVASCULAR** | Apical: Regular | ✓ | ✓ | | | | | | | |
| | Irregular | | | | | | | | | |
| | Pedal: Present | ✓ | ✓ | | | | | | | |
| | Absent | | | | | | | | | |
| | Radial: Present | ✓ | ✓ | | | | | | | |
| | Absent | | | | | | | | | |
| | Edema | | | | | | | | | |
| | Fistula/Graft | | | | | | | | | |
| | Thrill/Bruit Present | | | | | | | | | |
| | Anti Emboli Hose On - K or T | | | | | | | | | |
| | Other | | | | | | | | | |
| | *2) hand @ on pillow* | ✓ | ✓ | | | | | | | |
| | *Good cap refill (3 sec)* | ✓ | ✓ | | | | | | | |
| **RESPIRATORY** | Breath Sounds: Clear | ✓ | ✓ | | | | | | | |
| | Regular | ✓ | ✓ | | | | | | | |
| | Unlabored | ✓ | ✓ | | | | | | | |
| | Abnormal | | | | | | | | | |
| | Cough: Nonproductive | | | | | | | | | |
| | Productive | | | | | | | | | |
| | O2 at: NC or VM | | | | | | | | | |
| | Other | | | | | | | | | |
| **GASTROINTESTINAL** | Abd: Soft | ✓ | ✓ | | | | | | | |
| | Firm | | | | | | | | | |
| | Distended | | | | | | | | | |
| | Tender | | | | | | | | | |
| | Gravid | | | | | | | | | |
| | Bowel Sounds: Present | ✓ | ✓ | | | | | | | |
| | Absent | | | | | | | | | |
| | N/G Tube Patent | | | | | | | | | |
| | Other | | | | | | | | | |
| **GU** | Urine Voided | | | | | | | | | |
| | Foley Patent | | | | | | | | | |
| | Incontinent | | | | | | | | | |
| | Color | | | | | | | | | |
| | Appearance | | | | | | | | | |
| | Other | | | | | | | | | |

| | Time | 7 - 3 | 3 - 11 | 11 - 7 |
|---|---|---|---|---|
| PROBLEM / NEED / NURSING DIAGNOSIS | 1. _prn_ | | prn analgesic + assess effectiveness | |
| | 2. | | | |
| | 3. | | | |
| | 4. Patient / SO Teaching & Response | | | |
| MD Visits | | | | |
| PAIN | 1. Location/Type | | c/o pain @ hand. | |
| | Severity 0 1 2 3 4 5 | | 113 | |
| | Action | | Vicodin ii po, | |
| | Results | | Resting quietly. | |
| | 2. Location / Type | | | |
| | Severity 0 1 2 3 4 5 | | | |
| | Action | | | |
| | Results | | | |
| | 3. Location / Type | | | |
| | Severity 0 1 2 3 4 5 | | | |
| | Action | | | |
| | Results | | | |
| | 4. PCA Drug | | | |
| | Setting | | | |
| | Dose | | | |
| | Lockout | | | |
| | Pain Score Best / Worse | | | |
| W__ _D / INCISIONS | Site 1 (L) hand | | 6³⁰ᵘ   8ᵘ   10ᵘ | 12ᵘ 4ᵘ 6ᵘ |
| | Site 2 | | | |
| | Site 3 | | | |
| | Open to air | | 6³⁰ᵘ   8ᵘ   10ᵘ | 12ᵘ 4ᵘ 6ᵘ |
| | Dressing | | 6³⁰ᵘ   8ᵘ   10ᵘ | 12ᵘ 4ᵘ 6ᵘ |
| | Clean / dry / intact | | | |
| | Sutures | | | |
| | Staples | | | |
| | Steristrips | | | |
| | Dressing change | | | |
| | Other | | | |
| | IV site RFA WNL Heparin | | 6³⁰ᵘ explored 8ᵘ | 12ᵘ 4ᵘ 6ᵘ |

Form # 47207 - 3/94

**Wadley Regional Medical Center**

# 24 HOUR PATIENT CARE RECORD

| Date: 9-14-96 | Time | 7:45A | 9:15 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NEURO** Alert / Oriented 1 / 2 / ③ | | Sm ③ | AA ③ | | | | | | | | |
| Lethargic | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| **PSY/SOC** Cheerful | | | | | | | | | | | |
| Anxious | | | | | | | | | | | |
| Fearful | | | | | | | | | | | |
| Angry | | Sm | AA | | | | | | | | |
| **M/S** Movement/Sensation Intact | | Sm | AA | | | | | | | | |
| Proper alignment/position | | Sm | AA | | | | | | | | |
| Other good movement fingers | | Sm | AA | | | | | | | | |
| | | Sm | AA | | | | | | | | |
| good capillary refill | | | AA | | | | | | | | |
| **SKIN** Temp: Warm | | Sm | AA | | | | | | | | |
| Cool | | | | | | | | | | | |
| Dry | | Sm | AA | | | | | | | | |
| Diaphoretic | | | | | | | | | | | |
| Color warm | | Sm | AA | | | | | | | | |
| Other | | | | | | | | | | | |
| **CARDIOVASCULAR** Apical: Regular | | Sm | AA | | | | | | | | |
| Irregular | | | | | | | | | | | |
| Pedal: Present | | Sm ② | AA ② | | | | | | | | |
| Absent | | Ⓛ | | | | | | | | | |
| Radial: Present | | Sm | AA Ⓛ | | | | | | | | |
| Absent | | Sm | AA | | | | | | | | |
| Edema | | Sm | AA | | | | | | | | |
| Fistula/Graft | | | | | | | | | | | |
| Thrill/Bruit Present | | | | | | | | | | | |
| Anti Emboli Hose On - K or T | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| **RESPIRATORY** Breath Clear | | Sm | AA | | | | | | | | |
| Sounds Regular | | Sm | AA | | | | | | | | |
| Unlabored | | Sm | AA | | | | | | | | |
| Abnormal | | | | | | | | | | | |
| Cough Nonproductive | | | | | | | | | | | |
| Productive | | | | | | | | | | | |
| O2 at NC or VM | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| **GASTROINTESTINAL** Abd Soft | | Sm | AA | | | | | | | | |
| Firm | | | | | | | | | | | |
| Distended | | | | | | | | | | | |
| Tender | | | | | | | | | | | |
| Gravid | | | | | | | | | | | |
| Bowel Sounds Present | | Sm | AA | | | | | | | | |
| Absent | | | | | | | | | | | |
| N/G Tube Patent | | | | | | | | | | | |
| Other | | | | | | | | | | | |
| **GU** Urine Voided | | | | | | | | | | | |
| Foley Patent | | | | | | | | | | | |
| Incontinent | | | | | | | | | | | |
| Color | | | | | | | | | | | |
| Appearance | | | | | | | | | | | |
| Other | | Sm | | | | | | | | | |

| Time | 7 - 3 | 3 - 11 | 11 - 7 |
|---|---|---|---|
| **PROBLEM / NEED / NURSING DIAGNOSIS** | | | |
| 1. 5ᵗʰ PH Alteration Comfort (pain) | 1. 5ᵗʰ PH medicate as needed for pain relief. Position of comfort -HH | | |
| 2. | | | |
| 3. | | | |
| 4. Patient / SO Teaching & Response | 4. 5ᵗʰ PH instructed to keep (L) arm ↑ and notify MD if ↑ increase swelling of fingers or pain unrelieved c pain med -HH | | |
| **MD Visits** | | | |
| **PAIN** | | | |
| 1. Location/Type | 7ᵗʰ 3 p.m. (L) arm fixed · | | |
| Severity 0 1 2 3 4 5 | administering IM. | | |
| Action | | | |
| Results | | | |
| 2. Location / Type | 855 p (L) pain (L) IM PL | | |
| Severity 0 1 2 3 4 5 | "2-4" | | |
| Action | Vicodin + po given - | | |
| Results | | | |
| 3. Location / Type | | | |
| Severity 0 1 2 3 4 5 | | | |
| Action | | | |
| Results | | | |
| 4. PCA Drug | | | |
| Setting | | | |
| Dose | | | |
| Lockout | | | |
| Pain Score Best / Worse | | | |
| **WOUND / INCISIONS** | | | |
| Site 1 (L) arm | 7ᵗʰ 3 m · 9ᵗʰ HH | | |
| Site 2 | | | |
| Site 3 | | | |
| Open to air | | | |
| Dressing #1 | 4-5 3 m, 5ᵗʰ HH | | |
| Clean / dry / intact #1 | 7-4-5 3 m 5ᵗʰ HH | | |
| Sutures | | | |
| Staples | | | |
| Steristrips | | | |
| Dressing change | | | |
| Other | | | |

(117)   Form # 47207 - 3/94

Date _____ 9-14-96 _____   **Initial and Time Activities.**   S = Sell   A = Assist   T = Total   P = Partial

| Patient Care Activities | | 7 - 3 | 3 - 11 | 11 - 7 |
|---|---|---|---|---|
| **DIET** | Oral | *Regular* B   70% sm· | D | |
| | % Taken (S / A / T) | | | |
| | Tube Feeding Type / Rate | | | |
| | | L | HS SNACKS | |
| **HYGIENE** | Bath   (S) A / T | | | |
| | Mouth Care | | | |
| | Peri Care | | | |
| | Skin Care | | | |
| | Anti Emboli Hose Off | | | |
| | Linen   (P / T) | | | |
| | Other | | | |
| **ACTIVITY** | Asleep | HSM  9/3 7W | | |
| | Respirations reg/unlabored | HSM  9/7W | | |
| | Bedrest | | | |
| | Up with Assist # | | | |
| | Up Ad Lib | | | |
| | ROM Active / Passive | | | |
| | Other | | | |
| **SPEC** | (Type) | | | |
| | (Type) | | | |
| | (Type) | | | |
| **SAFETY** | Siderails up x | HSM  9/7W | | |
| | Restraints = | | | |
| | W / A / V / L / 4 Pt | HSM  9/7W | | |
| | Bed Low Position / | HSM  9/7W | | |
| | Wheels Locked | HSM  9/7W | | |
| | Call Bell within reach | HSM  9/7W | | |
| | Other | HSM  9/7W | | |
| **NURSING CARE ACTIVITIES** | NG / Enteral Tube: | | | |
| | Inserted & Guage | | | |
| | Placement Checked | | | |
| | Flushed | | | |
| | Residual Amount | | | |
| | Suction: Int / Cont | | | |
| | Turned = R / L / P / S | *Independent·* | | |
| | Coughed, Deep Breathed | | | |
| | Suction | | | |
| | Trach Care | | | |
| | Incentive spirometry | | | |
| | Results | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **OFF UNIT** | To ___ At ___ Via ___ Returned ___ | | | **OFF UNIT** To ___ At ___ Via ___ Returned ___ |
| | To ___ At ___ Via ___ Returned ___ | | | To ___ At ___ Via ___ Returned ___ |

| Init. | Signature / Title | Init. | Signature / Title | Init. | Signature / Title |
|---|---|---|---|---|---|
| *Jm* | *Debbie Wells, LVN* | *AH* | *C. Holman* | | |
| | | | | | |
| | | | | | |

| Date | Time | NURSES' NOTES |
|------|------|---------------|
| 9-14-96 | 745a | Ht. DX bt disordered ____ S. Mally LVN |
| | 9:00 | Discharge instructions signed ld copy given to pt. |
| | | Questions answered o Verbalize understanding of instructions . to |
| | | notify MD of any problems . ____ C. doln R |
| | 9:15 | Discharge pr ambulation c wc ____ C. doln R |

| Identify # Used / Shift | | 7 - 3 | 3 - 11 | 11 - 7 |
|---|---|---|---|---|
| ABD | | | | |
| Sterile Gloves | | | | |
| Feeding bags | | | | |
| Suture / Staple Remover | | | | |
| IV Start Kit | | | | |
| IV Catheters | | | | |
| Eggcrate | | | | |
| Other | | | | |
| | | | | |
| | | | | |
| | | | | |
| K Pad | | | | |
| Special Bed | | | | |
| P.R. Mattress | | | | |
| Traction / OHB | 745a | | | |
| Ortho Device | | | | |
| Feeding Pump | | | | |
| IV Pump # # # | | | | |
| PCA Pump | | | | |
| Wall Suction | | | | |
| Other | | | | |

**WADLEY REGIONAL MEDICAL CENTER**

**DISCHARGE INSTRUCTIONS**

**I. MEDICATIONS:**
☐ No Medications Prescribed          Prescriptions given: ☒ Yes ☐ No

| Medicine | Dosage | When | Instructions |
|---|---|---|---|
| Vicodin one by mouth every 4 hours as needed for pain | | | |
| Duricef 500mg one by mouth twice daily | | | |
| | | | |
| | | | |
| | | | |

*5 copied prescriptions*

**II. NUTRITION:**
☒ Diet *Regular*          ☐ Instructions given ☒ Yes   ☐ No ☐ N/A
☐ Supplement recommended   ☐ Yes              ☐ No ☐ N/A
☐ Patient and/or Significant other has received written and/or oral instructions on possible food/drug interactions   ☐ Yes ☒ No ☐ N/A
☒ Other *Drink plenty of fluids*

**III. TREATMENTS/LAB:** _____

**IV. EDUCATION:**
☐ Brochure given
☒ Other (specify) *No heavy lifting of objects; elevate left arm for swell. Notify MD of temp >101. Notify of any purulent drainage from wound. Keep dressing clean and dry*

**V. ACTIVITY LEVEL:**
☐ Independent              ☐ Resume Sexual Activity
☐ Requires Assistance      ☐ Drive Car
☐ Resume Previous Activity
☒ Other (Specify) *Call MD for Temp 101 or >, extreme uncontrolled pain, increasing swelling, any questions or problems.*

**Circle Activity:**
Return to Work/School
Take Shower/~~Take Tub Bath~~
Walker/Cane/Crutches

**VI. APPOINTMENTS:**
☐ Follow up appointment with: ☐ Patient/Significant Other will arrange appointment with:

Physician *Dr. Debran*     Date *September 17 1996*   Time _____
Physician _____           Date _____   Time _____
*Call for time   752-5005*

**IF THERE ARE ANY QUESTIONS REGARDING THESE INSTRUCTIONS, PLEASE CONTACT YOUR PHYSICIAN.**

_Matthew Murphy_
Patient/Significant Other

_Angel Holman_
Registered Nurse

## PATIENT DISCHARGE SUMMARY

**I.  GENERAL CONDITION:**

A.  Vital Signs: _96.4_ _68_ _18_ _130/72_
          Temp.          Pulse          Resp.          B / P

B.  Diet:  ☑ Regular   ☐ Other

C.  Bowel Function:   Date of Last BM _9-13-96_

      ☐ Constipated      ☐ Diarrhea      ☐ Other (specify)

D.  Urinary Function:  ☑ Voiding Without Difficulty      ☐ Indwelling Catheter

      Date of Insertion: ──────── Other (specify) ────────────

**II.  MODE:**

☑ Wheelchair      ☐ Stretcher      ☐ Ambulatory      ☐ Arms

☐ Other (specify) ────────────────────

**III.  DISPOSITION:**  ☑ Home      ☐ Significant Other ──────────── ☐ Nursing Home

**IV.  REFERRALS:**      ☐ Social Services      ☐ Discharge Planner

☐ Home Health      ☐ Other (specify)

_C. Hohns RN_              _9-14-96_
R.N. Signature                              Date

46

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 74

11            St. Michaels Hospital Records

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE OF _Texas_ )
COUNTY OF _Bowie_ ) SS:

## AFFIDAVIT

My name is _Kay Wadley_ I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated.

I am the medical records custodian of the office of:

_Christus St. Michaels_
(Business Name)

Attached hereto are _5_ pages of medical records regarding:

_Murphy, Matthew_
(Name of Patient)

The medical records are kept in the regular course of business, and it is the regular court of business of this office for an employee or representative of this office with the knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicates of the original.

_Kay L. Wadley_
SIGNATURE OF AFFIANT

Before me personally appeared affiant, who being by me duly sworn that the facts stated herein are true and correct according to his/her best information and belief.

In witness whereof, I have hereunto subscribed my name and affixed my official seal this _1st_ day of _December_ 19 _2000_

PEGGY A WHISENHUNT
NOTARY PUBLIC
State of Texas
Comm. Exp. 02-04-2003

_Peggy Whisenhunt_
Notary Public

My Commission Expires:

_2-2003_

STATE'S
EXHIBIT
74

**ST MICHAEL HEALTH CARE CENTER**
P.O. BOX 2911
TEXARKANA, TX 75503

**EMERGENCY ADMISSION**
09/30/96 05:22pm

MURPHY,MATTHEW                          SSN: 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          9627400201

501B W WALTERS              DOB: 09/01/75 21Y              UNIT: 000159107
                                 M MALE              (903)628-4129
NEW BOSTON        TX   75570        CAUCASIAN
UNEMPLOYED                          S SINGLE

Adm Date 09/30/96 05:10pm    FINANCIAL     ACCOM SERVICE    STATION  RM  BED
Dsch Date                    SP  ER                 ERS          ER-B6790810

SELR              SSN: 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
MURPHY,MATTHEW
501B W WALTERS

NEW BOSTON        TX   75570
(903)628-4129

MOTHER            (214)962-7443          SIGNIFICANT OTHER(903)628-4129
ABBOTT,HOPE                              WILLIS,CHELSEA
6305 FM 429                              501B W WALTERS
COFFMAN           TX                     NEW BOSTON       TX     75570

ADVANCED DIRECTIVES:

INSURANCE               GROUP #      POLICY #        POLICY HOLDER'S NAME


ATTENDING PHYSICIAN:            ADMITTING DIAGNOSIS:
    DEHAAN,JEFFREY T                -INCISION OPEN

PREVIOUS ADMIT TO HOSPITAL
-----------------------------------------------------------------------

----------          ------------------          ----------------
    Date                              ATTENDING PHYSICIAN
*** MEDICAL CHART COPY ***                              09/30/96 05:22pm

## St. Michael Health Care Center

CONDITIONS OF HOSPITAL CARE    ❑ IP    ❑ OP   ❑ ER

### 1. CARE

I understand the patient is under the care and supervision of the patient's attending doctor and consultant selected by the doctor. It is the responsibility of the hospital and its staff to carry out the instructions of these doctors. I understand ALL DOCTORS FURNISHING SERVICES TO THE PATIENT, INCLUDING THE RADIOLOGIST, PATHOLOGIST, ANESTHESI- OLOGIST, EMERGENCY ROOM PHYSICIANS, AND OTHERS, ARE NOT EMPLOYEES OR AGENTS OF THE HOSPITAL but rather, are independent contractors who have been granted the privilege of using its facilities for the care and treatment of their patients. These doctors will bill separately for these services. Further, I realize that among those who attend patients at this hospital are medical, nursing, and other health care personnel in training who, unless requested otherwise, may be present during patient care as a part of their education. Still or motion pictures and closed circuit television monitoring of patient care also may be used for educational and medical purposes, unless a patient expressly requests otherwise.

The hospital provides only general duty nursing care unless the doctor orders that the patient be provided more intensive nurs- ing care. If the patient's condition requires the service of a special duty nurse or sitter, this service must be arranged by the patient or the patient's representative since the hospital does not provide this special care. When protective rails are placed on the patient's bed and raised for patient protection or when protective restraints are ordered, the patient assumes all risks or injury or damage if the patient refused permit raised side rails or restraints.

### 2. SERVICES AND / OR SURGICAL PROCEDURE CONSENT

I understand any surgical medical treatment has risks including infection and poor results despite sound medical care. The consent to hospital care includes permission for x-ray examination, laboratory procedures, injections, medications and hospital services rendered the patient under the general and special instruction of the doctor. It is hospital policy that the patient have the opportunity to discuss the surgery and procedures with the patient's doctor beforehand. The patient has the right to consent to surgery. Except in emergencies or unusual circumstances the hospital does not allow its facilities to be used without this discussion and the patient's consent.

### 3. RELEASE OF INFORMATION

To the extent necessary to determine liability for payment and to obtain reimbursement, the hospital and the patient's doctors may disclose the patient's records, INCLUDING HIV STATUS OR OTHER SEXUALLY TRANSMITTED DISEASE INFORMA- TION, to medical records auditors, Social Security Administration, insurance or benefit payor, health service plan, or worker's compensation carrier which is, or may be liable for all or any portion of the hospital's or treating doctor's charges.

The hospital may obtain from any source and examine, discuss and disclose the patient's records, including medical history, examinations, diagnoses, treatments, and HIV or Aids information to treating doctors, hospital personnel and agents, other health care providers, medical researchers, audit committees, care evaluators and state and federal agencies.

### 4. PERSONAL VALUABLES

THE HOSPITAL MAINTAINS A SAFE FOR THE PROTECTION OF MONEY AND VALUABLES. THE HOSPITAL IS NOT RESPONSIBLE FOR THE LOSS OF OR DAMAGE TO ANY MONEY, JEWELRY, DOCUMENTS, GARMENTS, DENTURES, PROSTHETIC DEVICES OR OTHER ARTICLES OF PERSONAL PROPERTY, UNLESS DEPOSITED IN THE HOSPITAL'S SAFE.

### 5. FINANCIAL AGREEMENT

In consideration of the services to be rendered to the patient, each person signing this Hospital Care Consent authorizes credit investigation and individually obligates himself/herself to pay the patient's account in accordance with the regular rates and terms of the hospital. In addition, if the services to be rendered to the patient are in any way related to the acts or omissions of a third party against whom the patient may have any claim or cause of action for damages, then the patient expressly grants a contractual lien on such claim or cause of action to the hospital, which contractual lien will attach to any judgment, settlement, or insurance policy (including any liability policy covering a third party, any underinsured or uninsured policy covering the pa- tient, and any other type of insurance policy which may provide benefits or payments to the patient as a result of the injuries sustained) and which will be in addition to any other rights the hospital may have under any laws. If the accounts are referred t   y attorney or collection agency, the same person agrees to pay reasonable attorneys' fees and collection expenses. All delinquent accounts will bear interest at the legal rate. If charity services are required, eligibility determination must be re- quested prior to or upon admission.

BG 0180-3(F/81)         WHITE - MEDICAL RECORDS      YELLOW - BUSINESS OFFICE      PINK - PHYSICIAN

6.  ASSIGNMENT OF BENEFITS
Each person signing this Hospital Care Consent assigns all rights, title and interest and authorizes direct payment to the hospital of any insurance benefits or benefits under Social Security Act otherwise payable to the patient for the hospitalization at a rate not to exceed the hospital's regular charges.  I FURTHER AUTHORIZE PAYMENT DIRECTLY TO THE ANESTHESIOLOGISTS, PATHOLOGISTS, RADIOLOGISTS, AND OTHER TREATING PHYSICIANS RENDERING PROFESSIONAL SERVICES. Each person signing this Hospital Care Consent is financially responsible for charges not collected by this assignment.

**7. ABSENCE / TRANSPORTATION**
If temporary absences from the hospital is authorized by the patient's doctor or if the patient leaves the hospital against medical advice, the hospital is not responsible for patient's welfare while absent.  PASS DAYS ARE NOT COVERED BY MEDICARE, MEDICAID, AND OTHER INSURANCE COMPANIES, AND PATIENT ASSUMES ALL RESPONSIBILITY FOR PAYMENT FOR THE DAYS ON WHICH THE PATIENT IS ABSENT FROM THE HOSPITAL.  If the hospital assists in arranging private ambulance services, the responsibility is limited to reservation assistance.  Transportation arranged by others is the patient's responsibility.

**8. ETHICS**
The hospital is sponsored by the Sisters of Charity of the Incarnate Word and is dedicated to fulfilling a Christian ministerial role of aiding the sick and injured in conformity with the Ethical and Religious Directive for Catholic Health Facilities, approved by the U.S. Catholic Conference. The hospital does not allow its facilities to be used for procedures in violation of these directives.

**Health Care Service Plans:** This hospital maintains a list of the health care service plans with which it has contracted. This list is available upon request from the financial office. The hospital has no contract, express or implied, with any plan that does not appear on the list.

**Disposition:** The hospital may preserve tissue or other parts for scientific purposes, for teaching purposes, for grafts, or it may otherwise dispose of tissue or other parts resulting from procedures in the hospital.  In the event of fetal or other death without proper disposition arrangements by or on behalf of the patient within twenty-four (24) hours, the hospital is authorized to make disposition arrangements as required by law or hospital policies.

**HOSPITAL CARE CONSENT**
1.  I consent to hospital services, treatment and diagnostic procedures by the hospital as ordered by my doctor and consultants selected by my doctor.
2.  I agree to any testing such as for Hepatitis, AIDS, or other communicable diseases, or isolation procedures as required for infection control for the public health.
3.  The Conditions of Hospital Care listed on the front and back of this consent form control the type of care I will receive, release of information, financial responsibility, and other important matters.
4.  (          ) If applicable:
**STATEMENT TO PERMIT PAYMENT OF MEDICARE BENEFITS TO PROVIDER, PHYSICIANS AND PATIENT**
I certify that the information given by me in applying for payment under title XVII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim.  I request that payment of authorized benefits be made on my behalf.  I assign the benefits payable for physicians services to the physician or organization to submit a claim to Medicare for payment to me.

MY SIGNATURE ACKNOWLEDGES THAT I HAVE BEEN GIVEN THE OPPORTUNITY TO ASK QUESTIONS ABOUT THIS CONSENT FORM AND THE CONDITIONS OF HOSPITAL CARE. I VOLUNTARILY GIVE MY CONSENT TO HOSPITAL CARE. A PHOTOCOPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS EFFECTIVE AND VALID AS THE ORIGINAL.

Witness: *Mary Hill*

Patient Signature: X *Matthew Murphy*

Date: 9-30-96          Time: 5:18

[   ] Parent, Legal Guardian
[   ] Other _____

[   ]  Consent to and agreement to assume responsibility for the Financial Agreement, Assignment of Benefits, and Health Care Service Plan, as stated in the Conditions of Hospital Care, if financial responsibility is assumed by someone other than the patient or legal guardian:

X *Matthew Murphy*

GUARANTOR NAME (PLEASE PRINT)

(1) GUARANTOR / INSURED SIGNATURE

(2) INSURED SIGNATURE

BJ 0160 3(F/B)

**CONDITIONS OF HOSPITAL CARE**

## ST. MICHAEL HEALTH CARE CENTER
### EMERGENCY SERVICES

| | | ALLERGIES |
|---|---|---|
| TRIAGE TIME AM PM **1655** | GEN CALL | |
| | PRIVATE MD | Iodine |
| ED BED ASSIGNMENT | ON CALL MD | |
| PATIENT NAME  Murphy (Todd Matthew) | NEXT OF KIN | |
| ADDRESS  301 B W Walters  New Boston 75570 | TELEPHONE  628-4429 | HOME MEDICATIONS |
| AGE | DATE OF BIRTH  4/4/75 | RACE/SEX  W/M | ARRIVAL MODE | Hydrocodone 7.5 |
| CHIEF COMPLAINT  Without L hand incision open - GSW | | |
| HISTORY | | |

TETANUS ... TRIAGE NURSE

VITAL SIGNS  B/P 106/58  P 80  R 18  T 97.7  WT.  ACTUAL/STATED  LAST INTAKE  Meadowola

| | | INTAKE | OUTPUT |
|---|---|---|---|
| | IV | | |
| | PO | | |
| | OTHER | | |
| | TOTAL | | |

**NURSING ASSESSMENT**  pt two weeks post op
states he had a pellet wound
to R hand. states he had his
sutures removed from palm of
L hand thursday and wound
reopened. No numbness to L hand
L 5th finger. pt awake, alert,
ambulatory skin warm, dry, no
redness, no drainage.

**PHYSICIAN EXAM / ORDERS/PROCEDURES**
Dr DeHaan called will see pt in ER AB-1730
Murphy. Dr DeHaan 1750
this hand wound steri stripped c 1/2 inch tape
t wrapped c kling and ace wrap.
t pt abadvised to return if any problems or
call Dr DeHaan.

c hand: clean dehiscence / scar/org okay

D/C - Percocet
RTC
Thursday 9 AM

Jeffry P DeHaan MD

**DIAGNOSIS:**  Wound dehiscence

DISPOSITION OF VALUABLES/CLOTHES: ___ NONE RECEIVED ___ GIVEN TO ___
DESCRIPTION: ___

SIGNATURE: ___  WITNESS: ___

CONSENT TO DIAGNOSIS AND TREATMENT AT ST. MICHAEL HEALTH CARE CENTER

SIGNED ___ (Patient)
OR ___ (Nearest Relative)
___ (Relationship to Patient)

INSTRUCTIONS: ___ Verbal ___ Written ___ Verbalized Understanding
DISCHARGE CONDITION: Good Fair Serious Critical Deceased Improved
DISCHARGE MODE: Ambulatory Carried Ambulance Wheelchair Stretcher
ACCOMPANIED BY: Self Police Relative Ambulance Friend Other
DISCHARGED/DISPOSITION/CARE LEVEL: Discharged Admitted Transferred Expired AMA

Nurse's Signature  S Brown  RN
Initials

ADM. Phys.  Time 1800
Did Doctor See Pt ___ Yes ___ No  DeHaan MD
DATE/TIME

BG 0046-3

# EMERGENCY
# DEPARTMENT
# DISCHARGE
# INSTRUCTIONS

_M. Murphy_ was seen in the Emergency Department by Dr. _DeHaan_

His/Her advice includes the following instructions for you to follow at home. Because the nature of most emergency conditions is such that your illness or injury may change with the passage of time. It is extremely important that you follow the advise given by your physician. If your condition changes or does not improve, call your private physician or contact the Emergency Department at 614-2223.

## ROUTINE INSTRUCTIONS

☐ Abdominal Pain
☐ Ace Bandage
☐ Back Pain
☐ Burns
☐ Chest Pain
    ☐ Angina
    ☐ Generalized
☐ Eye Injury
☐ Fever
☐ Fractures, Cast, Crutches
☐ Minor Head Injury

☐ Obstetrics
    ☐ Normal Pregnancy
    ☐ Threatened Abortion
    ☐ Complete Abortion
☐ Pelvic Inflammatory Disease
☐ Sexually Transmitted Disease
☐ Stains / Sprains
☐ Upper Respiratory Infection
☐ Urinary Tract Infection
☐ Vomiting / Diarrhea
☐ Wounds / Lacerations

Other Instructions: _See Dr. DeHaan Thursday at 3pm at his office 3708 Summerhill. Need to leave dressing. Oriental furniture DeHaan. Return to ER or call Dr. DeHaan if any problems._

☐ **Work / School Activity** — Able to work / school
    ☐ Yes    ☐ No - off through _____    ☐ No physical ED through _____
    If you are not able to return to work / school by the above date - see your doctor.

☐ **High Blood Pressure** — Your blood pressure was found to be _____. This is higher pressure than average. Please see your physician for a check-up.

☐ **Follow-up Care** — ☐ Doctor _____ Office _____
    ☐ Return to the Emergency Department _____
    Bring this sheet with you

☐ **Lab / Culture Reports** — Call the Emergency Dept. _____ (903) 614-2223 for lab or culture reports.

☐ **Injections** — If an injection of medication was given, some swelling, tenderness, and redness is normal and will persist for several days. If a tetanus immunization was given, you may expect a mild fever, especially in children.

☐ **X-rays** — If an x-ray was taken and a report was given to you, it may have been a preliminary report. All x-rays are reviewed by the Department of Radiology the next working day. You will be contacted if additional x-rays are necessary.

☐ **EKG** — Your electrocardiogram will be reviewed the next working day. You will be notified if there is any change in the diagnosis.

☐ **Medication** — ☐ May cause drowsiness. Do not drive, operate machinery or consume alcoholic beverages.
    ☐ Take medication as directed.

I am accepting responsibility as driver of _____ who has received an injection in the Emergency Department and cannot drive today. _____
    Signature of Designated Driver

I hereby acknowledge receipt of instructions indicated above. I understand that I have had only emergency treatment, and that I may be released before all my medical problems are known or treated. I will arrange for follow-up as given above.

Patient signature or guardian if patient is unable to sign because: _____

Date: 9/30/96    Time: 1800

(Relationship to patient)

Witness Signature / Date (Verifying Patient's Signature)

1
2
3
4
5
6
7
8
9
10           State's Exhibit Number 75
11           Photograph of Bathtub
12             (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



PENGAD-Bayonne, N.J.

STATE'S
EXHIBIT
75

1

2

3

4

5

6                                                    -

7

8

9

10                        State's Exhibit Number 77

11                          Photograph of Honda

12                            (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

PENGAD-Bayonne,N.J.

STATE'S
EXHIBIT
77

1

2

3

4

5

6

7

8

9

10            State's Exhibit Number 78

11             Photograph of Honda

12              (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
78

PENGAD-Bayonne,N.J.

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 79

11                    Photograph of Honda

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



ENGAD-Bayonne, N.J.

STATE'S
EXHIBIT
7g

1

2

3

4

5

6

7

8

9

10                   State's Exhibit Number 80

11                    Photograph of Honda

12                     (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne, N.J.

STATE'S
EXHIBIT

1

2

3

4

5

6                                                          -

7

8

9

10               State's Exhibit Number 81

11               Photograph of Honda

12               (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne,N.J.

STATE'S
EXHIBIT



1

2

3

4

5

6                                          -

7

8

9

10                State's Exhibit Number 82

11                 Photograph of Honda

12                  (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne, N.J.

STATE'S
EXHIBIT

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 83

11               Photograph of Honda

12                (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne, N.J.

STATE'S
EXHIBIT
93

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

State's Exhibit Number 83A

Tan Purse

(Not attached - retained by Physical evidence clerk)

1

2

3

4

5

6                                                                    -

7

8

9

10                    State's Exhibit Number 84

11                    Photograph of Honda

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT

PENGAD-Bayonne,N.J.

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 86

11                    Brown Leather Wallet

12                      (Copy attached)

13            (Retained By Physical Evidence Clerk)

14

15

16

17

18

19

20

21

22

23

24

25





STATE'S
EXHIBIT

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 88

11                       Insurance Card

12                     (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



0130846N01932

**TEXAS LIABILITY INSURANCE CARD...** This policy provides at least the minimum amounts of liability insurance required by the Texas Motor Vehicle Safety Responsibility Act for the specified vehicle and named insureds and may provide coverage for other persons and other vehicles as provided by the insurance policy.

**STATE'S EXHIBIT**
88

PENGAD-Bayonne,N.J.

Insurance Company
State Farm Mutual Automobile Insurance Company
1-800-252-1930

Agent or Producer          7001-056
JERRY GAREY
PHONE# (972)495-9554

Policy Number G16 2599-A01-43C

Renewal Effective Date    Renewal Expiration Date
JUL 01 2001    to
JAN 01 2001

Coverages
VEH 1   A B2 D1-50 D2-250 H40 R20 C

Vehicle - Year, Make, Model of Covered Vehicle, VIN
1996 HONDA   ACCORD
1HGCD5633TA032510

Insured   CUNNINGHAM, BERTIE
2749 LAUREL OAKS DR
GARLAND TX 75044-6839

Drivers   BERTIE

KEEP THIS LIABILITY INSURANCE CARD IN YOUR VEHICLE OR POSSESSION

## Texas Liability Insurance Card Keep this card.

**IMPORTANT:** This card or a copy of your insurance policy must be shown when you apply for or renew your:

- motor vehicle registration
- driver's license
- motor vehicle safety inspection sticker.

You also may be asked to show this card or your policy if you have an accident or if a police officer asks to see it.

All drivers in Texas must carry liability insurance on their vehicles or otherwise meet legal requirements for financial responsibility. Failure to do so could result in fines up to $1,000, suspension of your driver's license and motor vehicle registration, and impoundment of your vehicle for up to 180 days (at a cost of $15 per day).

## Tarjeta de Seguro de Responsabilidad de Texas Guarde esta tarjeta.

**IMPORTANTE:** Esta tarjeta o una copia de su póliza de seguro debe ser mostrada cuando usted solicite o renueve su:

- registro de vehículo de motor
- licencia para conducir
- etiqueta de inspección de seguridad para su vehículo.

Puede que usted tenga también que mostrar esta tarjeta, o su póliza de seguro si tiene un accidente o si un oficial de la paz se la pide.

Todos los conductores en Texas deben de tener seguro de responsabilidad para sus vehículos, o de otra manera llenar los requisitos legales de responsabilidad civil. Fallo en llenar este requisitos pudiera resultar en multas de hasta $1,000, suspensión de su licencia para conducir y su registro de vehículo de motor, y la retención de su vehículo por un período de hasta 180 días (a un costo de $15 por día).

130-4180 TXprt1

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 89

11                    Church Offering Envelope

12                       (Copy attached)

13           (Retained By Physical Evidence Clerk)

14

15

16

17

18

19

20

21

22

23

24

25



*Arapaho Road*
BAPTIST CHURCH
2256 Arapaho Road • GARLAND, TX. 75044

136040

STATE'S
EXHIBIT
89

PENGAD-Bayonne, N.J.

OCT 01 2000
MRS. BERTIE CUNNINGHAM
2749 LAUREL OAKS DR
GARLAND, TX 75044-893949

| | | |
|---|---|---|
| BUDGET FUND | $ | 110 00 |
| UNITED WE BUILD | $ | 40 00 |
| DESIGNATED Specify | $ | |
| TOTAL AMT. ENCLOSED | $ | 150 00 |

United
We build

"Honor the LORD with your wealth, with the first fruits of all your crops." Prov. 3:9



1

2

3

4

5

6

7

8

9

10                              State's Exhibit Number 90

11                                JCPenney Receipt

12                                (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



**STATE'S EXHIBIT**

_90_

PENGAD-Bayonne,N.J.

```
               JCPENNEY
         STORE 2055-2
     PLANO, TX   75075
       972-578-8666

     *C 02:55 PM  5954  2055/704  157

CATALOG INVOICE #332515139

QTY  1    *SHORT ROBE-M         25.49T
CAT# R 114-5000D
LN  01-9 (  4.75     2.49 )


MDSE TOTAL                      25.49
SHIP/HDLG                        4.75T
SUBTOTAL                        30.24
SALES TAX      8.250%            2.49
XXXXXXXXXXXX7884/XXXX/QO4318005/M
DISCOVER                        32.73
CHANGE                            .00

     TTL 10/04/00               32.73


     ITS ALL INSIDE

   LOG-ON TO JCPENNEY.COM

KEEP THIS SLIP FOR STATEMENT VERIFICATION
          CUSTOMER COPY
```

1

2

3

4

5

6

7

8

9

10

State's Exhibit Number 91

11

JCPenney Bag

12

(Not attached - retained by Physical evidence clerk)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                  State's Exhibit Number 91A

11                        Blue Robe

12   (Not attached - retained by Physical evidence clerk)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                       State's Exhibit Number 91B

11                       JCPenney Bloody Bag

12        (Not attached - retained by Physical evidence clerk)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6                                                  -

7

8

9

10                    State's Exhibit Number 91C

11                       White T-Shirt

12      (Not attached - retained by Physical evidence clerk)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6                                                                         -

7

8

9

10                    State's Exhibit Number 93

11                      Dillard's Plastic Bag

12        (Not attached - retained by Physical evidence clerk)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10        State's Exhibit Number 94

11           Dillard's Receipt

12          (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

WE TRUST YOU WILL BE SATISFIED
WITH YOUR DILLARD'S PURCHASE.

HOWEVER, SHOULD YOU DECIDE THE
MERCHANDISE IS NOT SATISFACTORY,
DILLARD'S ACCEPTS NEW AND
UNUSED MERCHANDISE FOR
EXCHANGE OR CREDIT WITHIN
30 DAYS OF THE PURCHASE DATE.

FOR YOUR CONVENIENCE, BRING
THIS RECEIPT OR PROOF OF PURCHASE
LABEL WITH YOUR PURCHASE AT THE
TIME OF YOUR RETURN.

This receipt is printed on chlorine-free paper.

STATE'S
EXHIBIT

94

WE TRUST YOU WILL BE SATISFIED
WITH YOUR DILLARD'S PURCHASE.

HOWEVER, SHOULD YOU DECIDE THE
MERCHANDISE IS NOT SATISFACTORY,
DILLARD'S ACCEPTS NEW AND
UNUSED MERCHANDISE FOR
EXCHANGE OR CREDIT WITHIN
30 DAYS OF THE PURCHASE DATE.

FOR YOUR CONVENIENCE, BRING
THIS RECEIPT OR PROOF OF PURCHASE
LABEL WITH YOUR PURCHASE AT THE



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 97

11                         Duffle Bag

12    (Not attached - retained by Physical evidence clerk)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                 State's Exhibit Number 98

11                  Suitcase with Clothing

12      (Not attached - retained by Physical evidence clerk)

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

State's Exhibit Number 99

Receipt

(Copy attached)





```
100400  1131PM  RT0504
XXXXXXXXXXXX7147

9620 HARRY HINES
DALLAS          TX
        $.00    SEQ#4891
TRANSACTION SELECTED
CAN NOT BE PROCESSED

PE
```

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 101

11                       Checkbook Cover

12                       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
101

PENGAD-Bayonne, N.J.

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 102

11                    Checkbook Register

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25





1

2

3

4

5

6

7

8

9

10           State's Exhibit Number 103

11           Citizen's Bank Receipt

12            (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
103

PENGAD-Bayonne, N.J.



1

2

3

4

5

6

7

8

9

10            State's Exhibit Number 104

11              Defendant's ID Card

12               (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



☐ Directive to physician
has been filed at tel #

☐ Emergency
contact number

☐ Allergic reaction
to drugs

STATE'S
EXHIBIT
104

PENGAD-Bayonne,N.J.

TEXAS ROADSIDE ASSISTANCE 1-800-525-5555



1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 105

11               Wizard's Card

12             (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

105



1

2

3

4

5

6

7

8

9

10            State's Exhibit Number 106

11                Cowboys Receipt

12              (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



**STATE'S EXHIBIT**

106

PENGAD-Bayonne, N.J.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

State's Exhibit Number 107A

Workers Compensation Receipt

(Copy attached)



| POLICY NO. | CLAIM NO. | | NAME | CHECK NO. |
|---|---|---|---|---|
| WC 1312912 | 01100011160160 | INSURED | GRIFFIN PRODUCTS INC | 0116071970 |
| | | CLAIMANT | JEDDIAH ISAAC MURPHY | |
| LOSS DATE | | CAUSE OF LOSS | | AGENCY NO. |
| 06/22/00 | | WORKERS COMPENSATION INDEMNITY PARTIAL PAYMENT | | 0103551 |

ADJUSTER   9W2

NOTES   7/2-7/8/00

MAIL TO

JEDDIAH ISAAC MURPHY
727 E NORTH COMMERCE ST #4
WILLS POINT TX  75169-2700

STATE'S EXHIBIT
107 A

PENGAD-Bayonne,N.J.



885167

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 107B

11              Workers Compensation Receipt

12                      (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

107B

PENGAD-Bayonne, N.J.

| POLICY NO. | CLAIM NO. | | NAME | CHECK NO. |
|---|---|---|---|---|
| WC 1312912 | 0100001160160 | INSURED | GRIFFIN PRODUCTS INC | 0116075127 |
| | | CLAIMANT | JEDDIAH ISAAC MURPHY | |
| LOSS DATE | | CAUSE OF LOSS | | AGENCY NO. |
| 06/22/00 | | WORKERS COMPENSATION INDEMNITY PARTIAL PAYMENT | | 0103551 |

ADJUSTER   9W2

NOTES   7/23-7/29/00

MAIL
TO

JEDDIAH ISAAC MURPHY
727 E NORTH COMMERCE ST #4
WILLS POINT TX  75169-2700



920867

1

2

3

4

5

6

7

8

9

10                 State's Exhibit Number 107C

11              Workers Compensation Receipt

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
107c

PENGAD-Bayonne,N.J.

| POLICY NO. | CLAIM NO. | | NAME | CHECK NO. |
|---|---|---|---|---|
| WC 1312912 | 010000011160160 | INSURED | GRIFFIN PRODUCTS INC | 0116079801 |
| | | CLAIMANT | JEDDIAH ISAAC MURPHY | |
| LOSS DATE | | | CAUSE OF LOSS | AGENCY NO. |
| 06/22/00 | | | WORKERS COMPENSATION INDEMNITY<br>PARTIAL PAYMENT | 0103551 |

ADJUSTER    9W2

NOTES    9/5-9/11/00

MAIL
TO

JEDDIAH ISAAC MURPHY
727 E NORTH COMMERCE ST #4
WILLS POINT TX 75169-2700



1
2
3
4
5
6
7
8
9
10           State's Exhibit Number 107D

11         Workers Compensation Receipt

12              (Copy attached)

13
14
15
16
17
18
19
20
21
22
23
24
25



| POLICY NO. | CLAIM NO. | | NAME | CHECK NO. |
|---|---|---|---|---|
| WC 1312912 | 01100001160160 | INSURED | GRIFFIN PRODUCTS INC | 0116082873 |
| | | CLAIMANT | JEDIDIAH ISAAC MURPHY | |
| LOSS DATE | | CAUSE OF LOSS | | AGENCY NO. |
| 06/22/00 | | WORKERS COMPENSATION INDEMNITY PARTIAL PAYMENT | | 010351 |

ADJUSTER          9W2

NOTES          9/26-10/2/00

MAIL
TO

JEDIDIAH ISAAC MURPHY
1718 BARCLAY
RICHARDSON TX 75081

PENGAD-Bayonne,N.J.

STATE'S EXHIBIT
167 D



State's Exhibit Number 107E

Workers Compensation Receipt

(Copy attached)

| POLICY NO. | CLAIM NO. | NAME | | CHECK NO. |
|---|---|---|---|---|
| | | INSURED | GRIFFIN PRODUCTS INC | 0116080559 |
| WC 1312912 | 01100001160160 | CLAIMANT | JEDIDIAH ISAAC MURPHY | |
| | | | | AGENCY NO. |
| LOSS DATE | | CAUSE OF LOSS | | 0103551 |
| 06/22/00 | | WORKERS COMPENSATION INDEMNITY PARTIAL PAYMENT | | |

MAIL TO

JEDIDIAH ISAAC MURPHY
1718 BARCLAY
RICHARDSON, TX 75081

ADJUSTER    9W2

NOTES    9/12-9/18/00

STATE'S EXHIBIT 107E

PENGAD-Bayonne, N.J.



971187

1
2
3
4
5
6
7
8
9
10          State's Exhibit Number 109
11          Paper with Dr. Lee's Name
12             (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



551-
DR. Lee

STATE'S
EXHIBIT
109

PENGAD-Bayonne, N.J.



1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 110

11         Shelley Featherston's Card

12            (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25





Shelley D. Featherston

Constable Pct. # 1

J.P. # 1
205 S. Jackson
Kaufman, TX 75142
972/932-4331 Ext. 139 or 140

Home 972/932-64
5004 FM 987
Kaufman, TX 75142

1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 111

11            Lynk Systems Paper

12             (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
111

PENGAD·Bayonne, N.J.

Lynk Systems, Inc.
Atlanta, GA
1-800-859-5965

Your Single Source
Merchant Services
Provider

Lynk Systems, Inc.
Atlanta, GA
1-800-859-5965

Your Single Source
Merchant Services
Provider

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

State's Exhibit Number 112

Yellow Piece of Paper

(Copy attached)



STATE'S
EXHIBIT
_112_

PENGAD-Bayonne, N.J.

1
2
3
4
5
6
7
8
9
10          State's Exhibit Number 113
11          Yellow Piece of Paper
12          (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
_113_

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 114A

11                Money Order Receipt

12                 (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
_114A_



**PURCHASER'S RECEIPT**
PLEASE COMPLETE AND SIGN THIS
MONEY ORDER PROMPTLY

146849105

*Kauf.*

PAID TO

07/02/2000
**$50.00**

**FIDELITY EXPRESS MONEY ORDER CO**
P.O. Box 768 • Sulphur Springs, TX 75483-0768
Phone 903-885-1203

The customer agrees to fill in this money order face in ink in the spaces provided. The merchant cashing this money order to on notice that this is not a traveler's check and should this item bear an unauthorized signature, be stolen, improperly completed or altered, the issuer will stop payment herein or charge back against his endorsement. In the event this money order is lost or stolen, the customer should return to the store of purchase for instructions for redeeming or replacing this money order. The customer should retain receipt of this money order as it is the only evidence of purchase of the money order bearing the serial number as listed above.

M 97145-G

---

**PURCHASER'S RECEIPT**
PLEASE COMPLETE AND SIGN THIS
MONEY ORDER PROMPTLY

146849106

*Caton*

PAID TO

07/02/2000
**$60.00**

**FIDELITY EXPRESS MONEY ORDER CO**
P.O. Box 768 • Sulphur Springs, TX 75483-0768
Phone 903-885-1203

The customer agrees to fill in this money order face in ink in the spaces provided. The merchant cashing this money order is on notice that this is not a traveler's check and should this item bear an unauthorized signature, be stolen, improperly completed or altered, the issuer will stop payment herein or charge back against his endorsement. In the event this money order is lost or stolen, the customer should return to the store of purchase for instructions for redeeming or replacing this money order. The customer should retain receipt of this money order as it is the only evidence of purchase of the money order bearing the serial number as listed above.

M 97145-G

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 114B

11                Money Order Receipt

12                 (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
_114B_



1

2

3

4

5

6                                                    -

7

8

9

10                State's Exhibit Number 115

11                      Print (Hood)

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DARLINE W. LABAR, OFFICIAL REPORTER



**Date** _10-06-00_       **FI #** _00-2831-_   **CF #** _E121188_ _R030225_

**Offense (Type & NO.)** _Homicide_

**Victim** _Cunningham_

**Address** _1600 Commerce_

**Prints Lifted From** _driver's side of front hood_

**Lifted By** _Chase #6co_

**Investigator's Comments:**

STATE'S EXHIBIT _115_

PENGAD-Bayonne, N.J.



1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 116

11                       Print (Rear Window)

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



Date | FI # | - | CF #
*E 121188*

*10-06.00* | *00.2881* | | *R 030225*

**Offense (Type & NO.)**
*Homicide*

**Victim**
*Cunningham*

**Address**
*1600 Commerce*

**Prints Lifted From**
*interior upper edge of rear pass door window*

**Lifted By**
*Morris #660*

**Investigator's Comments:**

STATE'S
EXHIBIT
*116*

PENGAD-Bayonne,N.J.

COG120-148



10-8-00 Idenifiable I Space Murphy
Y.O. #411
W M DOB: 2-1-75
CPD # 244172

Right index, Middle & Ring fingers

1
2
3
4
5
6
7
8
9
10          State's Exhibit Number 117
11            Print (Rear Window)
12             (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

| Date | FI # | CF # |
|---|---|---|
| | | E121137 |
| 10-06-00 | 00-2431 | R030225 |

Offense (Type & NO.)
*Homicide*

Victim
*Cunningham*

Address
*1600 Commerce*

Prints Lifted From
*exterior drivers door frame*

Lifted By
*Thorn #607*

Investigator's Comments:



STATE'S
EXHIBIT

117

PENGAD-Bayonne, N.J.

COG120-148



10-8-00
L.O.#611
W-M DOB: 9-1-75
CPD# 344172
Sgt. Mills
Sidewalk Isaac murphy

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 118

11                      Print (Door Handle)

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

| Date | FI # | CF #<br>E 121182 |
|------|------|------|
| 10-06-00 | 00-2331 | R 030225 |

**Offense (Type & NO.)**

Homicide

**Victim**

Cunningham

**Address**

1600 Commerce

**Prints Lifted From**

interior driver door handle car int

**Lifted By**

Thomas #607

**Investigator's Comments:**

STATE'S
EXHIBIT

118

PENGAD-Bayonne,N.J.

COG120-148



1
2
3
4
5
6
7
8
9
10          State's Exhibit Number 119
11        Print (Cigarette Package)
12          (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



| Date | FI # | CF # |
|---|---|---|
| 10-07-00 | 00-2831 | E121188 |

Offense (Type & NO.)  /

Victim  Bertie Cunningham

Address  217 N. Fifth

Prints Lifted From  unopened pack of Basic Menthol

Lifted By  MITHCCO   Lights 100's

Investigator's Comments:

PENGAD-Bayonne,N.J.

STATE'S
EXHIBIT
119

COG120-148



10-8-00 Right Thumb
C. J. #611 Jedidiah Isaac Murphy
WM DOB 9-11-75
GPD # 244172

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

State's Exhibit Number 120

Prints From Jail

(Copy attached)

| TRN | | DPS NO. (SID) | FBI NO. | CONTRIBUTOR ORI | LEAVE BLANK |
|---|---|---|---|---|---|
| 244 4172 | | | | TX0571100 | |

STATE'S EXHIBIT
120

PENGAD-Bayonne, N.J.

| NAME (LAST, FIRST, MIDDLE) | | | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|
| MURPHY, JEDIDIAH ISAAC | | | 09011975 | |

| SEX | RACE | ETH. | HGT. | WGT. | EYES | HAIR | SCARS, MARKS, TATTOOS, AMPUTATIONS |
|---|---|---|---|---|---|---|---|
| M | W | | 511 | 145 | BRO | BRO | |

| SKIN TONE | SOCIAL SECURITY NO. | | MISC NO. | | CTZ. |
|---|---|---|---|---|---|

| DRIVER LICENSE NO. | STATE | TYPE | ID CARD NO. | STATE | TX |
|---|---|---|---|---|---|

| ALIAS NAME(S) | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|

| ORI | ARRESTING AGENCY | TRANS. HAZ MATERIAL? Y OR N | OPER. COM. VEHICLE? Y OR N | LIC PLATE NO. | STATE | YEAR | DATE OF ARREST | AGENCY ARREST NO. |
|---|---|---|---|---|---|---|---|---|
| NAME: | | AGENCY CASE NO. | | FIREARM CODE | PRINTED BY: BUSH - REB REB341 100600 | | | DATE |

| TRS | OFFENSE CODE | GOC | OFFENSE | STATUTE CITATION | LEVEL & DEGREE | FELONY CAPITAL, 1, 2, OR 3 | MISDEMEANOR A, OR B |
|---|---|---|---|---|---|---|---|
| A001 | | | | | | | |



| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

ID 50X50G8 TP-600 #001525 06:52:37        HPLJV   #USKC132027 2001006-06:57

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY        L. THUMB    R. THUMB        RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

State's Exhibit Number 121

Package of Cigarettes

(Copy attached)



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

State's Exhibit Number 122

Package of Cigarettes

(Copy attached)



1

2

3

4

5

6

7

8

9

10                State's Exhibit Number 123

11                 Trash Bag of Clothes

12       (Not attached - retained by Physical evidence clerk)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                    State's Exhibit Number 124
11                     Duffle Bag with Clothes
12       (Not attached - retained by Physical evidence clerk)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2

3

4

5

6                                          -

7

8

9

10                State's Exhibit Number 125

11                    Claim's Interview

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DARLINE W. LABAR, OFFICIAL REPORTER


STATE'S EXHIBIT
125

# STATEMENT OF JEDIDIAH ISAAC MURPHY

... representative Joanne Gilmore with Employers General Insurance. I am talking on telephone to Mr. Jedidiah Isaac Murphy. I am investigating a job accident involving his employer, Griffin Products and today's date is September 13, 2000 and it is approximately 5:05 P.M. Um would you state your full name, please?

A       My name is Jedidiah Isaac Murphy.

Q       Ok. Is that J-e-d-i-d-i-a-h?

A       Yes ma'am.

Q       Isaac, I-s-a-a-c?

A       Yes ma'am.

Q       Murphy, M-u-r-p-h-y?

A       Yes ma'am.

Q       Ok. What is your current mailing address?

A       1718 Barclay, Richardson, Texas  75081.

Q       Ok. And your home phone number?

A       972-497-9949.

Q       Ok. What county do you live in?

A       Uh I believe it'd be Dallas County.

Q       Ok. I have your social security number as 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.

A       Yes ma'am.

Q       And what is your date of birth?

A       9/1/75.

Q       You just had a birthday.

A       Yes ma'am.

Q    Ok.  How old are you?

A    I'm 25.

Q    And your marital status?

A    I'm single.

Q    Do you have any dependents?

A    I have one daughter.

Q    And the age?

A    She's three.

Q    Ok.  And your occupation?

A    I'm a welder.

Q    And who's your employer?

A    Griffin Products.

Q    And they're located where?

A    Wills Point, Texas.

Q    How long have you been working for them?

A    Uh I just started for them.  I was working for a previous company before them for almost two years and then I moved there for location because my wife was having kidney surgery, I needed to be closer to the house so I've been there probably about 2½, 3 weeks at the time of the injury.

Q    Ok.  How long have you been a welder?

A    Uh since I was 18 so 6, 7 years. That's what I've done my whole life.

Q    Ok.  Were you hired in the State of Texas?

A    Yes ma'am.

Q    And what's your driver's license number?

A    12468174.

Q    Is that Texas?

A    Yes ma'am.

Q    Regular or CDL?

A    Regular.

Q    Ok.  What type of education do you have?

A    I graduated from high school and had one year of college.

Q    Ok.  Who do you report to at Griffin Products?

A    Steve Fritcher (sp.?)

Q    And what's his job title?

A    I believe he's the plant manager.

Q    Ok.  What are your normal job duties there at Griffin Products as a welder?

A    I'm a stainless steel tig welder.  I mold sinks and tubs, basins and weld them.

Q    Do you have any other employment or jobs?

A    At this, you mean other than that one job?

Q    Yes sir.

A    No ma'am.

Q    Ok.  And who did you work for before Griffin Products?

A    I worked for R&R Designs.

Q    How do you spell that?

A    Just the letter "R"….

Q    R&R?

A    R&R.

Q    Ok.

A      Designs.

Q      And where are they located?

A      Terrell, Texas.

Q      And how long were you there?

A      Almost two years.

Q      Almost two years?

A      Yes ma'am.

Q      And your job there was?

A      (Inaudible) welder, tig welder.  Well, I was a mig and tig welder there.

Q      Do you have any other past skills other than welding?

A      Uh I drove trucks and I'm an operator like heavy equipment.  I've got a lot of different
       things I've done but welding's usually my main source of income.  I usually weld and do
       things on the side like for other people.  Help them or do jobs, little jobs for them.  I was
       a contractor for awhile but with a child, you know, the travel, I couldn't do that anymore.

Q      Ok.  Were you ever in the military?

A      No ma'am.

Q      Ok.  Are you losing time from work now?

A      Yes ma'am.

Q      When's the last day that you worked?

A      Oooh, June uh the end of June.

Q      Of 2000.

A      Yes ma'am.

Q      Ok.  And your wages, are you paid by the hour?

A      Yes ma'am.

4

Q    Ok.  What's your hourly rate of pay?

A    I was making 9 there, $9.00.

Q    Were you paid weekly?

A    Bi-weekly.

Q    And how many hours do you normally work each week?

A    At least 40.

Q    Ok.  Do you remember the day of your accident?

A    Uh the actual day, no ma'am, I don't.  I have the paperwork but I don't have it with me.

Q    Ok.  What day of the week was it?  Do you remember that?

A    No ma'am, I don't even remember that.

Q    Ok.

A    I think it was mid-week, Wednesday or Thursday.

Q    So as best as you can recall what month was it?

A    It was in June.

Q    Ok.  And you think it was either a Wednesday or Thursday?

A    Yes ma'am.

Q    About what time?

A    Uh before lunch.  About 11:00, 10:30, 11:00.

Q    Ok. That would be A.M.?

A    Yes ma'am.

Q    Ok.  And where were you located?

A    I was, you mean where was, in the shop where was I located?

Q    Um no, where's the shop located?

5

A     The shop is in Wills Point and each welder at the shop has a place to, like a station where they weld and I was in my station at the time of the injury.

Q     Ok. So you were in the shop, is this a shop belonging to Griffin Products?

A     Yes ma'am. More of a warehouse, it's a pretty big place.

Q     Ok. What happened?

A     How did the injury occur?

Q     Yes sir.

A     Ok. They have, it's like a hammer and a dolly and the dolly being a spherical shaped piece of steel that you put on the back side of it to mold the sinks before welding and you have to kind of work your dolly in the seam to get it to match up and fit right so you can weld it seamless where it wouldn't be uh it'd be real smooth and I was hammering with my dolly and I sat my dolly down on the table. Well, the dolly being kind of like uh more of a, like a rod almost, a small rod, I sat it on my table and the tables are usually bent up because of the weight of the steel and different things and I set it on the table and it was fixing to roll off the edge and it just rolled off and I thought I could snatch it like before it hit the ground, I didn't want it to hit the ground, and I went down to get it, I went past the table and my, the edge of my thumb caught the edge of the table and just snapped it straight back. Dislocated it.

Q     Ok. This dolly you said is what kind of shape?

A     It's not a sphere but more of a, probably about a 4 inch rod steel, probably an inch and a half in diameter, 4 inches long. Just solid steel rod.

Q     (Pause) Ok. And you put this on the back of what now?

A     I put it on top of my table.

Q     Ok.

A     After you get done hammering right before you weld, you know, I just set my dolly down on my table until you need it. Like throughout the whole process you need that dolly so it's kind of handy to kind of have it right there with you. So I just laid it on the table like I normally done.

Q     (Pause) Ok. Who did you report this incident to?

A     Uh immediately I went to like the shop, head welder just like two stations down from me and showed him my thumb and I knew I, I thought I broke it because it popped real loud and I don't know if that was from the dislocation of the tendon snapping or what but I

knew that my, it was already swelling up and it didn't look right at all, it was out of position so I showed the first person next to me which happened to be my boss or like the head welder.

Q    (Pause)  What's his name?

A    I can't even remember.  I can't remember his name.  I didn't, I don't really socialize with people on jobs, I kind of more or less keep to myself so I would know his name but I can't remember it now.  I didn't talk to many people.  See if Mr. Fritcher would know his name.  Harlon, that's what it is.  Harlon, H-a-r-l-o-n.

Q    (Pause)  Ok.  Do you belong to a certain work crew?

A    Well, yeah, there's welders, yeah, and there's painters and there's grinders, there's quite a few different things going on in there and I, there's not but like 6 or 8 welders so we're all right there together and each, like station has like I guess more like a lead person that's, you know, usually been there the longest, the most experienced, and that's who I went to.

Q    Ok.  Were you working with these 6 – 8 other welders that day?

A    Yes ma'am.  We're all in a big long line.  I was at the end of the line.

Q    Ok.  Was there anybody that witnessed this incident?

A    No ma'am.  They're, you're in like a cubicle kind of that, you can't put welders right beside each other without some sort of wall because you burn other guys' eyes.  It's real bright torches so you kind of have to have a barrier in between each welder and that, they have barriers in between everybody and we're right next to each other.  But I ran three different stations, I was running three different stations by myself.  The other welders just ran one but I knew how to, I was an experienced welder when I got there so I could do a little more than someone that didn't have the experience that I had so I was more or less jumping from station to station to station completing the product up to the next level instead of doing a little bit of the product and sending it to someone else.  So I had kind of like three different stations.

Q    (Pause)  Ok and what part of your body did you injure?

A    My left thumb.

Q    Ok.  Did you receive any medical treatment the day that this happened?

A    Yes ma'am.

Q    And where did you go?

A    I went to the emergency room in Terrell, Texas. I believe it's uh Community Hospital.

Q    How did you get there?

A    I drove myself. They were going to drive me but the, I guess the owner, maybe? I showed, as soon as I showed the, my boss or the welder boss, he immediately took me to the plant manager, Mr. Steve, and he, they all recommended I go to the hospital because of the swelling and the way it looked and he told me that if I was okay to drive I could just drive myself and I just went ahead and did that.

Q    Ok. What did they do at the emergency room?

A    Uh x-rays and they found out that the bone wasn't broken but I'd snapped the ulnar collateral tendon and they put a cast on it that day because of the swelling. There wasn't nothing anybody could do until the swelling went down so they casted my left arm.

Q    Ok. Did the emergency room take you off work?

A    Yes ma'am.

Q    And what were their instructions?

A    They gave me a name of an orthopedic surgeon and I was to follow-up with him and they told me if, you know, if they had a job at my work that I could do with one hand and the other one, you know, more or less completely immobilized that I could do that but there's really nothing in the shop you can do with one hand. I'm more or less a danger to be there with one hand so they just told me to do whatever I needed to do with this doctor to get fixed.

Q    Ok. And you were instructed to follow-up with an orthopedic and who is that?

A    Dr. William Vandiver.

Q    How do you spell that?

A    W-i-l-l-i-a-m...

Q    The last name.

A    Ok. Let me get my card there. His last name is V-a-n-d-i-v-e-r.

Q    Ok. What's his address?

A    709 West Hwy. 243, Suite B, that's in Kaufman, Texas.

Q    K-a-u-f-m-a-n?

8

A       Yes ma'am.

Q       The zip code?

A       75142.

Q       And the phone number?

A       972-932-2122.

Q       Ok.  When did you see this orthopedic physician, Dr. Vandiver?

A       About a week and a half after the injury.  He couldn't do anything until the swelling had gone down.  That took a very long time for the swelling to go down.

Q       Ok.  Do you know when you first saw him?

A       The date?

Q       Yes sir.

A       No, ma'am.  I don't know.

Q       Was it sometime in June?

A       It was about a week and a half after the injury so it'd be the very end of June or the first of July.  He'd have that whenever I came in and I don't remember when exactly my appointment was.

Q       Ok.

A       (Inaudible).

Q       And what did the doctor say then?

A       He took the cast that I had off of on my hand and looked at my x-rays and stuff and told me what had happened and what I tore up and that I was going to, I was going to be required to have surgery to get it fixed.

Q       Ok.  Did you have surgery?

A       Yes ma'am.

Q       When was that?

A   Probably three weeks after, it was, they scheduled it like the day I went in the appointment they scheduled it for two weeks later which was the soonest time for me to get in.

Q   Ok. So that would've been most likely sometime in July?

A   Yes ma'am. Early July.

Q   Ok. What kind of surgery did you have?

A   He had to repair the ulnar collateral tendon. Or, I couldn't, without the ulnar collateral tendon, from the way it was explained to me and all, you can't pick up anything because your, it'll keep, your thumb'll keep dislocating. That tendon holds your thumb in position and if you didn't have it fixed you'd more or less be handicapped to do anything that involves lifting and pushing stuff and the stuff I needed to do.

Q   (Pause) Ok. What happened after you had the surgery done?

A   Uh well, there was a lot of, I had a cast put on my hand and I had a, just partial of my thumb was exposed, just like the tip of it and the very next morning, I went home basically that day and just, you know, went to sleep, just slept all day, I guess, like the effects of the anesthesia or whatever.

Q   Um-hm.

A   When I woke up the next day I couldn't feel the end of my thumb so I called the doctor immediately 'cause I didn't know what was up and I asked him, you know, if maybe that was something, maybe the anesthesia still or uh some of the, you know, medicine or what have you. I explained to him the day I went in to his office the very first time that I had a previous injury and I had four dead fingers and the only finger I could feel was my thumb and I, you know, I told him that it was real crucial that whatever he did to me, he explained to me before that when this tendon usually snaps...

Q   Um-hm.

A   ...they, people usually have nerve damage. Well, I was in so much pain from the injury, you know, I, my nerves were fine so it didn't do any nerve damage to my thumb and I was explaining to him, you know, how important it was that I get this thumb working back correctly because it's the only one I could feel and that was the only thing that was keeping me able to, like when I picked something up I knew I had it because it was pressing up against my thumb. I could feel it and without this thumb, you know, I'm pretty, more or less one-handed. It's hard for me to do anything.

Q   And that's because your other four fingers...?

10

A   Yes ma'am, they're dead from a gunshot wound. I told the guy that hired me, Mr. Steve, he knew about it. I told him. I usually tell everybody that I work for. But it's never really ever slowed me down or, you know, after I was shot it slowed me down for awhile to get used to it but once I'd gotten used to it it's never hindered me really in any way. As long as I could feel one finger I knew when I had something, whether or not it was hot or, you know, it kind of kept me just normal. But I knew that something was wrong the day after surgery and I couldn't feel my finger. I called Dr. Vandiver immediately and then I called him, I don't know, I guess about every other day for a week, two weeks.

Q   Ok. Who's the guy that hired you?

A   Dr., I mean, Mr. Steve.

Q   And that's uh Steve...

A   Fricker or Fritcher.

Q   ...Fritcher, isn't it?

A   Yes ma'am.

Q   Ok. What did the doctor say when you told him you couldn't feel your thumb the next day?

A   He said it was from like the trauma of the surgery, the swelling and, you know, any time you have like a surgery and, you know, it could be swelling up, like pushing on a nerve of, you know, he just more or less said it was from the surgery itself like the trauma that it caused so I just went with what he said and he told me my feeling would come back and, you know, so I just, him being a doctor I just said alright, you know, no big deal and I called him, you know, 5, 6, 7, 8 times after that, you know, just reassuring that the feeling would come back in my finger and he kept reassuring me, reassuring me that everything'd be alright and it'd come back.

Q   Has it come back yet?

A   Well, it's, it's real weird. It's not like my whole thumb is dead, it's not my, you know, from the entire thumb from the incision down but I'd say ¾ of my thumb or a little less is dead where on the inside like when you go to grab something, that part, the whole inside and on the bottom where my thumbprint is dead. Now, the top side, some of where like the finger, on like the very edge of my fingernail and on the outside is okay, I can feel it. Just like half or ¾ of it's dead. It's real weird. And it's from the incision, you know, just right, right where he cut up I can feel but right from where he cut down I can't. It's that precise, perfect.

Q   (Pause) Ok. Have you ever treated with this doctor uh what's his name, Vander (meaning Vandiver)?

11

A    No ma'am, I'd never even heard of him before.

Q    Ok. When's the last time you saw him?

A    About August 17th.

Q    Ok. What did he do then?

A    Took my stitches out and I showed him, you know, that I couldn't feel it and talked to him and he was telling me, you know, basically the same thing that uh see, I could stick a hypodermic needle in my skin, you know, I've obviously got, you know, it's dead and some places it's completely dead and other places it's not and I was, that's what I was explaining to him and he said that maybe, I asked him if maybe I could get an EMG or something done so that uh you know, we could find out exactly what was wrong and he scheduled me an EMG.

Q    And when was that scheduled for?

A    I don't remember the date, I have no idea.

Q    It has been done?

A    Yes ma'am.

Q    Have you got the results of that yet?

A    Uh I got them this morning or Ms. Adames, I called her, she told me what the doctor said.

Q    Is Dawn from the doctor's office?

A    No ma'am, Ms. Adames from the uh, uh…

Q    Oh, ok.

A    …insurance. She had a copy. I didn't know, I didn't get my results yet. My doctor was supposed to call me and he hadn't done it yet.

Q    But you discussed the results with…

A    Ms. Kirsten Adames.

Q    Right. When is your next doctor's appointment?

A     He's. I talked to him today and he said as soon as he got with my chart and found, you know, found out what they were going to do and, that he was going to call me back, let me know. He would stay in touch with me, is what he told me.

Q     How long did the doctor say you were going to be off work?

A     From the surgery?

Q     Yes sir.

A     Six weeks.

Q     Ok. This is your left thumb.

A     Yes ma'am.

Q     Have you ever hurt your left thumb before?

A     No ma'am.

Q     Ok. Have you ever hurt your left hand before?

A     Yes ma'am.

Q     Can you give me the particulars of that?

A     I had a gunshot wound right through the center of it and it severed the media nerve in my left hand. Just basically blew it in half. I had a hole completely through my hand.

Q     Ok. When did this happen?

A     In uh I want to say late '95, early '96. I couldn't tell you, I'm not at my house right now so I couldn't tell you exactly when it happened. I have all the records though, I just don't have them with me. But it only affected the four fingers. The thumb's like a different nerve. It didn't have anything to do with that nerve at all.

Q     (Pause) Ok. Did you have surgery for this?

A     Yes ma'am.

Q     Ok.

A     I had to have reconstructive and some plastic surgery and neurosurgery.

Q     Where did this happen?

A    In Texarkana. Actually, in New Boston. It's like a suburb of Texarkana.

Q    Ok. Um is that in Texas?

A    Yes ma'am.

Q    Ok. Who was your doctor?

A    Uh I can't tell you right now because I don't, I can't remember his name. I have it but I don't have it with me. That was so long ago I don't remember.

Q    Did you see just one doctor or more?

A    Well, I had a, the doctor that I really knew the best was the neurosurgeon and the other doctor was just kind of like working with him. There was one doctor like, the plastic surgeon did the, like they cut me all the way across my palm and they had, you know, they disguised it real good so I had a plastic surgeon and like a reconstructive that like kind of closed the hole up and made it look real good and then the neurosurgeon.

Q    Ok. So you had two doctors?

A    Yes ma'am. They were like working in like a team, you know?

Q    Right. Um what hospital was this at?

A    I don't even remember, it's in Texarkana, the main, it's like the big hospital right off of I-30.

Q    Ok. How long did, about what period of time, about how long did you receive medical treatment for this gunshot wound?

A    It was uh from the time of injury it was a pretty lengthy deal because I had, they had to, I had a lot of stitches and it was, you know, a pretty big deal and they had to ball my hand up in a ball and…

(Turned tape over)

Q    Ok. This is a continuation of our recorded statement involving Mr. Jedidiah Isaac Murphy and it is approximately 5:45 P.M. uh on September 13, 2000. Ok. Our last discussion when the tape recorder went off was regarding um your medical treatment involving your previous gunshot wound and ask you a few more questions.

A    Ok.

Q    Um do you have any other existing or previous disabilities?

14

A       No ma'am.

Q       Did you receive an impairment rating from the previous gunshot wound?

A       Um more or less, no. I didn't stick around long enough to, it's more or less the same kind of situation that this is. They wanted me to stay off of work and I probably could've but it was an accidental gunshot wound, you know, it was my fault that it happened. I grabbed the gun and was going to move it from one end of the closet to the other end of the closet and it went off so I just figured that was my fault so I didn't, you know, I didn't know anything an impairment rating or anything like that. I just went, with feeling in one hand I didn't, it slowed me down, sure, but as long as I could use my thumb and (inaudible) when I grab something as long as I knew how much pressure I had on it 'cause of the pressure to my thumb so I like adapted kind of.

Q       Ok.

A       I really don't know how explain it (slight laugh).

Q       Was that a Workers' Compensation claim?

A       Uh-uh. No ma'am. I've never been on Workers' Comp before.

Q       Ok. So you have not had any previous Workers' Compensation claims?

A       No ma'am.

Q       None?

A       No ma'am.

Q       Ok. Um this gunshot wound, was that an accident that occurred at home?

A       Yes ma'am. It was in my closet and the barrel was like right up against the clothes and I was taking a shirt out and it like caught the barrel and it like jiggled my gun a little bit and I was thinking well, you know, if this gun falls over on the floor it could go off and shoot somebody so I just kind of was going to grab it and move it down to the other end of the closet where there were no clothes, and I grabbed it by the barrel right at the top and it just went off.

Q       Ok. Have you had any past car accidents with injuries?

A       No ma'am.

Q       Have you had any other serious illnesses or accidents?

A     I've broken a few ribs, you know, skiing and, I haven't been, you know, I've had appendicitis and, you know, just little stuff. Never really any major thing, no. I've had a bunch of cuts and burns and stuff like that that go along with the job but nothing serious.

Q     Ok. Have you ever had any serious injuries in a sports related activity?

A     Mmm, I dislocated my shoulder in high school football and that was it.

Q     And what shoulder was that?

A     Mmm, my left?

Q     Ok. Any other serious illnesses uh or injuries as a child?

A     No ma'am.

Q     Ok. Any past surgeries other than your left hand?

A     My appendicitis.

Q     Ok. Is that it?

A     That's it.

Q     Ok. How many surgeries did you have on the left hand?

A     My, I had one for the gunshot wound and one for my thumb. But the one for my hand was like a couple of different stages of surgery. One guy opened it and the other guy sewed it up kind of deal. It was pretty lengthy surgery.

Q     Ok. At the time of this accident on the job involving your thumb, were you taking any prescription medications?

A     No ma'am.

Q     Any drugs or alcohol?

A     No ma'am.

Q     Was there any drug testing done following your accident?

A     I think so, at the hospital. I think they may have drug tested me there. I asked that question to my employer but I never got an answer. But I don't even drink. I don't even drink alcohol, I don't, I don't do any of that. My dad died of alcoholism so I don't drink and I don't do drugs. Never really been any importance to me.

16

Q     Ok. Were you under any doctor's care at the time of this accident?

A     No ma'am.

Q     And when would've been about the last time you would've been, received any medical treatment before this job injury?

A     Oooh, uh I don't even know. A long time. Uh a long time, I don't know how long.

Q     Who's your family physician?

A     I don't even have one.

Q     Ok. Is there any other information regarding this accident or your injury that you would like to share that you feel's uh…

A     Well, (slight laugh) I just want to know what's going on, you know. Either fix it or I'm going to have to go back to work. I can't, I can't stay on Workers' Comp 'cause I can't afford to stay on Workers' Comp. It's too uh financially it's killing me and I thought by now, you know, the way (inaudible) explained to me that this would either be fixed or told me it couldn't be fixed. That's all I want. If it can be fixed, I want it fixed but if it can't be, you know, I just need to get on with my life. Do whatever I can do, you know. I have a kid to take care of and this is not good for me.

Q     Ok. Uh do you acknowledge that the answers you gave are true and correct to the best of your knowledge?

A     Yes ma'am.

Q     You're aware that I recorded your conversation?

A     Yes ma'am.

Q     Did I have your permission to do so?

A     Yes ma'am.

Q     Is there any other thing that you would like to uh any other comments before I turn the tape recorder off?

A     No ma'am.

Q     Ok. This concludes our interview. It's approximately 5:52 P.M. on September 13, 2000 and my name is Joanna Gilmore with Employers General Insurance. Would you state your name again?

A      Jedidiah Isaac Murphy.

Q      Ok.  I appreciate your time and I'll try to get back with you as soon as I can.  Ok?

A      Ok.  Thanks.

Q      Alright.  Thanks.  Bye-bye.

This will attest to be a correct transcription of this recorded statement of Jedidiah Murphy, to the best of my knowledge.

1

2

3

4

5

6

7

8

9

10                        State's Exhibit Number 126

11                          Autopsy Photograph

12                           (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

INCHES

1

2

3564.00

STATE'S
EXHIBIT
126

IGAD-Bayonne, N.J.

1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 127

11        Photograph of Murphy Home

12            (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
127

1

2

3

4

5

6

7

8

9

10                       State's Exhibit Number 128

11                            Blue Back

12                          (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**THE STATE OF TEXAS**

I, .............................................. HEREBY CERTIFY
M.B. THALER

**COUNTY OF WALKER**

**THAT I AM THE** Record Clerk of the Texas Department of Criminal Justice-Institutional Division, a penal institution of the State of Texas, situated in the County and State aforesaid. That in my legal Custody as such officer are the original files and records of persons heretofore committed to said institution:  that the ($^{XX}$)Photograph ($^{XX}$)Fingerprints and ($^{XX}$)Commitments, including Judgement and Sentence, of ..... MURPHY, ISAAC ............................................ TDCJ/BPP#..... 687358 ...... Cause# ..... 14852, 14854 ...........................................

a person heretofore committed to said institution and who served a term of imprisonment therein: that I have compared the attached copies with their respective originals now on file in my office and each thereof contains, and is a full, true, and correct transcript and copy from its said original.

**IN WITNESS WHEREOF,** I have hereunto set my hand seal this ........... 30 .................. day of .... NOVEMBER ....... 20 ....... 00 .....

SJW

.................................................., Record Clerk

Seal
TDCJ-ID

The director shall certify under the seal of the institutional division the documents received under Subsections (a) and (c) of Article 42.09, Code of Criminal Procedure.  A document certified under this subsection is self-authenticated for the purpose of Rules 901 and 902, Texas Rules of Criminal Evidence.

Article 42.09, Subsection 8(b), as amended by S. B. 1067, Acts 1993, 73d leg.

CL-103 (Rev. 3/00)



STATE'S
EXHIBIT
128

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - ID



687358

687358  10/24/94  MURPHY, ISAAC JEDIDIAH

CAUSE NO. 14,854
THE STATE OF TEXAS
vs.
JEDIDIAH ISAAC MURPHY

\*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*

IN THE 294TH DISTRICT COURT
VAN ZANDT COUNTY, TEXAS

\*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*  \*\*

JUDGMENT ON PLEA OF GUILTY OR NOLO CONTENDERE BEFORE THE COURT
WAIVER OF JURY TRIAL
a. Synopsis Of The Judgment

| | |
|---|---|
| Judge Presiding:<br>TOMMY W. WALLACE | Date of Judgment:<br>9-12-94 |
| Attorney For State:<br>Leslie Poynter Dixon | Attorney For Defendant:<br>Deborah Beesley |
| Offense Convicted<br>Of:  Burglary of a Motor Vehicle | Date Offense Committed:<br>5-26-94 |

Degree:  Third

Charging Instrument: Indictment          Plea:  Guilty

Terms of plea bargain:   A copy of the written plea agreement is
attached to the judgment.

Findings On Use Of Deadly Weapon:  NA

Date Sentence Imposed:  9-12-94

Costs:   -0-

Punishment And Place Of Confinement:
Term Of Confinement:  Ten Years TDCJ-ID (Boot Camp) - If
successfully completing TDC Boot Camp, then place on ten years
probation.

Fine:  $750.00

Place Of Confinement:   INSTITUTIONAL DIVISION OF THE TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, SPECIAL ALTERNATIVE INCARCERATION
PROGRAM (BOOT CAMP)

Date To Commence:  9-12-94

Time Credited:  102 Days

Total Amount of Restitution/Reparation:  $2035.94

| | |
|---|---|
| Concurrent Unless Otherwise Specified.<br>$900.00 | Restitution To Be Paid To<br>Debbie Armstrong<br>Route 2 - Box 373-D<br>Canton, Texas 75103 |

| | |
|---|---|
| $ 50.00 | Dar  Thorn<br>1303 . obia Dr.<br>Canton, Texas 75103 |
| $395.00 | John Thompson<br>540 O'Neal<br>Wills Point, Texas 75169 |
| $580.94 | Weldon Barker<br>Route 3 - Box 127A<br>Wills Point, Texas 75163 |
| $110.00 | Richard Mullin<br>812 Wynn Rd.<br>Wills Point, Tx 75169 |

### b. Text Of Judgment

This case was called for trial September 12, 1994 . The parties appeared and announced ready for trial. The following attorneys appeared:  for the State, Leslie Poynter Dixon; for the defendant, Deborah Beesley . The defendant was personally present with his counsel during the trial.

The defendant waived trial by jury.  The Court approved the waiver after finding that all of the requirements of Article 1.13, Texas Code of Criminal Procedure, had been met.

Defendant waived reading of the indictment  and entered a plea of guilty to the offense charged.  The Court inquired as to the existence of any plea bargaining agreement.  The parties informed the Court that one existed and advised the Court of its terms. Before making any finding on the plea the Court informed the defendant that it would follow the agreement.

Before accepting the plea, the defendant was advised by the Court of the elements of the offense, of the applicable range of punishment, and further admonished as required by Article 26.13, Texas Code of Criminal Procedure.   The defendant was further advised that if the defendant was not a citizen of the United States of America, a plea of guilty or nolo contendere for the offense charged may result in deportation, the exclusion from admission to this country, or the denial of naturalization under federal law.

Before accepting the plea, the court found that the defendant was mentally competent; that his plea was being made knowingly, freely, and voluntarily; and that, based on representations by defendant and his counsel, he had received effective assistance of counsel.

Evidence was submitted on the issues of guilt and punishment.

The Court accepted the defendant's plea of guilty, and based on the evidence submitted, the Court finds beyond a reasonable

doubt that the defendant is guilty of the offense of burglary of a motor vehicle, a felony of the third DEGREE. The court assesses punishment at confinement in the INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, SPECIAL ALTERNATIVE INCARCERATION PROGRAM (BOOT CAMP) for a TERM, of 10 years and by a FINE of $750:00. The Court further finds that the requirements of Article 42.12, Sec. 8 (a) are satisfied and sentences the Defendant under the SPECIAL ALTERNATIVE INCARCERATION PROGRAM (BOOT CAMP).

In accordance with these findings, it is ordered, adjudged and decreed that the defendant is guilty of the offense of burglary of a motor vehicle, a felony of the third DEGREE; that defendant be punished by confinement in the INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, SPECIAL ALTERNATIVE INCARCERATION PROGRAM (BOOT CAMP) for a TERM of ten years and by a FINE of $750.00 and that the State of Texas have and recover of the defendant all costs for this prosecution in the amount of -0- and the fine for which let execution issue.

The Court finds beyond a reasonable doubt that the offense was committed on May 26, 1994.

Before pronouncing sentence, the defendant was asked if there was any reason why sentence should not be pronounced. The defendant gave no reason to prevent sentencing. In open court, in the presence of defendant and defendant's counsel, the court pronounced sentence as follows:

It being the judgment of this court that the defendant, Jedidiah Isaac Murphy is guilty of the offense of burglary of a motor vehicle and that his punishment be by confinement in the INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, SPECIAL ALTERNATIVE INCARCERATION PROGRAM (BOOT CAMP) for a term of ten years and by a fine of $750.00. The Court further finds that the requirements of Article 42.12, Sec. 8(a) are satisfied and sentences the defendant under the SPECIAL ALTERNATIVE INCARCERATION PROGRAM (BOOT CAMP). It is the order of this Court that the punishment be carried into execution in the manner prescribed by law. The Sheriff of Van Zandt County, or an authorized agent of the State of Texas, is hereby ordered to deliver defendant to the INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, SPECIAL ALTERNATIVE INCARCERATION (BOOT CAMP) to begin serving his term of confinement. The State of Texas shall have and recover of Defendant the fine and costs of this prosecution, for which let execution issue against defendant's property. Defendant is remanded to jail to await his transfer to the penitentiary.

Sentence was pronounced on September 12, 1994.

Sentence shall commence on September 12, 1994.

The defendant is given credit for 102 days on his sentence for time spent in jail in this case between the date of his arrest and the date of sentencing.

Signed on this date: Sept 12, 1994

TOMMY W. WALLACE
Judge Presiding

Notice of Appeal:



Fingerprint from

finger of Defendant

8183 — COMMITMENT (IN PENITENTIARY) Form 4                                                    WALRAVEN—DALLAS

# COMMITMENT

**THE STATE OF TEXAS**               }          IN THE ....294th.. Judicial DISTRICT COURT,

COUNTY OF ......VAN ZANDT............               ....July.............................TERM, A. D. 19....94....

IN RE:

     THE STATE OF TEXAS               }          No ...14,854...............
          **vs.**

     JEDIDIAH ISAAC MURPHY
          Defendant.

To the Director of the Texas Department of Corrections, or any other officer legally authorized to receive convicts, greeting:

Whereas, by the judgment of the Honorable ......294th. Judicial.............................District Court

of ......Van Zandt.............................County, Texas, in the above styled and numbered cause, made and entered

on the ...12th.............day of ......September .........................A.D. 19...94.., in Book....../........ Page....892....

the above named defendant was adjudged to be guilty of the offense of..............................................................

......Burglary of a Vehicle .................................... a felony, on his plea of.................guilty;

and whereas by proper sentence of said Court, dated.............September 12,...................................A.D. 19....94.

and recorded in Vol........../........ page...895....... the above named defendant was sentenced to be confined

Ten Years TDC-ID (Boot Camp) — If successfully completing TDC Boot Camp, then place on ten

years Probation in the State penitentiary of Texas for an indeterminate term of not less than..................................

......years (the minimum) nor more than.............................years (the maximum) prescribed by law for the said

offense.     TIME CREDITED 102 Days

*And it appearing to the Court that the defendant herein has been incarcerated in the County Jail in this

cause since the .............................day of...................................A.D. 19........, without trial

and prior to the passage of sentence herein upon him and that said time should be credited on this sentence. It is so ordered.

†And whereas, the above named defendant gave notice of appeal to the Court of Criminal Appeals at Austin,

Texas, and the record was duly examined by said Court and the judgment herein was by said Court of Criminal

Appeals affirmed on the...............................day of...................................A.D. 19........;

and the mandate issued on the...............................day of...................................A.D. 19........;

thereafter, on the...............................day of...................................A.D. 19........;

a capias was issued for the arrest of the said defendant herein, which capias was executed by the Sheriff of

...................................County, Texas, as evidenced by his endorsement hereon.

Wherefore, you are hereby commanded that you take into your custody the above named defendant and

convey him to said penitentiary, and that you execute the sentence herein as required of you by law by con-

fining the said defendant in the State penitentiary for the term stated above, subject to the rules and regulations

of the penitentiary authorities.

Herein fail not, but duly execute this order.

                            *Nancy Young*
                            Nancy Young
                  Clerk, District Court, ...Van Zandt...........County, Texas.

                  By.......................................................................Deputy.

Capias served by placing the defendant under arrest on the ...................................................day

of.................................. A. D. 19........, at...................................o'clock.......................

                  By .......................................................................

*If not credited with jail time, *clerk should mark this paragraph out

†If no appeal taken, clerk should mark out this paragraph

CAUSE NO.  14,252
THE STATE OF TEXAS
VS.
JEDIDIAH ISAAC MURRAY

\* \*   \* \*   \* \*   \* \*  \* \*   \* \*   \* \*   \* \*  \* \*   \* \*  \* \*

IN THE 294TH DISTRICT COURT
VAN ZANDT COUNTY, TEXAS
\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*  \* \*  \* \*

JUDGMENT ON PLEA OF GUILTY OR NOLO CONTENDERE BEFORE THE COURT
WAIVER OF JURY TRIAL
a. Synopsis Of The Judgment

---

| Judge Presiding: | Date of Judgment: |
|---|---|
| TOMMY W. WALLACE | 9-12-94 |

---

| Attorney For State: | Attorney For Defendant |
|---|---|
| Leslie Poynter Dixon | Deborah Beesley |

---

| Offense Convicted | Date Offense Committed: |
|---|---|
| Of:  Burglary of a Habitation | 4-5-94 |

Degree:  First

---

Charging Instrument: Indictment        Plea:  Guilty

---

Terms of plea bargain:  A copy of the written plea agreement is
attached to the judgment.

---

Findings On Use Of Deadly Weapon:  NA

---

Date Sentence Imposed:  9-12-94

Costs:   -0-

---

Punishment And Place Of Confinement:
Term Of Confinement: Ten Years TDCJ-ID (Boot Camp)  — If
successfully completing TDC Boot Camp, then place on ten years
probation.

Fine:  $750.00

Place Of Confinement:   INSTITUTIONAL DIVISION OF THE TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, SPECIAL ALTERNATIVE INCARCERATION
PROGRAM (BOOT CAMP)

Date To Commence:  9-12-94

---

Time Credited:  102 Days

---

Total Amount of Restitution/Reparation:  $900.00

---

| Concurrent Unless Otherwise Specified. | Restitution To Be Paid To |
|---|---|
| $300.00 | Elizabeth Chaney Erwin |
| | 406 Shady Lane |
| | Edgewood, Texas 75117 |

$200.00

Shell, Daniels
Route 4
Wills Point, Texas 75169

$400.00

Joseph Lynn Fry
279 W. Elm
Canton, Texas 75103

b.   T e x t   O f   J u d g m e n t

This case was called for trial September 12, 1994 .   The
parties appeared and announced ready for trial.   The following
attorneys appeared:  for the State, Leslie Poynter Dixon; for the
defendant, Deborah Beesley .   The defendant was personally present
with his counsel during the trial.

The defendant waived trial by jury.   The Court approved the
waiver after finding that all of the requirements of Article 1.13,
Texas Code of Criminal Procedure, had been met.

Defendant waived reading of the indictment  and entered a plea
of guilty to the offense charged.   The Court inquired as to the
existence of any plea bargaining agreement.   The parties informed
the Court that one existed and advised the Court of its terms.
Before making any finding on the plea the Court informed the
defendant that it would follow the agreement.

Before accepting the plea, the defendant was advised by the
Court of the elements of the offense, of the applicable range of
punishment, and further admonished as required by Article 26.13,
Texas Code of Criminal Procedure.   The defendant was further
advised that if the defendant was not a citizen of the United
States of America, a plea of guilty or nolo contendere for the
offense charged may result in deportation, the exclusion from
admission to this country, or the denial of naturalization under
federal law.

Before accepting the plea, the court found that the defendant
was mentally competent; that his plea was being made knowingly,
freely, and voluntarily; and that, based on representations by
defendant and his counsel, he had received effective assistance of
counsel.

Evidence was submitted on the issues of guilt and punishment.

The Court accepted the defendant's plea of guilty, and based
on the evidence submitted, the Court finds beyond a reasonable
doubt that the defendant is guilty of the offense of burglary of a
habitation, a felony of the first DEGREE.   The court assesses
punishment at confinement in the INSTITUTIONAL DIVISION OF THE
TEXAS   DEPARTMENT   OF   CRIMINAL   JUSTICE,   SPECIAL   ALTERNATIVE
INCARCERATION PROGRAM (BOOT CAMP) for a TERM, of 10 years  and by
a FINE of $750.00.   The Court further finds that the requirements
of  Article 42.12, Sec. 8 (a) are satisfied and sentences the
Defendant under the SPECIAL ALTERNATIVE INCARCERATION PROGRAM (BOOT
CAMP).

In accordance with these findings, it is ordered, adjudged and
decreed that the defendant is guilty of the offense of burglary of

a habitation, a felony of the first DEGREE, that defendant be punished by confinement in the INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, SPECIAL ALTERNATIVE INCARCERATION PROGRAM (BOOT CAMP)for a TERM of ten years and by a FINE of $750.00 and that the State of Texas have and recover of the defendant all costs for this prosecution in the amount of -0- and the fine for which let execution issue.

The Court finds beyond a reasonable doubt that the offense was committed on April 5, 1994.

Before pronouncing sentence, the defendant was asked if there was any reason why sentence should not be pronounced. The defendant gave no reason to prevent sentencing. In open court, in the presence of defendant and defendant's counsel, the court pronounced sentence as follows:

It being the judgment of this court that the defendant, Jedidiah Isaac Murphy is guilty of the offense of burglary of a habitation and that his punishment be by confinement in the INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, SPECIAL ALTERNATIVE INCARCERATION PROGRAM (BOOT CAMP) for a term of ten years and by a fine of $750.00. The Court further finds that the requirements of Article 42.12, Sec. 8(a) are satisfied and sentences the defendant under the SPECIAL ALTERNATIVE INCARCERATION PROGRAM (BOOT CAMP). It is the order of this Court that the punishment be carried into execution in the manner prescribed by law. The Sheriff of Van Zandt County, or an authorized agent of the State of Texas, is hereby ordered to deliver defendant to the INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE,SPECIAL ALTERNATIVE INCARCERATION (BOOT CAMP)to begin serving his term of confinement. The State of Texas shall have and recover of Defendant the fine and costs of this prosecution, for which let execution issue against defendant's property. Defendant is remanded to jail to await his transfer to the penitentiary.

Sentence was pronounced on September 12, 1994.

Sentence shall commence on September 12, 1994.

The defendant is given credit for 102 days on his sentence for time spent in jail in this case between the date of his arrest and the date of sentencing.

Signed on this date:  Sept 12, 1994

TOMMY W. WALLACE
Judge Presiding

Notice of Appeal: _____



Fingerprint from _____ finger of Defendant.

No. _____   Bond $ _____

The State of Texas Vs. ___Jedidiah Isaac Murphy_____

Charge ___Burglary of a Habitation_____   Court: 294th Judicial District

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of _____Van Zandt___, State of Texas, duly selected, empaneled, sworn,

charged, and organized as such at the _____July_____ Term A.D. 19_94_ of the ___294th_____

Judicial District Court for said County, upon their oaths present in and to said court at said term that

_____Jedidiah Isaac Murphy_____

hereinafter styled Defendant, on or about the ____5th____ day of _____April_____ A.D. 19_94_,

and before the presentment of this indictment, in the County and State aforesaid,

did then and there, with intent to commit theft, intentionally and knowingly, enter a habitation, without the effective consent of Elizabeth Chaney Irwin, the owner thereof;

against the peace and dignity of the State.

_____   _____
Criminal District Attorney      Foreman of the Grand Jury

Original—White; Defendant's Copy—Yellow; State's Copy—Pink

B 189 — COMMITMENT TO PENITENTIARY Part 4                                                        VAL HAVEN DALLAS

# COMMITMENT

| | Judicial |
|---|---|
| **THE STATE OF TEXAS** | IN THE 294th./ DISTRICT COURT, |
| COUNTY OF Van Zandt | July TERM, A. D. 19 94. |
| IN RE: | |
| THE STATE OF TEXAS vs. | No 14,852 |
| Jedidiah Isaac Murphy Defendant. | |

To the Director of the Texas Department of Corrections, or any other officer legally authorized to receive convicts, greeting:

Whereas, by the judgment of the Honorable ...... 294th. Judicial ...................... District Court

of ...... Van Zandt ............ County, Texas, in the above styled and numbered cause, made and entered

on the 12th. day of ...... September ..... A. D. 19...94, in Book....14...., Page.....512.....

the above named defendant was adjudged to be guilty of the offense of......Burglary of a Habitation

.................................................................................................., a felony, on his plea of..................guilty;

and whereas by proper sentence of said Court, dated......September 12,.......................................A. D. 19......94

and recorded in Vol......14...., page.....512...................., the above named defendant was sentenced to be confined
Institutional Division of the Texas Department  of Criminal Justice, Special Alternative
and imprisoned in the State penitentiary of Texas for an indeterminate term of not less than
Incarceration Program (BOOT CAMP)   If successfully completing TDC Boot Camp, then place on
years (the minimum) nor more than .......... ten years probation years (the maximum) prescribed by law for the said
offense.

*And it appearing to the Court that the defendant herein has been incarcerated in the County Jail in this
TIME CREDITED 102 DAYS
cause since the ................................day of ...................................A. D. 19........, without trial
and prior to the passage of sentence herein upon him and that said time should be credited on this sentence. It is
so ordered.

†And whereas, the above named defendant gave notice of appeal to the Court of Criminal Appeals at Austin,
Texas, and the record was duly examined by said Court and the judgment herein was by said Court of Criminal

Appeals affirmed on the........................................day of..............................................A. D. 19........;

and the mandate issued on the ............................day of..............................................A. D. 19........;

thereafter, on the..........................day of..............................................A. D. 19........;
a capias was issued for the arrest of the said defendant herein, which capias was executed by the Sheriff of

....................................County, Texas, as evidenced by his endorsement hereon.

Wherefore, you are hereby commanded that you take into your custody the above named defendant and
convey him to said penitentiary, and that you execute the sentence herein as required of you by law by con-
fining the said defendant in the State penitentiary for the term stated above, subject to the rules and regulations
of the penitentiary authorities.

Herein fail not, but duly execute this order.

Nancy Young

Nancy Young,

Clerk, District Court,.....Van Zandt.......County, Texas.

By.................................................................Deputy.

Capias served by placing the defendant under arrest on the...................................................day

of .................................A. D. 19........, at..................o'clock.....

.....................................................................

By ........................................................

*If not credited with full time, clerk should mark this paragraph out

†If no appeal taken, clerk should mark out this paragraph



DATE OF ARREST
10-21-94                                    05280958

COMMITMENT NAME-LAST FIRST MIDDLE
MURPHY, ISAAC JEDIDIAH

DATE OF BIRTH
5-1-75            TX        H  M  W    5-3  126   BRN  BRN  RUDDY
                                                              AMER

SCARS MARKS TATTOOS & AMPUTATIONS
NO MARKS

COUNTY SENT OR ADMIT FROM
VAN ZANDT              TX236065C     68735BAS

10-21-94

BURG HABIT (1)              10 YRS              EDGEWOOD TX

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 129

11                           Blue Back

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

NO.   F-9575692-QM

THE STATE OF TEXAS                      IN THE 194TH JUDICIAL DISTRICT

VS.                                     COURT                          OF

JEDIDIAH ISAAC MURPHY                   DALLAS COUNTY, TEXAS

JUDGMENT ON NEGOTIATED PLEA OF GUILTY
OR NOLO CONTENDERE BEFORE COURT
WAIVER OF JURY TRIAL - COMMUNITY SUPERVISION
REFERRAL TO MAGISTRATE

JANUARY, TERM, A.D., 1996

MAGISTRATE:    M. BOYD PATTERSON, JR.

JUDGE PRESIDING:  M BOYD PATTERSON          DATE OF JUDGMENT: 02/26/96

ATTORNEY                        ATTORNEY
FOR STATE:  C GRUMBERT          FOR DEFENDANT: GREG SHUMPERT

OFFENSE
CONVICTED OF:       THEFT OF PROPERTY OF THE VALUE OF $1,500 OR MORE,BUT LESS
                    THAN $20,000

    DEGREE:  STATE JAIL              DATE OFFENSE COMMITTED:   08/18/95

CHARGING
INSTRUMENT: INDICTMENT               PLEA: NOLO CONTENDERE

TERMS OF NEGOTIATED              NEGOTIATED AGREEMENT
PLEA BARGAIN                        FOLLOWED:  YES
(IN DETAIL):     2 YRS STATE JAIL/5 YRS PROBATION,FINE$100

PLEA TO ENHANCEMENT             FINDINGS ON
PARAGRAPH(S):  N/A              ENHANCEMENT: N/A

FINDINGS ON
DEADLY WEAPON,          NO FINDING
BIAS OR PREJUDICE,
AND/OR
FAMILY VIOLENCE:

DATE SENTENCE
IMPOSED:          02/26/96                     COSTS: YES

PUNISHMENT AND
PLACE OF         2 YEARS
CONFINEMENT: CONFINEMENT  IN  THE  STATE  JAIL  DIVISION
             OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE
             AND A FINE OF $100.00

PERIOD OF SUPERVISION:  5 YEARS          DATE TO COMMENCE:  02/26/96

FINE PROBATED:  NO                  RESTITUTION/REPARATION: YES

CONCURRENT UNLESS OTHERWISE SPECIFIED.

CB                                      VOL. 320  PAGE 59

STATE'S
EXHIBIT
129

ON THIS DAY, SET FORTH ABOVE THE ABOVE STYLE AND NUMBERED CAUSE, HAVING BEEN DULY AND LEGALLY REFERRED TO A MAGISTRATE OF THE DISTRICT COURTS DISTRICT COURTS OF DALLAS COUNTY, CAME ON TO TRIAL. PURSUANT TO A NEGOTIATED PLEA AS REFLECTED ABOVE, THE STATE OF TEXAS AND DEFENDANT APPEARED BY AND THROUGH THE ABOVE NAMED ATTORNEYS AND ANNOUNCED READY FOR TRIAL. DEFENDANT APPEARED IN PERSON IN OPEN COURT. WHERE DEFENDANT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT KNOWINGLY, INTELLIGENTLY AND VOLUNTARILY WAIVED THE RIGHT TO REPRESENTATION BY COUNSEL. DEFENDANT, IN PERSON AND IN WRITING IN OPEN COURT WAIVED HIS RIGHT OF TRIAL BY JURY, WITH THE CONSENT AND APPROVAL OF HIS ATTORNEY, THE ATTORNEY FOR THE STATE, AND THE COURT. WHERE SHOWN ABOVE THAT THE CHARGING INSTRUMENT WAS BY INFORMATION INSTEAD OF INDICTMENT, THE DEFENDANT DID, WITH THE CONSENT AND APPROVAL OF HIS ATTORNEY, WAIVE HIS RIGHT TO PROSECUTION BY INDICTMENT AND AGREE TO BE TRIED ON AN INFORMATION; ALL SUCH WAIVERS, AGREEMENTS AND CONSENTS WERE IN WRITING AND FILED IN THE PAPERS OF THIS CAUSE PRIOR TO THE DEFENDANT ENTERING HIS PLEA HEREIN. THE DEFENDANT WAS DULY ARRAIGNED IN OPEN COURT AND ENTERED THE ABOVE PLEA TO THE CHARGE CONTAINED IN THE CHARGING INSTRUMENT AS SHOWN ABOVE. DEFENDANT WAS ADMONISHED BY THE MAGISTRATE OF THE CONSEQUENCES OF THE SAID PLEA AND DEFENDANT PERSISTED IN ENTERING SAID PLEA, AND IT PLAINLY AP-PEARING TO THE COURT THAT THE MAGISTRATE FOUND THE DEFENDANT TO BE MENTALLY COMPETENT AND THAT SAID PLEA WAS FREE AND VOLUNTARY AND AFTER SUCH FINDINGS BY THE MAGISTRATE THE SAID PLEA WAS ACCEPTED BY THE MAGISTRATE AND IS NOW ENTERED OF RECORD AS THE PLEA HEREIN OF DEFENDANT. DEFENDANT IN OPEN COURT, IN WRITING HAVING WAIVED THE READING OF THE CHARGING INSTRUMENT, AS SHOWN ABOVE THE APPEARANCE, CONFRONTATION, AND CROSS-EXAMINATION OF WITNESSES, AND AGREED THAT THE EVIDENCE MAY BE BY STIPULATION, CONSENTED TO THE INTRODUCTION OF TESTIMONY, ORALLY, BY JUDICIAL CONFESSION, BY AFFIDAVITS, WRITTEN STATEMENTS OF WITNESSES AND ANY OTHER DOCUMENTARY EVIDENCE, AND SUCH WAIVER AND CONSENT HAVING BEEN APPROVED BY THE MAGISTRATE IN WRITING AND FILED IN THE PAPERS OF THE CAUSE AND, THE MAGISTRATE HAVING HEARD DEFENDANT'S WAIVER OF THE READING OF THE CHARGING INSTRUMENT, DEFENDANT'S PLEA THERETO, THE EVIDENCE SUBMITTED, AND THE ARGUMENT OF COUNSEL, WAS OF THE OPINION FROM THE EVIDENCE SUBMITTED THAT DEFENDANT WAS GUILTY OF THE OFFENSE AS SHOWN ABOVE AND THAT THE OFFENSE WAS COMMITTED BY SAID DEFENDANT ON THE DATE SET FORTH ABOVE. THE MAGISTRATE FURTHER MADE ITS FINDINGS AS TO DEADLY WEAPON, FAMILY VIOLENCE, BIAS, PREJUDICE, AND RESTITUTION OR REPARATION AS SET FORTH ABOVE.

AND WHEN SHOWN ABOVE THAT THIS CHARGING INSTRUMENT CONTAINS ENHANCE-MENT PARAGRAPH(S), WHICH WERE NOT WAIVED OR DISMISSED, THE MAGISTRATE, AFTER HEARING THE DEFENDANT'S PLEA TO SAID PARAGRAPH(S) AS SET OUT ABOVE AND AFTER HEARING FURTHER EVIDENCE ON THE ISSUE OF PUNISHMENT, MADE HIS FINDING AS SET OUT ABOVE; IF TRUE, THE MAGISTRATE WAS OF THE OPINION AND FOUND THAT DEFENDANT HAS BEEN HERETOFORE CONVICTED OF SAID OFFENSE(S) ALLEGED IN THE SAID ENHANCEMENT PARAGRAPH(S) AS MATTER SHOWN ABOVE.

THEREUPON THE SAID DEFENDANT WAS ASKED BY THE MAGISTRATE WHETHER HE HAD ANYTHING TO SAY WHY SAID SENTENCE SHOULD NOT BE PRONOUNCED AGAINST HIM, AND HE ANSWERED NOTHING IN BAR THEREOF, AND IT HAVING APPEARED TO THE MAGISTRATE THAT DEFENDANT WAS MENTALLY COMPETENT AND UNDERSTANDING OF PROCEEDINGS;

IT WAS, THEREFORE, CONSIDERED AND RECOMMENDED BY THE MAGISTRATE, IN THE PRESENCE OF DEFENDANT, AND HIS ATTORNEY THAT SAID DEFENDANT BE ADJUDGED GUILTY OF THE OFFENSE AS SHOWN ABOVE, THAT SAID DEFENDANT BE PUNISHED IN ACCORDANCE WITH THE PUNISHMENT SET FORTH ABOVE THAT DEFENDANT BE SENTENCED TO A TERM OF IMPRISONMENT OR FINE OR BOTH AS SET FORTH ABOVE, AND, THAT SAID DEFENDANT SHALL BE CONFINED FOR THE ABOVE NAMED TERM IN ACCORDANCE WITH THE PROVISIONS OF LAW GOVERNING SUCH PUNISHMENTS. IT WAS FURTHER RECOMMENDED THAT THE DEFENDANT PAY COURT COSTS, COSTS AND EXPENSES OF LEGAL SERVICES PROVIDED BY THE COURT APPOINTED ATTORNEY IN THIS CAUSE IF ANY, AND RESTITUTION OR REPARATION, AS SET FORTH HEREIN, FOR WHICH LET EXECUTION ISSUE.

THE MAGISTRATE FURTHER RECOMMENDED THAT THE IMPOSITION OF SENTENCE HEREIN BE SUSPENDED AND THAT THE DEFENDANT BE PLACED ON COMMUNITY SUPERVISION FOR A PERIOD OF TIME AS SHOWN ABOVE SUBJECT TO THE TERMS AND CONDITIONS IMPOSED BY LAW AND THE COURT AND SERVED UPON THE DEFENDANT. THE MAGISTRATE RECOMMENDED THAT THE FINE IMPOSED, IF ANY, BE PROBATED OR PAID AS SHOWN ABOVE.

THE MAGISTRATE FUTHER FOUND THAT THE TERMS OF THE NEGOTIATED PLEA AGREEMENT BETWEEN THE STATE AND THE DEFENDANT HAVE BEEN FOLLOWED.

Case 3:10-cv-00163-N   Document 42-14   Filed 05/05/10   Page 218 of 548   PageID 8676

THE COURT HAS REVIEWED THE FINDINGS, ACTIONS AND RECOMMENDATIONS OF THE MAGISTRATE IN THIS CAUSE. FINDS THAT THE TERMS OF THE NEGOTIATED PLEA ARE ACCEPTABLE AND ADOPTS THE FINDINGS, ACTIONS AND RECOMMENDATIONS OF THE MAGISTRATE IN THIS CAUSE. THE DEFENDANT IS HEREBY ADJUDGED GUILTY OF THE OFFENSE AS SET OUT ABOVE AND ORDERED PUNISHED IN ACCORDANCE WITH THE RECOMMENDATION OF THE MAGISTRATE.

IT FURTHER APPEARING TO THE COURT THAT THE ENDS OF JUSTICE AND THE BEST INTEREST OF THE PUBLIC AS WELL AS THE DEFENDANT WILL BE SERVED BY SUSPENSION OF THE IMPOSITION OF SENTENCE HEREIN. IT IS THE FURTHER ORDER OF THIS COURT THAT THE IMPOSITION OF SENTENCE HEREIN IS HEREBY SUSPENDED AND THE DEFENDANT IS PLACED ON COMMUNITY SUPERVISION FOR A PERIOD OF TIME AS SHOWN ABOVE SUBJECT TO TERMS AND CONDITIONS OF COMMUNITY SUPERVISION IMPOSED BY LAW AND BY THE COURT AND SERVED UPON THE DEFENDANT. THE FINE IMPOSED, IF ANY, SHALL BE PROBATED OR PAID AS SHOWN ABOVE. THIS JUDGMENT AS SHOWN ABOVE IS HEREBY IN ALL THINGS APPROVED AND CONFIRMED, AND IS HEREBY ORDERED INTO EFFECT.

CONDITIONS OF COMMUNITY SUPERVISION ARE ATTACHED HERETO AND ARE INCORPORATED FOR ALL PURPOSES AS A PART OF THIS JUDGMENT.

AND WHEN IT IS SHOWN BELOW THAT PAYMENT OF THE COSTS OF LEGAL SERVICES PROVIDED TO THE DEFENDANT IN THIS CAUSE HAS BEEN ORDERED, THE MAGISTRATE FOUND AND THE COURT APPROVED THE FINDING THAT THE DEFENDANT HAS THE FINANCIAL RESOURCES TO ENABLE THE DEFENDANT TO OFFSET SAID COSTS IN THE AMOUNT ORDERED.

WHEN IT IS SHOWN ABOVE THAT RESTITUTION HAS BEEN ORDERED, BUT THE MAGISTRATE FOUND THAT THE INCLUSION OF THE VICTIM'S NAME AND ADDRESS IS NOT IN THE BEST INTEREST OF THE VICTIM, SUCH FINDING IS HEREBY APPROVED BY THE COURT, AND THE PERSON OR AGENCY WHOSE NAME AND ADDRESS IS SET OUT IN THIS JUDGMENT WILL ACCEPT AND FORWARD THE RESTITUTION PAYMENTS TO THE VICTIM.

FOLLOWING THE DISPOSITION OF THIS CAUSE THE DEFENDANT'S FINGERPRINT WAS, IN OPEN COURT, PLACED UPON A CERTIFICATE OF FINGERPRINT. SAID CERTIFICATE IS ATTACHED HERETO AND IS INCORPORATED BY REFERENCE AS A PART OF THIS JUDGMENT.

A PRESENTENCE INVESTIGATION WAS CONDUCTED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF LAW.

COURT COSTS IN THE AMOUNT OF $124.50

RESTITUTION IN THE AMOUNT OF $ 200.00      TO BE PAID TO:
NAME:
ADDRESS:

JUDGE PRESIDING

THE STATE OF TEXAS       IN THE Ninth JUDICIAL DISTRICT COURT

Vs.                    DALLAS COUNTY, TEXAS

_JEDIDIAH ISAAC MURPHY_

CAUSE NO. _F95-76092M_      _January_ TERM 19_96_

_THEFT_

_C 4691_

| | |
|---|---|
| REGULAR PROBATION | |
| STATE JAIL FELONY | _XX_ |
| DEFERRED ADJUDICATION | |
| BOOT CAMP | |
| SHOCK PROBATION | |

In accordance with the authority conferred by the Adult Probation and Parole Law of the State of Texas, you have been placed on probation on this date _2-26-96_ for a period of _5_ years. It is the order of this Court that you comply with the following conditions of probation:

(a) Commit no offense against the laws of this or any other State of the United States, and do not possess a firearm during probation term.

(b) Avoid injurious or vicious habits, and do not use marijuana, narcotics dangerous drugs, inhalants, or prescription medication without first obtaining a prescription for said substance from a licensed physician.

(c) ~~Avoid persons or places of disreputable or harmful character and do not associate with individuals who commit offenses against the laws of this or any other State or the United States.~~

(d) Obey all the rules and regulations of the probation department, and report as directed by the Probation Officer; to-wit: weekly or monthly.

(e) Permit the Probation Officer to visit you at your home or elsewhere, and notify the Probation Officer not less than twenty-four (24) hours prior to any changes in your home or employment address.

(f) Work faithfully at suitable employment, as far as possible, and seek the assistance of the Probation Officer in your efforts to secure employment when unemployed.

(g) Remain within a specified place, to-wit: Dallas County, Texas; and do not travel outside Dallas County, Texas without first obtaining written permission from this Court.

(h) Pay Court cost and fine, if one be assessed, in one or several sums to the District Clerk of Dallas County, Texas: $ _100 00_ .

(i) Support your dependents.

(j) Pay a probation fee of $ _40 00_ per month to the Probation Officer of this Court on or before the first day of each month hereafter during probation.

(k) Submit urine samples as directed by the Probation Officer.

(l) Pay Court-appointed Attorney fees in the amount of $_____ within 120 days of this order through the Probation Department.

(m) Pay a fee of $60.00 for urinalysis through the Probation Department within 180 days of this order.

(n) Pay restitution in the amount of _200 00_ through the Probation Department at _25 00_ per month beginning _3-1-96_ .

(o) Pay $50.00 to Dallas Area Crimestoppers by _7-1-96_ .

(p) Perform _120_ hours of Community Service at a rate of not less than fifteen (15) hours per month at a Court approved project designated by the Probation Department, to be completed by _7-1-97_ .

JUDGMENT

CERTIFICATE OF THUMBPRINT

CAUSE NO. F94-25434-H

THE STATE OF TEXAS

VS.

James Ronald Jackson

IN THE CRIMINAL

DISTRICT COURT 195

DALLAS COUNTY, TEXAS

**Right
Thumb***                                    Defendant's _____ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-
NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION
OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS 26 DAY OF _____ , 19 96

_____
BAYLIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint
is placed in box:

____ left thumbprint          ____ left/right index finger

____ other, _____

NO. F95-XX-XX92-M

THE STATE OF TEXAS                          194TH JUDICIAL DISTRICT COURT
VS.                                         DALLAS COUNTY, TEXAS

JEDIDIAH ISAAC MURPHY                            JULY  TERM  2000

MOTION TO REVOKE PROBATION

COMES NOW the State of Texas by and through her Criminal District Attorney
and would show the Court the following:

That JEDIDIAH ISAAC MURPHY_____, Defendant was duly and legally placed on
probation for a period of _5___ years in the above entitled and numbered
cause in 194TH JUDICIAL DISTRICT COURT of Dallas County, Texas, on the 26th_
day of FEBRUARY___, 1996__ for the offense of:

THEFT
A STATE JAIL FELONY
AS CHARGED IN THE _INDICTMENT_

That the Defendant has violated the following conditions _D E M N O P_
of said probation in that

SEE PAGE 2 ATTACHED

This violation-offense occurred after _FEBRUARY 26, 1996_ and during the
term of probation.

Wherefore, the State prays that said Defendant be cited to appear before this
Honorable Court and show cause why the Court should not proceed with an
adjudication of guilt on the original charge.
STATE REQUESTS NO BOND ON THIS CASE.

This the 6th_ day of OCTOBER_____, A.D.  2000__.

```
***************************
*                         *
*      F I L E D          *
*                         *
*   OCTOBER 6, 2000       *
*     JIM HAMLIN          *
*   DISTRICT CLERK        *
*   DALLAS CO., TEXAS     *
*                         *
*       DEPUTY            *
***************************
```

BILL HILL
District Attorney
Dallas County, Texas

BY; _____
    Assistant District Attorney

A copy of this motion was delivered to the Defendant on the 19th
day of October_____ A.D.  2000

_____
Probation Officer

I received a copy of this motion on the ____ day of October A.D.  2000__.

ML #4691.002___  in PRO06

_____
Defendant

MOTION TO REVOKE PROBATION

NAME <u>JEDIDIAH ISAAC MURPHY</u>

NO. <u>F95-75692-M</u>

(D)   Report to the Supervision Officer: WEEKLY, MONTHLY, TWICE MONTHLY or as
      directed by the Supervision Officer;
      (JEDIDIAH ISAAC MURPHY did not report to the Community Supervision
      Officer as directed for the months/weeks of AUGUST thru DECEMBER, 1999
      and JANUARY, 2000 thru SEPTEMBER, 2000.)

(E)   Permit the Supervision Officer to visit you at your home or elsewhere
      and give notice to the Supervision Officer no less than 24 hours PRIOR
      to any change of residence or employment;
      (JEDIDIAH ISAAC MURPHY failed to inform supervision officer of his
      whereabouts.)

(M)   Pay a fee of $60.00 for urinalysis through the Probation Department
      within 180 days of this order;
      (JEDIDIAH ISAAC MURPHY did not pay urinalysis through the Probation
      Department within 180 days and is delinquent  $60.00 .

(N)   Pay restitution in the amount of $200.00 through the Probation
      Department at  $25.00  per month beginning  JULY 1, 1996 .
      (JEDIDIAH ISAAC MURPHY did not pay restitution through the Probation
      Department at $25.00 per month and is delinquent  $200.00 .

(O)   Pay $50.00 to Dallas Area Crimestoppers by  JULY 1, 1996 .
      (JEDIDIAH ISAAC MURPHY did not pay $50.00 to Dallas Crime Stoppers by
      JULY 1, 1996 and is delinquent  $50.00 .

(P)   Perform  120   hours of community service at a rate of not less than  20
      hours per month at a court approved project designated by the Community
      Supervision and Corrections Department.  All hours must be completed as
      scheduled, but no later than  JULY 1, 1997 ;
      (JEDIDIAH ISAAC MURPHY did not perform community service hours as
      directed.)

DEFENDANT MURPHY, JEDIDIAH ISAAC WM 090175 CHARGE THEFT 1,500

ADDRESS 6218 PINELAND, DALLAS, TX LOCATION UNKNOWN

FILING AGENCY TXDPD0000 DATE FILED 9/14/95 COURT

COMPLAINANT WEBSTER, LESLIE F-9575692 PM

C/C JOSEPH CHRISTIAN TESTA

### TRUE BILL OF INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County,

State of Texas, duly organized at the _____ JULY _____ Term, A.D. 19 95 _____ of the

___ 204TH JUDICIAL District Court _____, Dallas County, in said court at said

Term, do present that one _____, defendant,

MURPHY, JEDIDIAH ISAAC

on or about the ____18TH____ day of ____AUGUST____ A.D. 19 95 in the County of Dallas and said State, did

unlawfully, knowingly and intentionally appropriate property, namely: exercise
control over property, other than real property, to-wit: one (1) pickup truck, of the
value of at least $1,500.00 but less than $20,000.00, without the effective consent
of LESLIE WEBSTER, the owner of the said property, with the intent to deprive the
said owner of the said property,

against the peace and dignity of the State.

JOHN VANCE

Criminal District Attorney of Dallas County, Texas.

Foreman of the Grand Jury.

THE STATE OF TEXAS
COUNTY OF TEXAS

I, JIM HAMLIN , DISTRICT CLERK OF DALLAS
COUNTY, TEXAS, DO HEREBY CERTIFY THAT
THE FOREGOING IS A TRUE AND CORRECT
COPY AS THE SAME APPEARS ON RECORD NOW
ON FILE IN MY OFFICE.

WITNESS MY OFFICIAL HAND AND SEAL OF
OFFICE THIS _____.

JIM HAMLIN , DISTRICT CLERK
DALLAS COUNTY, TEXAS

BY: _____
DEPUTY

1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 130

11              Blue Back

12          (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

THE STATE OF TEXAS      *     IN THE COUNTY COURT

                            *

VS.                       *     AT LAW OF

                            *

JEDIDIAH ISAAC MURPHY     *     KAUFMAN COUNTY, TEXAS

### JUDGMENT — NO PROBATION

This day this cause was called for trial, and the State appeared by her Assistant District Attorney, and the Defendant, JEDIDIAH ISAAC MURPHY, having been duly arraigned, appeared, his counsel also being present, and both parties announced ready for trial; and it appearing to the Court that the Defendant and the State have agreed to waive a jury and to submit this cause to the Court, and the Court having consented to the waiver of a jury herein, the information was read, and the Defendant after being admonished of the consequences thereof by the Court pleaded NOLO CONTENDERE to the accusation therein contained. And the Court having heard the evidence submitted and the argument of counsel finds the Defendant GUILTY as charged in the information.

And it appearing to the Court that the Defendant and the State have agreed to waive a jury and submit the assessment of said Defendant's punishment to the Court; and the Court having consented to the waiver of a jury herein, and after having heard all the evidence submitted and argument of counsel the Court is of the opinion and so finds that the said Defendant's punishment should be by a fine of $500.00 AND ONE (1) YEAR LOSS FEDERAL BENEFITS AND ONE (1) YEAR DRIVERS LICENSE SUSPENSION
and by confinement in the county jail for a term of TWO (2) DAYS .

IT IS THEREFORE, CONSIDERED AND ADJUDGED by the Court that the Defendant JEDIDIAH ISAAC MURPHY is guilty of the offense of POSSESSION MARIHUANA, U/2 OZ. as found by the Court, and that he be punished as found by the Court, that is by a fine of $500.00 AND ONE (1) YEAR LOSS FEDERAL BENEFITS AND ONE (1) YEAR DRIVERS LICENSE SUSPENSION, and by confinement in the County jail of Kaufman County, Texas, for a term of TWO (2) DAYS and that the State of Texas do have and recover of the said Defendant the amount of such fine, and all costs in this prosecution for which execution may issue; and that the said Defendant be remanded to jail to await the further orders of the Court herein.

Date 11th day of June A.D. 1998

                                   Judge, County Court at Law
                                   Kaufman County, Texas

A CERTIFIED COPY

ATTEST _____ 20 ___

RONALD GANN, COUNTY CLERK
KAUFMAN COUNTY, TEXAS

By _____ Dep

STATE'S
EXHIBIT
130

NAME: JEDIDIAH ISAAC MURPHY
ADDRESS: 6305 FM 429, KAUFMAN, TEXAS 75142
CHARGE: Possession of marihuana, under 2 oz.

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

I, JIMMY LANE, being duly sworn, do state upon my oath that I have good reason to believe and do believe based upon the following information, to-wit: the report of D. ALBERTY, the arresting authority, who is a commissioned peace officer of the State of Texas, and I charge that heretofore, and before the making and filing of this complaint, on or about 14th day of March A.D. 1996, in the County of Kaufman and State of Texas, JEDIDIAH ISAAC MURPHY, Defendant, did then and there intentionally and knowingly possess a usable quantity of marihuana, to-wit: of two (2) ounces or less;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

SWORN TO AND SUBSCRIBED BEFORE ME BY JIMMY LANE, a credible person, this 2nd day of May A.D. 1996.

Criminal District Attorney
Kaufman County, Texas

A CERTIFIED COPY
ATTEST 11.13 _____ 20 00
RONALD GANN, COUNTY CLERK
KAUFMAN COUNTY, TEXAS

By Holly Earnhart  Deputy

FILED FOR RECORD
KAUFMAN CO. TEXAS
96 MAY 13 PM 1:02
CRISSY GANN
COUNTY CLERK
BY_____
DEPUTY

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS;

I, Louis W. Conradt, Jr., Criminal District Attorney of

Kaufman County, Texas, on the written affidavit of JIMMY

LANE, a competent and credible person, herewith filed in the

County Court At Law of Kaufman County, Texas, do present in

and to said Court that on or about 14th day of March A.D.

1996, in the County of Kaufman and State of Texas, JEDIDIAH

ISAAC MURPHY, Defendant, did then and there

intentionally and knowingly possess a usable quantity of

marihuana, to-wit: of two (2) ounces or less;


AGAINST THE PEACE AND DIGNITY OF THE STATE.

                              _____
                              Criminal District Attorney
                              Kaufman County, Texas

FILED FOR RECORD
KAUFMAN CO. TEXAS

96 MAY 13 PM 1:02

CRISSY GANN
COUNTY CLERK
BY: _____
       DEPUTY

A CERTIFIED COPY
ATTEST _____11-13_____ 20 __
RONALD GANN, COUNTY CLERK
KAUFMAN COUNTY, TEXAS

By _____Holly Earnheart_____ Deputy

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

State's Exhibit Number 131

10-Print Card

(Copy attached)

DSO# _____ DPD # _____ FPC _____

**STATE'S EXHIBIT**

*131*

NAME *MURPHY, JEDIDIAH* _____ DPS # _____

RACE _____ SEX _____



AGE _____ HT _____ WT _____ HAIR _____ EYES _____ COMP _____ OCC. _____

DOB & POB _____ OP. LIC# _____

ADDRESS _____ D.O.A. _____

CHARGES _____ SOC. SEC# _____

SCARS & MARKS _____

_____

RELATIVE _____ DATE PRINTED _____

TYPED BY _____ PRINTED BY *Thompson* PHOTO BY _____ CLASSED BY _____ SEARCHED BY _____

6-12-01
9:05

SIGNATURE

JIM BOWLES, SHERIFF
DALLAS COUNTY, TEXAS

SHER/ID/103
(Rev. 02-15-80

1

2

3

4

5

6                                                                         -

7

8

9

10                    State's Exhibit Number 132

11                    Photograph of Hospital

12                       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



PENGAD-Bayonne, N.J.

**STATE'S EXHIBIT**

132

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 133

11                        Wilhelm Photograph

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

State's Exhibit Number 134

Wilhelm Photograph

(Copy attached)



STATE'S
EXHIBIT
134

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 135

11                      Wilhelm Photograph

12                       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
135

1
2
3
4
5
6
7
8
9
10                    State's Exhibit Number 136
11                    Arlington Mapsco Board
12                       (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
136

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 137

11                    Witness Composite Form

12                       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**Arlington Police Department**
**Witness Composite Information**

Det. Assigned: _J Stanton_          Composite by: D. Ligon 541

Witness Name: _Sherryl Wilhelm_

Offense Number: _972380737_          Date of Composite: _9/4/97_

Offense Title: _Robbery_          Date of Offense: _8/26/97_

Location of Offense: _800 W. Randol Mill Rd_

Suspect name: _unk_          Ethnicity: _USA-Am_

Sex: _W_  Race: _M_  Height: _510_  Weight: _160_  Build: _mod_

Age: _20-25_ Hair Color: _Blk_          Length: _short_  Style: _____

Eye Color: _dark_     Beard: _____  Sideburns: _____          Must: _____

Skin Tone: _olive_     Acne: _____  Blemishes: _____  Pock Marks: _____

Adams Apple: _____ Other: _____

Hat: _No_          Glasses: _____

Jewelry: _loop ear ring left ear - small_

Pants: _blue Jeans_  Shirt: _med blue_  Shoes: _N/A_
_Pull over T-Shirt_

Other: _____

Weapon: _none_          Accent: _none_

_Short on sides & fade on top no parts bent_

_heavy beard clean shaven_

STATE'S
EXHIBIT
_137_

1
2
3
4
5
6
7
8
9
10                   State's Exhibit Number 138
11                   Aavid Business Records
12                     (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

F00-02424-M

| THE STATE OF TEXAS | § | IN THE 194TH JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| JEDIDIAH ISAAC MURPHY | § | DALLAS COUNTY, TEXAS |

**AFFIDAVIT**

STATE OF TEXAS        §
                 §
COUNTY OF _Kaufman_    §

BEFORE ME, the undersigned authority, on this day personally appeared _Winnie Boehnke_, who being by me duly sworn, deposed as follows:

"My name is _Winnie Boehnke_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of Aavid Thermalloy (formerly Aavid Thermal Products). Attached hereto are _29_ pages of records from Aavid Thermalloy. These said _29_ pages of records are kept by Aavid Thermalloy in the regular course of business, and it was the regular course of business of Aavid Thermalloy for an employee or representative of Aavid Thermalloy with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

BUSINESS RECORDS AFFIDAVIT - Page 1

**STATE'S EXHIBIT**
_138_

PENGAD-Bayonne,N.J.

_Willie Bartucci_
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME this _8_ day of _JAN_ _____, 200_,

to certify which witness my hand and seal of office.

WILLIE L. RICHARDSON
COMMISSION EXPIRES
JULY 31, 2003

_Willie L. Richardson_
Notary Public in and for

_Kaufman_ County, _____

My Commission Expires:
_7-31- 2003_

**BUSINESS RECORDS AFFIDAVIT – Page 2**

Case 3:10-cv-00163-N Document 42-14 Filed 05/05/10 Page 246 of 548 PageID 9704



# BILL HILL

### CRIMINAL DISTRICT ATTORNEY
**Frank Crowley Courts Building**
133 N. Industrial Boulevard, L.B. 19
Dallas, Texas 75207-4399
Office: 214.653.3600

## FACSIMILE COVER SHEET

DATE: 12-7-2000          Total Pages, Including Cover:

| To: W. BOEHNKE | Dept./Agency: AAViD TEC |
|---|---|
| Fax #: 972 551 7361 | Phone #: 972 5241122 |

From: INV Willie Richardson          Reply to Fax #: 214 653 5774
P1

Dept./Agency:     **DALLAS COUNTY DISTRICT ATTORNEY'S OFFICE**

Comments: PlEASE CK YOUR RECORDS FOR A JEDIDIAH
MURPHY DOB 9-1-75 CK DATES OF AUI-26-27-28
1997- Please Expedite

*CONFIDENTIALITY NOTICE*

The information contained in this facsimile message is privileged and confidential and is intended only for the exclusive use of the addressee. The term "privileged and confidential" includes, without limitation, attorney-client privileged communications, attorney work product, and any other proprietary information. Nothing in this facsimile is intended by the attorney to constitute a waiver of the confidentiality of this message. If the reader of this message is not the intended recipient, or employee/agent of the intended recipient, you are hereby notified that any use, disclosure, dissemination, duplication, distribution or the taking of any action because of this communication is unauthorized and strictly prohibited. If you have received this facsimile transmission in error, please notify us by telephone immediately so that we can arrange for the return of the original documents.

Joseph Murphy
3rd Shift



### BILL HILL
#### CRIMINAL DISTRICT ATTORNEY
Frank Crowley Courts Building
133 N. Industrial Boulevard, L.B. 19
Dallas, Texas 75207-4399
Office: 214.653.3600

## FACSIMILE COVER SHEET

DATE: 12-7-2000          **Total Pages, Including Cover:**

| To: W. BOEHNKE | Dept./Agency: AAViD TEC |
|---|---|
| Fax #: 972 551 7361 | Phone #: 972 524 1122 |

From: INV WilliE RichARdSoN          Reply to Fax #: 214 653 5774
P1

Dept./Agency:     **DALLAS COUNTY DISTRICT ATTORNEY'S OFFICE**

Comments: PlEASE CK YouR RECoRdSS FoR A JEdidiAH
MuRphy DoB. 9-1-75- CK dATES OF Aug-26-27-28
1997- Please ExpeditE

#### CONFIDENTIALITY NOTICE

The information contained in this facsimile message is privileged and confidential and is intended only for the exclusive use of the addressee. The term "privileged and confidential" includes, without limitation, attorney-client privileged communications, attorney work product, and any other proprietary information. Nothing in this facsimile is intended by the attorney to constitute a waiver of the confidentiality of this message. If the reader of this message is not the intended recipient, or employee/agent of the intended recipient, you are hereby notified that any use, disclosure, dissemination, duplication, distribution or the taking of any action because of this communication is unauthorized and strictly prohibited. If you have received this facsimile transmission in error, please notify us by telephone immediately so that we can arrange for the return of the original documents.

Joseph Murphy
3rd Shift

MURPHY, JIM
WK END 08-30-97 DEPT #16
EMP #40564 SHIFT-3

| | | | | |
|---|---|---|---|---|
| In | | Sunday | | |
| Out | | | | |
| In | | | | |
| Out | | | | |
| In | | Monday | 7.15 | SU 23 86 |
| Out | | | | M 7 00 |
| In | | | | |
| Out | | | | |
| In | | Tuesday | 8.36 | M 23 14 |
| Out | | | | TU 8 02 |
| In | | | | |
| Out | | | | |
| In | | Wednesday | 7.61 | TU 23 51 |
| Out | | | | W 7 65 |
| In | | | | |
| Out | | | | |
| In | | Thursday | 7.74 | W 23 30 |
| Out | | | | TH 7 54 |
| In | | | | |
| Out | | | | |
| In | | Friday | 7.95 | TH 23 75 |
| Out | | | | FR 8 29 |
| In | | | | |
| Out | | | | |
| In | | Saturday | 7.22 | FR 23 30 |
| Out | | | | SA 7 02 |
| In | | | | |
| Out | | | | |

40.00
6.03
46.03

28

29

30

Faxed

Attn: Willie Richardson

12-22-00
9:46am

K1491   AEONICS, INC., Richardson, TX — (214) 644-2540

MURPHY, JIM
WK END 08-30-97 DEPT #16
EMP #40564   SHIFT-3

| | | | |
|---|---|---|---|
| In | | | |
| Out | Sunday | | |
| In | | | |
| Out | | | |
| In | | 7.15 | |
| Out | Monday | | |
| In | | | |
| Out | | | |
| In | | 8.36 | |
| Out | Tuesday | | |
| In | | | |
| Out | | | |
| In | | 7.61 | |
| Out | Wednesday | | |
| In | | | |
| Out | | | |
| In | | 7.74 | |
| Out | Thursday | | |
| In | | | |
| Out | | | |
| In | | 7.95 | |
| Out | Friday | | |
| In | | | |
| Out | | | |
| In | | 7.22 | |
| Out | Saturday | | |
| In | | | |
| Out | | | |

40.00
6.03 OT
46.03  26
JLF

27

28

29

30

K1491   AEONICS, INC., Richardson, TX — (214) 644-2540

**PAYCHEX**

## Employee Profile

564

| | |
|---|---|
| Employee # **0564** | Name **JEDIDIAH MURPHY** |
| S.S.# **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** | Address **6305 FM 429** |
| | City/State **KAUFMAN TX**  Zip **75142** |

Federal:  Marital Status [crossed out]  Exemptions **0,2**

pv. ave ank

| | State: | |
|---|---|---|
| Hourly Rate 1 | Local: | |
| Hourly Rate 2 | Male/Female: **MALE** |
| Hourly Rate 3 | |

Birth Date **09/01/75**  Start Date **5/15/97**  Termination Date ____/____

Supervisor indicate:

Hire Date: **5-15-97**

Start Date: **5-15-97**

Dept. # and Name: **165**

Shift: **3**

Base Rate: $ _____

Shift Prem: _____

Pay Rate: $ **6.58**

Married
oR
Single

How many
Dependents
claimed?

23.38 hrs

**Please read instructions carefully before completing this form.** The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE.** It is illegal to discriminate against work eligible individuals. **Employers CANNOT** specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| MURPHY | JEDIDIAH | I | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 6305 FM 429 | | 09-01-75 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| KAUFMAN | TX | 75142 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [x] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A _____)
- [ ] An alien authorized to work until ___/___/___
  (Alien # or Admission # _____)

| Employee's Signature | Date (month/day/year) |
|---|---|
| Jim Murphy | 09-01-75 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

## Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | | | TX DL 12468174 | | 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 |
| Issuing authority: | | | | | |
| Document #: | | | | | |
| Expiration Date (if any): | ___/___/___ | | 9/1/01 | | ___/___/___ |
| Document #: | | | | | |
| Expiration Date (if any): | ___/___/___ | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) ___/___/___ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | | |

| Business or Organization Name | e) | Date (month/day/year) |
|---|---|---|
| Aavid Thermal Tech. of TX. Inc. 250 Apache Tr. Terrell, TX 75160 | | |

## Section 3. Updating and Reverification. To be completed and signed by employer

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: | Document #: | Expiration Date (if any): ___/___/___ |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N



# SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

JEDIDIAH ISAAC MURPHY

VOID

SIGNATURE

# TEXAS
## DEPARTMENT OF PUBLIC SAFETY
### DRIVER LICENSE

CLASS: C    DL:   12468174
DOB: 09-01-75    HT: 5-10
EXPIRES: 09-01-01    EYES: BRN
DONOR: YES    SEX: M
REST: A    END:

MURPHY, JEDIDIAH ISAAC
6305 FM 429
KAUFMAN TX 75142





# Application for Employment

**AAVID**
THERMAL TECHNOLOGIES, INC — the industry leader in thermal management products

Thermal Path • P.O. Box 400
Laconia, New Hampshire 03247-0400
Human Resources: (603) 527-2118 • Fax: (603) 527-2369

As a condition of your continuing at Aavid Thermal Technologies, Inc., you may be subject to periodic testing for the use of alcohol or illegal drugs. You will be deemed to have consented to these tests by continuing your employment with Aavid.

Applicant Consistent with applicable federal and state laws, all employment applications are considered by Aavid Thermal Technologies, Inc., without regard to race, religion, color, sex or national origin.

J.I.M

## PERSONAL

Date: 5-7-97

Name: MURPHY          JEDIDIAH          ISAAC
      last             first            middle

social security number: 456 - 71 - 261C

Address: 6305 F.M. 429      KAUFMAN      TX      75142
         no.    street        city        state    zip

Telephone No. 972-962-7443      Referred by: ☐ Our Advertisement   ☐ Friend/relative

Date you can start: WHENEVER          ☐ Emp. Agency   ☐ No one

Position(s) applied for: FORKLIFT OR MACHINERY   Full time ✓   Part time ____   Temp ____

Rate of pay expected: $ _____ per _____   If part time specify days/hours ____

Are 18 or over? YES          (If no, hire is subject to minimum legal age verification.)

Are you will to work   2nd shift? ____ Yes ____ No   3rd shift? ✓ Yes ____ No   Veteran? ____

Shift preference: ☑ 1st   ☐ 2nd   ☐ 3rd   Other ____

Have you ever applied for work here before? YES          If yes, when? A YEAR AGO

Have you worked for us before? NO          If yes, when? ____   Position: ____

Describe any specialized training, apprenticeship, skills, and extracurricular/personal activities: ____

FORKLIFT, CRANE, TRACTOR   LIC. OPERATOR, SHEAR,
   ASSEMBLY   ETC.

Have you ever been convicted of a crime which has not been formally pardoned, other than motor vehicle offenses resulting solely in a fine? ____ Yes   ✓ No   If yes, explain ____

In case of an emergency, notify: HOPE ABBOTT
                                  name

6305 FM 429          972-962-7443
address                phone

## PERFORMANCE REQUIREMENTS:

If you are offered a job with Aavid Thermal Technologies, Inc. the offer and continued employment will be based upon your being able to satisfy the physical conditions of the job which were explained to you at the time of the interview. Your job offer or continued employment cannot and will not be rescinded based upon your physical appearance or condition unless you or your supervisor determine that you cannot perform the essential functions of the job (with reasonable accommodations if requested) or you present a hazard to yourself or others. False or misleading statements in completing the review will be

DUCATION

| NAME AND LOCATION OF SCHOOL | # YEARS ATTENDED | DEGREE | GRADUATE Y/N |
|---|---|---|---|
| ELEMENTARY | | | |
| HIGH SCHOOL | 12 | | YES |
| OTHER | NAVARO COLLEGE | | NO |

**RIOR EMPLOYMENT**

| NAME, ADDRESS, TELEPHONE | | PERIOD From To | POSITION | RATE OF PAY | REASON FOR LEAVING |
|---|---|---|---|---|---|
| H&K ENTERPRIZES | ☐ | | FORKLIFT | 9.75 | MOVED |
| SPEEDS BILLIARDS | ☐ | | BARTENDER | 8.00 | STABED |
| ADDISON HERRINGTON | ☐ | | OPERATOR | 14.00 | STILL THERE |
| | ☐ | | | | |
| | ☐ | | | | |
| | ☐ | | | | |

Check box next to employer's name indicating those you do not wish us to contact.

**EFERENCES — PRIOR EMPLOYMENT**

| NAME, COMPANY AND POSITION OF REFERENCE | TELEPHONE |
|---|---|
| LEE PARNELL | 972 563-0200 |
| ~~CHRIS TEE CHEATER~~ | |
| EDDIE HORTON | 972 563-7360 |
| RAY PHILLIPS | 972 563-7443 |

This space is provided for any additional comments you want to add:

submitting this application for employment. I do so with the understanding that my previous and present employers may be asked for information relativ
o my employment record with them. I hereby release those employers and their individual employees from any and all liability or damage relating to
formation about my prior employment or character which they may relate to Aavid Thermal Technologies, Inc.

understand and acknowledge that unless otherwise defined by applicable law, any employment relationship which I may have with Aavid Thermal Technolo-
es, Inc., is of an "AT WILL" nature, which means that I may resign at any time and Aavid Thermal Technologies, Inc., may discharge me at any time, with or
ithout cause.

he information contained in this application is accurate and true. I acknowledge that Aavid Thermal Technologies, Inc., has the right to check the accuracy
y of this information or information I may have furnished orally during the application process. I understand that any misleading or any incorrect informa-
on or statements may render my application void and constitute cause for immediate termination in the event I have been employed.

ate: 5-7-97          Signed: _Jedidiah Murphy_

**—————— DO NOT WRITE BELOW THIS LINE ——————**

JMMARY OF INTERVIEW:                                    Date: _____

| red | For Dept. | Position | Will Report | Salary Wages | Level |
|---|---|---|---|---|---|
| pproved: | | Circle one: Full Time Part Time Temp | | Shift | |
| | Supervisor/Manager | | | | |

# DRUG SCREENING POLICY STATEMENT
# FOR JOB APPLICANTS

It is the policy of AAVID Thermal Technologies, Inc. to maintain a safe, healthful and productive work environment for our employees; to provide quality services for our customers in an efficient manner; to maintain the integrity and security of our facilities and property; and to perform all these functions in a manner consistent with the interests and concerns of the communities in which we are located.

Because of this AAVID Thermal Technologies, Inc. requests that candidates for employment who receive job offers take a pre-employment physical examination which includes a drug screening test covering illegal substances and legal substances subject to abuse. All job offers are conditional on passing the physical examination and drug test.

Each eligible candidate will be required to submit a urine and/or blood specimen or other appropriate sample as part of the physical examination and to sign the following Consent and Release. **Refusal will result in the candidate's disqualification for further employment consideration.** AAVID Thermal Technologies, Inc. will not knowingly hire anyone who tests positive for substance abuse.

## CONSENT AND RELEASE LIABILITY

I UNDERSTAND that AAVID Thermal Technologies, Inc. requests that I take a pre-employment physical examination which includes appropriate tests to determine the absence or presence of drugs.

I RELEASE AAVID Thermal Technologies, Inc., its parent and affiliated corporations, and their employees and agents from any and all potential liability arising from this request, from taking such tests, or from my failure or refusal to submit to such tests.

_____     CONSENT voluntarily to the physical examination
Applicant's Signature                including the drug test.

_____     REFUSE to submit to such tests. I understand that
Applicant's Signature                this refusal will disqualify me from further
                                     employment consideration.

5 - 7 - 97
_____
Date

# AAVID
## Application for Employment

THERMAL TECHNOLOGIES, INC. — the industry leader in thermal management products

One Kool Path • P.O. Box 400
Laconia, New Hampshire 03247-0400
Human Resources: (603) 527-2118 • Fax: (603) 527-2369

As a condition of your continuing at Aavid Thermal Technologies, Inc., you may be subject to periodic testing for the use of alcohol or illegal drugs. You will be deemed to have consented to these tests by continuing your employment with Aavid.

Applicant: Consistent with applicable federal and state laws, all employment applications are considered by Aavid Thermal Technologies, Inc., without regard to race, religion, color, sex or national origin.

## PERSONAL

Date: _2 – 9 – 96_

Name: _MURPHY_    _JEDIDIAH_    _ISAAC_    _456 – 71 – 2610_
　　　　last　　　　first　　　　middle　　　　social security number

Address: _6305　FM 429_　_KAUFMAN_　_TX._　_75142_
　　　　　no.　　street　　　　　city　　　　state　　zip

Telephone No. _214 – 962 – 7443_    Referred by: ☑ Our Advertisement　❑ Friend/relative

Date you can start: _ASAP_    ❑ Emp. Agency　❑ No one

Position(s) applied for: _FORK LIFT OR ANY_    Full time _✓_　Part time_____　Temp_____

Rate of pay expected: $ _5.50_ per _HOUR_    If part time specify days/hours _FULL TIME_

Are you 18 or over? _YES_    (If no, hire is subject to minimum legal age verification.)

Are you will to work    2nd shift? _✓_ Yes ____No　3rd shift? _✓_ Yes ____No　Veteran? _NO_

Shift preference: ☑ 1st　☑ 2nd　❑ 3rd　Other _____

Have you ever applied for work here before? _NO_    If yes, when? _N/A_

Have you worked for us before? _NO_　If yes, when? _N/A_　Position: _N/A_

Describe any specialized training, apprenticeship, skills, and extracurricular/personal activities: _H&K OUT OF_
_DALLAS I WORKED AS A FORK LIFT OPERATOR_
_ALSO WORKED IN FABRICATION & SHIPPING &_
_RECIEVING_

Have you ever been convicted of a crime which has not been formally pardoned, other than motor vehicle offenses resulting

soley in a fine? ____Yes　_✓_ No　If yes, explain _____

In case of an emergency, notify: _HOPE ABBOTT_
　　　　　　　　　　　　　　　　　　　name

_SPRINGFIELD APTS._　　_214-962-5965_
　　address　　　　　　　　　　phone

## PERFORMANCE REQUIREMENTS:

If you are offered a job with Aavid Thermal Technologies, Inc. the offer and continued employment will be based upon your being able to satisfy the physical conditions of the job which were explained to you at the time of the interview. Your job offer or continued employment cannot and will not be rescinded based upon your physical appearance or condition unless you or your supervisor determine that you cannot perform the essential functions of the job (with reasonable accommodations if requested) or you present a hazard to yourself or others. False or misleading statements in completing the review will be

| NAME AND LOCATION OF SCHOOL | #YEARS ATTENDED | DEGREE | GRADUATED Y/N |
|---|---|---|---|
| ELEMENTARY | | | |
| SCHOOL | 12 | | Y |
| OTHER | | | |

## RIOR EMPLOYMENT

| NAME, ADDRESS, TELEPHONE | | PERIOD From | To | POSITION | RATE OF PAY | REASON FOR LEAVING |
|---|---|---|---|---|---|---|
| J & H AUTOMOTIVE ( ) | ☐ | 11-95 | 1-95 | TECHNITION | 35% | MOVED |
| H & K DALLAS ( ) | ☐ | 1-94 | 8-94 | FORK LIFT | 7.50 | LAYED OFF |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |
| | ☐ | | | | | |

Check box next to employer's name indicating those you do not wish us to contact.

## REFERENCES — PRIOR EMPLOYMENT

| NAME, COMPANY AND POSITION OF REFERENCE | TELEPHONE |
|---|---|
| CHELSEA WILLIS | 962-7443 |
| JEANIE EGGELIN | 932-8348 |
| FRANSIS GRAY | 962-5965 |

This space is provided for any additional comments you want to add:

In submitting this application for employment, I do so with the understanding that my previous and present employers may be asked for information relative to my employment record with them. I hereby release those employers and their individual employees from any and all liability or damage relating to information about my prior employment or character which they may relate to Aavid Thermal Technologies, Inc.

I understand and acknowledge that unless otherwise defined by applicable law, any employment relationship which I may have with Aavid Thermal Technologies, Inc., is of an "AT WILL" nature, which means that I may resign at any time and Aavid Thermal Technologies, Inc., may discharge me at any time, with or without cause.

The information contained in this application is accurate and true. I acknowledge that Aavid Thermal Technologies, Inc., has the right to check the accuracy of any of this information or information I may have furnished orally during the application process. I understand that any misleading or any incorrect information or statements may render my application void and constitute cause for immediate termination in the event I have been employed.

Date: 2-9-96        Signed: _Jedidiah S. Murphy_

## DO NOT WRITE BELOW THIS LINE

SUMMARY OF INTERVIEW:                                      Date: _____

| Hired | For Dept. | Position | Will Report | Salary Wages | Level |
|---|---|---|---|---|---|
| Approved: | | Circle one: Full Time  Part Time  Temp | | Shift | |
| | Supervisor/Manager | | | | |

## DRUG SCREENING POLICY STATEMENT
## FOR JOB APPLICANTS

It is the policy of AAVID Thermal Technologies, Inc. to maintain a safe, healthful and productive work environment for our employees; to provide quality services for our customers in an efficient manner; to maintain the integrity and security of our facilities and property; and to perform all these functions in a manner consistent with the interests and concerns of the communities in which we are located.

Because of this AAVID Thermal Technologies of TX, Inc. requests that candidates for employment who receive job offers take a pre-employment physical examination which includes a drug screening test covering illegal substances and legal substances subject to abuse. All job offers are conditional on passing the physical examination and drug test.

Each eligible candidate will be required to submit a urine and/or blood specimen or other appropriate sample as part of the physical examination and to sign the following Consent and Release. Refusal will result in the candidates disqualification for further employment consideration. AAVID Thermal Technologies of TX, Inc. will not knowingly hire anyone who tests positive for substance abuse.

## CONSENT AND RELEASE LIABILITY

I UNDERSTAND that AAVID Thermal Technologies of TX, Inc. requests that I take a pre-employment physical examination which includes appropriate tests to determine the absence or presence of drugs.

I RELEASE AAVID Thermal Technologies of TX, Inc., its parent and affiliated corporations, and their employees and agents from any and all potential liability arising from this request, from taking such tests, or from my failure or refusal to submit to such tests.

_____  CONSENT voluntarily to the physical
Applicant's Signature            examination including the drug test.


_____  REFUSE to submit to such tests. I
Applicant's Signature            understand that this refusal will
                                 disqualify me from further employment
                                 consideration.


___2-9-96_____
Date

# AAVID
# SUBSTANCE AND DRUG POLICY

I hereby acknowledge:  (a) that I have received a copy of Substance and Drug Policy; (b) that I have read it in its entirety; and (c) that I understand its contents.

5-15-97
**Date**

**Employee signature**



# EMERGENCY CONTACT INFORMATION

## Employee Name: _JEDIDIAH MURPHY_

**The following is a list of people to contact in the event of an emergency:**

**Name:** _HOPE ABBOTT_
**Telephone: (Home)** _972-962-7443_ **[Work]** _SAME_
**Address:** _6305 FM 429_
**City:** _KAUFMAN_ **State:** _TX_ **Zip:** _75142_
**Relationship:** _MOM_

**Name:** _CHELSEA WILLIS_
**Telephone: (Home)** _1-903-873-2215_ **[Work]** _563-0200_
**Address:**
**City:** _WILLS POINT_ **State:** _TX_ **Zip:** _75169_
**Relationship:** _FIANCE'_

H:hr\public\forms\emercont.doc
Revision 1, Issued 1/15/96, jll

Date 5-15-97   **Employee Name** _JEDIDIAH MURAHY_
please print name

D partment: _165_

# HAZARD COMMUNICATIONS PROGRAM

|  | True | False |
|---|---|---|
| **CONCENTRATED ACID:** | | |
| 1. Inhalation will cause severe irritation or a burning sensation of the nose, throat and lungs. | ☑ | ☐ |
| 2. When working with concentrated acid wear goggles and nitrile rubber gloves. | ☑ | ☐ |
| **CONCENTRATED CAUSTICS:** | | |
| 1. Concentrated caustics can cause blurred vision. | ☑ | ☐ |
| 2. Neoprene or nitrile rubber gloves should be used. | ☑ | ☐ |
| **OILS, GREASES, COOLANTS AND LUBRICANTS:** | | |
| 1. Some individuals may develop an allergic type asthmatic reaction. | ☑ | ☐ |
| 2. First Aid Treatment for eye contact, you should flush with fresh water for at least 15 minutes. | ☑ | ☐ |
| **HAZCOM, THE MSDS AND PLACARD SYSTEM :** | | |
| 1. Placards are Generic MSDS Sheets by hazard catagory. | ☑ | ☐ |
| 2. Aavid's Labeling System is 0 -- 5 with "5" rating as deadly. | ☑ | ☐ |
| 3. Ventilation is a good engineering control of chemical hazards. | ☑ | ☐ |
| 4. Only the Loss Prevention Manager has copies of MSDS Sheets. | ☐ | ☑ |

5. What do the letters **MSDS** stand for?

_MEDICAL SAFTY DATA SHEET_

6. An MSDS lists four "**routes of exposure**" into your body, name them.

    1) _BREATHING_      2) _EATING_

    3) _EYES_      4) _SKIN_

7. An MSDS lists two "**effects of exposure**", name them?

    1) _ACUTE_      2) _CHRONIC_

8. What do the letters **PPE** stand for?

_PERSONAL PROTECTIVE EQUIPMENT_

Racking, Kondux, Small Press, Sanding, Drilling, Punch Room, Saw Room, CNC, Warehouse, Packing, Progressive Punch, HEP, and Office.

1/25/96

## SIGNATURE PAGE

EMPLOYEE NAME: _Jedidiah Murpay_

------------------------------------------------------------

### AAVID HANDBOOK

1.  I acknowledge that I have received a copy of the Aavid
    Handbook and that a company Representative went over the
    Handbook and benefits with me.

------------------------------------------------------------

### AAVID SUBSTANCE AND DRUG POLICY

2.  I hereby acknowledge: (a) that I have received a copy of
    Substance and Drug Policy in the Aavid handbook; (b) that I
    have read it in its entirety; and (c) that I understand its
    contents. _No handbook given at this time_

------------------------------------------------------------

### ORIENTATION & TRAINING PROGRAM

3.  I have completed the Human Resources Orientation &
    Training Program and I understand the program.

------------------------------------------------------------


_5-15-97_                    _[signature]_

**DATE**             **EMPLOYEE SIGNATURE**

# ACKNOWLEDGMENT OF TEMPORARY EMPLOYMENT

I, _JEDIDIAH MURPHY_, recognize that I have been hired by Aavid Thermal Technologies, Inc. as a temporary employee. I understand that I will remain in this status as a temporary employee unless Aavid Thermal Technologies, Inc. takes further action to change the category of my employment. No change in status will be effective unless prepared in writing and signed by an officer of Aavid Thermal Technologies, Inc. or an officer's designee.

I understand that if I accept an offer from Aavid Thermal Technologies. Inc., to become a regular Aavid employee, that this job offer is contingent upon passing a pre-employment physical examination which includes a drug screening test.

I understand that, as a temporary employee, my employment with Aavid Thermal Technologies, Inc. may be terminated immediately at any time, for any reason or no reason, solely at the Company's option. By signing this Acknowledgment, I accept employment as a temporary employee with Aavid Thermal Technologies. Inc. based upon these terms and conditions of employment.

Date: _5-15-97_

_____
Employee's Signature

_____
Witness

# NEW EMPLOYEE SAFETY TRAINING CHECK LIST

To be filled out by new employee the first day of employment and forwarded to the Manager of Loss Prevention.

Employee Name: __SEDIDIAH MURPHY__ (Jim)  Date: __5-15-97__

### PLEASE PRINT

| | SUBJECT MATTER | EMPLOYEE INITIALS |
|---|---|---|
| 1 | Safe job operating procedures. | |
| 2 | Potential department hazard conditions and safe operating procedures. EX.: lockout; tagout; hazcom | Jm |
| 3 | First-aid treatment: Where and to whom to report. | Jm |
| 4 | Reporting unsafe conditions and practices. | Jm |
| 5 | Report all accidents and near-accidents immediately. | Jm |
| 6 | Loss Prevention Committee: Its function and members. | Jm |
| 7 | Smoking Rules | Jm |
| 8 | How to report a fire. Location and proper use of fire extinguishers nearest employee's work area, nearest exit. | Jm |
| 9 | Horseplay, throwing, kicking, practical jokes, shouting, running, jumping, short-cutting and distracting. | Jm |
| 10 | Personal protective equipment — Where and how to use it: eyes; feet; hearing; body. | Jm |
| 11 | Rules pertaining to working on and entering tanks. | Jm |
| 12 | Lifting truck safety: Proper operation; no riders; no unauthorized use. | Jm |
| 13 | Compressed air: Not to be used for cleaning clothing or body; use caution in the presence of others. | Jm |
| 14 | Proper lifting: Manual and mechanical. | Jm |
| 15 | Proper use of ladders. | Jm |
| 16 | Proper clothing — no loose clothing, rings, or sandals. | Jm |
| 17 | Housekeeping practices. | Jm |
| 18 | Suggestions for improving job or plant safety. | Jm |
| 19 | Eyewash location. | Jm |

3/10/96RES

EMPCKLT.DOC



08/07/97

## OPERATOR/INSPECTOR CERTIFICATION FORM

| OPERATOR/INSPECTOR: Jim Murphy | MACHINE/AREA: Deburr | TRAINER: D. Houston |
|---|---|---|

**RECEIVING OF MATERIALS:**
(1)      Extrusion characteristics

(2)      Quantity verification/counting

(3)      Damage verification

(4)      Purchase Order/Receiving
     Documentation verification

(5)      Appropriate Chemical
     Deburring
     (i.e.,... burrs, caustic residue, hole deformation,
     discoloration, plugs are still in the blind holes)

**SAW METHODS:**
(1)      Machine Setup

(2)      Saw Sharpness

(3)      SPC Requirements

(4)      Dimensional Characteristics

*At Deburr Tables*
(5)      Wheel Deburr Methods    *Deff*

**APPROPRIATE STRAIGHTENING:**
(1)      Dial Indicator Methods

(2)      Verify Dial Indicator Setting

(3)      Part Straightness Requirements

(3)      .112 ± .005 Print Requirements

(4)      SPC Requirements

**COMMENTS:**
885-1665 Motorola

DATE / TIME : 8-8-97

**CNC METHODS:**
(1)      Tooling

(2)      Machine Setup

(3)      Part Loading and Unloading

(4)      Fixture Sequence

(5)      Coolant Removal Practice

(6)      SPC Requirements

**PAD MACHINE:**
(1)      Machine Setup

(2)      Pad Application (i.e.,... pad adherence
     to the part surface, no bubbles, no
     scratches, appropriate heat, pad
     centered between 6.0 mm clip)

**PACKAGING AND SHIPPING:**
(1)      Appropriate Part Cleanliness

(2)      Part Identification

(3)      Bar Code Label

(4)      **Part insertion into the box**
     (i.e.,... bottom in the upwards position
     so as to view the .750 fin cut-out)

**INSPECTION:**
(1)      Process verification

(2)      W.O. completion

(3)      Print requirements

(4)      Verification of the SPC data

(5)      Box Audit Report

(6)      Quality Improvemt Implemetation Plan

(7)      Complete knowledge of the part process

# Form W-4 (1995)

## Want More Money In Your Paycheck?

If you expect to be able to take the earned income credit for 1995 and a child lives with you, you may be able to have part of the credit added to your take-home pay. For details, get Form W-5 from your employer.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct amount of Federal income tax from your pay.

**Exemption From Withholding.** Read line 7 of the certificate below to see if you can claim exempt status. *If exempt, complete line 7; but do not complete lines 5 and 6.* No Federal income tax will be withheld from your pay. Your exemption is good for 1 year only. It expires February 15, 1996.

**Note:** *You cannot claim exemption from withholding if (1) your income exceeds $650 and includes unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.*

**Basic Instructions.** Employees who are not exempt should complete the Personal Allowances Worksheet. Additional worksheets are provided on page 2 for employees to adjust their withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply to your situation. The worksheets will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances than this.

**Head of Household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage Income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may find that you owe additional tax at the end of the year.

**Two Earners/Two Jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. This total should be divided among all jobs. Your withholding will usually be most accurate when all allowances are claimed on the W-4 filed for the highest paying job and zero allowances are claimed for the others.

**Check Your Withholding.** After your W-4 takes effect, you can use Pub. 919, Is My Withholding Correct for 1995?, to see how the dollar amount you are having withheld compares to your estimated total annual tax. We recommend you get Pub. 919 especially if you used the Two Earner/Two Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married). Call 1-800-829-3676 to order Pub. 919. Check your telephone directory for the IRS assistance number for further help.

---

### Personal Allowances Worksheet

| | | |
|---|---|---|
| **A** | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . | **A** 1 |
| **B** | Enter "1" if: { • You are single and have only one job; or<br>• You are married, have only one job, and your spouse does not work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. } | **B** |
| **C** | Enter "1" for your **spouse.** But, you may choose to enter -0- if you are married and have either a working spouse or more than one job (this may help you avoid having too little tax withheld) . . . . . . . . | **C** 0 |
| **D** | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . | **D** 1 |
| **E** | Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of Household** above) . | **E** 1 |
| **F** | Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit | **F** 0 |
| **G** | Add lines A through F and enter total here. Note: This amount may be different from the number of exemptions you claim on your return ▶ | **G** 3 |

|  | |
|---|---|
| For accuracy, do all worksheets that apply. | • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.<br>• If you are single and have **more than one job** and your combined earnings from all jobs exceed $30,000 OR if you are **married** and have a **working spouse or more than one job**, and the combined earnings from all jobs exceed $50,000, see the Two-Earner/Two-Job Worksheet on page 2 if you want to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line G on line 5 of Form W-4 below. |

- - - - - - - - **Cut here and give the certificate to your employer. Keep the top portion for your records.** - - - - - - - -

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0010 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ **For Privacy Act and Paperwork Reduction Act Notice, see reverse.** | **1995** |

| 1 Type or print your first name and middle initial  JEDIDIAH | Last name  MURPHY | 2 Your social security number  456 71 2610 |
|---|---|---|

Home address (number and street or rural route)  6305 FM 429

City or town, state, and ZIP code  KAUFMAN

3 ☐ Single ☐ Married ☑ Married, but withhold at higher Single rate
Note: *If married, but legally separated, or spouse is a nonresident alien, check the Single box.*

4 If your last name differs from that on your social security card, check here and call 1-800-772-1213 for a new card ▶ ☐

| 5 | Total number of allowances you are claiming (from line G above or from the worksheets on page 2 if they apply) . | **5** 3 |
|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . | **6** $ |

7 I claim exemption from withholding for 1995 and I certify that I meet **BOTH** of the following conditions for exemption:
- Last year I had a right to a refund of **ALL** Federal income tax withheld because I had **NO** tax liability; **AND**
- This year I expect a refund of **ALL** Federal income tax withheld because I expect to have **NO** tax liability.

If you meet both conditions, enter "EXEMPT" here . . . . . . . . . . . ▶ | **7** |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ▶ *Jim Murphy*     Date ▶ 5-15-97 , 19 97

| 8 Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS) | 9 Office code (optional) | 10 Employer identification number |
|---|---|---|

Cat. No. 10220Q

# Presbyterian
# Occupational
# Health
# Network

*The health of your employees is our business.*

214-524-405?
214-563-0573

A Resource of Presbyterian Hospital of Greenville
724-8 East Moore Avenue, Terrell, Texas 75160

Fax 214-563-0947

## CONSENT AND RELEASE FOR DRUG SCREENING

The undersigned hereby authorizes Presbyterian Occupational Health Network to conduct through its designated physician, medical facility, or laboratory testing facility, a drug screening test.

I understand that a drug screening test will be administered to determine the presence of certain drugs and substances, such as illegal drugs, controlled substances, marijuana, mood or mind-altering substances, "look-alike" substances, designer and synthetic drugs, certain inhalents, and unauthorized prescription drugs.

I release and hold the designated physician, testing laboratory, and medical facility harmless for release of this information.  I also release and hold harmless Presbyterian Occupational Health Network, its directors, officers, stockholders, and employees for the use of this information.

## STATE LAW: PICTURE IDENTIFICATION REQUIRED BEFORE ANY SCREENING TEST CAN BE PERFORMED.

_____
Signature

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
Social Security Number

6305 FM 429
Home Address

AAVID
Company Requesting Drug Screen

JEDIDIAH I. MURPHY
Printed Name

09-01-75
Date of Birth

972-962-7443
Day Time Phone #

5-15-97
Today's Date

OPTIONAL:  YOU MAY LIST ANY PRESCRIPTION AND OVER-THE COUNTER MEDICATION TAKEN WITHIN THE LAST MONTH.

VICADIN - ADVIL
HYDROCODONE

**Quest Diagnostics**

4770 REGENT BLVD.
IRVING, TX 75063
972-916-3260/800-824-6152

```
Presby-Occup Hlth/Terrell
3900 Joe Ramsey Blvd E
Ste #3
Terrell, TX 75401-7763
1
```

| | |
|---|---|
| LAB NUMBER | 98913098-6 REQ PO213463-7 |
| PATIENT | MURPHY, JEDIDIAH I |
| AGE | 21Y DOB 09/01/75 |
| SEX | M |
| I.D. OR ROOM NO. | |
| REPORT STATUS | Final Report |
| DATE REPORTED | 05/16/97, 02:33 AM |
| DATE/TIME COLL. | 05/15/97, 11:00 AM |
| DATE RECEIVED | 05/15/97, 09:22 PM |
| ACCOUNT | 15258 |
| REQ. PHYSICIAN | NB |
| FASTING | NB |

| Result Name | In Range/Interp | Out of Range | Reference | Units | F? |
|---|---|---|---|---|---|
| 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 - VICADIN-ADVIL-HYDROCODONE | | | | | |
| Ind A300,M50,P75: | | | | | |
| Amphetamines | NOT DETECTED | | 300 | ng/mL | |
| Barbiturates | NOT DETECTED | | 200 | ng/mL | |
| Benzodiazepines | NOT DETECTED | | 200 | ng/mL | |
| Cocaine | NOT DETECTED | | 300 | ng/mL | |
| Marijuana | NOT DETECTED | | 50 | ng/mL | |
| Methadone | NOT DETECTED | | 300 | ng/mL | |
| Methaqualone | NOT DETECTED | | 300 | ng/mL | |
| Opiates | NOT DETECTED | | 300 | ng/mL | |
| Phencyclidine | NOT DETECTED | | 75 | ng/mL | |
| Propoxyphene | NOT DETECTED | | 300 | ng/mL | |
| Integrity Check | | 15  L | SEE REMARK | mg/dL | |

The "integrity check" result shown above is creatinine, a normal
constituent of urine used to monitor dilution of the specimen.
A value of 20 or greater is considered to be within normal limits,
while a value less than 20 may be due to increased fluid intake,
adulteration or substitution of the specimen, or a medical condition
of the donor.

Interpretation of immunoassay results which may appear above --

"NOT DETECTED" indicates that the drug or drug family is not present
at or above the cutoff level listed under "Reference."

"SEE CONFIRM" indicates that an additional analysis is required.
Confirmation testing is in process.

We recommend that results be reviewed by a physician who has
knowledge of substance abuse disorders and testing methods.

Tests Ordered:Ind A300,M50,P75

End of Report ( MURPHY,JEDIDIAH I - 98913098-6 )

Results of Urine Drug Screen reported to:

Company Representative: _Linda B_
Date: _5/16/97_  Time: _1415_
POHN Nurse making report: _DM_

PRESBYTERIAN HOSPITAL OF GREENVILLE
3910 Wesley
Greenville, TX 75401

Audio Testing for
AAVID TECHNOLIGIES
TERRELL
Report Date: 05/15/97

SSN:        456712610                          Sex: Male
Badge:
Name:       MURPHY, JIM                        DOB: 09/01/75
Company:    AAVID TECHNOLIGIES
Location:   TERRELL
Department: UNKNOWN
Occupation:

| | LEFT | | | | | | | RIGHT | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1k | 2k | 3k | 4k | 6k | 8k | 500 | 1k | 2k | 3k | 4k | 6k | 8k |
| 05/15/97 | 15 | 10 | 5 | 0 | 5 | 15 | 5 | 10 | 15 | 5 | 5 | 5 | 15 | 10 |
| Age adj | 15 | 5 | 2 | -4 | 0 | 7 | 5 | 10 | 10 | 2 | 1 | 0 | 7 | 10 |

The results of your hearing test showed that your hearing is within
normal limits at all test frequencies (pitches).

This is your first test (baseline) in the program.  Future hearing
tests will be compared to this one to find any change in your
hearing.

No otoscopic information was available.

It is important to have your hearing tested annually and to wear
hearing protection on and off the job when exposed to loud noise.


_Jim Murphy_                              _5-15-97_
Employee Signature                         Date
*Age correction used for STS calculations.

Threshold Shifts and Baseline Revisions Should be Confirmed by an
Audiologist, Otolaryngologist, or Other Physician.

# Presbyterian Occupational Health Network
## HEARING TEST QUESTIONNAIRE

Name: __MURPHY       JIM       I__        Date: __5-15-97__
       Last        First        M.I.

Date of Birth: __09-01-75__   Height: __5-11__   Weight: __145__

Sex: __M__   Race __W__   Social Security No. __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__

Company: __AAVID__        Dept. __N/A__

Job Title: __N/A__        Shift: __3RD__   Hire Date: __6-75__

**AUDITORY HISTORY:**                                          Y or N

| | |
|---|---|
| Do you wear any type of hearing protection (ear plugs, etc.)? | Y |
| Anyone in your family have hearing loss before age 50? | N |
| Do you have difficulty hearing? | N |
| Do you wear a hearing aid? | N |
| Do you have ringing in your ears? | N |
| Do you have frequent or severe dizziness? | N |
| Have you had a cold or flu within the last two weeks? | N |
| Do you have frequent allergy problems? | N |
| Have you ever had any of the following (please circle those that apply): | N |

      measles?      scarlet fever?      diabetes?
      mumps?      meningitis?      high blood pressure?

| | |
|---|---|
| Have you taken any medication or antibiotics in the last month? | Y |
| Do you or have you had a recent ear infection? | N |
| Do you or have you had any recent ear drainage? | N |
| Do you or have you had a recent earache? | N |
| Are you under a physician's care for ear problems? | N |
| Have you ever had ear surgery? | N |
| Have you ever been exposed to any loud explosion? | Y |
| Have you ever had a head injury causing unconsciousness? | Y |
| Have you ever shot firearms – sport or military? | Y |
| Do you listen to loud music or play in a band? | Y |
| Do you have any noisy hobbies (motorcycles, power tools)? | Y |
| Have you ever operated power driven farm equipment? | Y |
| Have you ever operated construction equipment? | Y |
| Have you worked at a noisy job prior to your current one? | Y |
| Do you have a second job that is noisy? | N |

Comments: __I'M AN OPERATOR__
__OF A BACKHOE__

Signature: __Jim Murphy__

Reviewed by: __Cruhela Nguyen Tech__

    Ⓡ Excessive Wax

    Ⓛ wnl

**EMPLOYEE BENEFITS**

## EMPLOYEE ENROLLMENT FORM

- O OPEN ENROLLMENT
- ● NEW HIRE
- O COBRA
- O OTHER

**PLEASE PRINT OR TYPE.** *Fill out all that applies. Use another form if more space is needed.*

## SECTION 1: *COMPLETE ALL THAT APPLIES TO THE EMPLOYEE.*

| NAME OF EMPLOYER / PLAN SPONSOR | MEDICAL EFFECTIVE DATE | GROUP/PLAN NUMBER |
|---|---|---|
| AAVID THERMAL TECHNOLOGIES, INC. | | ASO-26566-7 |

| EMPLOYEE NAME (Last First, Middle Initial) | GENDER | DATE OF BIRTH | SOC. SECURITY # | TELEPHONE |
|---|---|---|---|---|
| Murphy, Jedidah I. | O FEMALE ● MALE | 9/01/75 | 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 | HOME (972) 962-1443 WORK (972) 563-284: |

| JOB TITLE OR OCCUPATION | MARITAL STATUS | EMPLOYMENT STATUS | DATE OF HIRE |
|---|---|---|---|
| Press | ● MARRIED ✗ SINGLE | O RETIRED  ● ACTIVE FULL-TIME / O COBRA (See Section 6)  O ACTIVE PART-TIME | 5/15/97 |

EMPLOYEE ADDRESS (Street Address, City, State, Zip Code)

727 E. N. Commerce    Wills Point, TX.  75169

## SECTION 2: *COMPLETE FOR COVERED SPOUSE AND EACH COVERED DEPENDENT*

| SPOUSE / DEPENDENT NAME (Last, First, Middle Initial) | RELATIONSHIP TO EMPLOYEE | GENDER (F or M) | DATE OF BIRTH | SOC. SECURITY # | MARITAL STATUS | EMPLOYED? (Y OR N) | STUDENT? (Y OR N) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SECTION 3: *NWNL COVERAGE SELECTION  (CHECK ALL THAT APPLY)*

| MEDICAL | O 1 PERSON  O 2 PERSON | O FAMILY | O DECLINE COVERAGE |
|---|---|---|---|

BASIC LIFE/AD&D/STD            O EFFECTIVE DATE

## SECTION 4: *COMPLETE IF ANY COVERED PERSON HAS COVERAGE WITH ANOTHER INSURANCE CARRIER / HEALTH PLAN PROVIDER*

| EMPLOYEE/SPOUSE/DEPENDENT NAME (Last, First, Middle Initial) | NAME and ADDRESS of OTHER INSURANCE CARRIER/ HEALTH PLAN PROVIDER | POLICY/PLAN NUMBER | EFFECTIVE DATE | OTHER COVERAGE TYPE |
|---|---|---|---|---|
| N/A | | | | O MEDICAL  O SINGLE   O FAMILY |
| | | | | O MEDICAL  O SINGLE   O FAMILY |

## SECTION 5: *COMPLETE IF LIFE / AD&D COVERAGE WAS SELECTED*                    *GL-24205-5*

| BENEFICIARY NAME** (If person, enter: Last, First, Middle Initial) | BENEFICIARY ADDRESS  (Street Address, City, State, Zip Code) | PERCENT OF BENEFIT (MUST add up to 100%) | RELATIONSHIP TO EMPLOYEE |
|---|---|---|---|
| | | | |
| | | | |

## SECTION 6: *COMPLETE ONLY IF APPLYING FOR COBRA CONTINUATION*

| QUALIFYING EVENT** | EVENT EFFECTIVE DATE | If other coverage, length of pre-existing clause in other coverage: | Were you disabled under the terms of the Social Security Act at the time of your termination of employment or reduction in hours? |
|---|---|---|---|
| | /    / | | O YES   O NO   O NOT APPLICABLE |

To the best of my knowledge and belief the above information is correct. I understand that false or inaccurate information may result in the termination of coverage or the non-payment of benefits. I have also read and understand the authorization printed above and consent to its terms.

PLEASE READ THE ABOVE RELEASE SECTION AND THEN SIGN → *Jordan Murphy*

EMPLOYEE SIGNATURE

DATE SIGNED: 6 | 6 | 97

## FOR EMPLOYER / PLAN SPONSOR USE ONLY

| EMPLOYMENT DATA IS ACCURATE: | SIGNATURE | DATE SIGNED | COVERAGE EFFECTIVE DATE | COBRA PAID-TO-DATE |
|---|---|---|---|---|
| O YES · O NO | | / / | / / | / / |

**

| INSTRUCTIONS FOR ** FIELDS ON THE FRONT OF THIS FORM | (Fields are listed alphabetically, by name) |
|---|---|

BENEFICIARY NAME: Enter the name of a person, "My Estate" or the name of an organization. You can enter combinations (e.g., one beneficiary line may be a person's name, while a second beneficiary line may be an organization and a third beneficiary line be for "My Estate").

COBRA QUALIFYING EVENT: Enter one of the following: Employment Termination, Divorce, Legal Separation, Loss of dependent status, Medicare Entitlement, Death of employee, Reduction in hours.

EMPLOYED: Enter "Yes" if spouse or a dependent is employed (full-time or part-time). All else, leave blank.

MARITAL STATUS: Enter one of the following: Single, Married, Divorce, Widowed, Legally Separated.

STUDENT: Enter "Yes" if dependent is 19 years or older and a full-time student. All else, leave blank.

# VOLUNTARY DENTAL ENROLLMENT / CHANGE FORM



**Northwestern National Life**
Employee Benefits Division

*PLEASE PRINT.* Providing complete information is necessary for the timely and accurate payment of claims. Eligibility for coverage and payment benefits are subject to the terms of the benefit contract.

## AAVID THERMAL TECHNOLOGIES, INC.                    GH - 28991-1

| θ Open Enrollment | ✚ New Hire | θ Termination | θ Add Dependent | θ Delete Dependent | θ Other_____ |

| Employee Name *(last name, first, middle initial)* | | Social Security Number | θ Female ◆ Male | Date of Birth |
|---|---|---|---|---|
| Murphy, Jediah I | | 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 | | 9-1-75 |
| Employee Address *(street, city, state, zip code)* | | | | Telephone Number |
| 727 E.N. Commerce #4  Wills Point, TX. 75169 | | | | 972-962-7443 |

*Complete this section to select the coverage you want for yourself and eligible family members.*

| 1. ◆ Employee only | 2. θ Employee + Family |

## Complete for Dependent Coverage

| Add | Drop | Name | Social Security Number | Birthdate | Sex | Relationship |
|---|---|---|---|---|---|---|
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |

I authorize my employer to deduct from my wages the premium for the above coverages. To the best of my knowledge and belief, the information that I have provided on this form is correct. I understand my coverage begins on the effective date assigned by Northwestern National Life provided I am actively at work.

| **PLEASE READ AND SIGN** | Employee's Signature
X *Jedidiah Murphy* | Date Signed
6-6-97 |

## For employer/plan sponsor use only

| Group/Plan Number
GH 28991-1 | Claim Acct# | Location # / Division # | Dental Effective Date or Change Date |
|---|---|---|---|
| Date of Hire | Signature | | Date Signed |

# AAVID ENGINEERING, INC.
## STATEMENT OF EMPLOYEE OBLIGATIONS

an employee of Aavid Engineering, Inc. ("AEI") I expressly acknowledge that I have the following obligations to AEI, to my supervisors, to my fellow employees, and to our valued customers and vendors:

1. -- Safety.  I have reviewed the safety requirements set forth in the Aavid Engineering Employee Handbook and other written materials which have been furnished to me or made available to me; and have participated in various sessions explaining safety concerns, procedures, practices and reporting requirements applicable to me as an AEI employee.  I hereby acknowledge that it is my responsibility to act in line with all safety requirements applicable at any time during my employment.  I also understand that I have an affirmative obligation, as an AEI employee, to report any and all safety concerns to my immediate supervisor.

2. -- Hazardous Materials.  I am aware that various types of materials which are classified by federal and state governmental authorities as "hazardous materials", with varying levels of potential danger for me and to my fellow employees (if misused, mismanaged, etc.), are used by AEI in conducting its business.  I have participated in various training and update sessions explaining the hazardous materials concerns, procedures, practices and reporting requirements applicable to me as an AEI employee.  I am aware that throughout the plant, various materials are placed with pertinent information regarding hazardous materials and I agree to familiarize myself with these materials and the nearest location from my place of work.  I hereby acknowledge that it is my responsibility to act in line with all hazardous materials requirements applicable at any time during my employment.

3. -- Confidentiality.  I am aware that a broad variety of information, in various forms, is maintained, used and available at AEI.  With regard to AEI, this includes, but is not limited to, the identity of personnel and their duties, the type and description of various properties, manufacturing processes, trade secrets, financial information, sales information, quoting information, computer systems and data bases, and all other information pertinent to AEI's business.  In addition, this includes any and all information, in various forms, from actual and potential customers, which is disclosed to AEI in the normal course of business, including, but not limited to, drawings, specifications, requirements, target prices, customer personnel or operating procedures, customer manufacturing processes, and all other information pertinent to a customer's business.  I hereby acknowledge that it is my responsibility to act appropriately to protect any and all information, of AEI and of its customers, with the highest degree of confidentiality and loyalty, and, specifically, to maintain customer information confidential to the same extent as described in any individual non-disclosure agreement to which AEI is now or may in the future become a party.

4. -- Compliance with Employment Practices.  I have reviewed the broad range of employment practices described in the Aavid Engineering Employee Handbook and as set forth in other written materials and oral briefing sessions in which I have participated.  I hereby acknowledge that it is my responsibility to comply with all such employment practices applicable at any time during my employment.

*No handbook given.*

I understand and hereby acknowledge my responsibilities, as set forth above, as of this _15_ day of _May_, 199_7_.

_Jim Murphy_

Employee

Name:_____

If the Employee has not completed any training required and/or referred to in Sections 1 or 2 above, set forth the exceptions here, including anticipated date of completion:

[21 Oct 92]

# Personnel Change Notice

☒ **Employment**
☐ **Termination**
☐ **Change**

**Effective Date** _____

| Name (Last, First, Middle) | | | Soc. Sec. No. | I.D./Sales | Date Prepared |
|---|---|---|---|---|---|
| *Murphy   Jedidiah   Isaac* | | | *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* | | |

| Address (Street) | (City) | (State) | (Zip Code) | Phone No. |
|---|---|---|---|---|
| *6305  FM 439  Kaufman, Tx* | | | *75142* | *962-1443* |

## Employment

☒ New Hire   ☐ Re-instate   ☐ Replacement For: _____
☐ Re-Hire    ☐ Addition

| Birth Date | Sex | Marital Status | Employee Status | Job Class | Expense Class | Shift |
|---|---|---|---|---|---|---|
| *9-1-75* | *M* | *Married* | | | | |

## Termination (Give Reasons in Remarks)

☐ Voluntary   ☐ Involuntary

| | Last Day Worked | Pay Up To & Including | Re-Hire |
|---|---|---|---|
| | | | ☐ Yes   ☐ No |

| Employment Date | Vacation Accrued | Severance Pay | Other |
|---|---|---|---|
| | | | |

## Change

☐ Rate/Salary Change   ☐ Promotion   ☐ Transfer

Leave of Absence
☐ Military   ☐ Sick Leave   ☐ Layoff
☐ Maternity  ☐ Vacation    ☐ Personal

Period of Absence
From _____ Thru _____

| Employment Date | New Address/Phone No. |
|---|---|
| | |

| **Status** | Job Title | Department | Shift | Location | Rate/Sala |
|---|---|---|---|---|---|
| New | | | | *Tx* | |
| Present | | | | | |

## Remarks

| Approval | | Approved By | Date |
|---|---|---|---|
| | | | |
| Invested By | Date | Approved By | Date |

1

2

3

4

5

6

7

8

9

10                 State's Exhibit Number 139

11                     Dr. Peek Vita

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
139

DEFENDANT'S
EXHIBIT
37

# VITA
## LEON ASHLEY PEEK, PH.D.

May 2000

## BIOGRAPHICAL DATA

Offices:   207 West Hickory Street, Suite 310, Denton, Texas 75201
940/382-1957, Fax 940/591-0644

Dispute Resolution Graduate Program
Southern Methodist University
SMU-in-Legacy, 5236 Tennyson Parkway, Plano, Texas 75024-3541
972/473-3435

Born:      DeLand, Florida - March 31, 1945

Social Security Number: 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

## EDUCATION

| | | |
|---|---|---|
| B.S. | Psychology | Virginia Commonwealth University 1970 |
| M.S. | Clinical Psychology | Virginia Commonwealth University 1973 |
| Ph.D. | Psychology | Virginia Commonwealth University 1976 |

## PROFESSIONAL EXPERIENCE

Licensed to practice psychology in Texas 1976 to present.

1970-73    Virginia Commonwealth University:
Graduate Teaching and Research Assistant

1973-74    Medical College of Virginia:
Fellow and Research Associate, Supportive Therapy Group
Department of Medicine

1974-91      University of North Texas:
             Assistant Professor of Psychology (1974-80)
             Tenured 1980
             Associate Professor of Psychology (1980-91)
             Teaching areas: Child and adult assessment, statistics
             Director, Behavioral Medicine Program

1977-        Private consulting practice of psychology:
             Families and children
             Forensic consulting: primarily family law
             Dispute resolution psychology
             Rehabilitation and Neuropsychology
             Jury research and consultation

1982-        McCarron-Dial Systems, Dallas, Texas:
             Consultant and trainer for work evaluation and
             neuropsychology workshops for adults and children,
             develop neuropsychological and rehabilitation tests

1985-87      North Texas Back Institute, Plano, Texas:
             Director of Behavioral Medicine Psychology

1985-93      Wilmington Institute of Trial and Settlement Science:
             Director of Research, Product and services development
             Consultant

1987-        Baylor College of Dentistry:
             Lecturer in Behavioral Medicine Psychology

1999-        Southern Methodist University
             Lecturer, Dispute Resolution

## PROFESSIONAL AFFILIATIONS

Psi Chi Honorary Fraternity
American Psychological Association
American Psychological Society, Charter Member
Fellow, American Board of Medical Psychotherapy
Fellow, American Board of Forensic Examiners (Psychology)
Diplomate, American Board of Medical Examiners (Neuropsychology)
Southwestern Psychological Society
Texas Psychological Association
North Texas Psychotherapy Association; President 1989
Selwyn School, Board of Directors, Pre-K - 12, 1979-1990.

## WORKSHOPS GIVEN AND PRESENTATIONS MADE

Life history antecedents in drug users.  Southeastern Psychological Association, 1973.

Expectancy, false physiological feedback and desensitization in the treatment of social
anxiety.  Southwestern Psychological Association, 1977.

Approaches to learning disabilities: an invited address.  Las Conferencias sobre Problemas
de Aprendizaje, DIF, Jalisco, Mexico, 1978.

Ecological and behavioral medicine conference, Dallas, Texas, 1979.

Work evaluation assessment: Adults and at-risk children. A workshop presented to:
Goodwill Industries, Inc., Milwaukee WI, 1984. East Central Oklahoma University,
Tulsa OK, 1984. Association for Retarded Citizens, Peoria IL, 1984. Hope Haven
School, Rock Valley IW, 1984.

Treatment of dysmenorrea:  A workshop.  Society of Behavioral Medicine, 1984.

Behavioral Medicine Training at North Texas State University.  Society of Behavioral
Medicine, 1984.

Rehabilitation evaluation.  A workshop concerning the neuropsychological assessment of
retarded and demented adults and children presented to the Department of Occupa-
tional Therapy, University of Miami, Miami, Florida, 1985; to Association for Retarded
Citizens, Staten Island, New York, 1986; to Texas Back Institute, Plano, Texas, 1986;
to Thresholds, Chicago, Illinois, 1987; Williamston, N.C., School District, 1987; Region
V Educational Services Center, Paris, Texas 1988.

Neuropsychological Test Administration. A workshop presented to the Northeast Independent School District, San Antonio, Texas, 1987.

Psychology of Dispute Resolution. Symposium at the Annual Convention of the Texas Psychological Association, San Antonio, Texas, 1987.

Alternate Dispute Resolution. Symposium at the Annual Convention of the Texas Psychological Association, Austin, Texas, 1988.

Trial Science. Young Lawyers Association Continuing Legal Education Series, San Antonio, Texas 1990.

Jury Selection. State Bar of Texas Continuing Legal Education Series, Midland, Texas, 1990.

Parenting the Difficult Child. Green Oaks Hospital, Dallas, Texas 1990. Denton Regional Medical Center, Denton, Texas, 1991.

Psychology in the next century. A workshop presented at the annual convention of the Texas Psychological Association, November, 1991.

Psychology of death. Campus Ministry of Denton, University of North Texas, 1991.

Stress management. Church Secretaries Association convention, October, 1991.

Child development in mediation. Dallas/Fort Worth Law School, January, 1992.

What is best for the child in divorce. Dallas/Fort Worth Law School, January, 1992.

Trial and settlement psychology. Texas Psychological Association, Dallas TX, 1992.

Limiting exposure to large jury verdicts and punitive damages. Chubb Insurance Companies continuing education, 1993.

Interviewing the client. Greater Denton Legal Assistants Association, Denton TX, 1993.

How to tell the truth effectively. Presentation to the Advanced Litigation Support Seminar. Kenneth Leventhal & Company. April, 1993.

Stress and Grief. Presentation to the Compassionate Friends, Denton, Texas 4/28/94.

Falling through the Cracks: Child Abuse. Presentation at Charter Grapevine Behavioral Health, November, 1994.

Assessing the Assessor: Child Abuse Interviewing. Presentation at Charter Grapevine Behavioral Health, January, 1995.

Juvenile Sex Offender. Presentation to East Texas State University, Commerce, Texas, August 3, 1995.

Child Custody Assessment: A Comparison of Four Empirical Approaches. Presentation to the Convention of the American Psychological Association, New York, August 8, 1995.

Sexual Violations Training Seminar. Health Professions Council, State of Texas, Austin, Texas, 3 March 1996.

Psychological factors. Texas State Convention, Huntington's Disease Society of America, Arlington, TX, May 1996.

Masters on Jury Selection, Invited participation. American Board of Trial Advocates, Dallas, Texas, August 1999.

Avoiding a lawsuit: How to practice legally and safely, Invited presentation. Denton Area Psychotherapists' Association, October, 1999.

Focus Group Outlines. Psychology of Juries and Witnesses seminar, Wilmington Insititute, Dallas, Texas, March 2000.


## PUBLICATIONS

*Custody Quotient: Research Edition.*  A psychological assessment instrument for evaluation of child custody decisions.  Dallas, TX: Wilmington Institute, 1987.  *Manual for the Custody Quotient: Research Edition.*  Dallas, TX:  Wilmington Institute, 1987.  (with Gordon, R.)

*Mental Health Check-Up - Adult,* 2nd ed.  A psychological assessment instrument.  Dallas, TX: Wilmington Institute, 1987.  (with Gordon, R.)

*Mental Health Check-Up - Child,* 2nd ed.  A psychological assessment instrument.  Dallas, TX: Wilmington Institute, 1987.  (with Gordon, R.)

*Custody Quotient: National Research Edition.* A revision of the 1987 edition extended to reflect the family law in the 50 USA states. Dallas, TX: Wilmington Institute, 1988. *Manual for the Custody Quotient: National Research Edition.* Dallas, TX: Wilmington Institute, 1988. (with Gordon, R.)

*Custody Quotient Manual,* 1989 Edition. Dallas, TX: Wilmington Institute, 1989 (with Gordon, R.).

SSSQ Reports (An article in a book). *Street Survival Skills Questionnaire Manual.* Dallas: Common Market Press, 1983.

*SSSQ Computer Report* (A report generating computer program for the Street Survival Skills Questionnaire). Dallas: McCarron-Dial Systems, 1983. (With Dial, J., & McCarron, L.)

Insomnia in Cancer Patients: Muscle relaxation treatment. *Journal of Behavioral Therapy and Experimental Psychiatry,* 1983, **14** (#3, September). (with Cannicci, J.)

Testing the null hypothesis: An unstatement. *Multivariate Experimental Clinical Research,* 1979, 4, 133-7. (with Lawlis, G.F.)

*Automobile Safety in Children.* Austin TX: American Academy of Pediatrics, Texas Chapter, 1979. (with Toledo, J.R., Butler, J.R., & Burke, A.)

Motor vehicle related child deaths: A plea for action. *Resources in Education,* 1978, 10. (with Toledo, J.R., Butler, J.R., & Faherty, J.K.)

*A Possible Etiology for Hyperactivity,* a videotape film. Denton TX: North Texas State University, 1978. (with O'Banion, D.R., & Butler, J.R.)

Delta-9-tetrahydrocannabinol as an effective anti-depressant and appetite stimulating agent in advanced cancer patients. *Proceedings of the International Conference on the Pharmacology of Cannabis.* Washington DC: National Institute on Drug Abuse, 1974. (with Regelson, W., Butler, J.R., Schulz, J., Kirk, T.A., Green, M.L., & Zalis, M.O.) Reprinted in *The Pharmacology of Marijuana,* Brande, M.C., and Szara, S., eds. New York: Raven Press, 1976.

*Mental Health Check-Up Report,* a computer scoring and report generating program, version 0.1. Dallas, TX: Wilmington Institute, 1989.

Prison factor profile and related scales. *Proceedings of the American Correctional Association.* Washington DC: American Correctional Association, 1974.

*Trial Science Poll.* Dallas: Wilmington Institute, 1984-1987.

*Individual Trait Analysis Program.* Dallas: McCarron-Dial Systems, 1985.

*PMT Report Program.* Dallas: McCarron-Dial Systems, 1993.

Forensic Psychology at the Turn of the Century. *Forensic Psychology for the Journeyman Clinician.* Austin, TX.: Texas Psychological Foundation, 1991.

Advances in Child Custody and Child Abuse Evaluations. *Families and Children Reporter,* 1994 (March), Whole Number 1.

New: Custody Evaluation Guidelines of the American Psychological Association. *Families and Children Reporter,* 1994 (July), Whole Number 3.


## RESEARCH GRANTS

Children's traffic safety.  Office of Traffic Safety, Texas Department of Highways and Public Transportation, 1977, $94,000.  (Co-investigator)

Infant restraint evaluation.  Office of Traffic Safety, Texas Department of Highways and Public Transportation, 1978, $69,000.  (Co-investigator)

Infant restraint training workshops.  Office of Traffic Safety, Texas Department of Highways and Public Transportation, 1979, $54,000.  (Co-investigator)

1

2

3

4

5

6

7

8

9

10                State's Exhibit Number 141

11                   Wilhelm Composite

12                   (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
141







STATE'S
EXHIBIT
143

1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 144

11          Mitigation Photographs

12              (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25







STATE'S
EXHIBIT
144

ENGAD-Bayonne,N.J.











1                       Reporter's Certificate

2    STATE OF TEXAS:

3    COUNTY OF DALLAS:

4          I, Darline W. LaBar, Official Court Reporter of the

5    194th Judicial District Court, in and for Dallas County,

6    Texas do hereby certify that the foregoing volume constitutes

7    a true, complete and correct transcript of all portions of

8    evidence and other proceedings requested in writing by

9    counsel for the parties to be included in the statement of

10   facts, in the above styled and numbered cause, all of which

11   occurred in open court or in chambers and were reported by

12   me.

13         I further certify that this transcription of the

14   record of the proceedings truly and correctly reflects the

15   exhibits, if any, offered by the respective parties.

16         Witness my hand this the 27th day of November, A.D.,

17   2001.

18

19

20

21        DARLINE W. LABAR
          Official Court Reporter
22        194th Judicial District Court
          Dallas County, Texas
23        (214) 653-5803

24

25   Certification No. 1064 Expires December 31, 2002

1          REPORTER'S RECORD

2     VOLUME 63 OF 65 VOLUME **74145**

3      TRIAL COURT CAUSE NO. F00-02424-NM

4  THE STATE OF TEXAS          :      IN THE DISTRICT COURT

5  VS.                         :      DALLAS COUNTY, TEXAS

6  JEDIDIAH ISAAC MURPHY       :      194TH JUDICIAL DISTRICT

7          *******************          **FILED IN**
                                   **COURT OF CRIMINAL APPEALS**

8              EXHIBIT VOLUME
                                         DEC  5 2001

9          *******************
                                   Troy C. Bennett, Jr., Clerk

10  A P P E A R A N C E S:

11  HONORABLE BILL HILL, Criminal District Attorney
            Crowley Criminal Courts Building

12          Dallas, Dallas County, Texas   75207
            Phone:  214-653-3600

13  BY:     MR. GREG DAVIS, A.D.A., SBOT # 05493550
            MS. MARY MILLER, A.D.A., SBOT # 21453200

14              FOR THE STATE OF TEXAS;

15  MS. JANE LITTLE, Attorney at Law, SBOT # 12424210
    MR. MICHAEL BYCK, Attorney at Law, SBOT # 03549500

16  MS. JENNIFER BALIDO, Attorney at Law, SBOT # 10474880
    Dallas County Public Defender's Office

17          Phone:  214-653-9400
                FOR THE DEFENDANT.

18

19              *********

20      On the 26th day of February, through the 30th day of

21  June, 2001, the following proceedings came on to be heard in

22  the above-entitled and numbered cause before the Honorable F.

23  Harold Entz, Jr., Judge presiding, held in Dallas, Dallas

24  County, Texas:  Proceedings reported by machine shorthand,

25  computer assisted transcription.

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 145

11            Glen Oaks Hospital Records

12                 (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

F00-02424-M

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 194TH JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| JEDIDIAH ISAAC MURPHY | § | DALLAS COUNTY, TEXAS |

## **AFFIDAVIT**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF __Hunt__ | § |

BEFORE ME, the undersigned authority, on this day personally appeared Susan McKinney, who being by me duly sworn, deposed as follows:

"My name is Susan McKinney, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of Glen Oaks Hospital. Attached hereto are _303_ pages of records from Glen Oaks Hospital. These said _303_ pages of records are kept by Glen Oaks Hospital in the regular course of business, and it was the regular course of business of Glen Oaks Hospital for an employee or representative of Glen Oaks Hospital with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

**BUSINESS RECORDS AFFIDAVIT - Page 1**

STATE'S
EXHIBIT
_145_

_Susan M. Kinney_
Affiant


SUBSCRIBED AND SWORN TO BEFORE ME this _17_ day of _November_ , 2000, to

certify which witness my hand and seal of office.


_Pamela J Duquette_
Notary Public in and for
_Hurst_ County, _Texas_


My Commission Expires:
_1-31-2003_

PAMELA J. DUQUETTE
MY COMMISSION EXPIRES
January 31, 2003


**BUSINESS RECORDS AFFIDAVIT - Page 2**

**Glen Oaks Hospital**  301 East Division, Greenville, Texas 75402
(903) 454-6000 or (800) 443-1109

MED. REC. NO.
7272

| PT NO 2482115 | PATIENT NAME MURPHY , JEDIDIAH I | | | | | | | | COUNTY 129 |
| ADDRESS 6305 FM 429 | | | | | | | | | |
| CITY KAUFMAN | | STATE TX | ZIP 75142- | PHONE 972-962-7443 | EXT. | | SOCIAL SECURITY NO. 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 | | |
| AGE 23 | DOB 09/01/1975 | SEX F | RACE I | MS X | PREVIOUS NAME N/A | | | RELIGION OTH | NAS AB. | RMBED 120 02 |
| ADM DATE 08/24/99 | TIME 16:45 | SRC RB | PT TYPE J | PRI R | ACCIDENT INFO Z | | VOLUNTARY ADM Y | ORGAN DNR | HSOL | INFANT AGE |
| PT EMPLOYER NONE | | | | TELEPHONE - | EXT | OCCUPATION OPERATOR | | | |
| EMPLOYER ADDRESS | | | | | | | | | |
| CITY | | STATE | ZIP | | | | RETIREMENT DATE | | |
| NEAREST RELATIVE NAME WILLIS , CHELSEA L | | | | | | | PH: - - | | |
| RLTN Z | ADDRESS 727 E. NORT COMMERCE | | | | | | | | |
| CITY WILLIS POINT | | STATE TX | ZIP 169 | PHONE 903-873-6830 | EXT | | | | |
| EMERGENCY CONTACT NAME ABBOTT , HOPE I | | | | | | | PH: - - | | |
| RLTN N | ADDRESS 6305 FM 429 | | | | | | | | |
| CITY KAUFMAN | | STATE TX | ZIP 75142- | PHONE 972-962-7443 | EXT | | | | |
| GUARANTOR NAME MURPHY , JEDIDIAH I | | | | | | | RLTN S | SOCIAL SECURITY NUMBER 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 | |
| ADDRESS 6305 FM 429 | | | | | | | | PHONE 972-962-7443 | |
| CITY KAUFMAN | | STATE TX | ZIP 75142- | OCCUPATION OPERATOR | | EXT | | | |
| GUARANTOR EMPLOYER NONE | | | | PHONE - - | EXT | | | | |
| ADDRESS | | | | | | | | | |
| CITY | | STATE | ZIP | | | | | FC H | |
| INSURANCE NAME 1 MAGELLAN - NSTAR | CODE | POLICY # G26A1103713 | | GROUP # | | SUBSCRIBER MURPHY ,JED | REL S | AUTH # | |
| INSURANCE NAME 2 | CODE | POLICY # | | GROUP # | | SUBSCRIBER | REL | AUTH # | |
| INSURANCE NAME 3 | CODE | POLICY # | | GROUP # | | SUBSCRIBER | REL | AUTH # | |
| ATTENDING PHYSICIAN ESTABROOK, WILLIAM | | ATTENDING 001115 | REF SRC OHO | ADM BY CAMPBC | PREV ADM DATE | PREVIOUS FACILITY | | |
| ADM DIAGNOSIS PSYCHOSIS NOS | | MED SVC PSY | CODE | ALLERGIES | | | SURGERY DATE | |
| ADMITTING PHYSICIAN ESTABROOK, WILLIAM | | ADMITTING 001115 | AUTHORIZED BY | | | | | |
| PROCEDURE | | | CLINICAL COMMENT | | MODE OF ARRIVAL/ACCOMPANIED BY AMBULANCE | | | |
| REL OF INFO N | ADV DIR N | LIVING WILL N/A | LOCATION OF WILL/DIRECTIVE | | FAMILY DOCTOR ON CALL ER DR | | | |

**FINAL DIAGNOSES** (FIRST DIAGNOSIS PRINCIPAL UNLESS NOTED)

MDD single severe          296.23
Dissociative Identity D/c   300.14
Alcohol Dep.                303.90

PRECERT INFORMATION

REFERRAL INFORMATION
1.

**GLEN OAKS HOSPITAL**
Copied by
Date Sent 10/30/00
PROCEDURES

"This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulations (42 CFR Part 2) Prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose."

**CONSULTING PHYSICIANS /PRIMARY CARE**

DRG

LOS

| TRANS TO: | ACUTE | SNF | REHAB | HOSPICE | HOME HEALTH | HOME IV | AGAINST MED ADV | HOME ✓ |
| 8/99 | TIME 23:10 | OTHER | | | | | | |
| | TIME , <48HRS | >48HRS | | CORONER | AUTOPSY YES | NO | |

*William Estabrook MD*
ATTENDING PHYSICIAN SIGNATURE & DATE

, INC. C3161-20051 (714) 986-1559 (5/99)   **CHART COPY - DO NOT REMOVE FROM CHART**



# Glen Oaks Hospital

301 East Division, Greenville, Texas 75402
(903) 454-6000 or (800) 443-1109

MED. REC. NO.
7272

| PT NO 2482115 | PATIENT NAME MURPHY , JEDIDIAH I | | | | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS 6305 FM 429 | | | | | | | COUNTY 129 |
| CITY KAUFMAN | | | STATE TX | ZIP 75142- | PHONE 972-962-7443 | EXT. | SOCIAL SECURITY NO 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 |

| AGE 23 | DOB 09/01/1975 | SEX F | RACE 1 | MS X | PREVIOUS NAME N/A | | RELIGION OTH | N/S | RM/BED AP 120 02 |
|---|---|---|---|---|---|---|---|---|---|
| ADM DATE 08/24/99 | TIME 16:45 | SRC RB | PT TYPE J | PRI R | ACCIDENT INFO 2 | VOLUNTARY ADM | ORGAN DNR | ISDL | INFANT AGE |

| PT EMPLOYER NONE | TELEPHONE - | EXT | OCCUPATION OPERATOR |
|---|---|---|---|
| EMPLOYER ADDRESS | | | |
| CITY | STATE | ZIP | RETIREMENT DATE |

| NEAREST RELATIVE NAME WILLIS , CHELSEA L | | | | |
|---|---|---|---|---|
| RLTN Z | ADDRESS 727 E. NORT COMMERCE | | | |
| CITY WILLS POINT | STATE TX | ZIP 75169- | PHONE 903-873-6830 | EXT |

| EMERGENCY CONTACT NAME ABBOTT , HOPE I | | | | |
|---|---|---|---|---|
| RLTN N | ADDRESS 6305 FM 429 | | | |
| CITY KAUFMAN | STATE TX | ZIP 75142- | PHONE 972-962-7443 | EXT |

| GUARANTOR NAME MURPHY , JEDIDIAH I | | RLTN S | PHONE 972-962-7443 | EXT |
|---|---|---|---|---|
| ADDRESS 6305 FM 429 | | | | |
| CITY KAUFMAN | STATE TX | ZIP 75142- | OCCUPATION OPERATOR | SOCIAL SECURITY NUMBER 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 |
| GUARANTOR EMPLOYER NONE | | PHONE - | EXT | |
| ADDRESS | | | | |
| CITY | STATE | ZIP | | FC: H |

| INSURANCE NAME 1 MAGELLAN - NSTAR | PLAN G26 | PHONE - - | POLICY # A1103713 | GROUP # | AUTH # |
|---|---|---|---|---|---|
| MAILING ADDRESS NORTHSTAR CLAIM UNIT | | | CITY MARYLAND HT | STATE MO | ZIP 63403 |
| SUBSCRIBER NAME MURPHY , JEDIDIAH | MAIL TO NAME MAGELLAN BE | INS SEX F | SOCIAL SECURITY NUMBER 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 | DOB 09/01/1975 | |

| INSURANCE NAME 2 | PLAN | PHONE | POLICY # | GROUP # | AUTH # |
|---|---|---|---|---|---|
| MAILING ADDRESS | | | CITY | STATE | ZIP |
| SUBSCRIBER NAME | MAIL TO NAME | INS SEX | SOCIAL SECURITY NUMBER | DOB | |

| INSURANCE NAME 3 | PLAN | PHONE | POLICY # | GROUP # | AUTH # |
|---|---|---|---|---|---|
| MAILING ADDRESS | | | CITY | STATE | ZIP |
| SUBSCRIBER NAME | MAIL TO NAME | INS SEX | SOCIAL SECURITY NUMBER | DOB | |

| ATTENDING PHYSICIAN ESTABROOK, WILLIAM | ATTENDING # 001115 | REF SRC OHO | ADM BY CAMPBC | PREV ADM DATE | PREVISOU FACILITY |
|---|---|---|---|---|---|
| ADM DIAGNOSIS PSYCHOSIS NOS | MED SVC PSY | CODE | ALLERGIES | | SURGERY DATE |
| ADMITTING PHYSICIAN ESTABROOK, WILLIAM | ADMITTING # 001115 | AUTHORIZED BY | | | |
| PROCEDURE | CLINICAL COMMENT | | | MODE OF ARRIVAL/ACCOMPANIED BY AMBULANCE | |

| REL OF INFO N | ADV DIR N | LIVING WILL N | LOCATION OF WILL/DIRECTIVE N/A | FAMILY DOCTOR ON CALL ER DR |
|---|---|---|---|---|

| VERIFIED BY: | DATE: | VERIFIED BY: | DATE: |
|---|---|---|---|
| NAME OF INS CO #1: | | NAME OF INS CO #1: | |
| GROUP-INDIVIDUAL | | GROUP-INDIVIDUAL | |
| TELEPHONE NO: | | TELEPHONE NO: | |
| NAME OF PERSON GIVING INFO: | | NAME OF PERSON GIVING INFO: | |
| PREAUTHORIZATION REQ? | AUTHORIZATION #: | PREAUTHORIZATION REQ? | AUTHORIZATION #: |
| EFF DATE OF INS POLICY: | ELIGIBILITY: | EFF DATE OF INS POLICY: | ELIGIBILITY: |
| WAITING PERIOD: | | WAITING PERIOD: | |
| PRE-EXIST: | RN: | PRE-EXIST: | RN: |
| BASIC BENEFITS: | | BASIC BENEFITS: | |
| SEMI @ _____ | ANCILLARY @ _____ | SEMI @ _____ | ANCILLARY @ _____ |
| MAJOR MEDICAL: | | MAJOR MEDICAL: | |
| DEDUCTIBLE: _____ | BALANCE PAID @ _____ | DEDUCTIBLE: _____ | BALANCE PAID @ _____ |

**INSURANCE COPY**

JEDIDIAH ISAAC MURPHY    8/24/99

23 yo SWM  (9-1-75)    Called "JIM"

Friday night - all started - snake in house -
copper head - daughter there -
grabbed snake + cut head off -
Sat night went bowling alley - noticed a few
snakes out -
Sunday - 345 - hear to VCR tapes - sets tapes
on shelf. Then sets big snake - calls
911 + sees snakes coming from everywhere -
they sent police out - he could see snakes,
hear them, seem, feel them, kill them.
could feel them hitting his boots - totally
real too him - police came out twice
+ didn't see anything.
when then reached down to grab it - it no longer
a snake. hear this hissing - they act just
like a live animal.
sponsor came down Monday AM - put on
table - + tells him there ain't no snakes there
p̄ sponsor left - he thought he killing snakes -
but actually destroying clothes + garnets.
I'm conscious every thought -
started drinking since age 13

nothing like this happened before —
1st snake killed was real — Friday night
started hallucinating snakes Sat night on
way to bowling alley.
he seen snakes here in hospital.
never had problem ō snake — seen 6 in
whole life.
he in AA — 8 months —
been sober for 3 whs —
stayed sober 6 months. slipped 1½ whs +
then sober about 3 whs.
he has detoxed twice — body aches — never
had hallucinations
don't feel bad now.
can't drive cause see snakes in extend-cab.
sees snakes more + more —
seen bro + GF in house when no on there
seen bro's car in drive way — when not there
family trying to tell him nothing there
Mo is BSN, Bro — RN — sober — MD —
gradually getting worse since Sat.
last alcohol 3 whs ago — 18 cans/day beer
don't use drugs.

③

withdrawl was easy —

no drug since 3 wks ago.

was doing fine until saw smoke — . . .

daughter is 2 yo —

sep - 7 months - lives in Wells point

married 6 yrs — one daughter from marriage

not legally married - common-law.

since separation - severe depression few times

some isolation

sleep - ~~variable~~ variable - last 3 days slept 6 hrs.
        had to fall asleep + keep waking up

appetite - eat like horse - 5' 11"  121 - same

energy - pretty refreshed

lately c̄ jobs - lost interest in things - love
        his line of work - don't have
        any desire to be anywhere for long.

    Voc - welder - loved it - since separation
            lost interest in b.

    ~~ant~~ motivation - getting harder to do.

concentration - absolutely none

memory - good

socially - hard being near his sponsor -
        friends went to mom about his
        problems.

irritable - every now + then -

interests - avid golfer - now golf is burnt
out - like water skiing -
now more sitting around + doing things

I'm nervous + panicing constantly.

self-esteem - feme - ashamed of some things
I've done.

suicidal - no sir

cry lately - teary up - feels lost, don't
know what's going on.

Came cause getting progressively worse -
since sober emotions shown up more.

sensitive - not him

Soc hx -

> friends - has close friends
> voc - welder - 4½ - 5 yrs.
> avoc - golf - water skiing
> ed - HS grad - 1½ yr college
> relg - Baptist - go church - not lately
> marr - c̄ 6 yrs - common law -
> Sep 7 mnths - marital conflict
> since he sobered up.

(5)

family - youngest boy -

bio Dad died 83 - drank self to death

removed by gov - for abuse -

~~re~~ readopted in 1987

Mother - is biological
25 year          21
1 real bro, real sister
           26        27  29
1 ½ bro   2 ½ sister

my whole family consumed by alcohol -

29 yo ½ sister - manic depressive

no suicides, no schiz, no seizure
diabetes      was mistaken

he had ADHD in - Dyslexic

med $R_x$ -

all - ~~NKDA~~ allergic to codeine

meds - none

ill - shot x1 - 94 - guy robbed me
- shot thru (L) hand + (R) lower lung -

appendicitis - 15-16 yo - 1990

surg - gun shot repaired
lung
both knees - arthroscopy - $\bar{p}$ '94
motor cycle wreck.

hosp - x3 wks appendicitis
gun shot
oak haven recovery dr - x30 days. Nov 98

sex - lost interest -
no sex alive
been physically abused by family
who adopted him in '83 -

Toxic - no Alcohol in 3 wks
no drugs -     cigs 1½ pak/day

Trauma - motor cycle accident - banged dislocated
both knee - Fx'd ribs & fingers.

has Fx'd ribs ③ on Ⓡ bottom
while water skiing

knocked out - # of times - do lot
of extreme sports -
motor cycle racing
jumping out airplanes. etc.

R⁄Os - hallucinations
Fx'd Ribs on Ⓡ side

no recent head injuries
in last few wks

Dx: I  MDD  296.23
R⁄O  DT'S

II  no Dx

III  Fx'd ribs,

IV  seperation

V  15·20          85

John Estabook MD

*Glen Oaks Hospital*

## DISCHARGE SUMMARY

| | |
|---|---|
| **NAME:** | Jedidiah Isaac (Jim) Murphy |
| **M.R. #:** | 00-72-72 |
| **ATTENDING PHYSICIAN:** | **WILLIAM ESTABROOK, M.D.** |
| **ADMISSION DATE:** | 08/24/99 |
| **DISCHARGE DATE:** | 09/08/99 |

**ADMITTING DIAGNOSES:**

| | | |
|---|---|---|
| AXIS I: | 296.23 | Major Depression, single episode, severe. |
| | 291.81 | Rule out alcohol withdrawal with perceptual disturbances. |
| | 310.1 | Rule out personality change due to possible head trauma. |
| AXIS II: | No diagnosis. | |
| AXIS III: | He reports 2 lower right fractured ribs. Gives history of loss of consciousness a number of times due to head trauma. | |
| AXIS IV: | Stressors appear to be his separation from his wife and possible detox from the alcohol. | |
| AXIS V: | Admitting GAF is about 15; highest past year, about 85. | |

**PERTINENT HISTORY:**  This 23-year-old separated white male said it all started Friday night. Said I came home and there was a snake in the house, a copperhead, and my daughter was there, and I grabbed the snake and cut off it's head and killed it. Saturday night I went to the bowling alley, and I started noticing there were a few snakes. On Sunday afternoon, about 3:45, I got some VCR tapes and I set the tapes on the shelf, and there was this big snake sitting there. I called 911 and told them there were snakes coming from everywhere, and they sent police out. He said even though I could see the snakes, hear them, see them, feel them, and kill them. I could even feel them striking against my boots. They were totally real to me. The policeman came out on 2 different occasions and didn't see anything. He said then when I reached down to grab it, it would no longer be a snake. He said I would hear this hissing, and they acted just like a live animal. He said his sponsor came down Monday morning and the patient said there were snakes on the table, and the sponsor told him that there were no snakes there. He said after the sponsor left, he said he thought he was killing snakes, but actually he was destroying clothes and garments. He said I'm conscious of every thought I'm having.

## SIGNIFICANT FINDINGS
## MENTAL STATUS EXAMINATION:

**Attitude and general behavior:** Very anxious, agitated white male who seems very frightened of all these visual hallucinations that he's experiencing. Seems very depressed, tears up easily, and has a real profound sense of depression. Was generally very attentive and cooperative.

**Stream of mental activity:** Spoke in a clear, coherent manner. At times his voice pace was a little rapid, but it seemed to be more out of anxiety. He was very frightened by what was going on, and wanted things to change now, quickly.

**Mental trend content of thought:** He's actively visually hallucinating, and has been for a number of days. Never had anything like this before. He does not appear delusional. Sleep has been very poor. He denies being suicidal.

| | |
|---|---|
| **NAME:** | Jedidiah Isaac (Jim) Murphy |
| **M.R. #:** | 00-72-72 |
| **ATTENDING PHYSICIAN:** | **WILLIAM ESTABROOK, M.D.** |
| **ADMISSION DATE:** | 08/24/99 |
| **DISCHARGE DATE:** | 09/08/99 |

Page Two

**Affect and mood:** Affect is restricted to flat. Mood is very depressed. He acknowledges being a little irritable, but he's highly anxious, apprehensive, worried about what's going on.

**Sensorium/orientation:** He is oriented to person, place, time, and situation.

**Remote memory/recent memory:** As far as I can tell, generally seem to be intact. There was a couple of times when the way he was telling the story was confusing, but he was able to clear it up so that I could follow his train of thinking.

**Retention and immediate recall:** He was able to do this on several occasions during the interview.

**Attention and concentration span:** This fluctuated; sometimes he was able to attend and concentrate well; at other times, he started getting things mixed up and I'd have to slow him down, and usually it was when his anxiety level seemed to be getting higher again.

## GENERAL INTELLECTUAL EVALUATION:

**Reasoning and Judgement:** It's both intact and impaired. He recognizes there's something severely wrong, but at the same time he can't seem to stop himself, and he's actively reacting to the hallucinations.

**Abstraction:** Concrete in his thinking.

**General fund of information:** About average for a high school education.

**PHYSICAL FINDINGS:** Physical exam was performed. Findings were anxiety.

**LAB AND X-RAY:** On 25August99 chemistry profile shows phosphorus of 5.1, elevated. Total bilirubin 1.3, elevated. CBC shows neutrophil 32, low; lymphocyte 48, slightly high; eosinophile 8, slightly elevated. Routine UA normal. RPR nonreactive. UDS positive for amphetamines. He reported that he was using diet pills. He had a repeat UDS on 27August99; again it was positive for amphetamines; again, it was the diet pills.

**PSYCHOLOGICAL FINDINGS:** Psychological testing was not done.

## HOSPITAL COURSE:

08/24/99 - We have a 23-year-old separated white male admitted because of seeing snakes. Very depressed. High level anxiety. Patient began seeing snakes Saturday night, and getting worse since then. Patient has history of drinking since age 13, but last drink was 3 weeks ago. No history of previous hallucinations. Denies drug use, or recent head injury. Has been getting more depressed and anxious since separated 7 months ago.

08/24/99 - 23-year-old separated white male reports killed real live copperhead snake in house Friday (others have confirmed this). On Saturday he began hallucinating snakes, and has been getting worse ever since. Says they seem so real to him, but no one else sees them. Patient also appears to have severe major depression since separated from wife 7 months ago. History of alcoholism since age 13, but been in recovery for 3 weeks. Father died in DT's, but patient never had anything like that. Patient has not used any drugs, nor sustained head injury in recent past few weeks. We'll treat as psychotic depression with high anxiety.

**NAME:**        Jedidiah Isaac (Jim) Murphy
**M.R. #:**         00-72-72
**ATTENDING PHYSICIAN:**   **WILLIAM ESTABROOK, M.D.**
**ADMISSION DATE:**   08/24/99
**DISCHARGE DATE:**   09/08/99            Page Four

**HOSPITAL COURSE** *<continued>*:

*09/08/99* - Patient requesting to leave. Says he's done a lot of work on himself and alters Randy and Tyler. Says he realizes he needs to help them put Terry to rest; danger is past, even though Terry has been released from prison. Says he feels a lot better inside and he isn't suicidal. He plans to see John Motley at Van Zandt County Counseling Center for therapy, and will be followed by psychiatrist at Terrell MHMR Clinic. He also plans to attend AA groups and have a sponsor.

**CONDITION ON DISCHARGE:** Patient appears to have a dissociative identity disorder. Affect is a little brighter. Mood is a little bit more positive, more hopeful. He's feeling more in control of his life. The auditory hallucinations are still present, but appear to be more explained by the alters that he has. No visual hallucinations at this time. He denies being suicidal and he's not homicidal. He is oriented times four. Memory is somewhat intact, taking into account that the alters have some of the memories of the abuse that he does not.

**DISCHARGE INSTRUCTIONS:** Effexor-XR 150 mg after breakfast; Seroquel 100 mg at bedtime; Ativan 1 mg p.o. q. 6 hours p.r.n. nervousness. Diet and activity as tolerated.

**DISCHARGE DIAGNOSES:**

| | | |
|---|---|---|
| **AXIS I:** | 296.23 | Major Depression, single episode, severe. |
| | 300.14 | Dissociative Identity Disorder. |
| | 303.90 | Alcohol Dependence. |
| **AXIS II:** | No diagnosis. | |
| **AXIS III:** | He reports 2 lower right ribs in the process of healing from fracture. History of a number of head traumas with loss of consciousness. | |
| **AXIS IV:** | Stressors appear to be his separation from his wife. | |
| **AXIS V:** | Admitting GAF is about 15; discharge GAF 40; highest past year, about 85. | |

**RECOMMENDATIONS AND AFTERCARE:**

He has therapy with John Motley at Van Zandt County Counseling Center. He's to go to the Terrell MHMR Clinic for psychiatric follow-up.

*William Estabrook MD*

**WILLIAM ESTABROOK, M.D.**

WE/MTTS

dd: 09/20/99
dr: 09/22/99
dt: 09/24/99

* Dictated transcribed not read subject to transcription error.

*Glen Oaks Hospital*

## PSYCHIATRIC EVALUATION

**NAME:**  Jedidiah Isaac (Jim) Murphy
**M.R. #:**  00-72-72
**ATTENDING PHYSICIAN:**  **WILLIAM ESTABROOK, M.D.**
**ADMISSION DATE:**  08/24/99

**CHIEF COMPLAINT:**  "I'm seeing things."

**PRESENT ILLNESS:** This 23-year-old separated white male said it all started Friday night. Said I came home and there was a snake in the house, a copperhead, and my daughter was there, and I grabbed the snake and cut off it's head and killed it. Saturday night I went to the bowling alley, and I started noticing there were a few snakes. On Sunday afternoon, about 3:45, I got some VCR tapes and I set the tapes on the shelf, and there was this big snake sitting there. I called 911 and told them there were snakes coming from everywhere, and they sent police out. He said even though I could see the snakes, hear them, see them, feel them, and kill them. I could even feel them striking against my boots. They were totally real to me. The policeman came out on 2 different occasions and didn't see anything. He said then when I reached down to grab it, it would no longer be a snake. He said I would hear this hissing, and they acted just like a live animal. He said his sponsor came down Monday morning and the patient said there were snakes on the table, and the sponsor told him that there were no snakes there. He said after the sponsor left, he said he thought he was killing snakes, but actually he was destroying clothes and garments. He said I'm conscious of every thought I'm having.

Said he started drinking at age 13, and nothing like this has ever happened before. He said the first snake I killed was real, Friday night. And I started hallucinating snakes Saturday night on the way to the bowling alley. He said actually I've even seen snakes since I've been here in the hospital. He said I've never had a problem with snakes; I've seen 6 total in my whole life. Said he was in AA for 8 months, and then he stayed sober for 6 months, and then he slipped for a week and a half, and then got sober again for the last 3 weeks. He said he's detoxed twice, and said I get body aches, but I've never had anything like this before. He said I don't feel physical bad now, I just can't stop seeing snakes. I can't even drive because I keep seeing snakes inside the extended cab of my truck. He said I keep having to pull over to get rid of them. He said it's getting worse. I'm starting to see my brother and his girlfriend in the house when there's no one there. I'll see my brother's car in the driveway when it's not there. He said My family keeps trying to tell me there's nothing there, but it all looks so real to me. He said his mother has a B.S. in nursing, his brother is an R.N, and he has a sister who's an M.D. in cardiology. He said things have gradually been getting worse since Saturday. He said my last alcohol was 3 weeks ago, when I was drinking at least 18 cans of beer a day. He said I don't use drugs. He said the withdrawal from the drinking was easy. He said I've not done anything since 3 weeks ago. He said I was doing fine until I saw the snakes. I asked him how old his daughter was, and he said 2 years old. Said we've been separated 7 months, me and my wife, and she lives in Wills Point. He said we've been married 6 years and 1 daughter from the marriage. He said, well we're not really legally married, it's common law marriage. He said since they've been separated, he's noticed he's getting severely depressed, and at times it's really bad. He said he feels some isolation.

**NAME:** Jedidiah Isaac (Jim) Murphy
**M.R. #:** 00-72-72
**ATTENDING PHYSICIAN:** WILLIAM ESTABROOK, M.D.
**ADMISSION DATE:** 08/24/99

**PRESENT ILLNESS <continued>:**     I asked him how his sleep is, and he said it's variable. He said I've probably Page Two slept 6 hours in the last 3 days. He said it's hard to fall asleep and then even when I do, I keep waking up. His appetite, he said I eat like a horse; I'm 5'11" and weigh 121 pounds, and my weight has stayed the same.  His energy he states is that he feels pretty refreshed. Lately, he said he's lost interest in things. He said I used to love my line of work; I'm a welder, but I just don't have any desire to be anywhere for very long. It's just like I've lost interest in things. He said his motivation is decreasing. He's noticing it's getting harder to make himself do things. His concentration is bad. He said I have absolutely none. My memory appears to be okay. Socially, he said, I've been kind of being near my sponsor. He said his friends have been going to his mom because they're very concerned about how he's been doing.  I asked if he's irritable, and he said every now and then I notice I lose my temper.  Interests are that he's an avid golfer, but he said he's just lost interest. He said I used to like water skiing, but now there's more of just sitting around and not doing anything. He said I feel like I'm nervous and panicky constantly. He thinks his self-esteem is fine, but he said, I am ashamed of some of the things I've done. I asked him about suicidal feelings, and he said, no sir, I don't feel like killing myself.  I asked about crying lately, and he said he tears up a lot, he feels lost, he doesn't know what's going on. He said I came here because I'm just getting progressively worse. He said since I've been sober, my emotions have shown up more and more.  I asked him if he has trouble with feeling overly sensitive to what people say, and he said no, that doesn't seem to be a problem.

**SOCIAL HISTORY:**
**Friendships:** Said he has some close friends.
**Vocational history:** He's a welder; been one for 4-5 years and said he used to really love it.
**Avocational history:** Enjoys golf and water skiing, but he's lost interest in both.
**Educational history:** He's a high school graduate and has and year and a half of college.
**Religious history:** He's Baptist. Said he used to go to church but hasn't been going lately.
**Marital history:** He's been married 6 years, common-law, separated for 7 months.  Lots of marital conflicts, especially since he's sobered up.  They have one child between them.

**FAMILY HISTORY:** He's the youngest boy.  Biological dad died in 1983; drank himself to death. Said he was removed from his home by the government because he was being abuse, and readopted in 1987.  Said mother is his biological.  He has 1 real brother who is 25 years, and he's older, and 1 real sister age 21.  He says he has 1 halfbrother, age 26, and 2 half sister, ages 27 and 29. He said my whole family is consumed by alcohol.  His 29-year-old half sister is manic depressive.  He doesn't know of any suicides.  No schizophrenia, no seizures.  Said he has diabetes; and said, oh by the way, I used to have ADHD and I have dyslexia and I was on Ritalin when I was a kid.

**MEDICAL HISTORY:**
**Allergies:  Iodine.**
**Medication history:** He's not been on any medicines.
**Serious illnesses:** He was shot once in 1994 when a guy robbed him and shot him through the left hand and the right lower lung.  He had appendicitis at age 15 or 16 in 1990.
**Surgical history:**  He's had surgery for the sequela fro the gunshot wounds.  He's also had arthroscopy of both knees, after motorcycle wreck in 1994.

**NAME:**                    Jedidiah Isaac (Jim) Murphy
**M.R. #:**                  00-72-72
**ATTENDING PHYSICIAN:**    **WILLIAM ESTABROOK, M.D.**
**ADMISSION DATE:**       08/24/99                       Page Three

**Hospitalizations:** He's been hospitalized 3 weeks for appendicitis and gunshot wounds. He was at the Oak Haven Recovery Center for 30 days in November, 1998.

**Sexual history:** Said he's lost interest in sex. No history of sexual abuse. He was physically abused by his family who adopted him in 1983.

**Toxic history:** Said he's not had any alcohol in 3 weeks and is not using any drugs. Smokes approximately a pack and a half of cigarettes a day.

**Trauma history:** He was involved in a motorcycle accident where he dislocated both his knees, fractured his ribs and fingers. He recently fractured 2 right ribs on the bottom side while water skiing. Said he's been knocked out a number of times, and into a lot of extreme sports. He also has done motor cycle racing, jumping out of airplanes, etc.

**Review of systems:** Said he's fractured ribs on his right side and he has hallucinations. He's not had any recent head injuries in the last few weeks.

## MENTAL STATUS EXAMINATION:

**Attitude and general behavior:** Very anxious, agitated white male who seems very frightened of all these visual hallucinations that he's experiencing. Seems very depressed, tears up easily, and has a real profound sense of depression. Was generally very attentive and cooperative.

**Stream of mental activity:** Spoke in a clear, coherent manner. At times his voice pace was a little rapid, but it seemed to be more out of anxiety. He was very frightened by what was going on, and wanted things to change now, quickly.

**Mental trend content of thought:** He's actively visually hallucinating, and has been for a number of days. Never had anything like this before. He does not appear delusional. Sleep has been very poor. He denies being suicidal.

**Affect and mood:** Affect is restricted to flat. Mood is very depressed. He acknowledges being a little irritable, but he's highly anxious, apprehensive, worried about what's going on.

**Sensorium/orientation:** He is oriented to person, place, time, and situation.

**Remote memory/recent memory:** As far as I can tell, generally seem to be intact. There was a couple of times when the way he was telling the story was confusing, but he was able to clear it up so that I could follow his train of thinking.

**Retention and immediate recall:** He was able to do this on several occasions during the interview.

**Attention and concentration span:** This fluctuated; sometimes he was able to attend and concentrate well; at other times, he started getting things mixed up and I'd have to slow him down, and usually it was when his anxiety level seemed to be getting higher again.

## GENERAL INTELLECTUAL EVALUATION:

**Reasoning and Judgement:** It's both intact and impaired. He recognizes there's something severely wrong, but at the same time he can't seem to stop himself, and he's actively reacting to the hallucinations.

**Abstraction:** Concrete in his thinking.

**General fund of information:** About average for a high school education.

**ASSETS:** Seems very concerned and wants help. Family is very encouraging of him getting help.

**NAME:** Jedidiah Isaac (Jim) Murphy
**M.R. #:** 00-72-72
**ATTENDING PHYSICIAN:** WILLIAM ESTABROOK, M.D.
**ADMISSION DATE:** 08/24/99                                    Page Four

**ADMITTING DIAGNOSES:**

| | | |
|---|---|---|
| AXIS I: | 296.23 | Major Depression, single episode, severe. |
| | 291.81 | Rule out alcohol withdrawal with perceptual disturbances. |
| | 310.1 | Rule out personality change due to possible head trauma. |
| AXIS II: | No diagnosis. | |
| AXIS III: | He reports 2 lower right fractured ribs. Gives history of loss of consciousness a number of times due to head trauma. | |
| AXIS IV: | Stressors appear to be his separation from his wife and possible detox from the alcohol. | |
| AXIS V: | Admitting GAF is about 15; highest past year, about 85. | |

**PLAN OF CARE:**

1. Admit to the Adult Unit. Place on precautions.
2. Medical/psychiatric evaluation.
3. We'll begin to treat him as a psychotic state, and also treat his Major Depression, and watch to see if any further information comes out to better explain what's going on.

*William Estabrook MD*

WILLIAM ESTABROOK, M.D.

WE/MTTS

dd: 08/26/99
dr: 08/27/99
dt: 08/27/99

\* - Dictated transcribed not read subject to transcription error.



# PHYSICAL EXAMINATION

**Glen Oaks Hospital**

**Page 1 of 8**

Date of Exam: _8·25·99_    Time of Exam: _0510_    AM/PM Age: _23_

Vital Signs: BP _see print_    Temp_____ R_____ HT_____ WT_____

**Chief Complaint:** _____

**Complaint of Other:** _____

**History of Present Illness:** _Anxiety attacks_ _____

_____

_____

**Past History:**

Medical: _0_ _____

_____

_____

Surgical: _Plastic surgery ® hand, Arthroscopy Both Knees. Appendectomy_

Trauma: _Punctured leg_

Hospitalizations: _See chart area_

Psychiatric History: _Anxiety_

Allergies: _Iodine_

Medications: _0_

Immunizations: ☑ Up to date. See nursing assessment Specify Otherwise:_____

Developmental History (Under 18 only) ☐ Normal Otherwise:_____

**Substance Abuse:** ☑ Tobacco ☐ ETOH ☐ Cannabis ☐ Opiate ☐ Cocaine ☐ Other:_____

**Sexual History:** _# active_

**Family History:** See Nursing Assessment

**Social History:** Marital Status ☐ S ☐ M ☒ Sep ☐ D ☐ W Lives with _____

Occupation _military_    Education Level _College - 2 year_

**Review of Systems:** ☑ Nursing assessment reviewed. (N/C = noncontributory) Additional data noted below.

General: ( N/C _____

Skin: ( N/C _____

**PHYSICAL EXAMINATION - PAGE 2 OF 8**

Review of Systems: (Continue)

| | |
|---|---|
| HEENT: | N/C |
| Breasts: | N/C |
| Respiratory: | N/C |
| Cardiovascular: | N/C |
| Gastrointestinal: | N/C |
| Genitourinary: | N/C |
| Gynecological:* | N/C |
| Obstetrical: | N/C |
| Musculoskeletal: | N/C |
| Neurologic: | N/C |
| Endocrine: | N/C |
| Lymphatic: | N/C |
| Hematologic: | N/C |

NOTE: Examiner is to cross out any description which does not apply to this patient.   * Female Only

1. **GENERAL APPEARANCE:**

   ☑ Inspection: Patient is a well–developed, well–nourished individual who does not appear to be in any acute distress.

   ☐ Specify Otherwise:_____

2. **SKIN:**

   ☐ Palpation: warm moist, elastic.  Inspection without significant eruptions or discoloration

   ☐ Specify Otherwise:_____

3. **HEAD:**

   ☐ Inspection: Scalp is without lesion.  Hair is of normal distribution and color, not significantly fine or coarse to touch.

   ☐ Specify Otherwise:_____

4. **FACE:**

   ☑ Inspection: No marked asymmetry or sagging is noted.

   ☐ Specify Otherwise:_____

5. **EYES:**

   ☐ Inspection: The sclera are white.  Conjunctivae are free from infection.  The cornea and lens are clear.

   ☐ Specify Otherwise:_____

6. **NOSE:**

   ☑ Inspection: No obvious deformity.  Mucous membranes are not inflamed. Turbinates are not swollen.

   Airways are patent.  There is no septal perforation.  There is no significant rhinitis.

   ☐ Specify Otherwise:_____

7. **EARS:**

   ☐ Inspection: Canals are clear. Tympanic membranes intact and noninjected.

   ☐ Specify Otherwise:_____



**Glen Oaks Hospital**

# PHYSICAL EXAMINATION

**Page 3 of 8**

8. **TEETH:**
   ☐ Inspection: Teeth are in good repair and the gums appear healthy.
   ☐ Specify Otherwise:_____

9. **PHARYNX:**
   ☐ Inspection: Mucosa is not inflamed.  No evidence of swelling or exudate.
   ☐ Specify Otherwise:_____

10. **THYROID:**
    ☐ Inspection/Palpation: The thyroid is not enlarged and there are no nodules.
    ☐ Specify Otherwise:_____

11. **NECK:**
    ☐ Inspection/Palpation: No limitation of lateral, anteroposterior, or rotating motion.  Trachea is midline.
    ☐ Specify Otherwise:_____

12. **GLANDS:**
    ☐ Palpation: No significant lymph gland enlargement in the neck, axillae, epitrochlear area, supraclavicular area, or groin.
    ☐ Specify Otherwise:_____

13. **CHEST:**
    ☐ Inspection: Normal AP diameter.  Normal contour and movement on inspiration/expiration.
    ☐ Specify Otherwise:_____

14. **LUNGS:**
    ☐ Auscultation: Breath sounds are audible. No rales, rhonchi, or wheezes are noted.
    ☐ Specify Otherwise:_____

15. **BREASTS:**
    ☐ Inspection/Palpation: Free from masses and tenderness,discharge, dimpling, wrinkling, or discoloration of the skin.
    ☐ The patient refuses exam and has been notified of possible consequences including undiagnosed illnesses which could result in morbidity and even death. (Including cancer.)
    ☐ Specify Otherwise:_____

16. **HEART:**
    ☐ Not enlarged to percussion.  No thrills.  Auscultation: heart sounds are regular in rhythm and of normal rate.  No murmurs, clicks, or rubs.
    ☐ Specify Otherwise:_____

17. **ABDOMEN:**
    ☐ Inspection/Palpation: Normal Contour, no masses or tenderness, no palpable organomegaly (kidney, l liver, spleen). Percussion: There is no costovertebral angle tenderness. No guarding.  Auscultation: Peristaltic sounds audible in four quadrants.  No Bruits.
    ☐ Specify Otherwise:_____

PHYSICAL EXAMINATION - PAGE 4 OF 8

18. **GENITALIA:**

☐ Female inspection/Palpation:  No hernia.  No external lesion is noted. Pelvic Female: The vaginal mucosa is moist and normally elastic.  Uterus is normal size, shape, position, freely movable.  Cervix is without lesion.  There is no significant vaginal discharge.

☐ Specify Otherwise:_____

☐ Male inspection/Palpation: Both testes palpable.  No abnormal masses.  No hernia.  No urethral discharge.  No lesions of penile.

☐ Specify Otherwise:_____

18. **GENITALIA - Not performed:**

☐ Recent exam completed on _____ by (physician's name) _____

☐ Patient wishes to have own physician perform exam.(Physician's Name) _____

☐ Patient unable to cooperate because of psychiatric condition; exam deferred until (date) _____

☑ Patient refuses exam and has been informed of possible consequences including undiagnosed illness which could result in morbidity and even death. (Including STDs and cancer)

☐ Specify Otherwise:_____

19. **TANNER STAGES:** (Adolescents Only):     ☐ Patient refused

| | **FEMALE** | **MALE** |
|---|---|---|
| ☐ Stage 1 | Preadolescent pubic hair and breasts. | Preadolescent penis and testes, no pubic hair. |
| ☐ Stage 2 | Sparse, slightly pigmented, straight pubic hair; breast and papilla elevated as a small mound; areola diameter increased. | Scanty pubic hair, slightly enlarged penis, enlarged scrotum, pink texture altered. |
| ☐ Stage 3 | Pubic hair darker; beginning to curl, increased amount. breast and areola enlarged, no contour separation. | Pubic hair darker and curly. Penis, scrotum larger. |
| ☐ Stage 4 | Pubic hair coarse, curly, more abundant; areola and papilla form secondary mound. | Adult–type pubic hair; penis is larger, wider; scrotum larger, darker. |
| ☐ Stage 5 | Pubic hair is adult feminine triangle;mature breast nipple projects, areola part of general breast contour. | Adult pubic hair distribution; full growth of penis and testes. |

20. **RECTAL:** (All patients age 45 or older, or if specific symptoms indicate need for examination.)

☐ Inspection: No evidence of hemorrhoids, fissures, bleeding, or masses. Palpation: No masses.  Sphincter tone is normal.  Male prostate is smooth, non–tender and free from nodules, is of normal size.

☐ Specify Otherwise: _____

**Not performed:**

☑ Patient is less than age 45 and absent of specific symptoms indicating need for examination.

☐ Recent exam completed on (date)_____by (Physician's name) _____

☐ Patient wishes to have own physician perform exam. (Physician's name) _____

☐ Patient unable to cooperate because of psychiatric condition; exam deferred until (date) _____

☐ Patient refuses exam and has been informed of possible consequences including undiagnosed illnesses which could result in morbidity and even death. (Including STDs and cancer)

☐ Other (Specify): _____



# PHYSICAL EXAMINATION

**Glen Oaks Hospital**

## Page 5 of 8

2 2115 AP

JEDIDIAH

**21. CIRCULATION:**

☑ Inspection: No significant varicosities.  Palpation: Pulses are palpable and regular in neck, wrist, groin, popliteal, and tibial arteries.  Auscultation: no audible bruits.

☐ Specify Otherwise: _____

**22. EXTREMITIES:**

☐ Inspection/Palpation: Full range of motion of joints.  No discolorations, tenderness, edema, or evidence of impaired function.

☐ Specify Otherwise: _____

**23. BACK:**

☐ Inspection: There is normal curvature of the spine.  Able to bend from waist.  Percussion/Palpation:  There is no tenderness of the cervical, dorsal, and lumbar spines.

☐ Specify Otherwise: _____

## NEUROLOGICAL EXAMINATION

**A.  Level of consciousness:** ☐ Alert          ☐ Drowsy          ☐ Stupor          ☐ Coma

**B.  Speech and Language:**

☐ Clear articulation, no slurring, no stuttering or other difficulties or impediments of speech; no bizarre intonation, able to use and interpret language with ease.

☐ Specify Otherwise: _____

**C.  Examination of Cranial Nerves:**

**I.  Olfactory (CN1):**

☐ Smells freshly burned match, fresh coffee, or alcohol swab.

☐ Specify Otherwise: _____

**II.  Optic (CN2):**

**Visual Fields**

☐ Full with no deficits on confrontation; able to distinguish number of fingers in central field, distinguishes movement in peripheral fields.

☐ Specify Otherwise: _____

**Pupillary Reactivity:**

☐ Pupil size symmetrical; pupils neither widely dilated nor pinpoint in average room light; prompt constriction in  reaction to direct light stimulus.

☐ Specify Otherwise: _____

**Fundi:**

☐ Flat, discs not elevated, no arterio–venous nicking, no hemorrhages, no retinal pigmentation.

☐ Specify Otherwise: _____

PHYSICAL EXAMINATION - PAGE 6 OF 8

## NEUROLOGICAL EXAMINATION (continued)

**III. Movement of eyes (oculomotor (CN3), trochlear (CN4) and abducens nerves (CN6)):**

❑ Smooth, symmetrical movement through all positions of gaze, no nystagmus present.

❑ Specify Otherwise: _____

**IV. Trigeminal (CN5) (ophthalmic branch, maxillary branch, mandibular branch):**
❑ With eyes closed, indicates facial and aural tactile perception.

❑ Specify Otherwise: _____

**Movement of muscles of mastication:**
❑ Symmetrical tension in muscles of clenched jaw; able to move jaw laterally against resistance; symmetrical muscle mass of temporalis and masseters: absence of lip tremors, involuntary chewing movements and trismus; chews symmetrically.

❑ Specify Otherwise: _____

**V. Facial (CN7):**
❑ Normal facial inspection; frowns and elevates eyebrows symmetrically (upper), right closing of eyes (upper), able to show teeth; smiles symmetrically (lower).

❑ Specify Otherwise: _____

**VI. Acoustic (CN8):**

**Cochlear branch:**
❑ Hears finger rubbing or snapping equally in both ears.

❑ Specify Otherwise: _____

**Vestibular branch:**
❑ Finger to nose or finger to finger without past–pointing;   stands with feet together without postural deviation (absent Romberg).

❑ Specify Otherwise: _____

**VII. Glossopharyngeal (CN9) and Vagus Nerves (CN10):**

❑ Normal midline elevation of uvula and palate; gag reflex present.  Can make glutteral sounds.

❑ Specify Otherwise: _____

**VIII. Accessory Nerve (CN11):**

❑ Normal strength and symmetry on turning head and elevation of shoulders.

❑ Specify Otherwise: _____

**IX. Hypoglossal Nerve (CN12):**

❑ Tongue protrudes in midline with absence of fasciculation, tremors, or atrophy.

❑ Specify Otherwise: _____

**D.   Cerebellar Function:**

**Balance**
❑ No abnormalities of gait (tandem and heel–toe).

❑ Specify Otherwise: _____



# PHYSICAL EXAMINATION

**Glen Oaks Hospital**

## Page 7 of 8

2: 2115 AP

MURPHY JEDIDIAH

DR E ...

## NEUROLOGICAL EXAMINATION (continued)

### Coordination
☐ Able to touch heel to shin and vice versa rapidly and accurately; able to perform rapid alternating movements (supination and pronation of forearms) quickly and symmetrically.

☐ Specify Otherwise: _____

## E. Motor functions:

### Muscle tone and mass:
☐ Symmetrical on inspection, good tone without spasticity or rigidity; no contractures or hypotonus, no atrophy.

☐ Specify Otherwise: _____

### Muscle Strength:
☐ Adequate and symmetrical muscle strength (5/5) on resistance to opposing force for upper and lower body muscle groups on flexion and extension, abduction and adduction.

☐ Specify Otherwise: _____

### Involuntary Movements:
☑ Absence of tremors, twitches, tics, fasciculation, athetoid, or choreiform movements, myoclonus or myotonia.

☐ Specify Otherwise: _____

### Sensory System:
☐ Normal and symmetrical responses to touch and pin prick.

☐ Specify Otherwise: _____

## F. Deep Reflexes:

0 = Absent, 1 = Diminished, 2 = Normal, 3 = Increased, 4 = Hyperactive, 5 = Hyperactive with clonus

|  | LEFT | RIGHT |
|---|---|---|
| Biceps | 2 | 2 |
| Radial | 1 | 1 |
| Quadriceps | 1 | 1 |
| Achilles | 1 | 1 |

**IMPRESSION:**                                                                    **Acute Y / N**

1._____ Anxiety _____

2._____

3._____

4._____

5._____

6._____

7._____

8._____

**RECOMMENDATIONS DURING THIS ADMISSION:**

1._____ No further recommendation _____

2._____

3._____

4._____

**RECOMMENDATIONS AFTER DISCHARGE:**

1._____ f/u c PCP on D/C _____

2._____

3._____

4._____

**PATIENT PHYSICALLY ABLE TO PARTICIPATE IN ALL ASPECTS OF PROGRAMMING?**

_____ YES        _____ NO

**IF NOT, LIST LIMITATIONS:** _____

_____

_____

8 25 99 _____

**DATE**                                    **EXAMINER**

_____

**DATE**                             **SUPERVISING PHYSICIAN**
8 26 99 _____ Wm Eshook MD _____

**DATE**                             **ATTENDING PHYSICIAN**

1/27/97

☆ **STAT X-RAY**
OF TEXAS, Inc.
PORTABLE X-RAY AND EKG
(972) 669-1243

DATE: 9-3-99

TIME: 6·50

PATIENT: 1 OF 1

ROOM # _____

PATIENT *MURPHY,*    *JEDIDIAH*
LAST                  FIRST

DOB. 2-8-28    9-1-75    ☒ MALE    ☐ FEMALE

ILITY *GLEN OAKS*    PHONE _____

ADDRESS _____

**EXAM:**  ☒ X-RAY    ☐ LEFT    ☐ RIGHT    ☐ EKG

☐ CHEST    ☐ SKULL    ☐ FEMUR    ☐ FOOT    ☐ FOREARM
☐ RIBS    ☐ C-SPINE    ☒ KNEE    ☐ SHOULDER    ☐ WRIST
☐ ABD/KUB    ☐ T-SPINE    ☐ LEG    ☐ HUMERUS    ☐ HAND
☐ HIP/PELVIS    ☐ L-SPINE    ☐ ANKLE    ☐ ELBOW    ☐ _____

**REASON FOR EXAM** _____

☐ COUGH    ☐ CHESTPAIN    ☒ PATIENT CONFINED TO RESIDENCE
☐ CONGESTION    ☒ PATIENT FELL    ☐ ACUTE CONDITION
☐ R/O PNEMONIA    ☒ R/O FRACTURE    ☐ CHECK OLD FX
☐ ELEV TEMP.    ☐ SWELLING    ☐ NON AMBULATORY

PHYSICIAN READING X-RAY FILM _____    TECH *KS*

MEDICARE
NUMBER & LETTER *SS456-71 2610*

MEDICAID NUMBER _____

IF NO MEDICAID
RESPONDCIBLE PARTY *CHESTA WILLIS*

ADDRESS *727 E, NORT COMMERCE*
        *WILLS POINT 75169*

FILMS TO OFFICE _____,    NURSING HOME _____,    HOSPITAL _____

REF. PHYSICIAN *ESTABROOK*    PHONE NO. _____

ADDRESS _____

PHYSICIAN'S SIGNATURE _____

Case 3:10-cv-00163-N Document 48-4 Filed 05/05/10 Page 321 of 548

**LabCorp®**

| Specimen # | | Control/Req Number | | |
|---|---|---|---|---|
| 408028C2 | | | | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| | | | FINAL |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 25-AUG-99 | 6:15 AM | 25-AUG-99 | 26-AUG-99 |

Clinical Information 7777 Forest Ln. C-350
Dallas, TX 75230

CL-0141
C.A.P. 20689-01    CLIA # 45D048038

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| E482115 | | |

Account [20182-8]

| Patient Name | Sex | Date of Birth |
|---|---|---|
| MURPHY, JEDIDIAH | M | 01-SEP-1975 |

GLEN OAKS HOSPITAL
301 E DIVISION STREET
GREENVILLE, TX 75401

Patient Address

DR. ESTABROOK, WILLIAM    WE
8-26-99

Comments        AGE: 23   SPC RCVD: L,COR,2UR
217

ROUTE: 20182-57946.001

Tests Requested    CMP6AC+LP4+CBCD+RPR RFX, URINALYSIS, ROUTINE,
DRUG SCREEN + THC(100), TSH, High Sensitivity, Serum,
COMMENT: LABCORP DRAW.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CHEMISTRY** ************************************************************ | | | | | |
| GLUCOSE | 83 | | MG/DL | 65-115 | |
| BUN | 12 | | MG/DL | 5-26 | |
| CREATININE | 1.1 | | MG/DL | 0.6-1.5 | |
| BUN/CREAT RATIO | 10.9 | | MG/DL | | |
| URIC ACID | 6.6 | | MG/DL | 3.5-9.0 | |
| SODIUM | 141 | | MEQ/L | 135-148 | |
| POTASSIUM | 3.9 | | MEQ/L | 3.5-5.3 | |
| CHLORIDE | 103 | | MEQ/L | 96-109 | |
| CALCIUM | 9.7 | | MG/DL | 8.5-10.6 | |
| PHOSPHORUS | | 5.1 HIGH | MG/DL | 2.5-4.5 | |
| TOTAL PROTEIN | 7.5 | | G/DL | 6.0-8.5 | |
| ALBUMIN | 4.6 | | G/DL | 3.5-5.5 | |
| GLOBULIN | 2.9 | | G/DL | 0.5-4.5 | |
| A/G RATIO | 1.6 | | | 1.2-2.2 | |
| TOTAL BILIRUBIN | | 1.3 HIGH | MG/DL | 0.1-1.2 | |
| ALK. PHOS. | 75 | | IU/L | 40-150 | |
| SGOT(AST) | 16 | | IU/L | 0-45 | |
| SGPT(ALT) | 9 | | IU/L | 0-50 | |
| LDH | 126 | | U/L | 0-240 | |
| GGT | 18 | | IU/L | 0-85 | |
| IRON | 107 | | MCG/DL | 40-180 | |
| TRIGLYCERIDE | 95 | | MG/DL | 0-199 | |
| CHOLESTEROL | 151 | | MG/DL | 0-199 | |
| HDL-CHOLESTEROL | 42 | | MG/DL | 35-150 | |
| LDL (CALCULATED) | 90 | | MG/DL | 0-130 | |
| LDL/HDL RATIO | 2.14 | | | 0.0-3.6 | |
| CHOL/HDL RATIO | 3.60 | | | | |
| **HEMATOLOGY** ************************************************************ | | | | | |
| WBC | 7.6 | | THOUS/MM3 | 4.0-10.5 | |
| RBC | 5.06 | | MILL/MM3 | 4.10-5.60 | |
| HGB | 15.8 | | G/DL | 12.5-17.0 | |
| HCT | 47.3 | | % | 36.0-50.0 | |
| MCV | 94 | | FL | 80.0-98.0 | |
| MCH | 31.3 | | PG | 27.0-34.0 | |
| MCHC | 33.4 | | % | 32.0-36.0 | |
| NEUTROPHILS | | 32 LOW | % | 40-74 | |
| LYMPHOCYTES | | 48 HIGH | % | 14-46 | |
| MONOCYTES | 12 | | % | 4-13 | |
| EOSINOPHILS | | 8 HIGH | % | 0-7 | |
| BASOPHILS | 0 | | % | 0-3 | |

# LabCorp®

| Specimen # | Control/Req Number | | Report Status |
|---|---|---|---|
| 4080202 | | | FINAL |

| Fasting | Micro Source | Total Urine Volume | |
| Date Collected | Time Collected | Date Entered | Date Reported |
| 25-AUG-99 | 6:15 AM | 25-AUG-99 | 26-AUG-99 |

Clinical Information 7777 Forest Ln. C-350
Dallas, TX 75230

CL-0141
C.A.P. 20689-01   CLIA # 45D0480380

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 2482115 | | |

Account  [20182-8]
GLEN OAKS HOSPITAL
301 E DIVISION STREET.
GREENVILLE, TX 75401

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| MURPHY, JEDIDIAH | | M | 01-SEP-1975 |

Patient Address

DR. ESTABROOK, WILLIAM

Comments    AGE: 23   SPC RCVD: L, COR, 2UR
217

ROUTE: 20182-57946.001

Tests Requested    CMP6AC+LP4+CBCD+RPR RFX, URINALYSIS, ROUTINE,
DRUG SCREEN + THC(100), TSH, High Sensitivity, Serum,
COMMENT: LABCORP DRAW.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HEMATOLOGY: (Continued). | | | | | |
| PLATELET COUNT | 267 | | THOUS/MM3 | 140-415 | |
| RDW | 13.4 | | % | 11.7-15.0 | |

THYROID TEST(S) ************************************************

| | | | | | |
|---|---|---|---|---|---|
| TSH | 3.11 | | MCIU/ML | 0.35-5.5 | |

THE MINIMUM DETECTABLE CONCENTRATION IS 0.03 WHICH IS HIGHLY SENSITIVE.

URINALYSIS, ROUTINE ************************************************

| | | | | | |
|---|---|---|---|---|---|
| APPEARANCE | CLEAR | | | | |
| COLOR | YELLO | | | | |
| SP GRAVITY | 1.015 | | | 1.005-1.030 | |
| PH | 6.0 | | | 5.0-7.5 | |
| PROTEIN | NEGATIVE | | | NEGATIVE | |
| GLUCOSE | NEGATIVE | | | NEGATIVE | |
| KETONES | NEGATIVE | | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | | NEGATIVE | |
| UROBILINOGEN | 0.2 | | ERLICH UN | 0.0-1.0 | |
| WBC-ESTERASE | NEGATIVE | | | NEGATIVE | |
| NITRITE | NEGATIVE | | | NEGATIVE | |

RPR ************************************************

| | | | | | |
|---|---|---|---|---|---|
| RPR | NONREACTIVE | | | NONREACTIVE | |

DRUG SCREEN + THC(100) ************************************************

| | | | | | |
|---|---|---|---|---|---|
| AMPHETAMINES | | ++POSITIVE++ HIGH | | CUTOFF:1000 NG/ML | |

PRESCRIPTION AND NONPRESCRIPTION APPETITE SUPPRESSANTS AND
ANTIHISTAMINES EXHIBIT SIGNIFICANT CROSS-REACTIVITY WITH THE
EMIT ASSAY FOR ILLICIT AMINES.   SUGGEST CONFIRMATION BY GC/MS.

| | | | | | |
|---|---|---|---|---|---|
| BARBITURATES | NEGATIVE | | | CUTOFF:300 NG/ML | |
| BENZODIAZEPINES | NEGATIVE | | | CUTOFF:300 NG/ML | |
| THC 100 | NEGATIVE | | | CUTOFF:100 NG/ML | |
| COCAINE METAB | NEGATIVE | | | CUTOFF:300 NG/ML | |
| METHADONE | NEGATIVE | | | CUTOFF:300 NG/ML | |
| OPIATES | NEGATIVE | | | CUTOFF:300 NG/ML | |
| PHENCYCLIDINE | NEGATIVE | | | CUTOFF:25 NG/ML | |
| PROPOXYPHENE | NEGATIVE | | | CUTOFF:300 NG/ML | |

Drug screen specimen storage will be as follows:
EMIT only and EMIT + GC/MS specimens WITH chain of custody-
        Positives retained 1 year
        Negatives retained 2 days
EMIT only and EMIT + GC/MS specimens WITHOUT chain of custody-
        Positives retained 2 months
        Negatives retained 2 days

AGE 2 FINAL   REPORT FOR   MURPHY, JEDIDIAH  REPORT CONTINUED.   26-AUG-99



Case 3:10-cv-00165-N  Document 49-14   Filed 05/05/10   Page 323 of 548   PageID 8781

**LabCorp**®

| Specimen # | Control/Req Number | PAGE # | |
|---|---|---|---|
| 4080283-9 | N11160873-2 | 4 | 0972-5692-7500 |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information 7777 Forest Ln. C-350 |
|---|---|---|---|---|
| | | | FINAL | Dallas, TX 75230 |

| Date Collected | Time Collected | Date Entered | Date Reported | |
|---|---|---|---|---|
| 25-AUG-99 | 6:15 AM | 25-AUG-99 | 26-AUG-99 | CL-0141 |

C.A.P. 20689-01    CLIA # 45D048032

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 782115 | | |

Account  [20182-8]

| Patient Name | Sex | Date of Birth |
|---|---|---|
| MURPHY, JEDIDIAH | M | 01-SEP-1975 |

GLEN OAKS HOSPITAL
301 E DIVISION STREET
GREENVILLE, TX 75401

Patient Address

DR. ESTABROOK, WILLIAM

WF
8-26-99

| Comments | AGE: 23   SPC RCVD: L,COR,2UR |
|---|---|
| 217 | |

ROUTE: 20182-57946.001

Tests Requested    CMP6AC+LP4+CBCD+RPR RFX, URINALYSIS, ROUTINE,
DRUG SCREEN + THC(100), TSH, High Sensitivity, Serum,
COMMENT: LABCORP DRAW.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

COMMENT: LABCORP DRAW ****************************************************

```
     GLEN OAKS SERVICE CODE:
        4294    CMP6AC+LP4+CBCD+RPR RFX                    7109285-3
        400     URINALYSIS, ROUTINE                        7108785-2
        8027    DRUG SCREEN + THC(100)                     7108376-2
        235     TSH, High Sensitivity, Serum               7108765-4
        9988    COMMENT: LABCORP DRAW                       7108910-6


                    *** END OF REPORT ***
```

©1999 Laboratory Corporation of America

**LabCorp®**

| Specimen # | Control/Req Number | | Report Status | Clinical Information | 7777 Forest Ln. C-350 |
|---|---|---|---|---|---|
| 8590370 | | | FINAL | | Dallas, TX 75230 |
| Fasting | Micro Source | Total Urine Volume | | | |

| Date Collected | Time Collected | Date Entered | Date Reported | | CL-0141 |
|---|---|---|---|---|---|
| 27-AUG-99 | 7:50 AM | 28-AUG-99 | 28-AUG-99 | C.A.P. 20689-01   CLIA # 45D0480381 | |

Account **[20182-8]**

| Patient ID Number | Patient Phone Number | Patient SSN | GLEN OAKS HOSPITAL |

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| MURPHY, JEDIDIAH | | M | 01-SEP-1975 |

301 E DIVISION STREET     WE

GREENVILLE, TX 75401     8-28-99

Patient Address

DR. ESTABROOK, WILLIAM

| Comments | | |
|---|---|---|
| 210 | AGE: 23  SPC RCVD: UR | |

ROUTE: 20182-57948.002

Tests Requested     DRUG SCREEN + THC(100).

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

DRUG SCREEN + THC(100) ****************************************
AMPHETAMINES                    ++POSITIVE++  HIGH    CUTOFF:1000 NG/ML
PRESCRIPTION AND NONPRESCRIPTION APPETITE SUPPRESSANTS AND
ANTIHISTAMINES EXHIBIT SIGNIFICANT CROSS-REACTIVITY WITH THE
EMIT ASSAY FOR ILLICIT AMINES.  SUGGEST CONFIRMATION BY GC/MS.
BARBITURATES                    NEGATIVE              CUTOFF:300 NG/ML
BENZODIAZEPINES                 NEGATIVE              CUTOFF:300 NG/ML
THC 100                         NEGATIVE              CUTOFF:100 NG/ML
COCAINE METAB                   NEGATIVE              CUTOFF:300 NG/ML
METHADONE                       NEGATIVE              CUTOFF:300 NG/ML
OPIATES                         NEGATIVE              CUTOFF:300 NG/ML
PHENCYCLIDINE                   NEGATIVE              CUTOFF:25 NG/ML
PROPOXYPHENE                    NEGATIVE              CUTOFF:300 NG/ML
Drug screen specimen storage will be as follows:
EMIT only and EMIT + GC/MS specimens WITH chain of custody-
        Positives retained 1 year
        Negatives retained 2 days
EMIT only and EMIT + GC/MS specimens WITHOUT chain of custody-
        Positives retained 2 months
        Negatives retained 2 days

    GLEN OAKS SERVICE CODE:
       8027   DRUG SCREEN + THC(100)                7108376-2

                    *** END OF REPORT ***

PAGE 1 FINAL    REPORT FOR    MURPHY, JEDIDIAH  REPORT

©1999 Laboratory Corporation of America® Holdings All Rights Reserved

# Patient's Bill of Rights

When you apply for or receive mental health services in the State of Texas, you have many rights. Your most important rights are listed on these four pages. These rights apply to all persons unless otherwise restricted by law or court order. A judge or lawyer will refer to the actual laws. If you want a copy of the laws these rights come from, you can call the Health Facility Licensure and Certification Division of the Texas Department of Health at 1-800-228-1570.

It is the responsibility of this hospital under law to make sure you have been informed of your rights. But just giving you this information does not mean your rights have been protected. This hospital is required to respect and provide for your rights in order to maintain licensure and do business in this state.

## Your Right to Know Your Rights

*You have the right,* under the rules by which this hospital is licensed, to be given a copy of these rights before you are admitted to the hospital as a patient. If you so desire a copy should also be given to the person of your choice. If a guardian has been appointed for you or you are under 18 years of age, a copy will also be given to your guardian, parent, or conservator.

*You also have the right* to have these rights explained to you aloud in simple terms in a way you can understand within 24 hours of being admitted to the hospital to receive services (e.g., in your language if you are not English-speaking, in sign language if you are hearing impaired, in Braille if you are visually impaired, or other appropriate methods).

## Your Right to Make a Complaint

*You have the right* to make a complaint and to be told how to contact people who can help you. These people and their addresses and phone numbers are listed below.

*You have the right* to be told about Advocacy, Inc., when you first enter the hospital and when you leave. Information about how to contact Advocacy, Inc., is also listed below.

If you believe any of your rights have been violated or you have other concerns about your care in this hospital, you may contact one or more of the following:

Health Facility Licensure and Certification Division          1-800-228-1570
Texas Department of Health
1100 W. 49th St., Austin, TX  78756

Advocacy, Incorporated          1-800-315-3876
7800 Shoal Creek Blvd, Suite 171 E, Austin, TX  78757

If you have been involuntarily committed and you believe that your attorney did not prepare your case properly or that your attorney failed to represent your point of view to the judge, you may wish to report the attorney's behavior to the Ethics Committee of the State Bar of Texas by writing:

Disciplinary Council
State Bar of Texas
1414 Colorado
P.O. Box 12487
Austin, Texas  78711-2487

*If you are a voluntary patient OR if you have been taken to the hospital against your will, turn to pages three and four for a listing of your special rights under law in Texas. All patients should read pages two and three, which explain the rights that apply to everyone receiving services at this hospital.*

## STATEMENT THAT YOU HAVE RECEIVED THIS PAMPHLET/IT HAS BEEN EXPLAINED

I certify that:

_____ I have received a copy of this four-page document prior to admission

_____ Staff have explained its content to me in a language I understand within 24 hours of admission (if involuntarily committed).

_____ Staff have explained its content to me in a language I understand prior to admission (if voluntarily committed)

Name _____     Witness _____

Date _____     Date _____

Relationship of witness to patient: _____



# GLEN OAKS HOSPITAL
## CONDITIONS OF ADMISSION

**DOCTOR'S STATEMENT:** Upon the basis of the preliminary examination I have determined that the patient applying for admission has symptoms of mental illness and/or chemical dependence and shall benefit from the hospitalization requested. I recommended that the patient referred to below be admitted as a voluntary patient. I have examined, or his patient was examined by a physician within seventy-two (72) hours of admission.

ADMITTING DIAGNOSIS _Major Depression with Hallucinations_

PHYSICIAN PROVIDING DIAGNOSIS _William Estabrook MD_

**CONSENT FOR MEDICAL TREATMENT:** I do voluntarily consent to such hospital care encompassing diagnostic and therapeutic procedures and medical treatment, as may be ordered by my physician, his assistants or designees, as is necessary in his judgment. I further consent to such laboratory testing of my blood and body fluids as may be necessary in the event an employee or agent of the hospital is involved in an exposure while providing care for me. I realize that physicians furnishing services to the patient, including but not limited to emergency room physicians, attending physicians, radiologist, anesthesiologists, anesthetists, and pathologists are independent contractors and are not employees or agents of the hospital and billing for such services may not be involved in this hospital bill.

**REQUEST FOR DISCHARGE:** If I wish to leave the hospital I will need to give verbal or written notice to a designated hospital staff person responsible for my care. I understand that I must be released within four (4) hours by a Psychiatrist unless a Psychiatrist orders detention for a face to face evaluation to be completed by a Psychiatrist within twenty four (24) hours of request to leave the hospital. I then have a right to leave unless; (a) I change my mind and do so in writing; (b) A Psychiatrist decides to make an application for court–ordered services or emergency detention; or (c) I am 17 years of age or younger and I must be discharged to a parent or guardian.

**PATIENT SEARCH:** I understand that the hospital may deem it necessary to inspect my person, possessions, and my assigned room for items which it considers dangerous to my safety and welfare or the safety or welfare of other patients or hospital employees. I hereby consent to such inspection which may be made by a hospital employee and release the hospital from any liability or other responsibility for the consequences of such inspections.

**AUTHORIZATION TO RELEASE INFORMATION:** I hereby authorize my physician, anesthesiologist, anesthetist, consultant, surgeon, radiologist, pathologist, and GLEN OAKS HOSPITAL to release written, verbal, or copied information concerning my care or treatment during this hospitalization including, but not limited to, diagnosis, prognosis, medication, drugs, treatment, laboratory test results, medical history, treatment progress or related information including that dealing with communicable disease, to my insurance agent(s) or carrier(s), and/or Texas Medical Foundation – Peer Review Organization of Texas as required for the processing and payment of insurance claims and/or Medicare/Medicaid/Champus claims for this hospitalization. I am aware that GLEN OAKS HOSPITAL will contact the insured(s) employers to verify employment and benefits.

**AUTHORIZATION TO PAY INSURANCE BENEFITS:** I do hereby authorize payment to my physician, anesthesiologist, anesthetist, consultant, surgeon, radiologist, pathologist, and GLEN OAKS HOSPITAL for all physician and hospital benefits otherwise payable to me for this period of hospitalization, but not to exceed the physician's or hospital's total charges. I understand I am financially responsible to my providers for charges not covered by my insurance. I understand that insurance claims are filed as a courtesy service and any disputes with my insurance agents or carriers regarding terms of coverage and payment will be handled by me. In the event I do not choose to assign the payment of my insurance benefits to my providers, I understand that my account will be handled as a private pay account, and that I will be personally responsible for provider charges which are due and payable at the time such services are rendered unless financial arrangements have been made with my providers.

**CONSENT FOR EMERGENCY TREATMENT:** In the case of a medical emergency, I give my consent to be transported to Presbyterian Hospital of Greenville for evaluation and treatment by the attending physician on duty. (This includes parental or guardian consent for minor patients).

**PATIENT RESPONSIBILITY FOR VALUABLES:** I understand that the hospital has the ability to secure my small personal items such as jewelry, billfold, etc. If I wish to have such items secured, I take responsibility to provide these items to Glen Oaks Hospital so they can be secured until my discharge. I further understand that it is my responsibility to retrieve these items upon my discharge and that those items not retrieved will be kept no longer than 30 days before they will be discarded.

**CONSENT TO PHOTOGRAPH:** I Understand that the hospital uses pictures as a means of identification rather than an arm band. I give my consent for my picture to be taken for this purpose.

**PATIENT'S RIGHTS:** As a guardian, I have received "Patient's Rights Under the Consent to Treatment with Psychoactive Medication Rule"

The undersigned certifies that he/she has read and understands each section of the foregoing, receiving a copy thereof, and is the patient, or is duly authorized by the patient as a patient's general agent to execute the above conditions and accept the terms, and this instrument has been signed in Greenville (Hunt County), Texas.

| | | |
|---|---|---|
| x _[signature]_   8/24/99 | Guardian | Date |
| Patient           Date | | |
| | x _[signature]_   8/24/99 | |
| Witness           Date | Relationship to Patient   Date | |
| | x _[signature]_   8/24/99 | |
| Witness           8/24/99 | Guarantor   Date | |

(White – Chart)   (Canary – Patient)

FORM #G08035

HEALTH PRINT (800) 692-4623

# ADVANCE DIRECTIVE
# ACKNOWLEDGMENT

NAME: _Jedidiah Murphy_   SOC. SEC. NO: _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_

IDENTIFICATION NO: _248.2123_   DATE OF BIRTH: _9/1/75_

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.
### Place your initials after each statement.

1. I have been given written materials about my right to accept or refuse medical treatments. _____(Initialed)

2. I have been informed of my rights to formulate Advance Directives. _____(Initialed)

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility. _____(Initialed)

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law. _____(Initialed)

## PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:

☐ I HAVE executed an Advance Directive.

☒ I HAVE NOT executed an Advance Directive.

Signed: _Jedidiah R Murphy_   Date: _8/24/99_

Witness: _____   Date: _8/24/99_

Witness: _____   Date: _____

GO7045

Health Print (800) 692-4623



# MULTIDISCIPLINARY PROGRESS NOTES

Glen Oaks
Hospital

NS -Nursing,  ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,   PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/27/99 | 1300 | MD | | pt actively hallucinating. Says voice is taunting him, putting him down, making fun of him. Visibly shaking & tremulous. Looks very scared. Says ativan doesn't help ē nervousness. Will increase Seroquel & change to Klonopin.            . Wm Ebbool MD |
| 8/28/99 | 1545 | MD | | pt continues to be highly anxious. Just had panic attack in which he saw huge snake on his desk in his room. Staff found him in bathroom on floor in fetal position very frightened. Another problem is that his UDS came back highly positive for amphetamines (UDS done on 8/27/99) He swears he has not taken any pills like he did before hospitalized since been in hospital. Will run GCS to see what it is.  Wm Ebbool MD |
| 8/30/99 | 1630 | MD | 25" | pt actively hallucinating. Having strong anxiety attacks. Reporting ē significant hx of sex + physical abuse. Reports feels lot of shame + embarrassment about abuse so hasn't talked about it. Struggling ē anger + rage surfacing which reminds him of his dad whom he doesn't want to be like. Was sitting on floor end of hall holding hands over ears trying to stop/shut out voices. Very unstable at this time. Family found lot of drug paraphernalia in his home but he insists only took dext pills to help ē depression/low energy.   Wm Ebbool MD |

FORM GO8000



# MULTIDISCIPLINARY PROGRESS NOTES

**Glen Oaks Hospital**

NS - Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

Case 3:10-cv-00165-N Document 42-64 Filed 05/05/10 Page 329 of 548 PageID 8787

MURPHY JEDIDIAH
10-1-99
DR ESTHEROCK
DOB   11  11   77

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/31/99 | 2100 | MD | | pt's voices are more intense, & more frequent. He reports years of sexual & physical abuse. He reports # of dissociative experiences where he loses time. He'll meet people who know him & he doesn't know them. People will talk to him about an event he & they do but he has no memory of it. He be driving & find himself somewhere & have no idea why or how he got there. Talks about going into violent rages when provoked and he has no memory until he wakes up w/ handcuffs on. Pt appears to have dissociative disorder - not clear if alters present yet. Wm Elstbrook MD |
| 9-1-99 | 1745 | MD | 30" | long hard day. Voices were getting stronger & harassing him. Worked w/ him on voices. They are starting to communicate w/ pt & me. One of them told him name was Taylor. Pt having lot of anxiety. Reports lost about 5 hrs of time today. Will modify meds to see if can help him sleep & decrease voices intensity. Wm Elstbrook MD |
| 9/3/99 | 1400 | MD | | pt is getting so upset c̄ his alter taunting him he feels like hurting himself. Alter appears to be late latency or early adolescence in age. Sees self as in danger. Appears to be constantly ready to fight to protect pt from abuse. I expect pt's alter is reliving abuse memories because usually don't understand difference between past & present & memories of past. Alter won't talk c̄ me cause fears I will make him leave, go away. Wm Elstbrook MD |

FORM GO8000



# MULTIDISCIPLINARY
## PROGRESS NOTES

Glen Oaks
Hospital

NS -Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 9/7/99 | 1400 | MD | | Long talk ō pt, + alter Randy (6yo). Pt talking about killing himself because can't take all of this. Keeps switching so that he is very volatile + unstable. Alters are living in past (early 80's) and thinks abuser Terry is still abusing them, esp. Randy. Not getting much relief from Klonopin, so will do trial ō Ativan. Wm Estabrook MD |
| 9/8/99 | 2030 | MD | | pt requesting to leave. Says he has done lot of work on himself & his alters Randy + Tyler. Says he realizes he needs to help them put Terry to rest - that Danger is past even though Terry has been released from prison. He says he feels lot better inside & he definitely isn't suicidal. He plans to see John Motley at Van Zandt County Counseling Ctr for therapy and will be followed by psychiatrist thru Terrell MHMR clinic. He also plans to attend AA ppo+ have a sponsor. Wm Estabrook MD |

FORM GO8000

# Patient Assessment and Activity Record For  8 /24 / 99

2432115 AP

MURPHY JEDIDIAH

DR ES GARR CK

DOB

## Hygiene & ADL
11-7 7-3 3-11
( ) ( ) ( )  Independent

If functioning not independent:
**Personal Care Provided**
11-7 7-3 3-11
( ) ( ) ( )  Bed Bath
( ) ( ) ( )  Partial Bath
( ) ( ) ( )  Shower
( ) ( ) ( )  A.M. Care
( ) ( ) ( )  P.M. Care

**Elimination**
Incont. = I, Void = V, Stool = BM
  11-7        7-3        3-11

**Weight:** _____ (M & Th 3-11)

**Lab Services**
Admit Profile    Drawn    Sent
Blood            _____    _____
Urine            _____    _____

|  | Hr. / T / P / R / BP |
|---|---|
|  | Hr. / T / P / R / BP |
|  | Hr. / T / P / R / BP |

**DX Test/Treatments**

Test            Time
Test            Time

**Nutritional ( Eating)**
7a  12p  5p
( ) ( ) ( )  Refused Meal
( ) ( ) ( )  25%
( ) ( ) ( )  50%
( ) ( ) ( )  75%
( ) ( ) ( )  100%

**Movation Level to Attend Therapy & Activities**
7-3 3-11
( ) ( )  Self motiatived
( ) (X)  Needs Reminders
( ) ( )  Frequently Tardy
( ) ( )  Some Refused*
( ) ( )  Refused All*

**Precautions**
11-7 7-3 3-11
( ) ( ) ( )  1:1*
( ) ( ) ( )  SP I*
( ) ( ) (X)  SP II
( ) ( ) ( )  E.P
( ) ( ) ( )  Seizure
( ) ( ) ( )  Detox
( ) ( ) ( )  R.T.F.
( ) ( ) ( )  Seclusion*
( ) ( ) ( )  Restraints*
* requires progress note for additional information

**Intervention**
11-7 7-3 3-11
( ) ( ) ( )  Clarification
( ) ( ) ( )  Limit-Setting
( ) ( ) ( )  Confirmation
( ) ( ) ( )  Problem Solving
( ) ( ) (X)  Socialization
( ) ( ) ( )  Role Playing
( ) ( ) (X)  Activity
( ) ( ) ( )  Education
( ) ( ) ( )  Journaling
( ) ( ) ( )  Re-Directing
( ) ( ) (X)  Support

**Sleep Pattern**
11-7
( ) _____ hours uninterrupted
( ) Out of bed # _____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education
Orientation: Oriented to environment
☐ Patient ☐ Family Significant/Other: _____
Medication: _____
☐ Patient ☐ Family Significant/Other: _____
Disease: _____
☐ Patient ☐ Family Significant/Other: _____
Coping Skills: _____
☐ Patient ☐ Family Significant/Other: _____
Education Materials: _____
☐ Patient ☐ Family Significant/Other: _____

Signature & title staff 11-7 _____    Signature & title staff 7-3 _____    Signature & title staff 3-11  M. Cunningham RN

## Assessment by RN

**Affect**
11-7 7-3 3-11
( ) ( ) ( )  Bright
( ) ( ) (X)  Flat
( ) ( ) ( )  Blunted
( ) ( ) ( )  Hostile
( ) ( ) ( )  Apathetic
( ) ( ) ( )  Restricted

**Thought Process**
11-7 7-3 3-11
( ) ( ) ( )  Organized
( ) ( ) (X)  Preoccupied
( ) ( ) ( )  Disorganized
( ) ( ) ( )  Concrete

**Behavior**
11-7 7-3 3-11
( ) ( ) (X)  Impulsive
( ) ( ) ( )  Agitated
( ) ( ) ( )  Uncooperative
( ) ( ) ( )  Self-Destructive
( ) ( ) ( )  Disorganized
( ) ( ) ( )  Violent
( ) ( ) ( )  Hostile
( ) ( ) ( )  Manipulative
( ) ( ) ( )  Inappropriate
( ) ( ) ( )  Anxious
( ) ( ) (X)  Withdrawn
( ) ( ) ( )  Restless

**Cognition**
11-7 7-3 3-11
( ) ( ) (X)  Oriented x 3
( ) ( ) ( )  Disoriented

**Social**
11-7 7-3 3-11
( ) ( ) ( )  Appropriate
( ) ( ) (X)  Withdrawn
( ) ( ) ( )  Attention Seeking
( ) ( ) ( )  Manipulative
( ) ( ) ( )  Reclusive

**Physicial Status**
✓ Abnormal findings*
11-7 7-3 3-11
( ) ( ) ( )  Skin
( ) ( ) ( )  Neuro-Muscular
( ) ( ) ( )  Cardio-Vascular
( ) ( ) ( )  Respiratory
( ) ( ) ( )  Gastrointestinal
( ) ( ) ( )  Genitourinary
( ) ( ) ( )  Seeks Meds
( ) ( ) ( )  Somatic Complaints

**Mood**
11-7 7-3 3-11
( ) ( ) (X)  Depressed
( ) ( ) ( )  Elated
( ) ( ) ( )  Irritable
( ) ( ) ( )  Anxious
( ) ( ) ( )  Angry
( ) ( ) ( )  Guilty

**Alertness**
11-7 7-3 3-11
( ) ( ) (X)  Alertnss
( ) ( ) ( )  Slight Drowsy
( ) ( ) ( )  Lethargic
( ) ( ) ( )  Hyper-Alert

**Insight**
11-7 7-3 3-11
( ) ( ) ( )  Self-Aware
( ) ( ) ( )  Denial
( ) ( ) (X)  Some-Insight

11-7 RN _____    7-3 RN _____    3-11 RN  M. Cunningham RN

# MULTIDISCIPLINARY
# PROGRESS NOTES

Glen Oaks
Hospital

NS -Nursing, ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W.  & Therapist)  MD - Physician

| Prob. # 1 | Danger to Self | | Prob. # 2 | |
|---|---|---|---|---|
| Prob. # 3 | | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|
| 8/24/99 | 1730 | NS | | Nsg. Assessment as Charted. Body Search by Male Staff & no contraband found. Flat affect ō poor Eye Contact. Admits to Hallucinations by seeing & hearing snakes. Pt. States: "I'm scared to death." Allergy: Iodine. Reassured of safety & program on Unit. Admits to abusing alcoholic beverages since 13 y/old. Neat, well-dressed Male pt. Admits to participating in dangerous sports: jumping from airplanes & motorcycle. Pt. eager for help. Placed on APIT ō Q15" V/S for safety. M. Cunningham, RN |
| 8/24/99 | 2100 | NS | | Attended wrap up 0.5 hrs. M Cunningham RN |



Glen Oaks Hospital

## Therapeutic Recreation Participation Record

MURPHY JEDIDIAH
DR ESTABROOK
DOB

Jim Murphy

### Group(s) / Time(s)

✓ Lifestyle Mgt. 1245-215 ___ Kinetic Group _____ ___ Rec. Group _____

---

**1. How was group focus related to this patient's treatment plan?**

✓ Inability to cope
✓ Low self esteem
✓ Impulsive behavior
✓ Poor Social Skills
___ Suicidal Ideation's
___ Homicidal Ideation's
___ Depression

___ Aggressive outbursts
✓ Difficulties adapting to change
✓ Inability to express feelings
___ Inability maintain sobriety
✓ Inability to solve problems
___ Abandonment issues
✓ Inability to trust others

✓ Difficulties making decisions
✓ Disordered thought process
___ Unable to complete task without assistance
___ Inability to concentrate
___ Inability to follow instructions
___ High level's of anxiety

---

**2. What specific goals were addressed?**

___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
___ Decrease daily level of anxiety by developing positive coping mechanisms.
___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
___ Make positive statements regarding self & ability to cope with stresses of life.
___ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
✓ Think more clearly as demonstrated by logical, speech.
___ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

---

**3. Symptoms Reported and/or observed:**

___ Suicidal Ideation
___ Somatic complaints
___ Self defeating
___ Depressed
___ Hiding
___ Homicidal Ideation
___ Angry outbursts

___ Pressured Speech
___ Paranoia
___ Manic Tendencies
___ Tremulousness
___ Shakiness
___ Phobias
___ Panic

___ Impaired Orientation
✓ Cognitive Distortion
___ Minimization
___ Denial
___ Chem. Abuse
___ Delusional
✓ Anxious

___ Hostility
___ Threats
___ Sleeplessness
___ Disorientation
___ Hallucinating
___ Labile
___ Other: _____

---

**4. Patient response / staff assessment:**

✓ Attentive
___ Sharing
___ Negative

___ Supportive
___ Intrusive
___ Defensive

___ Guarded
___ Resistant
✓ Positive

___ Drowsy
___ Withdrawn
___ No disclosure

___ Disinterested
___ Attempts to monopolize
✓ Receptive to feedback

Pt. affect less depressed today. Seemed mostly able to focus on task, but seemed distracted @ times, possibly responding to internal stimuli. Also seemed extremely anxious @ times.

---

**5. Plan:** Cont. TX

**STAFF SIGNATURE:** David Jordan TRS   **DATE:** 8/25/99

FORM #G01025   Revised 12/98

# Patient Assessment and Activity
# Record For    8 / 25 / 99

IX

T 2115 AP

R... JEDIDIAH Jim

**Hygiene & ADL**
11-7 7-3 3-11
( √ )( √ ) ( √ ) Independent

930 97.8 72   140/88
Hr. / T / P / R / BP

If functioning not independent:
**Personal Care Provided**
11-7 7-3 3-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

240   88  18/84
Hr. / T / P / R / BP

200  96⁸ 90 70 124/...
Hr. / T / P / R / BP

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7        7-3        3-11

DX Test/Treatments

Test          Time

Test          Time

**Weight:** _____ (M & Th 3-11)

**Nutritional ( Eating)**
7a  12p  5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( √ ) ( ) 75%
( ) ( √ ) ( ) 100%

**Lab Services**
Admit Profile    Drawn  Sent
Blood
Urine

Jim

11116873-0
20182-8

**Motivation Level to Attend Therapy & Activities**
7-3  3-11
( ) ( √ ) Self motiatived
( √ ) ( √ ) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7 7-3 3-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
(X) ( √ ) ( √ ) SP II
( ) ( ) ( ) E.P
( ) ( √ ) Seizure
(X) ( ) ( √ ) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for
additional information

**Intervention**
11-7 7-3 3-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( √ ) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) ( √ ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( √ ) Re-Directing
( ) ( ) ( √ ) Support

**Sleep Pattern**
11-7
( √ ) 7+ hours uninterrupted
( √ ) Out of bed # 0 times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____
☐ Patient ☐ Family Significant/Other: _____

Medication: _____
☐ Patient ☐ Family Significant/Other: _____

Disease: _____
☐ Patient ☐ Family Significant/Other: _____

Coping Skills: _____
☐ Patient ☐ Family Significant/Other: _____

Education Materials: _____
☐ Patient ☐ Family Significant/Other: _____

Signature & title staff 11-7        Signature & title staff 7-3        Signature & title staff 3-11

---

## Assessment by RN

**Affect**
11-7 7-3 3-11
( ) ( ) ( ) Bright
( ) ( √ ) ( √ ) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7 7-3 3-11
( ) ( ) ( √ ) Organized
( ) ( √ ) ( ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

**Behavior**
11-7 7-3 3-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( √ ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( √ ) ( ) Anxious
( ) ( √ ) ( ) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7 7-3 3-11
( ) ( √ ) ( √ ) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7 7-3 3-11
( ) ( ) ( √ ) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7 7-3 3-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7 7-3 3-11
( ) ( ) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( √ ) ( ) Irritable
( ) ( ) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
11-7 7-3 3-11
( ) ( √ ) ( √ ) Alertness
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7 7-3 3-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( ) ( √ ) Some Insight

11-7 RN  K. Denby RN        7-3 RN        3-11 RN  M Cunningham

FORM #G08005        HEALTH PRINT (800) 692-4623

# MULTIDISCIPLINARY
# PROGRESS NOTES

Glen Oaks Hospital

NS - Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

| Prob. # 1 | Psychotic Indication | | Prob. # 2 | |
| Prob. # 3 | | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/25/99 | 0530 | NS | | Laying on bed c̄ eyes closed. Resp even & unlabored @ this time. Remains on SPII, DTX & Q15 min Visual Safety Checks. K. Dooly RN |
| 8/25/99 | 1100 | | | pt has been ↑ on unit c̄ flat affect. for eye contact. attended & participated in O.S. hrs Gen (Gres press) Snty. Pat he feels optimistic. & Pat he wants to learn more about his problems on q 15 Checks c̄ SPII + c̄ Dtx. BP |
| 8/25/99 | 1130 | CS | 1 | Group Therapy (1hr): Pt described himself as alcoholic, who has begun to have severe hallucinations which keep him from being able to function. Pat Write LMSW ACP |
| 8/25/99 | 1600 | CS | 1 | Group Therapy (1hr): Pt shared c̄ grp @ previous attempt to commit suicide & the effect it had on family. Pt became angry when other members talked @ desire to harm self. Pt felt need to make amends c̄ other members at end of grp. Pt remains at risk due to unresolved issues (familial) which may exacerbate problems. S Holder MA LPC |
| 8/25/99 | 1610 | NS | | Pt ↑ in dayroom. Flat affect, hostile attitude. Making & recvg. Numerous phone calls. Often using profanity & talking loudly. Ab to verbally redirect. Remains on SPII Dtx c̄ Q15" V/s for safety. M. Cunningham |



# MULTIDISCIPLINARY
## PROGRESS NOTES

**Glen Oaks Hospital**

NS - Nursing,  ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

2﹍2115 AP

﹍﹍﹍﹍ JEDIDIAH

DR ESTA﹍﹍﹍﹍﹍

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/5/99 | 1930 | NS | | Attended Wrap Up Grp X 0.5 hr. Q15" Visual Checks) ƒr SI/Detox Continue ⟨signature⟩ RN |



Glen Oaks Hospital

## Therapeutic Recreation Participation Record

2432115 AP
MURPHY JEDIDIAH
Jim

**Group(s) / Time(s)**

✓ Lifestyle Mgt. 1245-215     ✓ Kinetic Group 4-5     ___ Rec. Group _____
                                                6-7

---

**1. How was group focus related to this patient's treatment plan?**

- ✓ Inability to cope
- ✓ Low self esteem
- ✓ Impulsive behavior
- ✓ Poor Social Skills
- ___ Suicidal Ideation's
- ___ Homicidal Ideation's
- ___ Depression

- ___ Aggressive outbursts
- ✓ Difficulties adapting to change
- ✓ Inability to express feelings
- ✓ Inability maintain sobriety
- ✓ Inability to solve problems
- ✓ Abandonment issues
- ✓ Inability to trust others

- ✓ Difficulties making decisions
- ✓ Disordered thought process
- ___ Unable to complete task without assistance
- ___ Inability to concentrate
- ___ Inability to follow instructions
- ___ High level's of anxiety

---

**2. What specific goals were addressed?**

- ___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
- ___ Decrease daily level of anxiety by developing positive coping mechanisms.
- ___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
- ___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
- ___ Make positive statements regarding self & ability to cope with stresses of life.
- ___ Other: _____

- ___ Develop & implement specific coping strategies to resist impulsive urges.
- ___ Interact socially w/out fear or suspicion being reorted.
- ___ Show limited social functioning by responding approp. to friendly encounters.
- ✓ Think more clearly as demonstrated by logical, speech.
- ___ Report diminishing or absence of hallucinations and/or delusions.
- ___ Express, with approp. affect feelings that underlie suicidal ideations.

---

**3. Symptoms Reported and/or observed:**

- ___ Suicidal Ideation
- ___ Somatic complaints
- ___ Self defeating
- ✓ Depressed
- ___ Hiding
- ___ Homicidal Ideation
- ___ Angry outbursts

- ___ Pressured Speech
- ___ Paranoia
- ___ Manic Tendencies
- ___ Tremulousness
- ___ Shakiness
- ___ Phobias
- ___ Panic

- ___ Impaired Orientation
- ___ Cognitive Distortion
- ___ Minimization
- ___ Denial
- ___ Chem. Abuse
- ___ Delusional
- ✓ Anxious

- ___ Hostility
- ___ Threats
- ___ Sleeplessness
- ___ Disorientation
- ___ Hallucinating
- ___ Labile
- ___ Other: _____

---

**4. Patient response / staff assessment:**

- ___ Attentive
- ___ Sharing
- ___ Negative

- ___ Supportive
- ___ Intrusive
- ___ Defensive

- ✓ Guarded
- ___ Resistant
- ___ Positive

- ___ Drowsy
- ___ Withdrawn
- ___ No disclosure

- ___ Disinterested
- ___ Attempts to monopolize
- ___ Receptive to feedback

pt affect depressed. pt was guarded. pt appeared
to get easily frustrated + agitated

---

**5. Plan:** Cont tx

**STAFF SIGNATURE:** T Buckhoat, CRS     **DATE:** 8/26/99

# Patient Assessment and Activity Record For ___8/26/99___

MURPHY JEDIDIAH "JIM"
BROOK

**Hygiene & ADL**
11-7 7-3 3-11
( ) (✓) (✓) Independent

073097 5 62 18   122/80

Hr. / T / P / R / BP

**If functioning not independent:**
**Personal Care Provided**
11-7 7-3 3-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath   1406
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care   2008
( ) ( ) ( ) P.M. Care

1210 99 4 90 20 136/90
Hr. / T / P / R / BP

9p 3  80 20 132/90
Hr. / T / P / R / BP

9p 3 90 20 132/90

DX Test/Treatments

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7      7-3      3-11

Test _____ Time _____

**Weight:** _____ (M & Th 3-11)

Test _____ Time _____

**Lab Services**
Admit Profile
Blood          Drawn      Sent
Urine

**Nutritional ( Eating)**
7a 12p 5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
(✓) (✓) ( ) 100%

**Movation Level to Attend Therapy & Activities**
7-3 3-11
( ) ( ) Self motiatived
( ) (✓) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7 7-3 3-11
( ) ( ) (✓) 1:1*
( ) ( ) ( ) SP I*
(✓) (✓) (✓) SP II
( ) ( ) ( ) E.P
( ) ( ) ( ) Seizure
(✓) (✓) (✓) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7 7-3 3-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Ceafirmation
( ) ( ) ( ) Problem Solving
( ) ( ) (✓) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) (✓) Orientation
( ) ( ) (✓) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) (✓) (✓) Re-Directing
( ) ( ) (✓) Support

**Sleep Pattern**
11-7
(✓) ___ hours uninterrupted
( ) Out of bed # ___ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____
□ Patient □ Family Significant/Other: _____

Medication: _____
□ Patient □ Family Significant/Other: _____

Disease: _____
□ Patient □ Family Significant/Other: _____

Coping Skills: _____
□ Patient □ Family Significant/Other: _____

Education Materials: _____
□ Patient □ Family Significant/Other: _____

Signature & title staff 11-7 _____    Signature & title staff 7-3 _____    Signature & title staff 3-11 _____

## Assessment by RN

**Affect**
11-7 7-3 3-11
( ) ( ) ( ) Bright
( ) (✓) (✓) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7 7-3 3-11
(✓) ( ) (✓) Organized
( ) (✓) (✓) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

11-7 RN  R Bell RN

**Behavior**
11-7 7-3 3-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( ) ( ) Anxious
( ) (✓) (✓) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7 7-3 3-11
( ) (✓) (✓) Oriented x 3
( ) ( ) ( ) Disoriented
7-3 RN

**Social**
11-7 7-3 3-11
( ) ( ) (✓) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7 7-3 3-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Speks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7 7-3 3-11
( ) (✓) (✓) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) ( ) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
( ) ( ) (✓) Alertnss
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7 7-3 3-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( ) (✓) Some Insight

3-11 RN  M. Cunningham RN

FORM #G08005

HEALTH PRINT (800) 692-4623

# MULTIDISCIPLINARY PROGRESS NOTES

Glen Oaks Hospital

NS - Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

| Prob. # 1 | Psychotic & Indication(s) | Prob. # 2 | |
| Prob. # 3 | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/26/99 | 5:40 | NS | | Slept soundly ē distress, no problems / changes noted. Cont SP II precautions and Detox therapy, Q 15' visual checks continued. R. Bell RN |
| 8/26/99 | 1000 | NS | | Pt has been ↑ on unit ē flat affect - fair eye contact. States that he feels anxious today. attended + participated in O.T. & grp Gp ē Tx. not get upset today. Continues Tx program on q 15' checks for SPII & Detox. B.C. |
| 8/26/99 | 1130 | CS | 1 | Group Therapy (1 hr): Pt is extremely ambivalent about his estranged wife, one minute saying he wants nothing more to do ē her, the next, saying he can't stand losing her & wants family therapy. Patti Wade LMSW-ACP |
| | 1600 | | | In an session (1 hr): Pt discussed being confronted by his AA sponsor & has decided that he will not contact his ex-wife, "She's nothing but trouble." Pt to have a family session ē his mother on 8/28/99. Patti Wade LMSW-ACP |
| 8/26/99 | 2030 | NS | | Attended wrap up 0.5 hrs. Remains on SP II. Detox precautions/safety. M. Cunningham RN |



## Therapeutic Recreation Participation Record

Glen Oaks Hospital

242115 AP

MURPHY JEDIDIAH
/24/99
DR ESTABROOK
DOB 07/31/73

*Jin*

| **Group(s) / Time(s)** | | |
|---|---|---|
| ✓ Lifestyle Mgt. 1245-215 | ✓ Kinetic Group 4-5 | ___ Rec. Group _____ |

### 1. How was group focus related to this patient's treatment plan?

- ✓ Inability to cope
- ✓ Low self esteem
- ✓ Impulsive behavior
- ✓ Poor Social Skills
- ___ Suicidal Ideation's
- ___ Homicidal Ideation's
- ___ Depression

- ___ Aggressive outbursts
- ✓ Difficulties adapting to change
- ✓ Inability to express feelings
- ___ Inability maintain sobriety
- ✓ Inability to solve problems
- ___ Abandonment issues
- ✓ Inability to trust others

- ✓ Difficulties making decisions
- ✓ Disordered thought process
- ___ Unable to complete task without assistance
- ___ Inability to concentrate
- ___ Inability to follow instructions
- ___ High level's of anxiety

### 2. What specific goals were addressed?

- ___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
- ___ Decrease daily level of anxiety by developing positive coping mechanisms.
- ___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
- ___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
- ___ Make positive statements regarding self & ability to cope with stresses of life.
- ___ Other: _____

- ___ Develop & implement specific coping strategies to resist impulsive urges.
- ___ Interact socially w/out fear or suspicion being reorted.
- ___ Show limited social functioning by responding approp. to friendly encounters.
- ✓ Think more clearly as demonstrated by logical, speech.
- ___ Report diminishing or absence of hallucinations and/or delusions.
- ___ Express, with approp. affect feelings that underlie suicidal ideations.

### 3. Symptoms Reported and/or observed:

- ___ Suicidal Ideation
- ___ Somatic complaints
- ___ Self defeating
- ___ Depressed
- ___ Hiding
- ___ Homicidal Ideation
- ___ Angry outbursts

- ___ Pressured Speech
- ___ Paranoia
- ___ Manic Tendencies
- ___ Tremulousness
- ___ Shakiness
- ___ Phobias
- ___ Panic

- ___ Impaired Orientation
- ___ Cognitive Distortion
- ___ Minimization
- ___ Denial
- ___ Chem. Abuse
- ___ Delusional
- ✓ Anxious

- ___ Hostility
- ___ Threats
- ___ Sleeplessness
- ___ Disorientation
- ___ Hallucinating
- ___ Labile
- ___ Other: _____

### 4. Patient response / staff assessment:

- ✓ Attentive
- ___ Sharing
- ___ Negative

- ✓ Supportive
- ___ Intrusive
- ✓ Defensive

- ___ Guarded
- ___ Resistant
- ✓ Positive

- ___ Drowsy
- ___ Withdrawn
- ___ No disclosure

- ___ Disinterested
- ___ Attempts to monopolize
- ✓ Receptive to feedback

Pt. affect brighter today. ↑ socializing ɛ staff and peers. Appears to be less depressed and verbalized feeling much more stable. Participated & involved in all group activities. Progress noted.

### 5. Plan: cont. TX

**STAFF SIGNATURE:** David Jacob TRS          **DATE:** 8/27/99

FORM #G01025   Revised 12/98

# Patient Assessment and Activity Record For ___8/27/99___

**2432115** AP

MURPHY JEDIDIAH Jim
15/24/77
DR ESTABROOK
DOB 07/01/77

**Hygiene & ADL**
11-7, 7-3, 3-11
(✓)(✓)(✓) Independent

0844 98 88 18 124/70
Hr. / T / P / R / BP

If functioning not independent:
**Personal Care Provided**
11-7  7-3  3-11
( )( )( ) Bed Bath
( )( )( ) Partial Bath
( )( )( ) Shower
( )( )( ) A.M. Care
( )( )( ) P.M. Care

1225 – 88 18 86/50
Hr. / T / P / R / BP

1600 98 88 20 128/84
Hr. / T / P / R / BP

2000 – 84 20 120/70

**DX Test/Treatments**

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7      7-3      3-11

| Test | Time |
|---|---|
| Test | Time |

**Weight:** _____ (M & Th 3-11)
**Lab Services**
Admit Profile ✓ Drawn  Sent
Blood # UA 887 ___ ___
Urine ___ ___ ___
UDS ___ ___ ___

**Nutritional ( Eating )**
7a  12p  5p
( )( )( ) Refused Meal
( )( )( ) 25%
( )( )( ) 50%
( )( )( ) 75%
(✓)(✓)(✓) 100%

**Movation Level to Attend Therapy & Activities**
7-3  3-11
( ✓)( ) Self motiatived
(✓)( ) Needs Reminders
( )( ) Frequently Tardy
( )( ) Some Refused*
( )( ) Refused All*

**Precautions**
11-7  7-3  3-11
( )( )( ) 1:1
( )(✓)(✓) SP I*
(✓)(✓)( ) SP II
( )( )( ) E.P
( )( )(✓) Seizure
(✓)(✓)(✓) Detox
( )( )( ) R.T.F.
( )( )( ) Seclusion*
( )( )( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7  7-3  3-11
( )( )( ) Clarification
( )( )( ) Limit-Setting
( )( )( ) Cenfirmation
( )( )( ) Problem Solving
( )( )( ) Socialization
( )( )( ) Role Playing
( )( )( ) Orientation
( )( )( ) Activity
( )( )( ) Education
( )( )(✓) Journaling
( )( )(✓) Re-Directing
( )( )(✓) Support

**Sleep Pattern**
11-7
(✓) 7? hours uninterrupted
(✓) Out of bed # ___ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
☐ Patient ☐ Family Significant/Other: _____

**Medication:** _____
☐ Patient ☐ Family Significant/Other: _____

**Disease:** _____
☐ Patient ☐ Family Significant/Other: _____

**Coping Skills:** _____
☐ Patient ☐ Family Significant/Other: _____

**Education Materials:** _____
☐ Patient ☐ Family Significant/Other: _____

_Signature & title staff 11-7_       _Signature & title staff 7-3_       _Signature & title staff 3-11_

## Assessment by RN

**Affect**
11-7  7-3  3-11
( )( )(✓) Bright
( )(✓)(✓) Flat
( )( )( ) Blunted
( )( )( ) Hostile
( )( )( ) Apathetic
( )( )( ) Restricted

**Thought Process**
11-7  7-3  3-11
( )( )(✓) Organized
(✓)(✓)( ) Preoccupied
( )( )( ) Disorganized
( )( )( ) Concrete

**Behavior**
11-7  7-3  3-11
( )( )( ) Impulsive
( )( )( ) Agitated
( )( )( ) Uncooperative
( )( )( ) Self-Destructive
( )( )( ) Disorganized
( )( )( ) Violent
( )( )( ) Hostile
( )( )( ) Manipulative
( )( )( ) Inappropriate
( )(✓)( ) Anxious
( )(✓)(✓) Withdrawn
( )( )( ) Restless

**Cognition**
11-7  7-3  3-11
( )(✓)(✓) Oriented x 3
( )( )( ) Disoriented

**Social**
11-7  7-3  3-11
( )(✓)(✓) Appropriate
( )( )( ) Withdrawn
( )( )( ) Attention Seeking
( )( )( ) Manipulative
( )( )( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7  7-3  3-11
( )( )( ) Skin
( )( )( ) Neuro-Muscular
( )( )( ) Cardio-Vascular
( )( )( ) Respiratory
( )( )( ) Gastrointestinal
( )( )( ) Genitourinary
( )( )( ) Seeks Meds
( )( )( ) Somatic Complaints

**Mood**
11-7  7-3  3-11
( )(✓)( ) Depressed
( )( )( ) Elated
( )( )( ) Irritable
( )( )( ) Anxious
( )( )( ) Angry
( )( )( ) Guilty

**Alertness**
( )(✓)(✓) Alertness
( )( )( ) Slight Drowsy
( )( )( ) Lethargic
( )( )( ) Hyper-Alert

**Insight**
11-7  7-3  3-11
( )( )( ) Self-Aware
( )( )( ) Denial
( )(✓)(✓) Some Insight

11-7 RN K. Derby RN       7-3 RN _____       3-11 RN _____ RN

# MULTIDISCIPLINARY PROGRESS NOTES

Glen Oaks Hospital

NS - Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

| Prob. # 1 | Psychiatric Indications | Prob. # 2 | |
| Prob. # 3 | | Prob. # 4 | |

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/27/98 | 0559 | NS | | Laying on bed c̄ eyes closed. Resp even + unlabored @ this time. Remains on SPII/DTX + Q15 min Visual Safety Check. K. Derby RN |
| 8/27/98 | 1045 | NS | | Pt has been now unit c̄ flat affect. min eye contact. pt has been in interact c̄ peers ↓ x/day. Attended + participated in pt led UStm Grp Ont c̄ peers. Stated that he feels happy + that he work N MK more about his problem. On Q15 checks f/ SPII - Detox BP RN |
| 8/27/98 | 1345 | NS | | pt c/o anxiety + pain. pt given c̄ Dr Entwhorle orders received. On Q15 checks f/ SPII Detox. BP RN |
| 8/27/98 | 1435 (1400) | NS | (3) | pt state as he goes into Grp Resg that he is feeling bette, new — not so anxd/anxious. BP RN |
| 7-99 | 1610 | CS | 1 | Group ther 24 hr. Pt was very much active — sharing & attending. He seems to have a good outlook, but still, a little distant from the painful reality of his addiction. W.Shaw, PC |
| 8/27/99 | 2100 | NS | | Attended wrapup 0.5 hrs. Remains on SPII/DTx c̄ Q15" VS for safety. M.Cunningham RN |

# Patient Assessment and Activity Record For 8 / 28 / 99

## SATURDAY OR SUNDAY

2432115 A P

MURPHY JEDIDIAH Jim
08/28/99
DR ESTABROOK
DOB 07/31/7

### Hygiene & ADL
11-7  7-7  7-11
( ) (✓) ( )  Independent

| | Hr. / T / P / R / BP |
|---|---|
| 0100 98³ 100 20 188/82 |
| Hr. / T / P / R / BP |
| 1230 - 88 20 104/92 |
| Hr. / T / P / R / BP |
| 1700 - 84 20 108/84 |
| Hr. / T / P / R / BP |
| 2100 - 86 20 104/80 |

**If functioning not independent:**
**Personal Care Provided**
11-7  7-7  7-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7      7-7      7-11

**Weight:** _____ (M & Th 3-11)

**Lab Services**
Admit Profile      Drawn    Sent
Blood      _____   _____
Urine      _____   _____
_____   _____   _____
_____   _____   _____

### DX Test/Treatments
Test          Time
Test          Time

### Nutritional ( Eating)
7a  12p  5p
( ) ( ) (✓) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
(✓) (✓) (✓) 100%

### Movation Level to Attend Therapy & Activities
7-7  7-11
( ) ( ) Self motiavted
(✓) (✓) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7  7-7  7-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
(✓) (✓) (✓) SP II
( ) ( ) ( ) P.P
( ) ( ) ( ) Seizure
(✓) (✓) (✓) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

### Intervention
11-7  7-7  7-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) (✓) (✓) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) (✓) ( ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
( ) (✓) (✓) Support

**Sleep Pattern**
11-7
(✓) 4-5 hours uninterrupted
(✓) Out of bed # 0 times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
☐ Patient ☐ Family Significant/Other: _____

**Medication:** _____
☐ Patient ☐ Family Significant/Other: _____

**Disease:** _____
☐ Patient ☐ Family Significant/Other: _____

**Coping Skills:** _____
☐ Patient ☐ Family Significant/Other: _____

**Education Materials:** _____
☐ Patient ☐ Family Significant/Other: _____

Signature & title staff 11-7 _____   Signature & title staff 7-7 _____   Signature & title staff 7-11 _____

## Assessment by RN

### Affect
11-7  7-7  7-11
( ) ( ) ( ) Bright
( ) (✓) (✓) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

### Thought Process
11-7  7-7  7-11
( ) ( ) ( ) Organized
( ) (✓) (✓) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

### Behavior
11-7  7-7  7-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( ) ( ) Anxious
( ) ( ) (✓) Withdrawn
( ) ( ) (✓) Restless

### Cognition
11-7  7-7  7-11
( ) (✓) (✓) Oriented x 3
( ) ( ) ( ) Disoriented

### Social
11-7  7-7  7-11
( ) (✓) (✓) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7  7-7  7-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

### Mood
11-7  7-7  7-11
( ) ( ) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) (✓) (✓) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
( ) (✓) (✓) Alertness
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7  7-7  7-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) (✓) (✓) Some Insight

11-7 RN J. McCaanlon      7-7 RN M Cunningham      7-11 RN M Holley m

11-7 Pt. Sleeping - no issues. - JMc

9055



**MULTIDISCIPLINARY PROGRESS NOTES**

Glen Oaks Hospital

NS - Nursing,  ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

Prob. # 1  Psychotic Indications

Prob. # 2

Prob. # 3

Prob. #4

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/28/99 | 0530 | NSG | | Pt. asleep on couch in dayroom @ shift onset. Awakened @ 2330 + moved to bed. Very drowsy + returned immediately to sleep. Pt. has slept throughout the night undisturbed. Respirations even + unlabored. Remains on Q15 minute visual checks for SPII & DTX. ———— J. McCracken |
| 8/28/99 | 0900 | NS | | Attended goals group 0.5 hrs). Goal is to pay more attention + interact ē group activities more today. Remains on SPII DTX, ē Q15" V's for safety. Quiet, flat affect, fair eye contact. M.Cunningham |
| 8/28/99 | 1130 | CS | 1 | Group therapy (hr). Pt appeared nervous & hypervigilant. Seems angry at his family for not coming to therapy. Declined invitation to discuss his issues. P.Rittick LMSW |
| 8/28/99 | 1430 | NS | | While Q15" V's being made, pt. was found lying under his sink in bathroom, on floor, ē head covered ē pillow. Pt's eyes darting about room, pinpoint pupils, facial frowning. States, "I'm scared to death. There's a big snake - no a huge snake on my desk. I tried to get help, but I couldn't make it." Verbal reassurance of safety. Staff remained ē pt until anxiety level ↓ Cont'd |



# MULTIDISCIPLINARY
## PROGRESS NOTES

**Glen Oaks Hospital**

NS -Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

2 : 2115 AP

MURPHY JEDIDIAH
DR ESTABROOK

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/28/99 | 1430 | NS | | Cont@ POC on unit & informed of pts. status. Encouraged diversionary relaxation techniques, deepbreathing. Pt. Complies. Remains on 1:1 & obx precautions for safety. M. Cunningham RN |
| 8/28/99 | 2130 | NS | | On BP IF & Protole @ q 15 min. checks for safety. Attended wrap-up 0.5 hrs. quiet, withdrawn — M. Holden RN |

HEALTH PRINT (800) 692-4623

Case 3:10-cv-... ... Filed 05/05/10 Page 346 of 548 PageID 8804

# Therapeutic Recreation
## Participation
## Record

Glen Oaks Hospital

Jim

### Group(s) / Time(s)

___ Lifestyle Mgt. ___   ✓ Kinetic Group  6-7   ___ Rec. Group ___

---

**1. How was group focus related to this patient's treatment plan?**

✓ Inability to cope
✓ Low self esteem
✓ Impulsive behavior
✓ Poor Social Skills
___ Suicidal Ideation's
___ Homicidal Ideation's
___ Depression

___ Aggressive outbursts
✓ Difficulties adapting to change
✓ Inability to express feelings
___ Inability maintain sobriety
✓ Inability to solve problems
___ Abandonment issues
✓ Inability to trust others

✓ Difficulties making decisions
✓ Disordered thought process
___ Unable to complete task
   without assistance
___ Inability to concentrate
___ Inability to follow instructions
___ High level's of anxiety

---

**2. What specific goals were addressed?**

___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
___ Decrease daily level of anxiety by developing positive coping mechanisms.
___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
___ Make positive statements regarding self & ability to cope with stresses of life.
___ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
✓ Think more clearly as demonstrated by logical, speech.
___ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

---

**3. Symptoms Reported and/or observed:**

___ Suicidal Ideation
___ Somatic complaints
___ Self defeating
___ Depressed
___ Hiding
___ Homicidal Ideation
___ Angry outbursts

___ Pressured Speech
___ Paranoia
___ Manic Tenancies
___ Tremulousness
___ Shakiness
___ Phobias
___ Panic

___ Impaired Orientation
✓ Cognitive Distortion
___ Minimization
___ Denial
___ Chem. Abuse
___ Delusional
✓ Anxious

___ Hostility
___ Threats
___ Sleeplessness
___ Disorientation
✓ Hallucinating
___ Labile
___ Other: ___

---

**4. Patient response / staff assessment:**

✓ Attentive
___ Sharing
___ Negative

✓ Supportive
___ Intrusive
___ Defensive

___ Guarded
___ Resistant
✓ Positive

___ Drowsy
___ Withdrawn
___ No disclosure

___ Disinterested
___ Attempts to monopolize
___ Receptive to feedback

Pt. affect ↓ depressed today. Participated in Kin activities.
↑ supportive of peers. Reported psychotic episode/hallucinations
earlier in the day & verbalized feeling better. social skills
seem to be improving. Progress noted.

**5. Plan:** Cont. TX

**STAFF SIGNATURE:** _David Jordh TRS_    **DATE:** 8/28/9?

Revised 12/98

# Patient Assessment and Activity Record For 8/29/99

2452115 A P.

MURPHY JEDIDIAH "Jim"
5/24/99
DR ESTABROOK
DOB 3/31/73

## SATURDAY OR SUNDAY

**Hygiene & ADL**
11-7 7-7 7-11
(X) ( ) ( ) Independent

| Hr. / T / P / R / BP |
|---|
| 0843 96⁶ 94 18/136/70 |

**If functioning not independent:**
**Personal Care Provided**
11-7 7-7 7-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

| Hr. / T / P / R / BP |
|---|
| 1350 - 84 18 112/92 |

| Hr. / T / P / R / BP |
|---|
| 18⁰⁰ 76 18 156/96 |

| Hr. / T / P / R / BP |
|---|
| 22⁰⁵ 98 20 150/90 |

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7    7-7    7-11

**Weight:** _____ (M & Th 3-11)

**DX Test/Treatments**

| Test | Time |
|---|---|
| Test | Time |

**Lab Services**
Admit Profile    Drawn    Sent
Blood    ___    ___
Urine    ___    ___
___    ___    ___
___    ___    ___

**Nutritional ( Eating)**
7a 12p 5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
(✓) (✓) ( ) 100%

**Movation Level to Attend Therapy & Activities**
7-7 7-11
( ) ( ) Self motiavted
(✓) ( ) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7 7-7 7-11
( ) ( ) ( ) 1:1*
(✓) (✓) (X) SP I*
(✓) (✓) (X) SP II
( ) ( ) (X) E.P.
( ) ( ) (X) Seizure
(✓) (✓) (X) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7 7-7 7-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( ) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) ( ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) (X) Re-Directing
( ) (X) ( ) Support

**Sleep Pattern**
11-7
8 hours uninterrupted
Out of bed # 2 times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
☐ Patient ☐ Family Significant/Other: _____

**Medication:** _____
☐ Patient ☐ Family Significant/Other: _____

**Disease:** _____
☐ Patient ☐ Family Significant/Other: _____

**Coping Skills:** _____
☐ Patient ☐ Family Significant/Other: _____

**Education Materials:** _____
☐ Patient ☐ Family Significant/Other: _____

Signature & title staff 11-7 _____
Signature & title staff 7-7 _____
Signature & title staff 7-11 _____

---

**Assessment by RN**

**Affect**
11-7 7-7 7-11
( ) ( ) ( ) Bright
( ) (X) ( ) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7 7-7 7-11
( ) (X) ( ) Organized
( ) ( ) ( ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

**Behavior**
11-7 7-7 7-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) (X) ( ) Anxious
( ) (X) ( ) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7 7-7 7-11
( ) ( ) ( ) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7 7-7 7-11
( ) ( ) ( ) Appropriate
( ) (X) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physicial Status**
✓ Abnormal findings*
11-7 7-7 7-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7 7-7 7-11
( ) (X) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) (X) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
( ) ( ) ( ) Alertnss
( ) (X) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7 7-7 7-11
( ) ( ) ( ) Self-Aware
( ) ( ) (X) Denial
( ) ( ) (X) Some Insight

11-7 RN _____    7-7 RN M. Holden RN    7-11 RN _____

Pt. sleeping, unable to assess -LR

9055



# MULTIDISCIPLINARY PROGRESS NOTES

**Glen Oaks Hospital**

NS -Nursing,  ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,   PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Prob. # 1 | MD c̄ Severe hallucination | Prob. # 2 | |
|---|---|---|---|
| Prob. # 3 | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|
| 8/29/99 | 0530 | Nsg | | Remains in room. Resp even + unlabored. No s/sx distress. Lying on bed. Remains on SPII, Detox prec. c̄ Q 15 min. visual. √ 1 o. pt safety. S Rucker |
| 8/29/99 | 0930 | NS | | On SPII & detox c̄ q̄ 15 min checks for safety. Attended goals 0.5 hrs. goal today is to go to visitation & talk to sponsor. Affect flat, anxious, withdrawn depressed, drowsy. — M Holden RN — |
| 8/29/99 | 1350 | NS | | Pt. went into group therapy room; Quickly |
| √/S 11/3/99 | 28 x | 22 | left & paced the hallway. Stby quietly responded & talked c̄ pt. Enc. Verbalization. Pt. presents c̄ flat affect, anxious attitude, wide-eye & states "I'm afraid." Verbal reassurance given & safety & staff remained c̄ pt. as POC contacted & Dr. Now Rx rec'd for pt. hallucinations which was noted & given as ordered. Pt. verbalized that he will stay in the dayroom close to staff for support & he will report A/V hallucinations. Remains on SPII, stby precautions c̄ q15" √ s/sx safety. M. Cunningham CT | | |
| 8/29/99 | 1400 | NS | | Pt. standing in dayroom looking intently at plant. States he hears "Hissing." Verbal reassurance & safety. Will cont. to monitor. Remains on SPII/DTx c̄ q15" |



# MULTIDISCIPLINARY PROGRESS NOTES

**Glen Oaks Hospital**

NS -Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

2452115 AP
MURPHY JEDIDIAH
.,/2.//:
DR ES ABROOK
DOB ::/7:: :

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/29/99 | 1130 | CS | 1 | Group Therapy (1hr): Pt reported extreme anxiety. He is beginning to develope an insight that his hallucinations may be triggered by panic attacks, which appear to be precipitated |
| | 1600 | | | by rage. In Pm session (1hr): Pt discussed his abuse in childhood. He described his father as a violently rageful alcoholic. "I watched him beat my mother every day & then I started having problems being violent. I don't just get angry I explode & want to hurt someone". Pt began to experience extreme anxiety & bolted out of the session. Pat White LMSW-ACP |
| 8/29/99 | 2100 | NSG | 1 | Pt attended 0.5 hr Wrap-up group ... he had x1 Episode of rage ... receiving a phone call that he blue ... to lecture. He states that he was leaving the unit, but too early to director ... by group. He is a staff deal, more deal. He states that he ... in Deep ... he spent he removed SP-2, dental ... & 15 min ... he Pt safety. ... |

ORM #G06065

HEALTH PRINT (800) 692-4423

# Therapeutic Recreation
## Participation
## Record

Glen Oaks Hospital

2-2115 AP
MURPHY JEDIDIAH,
DR E  BR  K
D  S

| Group(s) / Time(s) | | |
|---|---|---|
| ___ Lifestyle Mgt. _____ | ___ Kinetic Group _____ | ___ Rec. Group _____ |

---

**1. How was group focus related to this patient's treatment plan?**

- ✓ Inability to cope
- ✓ Low self esteem
- ✓ Impulsive behavior
- ✓ Poor Social Skills
- ___ Suicidal Ideation's
- ___ Homicidal Ideation's
- ___ Depression

- ___ Aggressive outbursts
- ✓ Difficulties adapting to change
- ___ Inability to express feelings
- ___ Inability maintain sobriety
- ✓ Inability to solve problems
- ___ Abandonment issues
- ✓ Inability to trust others

- ✓ Difficulties making decisions
- ✓ Disordered thought process
- ___ Unable to complete task without assistance
- ___ Inability to concentrate
- ___ Inability to follow instructions
- ___ High level's of anxiety

---

**2. What specific goals were addressed?**

- ___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
- ___ Decrease daily level of anxiety by developing positive coping mechanisms.
- ___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
- ___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
- ___ Make positive statements regarding self & ability to cope with stresses of life.
- ___ Other: _____

- ___ Develop & implement specific coping strategies to resist impulsive urges.
- ___ Interact socially w/out fear or suspicion being reorted.
- ___ Show limited social functioning by responding approp. to friendly encounters.
- ✓ Think more clearly as demonstrated by logical, speech.
- ___ Report diminishing or absence of hallucinations and/or delusions.
- ___ Express, with approp. affect feelings that underlie suicidal ideations.

---

**3. Symptoms Reported and/or observed:**

- ___ Suicidal Ideation
- ___ Somatic complaints
- ✓ Self defeating
- ✓ Depressed
- ✓ Hiding
- ___ Homicidal Ideation
- ✓ Angry outbursts

- ___ Pressured Speech
- ___ Paranoia
- ___ Manic Tendencies
- ___ Tremulousness
- ___ Shakiness
- ___ Phobias
- ___ Panic

- ___ Impaired Orientation
- ___ Cognitive Distortion
- ___ Minimization
- ___ Denial
- ___ Chem. Abuse
- ___ Delusional
- ___ Anxious

- ___ Hostility
- ___ Threats
- ___ Sleeplessness
- ___ Disorientation
- ___ Hallucinating
- ___ Labile
- ___ Other: _____

---

**4. Patient response / staff assessment:**

- ___ Attentive
- ___ Sharing
- ✓ Negative

- ___ Supportive
- ___ Intrusive
- ___ Defensive

- ___ Guarded
- ✓ Resistant
- ___ Positive

- ___ Drowsy
- ___ Withdrawn
- ___ No disclosure

- ___ Disinterested
- ___ Attempts to monopolize
- ___ Receptive to feedback

Pt affect disturbed - Pt active but quick to anger - Pt became agitated/angry during activity - Pt needed prompting to maintain focus/alertness.

**5. Plan:** Cont't TX

**STAFF SIGNATURE:** _____ **DATE:** 8/29/99

Revised 12/98

# Patient Assessment and Activity
## Record For 8 / 30 / 99

2482115 AP

MURPHY JEDIDIAH "Jim"

**Hygiene & ADL**
11-7  7-3  3-11
( )  ( )  ( ) Independent

If functioning not independent:
**Personal Care Provided**
11-7  7-3  3-11
( )  ( )  ( ) Bed Bath
( )  ( )  ( ) Partial Bath
( )  ( )  ( ) Shower
( )  ( )  ( ) A.M. Care
( )  ( )  ( ) P.M. Care

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7         7-3        3-11

**Weight:** _____ (M & Th 3-11)

**Lab Services**
Admit Profile     Drawn    Sent
Blood
Urine

| Hr. / T / P / R / BP |
| 0710  92  104/72 |
| Hr. / T / P / R / BP |
| 1235  88  20  108/82 |
| Hr. / T / P / R / BP |
| 1400  98²  —  20  120/70 |
| Hr. / T / P / R / BP |
| 2000  98  88  20  108/82 |

**DX Test/Treatments**

Test              Time

Test              Time

**Nutritional ( Eating)**
7a  12p  5p
( )  ( )  ( ) Refused Meal
( )  ( )  ( ) 25%
( )  ( )  ( ) 50%
( )  ( )  ( ) 75%
( )  ( )  ( ) 100%

**Movation Level to Attend Therapy & Activities**
7-3  3-11
( )  ( ) Self motiatived
( )  ( ) Needs Reminders
( )  ( ) Frequently Tardy
( )  ( ) Some Refused*
( )  ( ) Refused All*

**Precautions**
11-7  7-3  3-11
( )  ( )  ( ) 1:1*
( )  ( )  ( ) SP I*
( )  ( )  ( ) SP II
( )  ( )  ( ) E.P
( )  ( )  ( ) Seizure
( )  ( )  ( ) Detox
( )  ( )  ( ) R.T.F.
( )  ( )  ( ) Seclusion*
( )  ( )  ( ) Restraints*
* requires progress note for
additional information

**Intervention**
11-7  7-3  3-11
( )  ( )  ( ) Clarification
( )  ( )  ( ) Limit-Setting
( )  ( )  ( ) Confirmation
( )  ( )  ( ) Problem Solving
( )  ( )  ( ) Socialization
( )  ( )  ( ) Role Playing
( )  ( )  ( ) Orientation
( )  ( )  ( ) Activity
( )  ( )  ( ) Education
( )  ( )  ( ) Journaling
( )  ( )  ( ) Re-Directing
( )  ( )  ( ) Support

**Sleep Pattern**
11-7
( )  8  hours uninterrupted
( ) Out of bed # _____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
☐ Patient ☐ Family Significant/Other: _____

**Medication:** _____
☐ Patient ☐ Family Significant/Other: _____

**Disease:** _____
☐ Patient ☐ Family Significant/Other: _____

**Coping Skills:** _____
☐ Patient ☐ Family Significant/Other: _____

**Education Materials:** _____
☐ Patient ☐ Family Significant/Other: _____

Signature & title staff 11-7          Signature & title staff 7-3          Signature & title staff 3-11

---

## Assessment by RN

**Affect**
11-7  7-3  3-11
( )  ( )  ( ) Bright
( )  ( )  ( ) Flat
( )  ( )  ( ) Blunted
( )  ( )  ( ) Hostile
( )  ( )  ( ) Apathetic
( )  ( )  ( ) Restricted

**Thought Process**
11-7  7-3  3-11
( )  ( )  ( ) Organized
( )  ( )  ( ) Preoccupied
( )  ( )  ( ) Disorganized
( )  ( )  ( ) Concrete

**Behavior**
11-7  7-3  3-11
( )  ( )  ( ) Impulsive
( )  ( )  ( ) Agitated
( )  ( )  ( ) Uncooperative
( )  ( )  ( ) Self-Destructive
( )  ( )  ( ) Disorganized
( )  ( )  ( ) Violent
( )  ( )  ( ) Hostile
( )  ( )  ( ) Manipulative
( )  ( )  ( ) Inappropriate
( )  ( )  ( ) Anxious
( )  ( )  ( ) Withdrawn
( )  ( )  ( ) Restless

**Cognition**
11-7  7-3  3-11
( )  ( )  ( ) Oriented x 3
( )  ( )  ( ) Disoriented

**Social**
11-7  7-3  3-11
( )  ( )  ( ) Appropriate
( )  ( )  ( ) Withdrawn
( )  ( )  ( ) Attention Seeking
( )  ( )  ( ) Manipulative
( )  ( )  ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7  7-3  3-11
( )  ( )  ( ) Skin
( )  ( )  ( ) Neuro-Muscular
( )  ( )  ( ) Cardio-Vascular
( )  ( )  ( ) Respiratory
( )  ( )  ( ) Gastrointestinal
( )  ( )  ( ) Genitourinary
( )  ( )  ( ) Seeks Meds
( )  ( )  ( ) Somatic Complaints

**Mood**
11-7  7-3  3-11
( )  ( )  ( ) Depressed
( )  ( )  ( ) Elated
( )  ( )  ( ) Irritable
( )  ( )  ( ) Anxious
( )  ( )  ( ) Angry
( )  ( )  ( ) Guilty

**Alertness**
11-7  7-3  3-11
( )  ( )  ( ) Alertness
( )  ( )  ( ) Slight Drowsy
( )  ( )  ( ) Lethargic
( )  ( )  ( ) Hyper-Alert

**Insight**
11-7  7-3  3-11
( )  ( )  ( ) Self-Aware
( )  ( )  ( ) Denial
( )  ( )  ( ) Some Insight

11-7 RN          7-3 RN          3-11 RN

FORM # 008005          HEALTH PRINT (800) 692-4623



# MULTIDISCIPLINARY PROGRESS NOTES

Glen Oaks Hospital

NS -Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

Prob. #1: D single episode severe c̄ Hallucinations
Prob. #2:
Prob. #3:
Prob. #4:

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 1/30/09 | 0600 | NSG | 1 | Pt up, received in bed asleep c̄ lg. breathing. Pt denies respirations. He remains O SP-L detox precaution c̄ 15 min. observe. fu Pt ____ ____ |
| 1/30/09 | 0915 | NSG | | Attended Goals Group x 0.5hr. Says he needs to share. C/o being tired. Goal is to not have any panic attacks. Plan is to talk c̄ Staff when he feels that the attacks are about to happen. Denies hearing any voices now. Pt is in Student he is hearing voices & speaking hissing. Life group Says he could not tolerate the subjects being discussed. Dr. Estabrook notified ____ |
| 1/30/09 | 1130 | CS | 1 | Group Therapy (lhr): Pt attempted to process his anger from yesterday but tended to deny the emotion. Began to be anxious then left the group due to hallucinations in response to a female pt describing being abused. Pt White LMSW ACP |
| | 1600 | | | In am session (1hr): Pt stated he can't tolerate discussions of child abuse, & got too angry. Pt ran from group, screaming, "perverts." Pt White LMSW ACP |



# MULTIDISCIPLINARY
## PROGRESS NOTES

**Glen Oaks**
**Hospital**

NS -Nursing, ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

2432115 AP

MURPHY JEDIDIAH

DR ESTABROOK
DOB

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/30/09 | 11:30 | Nsg | | MD Estabrook here - pt c̄ MD to discuss feeling caused by group session. Post group pt very isolative & tearful. Remains on SPII. Detox prec. c̄ Q 15min visual v/s for pt safety. ————— Roachaune |
| 8/30/09 | 21:00 | Nsg | | Pt participated in & attended 0.5 hr wrap up therapy. Remains m SPII. Detox prec c̄ Q 15 min visual v/s for pt safety. ————— Roachaune |

HEALTH PRINT (800) 692-4823

# Patient Assessment and Activity
## Record For ___8/31/99___

242115 AP
MURPHY JEDIDIAH
DR E. ...BROOK

**Hygiene & ADL**
11-7  7-3  3-11
( ) (✓) (✓) Independent

| Hr. | / | T | / | P | / | R | / | BP |
|-----|---|---|---|---|---|---|---|-----|
| 09.00 97 | 92 | 20 | | | 134 |

If functioning not independent:
**Personal Care Provided**
11-7  7-3  3-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

| Hr. | / | T | / | P | / | R | / | BP |
|-----|---|---|---|---|---|---|---|-----|
| 1740 | 92 | 20 | | | 112/66 |
| 1600 | 92 | 93 | 20 | 190 |
| 2000 | 92 | 90 | 18 | 101/64 |

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7      7-3      3-11

**Weight:** _____ (M & Th 3-11)

**Lab Services**
| | Drawn | Sent |
|-|-------|------|
| Admit Profile | | |
| Blood | | |
| Urine | | |
| | | |
| | | |

DX Test/Treatments

| Test | Time |
|------|------|
| | |

| Test | Time |
|------|------|

**Nutritional ( Eating)**
7a 12p 5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
(✓) (✓) ( ) 75%
(✓) (✓) ( ) 100%

**Movation Level to Attend Therapy & Activities**
7-3 3-11
( ) ( ) Self motiatived
( ) (✓) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7 7-3 3-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
(✓) ( ) (✓) SP II
( ) ( ) ( ) E.P
( ) ( ) ( ) Seizure
(✓) ( ) (✓) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7  7-3  3-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) (✓) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) (✓) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
( ) ( ) (✓) Support

**Sleep Pattern**
11-7
(✓) ____6____ hours uninterrupted
( ) Out of bed # _____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
☐ Patient ☐ Family Significant/Other: _____

**Medication:** _____
☐ Patient ☐ Family Significant/Other: _____

**Disease:** _____
☐ Patient ☐ Family Significant/Other: _____

**Coping Skills:** _____
☐ Patient ☐ Family Significant/Other: _____

**Education Materials:** _____
☐ Patient ☐ Family Significant/Other: _____

| Signature & title staff 11-7 | Signature & title staff 7-3 | Signature & title staff 3-11 |
|------------------------------|------------------------------|------------------------------|

## Assessment by RN

**Behavior** ✓ appropriate
**Affect**
11-7  7-3  3-11
(✓) (✓) ( ) Bright
( ) ( ) (✓) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7  7-3  3-11
(✓) (✓) ( ) Organized
( ) ( ) (✓) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

11-7 RN _____
7-3 RN _____

**Behavior**
11-7  7-3  3-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) (✓) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) (✓) Inappropriate
( ) ( ) ( ) Anxious
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7  7-3  3-11
(✓) ( ) (✓) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7  7-3/3-11
(✓) ( ) (✓) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7  7-3  3-11
(✓) ( ) ( ) Skin /Eyes
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7  7-3  3-11
( ) ( ) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
(✓) (✓) (✓) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
(✓) ( ) (✓) Alertness
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7  7-3  3-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial-
( ) (✓) (✓) Some Insight

3-11 RN M Cunningham

FORM #G08005                                                    HEALTH PRINT (800) 692-4623

2432115 AP
MURPHY JEDIDIAH
3/24/77
DR ESTABROOK
DOB 3/3/77



**Therapeutic Recreation**
**Participation**
**Record**
*Glen Oaks Hospital*

*Kem Murphy*

| | Group(s) / Time(s) |
|---|---|
| ✓ Lifestyle Mgt. | ___ Kinetic Group | ___ Rec. Group |

## 1. How was group focus related to this patient's treatment plan?

- ✓ Inability to cope
- ✓ Low self esteem
- ✓ Impulsive behavior
- ✓ Poor Social Skills
- ___ Suicidal Ideation's
- ___ Homicidal Ideation's
- ___ Depression

- ___ Aggressive outbursts
- ✓ Difficulties adapting to change
- ✓ Inability to express feelings
- ___ Inability maintain sobriety
- ✓ Inability to solve problems
- ___ Abandonment issues
- ✓ Inability to trust others

- ✓ Difficulties making decisions
- ✓ Disordered thought process
- ___ Unable to complete task without assistance
- ___ Inability to concentrate
- ___ Inability to follow instructions
- ___ High level's of anxiety

## 2. What specific goals were addressed?

- ___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
- ___ Decrease daily level of anxiety by developing positive coping mechanisms.
- ___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
- ___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
- ___ Make positive statements regarding self & ability to cope with stresses of life.
- ___ Other: _____

- ___ Develop & implement specific coping strategies to resist impulsive urges.
- ✓ Interact socially w/out fear or suspicion being reorted.
- ___ Show limited social functioning by responding approp. to friendly encounters.
- ✓ Think more clearly as demonstrated by logical speech.
- ___ Report diminishing or absence of hallucinations and/or delusions.
- ___ Express, with approp. affect feelings that underlie suicidal ideations.

## 3. Symptoms Reported and/or observed:

- ___ Suicidal Ideation
- ___ Somatic complaints
- ✓ Self defeating
- ✓ Depressed
- ___ Hiding
- ___ Homicidal Ideation
- ___ Angry outbursts

- ___ Pressured Speech
- ___ Paranoia
- ___ Manic Tendencies
- ___ Tremulousness
- ___ Shakiness
- ___ Phobias
- ___ Panic

- ___ Impaired Orientation
- ___ Cognitive Distortion
- ___ Minimization
- ___ Denial
- ___ Chem. Abuse
- ___ Delusional
- ___ Anxious

- ___ Hostility
- ___ Threats
- ___ Sleeplessness
- ___ Disorientation
- ___ Hallucinating
- ___ Labile
- ___ Other: _____

## 4. Patient response / staff assessment:

- ___ Attentive
- ___ Sharing
- ✓ Negative

- ___ Supportive
- ___ Intrusive
- ___ Defensive

- ✓ Guarded
- ___ Resistant
- ___ Positive

- ___ Drowsy
- ___ Withdrawn
- ___ No disclosure

- ___ Disinterested
- ___ Attempts to monopolize
- ✓ Receptive to feedback

*Pt affect flat - Pt depressed + extremely guarded — Pt states that he is afraid to get angry + discuss sexual abuse c group therapist - Pt states that he continues to hallucinate Pt*

## 5. Plan: *Con't Pt ∅.*

**STAFF SIGNATURE:** _____  **DATE:** 8/30/95

FORM #G01025   Revised 12/98

# MULTIDISCIPLINARY
# PROGRESS NOTES

NS - Nursing,  ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

Glen Oaks
Hospital

| Prob. # 1 Psychotic Indications | Prob. # 2 |
| Prob. # 3 | Prob. #4 |

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|

**Medication PRN Notes:** Patient Name _Jedidiah Murphy_

_Natural Tears_ ___ was given at _8/31_ _0010_
(Medication, Dosage and Route) ____ (Date / Time)

Patient Education: _don't pt to let staff know if the drops do_

Cooperation in Taking Meds: ☒ Totally Cooperative ☐ Required Verbal Persuasion _not help_

☐ Other _Requested for dry eyes_

Behaviors/Symptoms Being Treated _eye irritation_

_↑ redness_ ___ Given By _Tylan_

Patients Response _↓ redness_

___ _K Lonien LVN_ _8/31/99_ _0020_
(Nurse Signature) ____ (Date / Time)

| 99 | 0515 | Nsg | Pt has rested well for remainder of shift. Eyes closed. Resp. easy / unlabored. No further c/o eye irritation. Pt remains on detox + Sp # c q 15 minute safety checks. No signs / symptoms of detox present ⊝ ___ |
| 1/99 | 0915 | HSC | Attended Boat Group x 0.5 hr. Sara he is nervous about dealing c his past. Able to open up in group + stay in group. Plan is to accept support from peers. ___ |
| 1/31/? | 1200 | Dewey | pt did not attend Lf (breakfast) Grp stats. That he is having juices noday. pt remained in bed c pillow over ears thru lunch time. _SB___ |

24 2115 AP
MURPHY JEDIDIAH
5/24/99
DR. ESTABROOK
DOB 3/13/77



**Glen Oaks
Hospital**

# MULTIDISCIPLINARY
## PROGRESS NOTES

NS -Nursing,  ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 8/31/99 | 1600 | CS | 1 | Group Therapy (1hr): Pt very tearful & upset about the increased intensity & frequency of his auditory hallucinations. Pt stated, "if this is how I'm going to have to live, I don't want to live." — Pat White LMSW SCP |
| 8/31/99 | 2000 | NS | | Attended wrap up 0.5 hrs. States "I'm depressed & confused." (5 on depression) Pt le. Reassurance & Safety on Unit. Remains on SI-II Ptx c̄ Q 15" √'s for safety. — M. Cunningham RN |



Glen Oaks Hospital

## Therapeutic Recreation Participation Record

MURPHY JEDIDIAH
DR ESTABROOK

| Group(s) / Time(s) | | |
|---|---|---|
| ✓ Lifestyle Mgt. ___ | ___ Kinetic Group ___ | ___ Rec. Group ___ |

### 1. How was group focus related to this patient's treatment plan?

- ✓ Inability to cope
- ✓ Low self esteem
- ✓ Impulsive behavior
- ✓ Poor Social Skills
- ___ Suicidal Ideation's
- ___ Homicidal Ideation's
- ___ Depression

- ___ Aggressive outbursts
- ✓ Difficulties adapting to change
- ✓ Inability to express feelings
- ___ Inability maintain sobriety
- ✓ Inability to solve problems
- ___ Abandonment issues
- ✓ Inability to trust others

- ✓ Difficulties making decisions
- ✓ Disordered thought process
- ___ Unable to complete task without assistance
- ___ Inability to concentrate
- ___ Inability to follow instructions
- ___ High level's of anxiety

### 2. What specific goals were addressed?

- ___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
- ___ Decrease daily level of anxiety by developing positive coping mechanisms.
- ___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
- ___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
- ___ Make positive statements regarding self & ability to cope with stresses of life.
- ___ Other: _____

- ___ Develop & implement specific coping strategies to resist impulsive urges.
- ___ Interact socially w/out fear or suspicion being reorted.
- ___ Show limited social functioning by responding approp. to friendly encounters.
- ✓ Think more clearly as demonstrated by logical, speech.
- ___ Report diminishing or absence of hallucinations and/or delusions.
- ___ Express, with approp. affect feelings that underlie suicidal ideations.

### 3. Symptoms Reported and/or observed:

- ___ Suicidal Ideation
- ___ Somatic complaints
- ___ Self defeating
- ✓ Depressed
- ___ Hiding
- ___ Homicidal Ideation
- ___ Angry outbursts

- ___ Pressured Speech
- ___ Paranoia
- ___ Manic Tendencies
- ___ Tremulousness
- ___ Shakiness
- ___ Phobias
- ___ Panic

- ___ Impaired Orientation
- ___ Cognitive Distortion
- ___ Minimization
- ___ Denial
- ___ Chem. Abuse
- ___ Delusional
- ___ Anxious

- ___ Hostility
- ___ Threats
- ___ Sleeplessness
- ___ Disorientation
- ___ Hallucinating
- ___ Labile
- ___ Other: _____

### 4. Patient response / staff assessment:

- ✓ Attentive
- ___ Sharing
- ___ Negative

- ___ Supportive
- ___ Intrusive
- ___ Defensive

- ✓ Guarded
- ✓ Resistant
- ___ Positive

- ___ Drowsy
- ___ Withdrawn
- ___ No disclosure

- ___ Disinterested
- ___ Attempts to monopolize
- ✓ Receptive to feedback

Pt labeled affect - Pt continue but continues to be depressed
wessohrt - Pt needs prompting/redirection to maintain
alertness/attention - Pt won't to be guarded - States
that he is scared to get angry —

### 5. Plan: Con't gr Tx.

STAFF SIGNATURE: _____  DATE: 8/31/93

FORM #001305   Revised 12/98



Glen Oaks Hospital

2432115 AP

MURPHY JEDIDIAH
DR ESTABROOK
038

## Therapeutic Recreation Participation Record

**Group(s) / Time(s)**

___ Lifestyle Mgt. _____   ___ Kinetic Group   **6~7**   ___ Rec. Group _____

---

### 1. How was group focus related to this patient's treatment plan?

✓ Inability to cope
✓ Low self esteem
✓ Impulsive behavior
✓ Poor Social Skills
___ Suicidal Ideation's
___ Homicidal Ideation's
___ Depression

___ Aggressive outbursts
✓ Difficulties adapting to change
✓ Inability to express feelings
___ Inability maintain sobriety
✓ Inability to solve problems
✓ Abandonment issues
✓ Inability to trust others

✓ Difficulties making decisions
✓ Disordered thought process
___ Unable to complete task
   without assistance
___ Inability to concentrate
___ Inability to follow instructions
___ High level's of anxiety

---

### 2. What specific goals were addressed?

___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
___ Decrease daily level of anxiety by developing positive coping mechanisms.
___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
___ Make positive statements regarding self & ability to cope with stresses of life.
___ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
✓ Think more clearly as demonstrated by logical, speech.
___ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

---

### 3. Symptoms Reported and/or observed:

___ Suicidal Ideation
✓ Somatic complaints
___ Self defeating
___ Depressed
___ Hiding
___ Homicidal Ideation
___ Angry outbursts

___ Pressured Speech
___ Paranoia
___ Manic Tendencies
___ Tremulousness
___ Shakiness
___ Phobias
___ Panic

___ Impaired Orientation
___ Cognitive Distortion
___ Minimization
___ Denial
___ Chem. Abuse
___ Delusional
✓ Anxious

___ Hostility
___ Threats
___ Sleeplessness
___ Disorientation
___ Hallucinating
___ Labile
___ Other: _____

---

### 4. Patient response / staff assessment:

✓ Attentive
___ Sharing
___ Negative

✓ Supportive
___ Intrusive
___ Defensive

___ Guarded
___ Resistant
✓ Positive

___ Drowsy
___ Withdrawn
___ No disclosure

___ Disinterested
___ Attempts to monopolize
✓ Receptive to feedback

Pt. affect ↓ depressed today. c/o back hurting, but otherwise attitude was a otherwise positive. Supportive of peers in group. Conversation appropriate. Progress noted.

---

### 5. Plan: Cont TX

**STAFF SIGNATURE:** David Ford TRS     **DATE:** 9/1/99

Revised 12/98

# Patient Assessment and Activity
## Record For ___9/01/99___

MURPHY JEDIDIAH "Jim"
15/24/99
DR ESTABROOK
DOB 3/13/77

**Hygiene & ADL**
11-7  7-3  3-11
( ) ( ) ( ) Independent

08409.3 80 18 102/70
Hr. / T / P / R / BP

**If functioning not independent:**
**Personal Care Provided**
11-7  7-3  3-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

08:20  80  118/80
Hr. / T / P / R / BP

1600  refused
Hr. / T / P / R / BP

2000

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7    7-3    3-11

**DX Test/Treatments**

Test _____ Time _____

Test _____ Time _____

**Weight:** _____ (M & Th 3-11)

**Lab Services**
Admit Profile  Drawn  Sent
Blood  _____  _____
Urine  _____  _____
_____  _____  _____
_____  _____  _____

**Nutritional ( Eating)**
7a  12p  5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
( ) (✓) ( ) 100%

**Movation Level to Attend Therapy & Activities**
7-3  3-11
( ) (✓) ( ) Self motiatved
( ) ( ) ( ) Needs Reminders
( ) ( ) ( ) Frequently Tardy
( ) ( ) ( ) Some Refused*
( ) ( ) ( ) Refused All*

**Precautions**
11-7  7-3  3-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
( ) ( ) (✓) SP II
( ) ( ) ( ) E.P
( ) ( ) (✓) Seizure
( ) ( ) (✓) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7  7-3  3-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) (✓) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) (✓) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
( ) ( ) (✓) Support

**Sleep Pattern**
11-7
(✓) __7__ hours uninterrupted
(✓) Out of bed # __0__ times
( ) Difficulity Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
□ Patient □ Family Significant/Other: _____

**Medication:** _____
□ Patient □ Family Significant/Other: _____

**Disease:** _____
□ Patient □ Family Significant/Other: _____

**Coping Skills:** _____
□ Patient □ Family Significant/Other: _____

**Education Materials:** _____
□ Patient □ Family Significant/Other: _____

_____  _____  _____
Signature & title staff 11-7    Signature & title staff 7-3    Signature & title staff 3-11

| **Assessment by RN** | **Behavior** 11-7 7-3 3-11 | | **Social** 11-7 7-3 3-11 | | **Mood** 11-7 7-3 3-11 | |
|---|---|---|---|---|---|---|
| **Affect** 11-7 7-3 3-11 | ( ) ( ) ( ) Impulsive | | ( ) ( ) ( ) Appropriate | | ( ) ( ) ( ) Depressed | |
| ( ) ( ) ( ) Bright | ( ) ( ) ( ) Agitated | | ( ) (✓) ( ) Withdrawn | | ( ) ( ) ( ) Elated | |
| ( ) (✓) (✓) Flat | ( ) ( ) ( ) Uncooperative | | ( ) ( ) ( ) Attention Seeking | | ( ) ( ) ( ) Irritable | |
| ( ) ( ) ( ) Blunted | ( ) ( ) ( ) Self-Destructive | | ( ) ( ) ( ) Manipulative | | ( ) (✓) (✓) Anxious | |
| ( ) ( ) ( ) Hostile | ( ) ( ) ( ) Disorganized | | ( ) ( ) ( ) Reclusive | | ( ) ( ) ( ) Angry | |
| ( ) ( ) ( ) Apathetic | ( ) ( ) ( ) Violent | | **Physical Status** | | ( ) ( ) ( ) Guilty | |
| ( ) ( ) ( ) Restricted | ( ) ( ) ( ) Hostile | | ✓ Abnormal findings* | | **Alertness** | |
| **Thought Process** 11-7 7-3 3-11 | ( ) ( ) ( ) Manipulative | | 11-7 7-3 3-11 | | ( ) (✓) ( ) Alertnss | |
| ( ) (✓) ( ) Organized | ( ) (✓) (✓) Anxious | | ( ) ( ) ( ) Skin | | ( ) ( ) ( ) Slight Drowsy | |
| ( ) ( ) (✓) Preoccupied | ( ) ( ) ( ) Withdrawn | | ( ) ( ) ( ) Neuro-Muscular | | ( ) ( ) ( ) Lethargic | |
| ( ) ( ) ( ) Disorganized | ( ) (✓) ( ) Restless | | ( ) ( ) ( ) Cardio-Vascular | | ( ) ( ) ( ) Hyper-Alert | |
| ( ) ( ) ( ) Concrete | **Cognition** 11-7 7-3 3-11 | | ( ) ( ) ( ) Respiratory | | **Insight** 11-7 7-3 3-11 | |
| | ( ) ( ) (✓) Oriented x 3 | | ( ) ( ) ( ) Gastrointestinal | | ( ) ( ) ( ) Self-Aware | |
| | ( ) ( ) ( ) Disoriented | | ( ) ( ) ( ) Genitourinary | | ( ) ( ) ( ) Denial | |
| | | | ( ) ( ) ( ) Seeks Meds | | ( ) ( ) (✓) Some Insight | |
| | | | ( ) ( ) ( ) Somatic Complaints | | | |

11-7 RN  K. Denley RN    7-3 RN  J Cook    3-11 RN  M Cunningham RN

FORM #G08005

HEALTH PRINT (800) 692-4623

# MULTIDISCIPLINARY
# PROGRESS NOTES

Glen Oaks
Hospital

NS - Nursing, ED - Teacher/Aide, PA - Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| # 1 | Psychotic Indications | Prob. # 2 |
| Prob. # 3 | | Prob. #4 |

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 9/1/99 | 0558 | NS | | Laying on bed c̄ eyes closed. Resp. even t̄ unlabored @ this time. Remain on SPII, DTX + Q15min Visual Safety Checks K Derly RN |
| 7/1/99 | 0930 | NSC | | Attended Goals Groups x 0.5hr. Says he is fine c/o medication making him feeling slow & "funny". Doc'd is to talk to the doctor to get his medication straight. Plans to tell staff whats going on c̄ him. J Curtis |
| 9/1/99 | 1130 | CS | 1 | Group Therapy (ibt): Pt stated that he has no control of his anger. Shortly afterward, Pt began to having visual hallucinations & increasing auditory hallucinations. Pt will continue ____ |
| 7/1/99 | 210 | NS | | Attended Wrap Group x 0.5 hr. Q15" visual checks for SPII / Detox continue. Had birthday cake to pleese ____ RN |

# Patient Assessment and Activity Record For _____ 9102 199 _____

MURPHY JEDIDIAH

DR ESCARRIK
DJ3

## Hygiene & ADL
11-7 7-3 3-11
(✓) (✓) ( ) Independent     0725 98.4 88 20 114/22

Hr. / T / P / R / BP

**If functioning not independent:**
**Personal Care Provided**
11-7 7-3 3-11
( ) ( ) ( ) Bed Bath     1200  80 20     114
( ) ( ) ( ) Partial Bath   Hr. / T / P / R / BP
( ) ( ) ( ) Shower      1600   918 82 20  1011/90
( ) ( ) ( ) A.M. Care    Hr. / T / P / R / BP
( ) ( ) ( ) P.M. Care    2000   84 20 11/90

**Elimination**
Incont. = I, Void = V, Stool = BM   DX Test/Treatments
  11-7      7-3      3-11

**Weight:** _____ (M & Th 3-11)

| Test | Time |
|---|---|
| | |
| Test | Time |
| | |

**Lab Services**
| | Drawn | Sent |
|---|---|---|
| Admit Profile | | |
| Blood | | |
| Urine | | |

**Nutritional ( Eating)**
7a 12p 5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
(✓) ( ) ( ) 75%
(✓) ( ) ( ) 100%

**Movement Level to Attend Therapy & Activities**
11-7 7-3 3-11
( ) ( ) (✓) Self motiatived
( ) (✓) ( ) Needs Reminders
( ) ( ) ( ) Frequently Tardy
( ) ( ) ( ) Some Refused*
( ) ( ) ( ) Refused All*

**Precautions**
11-7 7-3 3-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
(✓) ( ) (✓) SP II
( ) ( ) ( ) E.P
( ) ( ) (✓) Seizure
(✓) ( ) (✓) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7 7-3 3-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) (✓) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) (✓) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
(✓) (✓) (✓) Support

**Sleep Pattern**
11-7
(✓) _____ y 6 hours uninterrupted
( ) Out of bed # ___ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
❏ Patient ❏ Family Significant/Other: _____

**Medication:** _____
❏ Patient ❏ Family Significant/Other: _____

**Disease:** _____
❏ Patient ❏ Family Significant/Other: _____

**Coping Skills:** _____
❏ Patient ❏ Family Significant/Other: _____

**Education Materials:** _____
❏ Patient ❏ Family Significant/Other: _____

| Signature & title staff 11-7 | Signature & title staff 7-3 | Signature & title staff 3-11 |
|---|---|---|

---

## Assessment by RN

**Affect**
11-7 7-3 3-11
( ) ( ) ( ) Bright
( ) (✓) (✓) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7 7-3 3-11
( ) ( ) ( ) Organized
( ) (✓) (✓) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete
( ) ( ) ( )

**Behavior**
11-7 7-3 3-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( ) ( ) Anxious
( ) ( ) (✓) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7 7-3 3-11
( ) ( ) (✓) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7 7-3 3-11
( ) ( ) ( ) Appropriate
( ) (✓) (✓) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7 7-3 3-11
(✓) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7 7-3 3-11
( ) ( ) (✓) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) ( ) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
(✓) ( ) (✓) Alertness
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7 7-3 3-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( ) (✓) Some Insight

11-7 RN _A. Bell RN_     7-3 RN _Sconan_     3-11 RN _M Cunningham_

# MULTIDISCIPLINARY PROGRESS NOTES

Glen Oaks Hospital

NS - Nursing, ED - Teacher/Aide, PA - Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

| Prob. #1 | Psychotic - Indications | Prob. # 2 | |
| Prob. # 3 | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 9/2 | 5:00 | NS | | Slept soundly ē distress, resp. even, un laboured, cont. SPII precautions ē Detox protocal and Q15 (visual exams. R. Bell RN |
| 9/2/99 | 1130 | NSG | | Very Depressed and irritable today. Continues to c/o Hearing voices throughout the Day and a night. Has presented as a Different personality during the Day going by the name of Taylor. Attended goals group x .5 hours, states that he feels that He is Being Beaten ↑ by a baseball bat, goal to talk to the Doctor About His Diagnosis. Much Support and attention given. Continues on SPII ē QIT minute ✓ for pt Safety. ————— Sherman |
| 9/2/99 | 1130 | CS | 1 | Group Therapy (1 hr.). Pt stated that he has a personality named, "TAYLAR", who is "my protector. All he knows is anger & violence. He is telling me not to listen to you or the doctor. He is getting louder & I'm afraid something bad is going to happen". Pt left the group for a time "to keep from hurting anyone." Pat White LMSW-ACP |
| | 1600 | | | In pm session (1 hr.). Pt left because of surging anger, "I'm afraid somebody will get hurt." Pat White LMSW-ACP |

# MULTIDISCIPLINARY PROGRESS NOTES

**Glen Oaks Hospital**

NS -Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

MURPHY JEDIDIAH
DR ESTABROOK

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 9/2/99 | 1300 | NSG | | Pt Come out of group room, Kicked the trash can And Punched the wall. Walking Down the Hall to his Room, Staff intervened And asked the pt to Stop, And come back to the Day room, pt immediatly turned And yelled make me come back, Staff member went Down the hall to talk c the pt. Pt charged the staff member swinging violently attempting to strike staff. Pt placed in Basket Hold And Assisted to the ground. Threatening to kill staff During in- cident. Pt calmed Down, And Agreed to walk to the Quiet Room, States that He has no Re- Membrance of incident, States He Woke ↑ And was on the floor. Order Received from Dr. Silos for Ativan 2mg PO x1 for Agitation. Sitting Sitting in Open Quiet Room on RBS, Calm Demeanor ā Present. Will Continue States that Taylor made Him Do it. Will Continue to Monitor. ~~~~~~~~~~ |
| 9/2/99 | 2100 | NS | | Attended wrap-up 0.5 hrs. Interacting appropriately. Remains on SPH/DNW ē Q15' for Safety. M. Cunningham ev |
| 9/2/99 | 2200 | NS | | Pt. c/o ® knee discomfort + sm. laceration by Eye: Assessed by med NS & RN - POC notified & Rx for med. Consult obtained by Pt. Informed. Ice pak offered + accepted by... |

FORM #G06063



# MULTIDISCIPLINARY
# PROGRESS NOTES

len Oaks
Hospital

NS - Nursing,  ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Date | Time | Dept. | Prob. |
|------|------|-------|-------|

**Medication PRN Notes:** Patient Name _Jim Murphy_
_Loxitane 10 mg PO_ ____ **was given at** _9-3-99 1500_
    (Medication, Dosage and Route)                 (Date / Time)

Patient Education: _____

Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☐ Other _____

Behaviors/Symptoms Being Treated: _Severe agitation, pushing_
_trash cans, hitting at staff._ **Given By** _S. Lister Ln_

Patients Response _It calmed down_
_____ _S. Lister Ln  9-3-99 - 1700_
              (Nurse Signature)           (Date / Time)

**Medication PRN Notes:** Patient Name _Jim Murphy_
_Ativan 1 mg PO X 1_ ____ **was given at** _9-3-99 1500_
    (Medication, Dosage and Route)                 (Date / Time)

Patient Education: _____

Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☐ Other _____

Behaviors/Symptoms Being Treated: _Severe agitation,_
_at was trying to hit staff_ **Given By** _S. Lister Ln_

Patients Response _It calmed down states I don't_
_Remember what_ _S. Lister Ln  9-3-99 - 1700_
_happen i-_
              (Nurse Signature)           (Date / Time)

MURPHY, JEDIDIAH
DR. ESTABROOK



# Therapeutic Recreation Participation Record

_Leon Murphy_

## Group(s) / Time(s)

✓ Lifestyle Mgt. _12⁵-3⁵_    ___ Kinetic Group _____    ___ Rec. Group _____
_4⁰°-8⁰°_                    _____                       _____

---

### How was group focus related to this patient's treatment plan?

__ Inability to cope
__ Low self esteem
__ Impulsive behavior
__ Poor Social Skills
__ Suicidal Ideation's
__ Homicidal Ideation's
__ Depression

__ Aggressive outbursts
__ Difficulties adapting to change
__ Inability to express feelings
__ Inability maintain sobriety
__ Inability to solve problems
__ Abandonment issues
__ Inability to trust others

__ Difficulties making decisions
__ Disordered thought process
__ Unable to complete task
    without assistance
__ Inability to concentrate
__ Inability to follow instructions
__ High level's of anxiety

---

### What specific goals were addressed?

__ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
__ Decrease daily level of anxiety by developing positive coping mechanisms.
__ Identify potential relapse triggers & develop strategies of dealing with each trigger.
__ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
__ Make positive statements regarding self & ability to cope with stresses of life.
__ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
___ Think more clearly as demonstrated by logical, speech.
___ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

---

### 3. Symptoms Reported and/or observed:

__ Suicidal Ideation
__ Somatic complaints
__ Self defeating
✓ Depressed
__ Hiding
__ Homicidal Ideation
__ Angry outbursts

__ Pressured Speech
__ Paranoia
__ Manic Tendencies
__ Tremulousness
__ Shakiness
__ Phobias
__ Panic

__ Impaired Orientation
__ Cognitive Distortion
__ Minimization
__ Denial
__ Chem. Abuse
__ Delusional
✓ Anxious

__ Hostility
__ Threats
__ Sleeplessness
__ Disorientation
__ Hallucinating
__ Labile
__ Other: _____

---

### 4. Patient response / staff assessment:

__ Attentive
__ Sharing
✓ Negative

__ Supportive
__ Intrusive
__ Defensive

✓ Guarded
✓ Resistant
__ Positive

__ Drowsy
__ Withdrawn
__ No disclosure

__ Disinterested
__ Attempts to monopolize
✓ Receptive to feedback

Pt affect disturbed— Pt anxious & agitated ▪ directed prompting
& redirection to maintain attention & calmness —
Pt no[?] risk to harm self/others

---

### 5. Plan: _Cont ↓ Tx_

STAFF SIGNATURE: _[signature]_    DATE: _9/2/99_

# Patient Assessment and Activity Record For __9__ / __4__ / __99__

MURPHY JEDIDIAH JR
5/24/77
DR ESTABROOK
003

## SATURDAY OR SUNDAY

**Hygiene & ADL**
11-7 7-7 7-11
( ✓ ) ( ) ( ✓ ) Independent

0925 98³ 62 20 134/72
Hr. / T / P / R / BP

1500 - 104 20 120/84
Hr. / T / P / R / BP

Hr. / T / P / R / BP

**If functioning not independent:**
**Personal Care Provided**
11-7 7-7 7-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7 _____ 7-7 _____ 7-11 _____

**Weight:** _____ (M & Th 3-11)

**Lab Services**
Admit Profile    Drawn    Sent
Blood            _____    _____
Urine            _____    _____

**DX Test/Treatments**

Test _____ Time _____

Test _____ Time _____

**Nutritional ( Eating)**
7a  12p  5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
( ✓ ) ( ✓ ) ( ✓ ) 100%

**Movation Level to Attend Therapy & Activities**
7-7 7-11
( ) ( ) Self motiatved
( ✓ ) ( ✓ ) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7 7-7 7-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
( ✗ ) ( ✓ ) ( ✓ ) SP II
( ) ( ) ( ) E.P
( ) ( ) ( ✓ ) Seizure
( ) ( ✓ ) ( ✓ ) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7 7-7 7-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( ✓ ) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) ( ✓ ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
( ) ( ✓ ) ( ) Support

**Sleep Pattern**
11-7
( ) _____ hours uninterrupted
( ) Out of bed # _____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
❏ Patient ❏ Family Significant/Other: _____

**Medication:** _____
❏ Patient ❏ Family Significant/Other: _____

**Disease:** _____
❏ Patient ❏ Family Significant/Other: _____

**Coping Skills:** _____
❏ Patient ❏ Family Significant/Other: _____

**Education Materials:** _____
❏ Patient ❏ Family Significant/Other: _____

Signature & title staff 11-7 _____   Signature & title staff 7-7 _____   Signature & title staff 7-11 _____

---

### Assessment by RN

**Affect**
11-7 7-7 7-11
( ) ( ) ( ) Bright
( ) ( ✓ ) ( ✓ ) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7 7-7 7-11
( ) ( ✗ ) ( ) Organized
( ) ( ) ( ✓ ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

**Behavior**
11-7 7-7 7-11
( ) ( ✓ ) ( ✓ ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( ✗ ) ( ) Anxious
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7 7-7 7-11
( ) ( ✓ ) ( ✓ ) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7 7-7 7-11
( ) ( ) ( ) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ✓ ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7 7-7 7-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7 7-7 7-11
( ) ( ) ( ✓ ) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) ( ✗ ) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
11-7 7-7 7-11
( ) ( ✗ ) ( ✓ ) Alertness
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7 7-7 7-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( ) ( ) Some Insight

11-7 RN _R. Bell, RN_   7-7 RN _Mordecai RN_   7-11 RN _M Cunningham, RN_

**MULTIDISCIPLINARY PROGRESS NOTES**

len Oaks Hospital

NS -Nursing, ED - Teacher/Aide, PA- Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

rob. # 1  Psychotic Ideation          Prob. # 2

rob. # 3                              Prob. #4

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 1/4 | 5:20 | N.S. | | Pt- sleeping soundly, no distress cont- SPII s̄ Precautions and Detox c̄ Q15' visual checks. No problems or changes noted. R. Bell RN |
| 4/4? | 0900 | NS | | Per SPII & Detox c̄ q̄ 15 min checks for safety. Attended goals group 0.5 hrs. goal today is to talk to female peer & work on our problem. Affect flat, mood depressed & attention seeking from peers - M Holden R |
| 4-55 | "30 | CS | 1 | Grp therapy: pt attended but did not engage in discussion, left early. Goethe J. Rafan, MLPC |

- **Medication PRN Notes:** Patient Name _Jedidiah Murphy_
  _Natural fears_ was given at _9/4/99 - 0930_
  (Medication, Dosage and Route)                    (Date / Time)

- **Patient Education:**
  Cooperation in Taking Meds: ☐ Totally Cooperative   ☐ Required Verbal Persuasion
- ☒ Other _Pt. request_
- **Behaviors/Symptoms Being Treated:** _eye dryness_
  Given By _T. Veien RN_

- **Patients Response** _no further c/o_
  _T. Veien RN_          _9/4/99 - 1030_
  (Nurse Signature)              (Date / Time)

# MULTIDISCIPLINARY PROGRESS NOTES

**Glen Oaks Hospital**

NS - Nursing, ED - Teacher/Aide, PA - Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

MURPHY JEDIDIAH
DR ESTABROOK

| Date | Time | Dept. | Prob. |
|------|------|-------|-------|

**Medication PRN Notes:** Patient Name _Jedidiah Murphy_ was given at _9/5/99 - 1800_ (Date / Time)
_Maalox 30cc PO_ (Medication, Dosage and Route)

Patient Education:
Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☒ Other _pt. request_
Behaviors/Symptoms Being Treated: _Indigestion_  Given By _T. Veien RN_

Patients Response _States relief_  _T. Veien RN_  _9/5/99 - 1815_ (Nurse Signature) (Date / Time)

**Medication PRN Notes:** Patient Name _Jedidiah Murphy_ was given at _9/5/99 - 1350_ (Date / Time)
_Maalox 30cc PO_ (Medication, Dosage and Route)

Patient Education:
Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☒ Other _pt. request_
Behaviors/Symptoms Being Treated: _c̄/o indigestion_  Given By _T. Veien RN_

Patients Response _States relief_  _T. Veien RN_  _9/5/99 - 1400_ (Nurse Signature) (Date / Time)

| 9/5/99 | 2000 | NS | Attended wrapup @.5 hrs. Remains on SPII/L protocol for safety c̄ q 15" V.S. M. Cunningham RN |

FORM #G06065

HEALTH PRINT (800) 692-4623

# Patient Assessment and Activity Record For CA / AP / 99

MURPHY JEDIDIAH Jr
DR E. _____ BROOK

## Hygiene & ADL

| 11-7 | 7-3 | 3-11 |
| ( √ ) | ( ) | ( √ ) Independent |

1600  98.7  88  20  150/80
Hr. / T / P / R / BP

### If functioning not independent:
**Personal Care Provided**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Bed Bath |
| ( ) | ( ) | ( ) | Partial Bath |
| ( ) | ( ) | ( ) | Shower |
| ( ) | ( ) | ( ) | A.M. Care |
| ( ) | ( ) | ( ) | P.M. Care |

**Elimination**
Incont. = I, Void = V, Stool = BM

| 11-7 | 7-3 | 3-11 |
|---|---|---|

**Weight:** _____ (M & Th 3-11)

### Lab Services

| | Drawn | Sent |
|---|---|---|
| Admit Profile | | |
| Blood | | |
| Urine | | |

840  940  96  20  153/80
Hr. / T / P / R / BP

1215  96  110/74
Hr. / T / P / R / BP

200  96  20  100/81
DX Test/Treatments

| Test | Time |
|---|---|
| Test | Time |

### Nutritional ( Eating )

| 7a | 12p | 5p | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Refused Meal |
| ( ) | ( ) | ( ) | 25% |
| ( ) | ( ) | ( ) | 50% |
| ( ) | ( ) | ( ) | 75% |
| ( ) | ( ) | ( ) | 100% |

### Movation Level to Attend Therapy & Activities

| 7-3 | 3-11 | |
|---|---|---|
| ( ) | ( ) | Self motiavted |
| ( ) | ( ) | Needs Reminders |
| ( ) | ( ) | Frequently Tardy |
| ( ) | ( ) | Some Refused* |
| ( ) | ( ) | Refused All* |

### Precautions

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | 1:1* |
| ( ) | ( ) | ( ) | SP I* |
| ( ) | ( ) | ( ) | SP II |
| ( ) | ( ) | ( ) | E.P |
| ( ) | ( ) | ( ) | Seizure |
| ( ) | ( ) | ( ) | Detox |
| ( ) | ( ) | ( ) | R.T.F. |
| ( ) | ( ) | ( ) | Seclusion* |
| ( ) | ( ) | ( ) | Restraints* |

* requires progress note for additional information

### Intervention

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Clarification |
| ( ) | ( ) | ( ) | Limit-Setting |
| ( ) | ( ) | ( ) | Confirmation |
| ( ) | ( ) | ( ) | Problem Solving |
| ( ) | ( ) | ( ) | Socialization |
| ( ) | ( ) | ( ) | Role Playing |
| ( ) | ( ) | ( ) | Orientation |
| ( ) | ( ) | ( ) | Activity |
| ( ) | ( ) | ( ) | Education |
| ( ) | ( ) | ( ) | Journaling |
| ( ) | ( ) | ( ) | Re-Directing |
| ( ) | ( ) | ( ) | Support |

### Sleep Pattern

| 11-7 | | |
|---|---|---|
| ( √ ) | _____ hours uninterrupted |
| ( ) | Out of bed # _____ times |
| ( ) | Difficulty Falling to Sleep |
| ( ) | Restless |

## Education

**Orientation:** _____
☐ Patient ☐ Family Significant/Other: _____

**Medication:** _____
☐ Patient ☐ Family Significant/Other: _____

**Disease:** _____
☐ Patient ☐ Family Significant/Other: _____

**Coping Skills:** _____
☐ Patient ☐ Family Significant/Other: _____

**Education Materials:** _____
☐ Patient ☐ Family Significant/Other: _____

| Signature & title staff 11-7 | Signature & title staff 7-3 | Signature & title staff 3-11 |
|---|---|---|

## Assessment by RN

### Affect

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Bright |
| ( ) | ( ) | ( ) | Flat |
| ( ) | ( ) | ( ) | Blunted |
| ( ) | ( ) | ( ) | Hostile |
| ( ) | ( ) | ( ) | Apathetic |
| ( ) | ( ) | ( ) | Restricted |

### Thought Process

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Organized |
| ( ) | ( ) | ( ) | Preoccupied |
| ( ) | ( ) | ( ) | Disorganized |
| ( ) | ( ) | ( ) | Concrete |

### Behavior

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Impulsive |
| ( ) | ( ) | ( ) | Agitated |
| ( ) | ( ) | ( ) | Uncooperative |
| ( ) | ( ) | ( ) | Self-Destructive |
| ( ) | ( ) | ( ) | Disorganized |
| ( ) | ( ) | ( ) | Violent |
| ( ) | ( ) | ( ) | Hostile |
| ( ) | ( ) | ( ) | Manipulative |
| ( ) | ( ) | ( ) | Inappropriate |
| ( ) | ( ) | ( ) | Anxious |
| ( ) | ( ) | ( ) | Withdrawn |
| ( ) | ( ) | ( ) | Restless |

### Cognition

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Oriented x 3 |
| ( ) | ( ) | ( ) | Disoriented |

### Social

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Appropriate |
| ( ) | ( ) | ( ) | Withdrawn |
| ( ) | ( ) | ( ) | Attention Seeking |
| ( ) | ( ) | ( ) | Manipulative |
| ( ) | ( ) | ( ) | Reclusive |

### Physical Status
✓ Abnormal findings*

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Skin |
| ( ) | ( ) | ( ) | Neuro-Muscular |
| ( ) | ( ) | ( ) | Cardio-Vascular |
| ( ) | ( ) | ( ) | Respiratory |
| ( ) | ( ) | ( ) | Gastrointestinal |
| ( ) | ( ) | ( ) | Genitourinary |
| ( ) | ( ) | ( ) | Seeks Meds |
| ( ) | ( ) | ( ) | Somatic Complaints |

### Mood

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Depressed |
| ( ) | ( ) | ( ) | Elated |
| ( ) | ( ) | ( ) | Irritable |
| ( ) | ( ) | ( ) | Anxious |
| ( ) | ( ) | ( ) | Angry |
| ( ) | ( ) | ( ) | Guilty |

### Alertness

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Alertness |
| ( ) | ( ) | ( ) | Slight Drowsy |
| ( ) | ( ) | ( ) | Lethargic |
| ( ) | ( ) | ( ) | Hyper-Alert |

### Insight

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Self-Aware |
| ( ) | ( ) | ( ) | Denial |
| ( ) | ( ) | ( ) | Some Insight |

11-7 RN  R Bell RN          7-3 RN          3-11 RN  J____ RN

FORM #G08005

HEALTH PRINT (800) 692-4623

# MULTIDISCIPLINARY PROGRESS NOTES

Glen Oaks Hospital

NS - Nursing,  OT - Occup. Therapy,  PA - Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Prob. # 1 | Psychotic Indications | Prob. # 2 | |
| Prob. # 3 | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 9/6 | 5:30 | N.S. | | Sleeping soundly, no distress, resp. even / unlabored. no problems/ changes noted. Cont. SP II and Detox. precautions c̄ Q15' visual checks. R. Bill RN |
| 9/6/08 | | ps/NS | | Pt has been in unit c̄ flat affect & poor eye contact. States that he wants to go home. Attended & participated in C.S. Ms. Gina, Gipp c̄ peers & stated that he feels coherent & wants to try to maintain our personality today but that he doesn't know how. on Q15 checks. SPA & Dtx BP |
| 9/6/08 | 1105 | CS. | 1 | Actively participated in group. Talked about hallucinations, detox symptoms and anxiety about dissociation. Provided support to group members and supported AA and principles of recovery. Reviewed aftercare concerns once out of detox/acute psychosis. — T.Rourke LMSW ACP |
| 9/6/08 | 1515 | NS | | Pt was found under sink in bathroom, talking about Randy. Terry going to get him, & was verbally aggressive c̄ staff. Staff talked c̄ pt for 5-10 mins. Pt was "Randy" and "is afraid of Terry" who was out to get Randy. M.Holden RN |

# MULTIDISCIPLINARY
# PROGRESS NOTES

Glen Oaks
Hospital

NS - Nursing, ED - Teacher/Aide,  PA - Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

MURPHY JEDIDIAH
13/24/??
DR ESTABROOK
DOB 33/01/??

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 9/6/?? | 2100 | NS | | @ approx 2030 pt went to his room & was found by staff, while doing :15" I's, in his closet. Pt. huddled in closet ē sheet over his head. Verbally aggressive & physically aggressive toward staff as they attempted to coax gently from closet. Pt. repeatedly using profanity & refusing to get out of closet. After encouraging verbalization of feelings, offering prn meds & maintaining quiet, therapeutic milieu, it was necessary to remove pt. from closet. He became physically aggressive ē staff. Rx was rec'vd for Ativan 2mg IM which was noted, & administered in R hip. Site remains healthy, ō redness or edema. Staff remained ē pt. until calm & regained control. Pt. then attended wrap up 1.0 hrs and apologized for prior behavior. Reassurance of safety by unit by staff. Remains on SPSU SIX ē :15" I's for safety. M. Cunningham |



# MULTIDISCIPLINARY
# PROGRESS NOTES

Oaks
Hospital

S -Nursing, ED - Teacher/Aide, PA. Physician Assistant
S - Dietary Services, PS - Psychological Services,
S - Clinical Staff (S.W. & Therapist)  MD - Physician

| Date | Time | Dept. | Prob. |
|------|------|-------|-------|

**Medication PRN Notes:** Patient Name _Jim Murphy_ was given at _9-6-99 1500_ (Date / Time)
_Ativan 2 Mg PO_
(Medication, Dosage and Route)

Patient Education: _____
Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☑ Other _reg meds_
Behaviors/Symptoms Being Treated: _Anxiety_  Given By _B. Luster kw_

Patients Response _Pt states was still feeling_ _B. Luster kw_ _9-6-99 1630_
_Anxious_  (Nurse Signature)  (Date / Time)

**Medication PRN Notes:** Patient Name _Jim Murphy_ was given at _9-6-99 2045_ (Date / Time)
_Ativan ½ Mg I M now_
(Medication, Dosage and Route)

Patient Education: _____
Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☐ Other _____
Behaviors/Symptoms Being Treated: _Severe agitation sitting_
_in closet & banging over his_ Given By _B. Luster kw_
Patients Response _Pt calmed head. Given & was in day_
_room interacting c_ _B. Luster kw_ _9-6-99 2145_
_other peers_  (Nurse Signature)  (Date / Time)

## Therapeutic Recreation Participation Record

Glen Oaks Hospital

| | Group(s) / Time(s) | |
|---|---|---|
| ✓ Lifestyle Mgt. 8⁰⁰–9⁰⁰ / 7⁰⁰–8⁰⁰ | ✓ Kinetic Group 6⁰⁰–7⁰⁰ | ___ Rec. Group |

### 1. How was group focus related to this patient's treatment plan?

✓ Inability to cope
✓ Low self esteem
✓ Impulsive behavior
✓ Poor Social Skills
___ Suicidal Ideation's
___ Homicidal Ideation's
___ Depression

___ Aggressive outbursts
✓ Difficulties adapting to change
✓ Inability to express feelings
___ Inability maintain sobriety
✓ Inability to solve problems
___ Abandonment issues
✓ Inability to trust others

✓ Difficulties making decisions
✓ Disordered thought process
___ Unable to complete task
   without assistance
___ Inability to concentrate
___ Inability to follow instructions
___ High level's of anxiety

### 2. What specific goals were addressed?

___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
___ Decrease daily level of anxiety by developing positive coping mechanisms.
___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
___ Make positive statements regarding self & ability to cope with stresses of life.
___ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
✓ Think more clearly as demonstrated by logical, speech.
___ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

### 3. Symptoms Reported and/or observed:

___ Suicidal Ideation
___ Somatic complaints
✓ Self defeating
✓ Depressed
___ Hiding
___ Homicidal Ideation
___ Angry outbursts

___ Pressured Speech
___ Paranoia
___ Manic Tendencies
___ Tremulousness
___ Shakiness
___ Phobias
___ Panic

___ Impaired Orientation
___ Cognitive Distortion
___ Minimization
___ Denial
___ Chem. Abuse
___ Delusional
✓ Anxious

___ Hostility
___ Threats
___ Sleeplessness
___ Disorientation
___ Hallucinating
___ Labile
___ Other: _____

### 4. Patient response / staff assessment:

___ Attentive
___ Sharing
✓ Negative

___ Supportive
___ Intrusive
___ Defensive

✓ Guarded
✓ Resistant
___ Positive

___ Drowsy
___ Withdrawn
___ No disclosure

___ Disinterested
___ Attempts to monopolize
✓ Receptive to feedback

Pt offed [?] – Pt guarded + resistant it needed much [?]
to participate & do this [?] positively — PT distracted by
peer who wants amorous relationships —

### 5. Plan: Cont't TR.

STAFF SIGNATURE: _____     DATE: 9/6/98

# Patient Assessment and Activity Record For _____ 9/7/99 _____

2432115 AP

MURPHY JEDIDIAH "Jim"

DR ESTABROOK

## Hygiene & ADL
11-7  7-3  3-11
( ) ( ) ( ) Independent

**If functioning not independent:**

**Personal Care Provided**
11-7  7-3  3-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7        7-3        3-11

**Weight:** _____ (M & Th 3-11)

**Lab Services**

| | Drawn | Sent |
|---|---|---|
| Admit Profile | | |
| Blood | | |
| Urine | | |

Hr. / T / P / R / BP _____

Hr. / T / P / R / BP _____

Hr. / T / P / R / BP _____

**DX Test/Treatments**

| Test | Time |
|---|---|
| Test | Time |

**Nutritional ( Eating )**
7a / 12p / 5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
( ) ( ) ( ) 100%

## Movement Level to Attend Therapy & Activities
7-3  3-11
( ) ( ) Self motivated
( ) ( ) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7  7-3  3-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
( ) ( ) ( ) SP II
( ) ( ) ( ) E.P
( ) ( ) ( ) Seizure
( ) ( ) ( ) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

## Intervention
11-7  7-3  3-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( ) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) ( ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
( ) ( ) ( ) Support

**Sleep Pattern**
11-7
( ) ____ hours uninterrupted
( ) Out of bed # _____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
☐ Patient ☐ Family Significant/Other: _____

**Medication:** _____
☐ Patient ☐ Family Significant/Other: _____

**Disease:** _____
☐ Patient ☐ Family Significant/Other: _____

**Coping Skills:** _____
☐ Patient ☐ Family Significant/Other: _____

**Education Materials:** _____
☐ Patient ☐ Family Significant/Other: _____

Signature & title staff 11-7 _____  Signature & title staff 7-3 _____  Signature & title staff 3-11 _____

## Assessment by RN

**Affect**
11-7  7-3  3-11
( ) ( ) ( ) Bright
( ) ( ) ( ) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7  7-3  3-11
( ) ( ) ( ) Organized
( ) ( ) ( ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

**Cognition**
11-7  7-3  3-11
( ) ( ) ( ) Oriented x 3
( ) ( ) ( ) Disoriented

**Behavior**
11-7  7-3  3-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( ) ( ) Anxious
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Restless

**Social**
11-7  7-3  3-11
( ) ( ) ( ) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7  7-3  3-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7  7-3  3-11
( ) ( ) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) ( ) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
( ) ( ) ( ) Alertnss
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7  7-3  3-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( ) ( ) Some Insight

11-7 RN _____       7-3 RN _____       3-11 RN _____ RN

# MULTIDISCIPLINARY
# PROGRESS NOTES

Glen Oaks
Hospital

NS - Nursing,  ED - Teacher/Aide,  PA - Physician Assistant
DS - Dietary Services,   PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Prob. # 1 | Psychotic Indication | Prob. # 2 | |
|---|---|---|---|
| Prob. # 3 | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|
| 9/8 | 5:00 | N.S. | | Slept soundly & distress, no problems / changes noted, Cont. SPII and Detox protocol c̄ Q15' visual checks. R. _____ |
| 9/7/99 | RN | | | _____ has been _____ with _____ poor affect, poor eye contact, stating _____ be what _____ work in dealing c̄ his _____ Also attended & participated in OT & Contg Grp at offered support to peers on Q15' checks for SPII. BCR |
| 9/9 | 1015 | WSo | | Attended Nurse Processing Group. Topic: Understanding Panic Disorder. Participated in sharing his life issues and feelings while having panic attacks. Supportive of others. TCoRn |
| 9/7/99 | 1430 | CS | | Clinical Group — Pt. discussed exp. of life when he handled anger inappropriately. Pt. became agitated and left group when another pt. discussed sexual abuse issues. _____ |
| 9/7/99 | 2200 | NS | | Has been / quiet talking quietly c̄ peers @ times, supportive to peers. Q15" visual checks for SPII / Detox continue _____ RN |



## Therapeutic Recreation Participation Record

MURPHY JEDIDIAH
1/24/77
DR ESTABROOK
09/07/03:17>

---

### Group(s) / Time(s)

___ Lifestyle Mgt. 1st · 2nd _____    ___ Kinetic Group _____    ___ Rec. Group _____

---

### 1. How was group focus related to this patient's treatment plan?

✓ Inability to cope
✓ Low self esteem
✓ Impulsive behavior
✓ Poor Social Skills
___ Suicidal Ideation's
___ Homicidal Ideation's
___ Depression

___ Aggressive outbursts
✓ Difficulties adapting to change
✓ Inability to express feelings
___ Inability maintain sobriety
✓ Inability to solve problems
___ Abandonment issues
✓ Inability to trust others

✓ Difficulties making decisions
✓ Disordered thought process
___ Unable to complete task
    without assistance
___ Inability to concentrate
___ Inability to follow instructions
___ High level's of anxiety

---

### 2. What specific goals were addressed?

___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
___ Decrease daily level of anxiety by developing positive coping mechanisms.
___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
___ Make positive statements regarding self & ability to cope with stresses of life.
___ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
✓ Think more clearly as demonstrated by logical, speech.
___ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

---

### 3. Symptoms Reported and/or observed:

___ Suicidal Ideation
___ Somatic complaints
✓ Self defeating
✓ Depressed
✓ Hiding
___ Homicidal Ideation
___ Angry outbursts

___ Pressured Speech
___ Paranoia
___ Manic Tendencies
___ Tremulousness
___ Shakiness
___ Phobias
___ Panic

___ Impaired Orientation
___ Cognitive Distortion
___ Minimization
___ Denial
___ Chem. Abuse
___ Delusional
___ Anxious

___ Hostility
___ Threats
___ Sleeplessness
___ Disorientation
___ Hallucinating
___ Labile
___ Other: _____

---

### 4. Patient response / staff assessment:

___ Attentive
___ Sharing
___ Negative

___ Supportive
___ Intrusive
___ Defensive

___ Guarded
___ Resistant
___ Positive

___ Drowsy
✓ Withdrawn
___ No disclosure

___ Disinterested
___ Attempts to monopolize
___ Receptive to feedback

Pt affect flat - Pt depressed & energy & motivation - Pt needs assistant prompting to participate - Pt state that he does not know how to "deal & his "alters" - & he just wants to loose -

### 5. Plan: Con't pt.

STAFF SIGNATURE: _____    DATE: 9/7/98

# Patient Assessment and Activity Record For ___ 9/ 8/ 99

MURPHY JEDIDIAH "Jix"
5/2·/99
DR ESTABROOK
DOB ·/·/··

## Hygiene & ADL

11-7  7-3  3-11
( ✓ )( ✓ )( ✓ ) Independent

| Hr. / T / P / R / BP |
|---|
| 04:00 97 72 18  132/86 |

If functioning not independent:

**Personal Care Provided**
11-7  7-3  3-11
( )( )( ) Bed Bath
( )( )( ) Partial Bath
( )( )( ) Shower
( )( )( ) A.M. Care
( )( )( ) P.M. Care

| Hr. / T / P / R / BP |
|---|
| 1600  97 98 18 130/... |
| 2000  100  130/.. |

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7       7-3       3-11

DX Test/Treatments

Test ___ Time ___

Test ___ Time ___

**Weight:** ___ (M & Th 3-11)

**Lab Services**
|  | Drawn | Sent |
|---|---|---|
| Admit Profile | | |
| Blood | | |
| Urine | | |

**Nutritional ( Eating )**
7a  12p  5p
( ✓ )( )( ) Refused Meal
( )( )( ) 25%
( )( )( ) 50%
( )( )( ) 75%
( )( )( ) 100%

**Movation Level to Attend Therapy & Activities**
7-3  3-11
( )( ✓ ) Self motiatived
( )( ✓ ) Needs Reminders
( )( ) Frequently Tardy
( )( ) Some Refused*
( )( ) Refused All*

**Precautions**
11-7  7-3  3-11
( )( )( ) 1:1*
( )( )( ) SP I*
( ✓ )( ✓ )( ✓ ) SP II
( )( )( ) P:P
( )( )( ) Seizure
( ✓ )( )( ✓ ) Detox
( )( )( ) R.T.F.
( )( )( ) Seclusion*
( )( )( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7  7-3  3-11
( )( )( ✓ ) Clarification
( )( )( ) Limit-Setting
( )( )( ) Confirmation
( )( )( ) Problem Solving
( )( )( ✓ ) Socialization
( )( )( ) Role Playing
( )( )( ) Orientation
( )( )( ✓ ) Activity
( )( )( ) Education
( )( )( ) Journaling
( ✓ )( )( ✓ ) Re-Directing
( ✓ )( )( ) Support

**Sleep Pattern**
11-7
( ✓ ) 7⁺ hours uninterrupted
( ✓ ) Out of bed # ___ times
( ) Difficulity Falling to Sleep
( ) Restless

## Education

Orientation: ___
☐ Patient ☐ Family Significant/Other: ___

Medication: ___
☐ Patient ☐ Family Significant/Other: ___

Disease: ___
☐ Patient ☐ Family Significant/Other: ___

Coping Skills: ___
☐ Patient ☐ Family Significant/Other: ___

Education Materials: ___
☐ Patient ☐ Family Significant/Other: ___

Signature & title staff 11-7 ___   Signature & title staff 7-3 ___   Signature & title staff 3-11 ___

## Assessment by RN

**Affect**
11-7  7-3  3-11
( )( )( ✓ ) Bright
( )( ✓ )( ✓ ) Flat
( )( )( ) Blunted
( )( )( ) Hostile
( )( )( ) Apathetic
( )( )( ) Restricted

**Thought Process**
11-7  7-3  3-11
( )( )( ✓ ) Organized
( )( )( ✓ ) Preoccupied
( )( )( ) Disorganized
( )( )( ) Concrete

**Cognition**
11-7  7-3  3-11
( )( ✓ )( ✓ ) Oriented x 3
( )( )( ) Disoriented

**Behavior**
11-7  7-3  3-11
( )( )( ) Impulsive
( )( )( ) Agitated
( )( )( ) Uncooperative
( )( )( ) Self-Destructive
( )( )( ) Disorganized
( )( )( ) Violent
( )( )( ) Hostile
( )( )( ) Manipulative
( )( )( ) Inappropriate
( )( ✓ )( ) Anxious
( )( ✓ )( ✓ ) Withdrawn
( )( )( ) Restless

**Social**
11-7  7-3  3-11
( )( )( ✓ ) Appropriate
( )( )( ) Withdrawn
( )( )( ) Attention Seeking
( )( )( ) Manipulative
( )( )( ) Reclusive

**Physicial Status**
✓ Abnormal findings*
11-7  7-3  3-11
( )( )( ) Skin
( )( )( ) Neuro-Muscular
( )( )( ) Cardio-Vascular
( )( )( ) Respiratory
( )( )( ) Gastrointestinal
( )( )( ) Genitourinary
( )( )( ) Seeks Meds
( )( )( ) Somatic Complaints

**Mood**
11-7  7-3  3-11
( )( ✓ )( ✓ ) Depressed
( )( )( ) Elated
( )( )( ) Irritable
( )( )( ) Anxious
( )( )( ) Angry
( )( )( ) Guilty

**Alertness**
( )( ✓ )( ✓ ) Alertnss
( )( )( ) Slight Drowsy
( )( )( ) Lethargic
( )( )( ) Hyper-Alert

**Insight**
11-7  7-3  3-11
( )( )( ) Self-Aware
( )( )( ) Denial
( )( )( ) Some Insight

11-7 RN  K. Droby, RN       7-3 RN ___       3-11 RN ___

FOPM #G08005

HEALTH PRINT (800) 692-4623

# MULTIDISCIPLINARY
# PROGRESS NOTES

Glen Oaks
Hospital

NS -Nursing,   ED - Teacher/Educator,   PA - Physician Assistant
DS - Dietary Services,   PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)   MD - Physician

Prob. # 3  *Psychotic Indications*   Prob. # 2

Prob. #4

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 9/8/99 | 0300 | NS | | Pt. sitting on the side of the bed. Pt. states "I had a bad dream, I'm ok." _____ K. Deel RN |
| 9/8/99 | 0550 | NS | | Laying in bed c̄ eyes closed. Resp. even t̄ unlabored @ this time. Remains on SPI, DTX & Dissic. Visual Safety Checks K. Deel RN |
| 9/8/99 | 1400 | NS | | Pt has been on unit c̄ flat affect. Fair eye contact. Attended & participated in O.T. My group. Expr p̄ PRS saying that he is happy that God gave him another chance @ sanity & that he wants to accept responsibility for my acts. On 15 min checks, p̄. ____ RN |
| 9/8/99 | 14:30 | CS | | Pt attended grp. Says he will not kill himself because of his daughter and her need for him. Says he has a spouse, and reaches out to him. Says his "alters" confuse him, but reasonably clear about alternate strategies besides suicide. Reality testing fair, affect neutral, depressed mood. J. Caldwell RN SW ACP. |
| 9/9/99 | 1830 1130 | CS | 1 | Group THERAPY - 1 Hr. The Pt evidenced somewhat broader range denied urge affect, moderately anxious mood, and relatively less agitation. He proudly identified how triggers to escalating anger over |

## MULTIDISCIPLINARY PROGRESS NOTES

Glen Oaks
Hospital

NS -Nursing,  ED - Teacher/Aide,  PA- Physician Assistant
DS - Dietary Services,   PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

24 2115 AP
MURPHY JEDIDIAH
DR ESTABROOK
DOB

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 9-8-99 | 1830 Fri 1130 | CS | 1 | (Continued) include fantasizing, wanting to kill his sexual abuse perpetrator who's been let out of prison. Tom stressed how his current exploration and possibly even actual switching is related to re-experiencing how he felt earlier in life before the perpetrator was incarcerated for the abuse. Group work focused on constructive, anger management measures/strategies such as shifting to second- person "I" messages about individual feelings, needs and limits as well as identifying negative self-messages with updating based on reality, based modifications/changes. ____ Tom N. Massey, M.A. LMSW-ACP, LPC, LMFP, CGN |
| 9/8/99 | 2310 | Nsg | | @ 2100 Pt. attended wrap up 1.0 hrs. D/C teaching completed & acknowledged. Denies SI/HI. D/C'd all personal belongings. Pt. organized to front entrance & assisted by staff. Left unit smiling. M. _____ |



**Therapeutic Recreation Participation Record**

Glen Oaks Hospital

24 2115 AP

MURPHY JEDIDIAH

DR ESTABROOK

DOB

---

## Group(s) / Time(s)

_✓ Lifestyle Mgt._ 1245-215    _✓ Kinetic Group_ 6-7    ___ Rec. Group _____
            4-5

---

### 1. How was group focus related to this patient's treatment plan?

- ✓ Inability to cope
- ✓ Low self esteem
- ✓ Impulsive behavior
- ✓ Poor Social Skills
- ___ Suicidal Ideation's
- ___ Homicidal Ideation's
- ___ Depression

- ___ Aggressive outbursts
- ✓ Difficulties adapting to change
- ✓ Inability to express feelings
- ___ Inability maintain sobriety
- ✓ Inability to solve problems
- ___ Abandonment issues
- ✓ Inability to trust others

- ✓ Difficulties making decisions
- ✓ Disordered thought process
- ___ Unable to complete task without assistance
- ___ Inability to concentrate
- ___ Inability to follow instructions
- ___ High level's of anxiety

---

### 2. What specific goals were addressed?

- ___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
- ___ Decrease daily level of anxiety by developing positive coping mechanisms.
- ___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
- ___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
- ___ Make positive statements regarding self & ability to cope with stresses of life.
- ___ Other: _____

- ___ Develop & implement specific coping strategies to resist impulsive urges.
- ___ Interact socially w/out fear or suspicion being reorted.
- ___ Show limited social functioning by responding approp. to friendly encounters.
- ✓ Think more clearly as demonstrated by logical, speech.
- ___ Report diminishing or absence of hallucinations and/or delusions.
- ___ Express, with approp. affect feelings that underlie suicidal ideations.

---

### 3. Symptoms Reported and/or observed:

- ___ Suicidal Ideation
- ___ Somatic complaints
- ___ Self defeating
- ___ Depressed
- ___ Hiding
- ___ Homicidal Ideation
- ___ Angry outbursts

- ___ Pressured Speech
- ___ Paranoia
- ___ Manic Tendencies
- ___ Tremulousness
- ___ Shakiness
- ___ Phobias
- ___ Panic

- ___ Impaired Orientation
- ___ Cognitive Distortion
- ___ Minimization
- ___ Denial
- ___ Chem. Abuse
- ___ Delusional
- ✓ Anxious

- ___ Hostility
- ___ Threats
- ___ Sleeplessness
- ___ Disorientation
- ___ Hallucinating
- ___ Labile
- ___ Other: _____

---

### 4. Patient response / staff assessment:

- ✓ Attentive
- ___ Sharing
- ___ Negative

- ___ Supportive
- ___ Intrusive
- ___ Defensive

- ___ Guarded
- ___ Resistant
- ___ Positive

- ___ Drowsy
- ___ Withdrawn
- ___ No disclosure

- ___ Disinterested
- ___ Attempts to monopolize
- ✓ Receptive to feedback

Pt. affect brighter today. Seemed less disturbed today.
No signs of internal stimuli. Stated feelings of being
ready to DC. Progress noted.

---

### 5. Plan: cont. Tx

STAFF SIGNATURE: _David Jared TRS_      DATE: 9/8/99

# PHYSICIAN'S ORDER
## (Inpatient)

**Glen Oaks Hospital**

Orders:

**Admit to:** ☐ Adult Care  ☐ Special Care  ☐ Youth Care  ☐ Children

**Admiting Diagnosis:** _Major Depression c̄ Hallucinations_

**Diet:** ☒ Regular  ☐ Special/Specify type: _____

**Exam:** ☒ H&P  ☐ Defer H&P/less then 30 days

**Allergies:** _IODINE_ _____

**Laboratory Studies:**
☒ Admit Profile (CBC, Chemistry, Auto) ☒ DST  ☐ Pregnancy Test, Urine
☒ RPR  ☐ Comp Thyroid  ☒ TSH  ☒ Urinalysis  ☐ _____
☐ _____  ☐ _____

**Misc./Specify with Justification:** _____

**PRN Meds:**

☒ Tylenol 325 mg x2 PO Q 6 hr PRN for Pain   ☐ Tylenol 325 mg x1 PO Q 6 hr PRN for Pain
☒ MOM 30 cc PO Q 6 hr PRN for Laxative   ☐ MOM 15 cc PO Q 6 hr PRN for Laxative
☒ Advil 200 mg x2 PO Q 6 hr PRN for Pain   ☐ Advil 200 mg x1 PO Q 6 hr PRN for Pain
☒ Maalox 30 cc PO Q 6 hr PRN for Antiacid   ☐ Maalox 15 cc PO Q 6 hr PRN for Antiacid

**Special Precautions:** ☐ SP 1  ☒ SP II  ☐ EP  ☐ Detox Protocol  ☐ Seizure  ☐ RTF 1,  ☐ RTF 2

Due To: _____

**Restrictions/Privileges:** _____

**Signatures:**

Ordering Physician _____  Date _____  Time _____

T.O/V.O. by Nurse _____  Date _____  Time _____

Physician Signature: _William Eldroch MD_  Date _8-24-99_  Time _1900_

Noted _Betty Luister LVN_  Date _8-24-99_ Time _2000_

10/98

(White - Chart, Yellow - Pharmacy)

5071

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS:
AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

# PHYSICIAN'S ORDER

(IMPRINT PATIENT'S PLATE HERE)

ALLERGIES: | | Pt. Wt.
1.
2. Iodine
3.
4.

TRANSFER TO | 1 | 2 | 3

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | ✓ |
|---|---|---|---|
| 8/24/99 | 1900 | 1) V/S TID | |
| | | 2) HT + WT + record | |
| | | 3) SEROQUEL 50 mgm po qhs | |
| | | 4) EFFEXOR-XR 37.5 mgm po p̄ breakfast + p̄ lunch | |
| | | 5) ATIVAN 1 mgm po q 9 AM + q 3 PM | |
| | | 6) VIT B-100 complex ī po q AM | |
| | | 7) MULTIVITAMIN ī po q AM | |
| | | Noted   Betty Rustee LVN   Wm Eldorob MD ✓ | |
| | | 8-24-99 | |
| | | 2000 | |
| 8/26/99 | 2030 | Urine drug screen in morning | ✓ |
| | | ↑ EFFEXOR-XR 675 mgm p̄ breakfast + lunch.   Wm Eldorob MD | |
| | | Noted _____ RN @ 2100 8/26 | |

YOUR ORDERS FOR THE FOLLOWING MEDICATIONS
WILL EXPIRE 9-27-99  DO YOU WISH
TO CONTINUE THESE MEDICATIONS?

| YES | MEDICATION | NO |
|---|---|---|
| ☒ | SP II | ☐ |
| ☒ | Delax | ☐ |
| ☒ | Ativan 1mg ī P.O | ☐ Q 9 AM and 3 PM |
| ☐ | | ☐ |

William Eldorob Mo
8-27-99
(dated)

CRM 5-68
8/27/99 1045

CHART COPY

RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS

NO. OF ORDERS REMAINING:

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS: AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

(IMPRINT PATIENT'S PLATE HERE)

# PHYSICIAN'S ORDER

ALLERGIES:        | Pt. Wt.

1. *Iodine*
2.
3.
4.

TRANSFER TO    1      2      3

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | ✓ |
|---|---|---|---|
| 8/27/99 | 1350 | 1) DC ATIVAN- not working | |
| | | 2) KLONOPIN 1 mgm po x1 now | |
| | | 3) SEROQUEL 25 mgm po x1 now | |
| | | 4) KLONOPIN 1 mgm po q 9AM + 8 3PM | |
| | | 5) increase Seroquel to 75 mgm po qHS | |
| | | Wm Elsbool MD | ✓ |
| | | Noted at Cluch Cuub 8/27/99 1350 | |
| 8/28/99 | 1530 | K lonopin 1 mgm po q 9AM q 1PM + q 5PM. ↑ Seroquel to 100 mgm po qHS | |
| | | Wm Elsbool MD | |
| | | noted T. Vein RN 8-28-99 1550 | |
| 8/28/99 | 1600 | call lab & ask them to do comprehensive drug screen on UDS done on 8/27/99. If their sample isn't enough then do ~~UDS~~ comprehensive drug screen on urine sample in A.M. | |
| | | Wm Elsbool MD | |
| | | noted T. Vein RN 8-28-99 1600 | |

RED NUMBERS MUST SHOW THROUGH HOLE BEFORE DOCTOR WRITES ORDERS

NO. OF ORDERS REMAINING

**USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY**

INSTRUCTIONS:
AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used, X out remaining unused lines.

(IMPRINT PATIENT'S PLATE HERE)

# PHYSICIAN'S ORDER

ALLERGIES _Iodine_                    Pt. Wt.

TRANSFER TO      | 1 | 2 | 3

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) → | ✓ |
|---|---|---|---|
| 8/29/99 @ 1350 | | Klonopin 1 mg po Now x1 for severe anxiety. | |
| | | To Dr Estabrook / M. Cunningham RN | |
| | | Noted T. Veien RN 1355 8/29/99   Wm Estabrook MD   8-29-99  1445 | |

YOUR ORDERS FOR THE FOLLOWING MEDICATIONS
WILL EXPIRE 8/30/99 DO YOU WISH
TO CONTINUE THESE MEDICATIONS?

| YES | MEDICATION | NO |
|---|---|---|
| ☒ | SP-) | ☐ |
| ☒ | Detox | ☐ |
| ☐ | | ☐ |
| ☐ | | ☐ |

8-30-99   Wm Estabrook MD   .M.D.
(dated)

| 8/30/99 | 1800 | increase Seroquel to 150 mgm po qhs | |
| | | Noted Betty Little RN   Wm Estabrook MD | |
| | | Betty 8/30-99  1800 | |

NO. OF ORDERS REMAINING

RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS →

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS:   AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

# PHYSICIAN'S ORDER

(IMPRINT PATIENT'S PLATE HERE)

LERGIES: _____ | Pt. Wt. _____

P: 2115 AP ____;
____ JEDIDIAH
____ ____ARROCK
____ ____17?

| TRANSFER TO | 1 | 2 | 3 |
|---|---|---|---|

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | ✓ |
|---|---|---|---|
| 8/30 | 11:99 | ⑨ Natural Tears – use as directed, PRN. | |
| | | T.O. DR. Maolamalla / R. Bell RN | |
| | | Noted 8-31-99 RD    um Elbrah MD 8-31-99 2100 | |
| | | YOUR ORDERS FOR THE FOLLOWING MEDICATIONS WILL EXPIRE 8-31-99   DO YOU WISH TO CONTINUE THESE MEDICATIONS? | |
| | | YES   MEDICATION   NO | |
| | | ☒ Klonopin 1MG ĩ ☐ P.O. Q 9AM, 1PM, 5PM | |
| | | ☐   ☐ | |
| | | ☐   ☐ | |
| | | ☐   ☐ | |
| | | 8-31-99  um Elbrah MD  .M.D. | |
| | | (dated) | |
| 8/31/99 | 2100 | LOXITANE 25 mgn po qhs | |
| | | DC SEROQUEL | |
| | | KLONOPIN 2mgn po qhs | |
| | | Noted    um Elbroh MD | |
| | | betty 8-31-99 | |
| | | 21 90 | |

NO. OF ORDERS REMAINING

RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS

INSTRUCTIONS:   AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

(IMPRINT PATIENT'S PLATE HERE)

## PHYSICIAN'S ORDER

| ALLERGIES: | | Pt. Wt. |
|---|---|---|
| 1. | Iodine | |
| 2. | | |
| 3. | | |
| 4. | | |

| TRANSFER TO | 1 | 2 | 3 |
|---|---|---|---|

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | ✓ |
|---|---|---|---|
| 9-1-99 | 1745 | SEROQUEL 150 mgm po qhs | |
| | | LOXITANE 25 mgm po qhs | |
| | | DC HS Klonopin | |
| | | Wm Gtobool MD | |
| 9-1-99 | 1800 | Loxitane 10 mgm po q 6 hrs prn agitation | |
| | | Wm Gtobool MD | |
| | | Noted Betty Rutterhw | |
| | | Betty 9-1-99 | |
| | | 1800 | |

YOUR ORDERS FOR THE FOLLOWING MEDICATIONS
WILL EXPIRE   9-2-99   DO YOU WISH
TO CONTINUE THESE MEDICATIONS?

| YES | MEDICATION | NO |
|---|---|---|
| ☒ | SP II | ☐ |
| ☒ | DTX | ☐ |
| ☐ | | ☐ |
| ☐ | | ☐ |

9-3-99   Wm Gtobool MD   ,M.D.
(dated)

| 9/2/99 | 1500 | Ativan 2mg po X1 for Agitation) | |
|---|---|---|---|
| | | T. or Sigs] Steroid | |
| | | Wm Gtobool MD | |
| | | 9-3-99 | |
| | | 1130 | |
| | | Noted Betty Rutterhw | |
| | | Betty 9-2-99 | |

RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS

NO. OF ORDERS REMAINING

CHART COPY

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS:
AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy is used "X" out remaining unused lines.

(IMPRINT PATIENT'S PLATE HERE)

# PHYSICIAN'S ORDER

ALLERGIES: Iodine                     Pt. Wt.

1.

2.

3.

4.

TRANSFER TO        1          2          3

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) → | ✓ |
|---|---|---|---|
| | | YOUR ORDERS FOR THE FOLLOWING MEDICATIONS WILL EXPIRE 9-3-99 DO YOU WISH TO CONTINUE THESE MEDICATIONS? | |
| | | YES        MEDICATION        NO | |
| | | ☒ Klonopin 1mg PO ☐ Q 9am, 1pm, + 5pm | |
| | | ☐ _____ ☐ | |
| | | ☐ _____ ☐ | |
| | | ☐ _____ ☐ | |
| | | 9-3-99 Glen Exbrook MD .M.D. | |
| | | (dated) | |
| 9-3-99 | 1400 | Cogentin 10 mgm po q 9AM + q 3PM. Staff to be aware pt is considering killing himself if can't get voice to stop taunting him.        Glen Exbrook MD | |
| 9-3-99 @ 1730 | | XRay ⓁKnee and reevaluation by Dr. Farooq after X-Ray results rec'd on Unit. Ultram 100mg po x 1 now for pain To Dr Farooq / M. Cunningham RN | |
| | | Noted 9/3/99 @ 1730 M. Cunningham RN | |

NO. OF ORDERS REMAINING

RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS

CHART COPY

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS:   AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

(IMPRINT PATIENT'S PLATE HERE)

# PHYSICIAN'S ORDER

| LLERGIES: | | Pt. Wt. |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

| TRANSFER TO | 1 | 2 | 3 |
|---|---|---|---|

| DATE ORDERED | TIME | ORDERS: | ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | → | ✓ |
|---|---|---|---|---|---|

9/4/99   1055   Ultram 50 mg ǐ P.O. q̄ 6-8° PRN pain
T.O. Dr Moolamalla / M Holden RN
noted M Holden RN 1055 9/4/99

YOUR ORDERS FOR THE FOLLOWING MEDICATIONS
WILL EXPIRE   9/5/99   DO YOU WISH
TO CONTINUE THESE MEDICATIONS?

| YES | MEDICATION | NO |
|---|---|---|
| ☑ | SP II | ☐ |
| ☑ | DTx | ☐ |
| ☑ | Effexor XR   75 mg | ☐ |
| ☐ | | ☐ |

1 po p̄ breakfast & lunch

M. Pran
9-6-59
(DATED)   M.D.

9-6-99   Noted M Holden RN  9/6/99  1300
2020    Ativan ǐ mg IM X 1 now for agitation
T.O. Dr Moolamalla / J Collins RN
noted J Collins RN        M Praun, MD

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS:
AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.
(IMPRINT PATIENT'S PLATE HERE)

# PHYSICIAN'S ORDER

ALLERGIES: _____ | Pt. Wt. _____

| TRANSFER TO | 1 | 2 | 3 |

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | → | ✓ |

YOUR ORDERS FOR THE FOLLOWING MEDICATIONS
WILL EXPIRE 9-6-99 DO YOU WISH
TO CONTINUE THESE MEDICATIONS?

| | YES | MEDICATION | NO | |
| ☒ | | Ativan 2Mg P.O. | ☐ | Q6° PRN anxiety |
| ☒ | | Klonopin 1Mg PO | ☐ | QAM, 1PM + 5PM |
| ☐ | | | ☐ | |
| ☐ | | | ☐ | |

William Eldbod MD M.D.
9-7-99
(Date)

Joe Hunter
MD 9/7/99

9-7-99 | 1915 | DC Klonopin
begin Ativan 1 mg po q 9AM, q 1300, q 1700
Wm Eldbod MD

Noted 9/8 3:00 AM  R. Bell RN

NO. OF ORDERS REMAINING
RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS
CHART COPY

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

(IMPRINT PATIENT'S PLATE HERE)

# PHYSICIAN'S ORDER

| ALLERGIES: | | | Pt. Wt. | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| TRANSFER TO | 1 | 2 | 3 | |

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | → | ✓ |
|---|---|---|---|---|

YOUR ORDERS FOR THE FOLLOWING MEDICATIONS
WILL EXPIRE 9-8-99    DO YOU WISH
TO CONTINUE THESE MEDICATIONS?

| YES | MEDICATION | NO |
|---|---|---|
| ☐ | SP II | ☒ |
| ☐ | DTX | ☒ |
| ☐ | | ☐ |
| ☐ | | ☐ |

William Eddool MD M.D.
9-8-99
(dated)

Noted this order
Dr. this order 9/8/99

| 9-8-99 | 2030 | 1) Discharge from inpt prgm at pt's request to return home. |
|---|---|---|

2) pt to have I T c̄ John MOTLEY AT VAN ZANDT COUNTY COUNSELING CTR.

3) Pt to have psychiatric follow up at Terrell MHMR clinic.

4) Send home c̄ prescriptions for:
  - EFFEXOR-XR  150 mgm po p̄ breakfast
  - SEROQUEL  100 mgm po qhs
  - Ativan 1 mgm po q 6 hr prn nervousness

5) Disch DX:
  - Major Depression, single episode, severe
  - DISSOCIATIVE IDENTITY DISORDER
  - ALCOHOL DEPENDENCE by Hx

6) Disch GAF is 40

Wm Eddool MD

Noted J. Miller RN

NO. OF ORDERS REMAIN

RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS

CHART COPY



**Glen Oaks Hospital**

# Consent to Treatment with Psychoactive Medication

```
2 2115 AP
URPHY  JEDIOIAH
DR  ESTABROOK
```

The Individual _Fred Murphy_ being served at Glen Oaks Hospital, on _8-24-99_
(Date)

has received a complete explanation of: _Antipsychotic_
Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | ✓ |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | ✓ |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | ✓ |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5. A description of the proposed course of treatment with the medication(s). | ✓ |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | ✓ |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including:<br> • Any side effects which are known to frequently occur in most individuals;<br> • Any side effects to which the individual may be predisposed;<br> • The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8. The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7.1) | ✓ |
| 11. An offer to answer any questions concerning this treatment. | ✓ |

I have read and received a complete explanation of the psychoactive medication(s) by means of:
(✓those appropriate) ☑ Oral explanation,  ☐ Printed material   Other _____
(Specify)

2/97

GO7070

(Continued on Back)



# Consent to Treatment with Psychoactive Medication

C __ Oaks
__pital

---

have also received the Consent to Treatment with Psychoactive Medication Information Sheet (9-7.1 or 9-7.2) and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

ased upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group :lass) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate ourt may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that 1ust continue taking the psychoactive medication prescribed by my physician.

understand that if I have been committed under provisions other than those found in the Texas Mental Health Code (i.e., ode of Criminal Procedures, Family Code) the decision to administer psychoactive medication is within the discretion of ly doctor during the first 14 days of my commitment. If I do not wish to take the medication, it may still be given to me if the octors concur despite my objection.

| | |
|---|---|
| _Jedediah L Murphy_ | 8-24-99 |
| atient | Date |
| _Betty Little hu_ | 8-24-99 |
| epresentative          Relationship to Patient | Date |
| _Wm Enford MD_ | 5-25-99 |
| h,,,ian, P.A./R.Ph., RN or LVN Giving Explanation | Date |
| ignature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN equired within two working days of P.A., R.Ph., RN or LVN giving explanation) | Date |

---

ONSENT FOR TREATMENT INVOLVING A MINOR:

this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be rovided:

  a) Name of one or both parents, if known: _____

  b) Name of legally authorized representative of person, if appointed: _____

  c) Date on which treatment is to begin: _____

---

/ITHDRAWAL OF CONSENT FOR MEDICATION:

formally withdraw my consent for _____

                      (Name of Psychoactive Medication or Medication Group)

| | | | |
|---|---|---|---|
| Signature | Date | Witness | Date |



**Glen Oaks Hospital**

# Consent to Treatment with Psychoactive Medication

2: 2115 AP

MURPHY JEDIDIAH

DR ...

The Individual *Jed Murphy*, being served at Glen Oaks Hospital, on _____
(Date)

has received a complete explanation of: _____ *Sedative Hypnotic*

Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | — |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | — |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | — |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | — |
| 5. A description of the proposed course of treatment with the medication(s). | |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | — |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including: <br> • Any side effects which are known to frequently occur in most individuals; <br> • Any side effects to which the individual may be predisposed; <br> • The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | — |
| 8. The need to advise staff immediately if any of these side effects occur. | — |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | — |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7.1) | — |
| 11. An offer to answer any questions concerning this treatment. | — |

I have read and received a complete explanation of the psychoactive medication(s) by means of:
(✓those appropriate) ❏ Oral explanation, ❏ Printed material   Other _____
(Specify)

2/97

**(Continued on Back)**

GO7070



# Consent to Treatment with Psychoactive Medication

. . . Oaks
. . . tal

_____

. . . ave also received the Consent to Treatment with Psychoactive Medication Information Sheet (9-7.1 or 9-7.2) and the
. . . nted material which summarizes specific information regarding the psychoactive medication(s) for which I have given my
. . . nsent.

. . . sed upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group
. . . ass) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate
. . . urt may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that
. . . ist continue taking the psychoactive medication prescribed by my physician.

. . . nderstand that if I have been committed under provisions other than those found in the Texas Mental Health Code (i.e.,
. . . de of Criminal Procedures, Family Code) the decision to administer psychoactive medication is within the discretion of
. . . doctor during the first 14 days of my commitment. If I do not wish to take the medication, it may still be given to me if thr
. . . ctors concur despite my objection.

X _Jedidiah L. Murphy_____     8-24-99
. . . tient                                                                          Date

_____     Relationship to Patient          Date
. . . presentative                                                                8-24-99

_____                                      Date
. . . cian, P.A., R.Ph., RN or LVN Giving Explanation                  8-25-99
_Wm Erdshoh MD_____

_____     Date
. . . nature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN
. . . quired within two working days of P.A., R.Ph., RN or LVN giving explanation)

═══════════════════════════════════════════════════════════

. . . ONSENT FOR TREATMENT INVOLVING A MINOR:

. . . his consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be
. . . ovided:

a) Name of one or both parents, if known: _____

b) Name of legally authorized representative of person, if appointed: _____

c) Date on which treatment is to begin: _____

═══════════════════════════════════════════════════════════

. . . THDRAWAL OF CONSENT FOR MEDICATION:

. . . ormally withdraw my consent for _____

                                        (Name of Psychoactive Medication or Medication Group)

_____     _____          _____     _____
. . . Signature                   Date                    Witness               Date

. . . vised 6/94                                                                          MHRS 9-7



**Glen Oaks Hospital**

# Consent to Treatment with Psychoactive Medication

*21 2115 AP*
*MURPHY JEDIDIAH*
*DR ESTABROOK*

The Individual *Jed Murphy*, being served at Glen Oaks Hospital, on *8-24-99* *(Date)*

has received a complete explanation of: _____ *Anti depressant*

Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | ✓ |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | ✓ |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5. A description of the proposed course of treatment with the medication(s). | ✓ |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | ✓ |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including:<br>• Any side effects which are known to frequently occur in most individuals;<br>• Any side effects to which the individual may be predisposed;<br>• The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8. The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7.1) | ✓ |
| 11. An offer to answer any questions concerning this treatment. | ✓ |

I have read and received a complete explanation of the psychoactive medication(s) by means of: (✓ those appropriate) ☑ Oral explanation, ☐ Printed material   Other _____

_(Specify)_

2/97

GO7070

(Continued on Back)



# Consent to Treatment with Psychoactive Medication

...ve also received the Consent to Treatment with Psychoactive Medication Information Sheet (9-7.1 or 9-7.2) and the ...ted material which summarizes specific information regarding the psychoactive medication(s) for which I have given my ...sent.

...sed upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group ...ss) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate ...rt may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that ...st continue taking the psychoactive medication prescribed by my physician.

...derstand that if I have been committed under provisions other than those found in the Texas Mental Health Code (i.e., ...de of Criminal Procedures, Family Code) the decision to administer psychoactive medication is within the discretion of ...doctor during the first 14 days of my commitment. If I do not wish to take the medication, it may still be given to me if the ...ctors concur despite my objection.

| | |
|---|---|
| _Jedediah E. Murphy_ | 8-24-99 |
| ...ient | Date |
| _Betty Lester ha_ | 8-24-99 |
| ...resentative     **Relationship to Patient** | Date |
| _Wen Estook MD_ | 8-25-99 |
| ...ian, P.A., R.Ph., RN or LVN Giving Explanation | Date |
| ...nature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN | Date |
| ...quired within two working days of P.A., R.Ph., RN or LVN giving explanation) | |

...NSENT FOR TREATMENT INVOLVING A MINOR:

...his consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be ...vided:

...a) Name of one or both parents, if known: _____

...b) Name of legally authorized representative of person, if appointed: _____

...c) Date on which treatment is to begin: _____

...THDRAWAL OF CONSENT FOR MEDICATION:

...rmally withdraw my consent for _____

(Name of Psychoactive Medication or Medication Group)

| | |
|---|---|
| ...Signature     Date | Witness     Date |

# MEDICATION ADMINISTRATION RECORD/
# PHARMACY PROFILE

## ROUTINE
## MEDICATIONS

**Glen Oaks Hospital**
301 E Division
P.O. Box 1885
Greenville, Texas 75403

ADDRESSOGRAPH

J i D i G i A c

ALLERGIES: Icoline

PHYSICIAN: Estebrook
UNIT: AP

HT | WT

DIAGNOSIS:

LEGEND: Circle time not given with reason & initial
P=on Pass   R=Refused
H=Hold      O=Omitted

REFER TO ITEM # GO11-MR-004

| MEDICATIONS DOSAGE, FREQUENCY | STARTDATE | STOPDATE | TIMES TO BE GIVEN | DATE 8/11 | DATE | DATE | DATE | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vit. B-100 complex 1 PO QAM | 8/24 | 9/ | 0900 | RA | | | | | | | |
| Multi-Vit. 1 PO QAM | 8/24 | 9/ | 0900 | RA | BX | | | | | | |
| Effexor XR 75mg PO breakfast P lunch | 8/24 8/26/16 | 9/ | 0900 1300 | RA BA | RA BA | | | | | | |
| Accuching 9am,1300 &1700 MTS | 94 | 9/10 | 0900 1300 1700 | BA BA BA | | | | | | | |

NURSE'S SIGNATURE / INIT.

WHITE - TO CHART          CANARY - TO PHARMACY AT DISCHARGE

GO1925

# Glen Oaks Hospital
301 E Division
P.O. Box 1885
Greenville, Texas 75403

## MEDICATION ADMINISTRATION RECORD/
## PHARMACY PROFILE

### ROUTINE MEDICATIONS

ADDRESSOGRAPH

ALLERGIES:

PHYSICIAN: _____
UNIT: _____

DIAGNOSIS:    HT ___  WT ___

LEGEND: Circle time not given with reason & initial
P=on Pass    R=Refused
H=Hold    O=Omitted

| MEDICATIONS DOSAGE, FREQUENCY | STARTDATE | STOP DATE | TIMES TO BE GIVEN |
|---|---|---|---|
| Desoxyn(?) 50mg PO QAM | | | 2100 |
| Effexor XR 37.5 mg PO pm 2 Breakfast + Dinner | | | 0900 1300 |
| Ativan 1mg PO QAM + Q3PM | | | 0900 1500 |
| DDT 5-100 comp PO QAM | | | 0900 |
| Multi Vit 1 PO QAM | | | 0900 |
| Flexeril 7.5mg PO Breakfast + Dinner | | | 0900 1300 |
| Klonopin 1mg QSGA Q3P | | | 0900 1500 |
| Desoquel 75mg PO QHS | | | 2100 |

CANARY - TO PHARMACY AT DISCHARGE    WHITE - TO CHART

REFER TO ITEM # GO11-MR-004



GO1925

# ROUTINE MEDICATIONS

## MEDICATION ADMINISTRATION RECORD/ PHARMACY PROFILE

**Glen Oaks Hospital**
301 E Division
P O Box 1885
Greenville, Texas 75403

ADDRESSOGRAPH

| | | HT | WT | ALLERGIES: |
| DIAGNOSIS: | | | | |

PHYSICIAN: _____
UNIT: _____

LEGEND: Circle time not given with reason & initial
P=on Pass   R=Refused
H=Hold   O=Omitted

| MEDICATIONS DOSAGE, FREQUENCY | START DATE | STOP DATE | TIMES TO BE GIVEN | DATE 8/28 | DATE 8/29 | DATE 8/30 | DATE 8/31 | DATE 9-1 | DATE 9-2 | DATE 9/3 | DATE 9/4 | DATE 9/5 | DATE 9/6 | DATE 9-7 | DATE 9/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Klonopin 1mg PO 9AM, 3PM, 8PM, mcs | | | 0900 1300 1700 | TV | TV | TV | | | | | TV | TV | TV | | |
| Seroquel 100mg PO QHS mcs | | | 2000 | TV | PO | PO | | | | | | | | | |
| Seroquel 150mg PO QHS | | | 2100 | | PO | | | | | | PO | PO | | | |
| Trazodone 50mg PO QHS MCS | | | 2100 | | PO | | | | | | PO | PO | | | |
| K lonazepam 2mg PO QHS MCS | | | 2100 | | | | | | | | PO | | | | |
| Seroquel 150mg PO QHS | | | 2100 | | | | | | | | PO | PO | | | |
| Lovastatin 10mg PO 9AM 3PM | | | 0900 1500 | | | | | | | | | | | | |
| Neurontin 700mg mcs | | | | | | | | | | | | | | | |

REFER TO ITEM # OOH-MR-004

WHITE - TO CHART          CANARY - TO PHARMACY AT DISCHARGE



G01925

# PRN/STAT MEDICATION ADMINISTRATION RECORD

Page 1

**Glen Oaks Hospital**
301 E. Division
P.O. Box 1865
Greenville, Texas 75403

ADDRESSOGRAPH

GO9025

HT | WT

DIAGNOSIS:

ALLERGIES:

PHYSICIAN:
UNIT:

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | START DATE | STOP DATE | DATE TIME INIT | DATE TIME INIT |
|---|---|---|---|---|---|
| Tylenol 325 mg X 2 PO q4h PRN pain | | | | | |
| PB q6 PRN Pain | | | | | |
| MOM 30cc PO q6 PRN | | | | | |
| PRN for prophylaxis | | | | | |
| Advil 200 mg X 2 PO q4 PRN pain | | | | | |
| PEPTO PO per Protocol | | | | | |
| Maalox 30cc PO q6 PRN | | | | | |
| PRN for constipation | | | | | |
| Normal Saline | | | | | |
| use as directed | | | | | |
| PRN | | | | | |

NURSE'S SIGNATURE / INIT

## STAT / ONE TIME MEDICATIONS

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT |
|---|---|---|---|
| | | | |

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT |
|---|---|

WHITE - CHART          CANARY - TO PHARMACY AT DISCHARGE

# PRN/STAT MEDICATION ADMINISTRATION RECORD

Page 1

**Glen Oaks Hospital**
301 E. Division
P.O. Box 1466
Greenville, Texas 75403

ADDRESSOGRAPH

HT _____   WT _____

DIAGNOSIS

ALLERGIES

PHYSICIAN

UNIT

NURSE'S SIGNATURE

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT |
|---|---|---|---|---|---|
| Motrin 800 mg PO q8° PRN | 8/9/10 | | | | |
| Ativan 2mg PO q6° PRN anxiety | | | | | |
| Ultram 50mg T PO q6-8° prn pain | 9/4 | | | | |

**STAT / ONE TIME MEDICATIONS**

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | DATE TIME INIT |
|---|---|---|
| Ultram 100 mg PO x1 now for knee pain white x10 min IV | 9/3/09 1930 PD | |

WHITE - CHART   CANARY - TO PHARMACY AT DISCHARGE

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | DATE TIME INIT |
|---|---|---|

REFER TO ITEM # 4-H41-UR-001

# CONTINUING CARE
# DISCHARGE PLANNING
# PART I

Glen Oaks
Hospital

ADDRESSOGRAPH

**(Please Press Hard)**

| | |
|---|---|
| NAME Jedidiah Murphy | DISCHARGE DATE 09-08-99  M.R. # 7272 |
| HOME ADDRESS 6305 FM 429 Kaufman 75142 | PHYSICIAN Estabrook |
| PATIENT TELEPHONE NUMBER 972-962-9443 | PHYSICIAN TELEPHONE # 903-454-6000 |

FINANCIAL SUPPORT EDUCATION/ VOCATIONAL PLANS

SCHOOL  WORK
☐ PART-TIME ☐ PART-TIME
☐ FULL-TIME ☐ FULL-TIME
☐ OTHER (PLEASE EXPLAIN)

| | NAME | ADDRESS | TELEPHONE# | DATE OF NEXT APPT. | TIME |
|---|---|---|---|---|---|
| PSYCHIATRIST | Terrell MHMR | Terrell Texas | | | |
| INDIVIDUAL THERAPIST | John Motley | Van Zandt County Counseling Center | | To be arranged by PT | |
| CONTINUING CARE | | | | | |
| FAMILY PHYSICIAN | | | | | |
| OTHER (FAMILY, COUPLES etc.) | | | | | |

INCLUDE OTHER TREATMENT RECOMMENDATIONS SUCH AS JOURNAL WRITING, OTHER SUPPORT GROUPS, SPECIFIC EXERCISE PROGRAMS. etc. ALSO ADDRESS SOCIAL SERVICES COMPONENTS SUCH AS APPOINTMENT WITH STATE DISABILITY, THE DEPARTMENT OF SOCIAL SECURITY, WELFARE, FOODSTAMPS, etc.

| GROUP / SERVICE | TIME | DAYS |
|---|---|---|
| AA mtgs / 12-step program / sponsor Involvement | | Daily x 90 days |

PERSONS IN RECOVERY FROM CHEMICAL DEPENDENCY ARE EXPECTED TO ATTEND 90 NA OR AA MEETINGS IN THE 90 DAYS FOLLOWING DISCHARGE. A WEEKLY SCHEDULE FOLLOWS:

NA/AA SPONSOR & TELEPHONE #

NA/AA SPONSOR & TELEPHONE #

TREATMENT SUMMARY (INCLUDE DISCHARGE DIAGNOSIS) Discharge Dx - Major Depression Single Episode, Severe
Dissociative Identity Disorder
GAF - 40   Alcohol Dependence by History

CONTINUING CARE PLAN & MAXIMUM TREATMENT BENEFIT/DISPOSITION (HOME, OUTPATIENT, IOP, PHP, RTC, HOME HEALTH etc.) medication management
attendance of 12 step meetings

PROBLEM AREAS TO BE ADDRESSED IN CONTINUING CARE: suicidality, hallucinations, hx of ETOH
dependence

LEISURE/SOCIAL (T.R. INPUT): self worth, delusion, coping skill

THREE MONTH GOALS FOR CONTINUING CARE: absence of suicidality & hallucinations,
continued abstinence from ETOH

LEISURE/SOCIAL (T.R. INPUT): Pt. will be free from self harm w/ ↓ delusional
statement + ↑ reality-based thing.

FAMILY/SIGNIFICANT OTHERS PARTICIPATE AS FOLLOWS:

INDIVIDUAL

GROUP

OTHER (IDENTIFY)

EB
4/1/97

# CONTINUING CARE
# DISCHARGE PLANNING
# PART II

**Glen Oaks Hospital**

MURPHY JEDIDIAH
OR ESTABROOK

ADDRESSOGRAPH

## (Please Press Hard)

DISCHARGE TO: _Home_     TRANSFERED TO: _____     DATE OF NEXT ATTENDANCE: _____

❑ ROUTINE ❑ AMA ☑ AT PATIENTS OR FAMILY'S REQUEST ❑ OTHER (EXPLAIN)     TIME PATIENT LEFT HOSPTIAL: _____

TRANSPORTATION - ❑ PERSONAL CAR ❑ PARENT/RELATIVE ❑ PUBLIC ❑ SELF ❑ OTHER (EXPLAIN)

ACCOMPANIED BY: _____     RELATIONSHIP: _____     I HAVE RECEIVED ALL PERSONAL ITEMS & VALUABLES - PATIENT'S INITIAL

| MEDICATION | DOSAGE | FREQUENCY | ROUTE |
|---|---|---|---|
| Ativan 1 mg PO | 1 mg | Every 6 hrs as needed | by mouth RX for 30 |
| Seroquel 100mg PO | 100 mg | 1 @ bedtime | by mouth RX for |
| Effexor-XR 150mg PO | 150 mg | 1 @ breakfast | by mouth RX for 3 |

## PATIENT DEMONSTRATES UNDERSTANDING OR KNOWLEDGE OF:

| | | |
|---|---|---|
| REFERRALS OR PLACEMENT | ☑ YES ❑ NO ❑ NA | MEDICATIONS HAVE BEEN EXPLAINED TO MY SATISFACTION PT'S INITIAL |
| POTENTIAL DRUG-FOOD INTERACTION | ☑ YES ❑ NO ❑ NA | WHEN & HOW TO SEEK FURTHER TREATMENT ☑ YES ❑ NO ❑ NA |
| MEDICATIONS & HOW TO ADMINISTER | ☑ YES ❑ NO ❑ NA | FAMILY DEMONSTRATES ABILITY TO CARE FOR PT. ☑ YES ❑ NO ❑ NA |
| IF PT IS UNABLE, FAMILY IS KNOWLEDGABLE | ❑ YES ❑ NO ☑ NA | NUTRITION INTERVENTION AND/OR MODIFIED DIET ❑ YES ❑ NO ☑ NA |

IMPORTANCE OF GETTING MEDS FILLED PRIOR TO NEXT SCHEDULED DOSAGE ☑ YES ❑ NO ❑ NA

IMPORTANCE OF COMMUNICATING WITH ATTENDING PHYSICIAN IF EXPERIENCING SIDE EFFECTS ☑ YES ❑ NO ❑ NA

MEDICAL CONDITION ❑ YES ❑ NO ☑ NA, PERTINENT LAB FINDINGS ❑ YES ❑ NO ☑ NA, OTHER FOLLOW-UP ISSUES ❑ YES ❑ NO ☑ NA

PRESCRIPTIONS HAVE BEEN GIVEN TO THE PATIENT ☑ YES ❑ NO ❑ NA (IF NO) EXPLAIN WHY PRESCRIPTIONS HAVE NOT BEEN WRITTEN

PRESCRIBED MEDICATIONS ARE AVAILABLE THROUGH INSURANCE, SELFPAY etc. ☑ YES ❑ NO ❑ NA

DURING TREATMENT, PHYSICAL PROBLEMS THAT WERE IDENTIFIED

SPECIAL INSTRUCTIONS

TO WHOM?     PRESCRIBING M.D.

NURSING SUMMARY OF PATIENTS CONDITION UPON DISCHARGE: _Appears medically stable to Dr. @ this X_

| I UNDERSTAND AND AGREE WITH THE PRECEDING INSTRUCTIONS | | CARE MANAGER SIGNATURE | DATE |
|---|---|---|---|
| PATIENT SIGNATURE | DATE | T.R. SIGNATURE D. Mau MA (TR) | DATE 8-25-99 |
| FAMILY OR SIGNIFICANT OTHER SIGNATURE | DATE | MSW/THERAPIST SIGNATURE LMSW-ACP | DATE 8/25/99 |
| R.N. SIGNATURE | DATE 9-8-99 | PHYSICIAN SIGNATURE Wm Estabrook MD | DATE 9-8-99 |

DISTRIBUTION (WITH RELEASE)  PART I - CHART.  PART 2 - PATIENT.



# MOBILE ASSESSMENT RESPONSE TEAM

GLEN OAKS HOSPITAL
MENTAL HEALTH AND CHEMICAL DEPENDENCY SERVICES
301 E. DIVISION
GREENVILLE, TEXAS
1-800-443-1109 / (903) 454-6000

---

PROFESSIONAL REFERRAL                     DATE: 8/24/99

TO: Jedidiah Murphy                    TELEPHONE NUMBER

1. North Star - Magellan -        800 - 942 - 7187

2. Terrell MHMR - OutPt           972 - 563 - 0292

3. Inpt : Dr. Estabrook           903 - 454 - 6000

You are encouraged to contact one of the above referrals as soon as possible.

SINCERELY,

_____          M A LPC L CDC.
ASSESSMENT COUNSELOR              CREDENTIALS

AUTHORIZATION TO RELEASE NAME AND ASSESSMENT INFORMATION: _____
                                                          SIGNATURE

Please see reverse for list of Glen Oaks Hospital services.

White   Individual        Yellow   Chart        Pink   Glen Oaks

Case 3:10-cv-00188-K Document 164-4 Filed 06/08/12 Page 63 of 68 PageID 8884

**East Texas Medical Center Emergency Medical Services**

**PATIENT CARE RECORD**

RUN # | AREA OF SERVICE | UNIT | TIME OF SERVICE | DATE OF SERVICE

## PATIENT INFORMATION

LAST NAME: Murphy  FIRST: Jeddian  M.I. | SEX | AGE

ADDRESS: 6305 FM 429

CITY: Kaufman  STATE: TX  ZIP: 75142  SSN: 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

EMPLOYER: Waldrip Carpets  EMPLOYERS ADDRESS

GUARANTOR: self  RELATIONSHIP

ADDRESS

### INSURANCE

MEDICARE # | MEDICAID # | WORKER'S COMP

PRIVATE INSURANCE | INSURED NAME | RELATIONSHIP

GROUP # | POLICY # | ENROLLMENT

HOSPITAL OR ER # | DIRECT ADMIT | RECEIVING PHYSICIAN

PICK UP LOCATION

DESTINATION: Clear Oaks

MEDICAL NECESSITY FOR AMBULANCE TRANSPORT

**PATIENT AUTHORIZATION AND RELEASE:**

I grant permission to the physician in charge of the case of the above named patient to employ such procedures as they may deem necessary in the diagnosis and treatment of this case. I authorize any physician or hospital who has attended me to furnish the insurance company, or its representatives, any physician, nursing home or other health care facility to which the patient is transferred or later receives treatment, any medical record or other information requested.

Patient Signature: ___ Date: ___  Witness Signature: ___ Date: ___

PRIORITY: Dispatch 1 2 3 ④  Transport 1 2 3 4 5

☐ Emergency ☑ Transfer ☐ Return Trip

TOTAL MILES: ___

WAITING TIME: Start ___ End ___ TOTAL (MIN): ___

STANDBY TIME: Start ___ End ___

| QTY | PROCEDURES | QTY | CIRCLE CORRECT SIZE | QTY | SOLUTIONS | QTY | CIRCLE CORRECT SIZE |
|---|---|---|---|---|---|---|---|
| | Artificial Ventilation | | Oropharyngeal - Sz: | | NS - 250 / 500 / 1000 | | Adenocard |
| | Bandaging | | Tube Tamer | | CATHETER / NEEDLES | | Albuterol |
| | Blood Glucose Test | | Stylet - Adult / Pedi | | Aspiration Needle | | Atropine - Adult / Pedi |
| | Cardioversion / Pacing | | SUCTION SUPPLIES | | Catheter - 14g / 16g / 18g | | Benadryl |
| | Cricothyrotomy | | Suction Bags | | Catheter - 20g / 22g | | Brethine |
| | CPR | | Suction Canister | | Butterfly - 18g / 21g / 23g | | Calcium Chloride |
| | Defibrillation | | Suction Catheter | | Needle 18g | | Dextrose - Adult / Pedi |
| | Drug Admin. IV / ET / IM | | Suction Tubing | | SYRINGES | | Dopamine Drip |
| | Drug Admin. PO / SL / SQ | | Tonsil Tip Suction | | 1cc / 3cc / 12cc / 35cc | | Epi (1:10,000) - Adult / Pedi |
| | EKG Monitoring | | TAPE | | MISC. SUPPLIES | | Epi (1:1,000) |
| | Infection Control Precaution | | 1" / 2" | | Alcohol Gel | | Glucagon |
| | Intubation | | BANDAGES | | Alcohol Prep Pads | | Glucose Paste |
| | IV Attempt | | Bandaid | | Ammonia Inhalant | | Ipecac |
| | Mast | | Kerlix / Kling | | Benzoin | | Lasix |
| | O₂ Administration | | Triangular / Cravat | | Betadine | | Lidocaine - Adult / Pedi |
| | Pulse Oximeter | | DRESSINGS | | BioHazard Bag | | Lidocaine Jelly |
| | Chest Decompression | | 4" x 4" Pads | | Bite Block | | Lido Drip |
| | Spine Immobilization | | ABD Pads | | Blue Pad (Underpad) | | Mag Sulfate |
| | Splinting / Traction | | Burn Sheet | | Body Bag | | Narcan |
| | Splinting / Other | | Multi-Trauma Dressing | | Bulb Syringe | | Neosynephrine |
| | Suction Airway | | Vaseline Gauze | | Emesis Basin | | Nitro Spray |
| | Other: | | CERVICAL COLLAR | | Faceshield | | Nubain |
| | **O₂ ADMINISTRATION** | | Stifneck - Sz: | | Gloves | | Phenergen |
| | BVM - Adult / Pedi / Infant | | HeadBed | | Gowns | | Procardia |
| | Nasal Cannula | | EKG SUPPLIES | | OB Kit | | Proventil |
| | Nebulizer Kit | | Defib. Medium Gel / Pad | | Penrose Tubing | | Sod. Bicarb - Adult / Pedi |
| | Mask - Adult / Pedi / Infant | | Fast Patch AED | | Pulse Ox. Disp. Probe | | Thiamine |
| | Mask - Nonrebreather | | Pacing Pads | | Razor | | Valium |
| | O₂ | | RedDots | | Silver Swaddle | | **OTHER SUPPLIES** |
| | O₂ Tubing | | IV SUPPLIES | | Sterile Water | | |
| | **AIRWAYS** | | Admin. Set | | D-Stick | | |
| | Endotrach. Tube - Sz: | | Arm Board | | **DRUGS** | | |
| | Nasopharyngeal - Sz: | | Dial-A-Flow | | Activated Charcoal | | |
| | | | IV Prep Kit | | | | REV 8/95 |

**ETMC EMS**

Date: 2 of 3

PATIENT NAME:

CHIEF COMPLAINT: Alcohol Dependence

TIME OF CALL: En Route _____ Depart Scene _____ Arrive Des 1638

PT MEDICAL HISTORY: _____    ALLERGIES: _____

PRESENT MEDS: _____

DESCRIPTION OF ILLNESS / INJURY (ONSET, LOCATION, DURATION, QUALITY, QUANTITY, RADIATING, ALLEVIATING, AGGRAVATING, ETC.)

Pt is a 43 y/o male who came obs ambulatory in room
at local hospital w/ complaint of poss. Alcohol withdrawal.
Pt was seen in ER last night of DT's and
hallucinations of snakes. Pt was given Haldol and
admitted to floor. Pt is now being taken to Glenn Oaks
hospital in Greenville ER

PRIMARY SURVEY: (Description of Life Threatening Problems)    LOC: ___   P U:  ☑ Appropriate   ☐ Inappropriate
AIRWAY: Clear/patent    BREATHING: Non labored    CIRCULATION: pulse good x4

SECONDARY SURVEY: (Document all findings - positive and pertinent negatives)
IENT: Clear pupils perrla
NECK: Clear no jvd, midline trachea
CHEST: Clear + equal BBS
ABD: soft non tender
PELVIS: Stable
UPPER EXT: Clear
LOWER EXT: Clear
       Stable
       Intact
NEURO:
SKIN: Warm+dry

ASSESSMENT (Presumptive Diagnosis): Psychosis

CARDIAC ARREST SURVEY: ☐ Witnessed  ☐ Unwitnessed    CPR BY: _____    EST. DOWN TIME: _____

EKG MONITORING: Rhythm _____  HR _____  R - I _____  Ectopy Y / N

| TIME | MEDIC | TREATMENT / PROCEDURES / MEDS / IV / O2 | RESULTS OF TREATMENT |
|------|-------|------------------------------------------|----------------------|
| 1630 | Tijerina | pulse ox | 98% RM |
|      |       |                                          |                      |
|      |       |                                          |                      |
|      |       |                                          |                      |

ENDOTRACHEAL INTUBATION:
☐ N/A    Equal B/S: ☐ Yes ☐ No    Good Compliance: ☐ Yes ☐ No
☐ Oral ☐ Nasal    Cord Visualized: ☐ Yes ☐ No

MED CONTROL CONTACT & ORDERS REQUESTED, GIVEN AND/OR DENIED: None

REASSESSMENT EN ROUTE: ODs

SAFETY DEVICES:  ☑ N/A
☐ None  ☐ Airbag  ☐ Helmet
☐ Seatbelt/Shoulder Harness
☐ Child Restraints

MECH. OF INJURY:  ☑ N/A
☐ AUTO – ☐ Driver ☐ Passenger ☐ Ejected
☐ Pedestrian ☐ Electrocution ☐ Burn
☐ Bicycle ☐ Crush ☐ Fall
☐ Farm ☐ Road / Highway ☐ Other:
☐ Motorcycle
☐ GSW ☐ Stab (P)
☐ Industry ☐ Home

DAMAGE TO VEHICLE:  ☑ N/A
☐ Steering Wheel Deformed  ☐ Windshield Spider
☐ Rollover  ☐ Intrusion Passenger Compart.
☐ DAS/Same Vehicle
☐ Major Damage Exterior

Care prior to arrival: ☑ Yes  ☐ No  ☐ N/A
ed by: ☐ 1st Resp. ☐ Fire ☐ Police ☐ Citizen ☑ Hosp/ED
of Aid: ☐ CPR ☐ AED ☐ Splinting ☐ Bleed Control
       ☐ Airway/Breathing ☐ Shock Manage ☐ Other

GCS/TS: 15 TS _____ Time _____
GCS: 15 TS _____ Time _____
GCS: TS _____ Time _____
GCS: TS _____ Time _____

VITALS:
BP 128/78  P: 88  (RI)  R: 14  Time: 1633
BP 118/78  P:     (RI)  R: 14  Time: 1630
BP         P:     (RI)  R:      Time:
BP         P:     (RI)  R:      Time:

SIGNATURES:
Primary Medic: C.B. Tijerina EMTP    Secondary Medic/EMT: C. Wheeler
Med. Control: Moore    Nurse / MD Rec. Patient: _____    Time Care Assumed: 1642

HOSPITAL COPY

# CLOTHING AND VALUABLES LIST



**Glen Oaks Hospital**

Name_____ AP__ YC__
Date_____ Time_____

| Item | AMT. | Description | Item | AMT. | Description |
|------|------|-------------|------|------|-------------|
| 2 pc Suits | | | Aftershave | | |
| Belts | | | Blanket | | |
| Blouse | | | Brush | / | |
| Bodysuits | | | Cologne | | |
| Boots | | | Comb | | |
| Bras | | | Compact | | |
| ...ps | // | | Conditioner | | |
| ...ts | | | Contact Kit | | |
| ...ses | | | Contact Lens | | |
| ...lkerchief | | | Dental Floss | | |
| | | | Denture Cup | | |
| | | | Denture-Low | | |
| ...its | | | Denture-Part | | |
| ...n | | | Denture-Up | | |
| | | | Deodorant | / | |
| | | | Eyeglasses | | |
| | | | Eyelash Curl | | |
| | | | Face Cream | | |
| | | | Glass Case | | |
| | | | Hair Bows | | |
| | | | Hair Grease | | |
| | | | Hair Pins | | |
| | | | Hair Pick | | |
| | | | Hair Spray | | |
| | | | Hearing Aid | | |
| | | | Lipstick | | |
| | | | Lotion | | |
| | | | Makeup Kit | | |
| | | | Mirror | | |
| | | | Mouthwash | | |
| | | | Nail Clippers | | |
| | | | Nail file | | |
| | | | Nailpolish/Rmvr. | | |
| | | | Pencil Sharp | | |
| | | | Perfume | | |
| | | | Pillow | | |
| | | | Powder | | |
| | | | Razor | | |
| | | | Shampoo | | |
| | | | Soap | | |
| | | | Sunglasses | | |
| | | | Toothbrush | / | |
| | | | Towels | | |
| | | | Tweezers | | |
| | | | Wash Cloth | | |
| | | | Other | | |

...alization. Personal Property
...aced in the hospital safe.

Date 9-8-99

| Item-General | AMT. | Description | Safe yes/no | Items-Credit/Cash Personal Items | AMT. | Description | Safe yes/no |
|---|---|---|---|---|---|---|---|
| Batteries | | | | ATM Card | | | |
| ~per | | | | Cash | | | |
| ~ok Bag | | | | Check #    # | | | |
| Books | - // - | | | Check Book | | | |
| Briefcases | | | | Coin | | | |
| Calculator | | | | Food stamps | | | |
| Cane/Walker | | | | ID Card | | | |
| Cassette Player | | | | Insurance Cards | | | |
| Cassette Tapes | | | | License | | | |
| Cigarettes/Carton | | | | MA Card | | | |
| Cigarettes/Pack | | | | Money Orders | | | |
| ~lock | | | | Owners Card | | | |
| Curling Iron | | | | Phone Card | | | |
| Hair Crimper | | | | Tokens | | | |
| Hair Dryer | | | | Tran Pass | | | |
| Hangers | | | | Credit Card | | | |
| Magazines | | | | Other | | | |
| Picture Frame | | | | | | | |
| Radio/Model | | | | | | | |
| Schoolbag | | | | | | | |
| Sew/Kit Needles | | | | | | | |
| Suitcases | | | | | | | |
| Tote bag | | | | | | | |
| Umbrella | | | | | | | |
| ~~ Tapes | | | | | | | |
| ~kman/Model | | | | | | | |
| Other  BIBLES  )) | | | | | | | |

| Jewelry | AMT. | Description | Safe yes/no | Contraband | AMT. | Description | Safe yes/no |
|---|---|---|---|---|---|---|---|
| Bracelet | | | | Aerosol Can | | | |
| Brooch | | | | Car/House Key | | | |
| Cross | | | | Glass Vases | | | |
| Earrings | | | | Gun | | | |
| Necklace | | | | Illegal Drug | | | |
| Pin | | | | Knife | | | |
| Rings | | | | Lighter | | | |
| Watch | | | | Matches | | | |
| Other | | | | Needles | | | |
| | | | | Scissors | | | |
| | | | | Weapon | | | |
| | | | | Other | | | |

~en Oaks Hospital is not responsible for any items misplaced or lost during hospitalization. Personal Property
~at is maintained by the hospital is listed on "Clothing and valuables list" and is placed in the hospital safe.

~ent/Guardian on Admission _____ Date _____

~es of Admission _____ Date _____

Patient/Parent/Guardian on Discharge   X _____   Date  4-8-99

Witness on Discharge _____ Date _____

Page 2 of 2

TAYLAR

Do not PLAY GAMES
OR DOCTOR WITH ME. I
WILL NOT BE ILLIMINATED
SO YOU GIVE UP YOU FUCKING
LOOSE, I DETERMINE WHAT
HAPPENS NEXT. YOU WANT
TO SEE YOU WILL

YOUR JOB IS YOUR LIFE HE IS MINE

Put in silent
09-2-04
10:15

Asked him to write about the voices he is hearing at 10:30 8/31/94
these are the records pw

PALAY, PALAY, fillin fillin
fillin fillin fillin fallin fallin
fallin fallin fallin fallin
fallin fallin fallin fallin, Now
Now Now Now Now Now Now Now Now Now
Now Now Now Now Now Now Now Now Now
Now Now Now Now Now Now Now Now Now
Simple Simple, Simple Simple
NEKROMANCER!    ← (He wanted to know
                     what this word means
                     pw

DO NO UNDERSTAND

Help me please

9-6-99

# Glen Oaks Hospital

301 East Division, Greenville, Texas 75402
(903) 454-6000 or (800) 443-1109

MED. REC. NO.
7272

| PT NO 2483097 | PATIENT NAME MURPHY , JEDIDIAH I | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS 6305 FM 429 | | | | | | | | | | COUNTY 129 |
| CITY KAUFMAN | | STATE TX | ZIP 75142-0000 | | PHONE 972-962-7443 | EXT. | | SOCIAL SECURITY NO. 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 | | |
| AGE 24 | DOB 09/01/1975 | SEX M | RACE 1 | MS. X | PREVIOUS NAME N/A | | | RELIGION OPH | AP RM/BED 133 01 |
| ADM DATE 09/09/99 | TIME 19:33 | SRC RB | PT TYPE J | PRI R | ACCIDENT INFO 2 | | VOLUNTARY ADM | ORGAN DNR | ISOL | INFANT AGE |
| PT EMPLOYER NONE | | | | TELEPHONE - | | EXT | OCCUPATION CONSTRUC. OPERATOR | | | |
| EMPLOYER ADDRESS | | | | | | | | | | |
| CITY | | STATE | ZIP | | | | RETIREMENT DATE | | | |
| NEAREST RELATIVE NAME WILLIS , CHELSEA L | | | | | | | | PH: - - | | |
| ADDRESS 4 727 E. NORT COMMERCE | | | | | | | | | | |
| CITY WILLS POINT | | STATE TX | ZIP 75169- | | PHONE 903-873-6830 | EXT | | | | |
| EMERGENCY CONTACT NAME ABBOTT , HOPE I | | | | | | | | OTH PH: 972-286-1570 | | |
| RLTN N | ADDRESS 6305 FM 429 | | | | | | | | | |
| CITY KAUFMAN | | STATE TX | ZIP 75142- | | PHONE 972-962-7443 | EXT | | | | |
| GUARANTOR NAME MURPHY , JEDIDIAH I | | | | | | | | RLTN S | SOCIAL SECURITY NUMBER 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 | |
| ADDRESS 6305 FM 429 | | | | | | | | | PHONE 972-962-7443 | |
| CITY KAUFMAN | | STATE TX | ZIP 75142-0000 | OCCUPATION CONSTRUC. OPERATOR | | | EXT | | | |
| GUARANTOR EMPLOYER NONE | | | | PHONE - | | EXT | | | | |
| ADDRESS | | | | | | | | | | |
| CITY- | | STATE | ZIP | | | | | | | FC H |
| INSURANCE NAME 1 MAGELLAN - NSTAR | CODE | POLICY # G26A1103713 | | GROUP # | | SUBSCRIBER MURPHY , JED S | | REL | AUTH # | |
| INSURANCE NAME 2 | CODE | POLICY # | | GROUP # | | SUBSCRIBER | | REL | AUTH # | |
| INSURANCE NAME 3 | CODE | POLICY # | | GROUP # | | SUBSCRIBER | | REL | AUTH # | |
| ATTENDING PHYSICIAN ESTABROOK, WILLIAM | | | ATTENDING # .001115 | REF SRC | ADM BY SHELTB | | PREV ADM DATE | PREVIOUS FACILITY | | |
| ADM DIAGNOSIS MAJOR DEPRESSION | | | MED SVC PSY | CODE | ALLERGIES | | | | SURGERY DATE | |
| ADMITTING PHYSICIAN KALRA GURJEET | | | ADMITTING # 001024 | AUTHORIZED BY | | | | | | |
| PROCEDURE | | | CLINICAL COMMENT | | | MODE OF ARRIVAL/ACCOMPANIED BY | | | | |
| REL OF INFO | ADV DIR | LIVING WILL | LOCATION OF WILL/DIRECTIVE | | | FAMILY DOCTOR | | | | |

**FINAL DIAGNOSES** (FIRST DIAGNOSIS PRINCIPAL UNLESS NOTED)                                        CODE

*Psychotic disorder, NOS.*                          298.50

PRECERT INFORMATION                    REFERRAL INFORMATION
                                       1.

PROCEDURES                             2.

CONSULTING PHYSICIANS /PRIMARY CARE    3.

                                                                   DRG ____

                                                                   LOS ____

| TRANS TO: | ACUTE | SNF | REHAB | HOSPICE | HOME HEALTH | HOME IV | AGAINST MED ADV | HOME ✓ |
|---|---|---|---|---|---|---|---|---|
| DISCHARGE DATE 9/12/99 | TIME 17:10 | OTHER | | | | | | |
| EXPIRED | TIME | .<48HRS | >48HRS | | CORONER | AUTOPSY YES | NO | |

ATTENDING PHYSICIAN SIGNATURE & DATE

# Glen Oaks Hospital

301 East Division, Greenville, Texas 75402
(903) 454-6000 or (800) 443-1109

MED. REC. NO. **7272**

| PT NO 2483097 | PATIENT NAME MURPHY , JEDIDIAH I | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS 6305 FM 429 | | | | | | | | COUNTY 129 | |
| CITY KAUFMAN | | STATE TX | ZIP 75142-0000 | | PHONE 972-962-7443 | | EXT. | SOCIAL SECURITY NO. 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 | |
| AGE 24 | DOB 09/01/1975 | SEX M | RACE 1 | MS X | PREVIOUS NAME N/A | | RELIGION OTH. | N/S AP | RM/BED 133 01 |

| ADM DATE 09/09/99 | TIME 19:33 | SRC RB | PT TYPE J | PRI R | ACCIDENT INFO 2 | | | VOLUNTARY ADM Y | ORGAN DNR | ISOL | INFANT AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PT EMPLOYER NONE | | | | | TELEPHONE - | EXT | | OCCUPATION CONSTRUC. OPERATOR | | | |
| EMPLOYER ADDRESS | | | | | | | | | | | |
| CITY | | | STATE | ZIP | | | RETIREMENT DATE | | | | |

| NEAREST RELATIVE NAME WILLIS , CHELSEA L | | | | | | |
|---|---|---|---|---|---|---|
| RLTN A | ADDRESS 727 E. NORT COMMERCE | | | | | |
| CITY WILLS POINT | | STATE TX | ZIP 75169- | | PHONE 903-873-6830 | EXT |
| EMERGENCY CONTACT NAME ABBOTT , HOPE I | | | | | | |
| RLTN N | ADDRESS 6305 FM 429 | | | | | |
| CITY KAUFMAN | | STATE TX | ZIP 75142- | | PHONE 972-962-7443 | EXT |

| GUARANTOR NAME MURPHY , JEDIDIAH I | | | | | RLTN S | PHONE 972-962-7443 | EXT |
|---|---|---|---|---|---|---|---|
| ADDRESS 6305 FM 429 | | | | | | | |
| CITY KAUFMAN | | STATE TX | ZIP 75142-0000 | OCCUPATION CONSTRUC. OPERATOR | | SOCIAL SECURITY NUMBER 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 | |
| GUARANTOR EMPLOYER NONE | | | | PHONE - | EXT - | | |
| ADDRESS | | | | | | | |
| CITY | | STATE | ZIP | | FC: H | | |

| INSURANCE NAME 1 MAGELLAN - NSTAR | | PLAN PHONE G26800-442-4187 | POLICY # A1103713 | | GROUP # | | AUTH # |
|---|---|---|---|---|---|---|---|
| MAILING ADDRESS NORTHSTAR CLAIM UNIT PO BOX 1348 | | | | CITY MARYLAND HT | | STATE MO | ZIP 63403 |
| SUBSCRIBER NAME MURPHY , JEDIDIAH | | MAIL TO NAME MAGELLAN BE | INS SEX M | SOCIAL SECURITY NUMBER 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 | DOB 09/01/1975 | | |
| INSURANCE NAME 2 | | PLAN PHONE | POLICY # | | GROUP # | | AUTH # |
| MAILING ADDRESS | | | | CITY | | STATE | ZIP |
| SUBSCRIBER NAME | | MAIL TO NAME | INS SEX | SOCIAL SECURITY NUMBER | DOB | | |
| INSURANCE NAME 3 | | PLAN PHONE | POLICY # | | GROUP # | | AUTH # |
| MAILING ADDRESS | | | | CITY | | STATE | ZIP |
| SUBSCRIBER NAME | | MAIL TO NAME | INS SEX | SOCIAL SECURITY NUMBER | DOB | | |

| ATTENDING PHYSICIAN ESTABROOK, WILLIAM | ATTENDING # 001115 | REF SRC | ADM BY SHELTB | PREV ADM DATE | PREVIOUS FACILITY | |
|---|---|---|---|---|---|---|
| ADM DIAGNOSIS MAJOR DEPRESSION | MED SVC PSY | CODE | ALLERGIES | | | SURGERY DATE |
| ADMITTING PHYSICIAN KALRA GURJEET | ADMITTING # 001024 | AUTHORIZED BY | | | | |
| PROCEDURE | CLINICAL COMMENT | | | MODE OF ARRIVAL/ACCOMPANIED BY | | |
| RE # M/O N | ADV DIR | LIVING WILL | LOCATION OF WILL/DIRECTIVE | | FAMILY DOCTOR | |

| VERIFIED BY: DATE: | VERIFIED BY: DATE: |
|---|---|
| NAME OF INS CO #1: | NAME OF INS CO #1: |
| GROUP-INDIVIDUAL | GROUP-INDIVIDUAL |
| TELEPHONE NO: | TELEPHONE NO: |
| NAME OF PERSON GIVING INFO: | NAME OF PERSON GIVING INFO: |
| PREAUTHORIZATION REQ? AUTHORIZATION #: | PREAUTHORIZATION REQ? AUTHORIZATION #: |
| EFF DATE OF INS POLICY: ELIGIBILITY: | EFF DATE OF INS POLICY: ELIGIBILITY: |
| WAITING PERIOD: | WAITING PERIOD: |
| PRE-EXIST: RN: | PRE-EXIST: RN: |
| BASIC BENEFITS: | BASIC BENEFITS: |
| SEMI @ _____ ANCILLARY @ _____ | SEMI @ _____ ANCILLARY @ _____ |
| MAJOR MEDICAL: | MAJOR MEDICAL: |
| DEDUCTIBLE: _____ | BALANCE PAID @ _____ | DEDUCTIBLE: _____ | BALANCE PAID @ _____ |

**INSURANCE COPY**

## *Glen Oaks Hospital*

### DISCHARGE SUMMARY

**NAME:**     Jedidiah Isaac Murphy
**M.R. #:**     00-72-72
**ATTENDING PHYSICIAN:**     **WILLIAM ESTABROOK, M.D.**
**ADMISSION DATE:**     09/09/99
**DISCHARGE DATE:**     09/12/99

**ADMITTING DIAGNOSES:**

| | | | |
|---|---|---|---|
| AXIS I: | 296.23 | Major Depression, single episode, severe. | |
| | 300.14 | Dissociative Identity Disorder. | |
| | 298.8 | Brief psychotic disorder. | |
| | 303.90 | Alcohol Dependence, by history. | |
| AXIS II: | No diagnosis. | | |
| AXIS III: | Generally in good health at this time. | | |
| AXIS IV: | Stressors appear to be just returning home. | | |
| AXIS V: | Admitting GAF is about 15 highest past year, about 85. | | |

**PERTINENT HISTORY:** This 24-year-old separated white male returned to the hospital saying that the snakes were back. He's very frightened. They seemed very real, and he thinks that they're after him. He was last here on 09/08/99, and then left with his sponsor. He'd taken his Seroquel, so he said he went to the sponsor's home that night and slept. When he got up on the morning of the 9th, he said initially he drove to Walmart to fill his prescriptions, and then decided to go over the golf course to play golf. He said "I was only able to play 4 holes of golf, when I started seeing snakes coming out of my golf bag and being around my clubs." He said "they seemed so real, and they started coming after me." He said "I even ran from the golf course and left my clubs there." Said he ran to the sponsor's house, and he said it was terrifying; they seemed to real. He said "this morning when the nurses found me on top of the night stand, I was there because all of a sudden they were on the floor around the bed, and then they were coming after me, and I climbed on the bed, but then they started coming up onto the bed, so I then I hopped up onto the night stand because the snakes were getting on the bed and trying to get at me." He said "I can't even go to the bathroom cause there are snakes there." Said he started seeing the snakes on the fourth hole of the golf course, and he said "nothing stressful has happened." He said at lunch all he had was Taco Bell. He denies using any drugs or alcohol since he left the hospital. He said "Even when I'm with people, I'm not safe. I can see the snakes looking at me and when I move, they react to my movements. They start coming at me, whereas other people move, and the snakes ignore them." Said the snakes are trying to get him, and that's he panics. He said "they seem so real." He said he never even made it to his house because he'd taken the medication and about the time he was getting ready to go home is when the snakes hit. He said "I can't drive cause the snakes are in my truck, and they're everywhere on the road." Said he still hears voices, "but they're not wigging out over the snakes; only I am." He said both Randy and Tyler seem to be generally calm. He said this Terry situation, the abused him, seems very much resolved at the moment. He said "I have forgiven Terry for what he's done to me, and that's not the issues; it's the snakes."

Reader is referred to the psychiatric evaluation dated 08/24/99 for more detail on the presenting problems.

| | |
|---|---|
| **NAME:** | Jedidiah Isaac Murphy |
| **M.R. #:** | 00-72-72 |
| **ATTENDING PHYSICIAN:** | **WILLIAM ESTABROOK, M.D.** |
| **ADMISSION DATE:** | 09/09/99 |
| **DISCHARGE DATE:** | 09/12/99 |

Page Two

## SIGNIFICANT FINDINGS
## MENTAL STATUS EXAMINATION:

**Attitude and general behavior:** Very anxious, agitated white male. Is very preoccupied with his snakes. They seem very real, very frightening to him.

**Stream of mental activity:** Speaks in a clear and coherent manner.

**Mental trend content of thought:** Actively hallucinating and seeing snakes all around. Was able to sleep on the Seroquel the night before.

**Affect and mood:** Affect is a little restricted. Mood is very agitated. Very scared. Highly anxious. This whole thing seems very real to him.

**Sensorium/orientation:** He is oriented to person, place, time, and situation.

**Remote memory/recent memory:** Seems to have good recall of past and present events.

**Retention and immediate recall:** He's able to retain and recall things.

**Attention and concentration span:** He can attend and concentrate until the snakes start surfacing and then he gets so panicky that he loses his ability to attend and concentrate.

## GENERAL INTELLECTUAL EVALUATION:

**Reasoning and Judgement:** Impaired because of the hallucinations.

**Abstraction:** Concrete in his thinking.

**General fund of information:** About average for his education.

**PHYSICAL FINDINGS:** Physical exam was not redone because patient had only recently been discharged.

**LAB AND X-RAY:** Lab and x-rays were not repeated because patient had only recently been discharged.

**PSYCHOLOGICAL FINDINGS:** Psychological testing was not done.

## HOSPITAL COURSE:

*09 09 99* - We have a 24-year-old separated white male who returned to the hospital saying he was seeing snakes everywhere. Very restless. Sitting in chair. Both legs jumping. Can't sit for any length of time.

*09 10 99* - We have a 24-year-old separated white male; presents in highly anxious, agitated state, saying the snakes are back. Patient seeing snakes this morning in room and climbed up on the table to get away from them. Snakes seem very real and very frightening and dangerous to him. Will modify meds and see if helps.

*09 12 99* - Met with patient due to request to be discharged. Says that he is no longer hallucinating, and feels that he is not taking care of business. Says that he has to clean up his horse and get his daughter. Says that he and his mother will take care of his daughter. Daughter is 2½-year-old and currently with his wife, who has panic attacks. Patient being discharged at his request.

| | |
|---|---|
| **NAME:** | Jedidiah Isaac Murphy |
| **M.R. #:** | 00-72-72 |
| **ATTENDING PHYSICIAN:** | **WILLIAM ESTABROOK, M.D.** |
| **ADMISSION DATE:** | 09/09/99 |
| **DISCHARGE DATE:** | 09/12/99                    Page Two |

**CONDITION ON DISCHARGE:**  At the time of discharge, patient reports he's no longer hallucinating snakes.  Says that he is ready to leave.  Denies being suicidal or homicidal.  Not delusional. Oriented times four. Memory intact. Reasoning is reasonably intact. Affect is a little brighter. Mood is a little more cheerful.

**DISCHARGE INSTRUCTIONS:** He's discharged on Loxitane 50 mg at bedtime.  Effexor 75 mg twice a day.  Diet and activity as tolerated.

**FINAL DIAGNOSES:**

| | | | |
|---|---|---|---|
| **AXIS  I:** | **296.24** | Major Depression, single episode, severe, with psychotic features. |
| | **300.14** | Dissociative Identity Disorder. |
| | **303.90** | Alcohol Dependence, by history. |
| **AXIS  II:** | No diagnosis. | | |
| **AXIS  III:** | Generally in good health at this time. | | |
| **AXIS  IV:** | Stressors appear to be just returning home. | | |
| **AXIS  V:** | Admitting GAF is about 15;  discharge GAF 35 to 40;  highest past year, about 85. | | |

**RECOMMENDATIONS AND AFTERCARE:**

He is being referred to the Terrell MHMR Clinic for further follow-up.

*Wm Estabrook MD*

**WILLIAM ESTABROOK, M.D.**

**WE**/MTTS

dd:  10/08/99
dr:  10/10/99
dt:  10/13/99

* Dictated transcribed not read subject to transcription error.

*Glen Oaks Hospital*

## PSYCHIATRIC EVALUATION

**NAME:**                          Jedidiah Isaac Murphy
**M.R. #:**                         00-72-72
**ATTENDING PHYSICIAN:**   **WILLIAM ESTABROOK, M.D.**
**ADMISSION DATE:**          09/09/99

**CHIEF COMPLAINT:**   "There are snakes everywhere."

**PRESENT ILLNESS:** This 24-year-old separated white male returned to the hospital saying that the snakes were back. He's very frightened. They seemed very real, and he thinks that they're after him. He was last here on 09/08/99, and then left with his sponsor. He'd taken his Seroquel, so he said he went to the sponsor's home that night and slept. When he got up on the morning of the 9th, he said initially he drove to Walmart to fill his prescriptions, and then decided to go over the golf course to play golf. He said "I was only able to play 4 holes of golf, when I started seeing snakes coming out of my golf bag and being around my clubs." He said "they seemed so real, and they started coming after me." He said "I even ran from the golf course and left my clubs there." Said he ran to the sponsor's house, and he said it was terrifying; they seemed to real. He said "this morning when the nurses found me on top of the night stand, I was there because all of a sudden they were on the floor around the bed, and then they were coming after me, and I climbed on the bed, but then they started coming up onto the bed, so I then I hopped up onto the night stand because the snakes were getting on the bed and trying to get at me." He said "I can't even go to the bathroom cause there are snakes there." Said he started seeing the snakes on the fourth hole of the golf course, and he said "nothing stressful has happened." He said at lunch all he had was Taco Bell. He denies using any drugs or alcohol since he left the hospital. He said "Even when I'm with people, I'm not safe. I can see the snakes looking at me and when I move, they react to my movements. They start coming at me, whereas other people move, and the snakes ignore them." Said the snakes are trying to get him, and that's he panics. He said "they seem so real." He said he never even made it to his house because he'd taken the medication and about the time he was getting ready to go home is when the snakes hit. He said "I can't drive cause the snakes are in my truck, and they're everywhere on the road."

Said he still hears voices, "but they're not wigging out over the snakes; only I am." He said both Randy and Tyler seem to be generally calm. He said this Terry situation, the abused him, seems very much resolved at the moment. He said "I have forgiven Terry for what he's done to me, and that's not the issues; it's the snakes."

Reader is referred to the psychiatric evaluation dated 08/24/99 for more detail on the presenting problems.

**SOCIAL HISTORY:**  He has started going to AA meetings and has himself a sponsor.  He is attempting to do what we recommended.

**MEDICAL HISTORY:**
**Allergies: Iodine**
**Medication history:** When he left the hospital, he was taking Effexor-XR 150 mg after breakfast; Seroquel 100 mg at bedtime; and Ativan 1 mg q. 6 hours p.r.n. nervousness. Discharge diagnoses at the time were:  Major Depression, single episode, severe; Dissociative Identity Disorder, and Alcohol Dependence, by history.

**NAME:** Jedidiah Isaac Murphy
**M.R. #:** 00-72-72
**ATTENDING PHYSICIAN:** WILLIAM ESTABROOK, M.D.
**ADMISSION DATE:** 09/09/99                                    Page Two

## MENTAL STATUS EXAMINATION:

**Attitude and general behavior:** Very anxious, agitated white male.  Is very preoccupied with his snakes.  They seem very real, very frightening to him.

**Stream of mental activity:** Speaks in a clear and coherent manner.

**Mental trend content of thought:** Actively hallucinating and seeing snakes all around.  Was able to sleep on the Seroquel the night before.

**Affect and mood:** Affect is a little restricted.  Mood is very agitated.  Very scared.  Highly anxious.  This whole thing seems very real to him.

**Sensorium/orientation:** He is oriented to person, place, time, and situation.

**Remote memory/recent memory:** Seems to have good recall of past and present events.

**Retention and immediate recall:** He's able to retain and recall things.

**Attention and concentration span:** He can attend and concentrate until the snakes start surfacing and then he gets so panicky that he loses his ability to attend and concentrate.

## GENERAL INTELLECTUAL EVALUATION:

**Reasoning and Judgement:** Impaired because of the hallucinations.

**Abstraction:** Concrete in his thinking.

**General fund of information:** About average for his education.

**ASSETS:**  Family is very supportive of him.  Seems to be motivated to get treatment.

## ADMITTING DIAGNOSES:
|       |       |       |
|-------|-------|-------|
| AXIS  I: | 296.23 | Major Depression, single episode, severe. |
|       | 300.14 | Dissociative Identity Disorder. |
|       | 298.8 | Brief psychotic disorder. |
|       | 303.90 | Alcohol Dependence, by history. |
| AXIS  II: | No diagnosis. | |
| AXIS  III: | Generally in good health at this time. | |
| AXIS  IV: | Stressors appear to be just returning home. | |
| AXIS  V: | Admitting GAF is about 15 highest past year, about 85. | |

## PLAN OF CARE:

1.      Re-admit to the Adult Unit.  Begin to treat his psychotic states and see if we can't restabilize him, and then try him back out again.

*W William Estabrook MD*

**WILLIAM ESTABROOK, M.D.**

WE/MTTS

dd: 09/10/99
dr: 09/10/99
dt: 09/10/99

* - Dictated transcribed not read subject to transcription error.

# Patient's Bill of Rights

When you apply for or receive mental health services in the State of Texas, you have many rights. Your most important rights are listed on these four pages. These rights apply to all persons unless otherwise restricted by law or court order. A judge or lawyer will refer to the actual laws. If you want a copy of the laws these rights come from, you can call the Health Facility Licensure and Certification Division of the Texas Department of Health at 1-800-228-1570.

It is the responsibility of this hospital under law to make sure you have been informed of your rights. But just giving you this information does not mean your rights have been protected. This hospital is required to respect and provide for your rights in order to maintain licensure and do business in this state.

## Your Right to Know Your Rights

*You have the right*, under the rules by which this hospital is licensed, to be given a copy of these rights before you are admitted to the hospital as a patient. If you so desire a copy should also be given to the person of your choice. If a guardian has been appointed for you or you are under 18 years of age, a copy will also be given to your guardian, parent, or conservator.

*You also have the right* to have these rights explained to you aloud in simple terms in a way you can understand within 24 hours of being admitted to the hospital to receive services (e.g., in your language if you are not English-speaking, in sign language if you are hearing impaired, in Braille if you are visually impaired, or other appropriate methods).

## Your Right to Make a Complaint

*You have the right* to make a complaint and to be told how to contact people who can help you. These people and their addresses and phone numbers are listed below.

*You have the right* to be told about Advocacy, Inc., when you first enter the hospital and when you leave. Information about how to contact Advocacy, Inc., is also listed below.

If you believe any of your rights have been violated or you have other concerns about your care in this hospital, you may contact one or more of the following:

Health Facility Licensure and Certification Division          1-800-228-1570
Texas Department of Health
1100 W. 49th St., Austin, TX 78756

Advocacy, Incorporated          1-800-315-3876
7800 Shoal Creek Blvd, Suite 171 E, Austin, TX 78757

If you have been involuntarily committed and you believe that your attorney did not prepare your case properly or that your attorney failed to represent your point of view to the judge, you may wish to report the attorney's behavior to the Ethics Committee of the State Bar of Texas by writing:

Disciplinary Council
State Bar of Texas
1414 Colorado
P.O. Box 12487
Austin, Texas 78711-2487

*If you are a voluntary patient OR if you have been taken to the hospital against your will, turn to pages three and four for a listing of your special rights under law in Texas. All patients should read pages two and three, which explain the rights that apply to everyone receiving services at this hospital.*

## STATEMENT THAT YOU HAVE RECEIVED THIS PAMPHLET/IT HAS BEEN EXPLAINED

I certify that:

__X__   I have received a copy of this four-page document prior to admission

_____   Staff have explained its content to me in a language I understand within 24 hours of admission (if involuntarily committed).

_____   Staff have explained its content to me in a language I understand prior to admission (if voluntarily committed)

Name _Jedidiah_          Witness _Elizabeth Summerall_

Date _9/9/99_          Date _9/9/99_

Relationship of witness to patient: _GCH Staff_



# GLEN OAKS HOSPITAL
## CONDITIONS OF ADMISSION

**DOCTOR'S STATEMENT:** Upon the basis of the preliminary examination I have determined that the patient applying for admission has symptoms of mental illness and/or chemical dependence and shall benefit from the hospitalization requested. I recommended that the patient referred to below be admitted as a voluntary patient. I have examined, or this patient was examined by a physician within seventy-two (72) hours of admission.

ADMITTING DIAGNOSIS ___*Psychosis NOS \ Halva.*___

PHYSICIAN PROVIDING DIAGNOSIS _____

**CONSENT FOR MEDICAL TREATMENT:** I do voluntarily consent to such hospital care encompassing diagnostic and therapeutic procedures and medical treatment, as may be ordered by my physician, his assistants or designees, as is necessary in his judgment. I further consent to such laboratory testing of my blood and body fluids as may be necessary in the event an employee or agent of the hospital is involved in an exposure while providing care for me. I realize that physicians furnishing services to the patient, including but not limited to emergency room physicians, attending physicians, radiologist, anesthesiologists, anesthetists, and pathologists are independent contractors and are not employees or agents of the hospital and billing for such services may not be involved in this hospital bill.

**REQUEST FOR DISCHARGE:** If I wish to leave the hospital I will need to give verbal or written notice to a designated hospital staff person responsible for my care. I understand that I must be released within four (4) hours by a Psychiatrist unless a Psychiatrist orders detention for a face to face evaluation to be completed by a Psychiatrist within twenty four (24) hours of request to leave the hospital. I then have a right to leave unless; (a) I change my mind and do so in writing; (b) A Psychiatrist decides to make an application for court–ordered services or emergency detention; or (c) I am 17 years of age or younger and I must be discharged to a parent or guardian.

**PATIENT SEARCH:** I understand that the hospital may deem it necessary to inspect my person, possessions, and my assigned room for items which it considers dangerous to my safety and welfare or the safety or welfare of other patients or hospital employees. I hereby consent to such inspection which may be made by a hospital employee and release the hospital from any liability or other responsibility for the consequences of such inspections.

**AUTHORIZATION TO RELEASE INFORMATION:** I hereby authorize my physician, anesthesiologist, anesthetist, consultant, surgeon, radiologist, pathologist, and GLEN OAKS HOSPITAL to release written, verbal, or copied information concerning my care or treatment during this hospitalization including, but not limited to, diagnosis, prognosis, medication, drugs, treatment, laboratory test results, medical history, treatment progress or related information including that dealing with communicable disease, to my insurance agent(s) or carrier(s), and/or Texas Medical Foundation – Peer Review Organization of Texas as required for the processing and payment of insurance claims and/or Medicare/Medicaid/Champus claims for this hospitalization. I am aware that GLEN OAKS HOSPITAL will contact the insured(s) employers to verify employment and benefits.

**AUTHORIZATION TO PAY INSURANCE BENEFITS:** I do hereby authorize payment to my physician, anesthesiologist, anesthetist, consultant, surgeon, radiologist, pathologist, and GLEN OAKS HOSPITAL for all physician and hospital benefits otherwise payable to me for this period of hospitalization, but not to exceed the physician's or hospital's total charges. I understand I am financially responsible to my providers for charges not covered by my insurance. I understand that insurance claims are filed as a courtesy service and any disputes with my insurance agents or carriers regarding terms of coverage and payment will be handled by me. In the event I do not choose to assign the payment of my insurance benefits to my providers, I understand that my account will be handled as a private pay account, and that I will be personally responsible for provider charges which are due and payable at the time such services are rendered unless financial arrangements have been made with my providers.

**CONSENT FOR EMERGENCY TREATMENT:** In the case of a medical emergency, I give my consent to be transported to Presbyterian Hospital of Greenville for evaluation and treatment by the attending physician on duty. (This includes parental or guardian consent for minor patients).

**PATIENT RESPONSIBILITY FOR VALUABLES:** I understand that the hospital has the ability to secure my small personal items such as jewelry, billfold, etc. If I wish to have such items secured, I take responsibility to provide these items to Glen Oaks Hospital so they can be secured until my discharge. I further understand that it is my responsibility to retrieve these items upon my discharge and that those items not retrieved will be kept no longer than 30 days before they will be discarded.

**CONSENT TO PHOTOGRAPH:** I Understand that the hospital uses pictures as a means of identification rather than an arm band. I give my consent for my picture to be taken for this purpose.

**PATIENTS RIGHTS:** As a guardian, I have received "Patient's Rights Under the Consent to Treatment with Psychoactive Medication Rule".

The undersigned certifies that he/she has read and understands each section of the foregoing, receiving a copy thereof, and is the patient, or is duly authorized by the patient as a patient's general agent to execute the above conditions and accept the terms, and this instrument has been signed in Greenville (Hunt County), Texas.

| | | | |
|---|---|---|---|
| _(signature)_ | | | |
| Patient | Date | Guardian | Date |
| _Elizabeth Sundell_ 9/9/99 | | | |
| Witness | Date | Relationship to Patient | Date |
| | | _(signature)_ | |
| Witness | Date | Guarantor | Date |

(White – Chart)    (Canary – Patient)

FORM 1001035

HEALTH PRINT (800) 692-4623

# ADVANCE DIRECTIVE ACKNOWLEDGMENT

NAME: _Jedidiah Murphy_   SOC. SEC. NO: _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_

IDENTIFICATION NO: _248309?_   DATE OF BIRTH: _9/1/75_

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.
### Place your initials after __each__ statement.

1. I have been given written materials about my right to accept or refuse medical treatments. _____ (Initialed)

2. I have been informed of my rights to formulate Advance Directives. _____ (Initialed)

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility. _____ (Initialed)

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law. _____ (Initialed)

## PLEASE CHECK __ONE__ OF THE FOLLOWING STATEMENTS:

☐ I HAVE executed an Advance Directive.

☒ I HAVE NOT executed an Advance Directive.

Signed: _____   Date: _9/9/99_

Witness: _Elizabeth Swindell_   Date: _9/9/99_

Witness: _____   Date: _____

GO7045

Health Print (800) 692-4623

# GLEN OAKS HOSPITAL

I recognize that the involvement of significant others is an important part of my therapy process and I understand that the disclosure of my presence in GLEN OAKS HOSPITAL may imply the nature of my diagnosis. With this in mind:

**Please (√) check all that apply**

( ) Code #1.  I give my consent to acknowledge my presence to any visitors and callers.

( ) Code #2.  I give my consent to acknowledge my presence only to the persons listed below.

( ) Code #3.  I do not give my consent to acknowledge my presence to visitors and callers.

( ) Code #4.  I give my consent for the following family members and/or significant others to be involved in my treatment.

| | NAME | (RELATIONSHIP) | ADDRESS | PHONE # |
|---|---|---|---|---|
| 1. | HOPE ABBOTT | — | 972-286-1570 | |
| 2. | RANDY CROW | — | 972-932-2628 | |
| 3. | LORI CROW | — | " " | |
| 4. | LEAH RAY | — | | |
| 5. | CHELSEA WILLIS | — | 903-873-6830 | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

I understand that this consent may be revised by me at any time and will automatically be invalid upon my discharge

Patient _____   Date  9/9/99

( ) Parent ( ) Guardian _____   Date

Witness  Elizabeth Sundall   Date  9/9/99

---

ADDRESSOGRAPH IMPRINT

2483097  AP

Jedidiah Murphy

**Consent for Acknowledgement of Presence**
**and**
**Therapeutic Involvement of Others**

(White-Chart)     (Yellow-Operator)     (Pink-After Hours Log)

FORM #G08040

# GLEN OAKS HOSPITAL
## PATIENT/FAMILY GRIEVANCE PROCEDURE

MURPHY, JEDIDIAH

It is the goal of Glen Oaks Hospital to maintain the highest quality of patient care and fair treatment for all. If you should have a concern about your care at the hospital, the following steps should be followed.

1. When you first realize you have a concern or problem you can:
   A. Utilize the Community Meetings on the unit to discuss it, or
   B. Discuss it with your physician, if it is a concern about his services or treatment, or
   C. Discuss the concern with the Nurse Manager on your unit.

2. If you are not satisfied with the resolution, please call Glen Oaks Hospital at 800-443-1109 and ask to speak to the Patient Advocate. This person will set up a special time to discuss your issue with you.

3. If a resolution is not mutually satisfying, your concern will be forwarded to the CEO/Managing Director of Glen Oaks Hospital for resolution.

   The right of a person to prompt and equitable resolution of the complaint filed hereunder shall not be impaired by the person's pursuit of other remedies, such as filing of a Section 604 complaint with the Office for Civil Rights of the US Department of Health and Human Services. (Utilization of this grievance procedure is not a prerequisite to the pursuit of other remedies.)

5. These rules shall be liberally constructed to protect the substantial rights of interested persons, to meet appropriate due process standards and to assure Glen Oaks Hospital compliance with Section 504, Title VI of the Civil Rights Act, the Age Discrimination of 1975 and any other appropriately related standards or guidelines.

6. All unresolved grievances shall be reviewed by the hospital's Board of Governors for disposition and resolution within 30 days after filing.

7. When the person and/or patient involved is connected with the hospital's Addictive Disease Unit and the Managing Director of the Board of Governors for this facility cannot resolve the grievance, then same will be referred to the Texas Commission on Alcohol and Drug Abuse's Board of Inquiry. (TCADA; 710 Brazos; Austin, TX 78701)

8. Under no circumstances will the presenting of a grievance in itself, serve to compromise the patient's future access to care at this facility.

9. If you are not satisfied with the CEO Managing Director's decision, a complaint may be made directly to the Texas Department of MHMR at 1(800)252-8154 or 1(800)223-4206, of if appropriate, the Texas Commission on Alcohol and Drug Abuse at 1(800)832-9623.

10. Complaints regarding licensed physicians may be made to the Medical Examiner's office at 1812 Centre Creek, Suite 300, Austin, Texas 78754 or 1(512)834-7728.

I HAVE REVIEWED AND UNDERSTAND THIS GRIEVANCE PROCEDURE AND HAVE RECEIVED A COPY OF SAME

PATIENT _____ DATE: 9/9/99

WITNESS _Elizabeth Swindle_ DATE: 9/9/99

Original (White) - Chart          Carbon (Yellow) - Patient

ADM:009 - Rev. 02/10/94

GO7025

## GLEN OAKS HOSPITAL
## MEDICAL SCREENING

Name: _I. Murphy_  Date: _9/9/99_  Time: _700_  AM/ PM
Age: _124_  Sex: _M_  Marital Status: _S_

1. Within the last 72 hours has the patient been exposed to:  ☐ YES  ☒ NO
   ( )Measles    ( )Rubella    ( ) Pneumonia    ( )Whooping Cough
   ( )Strep    ( )Chicken Pox    ( ) Staph

2. Have you ever been diagnosed as having active TB? ☐ NO ☐ YES  If yes, when, where, and how treated: _____

3. Has anyone in your family or a close associate ever been diagnosed with active TB?  ☐ YES  ☒ NO

4. Do you have a persistent cough that has not been diagnosed by a doctor?  ☒ YES  ☐ NO

5. Have you had an unexplained persistent fever? ☐ YES  ☒ NO

   If you have a positive response to any of questions 1-5, you must consult with the admitting physician prior to going on to the unit.

   A. Skin: Color    (✓) good    ( ) pale    ( ) jaundice
          Condition  (✗) bruises    ( ) breaks    ( ) cyanotic

   B. Neurological (✗) WNL ( ) dizziness    ( )blurred vision ( ) headaches ( ) seizures
                   ( ) blackouts    ( ) syncope    ( ) weakness    ( ) tremors

                   Pupils  ( )Equal  ( If not equal hve RN evaluate).
                   Gait    ( )steady    ( )unsteady

   C. Cardio:  (✗) WNL ( ) chest pain    ( ) palpitations    ( ) hypertension ( ) hypotension

   D. Respiratory:  (✗) WNL ( ) hoarseness ( ) sore throat    ( ) cough    ( ) nose bleeds
                    ( ) wheezing    ( ) colds    ( ) asthma
                    ( ) sinusitis    ( ) unusual rhythm/rate    ( ) coughing up blood

   E. Gastrointestinal(✗) WNL ( ) constipation    ( ) vomiting  ( )diarrhea ( ) bloody stool
                      ( ) abdominal pain  ( ) indigestion/heartburn

   F. Urinary:  (✗) WNL    ( ) infection    ( ) blood in urine    ( ) pain    ( ) itching/burning

   G. Endocrine  (✗) WNL    ( ) Diabetic    ☐ YES ☒ NO ( ) Thyroid Problem  ☐ YES ☒ NO

   Is there an emergency medical condition?    ☒ NO ☐ YES (If Yes take vital signs)
   Vital Signs: T._____ P_____ Resp. _____ B.P._____

   If an emergency condition is assessed, describe action taken by the Physician on call.

   _____

   _____

The Medical and Needs Assessment were reviewed with Dr. _Kalru_
on _9/9/99_ at _700_ by _B George Ren_ QMP.
   Date           Time           Assessor

3/11/99

# COMPREHENSIVE
# ASSESSMENT TOOL

**Glen Oaks Hospital**

## NEEDS ASSESSMENT
## PART I

24|3097 AP
MURPHY, JEDIDIAH
DR. ESTABROOK

| PATIENT NAME Jedidiah Murphy | MARITAL STATUS Single | SEX M | AGE 24 | DATE 9-9-99 | TIME 6 45 PM |
|---|---|---|---|---|---|

| DOB | SS# | ADDRESS 6305 FM 429 | CITY Kaufman | ZIP |
|---|---|---|---|---|

| HOME PHONE NO. | WORK PHONE NO. | RELIGION | EMPLOYER |
|---|---|---|---|

| OCCUPATION | ACCOMPANIED BY AA Sponsor. | REFERAL SOURCE DC from Here 9-8-99 |
|---|---|---|

**PRESENTING PROBLEM -** (Precipitating Event Within Last 72 Hours) Please Provide Quotes:

Left yesterday Went to Sponsors
Woke at 11 Am 9/9/99 Seeing Snakes every where
Cannot be by self. or he Sees them in plants
Trees.
Very Restles sitting in chair both Legs jumping
cant sit for any Length of Time

History of the Problem (Events and Circumstances Preceding the Precipitating Event). Please Indicate Source of Information as Above.

| History of Present Illness | Admits Pt. | S.O | Denies Pt. | S.O | D.N.A | (As Evidenced By Most Recent Occurance, Frequency, Intensity, Duration) |
|---|---|---|---|---|---|---|
| **1. SLEEP** | | | | | | Did not Sleep well |
| Not Sleeping | | | | | | Woke q hour |
| Difficulty Going to Sleep (Initial Insomnia) | | | | | | |
| Frequent Awakening During the Night (Middle Insomnia) | | | | | | |
| Early Morning Awakening (Terminal Insomnia) | | | | | | |
| Sleeps All Day | | | | | | |
| Usual Number of Hours of Sleep | | | | | | |
| Other - Describe | | | | | | |
| **2. EATING** | | | | | | OK |
| Problems with Eating (Assess for Anorexia. | | | | | | Ate X1 to day. |
| Bulimia, Binging & Inadequate Intake) | | | | | | |
| ⊐ Loss of Weight    ⊐ Gain of Weight | | | | | | |
| **3. LIBIDO** | | | | | | |
| Decrease or Loss in Interest in Enjoyable or Pleasurable Activity (including sex) | | | | | | |

| 2/22/97 | Pt. = Patient | S.O. = Significant Other | D.N.A = Refused to Answer or Did Not Ask |
|---|---|---|---|

Part I - Page 1

GO701SA

| History of Present Illness | Admits Pt.IS.O | Denies Pt.IS.O | D.N.A | (As Evidenced By Most Recent Behavior) |
|---|---|---|---|---|
| **Usual Daily Activities** | | | | Cant work due to delusions |
| Problems Functioning at Work/School | ✓ | | | |
| Deterioration in Hygiene and/or Grooming | ✓ | | | |
| Loss of Energy or Interest in Activities | ✓ | | | |
| Social Withdrawal | ✓ | | | |
| Other - Describe | | | | |
| **5. Suicidal Thoughts** (Describe Plan) | ✓ | | | no plan feeling hopless wonders if he will ever be "ok" |
| **Suicidal Attempts** (Describe Most Recent Attempt) (Assess Weapon Ownership) | ✓ | | | Nov 22 - OD on pills |
| **6. Thoughts of Self Mutilations:** | ✓ | | | Teenage years - did cut on |
| **Actual Self Mutilations:** (Describe Most Recent Act:) | ✓ | | | self |
| **7. Homicidal Thoughts: (If Yes Describe)** | ✓ | | | Thoughs of Killing Person who |
| **Homicidal Attempts:** (Most Recent Attempt) | | ✓ | | Sexually abused him But Knows he would go to Hell if he did anything |
| **8. Aggressive Thoughts Toward Others:** (Describe Plan within last 72 hours) | ✓ | | | Last time he was Here |
| **Aggressive Behavior Toward Others:** Describe Any History of Physical Aggression | ✓ | | | was taken down & given a shot |
| **9. Behavior Changes** i.e. Irritability, Poor Impulse Control (In Children & Adolescents: Frequent Rule Breaking at Home or at School) | ✓ | | | |
| **10. Hallucinations/Delusions** (Visual, Tactile, Olfactory, Auditory) | ✓ | | | Seeing Snakes everywhere fears Being alone |
| **11. Situational Stressors** | Pt.IS.O | Pt.!S.O | D.N.A | |
| Legal Problems | | ✓ | | |
| Marital Family/ Relationship Conflicts | ✓ | | | |
| Changes in Living Situation | ✓ | | | |
| Financial Problems | ✓ | | | |
| Other - Describe: | | | | |
| Grief, Recent Death, Losses, Abuse | | ✓ | | |
| **12. Prior Treatment: Psychiatric/C.D.** | | | | When |
| Previous Outpatient Treatment | | ✓ | | Therapist<br>☐ Positive Outcome ☐ Negitave Outcome |
| Previous Inpatient Treatment (Reason) | ✓ | | | Where Terrell 1 yr ago.<br>When Was released after No. Admissions<br>Psychiatrist Assessment<br>☐ Positive Outcome ☐ Negitave Outcome |
| **13. History of Sexual, Physical, Emotional Abuse** (Explain, When, by Whom, Reported to Proper Authorites ☒Yes ☐ No) | | | | Sexual - Adoptive parents.<br>4-7 |
| **14. Family History of Mental Illness or Substance Abuse?** | | | | dad alcholic died 1983<br>dad & uncle psychosis |

15. **Who Do You Live With?** *Alone*

16. **Support System** - ☐ Relatives/Family, ☐ Church/Clergy, ☐ School, ☐ Job, ☐ NA/AA, ☐ Community Organizations, ☐ MHMR/Case Managment, ☒ Other - Explain *Sponsor*

17. **Guardianship; Legal Custody**

Youth - Under 16 - Descibe the patients relationship to parents - ☐ Biological, ☐ Custodial, ☐ Adoptive, ☐ Other

Father Name - _____   Mother Name - _____

Natural Father Name - _____   Natural Mother Name - _____

Legal Guardian's Name _____   Proof of Custody is Available from Where? _____

Geriatric - Does Someone Have Power of Attorney? ☐ No ☐ Yes - Name _____

Does Someone Have Legal Guardianship? ☐ No ☐ Yes - Name _____

18. **Discharge Transportation Problems**

19. **Medical Problems, Recent Illnesses or Injuries** ∅

20. **Allergies** (Food Specific) ∅

(Medication Specific) *Iodine*

21. **Religious/Cultural Practices:** Do You Have Any Religious or Cultural Practices That May Alter Your Care & Education?
☐ No ☐ Yes - Describe _____

22. **Language/Cognition:** Language Spoken: ☒ English ☐ Spanish ☐ Other, Specify _____

Reading Preference: ☒ English ☐ Spanish ☐ Other, Specify _____

Is Patient Sensory Impaired (Hearing, Visual, Speech) ☒ No ☐ Yes - Describe _____

Can Patient Follow and Understand Directions? ☒ Yes - ☐ No - Describe _____

Is Patient/Family Motivated to Learn? ☒ Yes - ☐ No - Describe _____

23. **Educational Needs:** Do You or Your Family Need Information on The Following? ☒ Current Illness ☒ Medications
☐ Diet ☐ Activity ☐ Community Resources ☐ None ☐ Other _____

24. **Support/Emotional Needs:** Do You Have Any Emotional/Family/Home Concerns That Need to be Addressed During Your Hospitalization? _____

25. **Physicial Limitations:** Do You Have Any Physical Limitations That May Alter Care or Limit Your Learning Ability? ☒ No
☐ Yes - Describe _____

26. **Alcohol/Drug History**

| | 1. | 2. | 3. | 4. |
|---|---|---|---|---|
| What drug(s) is the patient using? | | | | |
| First Use. What Occasion Quanity Used? | | *Alcohol free X 1 yr in November* | | |
| When Did Regular Use Begin? Events, Amounts and Method | | | | |
| When Did Patient Know There Was a Problem? What Happened? | | | | |
| Pattern of Use Now? Amount, Method & How Long? | | | | |
| Last Used? Date, Method and Amount | | | | |

Part I - Page 3

# COMPREHENSIVE ASSESSMENT TOOL

**Glen Oaks Hospital**

## NURSING ASSESSMENT UPDATE PART III

MURPHY, JEDIDIAH
E. ... BROOK
... 173

| Vital Signs | BP | Temp. | Pulse | Resp. 19 | Allergies (Food & Medication) |
|---|---|---|---|---|---|

| Date 9-9-99 | Admission Time 6:45 ☐ AM ☒ PM | Significant Others (Who Will Be Involved In Treatment) | ☒ Voluntary ☐ Involuntary |
|---|---|---|---|

| Functional Assessment | Active Yes | Active No | All Positive Answers Must Be Explained In the Comment Section |
|---|---|---|---|
| **1. Appearance** | | | **Comments** |
| Dirty | | ✓ | Discharged yesterday — returned today because he was seeing snakes in plants etc. — unable to sleep — unshaven but appears clean. — |
| Disheveled | ✓ | | |
| Tense | ✓ | | |
| Well-Groomed | | ✓ | |
| **2. Mood** | | | |
| Depressed | | ✓ | |
| Elated | ✓ | | |
| Irritable | ✓ | | |
| Anxious | ✓ | | |
| Angry | | ✓ | |
| Guilty | | ✓ | |
| **3. Behavior** | | | As Evidenced By? |
| Impulsive | ✓ | | Restless/anxious behavior, jumping to respond to anything said, moving about in chair, feet tapping, unable to sit still — Cursing and demanding, refusing to go to bed. Laughing and "cutting-up" c̄ other patients — |
| Self-Destructive | | ✓ | |
| Hostile | | ✓ | |
| Anxious | ✓ | | |
| Agitated | ✓ | | |
| Disorganized | ✓ | | |
| Manipulated | | ✓ | |
| Withdrawn | | ✓ | |
| Uncooperative | ✓ | | |
| Violent | | ✓ | |
| Inappropriate | ✓ | | |
| Restless | ✓ | ⊘ | |
| Evasive | | ✓ | |
| Defensive | | ✓ | |
| Guarded | ✓ | | |
| Drowsy | | ✓ | |
| **4. Affect** | | | |
| Appropriate | ⊘ | | Pt. laughing and talking to two other young patients — not focusing on problems |
| Labile | | ✓ | |
| Shallow | | ✓ | |
| Constricted | | ✓ | |
| Depressed | | ✓ | |
| **5. Perceptual Disturbances** | | | Describe/Example |
| Auditory Hallucinations | | ✓ | Reports continuing to see snakes, especially when alone, — in plants and trees. — Verbalized paranoia over seeing snakes. |
| Visual Hallucinations | ✓ | | |
| Depersonalization | | ✓ | |
| **6. Thought** | | | |
| Organized | | ✓ | |
| Delusional | | ✓ | |
| Paranoid | ✓ | | |
| Obsessional | | ✓ | |
| Suicidal Ideation | | ✓ | |
| Homicidal Ideation | | ✓ | |
| Concrete | | ✓ | |

| unctional Assessment | Active | | Comments | All Positive Answers Must Be Explained In the Comment Section |
|---|---|---|---|---|
| | Yes | No | | |
| **Difficulty Completing Task** | | | Describe/Example | |
| emory | | | | |
| Recent Memory Problems | | | | |
| Remote Memory Problems | | | | |
| **. Orientation** | | | | |
| Day | | | | |
| Date | | | | |
| Month | | | | |
| Year | | | | |
| Time of Day | | | | |
| City | | | | |
| Hospital (Place | | | | |
| Name (Person) | | | | |
| **10. Speech** | | | | |
| Slurred | | | | |
| Pressured | | | | |
| Non-Verbal | | | | |
| Stuttered | | | | |
| Incoherent | | | | |



On the Diagram, Indicate All Body Marks by Placement of Numbers From Legend on Proper Body Locations.
1 - Self Mutilation/Scars
2 - Lacerations
3 - Trauma Scars
4 - Operation Scars
5 - Tatoos
6 - Bruises &/or Discolorations
7 - Edema
8 - Needle Tracks/Scars
9 - Unusual Body Marks (Explain): _____
10._____
Head Lice ☐ Yes ☑ No
Scabies ☐ Yes ☑ No

11.   Strengths

      Weaknesses

12.   Risk for Falls - Consider the following elements:

| | | |
|---|---|---|
| History of previous falls prior to current hospitalization ☐ Yes ☐ No | Confused/disoriented | ☐ Yes ☐ No |
| Geriatric (over 65 years) ☐ Yes ☐ No | Impaired Mobility ☐ Low ☐ Med ☐ High | |
| Impaired Eyesight ☐ Low ☐ Med ☐ High | Impaired Hearing ☐ Low ☐ Med ☐ High | |
| Nuerological Deficit ☐ Low ☐ Med ☐ High | Difficulty adjusting to restriction on activity | ☐ Low ☐ Med ☐ High |
| Language Barrier ☐ Low ☐ Med ☐ High | | |

Drugs that alter LOC or behavior (sedatives, tranquilizers, pain medications, diuretics, laxatives)   ☐ Low ☐ Med ☐ High

Other comments:

13.   **Emotional/Behavioral Assessment**

_Report permission_

14.   **Patient//Family Education Needs:**

5.   Discharge Planning   _To Be Determined_

Signature of R.N.                          7/1/__   Date of Assessment

**COMPREHENSIVE
ASSESSMENT TOOL**

2 . 3 197 AP

MURPHY, JEDIDIAH

<u>Psychosocial Assessment - Adult</u>

| PATIENT | INFORMANT | RELATIONSHIP |
|---|---|---|
| Jedidiah Jim Murphy | Pt | self |

**1. PRESENTING PROBLEM & CIRCUMSTANCES**

We started seeing the worker again. It happened in its entirety, it happened on E's close 'I don't know what caused it

**2. CURRENT LIVING SITUATION/HOME ENVIRONMENT**

Pt temporarily stayed with sponsor just down the road from his Dads

**3. MARITAL & FAMILY RELATIONSHIPS** (Including Previous Marriages/Children)

Pt has one daughter 2yrs 2wks. (with her mamma)
Pt & Woman were common law together for 7yrs
"  "  " separated

**4. FAMILY OF ORIGIN & FAMILY CONSTELLATION**

Pt adopted twice plus own Family
1 brother 25yrs
1 half brother 3 lyrs

**5. SOCIAL SUPPORT SYSTEM:**

my real brother support, me through anything
my half brother is in KY at Ft well

**4. HISTORY OF ALCOHOL AND DRUG USE:**

13 yo Started drinking; max 5th of Jack Daniels
dabbled in drugs up until 22 yrs or older
mj + did a little liker of coc everyonce in a while
Lust ETOH 1 mo 3 wks ; last drugs a dot 2 yr 2 months

**7. HISTORY OF PHYSICAL/EMOTIONAL/SEXUAL ABUSE:** ☐ VICTIM  ☐ PERPETRATOR

1980-83   Pt was sexually abused 4-7 yrs
by the First guy that adopted us.

**8. EDUCATION**

Graduated from Edgewood High School 1944

**9. EMPLOYMENT: JOB STATUS/EAP INVOLVEMENT/WHO TO CONTACT**

None

**10. MILITARY: DATES OF SERVICES/BRANCH/DISCHARGE TYPE**

NO

**11. LEGAL HISTORY: ARRESTS/DWI'S/PROBATION/PENDING CHARGES**

Probation for assault 5 yrs, until 2-3 wks and
will then be off

**12. STATUS OF PSYCHOSOCIAL STRESSORS:** INTERPERSONAL/FINANCIAL/VOCATIONAL

Everything like being thrown in middle of traveling

Comprehensive
Assessment
Tool

AP
JEDIDIAH
K

**13. CULTURAL ISSUES:** RELIGIOUS BACKGROUND AND CURRENT ACTIVITY

*No*

**14. FAMILY CONCERNS OR ISSUES:** FAMILY COMMITMENT TO PARTICIPATE IN TX.

"Nada"

**15. GOALS FOR TX:**

As Identified by Patient *Get out on wonder I can be without these panic attacks that chill you like I said be treated. I want to be fixed. But there was impossible. There were crules everywere I held it feels it all day long.*

As Identified by Significant Other: *No*

**16. HISTORY OF PREVIOUS TREATMENT OR COMMUNITY MENTAL HEALTH RESOURCES**

**USED:** (Be very specific include names, addresses and phone numbers)
*Outpatient Andrews center in Canton, TX 1X 1½-2yr ago For counseling John notes Fa 2yr or irregular basis Inpatient 1X, tranvecolmit*

**17. RECENT CONTACT WITH PRIMARY CARE PHYSICIAN THAT IT IS IMPORTANT FOR US TO COORDINATE CARE WITH :** (Be very specific include names, addresses and phone numbers)
*Charles Webb in Kaufman, TX*

**18. DO YOU INTEND TO CONTINUE TREATMENT WITH THEM?**
**(IF YES, OBTAIN PATIENT SIGNATURE ON CONSENT TO RELEASE INFORMATION FORM AND COMPLETE REFERRAL INFORMATION ON D/C PLAN.**

Will go to John Motley for counseling + follow ups
with AA & Sponsor

**19. DISCHARGE PLANS AND IDENTIFIED PROBLEMS (Include impediments to D/C and Aftercare)** Transition to John Motley for counseling
Follow-ups with AA mtgs/12-step/Sponsor
involvement Daily Fridays

**20. INTEGRATED SUMMARY:**
SUGGESTED PROBLEMS TO BE ADDRESSED DURING THIS EPISODE OF TX:
Psychotic Ideation:
Panic & Distress over visual hallucination/auditory stables
Feeling overwhelmed by stress

ANTICIPATED OUTCOME: Stabilize Psychotic Medication;
↓ visual hallucinations; Improve Daily Life stress reduction
coping skills;

RECOMMENDATIONS FOR TX INTERVENTIONS: Group Therapy
Therapeutic Recreation
Medication management
Dr. Estbrook

| SOCIAL SERVICES SIGNATURE | DATE |
|---|---|
| Gary N. Motley, M.A. LMSW-ACP, LPC, LMFT, LCDC | 09-10-99 |

# THERAPEUTIC RECREATION
# READMIT EVALUATION

**Glen Oaks Hospital**

**PATIENT NAME:** Jim Murphy                    **DATE:** 9-9-99

**DIAGNOSIS:** MDD

**READMIT EVALUATION SINCE LAST ADMISSION:**   Patient is readmitted into inpatient. Patient is unable to cope with daily stressors, becoming suicidal. Patient reporting he is hearing voices and is losing time.

**FUNCTIONAL PERFORMANCE SINCE LAST ADMISSION:**

| AREA | IMPROVE | DETERIORATION | NO CHANGE | COMMENTS |
|------|---------|---------------|-----------|----------|
| Decision Making/Problem Solving | | x | | |
| Socialization Skills | | x | | |
| Communication Skills | | x | | |
| Coping Skills | | x | | |
| Attention Span / Concentration | | x | | |
| Frustration Tolerance | | x | | |
| Memory / Orientation | | | | |
| Insight | | x | | |
| Self Esteem | | x | | patient suicidal |
| Leisure Skills | | x | | |
| Independent Living Skills | | x | | |

**PROBLEM(S):**   1. danger to self

**SHORT TERM GOAL(S):**   1. Patient will make positive statement regarding self and the ability to cope with stressors of life.  2. Patient will begin to think more clearly as demonstrated by logical coherent speech.

**INTERVENTION(S):**   T.R. x 3 daily

**DISCHARGE PLAN:**  Patient will demonstrate ability to cope with stressors and channel energy appropriately and refrain from substance use.

**STAFF SIGNATURE:** _Dan M Mc MACTR_                    **DATE:** 9-10-99

MASTER TREATMENT PLAN including Nursing Care Plan

Nursing care plan formulated by: A. Bell RN          Date formulated: 7/9/99
Date of admission: _____  Anticipated D/C Date: _____  Program/Unit: AA Aponu___

Discharge destination (home, residential facility, nursing home, etc.): _____

After Care follow-up with: _____
Vocational/Occupational/Education Plans: _____

Other plans following discharge: _____

## INVENTORY OF ASSETS, STRENGTHS, LIABILITIES AND SPECIAL NEEDS

### Patient Strengths and Assests

| | | | |
|---|---|---|---|
| X | motivated for treatment | ___ | education |
| ___ | support of family and friends | ___ | leisure interest |
| ___ | capable of insight into problems | ___ | sense of humor |
| ___ | possesses technical/vocational skills | ___ | capable of independent living | ___ | recreational interest |
| ___ | religious affiliation/support network | ___ | good physical health |

### Liabilities and Special Needs:

Physical Handicaps or Limitation: Regular
Diet.

Dietary Restrictions: Contact Lenses

Sight, Hearing or Speech Impairments: _____

Able to read and write ___ yes ___ no

Miscellaneous: decring smoker

## Preliminary Admitting Diagnosis:

A. Psychosis
   _____ Primary Diagnosis
B. _____

Axis II _____
Axis III _____
Axis IV _____
Axis V current GAF: _____ past highest GAF: _____

Routine & PRN Meds

Diagnostic Procedures                                    Date

Allergies: Iodine
Activity Restrictions: 45° C 342
Miscellaneous: _____

| DATE | PROBLEM NO. | PROBLEMS IDENTIFIED | | | CODE | DATE RESOLVED | INITIALS |
|---|---|---|---|---|---|---|---|
| 9/9 | | Danger to Self / Others | | | | | |
| | | Psychotic Ideation | | | | | |
| | | | | | | | |

+ = Address during inpatient stay
x = Noted, but no action needed
✓ = To be referred to Aftercare

Name: Jedidiah Murphy          Patient ID#: 2663005          Date of Admission: 9-8-00          Dr. Estakered

# MASTER TREATMENT PLAN

**Problem:** _____ **Problem Title:** _____

**Diagnosis (DSM IV):**

**As Manifested By (give examples):**

**Long Term Goals (Discharge Criteria):**

| Short Term Goal | Target Date | Date Resolved |
|---|---|---|
| # Pt will put to Therapist to learn self exercise | 9/10 | |
| Pt will learn to nursing group pt @ 60H | 9/10 | ongoing |
| Therapist group | 9/10 | ongoing |
| Pt will use bupropion to medication management | 9/10 | ongoing |
| Pt will review responsibility - Goal 9/13 | 9/9 | ongoing |
| logical understand by supports | | |
| again symptoms | | |

**Interventions** | **Frequency** | **Responsible Staff** | **Discipline**

#: _____

#: _____

#: 4 TKY 3 day | Dawn | TK

#: 3 Daily Group Therapy group/ref Clinical

#: _____

#: _____

#: _____

## PHYSICIAN APPROVAL OF TREATMENT PLAN:

Physician Signature: _W. Wilson Eckbert MD_ Date: 9-10-99

I have reviewed my treatment plan with a member of the treatment team.

Patient Signature: _____ Date: _____

Treatment Team Members | Date

_____

| Status | | |
|---|---|---|
| 3 - Open, Severe Impairment | 1 - Open, Mild Impairment | D - Problem Deferred |
| 2 - Open, Moderate Impairment | R - Problem Resolved | X - Problem Re-defined |

**Codes**

| Treatment Plan Review Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| Problem Status | | | | | | | |

2

# MULTIDISCIPLINARY PROGRESS NOTES

NS -Nursing, ED - Teacher/Aide, PA - Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

Glen Oaks Hospital

| Prob. # 1 | Prob. # 2 |
| --- | --- |
| Prob. # 3 | Prob. #4 |

| Date | Time | Dept. | Prob. | |
| --- | --- | --- | --- | --- |

**Medication PRN Notes:** Patient Name _Jedidiah Murphy_

_Loxitane 25 mg. IM x1 Now Only_ was given at _9-10-99 / C030_
(Medication, Dosage and Route)                                        (Date / Time)

Patient Education: _____

Cooperation in Taking Meds: ☑ Totally Cooperative ☐ Required Verbal Persuasion
☐ Other _____

Behaviors/Symptoms Being Treated: _Psychotic Behavior + Anxiety_

Given By _K. Derly, RN_

Patients Response _Laying in bed c̄ eyes closed. Resp. even + unlabored @ this time._

_K. Derly, RN_                              _9-10-99 / 0130_
(Nurse Signature)                              (Date / Time)

| Date | Time | Dept | Prob | Notes |
| --- | --- | --- | --- | --- |
| 9/10 | 12:30 | N.S. | | Pt. went to bed p̄ sitting in the day room c̄ other Patients, laughing / cursing / talking loudly. Pt. appears to be enjoying himself very much although inappropriate for therapeutic stabalization. R. Bell RN |
| 9/10 | 530 | NS | | Sleeping soundly, no distress. Cont. SP II precautions c̄ Q15' visual checks. R. Bell RN |
| 9/10/99 | 1400 | NS | | Attended Goals Group sitting at edge of group c̄ hat + hands over face, cursing + interrupting group saying he was hearing seeing snakes + was very playful + demanding staff ^error give it. Refused staff encouragement + peer suggestion. On @15min checks. M. Nichols RN |

# MULTIDISCIPLINARY PROGRESS NOTES

**Glen Oaks Hospital**

NS -Nursing.  ED - Teacher/Aide.  PA. Physician Assistant
DS - Dietary Services.  PS - Psychological Services.
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

2103097 AP

MURPHY, JEDIDIAH

DR. ESTABROOK

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 9-10-99 | 1415 | CS | 1 | GROUP THERAPY — 1 Hr. |
| | | | | The Pt initially shook his head side to side |
| | | | | stating he could + think straight. Despite |
| | | | | appearing withdrawn and drowsy, the Pt |
| | | | | talked with group, was well enough to |
| | | | | respond appropriately with peers regarding |
| | | | | reinforcers to depression, relapse triggers, |
| | | | | and suicidal thoughts. The Pt, also, shared |
| | | | | with a few peers about being given up |
| | | | | having everything he wanted and rebelling, |
| | | | | subsequently feeling himself out of the |
| | | | | family. The Pt appeared stupified about |
| | | | | if there are any correlation between |
| | | | | family of origin dynamics and his depression. |
| | | | | Stacy N. Mulvey, M.A., LMSW-ACP, LPC, LMFT, LCDC |
| 9-10-99 | 1245 | CS | 1 | GROUP THERAPY — 1 Hr. |
| | | | | The Pt self-isolated himself to sitting on the |
| | | | | floor in the corner drifting in and out of |
| | | | | consciousness, requiring multiple redirection |
| | | | | to remain alert and stay awake through |
| | | | | work focused on reinforcers to depression, |
| | | | | family of origin dynamics, suicidal |
| | | | | thoughts, and negative self-messages. |
| | | | | Stacy N. Mulvey, M.A., LMSW-ACP, LPC, LMFT, LCDC |

FJRM #G06065



# MULTIDISCIPLINARY PROGRESS NOTES

**Glen Oaks Hospital**

NS - Nursing,  ED - Teacher/Aide,  PA - Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Date/Time | Dept. | Prob. | |
|---|---|---|---|
| 9-10-99 2000 | Nsg | #1 | Pt attended 0.5 hours of wrap up. Pt remains on q 15 minute visual safety checks. Ø aggression noted. Socialized c̄ select peers Ø interaction c̄ staff. Pt appeared to associate c̄ select peers Ø sexual inappropriate. M. Gilchrist RN |
| 9/10/99 10° Late Entry | NS | | Pt states he wishes rescend his request for discharge, at this time; that he has talked c̄ his Dr. + understands what is being done for him. Staff encouraged him to continue c̄ Dr.'s plan Pt states he's pleased to be in hospital at this time where he can get help. On q15 min checks for safety. M. Nichols RN |



# Therapeutic Recreation Participation Record

Glen Oaks Hospital

MURPHY, JEDIDIAH
?/??/??
DR. ESTABROOK
?272
209 ?/?/?? ??5

| Group(s) / Time(s) | | |
|---|---|---|
| ____ Lifestyle Mgt. _____ | ✓ Kinetic Group  1245-215  6-7 | ____ Rec. Group _____ |

---

## 1. How was group focus related to this patient's treatment plan?

✓ Inability to cope
✓ Low self esteem
✓ Impulsive behavior
✓ Poor Social Skills
✓ Suicidal Ideation's
___ Homicidal Ideation's
✓ Depression

✓ Aggressive outbursts
✓ Difficulties adapting to change
✓ Inability to express feelings
___ Inability maintain sobriety
✓ Inability to solve problems
___ Abandonment issues
___ Inability to trust others

✓ Difficulties making decisions
___ Disordered thought process
___ Unable to complete task
     without assistance
___ Inability to concentrate
___ Inability to follow instructions
___ High level's of anxiety

---

## 2. What specific goals were addressed?

✓ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
___ Decrease daily level of anxiety by developing positive coping mechanisms.
___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
___ Make positive statements regarding self & ability to cope with stresses of life.
___ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
✓ Think more clearly as demonstrated by logical, speech.
___ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

---

## 3. Symptoms Reported and/or observed:

___ Suicidal Ideation
___ Somatic complaints
___ Self defeating
___ Depressed
___ Hiding
___ Homicidal Ideation
___ Angry outbursts

___ Pressured Speech
___ Paranoia
___ Manic Tendencies
___ Tremulousness
___ Shakiness
___ Phobias
___ Panic

___ Impaired Orientation
✓ Cognitive Distortion
___ Minimization
___ Denial
___ Chem. Abuse
___ Delusional
✓ Anxious

___ Hostility
___ Threats
___ Sleeplessness
___ Disorientation
___ Hallucinating
___ Labile
___ Other: _____

---

## 4. Patient response / staff assessment:

✓ Attentive
___ Sharing
___ Negative

✓ Supportive
___ Intrusive
___ Defensive

✓ Guarded
___ Resistant
___ Positive

___ Drowsy
___ Withdrawn
___ No disclosure

___ Disinterested
___ Attempts to monopolize
___ Receptive to feedback

Pt. affect disturbed. Appeared to be responding to internal stimuli @ times. Pt. supportive of peers, but minimal socialization. No progress noted.

---

## 5. Plan:  cont. TX

STAFF SIGNATURE: David Jordan TRS          DATE: 9/10/99



Glen Oaks Hospital

## Therapeutic Recreation Participation Record

MURPHY, JEDIDIAH
??/??/??
DR. ESTABROOK
? 272
??? ??/??/????
Jim

### Group(s) / Time(s)

___ Lifestyle Mgt. _____   ✓Kinetic Group  6-7   ___ Rec. Group _____

---

**1. How was group focus related to this patient's treatment plan?**

- ✓Inability to cope
- ✓Low self esteem
- ✓Impulsive behavior
- ✓Poor Social Skills
- ✓Suicidal Ideation's
- ___ Homicidal Ideation's
- ✓Depression

- ✓Aggressive outbursts
- ✓Difficulties adapting to change
- ✓Inability to express feelings
- ___ Inability maintain sobriety
- ✓Inability to solve problems
- ___ Abandonment issues
- ___ Inability to trust others

- ✓Difficulties making decisions
- ✓Disordered thought process
- ___ Unable to complete task without assistance
- ✓Inability to concentrate
- ___ Inability to follow instructions
- ___ High level's of anxiety

---

**2. What specific goals were addressed?**

- ✓Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
- ___ Decrease daily level of anxiety by developing positive coping mechanisms.
- ___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
- ___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
- ___ Make positive statements regarding self & ability to cope with stresses of life.
- ___ Other: _____

- ___ Develop & implement specific coping strategies to resist impulsive urges.
- ___ Interact socially w/out fear or suspicion being reorted.
- ___ Show limited social functioning by responding approp. to friendly encounters.
- ✓Think more clearly as demonstrated by logical speech.
- ___ Report diminishing or absence of hallucinations and/or delusions.
- ___ Express, with approp. affect feelings that underlie suicidal ideations.

---

**3. Symptoms Reported and/or observed:**

- ___ Suicidal Ideation
- ___ Somatic complaints
- ___ Self defeating
- ___ Depressed
- ___ Hiding
- ___ Homicidal Ideation
- ___ Angry outbursts

- ___ Pressured Speech
- ___ Paranoia
- ___ Manic Tendencies
- ___ Tremulousness
- ✓Shakiness
- ___ Phobias
- ___ Panic

- ___ Impaired Orientation
- ✓Cognitive Distortion
- ___ Minimization
- ___ Denial
- ___ Chem. Abuse
- ___ Delusional
- ✓Anxious

- ___ Hostility
- ___ Threats
- ___ Sleeplessness
- ___ Disorientation
- ___ Hallucinating
- ___ Labile
- ___ Other: _____

---

**4. Patient response / staff assessment:**

- ✓Attentive
- ___ Sharing
- ___ Negative

- ___ Supportive
- ___ Intrusive
- ___ Defensive

- ✓Guarded
- ___ Resistant
- ___ Positive

- ___ Drowsy
- ___ Withdrawn
- ___ No disclosure

- ___ Disinterested
- ___ Attempts to monopolize
- ✓Receptive to feedback

Pt. affect disturbed. Seemed to be responding to internal stimuli @ times. Participated in group, but little socialization ē staff or peers. No progress noted.

**5. Plan:** Cont. Tx.

**STAFF SIGNATURE:** David Jordan TRS   **DATE:** 9-11-99

# Patient Assessment and Activity Record For _9/11/99_

213397 AP

MURPHY, JEDIDIAH

DR. ESTABROOK

## SATURDAY OR SUNDAY

**Hygiene & ADL**
11-7 7-7 7-11
( ✓ ) ( ✓ ) ( ✓ ) Independent

0915 98⁹ 112 24 116/90

Hr. / T / P / R / BP

**If functioning not independent:**
**Personal Care Provided**
11-7  7-7  7-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

Hr. / T / P / R / BP

Hr. / T / P / R / BP

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7         7-7         7-11

DX Test/Treatments

Test _____ Time _____

Test _____ Time _____

Weight: _____ (M & Th 3-11)

**Lab Services**
Admit Profile    Drawn  Sent
Blood
Urine
_____ M3721318-7  WES

**Nutritional ( Eating)**
7a  12p  5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
( ✓ ) ( ) ( ) 100%

Jim

| Movation Level to Attend Therapy & Activities | | | Intervention | | | |
|---|---|---|---|---|---|---|
| 7-7  7-11 | | | 11-7  7-7  7-11 | | | |
| ( ) ( ) Self motiatived | | | ( ) ( ) ( ) Clarification |
| ( ✓ ) ( ✓ ) Needs Reminders | | | ( ) ( ) ( ) Limit-Setting |
| ( ) ( ) Frequently Tardy | | | ( ) ( ) ( ) Confirmation |
| ( ) ( ) Some Refused* | | | ( ) ( ) ( ) Problem Solving |
| ( ) ( ) Refused All* | | | ( ) ( ) ( ) Socialization |
| | | | ( ) ( ) ( ) Role Playing |
| **Precautions** | | | ( ) ( ) ( ) Orientation |
| 11-7  7-7  7-11 | | | ( ) ( ) ( ) Activity |
| ( ) ( ) ( ) 1:1* | | | ( ) ( ) ( ) Education |
| ( ) ( ) ( ) SP I* | | | ( ) ( ✓ ) ( ) Journaling |
| ( ✓ ) ( ✓ ) ( ✓ ) SP II | | | ( ) ( ✓ ) ( ✓ ) Re-Directing |
| ( ) ( ) ( ) E.P | | | ( ) ( ) ( ) Support |
| ( ) ( ) ( ) Seizure | | | |
| ( ) ( ) ( ) Detox | | | **Sleep Pattern** |
| ( ) ( ) ( ) R.T.F. | | | 11-7 |
| ( ) ( ) ( ) Seclusion* | | | ( ✓ ) ___ hours uninterrupted |
| ( ) ( ) ( ) Restraints* | | | ( ✓ ) Out of bed # ___ times |
| * requires progress note for additional information | | | ( ) Difficulty Falling to Sleep |
| | | | ( ) Restless |

---

## Education

Orientation: _____
☐ Patient ☐ Family Significant/Other: _____

Medication: _____
☐ Patient ☐ Family Significant/Other: _____

Disease: _____
☐ Patient ☐ Family Significant/Other: _____

Coping Skills: _____
☐ Patient ☐ Family Significant/Other: _____

Education Materials: _____
☐ Patient ☐ Family Significant/Other: _____

| Signature & title staff 11-7 | Signature & title staff 7-7 | Signature & title staff 7-11 |
|---|---|---|

---

## Assessment by RN

**Affect**
11-7 7-7 7-11
( ) ( ) ( ) Bright
( ) ( ✓ ) ( ✓ ) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7 7-7 7-11
( ) ( ✓ ) ( ✓ ) Organized
( ) ( ) ( ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

**Behavior**
11-7 7-7 7-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( ✓ ) ( ✓ ) Anxious
( ) ( ✓ ) ( ) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7 7-7 7-11
( ) ( ✓ ) ( ✓ ) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7 7-7 7-11
( ) ( ✓ ) ( ) Appropriate
( ) ( ) ( ✓ ) Withdrawn
( ) ( ✓ ) ( ✓ ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7 7-7 7-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7 7-7 7-11
( ) ( ✓ ) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) ( ✓ ) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
( ) ( ✓ ) ( ✓ ) Alertness
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7 7-7 7-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( ✓ ) ( ✓ ) Some Insight

11-7 RN _____
7-7 RN _T. Veier RN_
7-11 RN _J. Roachen_



**MULTIDISCIPLINARY PROGRESS NOTES**

NS - Nursing,  ED - Teacher/Aide,  PA - Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

Glen Oaks Hospital

| Prob. # 1 | Danger to Self / Other | Prob. #2 | Psychotic indication |
|---|---|---|---|
| Prob. # 3 | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|
| 9/11 | 5:10 | N.S. | | Sleeping soundly ē distress, resp. even / unlaboured, cont. on SPII Precautions ē Q 15' visual checks. R. Hill RN |
| 9/11 | 10:00 | CS | 1 | Group 1.0 h. Pt. cont. to appear depressed but unsatisfactive in group. Pt. sits slumped down in chair ē hat pulled down over eyes exhibiting flat affect. Pt. did show that he is remaining sober through AA/NA attendance but cont. to struggle ē same. ____ |
| 9/11/99 | 1345 | NSG | | Pt. has been up on the unit, brighter affect @ times, interacting ē peers, attention seeking, restless, attended goals group X 0.5 hrs, states feeling "healthy + anxious" goal is to "make it through the day ē having trouble", @ 1030 pt. c/o having anxiety attack, Dr. Siles notified of Pt. condition + new order received, Vistaril 50mg PO given @ 1030, med effective + pt. remains calm, on SPII ē Q 15 min visual checks for pt. safety. — T. Vein RN |
| 1/11/99 | 2012 | Nsg | | Pt. to desk, requesting discharge. Pt. filled out written request for D/C. MD Siles notified ē order |



# MULTIDISCIPLINARY
# PROGRESS NOTES

**Glen Oaks Hospital**

NS - Nursing, ED - Teacher/Aide, PA Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

2403097 AP

MURPHY, JEDIDIAH
DR. ESTABROOK

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|--|
| 9/11/99 | 2012 | Nsg | | to place Pt on 24° hold. Pt notified c̄ verbalization of understanding. Remains on SP11 Prec. c̄ Q 15 min visual Vis for Pt Safety ————————— ‡Roach RN |
| 9/11/99 | 2105 | Nsg | | Pt attended & participated in 0.5 hr wrap up therapy Pt verbalized high + low for today as telephone calls. Stated wants to leave because has a little girl to care for. Remains on SP11 Precautions c̄ Q 15 min visual Vis for Pt safety —————— ‡Roach RN |

DRM #G06065

HEALTH PRINT (800) 692-4823

# Patient Assessment and Activity Record For ___9/ 12 /99___

## SATURDAY OR SUNDAY

2163097 AP

MURPHY, JEDIDIAH

DR. ESTABROOK

**Hygiene & ADL**
11-7 7-7 7-11
( ) (✓) ( ) Independent

0855 998 18 20 140/80

Hr. / T / P / R / BP

If functioning not independent:
**Personal Care Provided**
11-7 7-7 7-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

Hr. / T / P / R / BP

Hr. / T / P / R / BP

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7        7-7        7-11

**DX Test/Treatments**

Test _____ Time _____

Weight: _____ (M & Th 3-11)

Test _____ Time _____

**Lab Services**
Admit Profile    Drawn    Sent
Blood
Urine

**Nutritional ( Eating)**
7a 12p 5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
( ) ( ) ( ) 100%

**Movation Level to Attend Therapy & Activities**
7-7 7-11
( ) ( ) Self motiatved
( ) ( ) Needs Reminders
( ) ( ) Frequently Tardy
( ✓ ) ( ) Some Refused*
( ) ( ) Refused All*
**Precautions**
11-7 7-7 7-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
( ✓ ) ( ✓ ) ( ) SP II
( ) ( ) ( ) E.P
( ) ( ) ( ) Seizure
( ) ( ) ( ) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7 7-7 7-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( ) Socialization
( ) ( ) ( ) Role Playing
( ) (✓) ( ) Orientation
( ) (✓) ( ) Activity
( ) (✓) ( ) Education
( ) ( ) ( ) Journaling
(✓) (✓) ( ) Re-Directing
( ) (✓) ( ) Support

**Sleep Pattern**
11-7
(✓) 7 1/2 hours uninterrupted
( ) Out of bed # ____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____
☐ Patient ☐ Family Significant/Other: _____

Medication: _____
☐ Patient ☐ Family Significant/Other: _____

Disease: _____
☐ Patient ☐ Family Significant/Other: _____

Coping Skills: _____
☐ Patient ☐ Family Significant/Other: _____

Education Materials: _____
☐ Patient ☐ Family Significant/Other: _____

Signature & title staff 11-7 _____ Signature & title staff 7-7 _____ Signature & title staff 7-11 _____

## Assessment by RN

**Affect**
11-7 7-7 7-11
( ) (✓) ( ) Bright
( ) ( ) ( ) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7 7-7 7-11
( ) (✓) ( ) Organized
( ) ( ) ( ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

**Behavior**
11-7 7-7 7-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( ) ( ) Anxious
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Restless
calm + cooperative

**Cognition**
11-7 7-7 7-11
( ) (✓) ( ) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7 7-7 7-11
( ) (✓) ( ) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physicial Status**
✓ Abnormal findings*
11-7 7-7 7-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7 7-7 7-11
( ) ( ) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) ( ) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty
Euthymic

**Alertness**
( ) (✓) ( ) Alertess
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7 7-7 7-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( ) ( ) Some Insight

11-7 RN _____   7-7 RN _____   7-11 RN _____

* Unable to assess
   pt. asleep - LR



**MULTIDISCIPLINARY PROGRESS NOTES**

Glen Oaks Hospital

NS - Nursing,  ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Prob. # 1 | Danger to self / other | Prob. # 2 | Psychotic Indication |
|---|---|---|---|
| Prob. # 3 | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|
| 9/19/09 | 05³⁰ | Ng | | Pt remains in room. lying on ® side. Resp even + unlabored. No s/sx distress. Pt has slept ē complication. Remains on SPH precaution ē Q 15 min visual V̄ for pt safety ———————— S. Rocher |
| 9-12-09 | 16⁴⁰ | NSG | | Q 15 min V̄'s continue to be made by Staff. pt did not attend AM Goals Group. through out the day pt has been focused on discharged. pt put in his 24° request last HS. Dr Siles in today met ē pt New orders taken for discharge. pt calm denies being a danger to him self or others. W. Fisher RN |
| 9-12-09 | 17⁰ | NSG | | pt Discharged to Home, family here to provide transport. Reviewed D/C plans ē pt. Rx's ē copy of D/C plan sent Home ē pt. All pt's belongings were sent ē him. N.S. Fisher RN |

**PHYSICIAN'S ORDER**
(Inpatient)

Glen Oaks Hospital

E . B . 3 . 9 7  AP
RPHY . JEDIDIAH
R . OK
Murphy

## Orders:

**Admit to:** ☒ Adult Care  ☐ Special Care  ☐ Youth Care  ☐ Children

**Admiting Diagnosis:** Psychosis NO S

**Diet:** ☒ Regular   ☐ Special/Specify type: _____

**Exam:** ☐ H&P  ☒ Defer H&P/less then 30 days

**Allergies:** Iodine

**Laboratory Studies:**
☐ Admit Profile (CBC, Chemistry, Auto)  ☐ DST  ☐ Pregnancy Test, Urine
☐ RPR  ☐ Comp Thyroid  ☒ TSH  ☐ Urinalysis  ☐ _____
☐ _____  ☐ _____

**Misc./Specify with Justification:** _____
_____

**PRN Meds:**

☒ Tylenol 325 mg x2 PO Q 6 hr PRN for Pain     ☐ Tylenol 325 mg x1 PO Q 6 hr PRN for Pain
☒ MOM 30 cc PO Q 6 hr PRN for Laxative     ☐ MOM 15 cc PO Q 6 hr PRN for Laxative
☒ Advil 200 mg x2 PO Q 6 hr PRN for Pain     ☐ Advil 200 mg x1 PO Q 6 hr PRN for Pain
☒ Maalox 30 cc PO Q 6 hr PRN for Antiacid     ☐ Maalox 15 cc PO Q 6 hr PRN for Antiacid

**Special Precautions:**   ☐ SP 1  ☒ SP II  ☐ EP  ☐ Detox Protocol  ☐ Seizure  ☐ RTF 1,  ☐ RTF 2
Due To: _____

**Restrictions/Privileges:** _____
_____

**Signatures:**
Ordering Physician _____  Date _____  Time _____

T.O/V.O. by Nurse  Dr. Kalra / K. Dealy RN   Date 9-10-99  Time 0010

Physician Signature:  William Eldbrok MD   Date 9-10-99  Time 0815

Noted  K. Dealy RN   Date 9-10-99  Time 0010

10/98

(White - Chart, Yellow - Pharmacy)

GO6071

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS: AFTER PHYSICIAN WRITES A MEDICATION ORDER
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to
   the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

(IMPRINT PATIENT'S PLATE HERE)

# PHYSICIAN'S ORDER

ALLERGIES: _____ Pt. Wt. _____

1. _____
2. _____
3. _____
4. _____

TRANSFER TO | 1 | 2 | 3

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | ✓ |
|---|---|---|---|
| 9/9/99 | 6³⁰pm | Admitt to Adult unit c/o Dr Estabrook.<br>Dx Psychosis NOS.<br>Call Dr Kalra for further orders<br>VO Dr Kalra / B.George RN _____ | |
| 9-10-99 | 0010 | Loxitane 25mg IM x1 Now Only for Agitation + Psychotic Behr<br>Natural Tears Use As Directed PRN<br>Loxitane 10mg PO Q6° PRN for Agitation<br>Ultram 50mg. ī PO Q6-8° PRN Pain<br>Loxitane 25mg PO QHS<br>Loxitane 10mg PO Q 9am + 3pm<br>Seroquel 150mg PO QHS<br>Effexor XR 75mg. PO p̄ Breakfast + p̄ Lunch<br>Ativan ī mg. PO Q 9am, 1300, + 1700<br>Vit. B-100 Complex ī PO QAM.<br>Multi-Vit. ī PO Qam<br>T.O. Dr. Kalra / K.Deely RN<br>      Noted K.Deely RN 9-10-99 @ 0010 | |
| 9/10/99 | 1035 | Klonopin 2mg ī PO x1 NOW Agitation<br>VO: Dr Estabrook / S.Rawson<br>      Wm Estabrook MD 9/10/99 1330<br>      Noted S.Rawson ℞ 1045  9/10/99 | |
| 9-10-99 | 1330 | LOXITANE 50mg PO qhS + Klonopin 2mg PO qhS.<br>↑ For DC SEROQUEL<br>please get UDS done     Wm Estabrook MD<br>      Noted D.Hunt WN 9/10/99 @1400 | |

RED NUMBERS MUST SHOW THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS

NO. OF ORDER

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS:    AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to
   the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

(IMPRINT PATIENT'S PLATE HERE)

# PHYSICIAN'S ORDER

ALLERGIES: _____    Pt. Wt. _____

1. _____

2. _____

3. _____

4. _____

| TRANSFER TO | 1 | 2 | 3 |
|---|---|---|---|

| DATE ORDERED | TIME | ORDERS:   ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓)   → | ✓ |
|---|---|---|---|
| 9/10/99 | 2200 | Ambien 10mg. X1 PO only for insomnia    T.O. Dr. Siles / _____ RN | |
| noted 9/10/99 | 2230 | R. Jones, LVN | |
| 9-11-99 | 1030 | Vistaril 50mg po x 1 NOW   VO Dr. Siles / INS. Fisher RNC | |
| noted 9/11/99 | 1030 | R. Jones, LVN | |
| 9-11-99 | 2012 | Place pt on 24° hold.   T.O. Dr. Siles / Roach RN   noted Roach RN | |

YOUR ORDERS FOR THE FOLLOWING MEDICATIONS
WILL EXPIRE ____9 - 12 - 99____ DO YOU WISH
TO CONTINUE THESE MEDICATIONS?

| YES | MEDICATION | NO |
|---|---|---|
| ☒ | SP II | ☐ |
| ☐ | _____ | ☐ |
| ☐ | _____ | ☐ |
| ☐ | _____ | ☐ |

9-17-99 _____ .M.D

(datec)

RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS

NO. OF ORDERS REMAIN

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS:    AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

# PHYSICIAN'S ORDER

(IMPRINT PATIENT'S PLATE HERE)

ERGIES: _____    Pt. Wt. _____

1. _____
2. _____
3. _____
4. _____

TRANSFER TO | 1 | 2 | 3

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) → | ✓ |
|---|---|---|---|
| 9-12-99 | 1⁰⁰ | D/C SP-II | |
| | | Discharge at his request on | |
| | | Loxitane 50 q⁰ SM, Effexor 75 | |
| | | pl s⁰⁰ ₙ morn, | |
| | | %c̄ Ativan. D/c Klonopin    J Blm. | |

NO. OF ORDERS REMAINING

RED NUMBERS MUST SHOW →
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS



# Consent to Treatment with Psychoactive Medication

**Glen Oaks Hospital**

2 3 3 3 7   A P
M U R P H Y ,   J E D I D I A H
D R   E   A   R O O K

The Individual _Jedidiah Murphy_, being served at Glen Oaks Hospital, on _9-10-99_ (Date)

has received a complete explanation of: _Antipsychotic_

Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | |
| 5. A description of the proposed course of treatment with the medication(s). | |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including: <br> • Any side effects which are known to frequently occur in most individuals; <br> • Any side effects to which the individual may be predisposed; <br> • The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | |
| 8. The need to advise staff immediately if any of these side effects occur. | |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7.1) | |
| 11. An offer to answer any questions concerning this treatment. | |

I have read and received a complete explanation of the psychoactive medication(s) by means of: (✓ those appropriate) ❑ Oral explanation,  ❑ Printed material   Other _____

(Specify)

2/97

G07070

(Continued on Back)



# Consent to Treatment with Psychoactive Medication

ave also received the Consent to Treatment with Psychoactive Medication Information Sheet (9-7.1 or 9-7.2) and the
nted material which summarizes specific information regarding the psychoactive medication(s) for which I have given my
nsent.

sed upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group
ass) as indicated on the front of this form.  I understand that I may withdraw this consent at any time, however a probate
urt may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that
ust continue taking the psychoactive medication prescribed by my physician.

nderstand that if I have been committed under provisions other than those found in the Texas Mental Health Code (i.e.,
de of Criminal Procedures, Family Code) the decision to administer psychoactive medication is within the discretion of
doctor during the first 14 days of my commitment.  If I do not wish to take the medication, it may still be given to me if the
ctors concur despite my objection.

| | |
|---|---|
| _(signature)_ | **9-10-99** |
| tient | Date |
| | _(signature)_ |
| presentative          Relationship to Patient | Date |
| _...ey by RN_ | **9-10-99** |
| ...ian, P.A., R.Ph., RN or LVN Giving Explanation | Date |
| _Wm Estabrook MD_ | **9-10-99** |
| gnature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN | Date |
| equired within two working days of P.A., R.Ph., RN or LVN giving explanation) | |

## ONSENT FOR TREATMENT INVOLVING A MINOR:

this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be
ovided:

a) Name of one or both parents, if known: _____

b) Name of legally authorized representative of person, if appointed: _____

c) Date on which treatment is to begin: _____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

formally withdraw my consent for _____

(Name of Psychoactive Medication or Medication Group)

| | | | |
|---|---|---|---|
| t Signature | Date | Witness | Date |

Revised 6/94                                                                                          MHRS 9-7



# Consent to Treatment with Psychoactive Medication

**Glen Oaks Hospital**

The Individual _Jedidiah Murphy_, being served at Glen Oaks Hospital, on _____

(Date)

has received a complete explanation of: _Anxiolytic / Sedative / Hypnotic_

Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | |
| 5. A description of the proposed course of treatment with the medication(s). | |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including:<br>• Any side effects which are known to frequently occur in most individuals;<br>• Any side effects to which the individual may be predisposed;<br>• The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | |
| 8. The need to advise staff immediately if any of these side effects occur. | |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7.1) | |
| 11. An offer to answer any questions concerning this treatment. | |

I have read and received a complete explanation of the psychoactive medication(s) by means of:
(✓those appropriate) ❏ Oral explanation, ❏ Printed material  Other _____

(Specify)

2/97

SO7070

(Continued on Back)



**Glen Oaks Hospital**

# Consent to Treatment with Psychoactive Medication

I have also received the Consent to Treatment with Psychoactive Medication Information Sheet (9-7.1 or 9-7.2) and t printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication gro (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a prob court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide th must continue taking the psychoactive medication prescribed by my physician.

I understand that if I have been committed under provisions other than those found in the Texas Mental Health Code (i Code of Criminal Procedures, Family Code) the decision to administer psychoactive medication is within the discretion my doctor during the first 14 days of my commitment. If I do not wish to take the medication, it may still be given to me if doctors concur despite my objection.

X _____    Date _____
Patient

_____    Date _____
Representative                    Relationship to Patient

_____    Date _____
Physician, P.A., R.Ph., RN or LVN Giving Explanation                9-10-99
*Wm Estabrook MD*

_____    Date _____
Signature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

## CONSENT FOR TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be provided:

   a) Name of one or both parents, if known: _____

   b) Name of legally authorized representative of person, if appointed: _____

   c) Date on which treatment is to begin: _____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for _____
                        (Name of Psychoactive Medication or Medication Group)

_____    _____
Patient Signature          Date              Witness              Date



**Glen Oaks Hospital**

# Consent to Treatment with Psychoactive Medication

MURPHY, JEDIDIAH

DR. ELLA CROOK

The Individual _Jedidiah Murphy_ , being served at Glen Oaks Hospital _____

                                                                           (Date)

has received a complete explanation of: _Antidepressant_ _____

                          Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | |
| 5. A description of the proposed course of treatment with the medication(s). | |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including:<br>• Any side effects which are known to frequently occur in most individuals;<br>• Any side effects to which the individual may be predisposed;<br>• The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | |
| 8. The need to advise staff immediately if any of these side effects occur. | |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7:1) | |
| 11. An offer to answer any questions concerning this treatment. | |

I have read and received a complete explanation of the psychoactive medication(s) by means of: (✓ those appropriate) ❒ Oral explanation,  ❒ Printed material   Other _____

2/97                                                                           (Specify)

G07070                                    (Continued on Back)



# Consent to Treatment with Psychoactive Medication

ve also received the Consent to Treatment with Psychoactive Medication Information Sheet (9-7.1 or 9-7.2) and the
ted material which summarizes specific information regarding the psychoactive medication(s) for which I have given my
sent.

ed upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group
ss) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate
rt may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that
st continue taking the psychoactive medication prescribed by my physician.

erstand that if I have been committed under provisions other than those found in the Texas Mental Health Code (i.e.,
ie of Criminal Procedures, Family Code) the decision to administer psychoactive medication is within the discretion of
octor during the first 14 days of my commitment. If I do not wish to take the medication, it may still be given to me if the
ters concur despite my objection.

| | |
|---|---|
| X _____ | Date |
| ent | |
| _____ Relationship to Patient | Date |
| resentative | |
| _____ P.A., R.Ph., RN or LVN Giving Explanation | Date |
| n, P.A., R.Ph., RN or LVN Giving Explanation | Date |
| _Wm Eldridge MD_ | 9-10-99 |
| nature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN | Date |
| uired within two working days of P.A., R.Ph., RN or LVN giving explanation) | |

## NSENT FOR TREATMENT INVOLVING A MINOR:

his consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be
vided:

a) Name of one or both parents, if known: _____

b) Name of legally authorized representative of person, if appointed: _____

c) Date on which treatment is to begin: _____

## THDRAWAL OF CONSENT FOR MEDICATION:

ormaily withdraw my consent for _____
(Name of Psychoactive Medication or Medication Group)

| | | | |
|---|---|---|---|
| _____ Signature | Date | Witness | Date |

vised 6/94

**Glen Oaks Hospital**
301 E. Division
P.O. Box 1489
Greenville, Texas 75403

# PRN/STAT MEDICATION ADMINISTRATION RECORD

Page 1

ADDRESSOGRAPH

| HT | WT |
|----|----|

DIAGNOSIS:

ALLERGIES: Iodine

PHYSICIAN: Estabrook
UNIT: AP

NURSE'S SIGNATURE: K. King RN    INIT: KV

NURSE'S SIGNATURE: AP

## MEDICATIONS DOSAGE, ROUTE, FREQUENCY

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | START DATE / STOP DATE | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT |
|---|---|---|---|---|
| Loxitane 10mg PO Q6° | 3/10 3/11/89 | | | |
| PRN for Agitation | | | | |
| Ultram 50mg ī PO Q6-8° | 3/10 3/10/10 | 1033 *(V) | | |
| PRN Pain | | | | |

## STAT/ONE TIME MEDICATIONS

MEDICATIONS DOSAGE, ROUTE, FREQUENCY

TRANSCRIBER
NURSE

WHITE - CHART     CANARY - TO PHARMACY AT DISCHARGE

GO9025

# PRN/STAT MEDICATION ADMINISTRATION RECORD

Page 1

I of II

**Glen Oaks Hospital**
301 E. Division
P.O. Box 1466
Greenville, Texas 75401

ADDRESSOGRAPH

J E D I D I A H

HT _____ WT _____

DIAGNOSIS _____

ALLERGIES: Iodine

PHYSICIAN: Esterbrook
UNIT: AP

NURSE'S SIGNATURE: R Day RN

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT |
|---|---|---|---|---|---|---|---|
| Tylenol 325 mg x2 PO Q6° PRN for Pain | 9/10 10cc | | | | | | |
| MOM 30cc PO Q6° PRN for Laxative | 9/10 9/10 | | | | | | |
| Advil 200mg x2 PO Q6° PRN for Pain | 9/10 9/10 | | | | | | |
| Maalox 30cc PO x6° PRN for Antiacid | 9/10 9/10 | | | | | | |
| Natural Tears Use As Directed PRN | 9/10 9/10 | | | | | | |

WHITE - CHART

## STAT/ONE TIME MEDICATIONS

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT |
|---|---|---|---|---|
| Ativan 1mg IM x1 Now Chl Anxiety + Psychotic Behavior | 9/10/09 00 30 | | | |
| Klonopin 2mg x1 mg Tab PRN x1 | 9/10/09 04 | | | |
| Ativan 10 mg PO x1 only | 9/11 2220 | | | |
| Vistaril 50 mg PO X1 Now | 9/11 16 30 | | | |

CANARY - TO PHARMACY AT DISCHARGE

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT | DATE TIME INIT |
|---|---|---|---|---|
| | | | | |

REFER TO I HEM # 64-01 N/6-001

# ROUTINE MEDICATIONS

## MEDICATION ADMINISTRATION RECORD/ PHARMACY PROFILE

**Glen Oaks Hospital**
301 E. Division
P.O. Box 1065
Greenville, Texas 75403

**ADDRESSOGRAPH:** J E D I D I A H ..K

**ALLERGIES:** Iodine

**HT** | **WT**

**DIAGNOSIS:**

**PHYSICIAN:** Estabrook
**UNIT:** AP

I:F:F

REFER TO ITEM # OOH-MR-004

**LEGEND:** Circle time not given with reason & initial
P=on Pass  R=Refused
H=Held  O=Omitted

NURSE'S SIGNATURE: K Davis RN / KD
NURSE'S SIGNATURE: Rosemary Guz RN

| MEDICATIONS DOSAGE, FREQUENCY | START DATE | STOP DATE | TIMES TO BE GIVEN | DATE 9/10 | DATE 9/11 | DATE 9/12 | DATE 9/13 | DATE 9/14 | DATE 9/15 | DATE 9/16 | DATE 9/17 | DATE 9/18 | DATE 9/19 | DATE 9/20 | DATE 9/21 | DATE 9/22 | DATE 9/23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lexitane 25mg PO QHS mcs | 9/10 | 9/20 | 2100 | | | | | | | | | | | | | | |
| Lexitane 10mg PO Q 9am & 3pm mcs | 9/10 | 9/20 | 0900 | KD | KD | KD | | | | | | | | | | | |
| | | | 1500 | KD | KD | KD | | | | | | | | | | | |
| Seroquel 150mg PO QHS mcs | 9/10 | 9/20 | 2100 | KD | KD | KD | | | | KD | | | | | | | |
| Effexor XR 75mg PO @ Breakfast + @ lunch mcs | 9/10 | 9/20 | 0900 | KD | KD | KD | | | | | | | | | | | |
| | | | 1300 | KD | KD | KD | | | | | | | | | | | |
| Ativan 1mg PO Q 9am, 13cc, + 1700 | 9/10 | 9/13 | 0900 | KD | KD | KD | | | | | | | | | | | |
| | | | 1300 | KD | KD | KD | | | | | | | | | | | |
| | | | 1700 | KD | KD | KD | | | | | | | | | | | |
| Vit B-100 C-mplex + PO QAM mcs | 9/10 | 9/16 | 0900 | KD | KD | KD | | | | | | | | | | | |
| Multi-Vit. 1 PO QAM | 9/10 | 9/16 | 0900 | KD | KD | KD | | | | | | | | | | | |
| Lexicizine 500mg PO @ 2100 QHS. | 9/10 | 9/17 | 0900 2100 | KD KD | KD KD | | | | | | | | | | | | |

WHITE - TO CHART    CANARY - TO PHARMACY AT DISCHARGE

GO1925



# MEDICATION ADMINISTRATION RECORD/
## PHARMACY PROFILE

**ROUTINE MEDICATIONS**

**Glen Oaks Hospital**
301 E. Division
P.O. Box 1885
Greenville, Texas 75403

ADDRESSOGRAPH

II of II

| HT | WT |
|----|----|

DIAGNOSIS:

ALLERGIES: Iodine

PHYSICIAN: Estabrook
UNIT: AP

LEGEND: Circle time not given with reason & initial
P=on Pass   R=Refused   H=Hold   O=Omitted

| MEDICATIONS DOSAGE, FREQUENCY | STARTDATE | STOPDATE | TIMES TO BE GIVEN | DATE 9/10 | DATE 9/11 | DATE 9/12 | DATE 9/13 | DATE 9/14 | DATE 9/15 | DATE 9/16 | DATE 9/17 | DATE 9/18 | DATE 9/19 | DATE 9/20 | DATE 9/21 | DATE 9/22 | DATE 9/23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Klonopin 2mg PO TMS - | 9/10 | | | | | | | | | | | | | | | | |

NURSE'S SIGNATURE / INT.

# CONTINUING CARE
# DISCHARGE PLANNING
# PART I

Glen Oaks
Hospital

ADDRESSOGRAPH

**(Please Press Hard)**

| NAME Jedidiah Murphy | DISCHARGE DATE 9-12-99 | M.R. # |
| HOME ADDRESS | PHYSICIAN Estabrook | |
| PATIENT TELEPHONE NUMBER | PHYSICIAN TELEPHONE # | |

| FINANCIAL SUPPORT EDUCATION/ VOCATIONAL PLANS | SCHOOL ☐ PART-TIME ☐ FULL-TIME ☐ OTHER (PLEASE EXPLAIN) | WORK ☐ PART-TIME ☐ FULL-TIME | | | |

| | NAME | ADDRESS | TELEPHONE# | DATE OF NEXT APPT. | TIME |
|---|---|---|---|---|---|
| PSYCHIATRIST | Dr Estabrook Call For Appointment | | | | |
| INDIVIDUAL THERAPIST | When Medications Are Needed. | | | | |
| CONTINUING CARE | | | (903) | 454-6000 | |
| FAMILY PHYSICIAN | | | | | |
| OTHER (FAMILY, COUPLES etc.) | | | | | |

INCLUDE OTHER TREATMENT RECOMMENDATIONS SUCH AS JOURNAL WRITING, OTHER SUPPORT GROUPS, SPECIFIC EXERCISE PROGRAMS, etc. ALSO ADDRESS SOCIAL SERVICES COMPONENTS SUCH AS APPOINTMENT WITH STATE DISABILITY, THE DEPARTMENT OF SOCIAL SECURITY, WELFARE, FOODSTAMPS, etc.

| GROUP / SERVICE | TIME | DAYS |
|---|---|---|
| | | |
| | | |
| | | |

PERSONS IN RECOVERY FROM CHEMICAL DEPENDENCY ARE EXPECTED TO ATTEND 90 NA OR AA MEETINGS IN THE 90 DAYS FOLLOWING DISCHARGE. A WEEKLY SCHEDULE FOLLOWS:

| NA/AA SPONSOR & TELEPHONE # | NA/AA SPONSOR & TELEPHONE # |
|---|---|
| | |

TREATMENT SUMMARY (INCLUDE DISCHARGE DIAGNOSIS)   Psychotic Disorder, NOS   298-90

Pt is being discharged per His Request.                    GAF = 35.

CONTINUING CARE PLAN & MAXIMUM TREATMENT BENEFIT/DISPOSITION (HOME, OUTPATIENT, IOP, PHP, RTC, HOME HEALTH etc.)

Seek out patient Treatment from the Therapist of Your Choice

PROBLEM AREAS TO BE ADDRESSED IN CONTINUING CARE:   Psychotic Disorder.

LEISURE/SOCIAL (T.R. INPUT):   Patients Choice

THREE MONTH GOALS FOR CONTINUING CARE:   Continue To Take Medications As Prescribed by your Physician

LEISURE/SOCIAL (T.R. INPUT):

| FAMILY/SIGNIFICANT OTHERS PARTICIPATE AS FOLLOWS: | INDIVIDUAL | GROUP |
|---|---|---|
| OTHER (IDENTIFY) | | |

EB 4/1/97

**Glen Oaks Hospital**

# CONTINUING CARE
# DISCHARGE PLANNING
# PART II

**(Please Press Hard)**

```
2. 3:47 AP
        JEDIDIAH
```
ADDRESSOGRAPH

DISCHARGE TO: _home_   TRANSFERED TO:   DATE OF NEXT ATTENDANCE

☐ ROUTINE ☐ AMA ☒ AT PATIENTS OR FAMILY'S REQUEST ☐ OTHER (EXPLAIN)   TIME PATIENT LEFT HOSPTIAL _1710_

TRANSPORTATION - ☐ PERSONAL CAR ☐ PARENT/RELATIVE ☐ PUBLIC ☐ SELF ☐ OTHER (EXPLAIN)

ACCOMPANIED BY   RELATIONSHIP _friend_   I HAVE RECEIVED ALL PERSONAL ITEMS & VALUABLES - PATIENT'S INITIAL

| MEDICATION | DOSAGE | FREQUENCY | ROUTE |
|---|---|---|---|
| Loxitane | 25mg | #2 pills @ bedtime | by mouth |
| Effexor | 75mg | in the morning + at noon | by mouth |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## PATIENT DEMONSTRATES UNDERSTANDING OR KNOWLEDGE OF:

| | |
|---|---|
| REFERRALS OR PLACEMENT ☒YES ☐ NO ☐ NA | MEDICATIONS HAVE BEEN EXPLAINED TO MY SATISFACTION  PTS INITIAL |
| POTENTIAL DRUG-FOOD INTERACTION ☐YES ☐ NO ☐ NA | WHEN & HOW TO SEEK FURTHER TREATMENT ☒YES ☐ NO ☐ NA |
| MEDICATIONS & HOW TO ADMINISTER ☐YES ☐NO ☐ NA | FAMILY DEMONSTRATES ABILITY TO CARE FOR PT. ☒YES ☐ NO ☐ NA |
| IF PT IS UNABLE, FAMILY IS KNOWLEDGABLE ☐ YES ☐ NO ☐ NA | NUTRITION INTERVENTION AND/OR MODIFIED DIET ☒YES ☐ NO ☐ NA |

IMPORTANCE OF GETTING MEDS FILLED PRIOR TO NEXT SCHEDULED DOSAGE ☒YES ☐ NO ☐ NA

IMPORTANCE OF COMMUNICATING WITH ATTENDING PHYSICIAN IF EXPERIENCING SIDE EFFECTS ☒YES ☐ NO ☐ NA

MEDICAL CONDITION ☒YES ☐NO ☐ NA, PERTINENT LAB FINDINGS ☐ YES ☐ NO ☐ NA, OTHER FOLLOW-UP ISSUES ☐YES ☐ NO ☐ NA

PRESCRIPTIONS HAVE BEEN GIVEN TO THE PATIENT ☒YES ☐ NO ☐ NA (IF NO)  EXPLAIN WHY PRESCRIPTIONS HAVE NOT BEEN WRITTEN.

PRESCRIBED MEDICATIONS ARE AVAILABLE THROUGH INSURANCE, SELFPAY etc. ☐ YES ☐ NO ☐ NA

DURING TREATMENT, PHYSICIAL PROBLEMS THAT WERE IDENTIFIED _none identified_

SPECIAL INSTRUCTIONS _Please take medications as prescribed_

TO WHOM?   PRESCRIBING M.D.

NURSING SUMMARY OF PATIENT'S CONDITION UPON DISCHARGE: _Pt. is stable to return to self care, denies suicidal + homicidal thoughts._

| I UNDERSTAND AND AGREE WITH THE PRECEDING INSTRUCTIONS | CARE MANAGER SIGNATURE | DATE |
|---|---|---|
| PATIENT SIGNATURE X _Jedidiah G Murphy_  DATE _9-12-99_ | T.R. SIGNATURE _D. Vega NUCTR_  DATE _9-12-99_ | |
| FAMILY OR SIGNIFICANT OTHER SIGNATURE  DATE | MSW/THERAPIST SIGNATURE _Deborah LMSW/ACD_  DATE _9/12/99_ | |
| R.N. SIGNATURE _T. Vega RN_  DATE _9-12-99_ | PHYSICIAN SIGNATURE _William Estabrook, MD_  DATE _9-12-99_ | |

DISTRIBUTION (WITH RELEASE):  PART I - CHART.   PART 2 - PATIENT.

# CLOTHING AND
# VALUABLES LIST

**Glen Oaks Hospital**

Name_____ AP___ YC___
Date_____ Time_____

24 03097 A8

MURPHY, JEDIDIAH

DR. ESTABROOK

| Item | AMT. | Description | Item | AMT. | Description |
|------|------|-------------|------|------|-------------|
| 2 pc Suits | | | Aftershave | | |
| Belts | | | Blanket | | |
| Blouse | ı\ | | Brush | | |
| Bodysuits | | | Cologne | | |
| Boots | | | Comb | | |
| Bras | | | Compact | | |
| Caps | | | Conditioner | | |
| Coats | | | Contact Kit | | |
| Dresses | | | Contact Lens | | |
| Handkerchief | | | Dental Floss | | |
| Hats | | | Denture Cup | | |
| Jackets | ı\ | | Denture-Low | | |
| Jeans | ııı | | Denture-Part | | |
| Jumpsuits | | | Denture-Up | | |
| Nightgown | | | Deodorant | | |
| Pajamas | | | Eyeglasses | | |
| Pantyhose | | | Face Cream | | |
| Purse | | | Glass Case | | |
| Robe | | | Hair Bows | | |
| Sandals | | | Hair Grease | | |
| Shirt-Pull | | | Hair Pins | | |
| Shirt-Sleeve | | | Hair Pick | | |
| Shoes | | | Hair Spray | | |
| Shorts | ıı | | Hearing Aid | | |
| Skirts | | | Lipstick | | |
| Slacks | ııı | | Lotion | | |
| Slip | | | Makeup Kit | | |
| Sneakers | | | Mirror | | |
| Socks | | | Mouthwash | | |
| Sweaters | ııı | | Nail Clippers | | |
| Sweatpants | | | Nail file | | |
| Sweatshirts | ı | | Nailpolish/Rmvr. | | |
| Swimsuits | | | Pencil Sharp | | |
| T-Shirts | | | Perfume | | |
| Ties | | | Pillow | | |
| Underwear | | | Powder | | |
| Vest | | | Razor | | |
| Other | | | Shampoo | | |
| Hat – | ı | | Soap | | |
| Turtleneck | ı | | Sunglasses | | |
| Windpants | ı | | Toothbrush | | |
| | | | Towels | | |
| | | | Tweezers | | |
| | | | Wash Cloth | | |
| | | | Other | | |

Page 1of 2

| Item-General | AMT. | Description | Safe yes/no | Items-Credit/Cash Personal Items | AMT. | Description | Safe yes/no |
|---|---|---|---|---|---|---|---|
| ...es | | | | ATM Card | | | |
| ...per | | | | Cash | | | |
| ...ook Bag | | | | Check #      # | | | |
| ...ooks | | | | Check Book | | | |
| ...riefcases | | | | Coin | | | |
| ...alculator | | | | ID Card | | | |
| ...ane/Walker | | | | Insurance Cards | | | |
| ...assette Player | | | | License | | | |
| ...assette Tapes | | | | Money Orders | | | |
| ...igarettes/Carton | | | | Owners Card | | | |
| ...igarettes/Pack | | | | Phone Card | | | |
| ...lock | | | | Credit Card | | | |
| ...urling Iron | | | | Other | | | |
| ...air Crimper | | | | | | | |
| ...air Dryer | | | | | | | |
| ...angers | | | | | | | |
| ...Magazines | | | | | | | |
| ...icture Frame | | | | | | | |
| ...adio/Model | | | | | | | |
| ...choolbag | | | | | | | |
| ...ew/Kit Needles | | | | | | | |
| ...uitcases | | | | | | | |
| ...ote bag | // | | | | | | |
| ...Tapes | | | | | | | |
| ...alkman/Model | | | | | | | |
| ...ther | | | | | | | |

| Jewelry | AMT. | Description | Safe yes/no | Contraband | AMT. | Description | Safe yes/no |
|---|---|---|---|---|---|---|---|
| Bracelet | | | | Aerosol Can | | | |
| Brooch | | | | Car/House Key | | | |
| Cross | | | | Glass Vases | | | |
| Earrings | | | | Gun | | | |
| Nacklace | | | | Illegal Drug | | | |
| Pin | | | | Knife | | | |
| Rings | | | | Lighter | | | |
| Watch | | | | Matches | | | |
| Other | | | | Needles | | | |
| | | | | Scissors | | | |
| | | | | Weapon | | | |
| | | | | Other | | | |

Glen Oaks Hospital is not responsible for any items misplaced or lost during hospitalization. Personal Property that is maintained by the hospital is listed on "Clothing and valuables list" and is placed in the hospital safe.
...23-99

Parent/Guardian on Admission     Date 9/9/99     Patient/Parent/Guardian on Discharge

Michelle Macek     9/9/99     K.Nguyen RN     Date 9-12-99

Witness on Admission     Date     Witness on Discharge     Date

## Glen Oaks Hospital

301 East Division, Greenville, Texas 75402
(903) 454-6000 or (800) 443-1109

MED. REC. NO. 7272

| PT NO | PATIENT NAME | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2484442 | MURPHY , JEDIDIAH I | | | | | | | | | | |

| ADDRESS | | | | | | | | | COUNTY |
|---|---|---|---|---|---|---|---|---|---|
| 6305 FM 429 | | | | | | | | | 29 |

| CITY | | STATE | ZIP | PHONE | EXT. | SOCIAL SECURITY NO. |
|---|---|---|---|---|---|---|
| KAUFMAN | | TX | 75142-0000 | 972-962-7443 | | 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 |

| AGE | DOB | SEX | RACE | MS | PREVIOUS NAME | RELIGION | INS | ER/MED |
|---|---|---|---|---|---|---|---|---|
| 24 | 09/01/1975 | M | 1 | X | N/A | OTH | AP | 116 02 |

| ADM DATE | TIME | SRC | PT TYPE | PRI | ACCIDENT INFO | VOLUNTARY ADM | ORGAN DNR | ISOL | INFANT AGE |
|---|---|---|---|---|---|---|---|---|---|
| 09/30/99 | 17:00 | RB | J | R | 2 | Y | | | |

| PT EMPLOYER | TELEPHONE | EXT | OCCUPATION |
|---|---|---|---|
| NONE | - - | | CONSTRUC. OPERATOR |

| EMPLOYER ADDRESS | | | |
|---|---|---|---|
| CITY | STATE | ZIP | RETIREMENT DATE |

| NEAREST RELATIVE NAME | | | | |
|---|---|---|---|---|
| WILLIS , CHELSEA L | | | | PH: - - |

| RLTN | ADDRESS |
|---|---|
| 4 | 727 E. NORT COMMERCE |

| CITY | STATE | ZIP | PHONE | EXT |
|---|---|---|---|---|
| WILLS POINT | TX | 75169- | 903-873-6830 | |

| EMERGENCY CONTACT NAME | | |
|---|---|---|
| ABBOTT , HOPE I | | OTH PH: 972-286-1570 |

| RLTN | ADDRESS |
|---|---|
| N | 6305 FM 429 |

| CITY | STATE | ZIP | PHONE | EXT |
|---|---|---|---|---|
| KAUFMAN | TX | 75142- | 972-962-7443 | |

| GUARANTOR NAME | | | | RLTN | |
|---|---|---|---|---|---|
| MURPHY , JEDIDIAH I | | | | S | 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 |

| ADDRESS | | | | PHONE |
|---|---|---|---|---|
| 6305 FM 429 | | | | 972-962-7443 |

| CITY | STATE | ZIP | OCCUPATION | EXT |
|---|---|---|---|---|
| KAUFMAN | TX | 75142-0000 | CONST | |

| GUARANTOR EMPLOYER | PHONE | EXT |
|---|---|---|
| NONE | - - | |

| ADDRESS | | |
|---|---|---|
| CITY | STATE | ZIP | FC |
| | | | H |

| INSURANCE NAME 1 | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|
| MAGELLAN - NSTAR | | G28A1103713 | | MURPHY ,JED | S | |

| INSURANCE NAME 2 | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|

| INSURANCE NAME 3 | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|

| ATTENDING PHYSICIAN | ATTENDING # | REF SRC | ADM BY | PREV ADM DATE | PREVIOUS FACILITY |
|---|---|---|---|---|---|
| ESTABROOK, WILLIAM | 001115 | | NOLANT | | GOH |

| ADM DIAGNOSIS | MED SVC | CODE | ALLERGIES | SURGERY DATE |
|---|---|---|---|---|
| MAJOR DEPRESSION | PSY | | | |

| ADMITTING PHYSICIAN | ADMITTING # | AUTHORIZED BY |
|---|---|---|
| MOOLAMALLA PRAVEEN MD | 004077 | |

| PROCEDURE | CLINICAL COMMENT | MODE OF ARRIVAL/ACCOMPANIED BY |
|---|---|---|

| REL OF INFO | ADV DIR | LIVING WILL | LOCATION OF WILL/DIRECTIVE | FAMILY DOCTOR |
|---|---|---|---|---|
| N | N | | | |

**FINAL DIAGNOSES** (FIRST DIAGNOSIS PRINCIPAL UNLESS NOTED)    CODE

Bipolar II Do    296.89
Polysubstance Dep 304.80
Dissociative Identity Do 300.14

**PRECERT INFORMATION**

**PROCEDURES**

**CONSULTING PHYSICIANS /PRIMARY CARE**

**REFERRAL INFORMATION**

1.

2.

3.

DRG

LOS

| TRANS TO: | ACUTE | SNF | REHAB | HOSPICE | HOME HEALTH | HOME IV | AGAINST MED ADV | HOME ✓ |
|---|---|---|---|---|---|---|---|---|

| DISCHARGE DATE | TIME | OTHER | | | |
|---|---|---|---|---|---|
| 10/6/99 | 9:20 | Terrell MHMR | | | |

| EXPIRED | TIME | <48HRS | >48HRS | CORONER | AUTOPSY YES | NO |
|---|---|---|---|---|---|---|

William Estabrook MD
ATTENDING PHYSICIAN SIGNATURE & DATE

RxLASER, INC. C3161-20051 (714) 986-1559 (5/99)    **CHART COPY - DO NOT REMOVE FROM CHART**



# Glen Oaks Hospital

301 East Division, Greenville, Texas 75402
(903) 454-6000 or (800) 443-1109

MED. REC. NO.
7272

| PT NO. 2483097 | PATIENT NAME MURPHY , JEDIDIAH I | | | | | | | | | COUNTY 129 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS 6305 FM 429 | | | | | | | | | | SOCIAL SECURITY NO. 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 | |
| CITY KAUFMAN | | STATE TX | ZIP 75142-0000 | PHONE 972-962-7443 | | EXT. | | | | | |
| AGE 24 | DOB 09/01/1975 | SEX M | RACE 1 | MS X | PREVIOUS NAME N/A | | | | RELIGION OTH | INS AP | PM/RED 133 01 |
| ADM DATE 09/09/99 | TIME 19:33 | SRC RB | PT TYPE J | PRI R | ACCIDENT INFO 2 | | VOLUNTARY ADM | ORGAN DNR. | | | INFANT AGE |
| PT EMPLOYER NONE | | | | | TELEPHONE - - | EXT | OCCUPATION CONSTRUC. OPERATOR | | | | |
| EMPLOYER ADDRESS | | | | | | | | | | | |
| CITY | | STATE | ZIP | | | RETIREMENT DATE | | | | | |
| NEAREST RELATIVE NAME WILLIS , CHELSEA L | | | | | | | | | | | |
| RLTN 4 | ADDRESS 727 E. NORT COMMERCE | | | | | | | | | | |
| CITY WILLS POINT | | STATE TX | ZIP 75169- | PHONE 903-873-6830 | | EXT | | | | | |
| EMERGENCY CONTACT NAME ABBOTT , HOPE I | | | | | | | | | | | |
| RLTN N | ADDRESS 6305 FM 429 | | | | | | | | | | |
| CITY KAUFMAN | | STATE TX | ZIP 75142- | PHONE 972-962-7443 | | EXT | | | | | |
| GUARANTOR NAME MURPHY , JEDIDIAH I | | | | | | | | | RLTN S | PHONE 972-962 7443 | EXT |
| ADDRESS 6305 FM 429 | | | | | | | | | | | |
| CITY KAUFMAN | | STATE TX | ZIP 75142-0000 | OCCUPATION CONSTRUC. OPERATOR | | | | | SOCIAL SECURITY NUMBER 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 | | |
| GUARANTOR EMPLOYER NONE | | | | | PHONE - - | EXT | | | | | |
| ADDRESS | | | | | | | | | | | |
| CITY | | STATE | ZIP | | | | | | FC U | | |
| INSURANCE NAME 1 MAGELLAN - NSTAR | | PLAN PHONE G26800-442-4187 | POLICY # A1103713 | | | GROUP # | | AUTH # | | | |
| MAILING ADDRESS NORTHSTAR CLAIM UNIT PO BOX 1348 | | | | | CITY MARYLAND HT | | | STATE MO | ZIP 6310J | | |
| SUBSCRIBER NAME MURPHY , JEDIDIAH | | MAIL TO NAME MAGELLAN BE | INS SEX M | SOCIAL SECURITY NUMBER 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 | | DOB 09/01/1975 | | AUTH # | | | |
| INSURANCE NAME 2 | | PLAN PHONE | POLICY # | | | GROUP # | | AUTH # | | | |
| MAILING ADDRESS | | | | | CITY | | | STATE | ZIP | | |
| SUBSCRIBER NAME | | MAIL TO NAME | INS SEX | SOCIAL SECURITY NUMBER | | DOB | | | | | |
| INSURANCE NAME 3 | | PLAN PHONE - - | POLICY # | | | GROUP # | | AUTH # | | | |
| MAILING ADDRESS | | | | | CITY | | | STATE | ZIP | | |
| SUBSCRIBER NAME | | MAIL TO NAME | INS SEX | SOCIAL SECURITY NUMBER | | DOB | | | | | |
| ATTENDING PHYSICIAN ESTABROOK , WILLIAM | | | ATTENDING # 001115 | REF SRC | ADM BY SHELTB | | PREV ADM DATE | PREVIOUS FACILITY | | | |
| ADM DIAGNOSIS MAJOR DEPRESSION | | | MED SVC PSY | CODE | ALLERGIES | | | | | SURGERY DATE | |
| ADMITTING PHYSICIAN KALRA GURJEET | | | ADMITTING # 001024 | AUTHORIZED BY | | | | | | | |
| PROCEDURE | | | CLINICAL COMMENT | | FAMILY DOCTOR | | | MODE OF ARRIVAL/ACCOMPANIED BY | | | |
| FEL # #0 N | ADV DIR | LIVING WILL | LOCATION OF WILL/DIRECTIVE | | | | | | | | |

| | |
|---|---|
| VERIFIED BY:              DATE: | VERIFIED BY:            DATE: |
| NAME OF INS CO #1: | NAME OF INS CO #1: |
| GROUP-INDIVIDUAL | GROUP-INDIVIDUAL |
| TELEPHONE NO: | TELEPHONE NO: |
| NAME OF PERSON GIVING INFO: | NAME OF PERSON GIVING INFO: |
| PREAUTHORIZATION REQ?       AUTHORIZATION #: | PREAUTHORIZATION REQ?       AUTHORIZATION #: |
| EFF DATE OF INS POLICY:       ELIGIBILITY: | EFF DATE OF INS POLICY:       ELIGIBILITY: |
| WAITING PERIOD: | WAITING PERIOD: |
| PRE-EXIST:       RN: | PRE-EXIST:       RN: |
| BASIC BENEFITS: | BASIC BENEFITS: |
| SEMI @ _____   ANCILLARY @ _____ | SEMI @ _____   ANCILLARY @ _____ |
| MAJOR MEDICAL: | MAJOR MEDICAL: |
| DEDUCTIBLE: _____ | BALANCE PAID @ _____ | DEDUCTIBLE: _____ | BALANCE PAID @ _____ |

**INSURANCE COPY**

R-LASER, INC. C3161-20052 (714) 986-1559 (5/99)

*Glen Oaks Hospital*

## DISCHARGE SUMMARY

**NAME:**                           Jedidiah Isaac Murphy
**M.R.#:**                          00-72-72
**ATTENDING PHYSICIAN:**   **WILLIAM ESTABROOK, M.D.**
**ADMISSION DATE:**          09/30/99
**DISCHARGE DATE:**          10/06/99

**ADMITTING DIAGNOSES:**

| | | |
|---|---|---|
| AXIS  I: | 296.89 | Bipolar II Disorder, depressed episode, severe, with suicidal features. |
| | 300.14 | Dissociative Identity Disorder. |
| | 310.1 | Rule out Personality Change due to head trauma. |
| AXIS  II: | No diagnosis. | |
| AXIS  III: | Significant history of loss of consciousness, secondary to head trauma, a number of times. | |
| AXIS  IV: | Stressors are separation from his wife, possible recent robbery. | |
| AXIS  V: | Admitting GAF is about 15; highest past year, 85. | |

**CHIEF COMPLAINT:**     "I got lost."

**PERTINENT HISTORY:**     This 24-year-old separated white male is being admitted for the fourth time to Glen Oaks Hospital saying that he blacked out for 2-3 days, he got robbed, and that's when he lost it.  Patient was last here from 09/13/99 to 09/17/99, and then was discharged to the Crisis Residential Unit.  He remained there for a short period of time, and then left.  Patient said he's been off his medications, which were Depakote 250 mg 1 pill after breakfast and after lunch, and 2 pills at bedtime.  He was also on Effexor-XR 150 mg after breakfast; Seroquel 100 mg after breakfast, after lunch, and 200 mg at bedtime; and Klonopin 2 mg at bedtime, as well.  Said he's been lost and didn't know how to get back.  Knew he had to get here.  Said he went to Timberlawn for an evaluation and was rediagnosed Dissociative Identity Disorder.  Then he talked about he and somebody named Christi getting an apartment, and then eventually they left the apartment.  He was driving a car with someone else, and the driver went jail and he was left to walk home.  Another version I've heard is that he and this driver were using drugs or drinking, and that when they were caught, the patient ran off.  I'm not clear at this point which version is accurate.  He said sometime after this, he then got robbed and they took his watch, his rings, his wallet, and that's when he wigged out, and he's been in hiding.  He said from the time he was robbed until the time he got here, he's more or less been blacked out.  He's not really sure how he got here or why he's here.  Said he's lost everything he's got.  He denies using drugs or alcohol, but it's not clear if this is accurate.  Said he walked from where he was stopped by the police to here.  He said "I keep blacking out, and they're almost complete blackouts, and they're getting longer and longer in time."  Said he doesn't really know what to say.  He's in a lot of turmoil constantly, and he feels exhausted.  Patient, when he was admitted, also said "I'm going to lose it; I'm going to tear the place up; I need to see a doctor."  Talked about being robbed and switching, having blackouts, doesn't know where he's been.  They found him lying on the floor, curled in a ball, wanting to see the doctor.  Said he's not sleeping, or eating well, he's having suicidal thoughts, but would not tell what his plan was.  Having thoughts of blowing up and hurting people.  He has a history of very significant aggressive behavior.

NAME: Jedidiah Isaac Murphy
M.R.#: 00-72-72
ATTENDING PHYSICIAN: WILLIAM ESTABROOK, M.D.
ADMISSION DATE: 09/30/99
DISCHARGE DATE: 10/06/99

Page Two

**PERTINENT HISTORY** <*continued*>: He's showing increased irritability, increased aggression at the time of admission. Told the doctor at the time of admission, "I feel like killing myself; I'm tired of living this way. Talked about feeling helpless and hopeless, and worthless, and just very discouraged. Having both auditory hallucinations and visual hallucinations. Kept talking about wanting to kill himself.

Reader is referred to the psychiatric evaluations dated 08/24/99 and 09/12/99 for more recent information.

**SIGNIFICANT FINDINGS**
**MENTAL STATUS EXAMINATION:**
**Attitude and general behavior:** Very depressed white male, talking about suicidality. Very hopeless, discouraged, blacking out. Seems confused. A lot of anxiety.
**Stream of mental activity:** Hard to follow him at times. Gets mixed up in what he was saying. Would lose his train of thought. I could not tell if he was switching during the interview.
**Mental trend content of thought:** He's having both auditory and visual hallucinations. He's not sleeping well. He's talking about killing himself.
**Affect and mood:** Affect is restricted. Mood is irritable. Highly anxious, very discouraged, hopeless.
**Sensorium/orientation:** He did know he was at Glen Oaks Hospital and that it was 1999 and it's September.
**Remote memory/recent memory:** A little sketchy. He's talking about a lot of blackout time, which I think was time when alters were out.
**Retention and immediate recall:** He was unable to do this during the interview.
**Attention and concentration span:** Seems very scattered. Inattentive. Very hard for him to stay on the subject.

**PHYSICAL FINDINGS:** Physical exam was performed at time of admission findings were behavior disturbance and schizophrenia.

**LAB AND X-RAY:** On 02October99 chemistry profile shows SGOT of 92, SGPT of 309, triglycerides of 269, and cholesterol of 214. CBC is normal. TSH is 8.57, elevated. UDS was positive for marijuana and for cocaine metabolites; routine urinalysis is normal.

**PSYCHOLOGICAL FINDINGS:** Psychological testing was not done.

**HOSPITAL COURSE:** *9/30/99* - we have a 24-year-old separated white male, saying "I feel like killing myself, I'm tired of living this way." Has not been taking his meds; states that he is blacking out; very irritable. Has been sleeping on the side of the road. Feels helpless, worthless, very dysphoric. *10/01/99* - we have a 24-year-old separated white male here on 4th admission saying he was robbed and he blacked out. Was suicidal last evening when admitted. Says hears voices and losing significant amount of time. Very unstable at this time not eating and not sleeping. Hearing voices. Will restart on medications. *10/04/99* - drug screen positive for cocaine and marijuana patient has no idea how that happened.

NAME: Jedidiah Isaac Murphy
M.R.#: 00-72-72
ATTENDING PHYSICIAN: WILLIAM ESTABROOK, M.D.
ADMISSION DATE: 09/30/99
DISCHARGE DATE: 10/06/99

Page Three

**HOSPITAL COURSE** *<continued>:* SGOT, SGPT and TSH all elevated this time. UDS was normal last time. Very difficult to evaluate his status because he is using drugs which make his brain chemistry go haywire. He says lot of drugs not helping. He says the Haldol helps the most. Seems to be stabilizing a little. *10/05/99* - patient's day is changing; now says he was at friend's house and started freaking out so came here. This is in contrast to him saying he came here through woods after being robbed. Still very evasive about how cocaine and pot got in body. Wants to leave early tomorrow to go to funeral. *10/06/99* - patient wanting to leave; not suicidal. Says has funeral to go to. Has appointment at Terrell MHMR clinic. Discharged on meds as ordered. (prescription copies in chart.)

**CONDITION ON DISCHARGE:** At the time of discharge, patient was not suicidal, not homicidal; he's still hearing voices. Not delusional. Oriented times 4. Memory intact. Affect is a little brighter and mood is a little more cheerful. Stills seems very evasive about some of the things that went on that led to his coming in the hospital this time.

**DISCHARGE INSTRUCTIONS:** He is discharged on Seroquel 100 mg after breakfast and after lunch; Haldol 5 mg at bedtime; Depakote 250 t.i.d. after meals; and Effexor (-XR) 75 mg after breakfast. Diet and activity as tolerated. Strongly recommended that he stop using drugs or alcohol.

**DISCHARGE DIAGNOSES:**

| | | |
|---|---|---|
| AXIS I: | 296.89 | Bipolar II Disorder, depressed episode, severe, with suicidal features. |
| | 300.14 | Dissociative Identity Disorder. |
| | 310.1 | Rule out Personality Change due to head trauma. |
| AXIS II: | No diagnosis. | |
| AXIS III: | Significant history of loss of consciousness, secondary to head trauma, a number of times. Drug screen is positive for marijuana and cocaine and TSH is elevated this time. | |
| AXIS IV: | Stressors are separation from his wife, possible recent robbery and using drugs. | |
| AXIS V: | Admitting GAF is 15; discharge GAF 30-40; highest past year, 85. | |

**RECOMMENDATIONS AND AFTERCARE:**
1. Recommend patient receive outpatient care at the Terrell MHMR clinic.
2. Patient being discharged at his request.

*William Estabrook MD*
**WILLIAM ESTABROOK, M.D.**

WE/MTTS

dd: 10/28/99
dr: 10/29/99
dt: 10/31/99
*Dictated transcribed not read subject to transcription error.

*Glen Oaks Hospital*

301 E. DIVISION • P.O. BOX 1885 • GREENVILLE, TX 75401 • (903) 454-6000 • (800) 443-1109 • FAX (903) 455-7980

*Glen Oaks Hospital*

## BRIEF READMIT NOTE

**NAME:**       Jedidiah Isaac Murphy
**M.R. #:**       00-72-72
**ATTENDING PHYSICIAN:** **WILLIAM ESTABROOK, M.D.**
**ADMISSION DATE:**   09/30/99

**CHIEF COMPLAINT:**  "I got lost."

**PRESENT ILLNESS:** This 24-year-old separated white male is being admitted for the fourth time to Glen Oaks Hospital saying that he blacked out for 2-3 days, he got robbed, and that's when he lost it.  Patient was last here from 09/13/99 to 09/17/99, and then was discharged to the Crisis Residential Unit.  He remained there for a short period of time, and then left.  Patient said he's been off his medications, which were Depakote 250 mg 1 pill after breakfast and after lunch, and 2 pills at bedtime.  He was also on Effexor-XR 150 mg after breakfast; Seroquel 100 mg after breakfast, after lunch, and 200 mg at bedtime; and Klonopin 2 mg at bedtime, as well.  Said he's been lost and didn't know who to get back.  Knew he had to get here.  Said he went to Timberlawn for an evaluation and was rediagnosed Dissociative Identity Disorder.  Then he talked about he and somebody named Christi getting an apartment, and then eventually they left the apartment.  He was driving a car with someone else, and the driver went jail and he was left to walk home.  Another version I've heard is that he and this driver were using drugs or drinking, and that when they were caught, the patient ran off.  I'm not clear at this point which version is accurate.  He said sometime after this, he then got robbed and they took his watch, his rings, his wallet, and that's when he wigged out, and he's been in hiding.  He said from the time he was robbed until the time he got here, he's more or less been blacked out.  He's not really sure how he got here or why he's here.  Said he's lost everything he's got.  He denies using drugs or alcohol, but it's not clear if this is accurate.  Said he walked from where he was stopped by the police to here.  He said "I keep blacking out, and they're almost complete blackouts, and they're getting longer and longer in time."  Said he doesn't really know what to say.  He's in a lot of turmoil constantly, and he feels exhausted.  Patient, when he was admitted, also said "I'm going to lose it; I'm going to tear the place up; I need to see a doctor."  Talked about being robbed and switching, having blackouts, doesn't know where he's been.  They found him lying on the floor, curled in a ball, wanting to see the doctor.  Said he's not sleeping, he's not been eating well, he's having suicidal thoughts, but would not tell what his plan was.  Having thoughts of blowing up and hurting people.  He has a history of very significant aggressive behavior.  He's showing increased irritability, increased aggression at the time of admission.  Told the doctor at the time of admission, I feel like killing myself; I'm tired of living this way.  Talked about feeling helpless and hopeless, and worthless, and just very discouraged.  Having both auditory hallucinations and visual hallucinations.  Kept talking about wanting to kill himself.

  Reader is referred to the psychiatric evaluations dated 08/24/99 and 09/12/99 for more recent information.

**SOCIAL HISTORY:** Essentially unchanged.

**FAMILY HISTORY:** Unchanged.

**MEDICAL HISTORY:** Appears to be unchanged.
**Allergies: Iodine.**

NAME: Jedidiah Isaac Murphy
M.R. #: 00-72-72
**ATTENDING PHYSICIAN:**          **WILLIAM ESTABROOK, M.D.**
**ADMISSION DATE:**          09/30/99                                    Page Two

## MENTAL STATUS EXAMINATION:

**Attitude and general behavior:** Very depressed white male, talking about suicidality. Very hopeless, discouraged, blacking out. Seems confused. A lot of anxiety.

**Stream of mental activity:** Hard to follow him at times. Gets mixed up in what he was saying. Would lose his train of thought. I could not tell if he was switching during the interview.

**Mental trend content of thought:** He's having both auditory and visual hallucinations. He's not sleeping well. He's talking about killing himself.

**Affect and mood:** Affect is restricted. Mood is irritable. Highly anxious, very discouraged, hopeless.

**Sensorium/orientation:** He did know he was at Glen Oaks Hospital and that it was 1999 and it's September.

**Remote memory/recent memory:** A little sketchy. He's talking about a lot of blackout time, which I think was time when alters were out.

**Retention and immediate recall:** He was unable to do this during the interview.

**Attention and concentration span:** Seems very scattered. Inattentive. Very hard for him to stay on the subject.

## GENERAL INTELLECTUAL EVALUATION:

**Reasoning and Judgement:** Highly impaired at this time.          **Abstraction:** Concrete.

**General fund of information:** About average for someone with a high school education.

**ASSETS:** He's willing to get some help.

## ADMITTING DIAGNOSES:

| | | |
|---|---|---|
| **AXIS I:** | 296.89 | Bipolar II Disorder, depressed episode, severe, with suicidal features. |
| | 300.14 | Dissociative Identity Disorder. |
| | 310.1 | Rule out Personality Change due to head trauma. |
| **AXIS II:** | No diagnosis. | |
| **AXIS III:** | Significant history of loss of consciousness, secondary to head trauma, a number of times. | |
| **AXIS IV:** | Stressors are separation from his wife, possible recent robbery. | |
| **AXIS V:** | Admitting GAF is about 15; highest past year, 85. | |

## PLAN OF CARE:

1. Re-admit to the Adult Unit. Place on precautions.
2. Restart on his medications.
3. Medical/psychiatric evaluation as indicated.

_Ulin . Estabrook_ MD
**WILLIAM ESTABROOK, M.D.**

WE/MTTS
dd: 10/01/99
dr: 10/01/99
dt: 10/01/99
* - Dictated transcribed not read subject to transcription error.



**PHYSICAL EXAMINATION**

**Glen Oaks Hospital**

**Page 1 of 8**

Date of Exam: 9-30-99   Time of Exam: 8:30   AM/(PM) Age: 24

Vital Signs: BP 120/64  P 100  Temp 972  R 18  HT_____  WT_____

**Chief Complaint:** _Seeing things  hearing voices_

**Complaint of Other:** _None_

**History of Present Illness:** _24 years old c̄ H/O depression were seeing things & auditory hallucination come in._

**Past History:**

Medical: _∅_

Surgical: _Plastic surgery on hand. H/O gun shot wound to chest_

Trauma: _∅_

Hospitalizations: _∅_

Psychiatric History: _Was here few weeks ago_

Allergies: _Iodine_

Medications: _Don't know_

Immunizations: ☐ Up to date. See nursing assessment Specify  Otherwise:_____

Developmental History (Under 18 only) ☑ Normal Otherwise:_____

**Substance Abuse:** ☐ Tobacco ☑ ETOH ☐ Cannabis ☐ Opiate ☐ Cocaine ☐ Other:_____

_Smok = ∅,  Alcohol - quit  Drug = ∅_

**Sexual History:** _∅_

**Family History:** See Nursing Assessment

**Social History:** Marital Status ☐ S ☐ M ☐ Sep ☑ D ☐ W Lives with _alone._

Occupation _Welder._   Education Level _High School_

**Review of Systems:** ☑ Nursing assessment reviewed.  (N/C = noncontributory)  Additional data noted below.

General: (N/C)

Skin: (N/C)

**PHYSICAL EXAMINATION - PAGE 2 OF 8**

Review of Systems:  (Continue)

HEENT:            (N/C) _____

Breasts:          (N/C) _____

Respiratory:      (N/C) _____

Cardiovascular:   (N/C) _____

Gastrointestinal: (N/C) _____

Genitourinary:    (N/C) _____

~~Gynecological.*~~  N/C _____

~~Obstetrical:~~     N/C _____

Musculoskeletal:  (N/C) _____

Neurologic:       (N/C) _____

Endocrine:        (N/C) _____

Lymphatic:        (N/C) _____

Hematologic:      (N/C) _____

NOTE: Examiner is to cross out any description which does not apply to this patient.   * Female Only

1.  **GENERAL APPEARANCE:**

    ☑ Inspection: Patient is a well–developed, well–nourished individual who does not appear to be in any acute distress.

    ☐ Specify Otherwise:_____

2.  **SKIN:**

    ☑ Palpation: warm moist, elastic.  Inspection without significant eruptions or discoloration

    ☐ Specify Otherwise:_____

3.  **HEAD:**

    ☑ Inspection: Scalp is without lesion.  Hair is of normal distribution and color, not significantly fine or coarse to touch.

    ☐ Specify Otherwise:_____

4.  **FACE:**

    ☑ Inspection: No marked asymmetry or sagging is noted.

    ☐ Specify Otherwise:_____

5.  **EYES:**

    ☑ Inspection: The sclera are white.  Conjunctivae are free from infection.  The cornea and lens are clear.

    ☐ Specify Otherwise:_____

6.  **NOSE:**

    ☑ Inspection: No obvious deformity.  Mucous membranes are not inflamed. Turbinates are not swollen.
       Airways are patent.  There is no septal perforation.  There is no significant rhinitis.

    ☐ Specify Otherwise:_____

7.  **EARS:**

    ☐ Inspection: Canals are clear. Tympanic membranes intact and noninjected.

    ☐ Specify Otherwise:_____



# PHYSICAL EXAMINATION

**Glen Oaks Hospital**

## Page 3 of 8

8. **TEETH:**
   - ☑ Inspection: Teeth are in good repair and the gums appear healthy.
   - ☐ Specify Otherwise:_____

9. **PHARYNX:**
   - ☑ Inspection: Mucosa is not inflamed. No evidence of swelling or exudate.
   - ☐ Specify Otherwise:_____

10. **THYROID:**
    - ☑ Inspection/Palpation: The thyroid is not enlarged and there are no nodules.
    - ☐ Specify Otherwise:_____

11. **NECK:**
    - ☑ Inspection/Palpation: No limitation of lateral, anteroposterior, or rotating motion. Trachea is midline.
    - ☐ Specify Otherwise:_____

12. **GLANDS:**
    - ☑ Palpation: No significant lymph gland enlargement in the neck, axillae, epitrochlear area, supraclavicular area, or groin.
    - ☐ Specify Otherwise:_____

13. **CHEST:**
    - ☑ Inspection: Normal AP diameter. Normal contour and movement on inspiration/expiration.
    - ☐ Specify Otherwise:_____

14. **LUNGS:**
    - ☐ Auscultation: Breath sounds are audible. No rales, rhonchi, or wheezes are noted.
    - ☐ Specify Otherwise:_____

15. **BREASTS:**
    - ☑ Inspection/Palpation: Free from masses and tenderness, discharge, dimpling, wrinkling, or discoloration of the skin.
    - ☐ The patient refuses exam and has been notified of possible consequences including undiagnosed illnesses which could result in morbidity and even death. (Including cancer.)
    - ☐ Specify Otherwise:_____

16. **HEART:**
    - ☑ Not enlarged to percussion. No thrills. Auscultation: heart sounds are regular in rhythm and of normal rate. No murmurs, clicks, or rubs.
    - ☐ Specify Otherwise:_____

17. **ABDOMEN:**
    - ☑ Inspection/Palpation: Normal Contour, no masses or tenderness, no palpable organomegaly (kidney, liver, spleen). Percussion: There is no costovertebral angle tenderness. No guarding. Auscultation: Peristaltic sounds audible in four quadrants. No Bruits.
    - ☐ Specify Otherwise:_____

**PHYSICAL EXAMINATION - PAGE 4 OF 8**

**18.  GENITALIA:**

☐ Female inspection/Palpation:  No hernia.  No external lesion is noted. Pelvic Female: The vaginal mucosa is moist and normally elastic.  Uterus is normal size, shape, position, freely movable.  Cervix is without lesion.  There is no significant vaginal discharge.

☐  Specify Otherwise:_____

☐  Male inspection/Palpation: Both testes palpable.  No abnormal  masses.  No hernia.  No urethral

discharge.  No lesions of penile.

☐  Specify Otherwise:_____

**18.  GENITALIA - Not performed:**

☐ Recent exam completed on _____ by (physician's name) _____

☑ Patient wishes to have own physician perform exam.(Physician's Name) _____

☐ Patient unable to cooperate because of psychiatric condition; exam deferred until (date) _____

☐ Patient refuses exam and has been informed of possible consequences including undiagnosed illness

which could result in morbidity and even death. (Including STDs and cancer)

☐  Specify Otherwise:_____

**19.  TANNER STAGES:** (Adolescents Only):     ☐  Patient refused

| | **FEMALE** | **MALE** |
|---|---|---|
| ☐ Stage 1 | Preadolescent pubic hair and breasts. | Preadolescent penis and testes, no pubic hair. |
| ☐ Stage 2 | Sparse, slightly pigmented, straight pubic hair; breast and papilla elevated as a small mound; areola diameter increased. | Scanty pubic hair, slightly enlarged penis, enlarged scrotum, pink texture altered. |
| ☐ Stage 3 | Pubic hair darker; beginning to curl, increased amount. breast and areola enlarged, no contour separation. | Pubic hair darker and curly. Penis, scrotum larger. |
| ☐ Stage 4 | Pubic hair coarse, curly, more abundant; areola and papilla form secondary mound. | Adult–type pubic hair; penis is larger, wider; scrotum larger, darker. |
| ☐ Stage 5 | Pubic hair is adult feminine triangle;mature breast nipple projects, areola part of general breast contour. | Adult pubic hair distribution; full growth of penis and testes. |

**20.  RECTAL:** (All patients age 45 or older, or if specific symptoms indicate need for examination.)

☐  Inspection: No evidence of hemorrhoids, fissures, bleeding, or masses. Palpation: No masses.  Sphincter tone is normal. Male prostate is smooth, non–tender and free from nodules, is of normal size.

☐  Specify Otherwise: _____

**Not performed:**

☐  Patient is less than age 45 and absent of specific symptoms indicating need for examination.

☐  Recent exam completed on (date)_____by (Physician's name) _____

☑ Patient wishes to have own physician perform exam. (Physician's name) _____

☐  Patient unable to cooperate because of psychiatric condition; exam deferred until (date) _____

☐  Patient refuses exam and has been informed of possible consequences including undiagnosed illnesses

which could result in morbidity and even death. (Including STDs and cancer)

☐  Other (Specify): _____



**Glen Oaks
Hospital**

# PHYSICAL
# EXAMINATION

## Page 5 of 8

**21. CIRCULATION:**

☑ Inspection: No significant varicosities.  Palpation: Pulses are palpable and regular in neck, wrist, groin, popliteal, and tibial arteries.  Auscultation: no audible bruits.

☐ Specify Otherwise: _____

**22. EXTREMITIES:**

☑ Inspection/Palpation: Full range of motion of joints.  No discolorations, tenderness, edema, or evidence of impaired function.

☐ Specify Otherwise: _____

**23. BACK:**

☑ Inspection: There is normal curvature of the spine.  Able to bend from waist.  Percussion/Palpation:  There is no tenderness of the cervical, dorsal, and lumbar spines.

☐ Specify Otherwise: _____

## NEUROLOGICAL EXAMINATION

**A.  Level of consciousness:** ☑ Alert        ☐ Drowsy        ☐ Stupor        ☐ Coma

**B.  Speech and Language:**

☑ Clear articulation, no slurring, no stuttering or other difficulties or impediments of speech; no bizarre intonation, able to use and interpret language with ease.

☐ Specify Otherwise: _____

**C.  Examination of Cranial Nerves:**

**I.  Olfactory (CN1):**

☑ Smells freshly burned match, fresh coffee, or alcohol swab.

☐ Specify Otherwise: _____

**II.  Optic (CN2)**

**Visual Fields**

☑ Full with no deficits on confrontation; able to distinguish number of fingers in central field, distinguishes movement in peripheral fields.

☐ Specify Otherwise: _____

**Pupillary Reactivity:**

☑ Pupil size symmetrical; pupils neither widely dilated nor pinpoint in average room light; prompt constriction in  reaction to direct light stimulus.

☐ Specify Otherwise: _____

**Fundi:**

☑ Flat, discs not elevated, no arterio–venous nicking, no hemorrhages, no retinal pigmentation.

☐ Specify Otherwise: _____

PHYSICAL EXAMINATION - PAGE 6 OF 8

## NEUROLOGICAL EXAMINATION (continued)

**III.** **Movement of eyes (oculomotor (CN3), trochlear (CN4) and abducens nerves (CN6)):**

☑ Smooth, symmetrical movement through all positions of gaze, no nystagmus present.

☐ Specify Otherwise: _____

**IV.** **Trigeminal (CN5) (ophthalmic branch, maxillary branch, mandibular branch):**

☑ With eyes closed, indicates facial and aural tactile perception.

☐ Specify Otherwise: _____

**Movement of muscles of mastication:**

☑ Symmetrical tension in muscles of clenched jaw; able to move jaw laterally against resistance; symmetrical muscle mass of temporalis and masseters: absence of lip tremors, involuntary chewing movements and trismus; chews symmetrically.

☐ Specify Otherwise: _____

**V.** **Facial (CN7):**

☑ Normal facial inspection; frowns and elevates eyebrows symmetrically (upper), right closing of eyes (upper), able to show teeth; smiles symmetrically (lower).

☐ Specify Otherwise: _____

**VI.** **Acoustic (CN8):**

**Cochlear branch:**

☑ Hears finger rubbing or snapping equally in both ears.

☐ Specify Otherwise: _____

**Vestibular branch:**

☑ Finger to nose or finger to finger without past-pointing;   stands with feet together without postural deviation (absent Romberg).

☐ Specify Otherwise: _____

**VII.** **Glossopharyngeal (CN9) and Vagus Nerves (CN10):**

☑ Normal midline elevation of uvula and palate; gag reflex present.  Can make glutteral sounds.

☐ Specify Otherwise: _____

**VIII.** **Accessory Nerve (CN11):**

☑ Normal strength and symmetry on turning head and elevation of shoulders.

☐ Specify Otherwise: _____

**IX.** **Hypoglossal Nerve (CN12):**

☑ Tongue protrudes in midline with absence of fasciculation, tremors, or atrophy.

☐ Specify Otherwise: _____

**D.** **Cerebellar Function:**

**Balance**

☐ No abnormalities of gait (tandem and heel-toe).

☐ Specify Otherwise: _____



**Glen Oaks Hospital**

# PHYSICAL EXAMINATION

**Page 7 of 8**

## NEUROLOGICAL EXAMINATION (continued)

### Coordination

☑ Able to touch heel to shin and vice versa rapidly and accurately; able to perform rapid alternating movements (supination and pronation of forearms) quickly and symmetrically.

☐ Specify Otherwise: _____

### E. Motor functions:

**Muscle tone and mass:**

☑ Symmetrical on inspection, good tone without spasticity or rigidity; no contractures or hypotonus, no atrophy.

☐ Specify Otherwise: _____

**Muscle Strength:**

☑ Adequate and symmetrical muscle strength (5/5) on resistance to opposing force for upper and lower body muscle groups on flexion and extension, abduction and adduction.

☐ Specify Otherwise: _____

**Involuntary Movements:**

☑ Absence of tremors, twitches, tics, fasciculation, athetoid, or choreiform movements, myoclonus or myotonia.

☐ Specify Otherwise: _____

**Sensory System:**

☑ Normal and symmetrical responses to touch and pin prick.

☐ Specify Otherwise: _____

### F. Deep Reflexes:

0 = Absent, 1 = Diminished, 2 = Normal, 3 = Increased, 4 = Hyperactive, 5 = Hyperactive with clonus

|  | LEFT | RIGHT |
|---|---|---|
| Biceps | / | \ |
| Radial |  |  |
| Quadriceps |  |  |
| Achilles |  |  |

**IMPRESSION:**                                                                    **Acute Y / N**

1. _Behaviour Disturbance_
2. _Schizophrenia_
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

**RECOMMENDATIONS DURING THIS ADMISSION:**

1. _Close Monitoring_
2. _____
3. _____
4. _____

**RECOMMENDATIONS AFTER DISCHARGE:**

1. _F/u c̄ PCP & Psychiatrist_
2. _____
3. _____
4. _____

**PATIENT PHYSICALLY ABLE TO PARTICIPATE IN ALL ASPECTS OF PROGRAMMING?**

_____ YES          _____ NO

**IF NOT, LIST LIMITATIONS:** _____

_____

_____


_____        _____

**DATE**                              **EXAMINER**

_____        _____

**DATE**                      **SUPERVISING PHYSICIAN**

9-30-99                  _____ John Golston MD   10/1/99

**DATE**                      **ATTENDING PHYSICIAN**

1/27/97

**LabCorp**

| Specimen # | Control/Req Number | Report Status | Clinical Information |
|---|---|---|---|
| 4320643 | | FINAL | 7777 Forest Ln. C-350 |

| Fasting | Micro Source | Total Urine Volume | | Dallas, TX 75230 |

| Date Collected | Time Collected | Date Entered | Date Reported | |
|---|---|---|---|---|
| 02-OCT-99 | | 02-OCT-99 | 04-OCT-99 | CL-0141 |

C.A.P. 20689-01    CLIA # 45D0480 38

Account    [20182-8]

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 484442 | | |

GLEN OAKS HOSPITAL
301 E DIVISION STREET
GREENVILLE, TX 75401

| Patient Name | Sex | Date of Birth |
|---|---|---|
| MURPHY, JIM | M | 01-SEP-1975 |

WE

DR. ESTABROOK

9-10-4-99

Patient Address

Comments    AGE: 24   SPC RCVD: COR,L,UR
210

ROUTE: 20182-57985.006

Tests Requested    CMP12+8AC+CBCD, URINALYSIS, ROUTINE, DST+THC100,
TSH, High Sensitivity, Serum,   .

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HEMATOLOGY: (Continued). | | | | | |
| ABS MONOCYTES | 1.05 | HIGH | THOUS/MM3 | 0.20-1.00 | |
| ABS EOSINOPHILS | 0.49 | | THOUS/MM3 | 0.00-0.80 | |
| PLATELET COUNT | 223 | | THOUS/MM3 | 140-415 | |

THYROID TEST(S) ***********************************************************
TSH                            8.57 HIGH MCIU/ML   0.35-5.5
THE MINIMUM DETECTABLE CONCENTRATION IS 0.03 WHICH IS HIGHLY SENSITIVE.
DST+THC100 ***********************************************************

| | RESULT | | | |
|---|---|---|---|---|
| AMPHETAMINES | NEGATIVE | | | CUTOFF:1000 NG/ML |
| BARBITURATES | NEGATIVE | | | CUTOFF:300 NG/ML |
| BENZODIAZEPINES | NEGATIVE | | | CUTOFF:300 NG/ML |
| THC 100 | POSITIVE | | | CUTOFF:100 NG/ML |
| COCAINE METAB | POSITIVE | | | CUTOFF:300 NG/ML |
| METHADONE | NEGATIVE | | | CUTOFF:300 NG/ML |
| OPIATES | NEGATIVE | | | CUTOFF:300 NG/ML |
| PHENCYCLIDINE | NEGATIVE | | | CUTOFF:25 NG/ML |
| PROPOXYPHENE | NEGATIVE | | | CUTOFF:300 NG/ML |

Drug screen specimen storage will be as follows:
EMIT only and EMIT + GC/MS specimens WITH chain of custody-
          Positives retained 1 year
          Negatives retained 2 days
  EMIT only and EMIT + GC/MS specimens WITHOUT chain of custody-
          Positives retained 2 months
          Negatives retained 2 days
URINALYSIS, ROUTINE ***********************************************************

| | RESULT | | | REFERENCE |
|---|---|---|---|---|
| APPEARANCE | CLEAR | | | |
| COLOR | YELLO | | | |
| SP GRAVITY | 1.020 | | | 1.005-1.030 |
| PH | 6.5 | | | 5.0-7.5 |
| PROTEIN | NEGATIVE | | | NEGATIVE |
| GLUCOSE | NEGATIVE | | | NEGATIVE |
| KETONES | NEGATIVE | | | NEGATIVE |
| BILIRUBIN | NEGATIVE | | | NEGATIVE |
| OCCULT BLOOD | NEGATIVE | | | NEGATIVE |
| UROBILINOGEN | 0.2 | | MG/DL | 0.0-1.0 |
| WBC-ESTERASE | NEGATIVE | | | NEGATIVE |
| NITRITE | NEGATIVE | | | NEGATIVE |

     GLEN OAKS SERVICE CODE:
        311779 CMP12+8AC+CBCD
        003038 URINALYSIS, ROUTINE



**LabCorp®**

| | | | | |
|---|---|---|---|---|
| 4320643-8 | N1120305-3 | PAGE # 3 | | 972-566-7500 |

Clinical Information 7777 Forest Ln. C-350
Dallas, TX 75230

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| | | | FINAL |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 02-OCT-99 | | 02-OCT-99 | 04-OCT-99 |

CL-0141

C.A.P. 20689-01    CLIA # 45D0480035

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 484442 | | |

Account    [20182-8]
GLEN OAKS HOSPITAL
301 E DIVISION STREET
GREENVILLE, TX 75401

| Patient Name | Sex | Date of Birth |
|---|---|---|
| MURPHY, JIM | M | 01-SEP-1975 |

DR.ESTABROOK

Comments    AGE: 24    SPC RCVD: COR,L,UR
210

ROUTE: 20182-57985.006

Tests Requested    CMP12+8AC+C8CD, URINALYSIS, ROUTINE, DST+THC100,
TSH, High Sensitivity, Serum,

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| 731612 DST+THC100 | | | | | |
| 004259 TSH, High Sensitivity, Serum | | | | | |
| 928085 VENIPUNCTURE | | | | | |

*** END OF REPORT ***

REPORT

©1999 Laboratory Corporation of America Hc
All Rights Res

# LabCorp®

| Specimen # | Control/Req Number | PAGE # | Clinical Information |
|---|---|---|---|
| 4320643 | 0116588DO | | 777 Forest Ln. C-350 |

| Fasting | Micro Source | Total Urine Volume | Report Status FINAL | Dallas, TX 75230 |

| Date Collected 02-OCT-99 | Time Collected | Date Entered 02-OCT-99 | Date Reported 04-OCT-99 | CL-0141 |

C.A.P. 20689-01    CLIA # 45D048038

| Patient ID Number 2484442 | Patient Phone Number | Patient SSN | | Account [20182-8] |

GLEN OAKS HOSPITAL

| Patient Name MURPHY, JIM | Sex M | Date of Birth 01-SEP-1975 |

301 E DIVISION STREET
GREENVILLE, TX 75401

WE
10-4-99

Patient Address

DR. ESTABROOK

Comments    AGE: 24   SPC RCVD: COR,L,UR
210

ROUTE: 20182-57985.006

Tests Requested    CMP12+8AC+CBCD, URINALYSIS, ROUTINE, DST+THC100,
TSH, High Sensitivity, Serum,  .

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB. |
|---|---|---|---|---|---|
| **CHEMISTRY** ************************************************************ | | | | | |
| GLUCOSE | 107 | | MG/DL | 65-115 | |
| BUN | 13 | | MG/DL | 5-26 | |
| CREATININE | 1.0 | | MG/DL | 0.6-1.5 | |
| BUN/CREAT RATIO | 13.0 | | MG/DL | | |
| URIC ACID | 7.1 | | MG/DL | 3.5-9.0 | |
| SODIUM | 142 | | MEQ/L | 135-148 | |
| POTASSIUM | 3.9 | | MEQ/L | 3.5-5.3 | |
| CHLORIDE | 104 | | MEQ/L | 96-109 | |
| CALCIUM | 9.8 | | MG/DL | 8.5-10.6 | |
| PHOSPHORUS | 4.5 | | MG/DL | 2.5-4.5 | |
| TOTAL PROTEIN | 7.1 | | G/DL | 6.0-8.5 | |
| ALBUMIN | 4.4 | | G/DL | 3.5-5.5 | |
| GLOBULIN | 2.7 | | G/DL | 0.5-4.5 | |
| A/G RATIO | 1.6 | | | 1.2-2.2 | |
| TOTAL BILIRUBIN | 0.4 | | MG/DL | 0.1-1.2 | |
| ALK. PHOS. | 74 | | IU/L | 40-150 | |
| SGOT(AST) | | 92 HIGH | IU/L | 0-45 | |
| SGPT(ALT) | | 309 HIGH | IU/L | 0-50 | |
| LDH | 147 | | U/L | 0-240 | |
| GGT | 72 | | IU/L | 0-85 | |
| IRON | 111 | | MCG/DL | 40-180 | |
| TRIGLYCERIDE | | 269 HIGH | MG/DL | 0-199 | |
| CHOLESTEROL | | 214 HIGH | MG/DL | 0-199 | |
| CHEMISTRY COMMENT | | | | | |
| SPECIMEN IS MODERATELY LIPEMIC | | | | | |
| **HEMATOLOGY** *********************************************************** | | | | | |
| WBC | 8.1 | | THOUS/MM3 | 4.0-10.5 | |
| RBC | 4.54 | | MILL/MM3 | 4.10-5.60 | |
| HGB | 14.9 | | G/DL | 12.5-17.0 | |
| HCT | 42.2 | | % | 36.0-50.0 | |
| MCV | 93 | | FL | 80.0-98.0 | |
| MCH | 32.9 | | PG | 27.0-34.0 | |
| MCHC | 35.5 | | % | 32.0-36.0 | |
| NEUTROPHILS | 47 | | % | 40-74 | |
| LYMPHOCYTES | 34 | | % | 14-46 | |
| MONOCYTES | 13 | | % | 4-13 | |
| EOSINOPHILS | 6 | | % | 0-7 | |
| BASOPHILS | 0 | | % | 0-3 | |
| ABS NEUTROPHILES | 3.81 | | THOUS/MM3 | 1.90-8.00 | |
| ABS LYMPHOCYTES | 2.75 | | THOUS/MM3 | 0.90-5.20 | |

PAGE 1 FINAL   REPORT FOR   MURPHY,JIM   CONTINUED...

©1999 Laboratory Corporation of America® Holdings
All Rights Reserved.

**LabCorp®**

| | | | |
|---|---|---|---|
| Specimen # | Control/Req Number | | |
| 432064758 | | | |
| Fasting | Micro Source | Total Urine Volume | Report Status |
| | | | FINAL |
| Date Collected | Time Collected | Date Entered | Date Reported |
| 02-OCT-99 | | 02-OCT-99 | 04-OCT-99 |

Clinical Information 7777 Forest Ln. C-350
Dallas, TX 75230

C.A.P. 20689-01  CLIA # 45D0480038

CL-0141

Patient ID Number L-484442

Patient Name MURPHY, JIM  Sex M  Date of Birth 01-SEP-1975

Account [20182-8]
GLEN OAKS HOSPITAL
301 E DIVISION STREET
GREENVILLE, TX 75401

DR. ESTABROOK

Comments  AGE: 24  SPC RCVD: COR,L,UR
210

ROUTE: 20182-57985.006

Tests Requested  CMP12+BAC+CBCD, URINALYSIS, ROUTINE, DST+THC100, TSH, High Sensitivity, Serum,

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CHEMISTRY** ************************************************** | | | | | |
| GLUCOSE | 107 | | MG/DL | 65-115 | |
| BUN | 13 | | MG/DL | 5-26 | |
| CREATININE | 1.0 | | MG/DL | 0.6-1.5 | |
| BUN/CREAT RATIO | 13.0 | | MG/DL | | |
| URIC ACID | 7.1 | | MG/DL | 3.5-9.9 | |
| SODIUM | 142 | | MEQ/L | 135-148 | |
| POTASSIUM | 3.9 | | MEQ/L | 3.5-5.5 | |
| CHLORIDE | 104 | | MEQ/L | 96-109 | |
| CALCIUM | 9.2 | | MG/DL | 8.5-10.6 | |
| PHOSPHORUS | 4.5 | | MG/DL | 2.5-4.5 | |
| TOTAL PROTEIN | 7.1 | | G/DL | 6.0-8.5 | |
| ALBUMIN | 4.4 | | G/DL | 3.5-5.5 | |
| GLOBULIN | 2.7 | | G/DL | 0.3-4.5 | |
| A/G RATIO | 1.6 | | | 1.2-2.2 | |
| TOTAL BILIRUBIN | 0.4 | | MG/DL | 0.1-1.2 | |
| ALK. PHOS. | 74 | | IU/L | 40-150 | |
| SGOT (AST) | | 92 HIGH | IU/L | 0-45 | |
| SGPT (ALT) | | 309 HIGH | IU/L | 0-50 | |
| LDH | 147 | | U/L | 0-240 | |
| GGT | 72 | | IU/L | 0-65 | |
| IRON | 111 | | MCG/DL | 30-180 | |
| TRIGLYCERIDE | | 269 HIGH | MG/DL | 0-199 | |
| CHOLESTEROL | | 214 HIGH | MG/DL | 0-199 | |
| CHEMISTRY COMMENT | | | | | |
| SPECIMEN IS MODERATELY LIPEMIC | | | | | |
| **HEMATOLOGY** ************************************************** | | | | | |
| WBC | 3.1 | | THOUS/MM3 | 4.0-10.5 | |
| RBC | 4.54 | | MILL/MM3 | 4.10-5.60 | |
| HGB | 14.9 | | G/DL | 12.5-17.0 | |
| HCT | 42.8 | | % | 36.0-50.0 | |
| MCV | 93 | | FL | 80.0-98.0 | |
| MCH | 32.9 | | PG | 27.0-34.0 | |
| MCHC | 35.5 | | % | 32.0-36.0 | |
| NEUTROPHILS | 47 | | % | 40-74 | |
| LYMPHOCYTES | 34 | | % | 14-46 | |
| MONOCYTES | 13 | | % | 4-13 | |
| EOSINOPHILS | 6 | | % | 0-7 | |
| BASOPHILS | 0 | | % | 0-3 | |
| ABS NEUTROPHILS | 3.41 | | THOUS/MM3 | 1.00-8.00 | |
| ABS LYMPHOCYTES | 2.75 | | THOUS/MM3 | 0.90-5.20 | |

©1999 Laboratory Corporation of America® Holdings
All Rights Reserved

# Patient's Bill of Rights

When you apply for or receive mental health services in the State of Texas, you have many rights. Your most important rights are listed on these four pages. These rights apply to all persons unless otherwise restricted by law or court order. A judge or lawyer will refer to the actual laws. If you want a copy of the laws these rights come from, you can call the Health Facility Licensure and Certification Division of the Texas Department of Health at 1-800-228-1570.

It is the responsibility of this hospital under law to make sure you have been informed of your rights. But just giving you this information does not mean your rights have been protected. This hospital is required to respect and provide for your rights in order to maintain licensure and do business in this state.

## Your Right to Know Your Rights

*You have the right,* under the rules by which this hospital is licensed, to be given a copy of these rights before you are admitted to the hospital as a patient. If you so desire a copy should also be given to the person of your choice. If a guardian has been appointed for you or you are under 18 years of age, a copy will also be given to your guardian, parent, or conservator.

*You also have the right* to have these rights explained to you aloud in simple terms in a way you can understand within 24 hours of being admitted to the hospital to receive services (e.g., in your language if you are not English-speaking, in sign language if you are hearing impaired, in Braille if you are visually impaired, or other appropriate methods).

## Your Right to Make a Complaint

*You have the right* to make a complaint and to be told how to contact people who can help you. These people and their addresses and phone numbers are listed below.

*You have the right* to be told about Advocacy, Inc., when you first enter the hospital and when you leave. Information about how to contact Advocacy, Inc., is also listed below.

If you believe any of your rights have been violated or you have other concerns about your care in this hospital, you may contact one or more of the following:

Health Facility Licensure and Certification Division   1-800-228-1570
Texas Department of Health
1100 W. 49th St., Austin, TX 78756

Advocacy, Incorporated   1-800-315-3876
7800 Shoal Creek Blvd, Suite 171 E, Austin, TX 78757

If you have been involuntarily committed and you believe that your attorney did not prepare your case properly or that your attorney failed to represent your point of view to the judge, you may wish to report the attorney's behavior to the Ethics Committee of the State Bar of Texas by writing:

Disciplinary Council
State Bar of Texas
1414 Colorado
P.O. Box 12487
Austin, Texas 78711-2487

*If you are a voluntary patient OR if you have been taken to the hospital against your will, turn to pages three and four for a listing of your special rights under law in Texas. All patients should read pages two and three, which explain the rights that apply to everyone receiving services at this hospital.*

## STATEMENT THAT YOU HAVE RECEIVED THIS PAMPHLET/IT HAS BEEN EXPLAINED

I certify that:

☒ I have received a copy of this four-page document prior to admission
☒ Staff have explained its content to me in a language I understand within 24 hours of admission (if involuntarily committed).
☒ Staff have explained its content to me in a language I understand prior to admission (if voluntarily committed)

Name _____   Witness _____

Date _____ 9-28-99 _____   Date _____ 9-28-99 _____

Relationship of witness to patient: _____

Case 3:10-cv-00163-N   Document 42-14   Filed 05/05/10   Page 487 of 548   PageID 8945



# GLEN OAKS HOSPITAL
## CONDITIONS OF ADMISSION

**DOCTOR'S STATEMENT:** Upon the basis of the preliminary examination I have determined that the patient applying for admission has symptoms of mental illness and/or chemical dependence and shall benefit from the hospitalization requested. I recommended that the patient referred to below be admitted as a voluntary patient. I have examined, or his patient was examined by a physician within seventy-two (72) hours of admission.

ADMITTING DIAGNOSIS ① MDD, Rec, Severe c̄ Psycen. features ② DID.

PHYSICIAN PROVIDING DIAGNOSIS _Moclamell  UP, M_

**CONSENT FOR MEDICAL TREATMENT:** I do voluntarily consent to such hospital care encompassing diagnostic and therapeutic procedures and medical treatment, as may be ordered by my physician, his assistants or designees, as is necessary in his judgment. I further consent to such laboratory testing of my blood and body fluids as may be necessary in the event an employee or agent of the hospital is involved in an exposure while providing care for me. I realize that physicians furnishing services to the patient, including but not limited to emergency room physicians, attending physicians, radiologist, anesthesiologists, anesthetists, and pathologists are independent contractors and are not employees or agents of the hospital and billing for such services may not be involved in this hospital bill.

**REQUEST FOR DISCHARGE:** If I wish to leave the hospital I will need to give verbal or written notice to a designated hospital staff person responsible for my care. I understand that I must be released within four (4) hours by a Psychiatrist unless a Psychiatrist orders detention for a face to face evaluation to be completed by a Psychiatrist within twenty four (24) hours of request to leave the hospital. I then have a right to leave unless; (a) I change my mind and do so in writing; (b) A Psychiatrist decides to make an application for court–ordered services or emergency detention; or (c) I am 17 years of age or younger and I must be discharged to a parent or guardian.

**PATIENT SEARCH:** I understand that the hospital may deem it necessary to inspect my person, possessions, and my assigned room for items which it considers dangerous to my safety and welfare or the safety or welfare of other patients or hospital employees. I hereby consent to such inspection which may be made by a hospital employee and release the hospital from any liability or other responsibility for the consequences of such inspections.

**AUTHORIZATION TO RELEASE INFORMATION:** I hereby authorize my physician, anesthesiologist, anesthetist, consultant, surgeon, radiologist, pathologist, and GLEN OAKS HOSPITAL to release written, verbal, or copied information concerning my care or treatment during this hospitalization including, but not limited to, diagnosis, prognosis, medication, drugs, treatment, laboratory test results, medical history, treatment progress or related information including that dealing with communicable disease, to my insurance agent(s) or carrier(s), and/or Texas Medical Foundation – Peer Review Organization of Texas as required for the processing and payment of insurance claims and/or Medicare/Medicaid/Champus claims for this hospitalization. I am aware that GLEN OAKS HOSPITAL will contact the insured(s) employers to verify employment and benefits.

**AUTHORIZATION TO PAY INSURANCE BENEFITS:** I do hereby authorize payment to my physician, anesthesiologist, anesthetist, consultant, surgeon, radiologist, pathologist, and GLEN OAKS HOSPITAL for all physician and hospital benefits otherwise payable to me for this period of hospitalization, but not to exceed the physician's or hospital's total charges. I understand I am financially responsible to my providers for charges not covered by my insurance. I understand that insurance claims are filed as a courtesy service and any disputes with my insurance agents or carriers regarding terms of coverage and payment will be handled by me. In the event I do not choose to assign the payment of my insurance benefits to my providers, I understand that my account will be handled as a private pay account, and that I will be personally responsible for provider charges which are due and payable at the time such services are rendered unless financial arrangements have been made with my providers.

**CONSENT FOR EMERGENCY TREATMENT:** In the case of a medical emergency, I give my consent to be transported to Presbyterian Hospital of Greenville for evaluation and treatment by the attending physician on duty. (This includes parental or guardian consent for minor patients).

**PATIENT RESPONSIBILITY FOR VALUABLES:** I understand that the hospital has the ability to secure my small personal items such as jewelry, billfold, etc. If I wish to have such items secured, I take responsibility to provide these items to Glen Oaks Hospital so they can be secured until my discharge. I further understand that it is my responsibility to retrieve these items upon my discharge and that those items not retrieved will be kept no longer than 30 days before they will be discarded.

**CONSENT TO PHOTOGRAPH:** I Understand that the hospital uses pictures as a means of identification rather than an arm band. I give my consent for my picture to be taken for this purpose.

**PATIENTS RIGHTS:** As a guardian, I have received "Patient's Rights Under the Consent to Treatment with Psychoactive Medication Rule".

The undersigned certifies that he/she has read and understands each section of the foregoing, receiving a copy thereof, and is the patient, or is duly authorized by the patient as a patient's general agent to execute the above conditions and accept the terms, and this instrument has been signed in Greenville (Hunt County), Texas.

| | | | |
|---|---|---|---|
| _(signature)_ | 9·30·99 | | |
| Patient | Date | Guardian | Date |
| _Jan Nolan_ | 9·30·99 | | |
| Witness | Date | Relationship to Patient | Date |
| Witness | Date | Guarantor | Date |

FORM #G08035                    (White – Chart)   (Canary – Patient)                    HEALTH PRINT (800) 692-4623

# GLEN OAKS HOSPITAL
## PATIENT/FAMILY GRIEVANCE PROCEDURE

It is the goal of Glen Oaks Hospital to maintain the highest quality of patient care and fair treatment for all.  If you should have a concern about your care at the hospital, the following steps should be followed.

1.  When you first realize you have a concern or problem you can:
   A.  Utilize the Community Meetings on the unit to discuss it, or
   B.  Discuss it with your physician, if it is a concern about his services or treatment, or
   C.  Discuss the concern with the Nurse Manager on your unit.

2.  If you are not satisfied with the resolution, please call Glen Oaks Hospital at 800-443-1109 and ask to speak to the Patient Advocate.  This person will set up a special time to discuss your issue with you.

3.  If a resolution is not mutually satisfying, your concern will be forwarded to the CEO/Managing Director of Glen Oaks Hospital for resolution.

   The right of a person to prompt and equitable resolution of the complaint filed hereunder shall not be impaired by the person's pursuit of other remedies, such as filing of a Section 604 complaint with the Office for Civil Rights of the US Department of Health and Human Services.  (Utilization of this grievance procedure is not a prerequisite to the pursuit of other remedies.)

5.  These rules shall be liberally constructed to protect the substantial rights of interested persons, to meet appropriate due process standards and to assure Glen Oaks Hospital compliance with Section 504, Title VI of the Civil Rights Act, the Age Discrimination of 1975 and any other appropriately related standards or guidelines.

6.  All unresolved grievances shall be reviewed by the hospital's Board of Governors for disposition and resolution within 30 days after filing.

7.  When the person and/or patient involved is connected with the hospital's Addictive Disease Unit and the Managing Director of the Board of Governors for this facility cannot resolve the grievance, then same will be referred to the Texas Commission on Alcohol and Drug Abuse's Board of Inquiry.  (TCADA; 710 Brazos, Austin, TX 78701)

8.  Under no circumstances will the presenting of a grievance in itself, serve to compromise the patient's future access to care at this facility.

9.  If you are not satisfied with the CEO Managing Director's decision, a complaint may be made directly to the Texas Department of MHMR at 1(800)252-8154 or 1(800)223-4206, of if appropriate, the Texas Commission on Alcohol and Drug Abuse at 1(800)832-9623.

10.  Complaints regarding licensed physicians may be made to the Medical Examiner's office at 1812 Centre Creek, Suite 300, Austin, Texas 78754 or 1(512)834-7728.

I HAVE REVIEWED AND UNDERSTAND THIS GRIEVANCE PROCEDURE AND HAVE RECEIVED A COPY OF SAME

PATIENT _____   DATE 9.30.9[

WITNESS _____   DATE: 9-30-9[

Original (White) - Chart          Carbon (Yellow) - Patient

ADM:009 - Rev. 02/10/94

GO7025

# ADVANCE DIRECTIVE
# ACKNOWLEDGMENT

NAME: _Jedidiah Murphy_ SOC. SEC. NO: _452 71 2610_

IDENTIFICATION NO: _2484442_ DATE OF BIRTH: _9-1-75_

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.
### Place your initials after each statement.

1. I have been given written materials about my right to accept or refuse medical treatments. _____(Initialed)

2. I have been informed of my rights to formulate Advance Directives. _____(Initialed)

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility. _____(Initialed)

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law. _____(Initialed)

## PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:

☐ I HAVE executed an Advance Directive.

☒ I HAVE NOT executed an Advance Directive.

Signed: _____ Date: _9.30 99_

Witness: _Dia Nolan_ Date: _9.30.99_

Witness: _____ Date: _____

GO7045                                          Health Print (806) 692-4623

## GLEN OAKS HOSPITAL

I recognize that the involvement of significant others is an important part of my therapy process and I understand that the disclosure of my presence in GLEN OAKS HOSPITAL may imply the nature of my diagnosis. With this in mind:

Please (✓) check all that apply

(  ) Code #1. I give my consent to acknowledge my presence to any visitors and callers.

( ✓ ) Code #2. I give my consent to acknowledge my presence only to the persons listed below.

(  ) Code #3. I do not give my consent to acknowledge my presence to visitors and callers.

{  ) Code #4. I give my consent for the following family members and/or significant others to be involved in my treatment.

| | NAME | (RELATIONSHIP) | ADDRESS | PHONE # |
|---|---|---|---|---|
| 1. | Lean Ray | Friend | | |
| 2. | Hope Abbott | Mom | | 972 286 1570 |
| 3. | Randy Crow | Sponser | | 972 932 6618 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

I understand that this consent may be revised by me at any time and will automatically be invalid upon my discharge

Patient _____   Date 9-30-99

(  ) Parent (  ) Guardian _____   Date _____

Witness _Sia Nolan_ AP   Date 9-30-99

ADDRESSOGRAPH IMPRINT

Jedidian Murphy
248442

**Consent for Acknowledgement of Presence**
**and**
**Therapeutic Involvement of Others**

(White-Chart)     (Yellow-Operator)     (Pink-After Hours Log)

FORM #G08040

# COMPREHENSIVE ASSESSMENT TOOL

**Glen Oaks Hospital**

## NEEDS ASSESSMENT
## PART I

| PATIENT NAME | | | | MARITAL STATUS | SEX | AGE | DATE | TIME |
|---|---|---|---|---|---|---|---|---|
| L. Murphy | | | | M | M | | 9-30-99 | 4 00 |

| DOB | SS# | ADDRESS | CITY | ZIP |
|---|---|---|---|---|
| | | | | |

| HOME PHONE NO. | WORK PHONE NO. | RELIGION | EMPLOYER |
|---|---|---|---|
| | | | |

| OCCUPATION | ACCOMPANIED BY | REFERAL SOURCE |
|---|---|---|
| | Alone Walk in | |

**PRESENTING PROBLEM** - (Precipitating Event Within Last 72 Hours) Please Provide Quotes:

Came into Hospital stating "I am going to Lose it" "I am going to tear the place up." "I need to see a doctor" "States I have not had my meds. in 2 days." "I was robbed yesterday I am switching personalities". "I am having Blackouts, I don't know where I was yesterday"

**History of the Problem** (Events and Circumstances Preceding the Precipitating Event). Please Indicate Source of Information as Above.

found lying curled into Ball wanting to see the Dr. + on floor.

| History of Present Illness | Admits Pt. | Admits S.O. | Denies Pt. | Denies S.O. | D.N.A | (As Evidenced By Most Recent Occurance, Frequency, Intensity, Duration) |
|---|---|---|---|---|---|---|
| **1. SLEEP** | | | | | | Not Sleeping |
| Not Sleeping | ✔ | | | | | |
| Difficulty Going to Sleep (Initial Insomnia) | ✔ | | | | | |
| Frequent Awakening During the Night (Middle Insomnia) | | | | | | |
| Early Morning Awakening (Terminal Insomnia) | | | | | | |
| Sleeps All Day | | | | | | |
| Usual Number of Hours of Sleep | | | | | | |
| Other - Describe | | | | | | |
| **2. EATING** | | | | | | no food. |
| Problems with Eating (Assess for Anorexia, Bulimia, Binging & Inadequate Intake) | | | | | | no wt change. |
| ☐ Loss of Weight  ☐ Gain of Weight | | | | | | |
| **3. LIBIDO** | | | | | | |
| Decrease or Loss in Interest in Enjoyable or Pleasurable Activity (including sex) | | | | | ✔ | |

| 2/22/97 | Pt. = Patient | S.O. = Significant Other | D.N.A = Refused to Answer or Did Not Ask |
|---|---|---|---|

Part I - Page 1

GO7015A

| History of Present Illness | Admits | | Denies | | D.N.A | (As Evidenced By Most Recent Behavior) |
|---|---|---|---|---|---|---|
| | Pt. | S.O | Pt. | S.O | | |
| **4   Usual Daily Activities** | | | | | | |
| Problems Functioning at Work/School | ✓ | | | | | |
| Deterioration in Hygiene and/or Grooming | ✓ | | | | | |
| Loss of Energy or Interest in Activities | ✓ | | | | | |
| Social Withdrawal | ✓ | | | | | |
| Other - Describe | | | | | | |
| **5.   Suicidal Thoughts** | ✓ | | | | | admitts would not state plan |
| (Describe Plan) | | | | | | |
| **Suicidal Attempts** | | | | | | |
| (Describe Most Recent Attempt) | | | | | | |
| (Assess Weapon Ownership) | | | | | | |
| **6.   Thoughts of Self Mutilations:** | | | ✓ | | | |
| **Actual Self Mutilations:** | | | ✓ | | | |
| (Describe Most Recent Act): | | | | | | |
| **7.   Homicidal Thoughts:** (If Yes Describe) | ✓ | | | | | States he is going to |
| **Homicidal Attempts:** | ✓ | | | | | blow up + will hurt |
| (Most Recent Attempt) | | | | | | people! |
| **8.   Aggressive Thoughts Toward Others:** | ✓ | | | | | |
| (Describe Plan within last 72 hours) | | | | | | In past on unit |
| **Aggressive Behavior Toward Others:** | ✓ | | | | | |
| Describe Any History of Physical Aggression | | | | | | |
| **9.   Behavior Changes** I.e. Irritability, Poor | ✓ | | | | | ↑ irritability ↑ in agression |
| Impulse Control (In Children & Adolescents: | | | | | | |
| Frequent Rule Breaking at Home or at School) | | | | | | |
| **10.  Hallucinations/Delusions** | ✓ | | | | | |
| (Visual, Tactile, Olfactory, Auditory) | | | | | | |
| **11.  Situational Stressors** | Pt. | S.O | Pt. | S.O | D.N.A | |
| Legal Problems | | | ✓ | | | |
| Marital Family/ Relationship Conflicts | ✓ | | | | | |
| Changes in Living Situation | ✓ | | | | | |
| Financial Problems | ✓ | | | | | |
| Other - Describe: | | | | | | |
| Grief, Recent Death, Losses, Abuse | | | ✓ | | | |
| **12.  Prior Treatment: Psychiatric/C.D.** | | | | | | When  C R N   Hunt Co. |
| Previous Outpatient Treatment | | | ✓ | | | Therapist |
| | | | | | | ☐ Positive Outcome  ☐ Negitave Outcome |
| | | | | | | Where  GOH |
| Previous Inpatient Treatment | | | ✓ | | | When Sept   this 6 4  No. Admissions 4 |
| (Reason) | | | | | | Psychiatrist  Estabrook |
| | | | | | | ☐ Positive Outcome  ☐ Negitave Outcome |
| **13.  History of Sexual, Physical, Emotional Abuse** | | | ✓ | | | |
| (Explain, When, by Whom, Reported to Proper Authorites ☐ Yes ☐ No) | | | | | | |
| **14.  Family History of Mental Illness or Substance Abuse?** | | | ✓ | | | |

2/22/97          Pt. = Patient          S.O. = Significant Other          D.N.A. = Refused to Answer or Did Not Ask

**15. Who Do You Live With?** *No one.*

**16. Support System -** ☐ Relatives/Family, ☐ Church/Clergy, ☐ School, ☐ Job, ☐ NA/AA, ☐ Community Organizations, ☐ MHMR/Case Managment, ☒ Other - Explain *None*

**17. Guardianship, Legal Custody**

Youth - Under 16 - Describe the patients relationship to parents - ☐ Biological, ☐ Custodial, ☐ Adoptive, ☐ Other

Father Name - _____ Mother Name - _____

Natural Father Name - _____ Natural Mother Name - _____

Legal Guardian's Name _____ Proof of Custody is Available from Where? _____

Geriatric - Does Someone Have Power of Attorney? ☐ No ☐ Yes - Name _____

Does Someone Have Legal Guardianship? ☐ No ☐ Yes - Name _____

**18. Discharge Transportation Problems** _____

**19. Medical Problems, Recent Illnesses or Injuries** *none*

**20. Allergies (Food Specific)** ☒

(Medication Specific) *Iodine*

**21. Religious/Cultural Practicies:** Do You Have Any Religious or Cultural Practices That May Alter Your Care & Education? ☐ No ☐ Yes - Describe _____

**22. Language/Cognition:** Language Spoken: ☒ English ☐ Spanish ☐ Other, Specify _____

Reading Preference: ☒ English ☐ Spanish ☐ Other, Specify _____

Is Patient Sensory Impaired (Hearing, Visual, Speech) ☒ No ☐ Yes - Describe _____

Can Patient Follow and Understand Directions? ☒ Yes - ☐ No - Describe _____

Is Patient/Family Motivated to Learn? ☒ Yes - ☐ No - Describe _____

**23. Educational Needs:** Do You or Your Family Need Information on The Following? ☒ Current Illness ☒ Medications ☐ Diet ☐ Activity ☐ Community Resources ☐ None ☐ Other _____

**24. Support/Emotional Needs:** Do You Have Any Emotional/Family/Home Concerns That Need to be Addressed During Your Hospitalization? _____

**25. Physical Limitations:** Do You Have Any Physical Limitations That May Alter Care or Limit Your Learning Ability? ☒ No ☐ Yes - Describe _____

**26. Alcohol/Drug History**

| What drug(s) is the patient using? | 1. | 2. | 3. | 4. |
|---|---|---|---|---|
| First Use. What Occasion Quanity Used? | | | | |
| When Did Regular Use Begin? Events, Amounts and Method | *Denies use at present.* | | | |
| When Did Patient Know There Was a Problem? What Happened? | | | | |
| Pattern of Use Now? Amount, Method & How Long? | | | | |
| Last Used? Date, Method and Amount | | | | |

**Alcohol/Drug History (continued)**

27. Have You Ever Experienced Any Symptoms of Withdrawal? ☐ No - ☐ Yes   ☐ DT's   ☐ Sweats   ☒ Seizures
    ☐ Depression ☐ Hallucinations ☐ Nausea/Vomiting ☐ Anxiety ☐ Chills   ☐ Shakes ☐ Other _____

28. History of Overdose? ☐ No - ☐ Yes   ☐ By Accident   ☐ On Purpose   ☐ While Using ☐ Other _____
    When? _____ How? _____ Effect? _____
    Treatment _____

29. Discription of Prior Treatment and Outcome: _____

30. Critcal Time of Day Related to Substance Use: _____

31. Summary of Abstinence/Relapse Patterns - Longest Period of Abstinence in Past Year? _2 days_
    Attempts Made to Stop or Control Usage? _____

32. **Medications** (Prescription & Over the Counter: Including Laxatives, Pain Relievers, Birth Control, Diet Aids, "Nerve" Medication & Others)

| Name | Dose/Freq. | Purpose | Taken Today? | | Taken as Prescribed? | |
|------|-----------|---------|:---:|:---:|:---:|:---:|
|      |           |         | Yes | No | Yes | No |
| Somas Dc pt | | could not "remember" | | | | |
|      |           |         |  |  |  |  |
|      |           |         |  |  |  |  |
|      |           |         |  |  |  |  |
|      |           |         |  |  |  |  |
|      |           |         |  |  |  |  |
|      |           |         |  |  |  |  |

33. What Obstacles to Treatment Does Patient Forsee: _____

Recommended Level of Care: ☒ Inpatient ☐ Partial ☐ Outpatient
Rational For Level of Care: _Pt at risk of harming self & others_
_Dr Moolamalla to see pt_

Assessor's Signature _B Geryler_   Title _QmHP_   Date _9/30/99_

**To Be Completed by Unit Staff**

Verbal summary of Part I received by _____ R.N.
Patient/Family Orientation to: ☐ Room   ☐ Unit   ☐ Smoking Policy   ☐ Visiting Hours
☐ Phone   ☐ Program   ☐ Copy of Program Given   ☐ Staff   Picture Taken ☐ Yes ☐ No
**Personal Essentials List**
☐ Valuables to Safe ☐ No Contraband ☐ Contraband Marked and Placed in Lockers ☐ Contraband Sent Home

## GLEN OAKS HOSPITAL
### MEDICAL SCREENING

Name: J. Murphy Date:_____ Time:_____ AM/ PM
Age:_____ Sex:_____ Marital Status:_____

1. Within the last 72 hours has the patient been exposed to: ☐ YES ☐ NO
   ( )Measles ( )Rubella ( ) Pneumonia ( )Whooping Cough
   ( )Strep ( )Chicken Pox ( ) Staph

2. Have you ever been diagnosed as having active TB? ☐ NO ☐ YES If yes, when, where, and how treated: _____

3. Has anyone in your family or a close associate ever been diagnosed with active TB? ☐ YES ☐ NO

4. Do you have a persistent cough that has not been diagnosed by a doctor? ☐ YES ☐ NO

5. Have you had an unexplained persistent fever? ☐ YES ☐ NO

   If you have a positive response to any of questions 1-5, you must consult with the admitting physician prior to going on to the unit.

   A. Skin: Color ( ) good ( ) pale ( ) jaundice
      Condition ( ) bruises ( ) breaks ( ) cyanotic

   B. Neurological ( ) WNL ( ) dizziness ( )blurred vision ( ) headaches ( ) seizures
      ( ) blackouts ( ) syncope ( ) weakness ( ) tremors

      Pupils ( )Equal ( If not equal hve RN evaluate)
      Gait ( )steady ( )unsteady

   C. Cardio: ( ) WNL ( ) chest pain ( ) palpitations ( ) hypertension ( ) hypotension

   D. Respiratory: ( ) WNL ( ) hoarseness ( ) sore throat ( ) cough ( ) nose bleeds
      ( ) wheezing ( ) colds ( ) asthma
      ( ) sinusitis ( ) unusual rhythm/rate ( ) coughing up blood

   E. Gastrointestinal ( ) WNL ( ) constipation ( ) vomiting ( )diarrhea ( ) bloody stool
      ( ) abdominal pain ( ) indigestion/heartburn

   F. Urinary: ( ) WNL ( ) infection ( ) blood in urine ( ) pain ( ) itching/burning

   G. Endocrine ( ) WNL ( ) Diabetic ☐ YES ☐ NO ( ) Thyroid Problem ☐ YES ☐ NO

   Is there an emergency medical condition? ☐ NO ☐ YES (If Yes take vital signs)
   Vital Signs: T._____ P_____ Resp._____ B.P._____

   If an emergency condition is assessed, describe action taken by the Physician on call.

   _____

   _____

   The Medical and Needs Assessment were reviewed with Dr. Moolanulla
   on 9/30/99 at 4:00 by BDecoku QMP.
   ___Date___ ___Time___ ___Assessor___

3/11/99

# INITIAL PSYCHIATRIC EVALUATION AND ADMISSION NOTE

## PART II

**Glen Oaks Hospital**

Evaluation Date _9·30·99_  Time _____

Name: _Murphy, Jedidiah_ _____  Age: _24_  Sex: _M_

Immediate precipitant to admission (events which led to need for acute inpatient treatment).

_" I feel Like killing Myself --, I am Tired of_
_living this way "._

Current symptom pattern (DSM-IV behavioral criteria for primary diagnosis):
_Has not been Taking his Meds, states that he is "blacking out",_
_very Irritable, has been sleeping on the side of the road."_
_feels helpless, hopeless, worthless, very dysphoric, having AH, VH –_
_(seeing snakes); wants to kill self._

Course of illness, other pertinent precipitants, and prior treatment: _____
_Recently Dc'd from the hospital, was @ a CRU and_
_states that he was robbed and has started dissociating._

Past medical history (also active medical illness, current medication-prescribed/over-the-counter).
_Seroquel 600/d · Depakote, Effexor XR 150mg, Ativan,_
_(Patient claims to be on depakote) – Dose unknown._

Allergies: _Iodine._

Cigarettes, alcohol and drug use: _At this Time he denies drug abuse._

Family History: _Dad had DID_

Social History: _Currently homeless._

**Mental status examination:**

General functioning: _PoN_

Orientation: ☑person  ☑place  ☑time  ☑date  ☐reason for being here

Memory functioning: _Very Poor attention/conc. Span, very Irritable_

Intellectual functioning: _average_

Mood/affect: _Very Irritable, very dysphoric, angry " I am Pissed off "._

Patient assets/strengths: _Good Physical health_

Delusions: _∅_

Hallucinations: (+) AH, (+) VH – " I am Seeing Snakes ".

Suicidal/homicidal ideation and/or intent: _" I want to kill myself "._

Thought form and content: _very paranoid, very Irritable._

Other pertinent finding: _angry, labile, exhibiting Severe mood Instability._

GO8045

Axis I: ① MDD, Recurrent, Severe c̄ Psych. features 296.34.
② DID ③ Hx. of alc. dep.    *Primary Diagnosis*

Axis II: None @ this Time.

Axis III: has fractured 2 right lower Ribs.

Axis IV: ☑ Problems with primary suport group ☑ Problems related to the social environment
☑ Other psychosocial and environmental problems    ☐ Educational problems
☐ Problems relate to interacting with the legal system/crime  ☐ Occupational problems
☐ Problems with access to health care services ☐ Housing problems ☐ Economic problems
Specify: No Social support, Poor coping, non compliance

Axis V: _____ Current GAF: 20 _____ Highest GAF in past year 45-50.

**RATIONALE FOR ADMISSION:**                    **PRELIMINARY PROBLEMS:**

☑ Prominent suicidal or homicidal ideation so     Ⓐ Danger to self (suicidal, self mutilation)
as to constitute a danger to self or others.

☐ Substantial danger to self or others as        Ⓑ Danger to others
demonstrated in consistent behavior

☐ Profound depression of mood with consequent    C. Potential of detox
significant impairment of functioning

☑ Severe impairment of thought and/or perception  Ⓓ Psychotic indications
with significant impairment of functioning

☐ Condition requires 24 hour skilled nursing     Ⓔ Sleep disturbances
observation for detoxification/stabilization

☐ Severe level of impairment of functioning in   F. Sight/Hearing impairment
multiple areas of living

☐ Insufficient structure for effective outpatient G. Respiratory compromise (asthma, COPD)
treatment

☐ Unacceptable outpatient treatment response     H. Falls

☐ Drug dependence (specify): _____     I   Cardiac compromise

  ☐ Alcohol        ☐ Sedatives/Hypnotics         J. Hypertension
  ☐ Cocaine        ☐ Hallucinogens
  ☐ Opiates        ☐ Inhalants                    K. Congestive Heart Failure
  ☐ Stimulants     ☐ Marijuana
  ☐ Other: _____                       L. OTHER (specify): _____

**PRELIMINARY PROBLEM LIST:** (Symptoms that require immediate hospitalization)
Problem #1: A, B, D, E As manifested by: Suicidal Intent, AH, VH, very
dysphoric, very angry,

Problem #2: _____ As manifested by: _____

Estimated length of stay: 7-10 days Why less structured or intense therapies are contraindicated
at this time: Patient is suicidal and psychotic.

Does patient and/or family responsible party(ies) understand and/or agree with clinical
reasoning? _____ Yes

Criteria for discharge to a less structured setting: when he is stable

Preliminary aftercare plan: PHP

M. Pramen, MD                          9.30.99            4 PM
Physician Signature                    Date               Time

Case 3:10-cv-0016... Filed 05/05/10   Page 498 of 548   PageID 8956

# COMPREHENSIVE ASSESSMENT TOOL

**Glen Oaks Hospital**

## NURSING ASSESSMENT UPDATE PART III

Jedidiah Murphy Jim
24-4442  AP
12?R?4?49E0?9IAH
DR. ESTABROOK, JESSIE
DR. ESTABROOK

| Vital Signs | BP 120/64 | Temp. 972 | Pulse 100 | Resp. 18 | Allergies (Food & Medication) Iodine |
|---|---|---|---|---|---|

| Date 9-30-99 | Admission Time 1600 | ☐ AM / ☐ PM | Significant Others (Who Will Be Involved In Treatment) ∅ | ☑ Voluntary / ☐ Involuntary |
|---|---|---|---|---|

| Functional Assessment | Active Yes | No | All Positive Answers Must Be Explained In the Comment Section |
|---|---|---|---|
| **1. Appearance** | | | **Comments** |
| Dirty | | | |
| Disheveled | | | |
| Tense | | | |
| Well-Groomed | ✓ | | |
| **2. Mood** | | | |
| Depressed | ✓ | | |
| Elated | | ✓ | |
| Irritable | | ✓ | |
| Anxious | | ✓ | |
| Angry | | ✓ | |
| Guilty | | ✓ | |
| **3. Behavior** | | | As Evidenced By? |
| Impulsive | | ✓ | " I'm definitely going to kill myself |
| Self-Destructive | | | I can't go on like this, the ex |
| Hostile | | ✓ | and everything, I got robbed |
| Anxious | | | I don't have any clothes or |
| Agitated | | | any money, I just need to be |
| Disorganized | | | back on meds " |
| Manipulated | | | |
| Withdrawn | ✓ | | |
| Uncooperative | | | |
| Violent | | | |
| Inappropriate | | | |
| Restless | | | |
| Evasive | | | |
| Defensive | | | |
| Guarded | | | |
| Drowsy | | | |
| **4. Affect** | | | |
| Appropriate | | | |
| Labile | | | |
| Shallow | | | |
| Constricted | | | |
| Depressed | ✓ | | |
| **5. Perceptual Disturbances** | | | Describe/Example |
| Auditory Hallucinations | ✓ | | " yes I am bad seeing snakes and |
| Visual Hallucinations | ✓ | | little bitty devils " |
| Depersonalization | | ✓ | |
| **6. Thought** | | | |
| Organized | | ✓ | |
| Delusional | | ✓ | |
| Paranoid | | ✓ | |
| Obsessional | | ✓ | |
| Suicidal Ideation | ✓ | | " I'm just going to kill my damn self " |
| Homicidal Ideation | | ✓ | |
| Concrete | | ✓ | |

2/97

Part IIIA - Page 1

| unctional Assessment | Active | | Comments | All Positive Answers Must Be Explained In the Comment Section |
|---|---|---|---|---|
| | Yes | No | | |
| **Difficulty Completing Task** | | | Describe/Example | |
| Memory | | | Pt. reported ribs were sore from being robbed, | |
| cent Memory Problems | | | gun shoved into ribs. | |
| Remote Memory Problems | | | | |
| **Orientation** | | | ''9:10'' | |
| Day | | ✓ | | |
| Date | ✓ | ✓ | | |
| Month | ✓ | | | |
| Year | ✓ | | | |
| Time of Day | ✓ | | | |
| City | ✓ | | | |
| Hospital (Place | ✓ | | | |
| Name (Person) | ✓ | | | |
| **0. Speech** | | | | |
| Slurred | | | | |
| Pressured | | | Clean | |
| Non-Verbal | | | | |
| Stuttered | | | | |
| Incoherent | | | | |



On the Diagram, Indicate All Body Marks by Placement of Numbers From Legend on Proper Body Locations.
1 - Self Mutilation/Scars
2 - Lacerations
3 - Trauma Scars
4 - Operation Scars
5 - Tatoos
6 - Bruises &/or Discolorations
7 - Edema
8 - Needle Tracks/Scars
9 - Unusual Body Marks (Explain):_____
10._____
Head Lice ☐ Yes ☑ No
Scabies ☐ Yes ☑ No

11. **Strengths**

    **Weaknesses**

12. **Risk for Falls - Consider the following elements:**
History of previous falls prior to current hospitalization ☐ Yes ☑ No   Confused/disoriented   ☐ Yes ☑ No
Geriatric (over 65 years)  ☐ Yes ☑ No   Impaired Mobility ☐ Low ☐ Med ☐ High
Impaired Eyesight  ☐ Low ☐ Med ☐ High   Impaired Hearing ☐ Low ☐ Med ☐ High
Nuerological Deficit  ☐ Low ☐ Med ☐ High   Difficulty adjusting to restriction on activity  ☐ Low ☐ Med ☐ High
Language Barrier  ☐ Low ☐ Med ☐ High
Drugs that alter LOC or behavior (sedatives, tranquilizers, pain medications, diuretics, laxatives)  ☐ Low ☐ Med ☐ High
Other comments:  wears contacts

13. **Emotional/Behavioral Assessment**  ''Depressed as hell, tired of this, I
will kill myself this time.''

14. **Patient//Family Education Needs:**

15. **Discharge Planning**  PhP

_____
Signature of R.N.

9-30-99
Date of Assessment

Part IIIA - Page 2

# SELF-ASSESSMENT (LEISURE INVENTORY)

**Directions:** The Following is a list of various leisure activities which have been categorized into different areas. Please circle F. S. I. P. for those that are appropriate.

**Circle F (FREQUENTLY)** For those activities you participate in regularly. (Daily, every other day, when in season, etc.)
**Circle S (SOMETIMES)** For those activities you have experienced but not on a regular basis.
**Circle I (INTERESTED)** For those activities you would like to learn (you may or may not have done these before, but you are still interested in learning more about the activity)
**Circle P (PAST)** For those activities you used to enjoy but no longer participate in.

## ARTS

F S I P - Painting
F S I P - Drawing
F S I P - Leather crafts
F S I P - Woodworking
F S I P - Pottery/ceramics
F S I P - Flower arranging
F S I P - Home decorating
F S I P - Cake decorating
F S I P - Fabric Art
F S I P - Photography
F S I P - Sewing/needle work
F S I P - Knitting/crocheting
F S I P - Writing/poetry
F S I P - Other _____

## OUTDOORS

F S I P - Picnics
F S I P - Yardwork
F S I P - Fishing
F S I P - Tent camping
F S I P - Hiking
F S I P - Backpacking
F S I P - Boating (sailing, motor, canoe)
F S I P - Hunting
F S I P - Horseback riding
F S I P - Motorcycle riding
F S I P - Water skiing
F S I P - Snow skiing
F S I P - Rock Climbing or Repelling
F S I P - Other _____

## COMMUNITY

F S I P - Sport events (football games, tennis matches, car races)
F S I P - Shopping
F S I P - Going out to eat
F S I P - Clubs _____
F S I P - Health spa/club
F S I P - YMCA/Recreation centers
F S I P - Cultural events (plays, ballet, museums)
F S I P - Church Activities
F S I P - Movies
F S I P - Volunteer work
F S I P - Library
F S I P - Senior Citizen Center
F S I P - Other _____

## GAMES

F S I P - Play cards _____
F S I P - Jigsaw puzzles
F S I P - Crossword puzzles
F S I P - Table games (Monopoly, other _____
F S I P - Horseshoes
F S I P - Badmitton
F S I P - Pool
F S I P - Pingpong
F S I P - Miniature golf
F S I P - Croquet
F S I P - Bingo
F S I P - Other _____

## PHYSICAL

F S I P - Weight lifting
F S I P - Swimming
F S I P - Bicycling
F S I P - Tennis
F S I P - Racquetball/squash
F S I P - Aerobics
F S I P - Team sports (volleyball, softball, baseball or basketball, etc.)
F S I P - Golf
F S I P - Jogging/running
F S I P - Walking
F S I P - Skating, roller or ice
F S I P - Bowling
F S I P - Other _____

## MUSIC

F S I P - Dancing _____
F S I P - Singing
F S I P - Composing music
F S I P - Play instrument _____
F S I P - Listen - types
F S I P - Concerts
F S I P - Choir (Church, School) _____
F S I P - Other _____

## MISCELLANEOUS

F S I P - Reading
F S I P - Houseplants
F S I P - Cooking/baking
F S I P - Travel
F S I P - Home repair
F S I P - Auto mechanics
F S I P - Pets
F S I P - Collecting items (coins, stamps, etc.)
F S I P - TV
F S I P - Other _____

# THERAPEUTIC RECREATION ASSESSMENT

**I. PATIENT INFORMATION** Name: Dan Murphy   Unit: AP/CD

Physical Restriction/Precautions: _____

Strengths/Weaknesses: Coping Skills

| II. GENERAL BEHAVIOR | Appropriate | Minimal | Moderate | Disabled | Severe Dysfunction |
|---|---|---|---|---|---|
| A. Appearance/Grooming | Appropriate grooming and dress | Socially unkempt | Adequate hygiene | Poor hygiene Poor dress | Totally dependent |
| B. Attitude Toward Hospitalization | Motivated | Somewhat motivated | Indifferent | Uncooperative | Sees my disinterest |
| C. Affect | Full range | Restricted | Blunted Flat | Labile Hostile | Involuntary Hostile |

| III. PERFORMANCE | | | | | |
|---|---|---|---|---|---|
| A. Decision Making/Problem Solving | Independent | Needs support | Indecisive Requires moderate support | Impulsive Inadequate | Totally dependent Poor judgement |
| B. Socialization Skills | Initiates Interaction | Responsive to Interaction | Occasional interaction | Needs promoting Intrusive | Isolative Domineering |
| C. Communication Skills | Verbalizes feelings Assertive | Passive | Difficulty identifying feelings | Passive aggressive Hyperverbal | Aggressive Withdrawn |
| D. Coping Skills | Constructive outlets | Limited positive outlets | Unable to identify positive outlets | Destructive | Suicidal Homicidal |
| E. Attention Span/Concentration | Able to focus duration of task | Distractible | Frequent direction Attentive | Easily distracted Preoccupied | Unable to Focus |
| F. Frustration Tolerance | Verbalizes and adapts | Difficulty adapting | Verbalizes self Devalue other/task | | Destructive |
| G. Memory/Orientation | Oriented x 4 | Occasionally disoriented | Intermittently confused | Requires frequent R/O | Psychotic Severely confused |
| H. Insight | Acknowledges own problems | Recognizes situation own problems | Recognizes own problem when confronted | Diminished (responsibility/denial) | Unable to acknowledge problems |
| I. Self-Esteem | Acknowledges strength/skills | Difficulty identifying strength/skills | Self depreciating Rejecting | Non-reactive Grandiose | Self destructive |
| J. Leisure Skills | Varied interests Regularly involved | Limited interests Regularly involved | Interests but involved sporadically | Uninterested not comfortable involved | No current interests or involvement |
| K. Independent Living Skills/Vocational Skills | Independent | Minimal assistance Unaware of Voc. Ops | Lacks initiative motivation | Requires positive education & direction | Totally dependent |

**IV. DESCRIBE HOW AND WHERE PATIENT SPENDS LEISURE TIME / ANY IDENTIFIED VOCATIONAL ISSUES OR CONCERNS**

UPDATE

UPDATE

**PROBLEM:** Danger to self and others 2 psychotic indicators

**GOAL:** Make positive statements about self and ability to cope w/ stresses of life and report diminishing/absence of hallucinations.

**INTERVENTION:** TRX 3 daily.

**DISCHARGE PLAN:** Pt. to be free from self harm and react diminishing hallucinations.

**Psychosocial Assessment – Update**

MURPHY  JEDIDIAH

## 1. PRESENTING PROBLEM & CIRCUMSTANCES

*suicidality & homicidality*

## 2. LIVING SITUATION CHANGES SINCE LAST ADMISSION

*none*

## 3. STATUS OF PSYCHOLOGICAL STRESSORS)

*no job, no home, hearing voices*

## 4. HAVE YOU BEEN SEEN BY A THERAPIST/PSYCHIATRIST?  MHMR OR CLINIC?
(IF YES, INDICATE NAME, ADDRESS & PHONE #)

*No*

## 5. DO YOU INTEND TO CONTINUE WITH THIS TREATMENT? ( If yes, transcribe this information
directly to D/C plan and have patient sign *Consent to Release Information Form*)

*NA*

## 6. CONCERNS RELATED TO PREVIOUS D/C PLAN:

*Pt noncompliant c̄ Rx*

**7. TREATMENT GOALS-PATIENT:**

*want to die*

**FAMILY/OTHERS:**

*NONE*

**8. DISCHARGE PLANS AND IDENTIFIED PROBLEMS**
(Included impediments to D/C and Aftercare.

*medication management*

**9. INTEGRATED SUMMARY:**

*→ suicidality & homicidality*

SUGGESTED PROBLEMS TO BE ADDRESSED DURING THIS EPISODE OF TX: _____

*ANTICIPATED RESULTS:*

*absence of suicidality & homicidality*

RECOMMENDATIONS FOR TX. INTERVENTIONS:

*activities therapy*
*medication management*
*daily group therapy*

| **SOCIAL SERVICES SIGNATURE** | **DATE** |
|---|---|
| *Pat White LMSW ACP* | *10/1/99* |

# DIET CHANGE SUMMARY

1. PRINT ... DIET ORDERS.
2. LIST ... TIENT'S LAST NAME FIRST AND FIRST INITIAL.
3. USE THE PROPER SECTION FOR EACH DIET ORDER.
4. PART1. NURSE'S STATION, AND PART 2 DIETARY COPY.
5. TO BE PICKED UP BY DIETARY DEPT.

FLOOR _____

DATE _____

MEAL _____

PREPARED BY _____

## CHANGE OF DIET

| ROOM | NAME | DIET ORDER |
|------|------|------------|
|      |      |            |
|      |      |            |
|      |      |            |
|      |      |            |

### BLOOD WORK, X-RAY, ETC.

**DELAYED MEALS:**

| ROOM | NAME | REASON |
|------|------|--------|
|      |      |        |
|      |      |        |
|      |      |        |
|      |      |        |

**NPO (SURGERY, NPO):**

| ROOM | NAME | REASON |
|------|------|--------|
|      |      |        |
|      |      |        |
|      |      |        |

### VISITATION, DIET INSTRUCTION, SPECIAL

**SPECIAL REQUESTS:**

| ROOM | ORDER |
|------|-------|
|      |       |
|      |       |
|      |       |

## DISCHARGE

| ROOM | NAME |
|------|------|
|      |      |
|      |      |
|      |      |
|      |      |
|      |      |

## TRANSFERS

| ROOM | TO | NAME | DIET ORDER |
|------|----|------|------------|
|      |    |      |            |
|      |    |      |            |
|      |    |      |            |

## NEW ADMISSIONS

| ROOM | NAME | DIET ORDER |
|------|------|------------|
|      |      |            |
|      |      |            |
|      |      |            |
|      |      |            |



# MULTIDISCIPLINARY PROGRESS NOTES

**Glen Oaks Hospital**

NS - Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

MURPHY JEDIDIAH
/3/77
DR ESTABROOK
DR ESTABROOK

| Date | Time | Dept. | Prob. |
|------|------|-------|-------|

**Medication PRN Notes:** Patient Name _Jesse Murphy_

_Trazadone 100 mg/b_ was given at _10-1-99 2200_
(Medication, Dosage and Route)                          (Date / Time)

Patient Education: _____

Cooperation in Taking Meds: ☑ Totally Cooperative  ☐ Required Verbal Persuasion

☑ Other _reg meds_

Behaviors/Symptoms Being Treated: _insomnia_
                                        Given By _B. Sustaita_

Patients Response _pt asleep_      _B. Sustaita 10-1-99 2300_
                                        (Nurse Signature)        (Date / Time)

FORM #G08066                              HEALTH PRINT (800) 692-4823



**Glen Oaks Hospital**

# Therapeutic Recreation Participation Record

MURPHY JEDIDIAH
DR ESTABROOK
DR ESTABROOK

*Jim*

---

### Group(s) / Time(s)

✓ Lifestyle Mgt. __A⁰⁰ _⁵⁰⁰_ _____     ___ Kinetic Group _____     ___ Rec. Group _____

_____

---

**1. How was group focus related to this patient's treatment plan?**

✓ Inability to cope
✓ Low self esteem
✓ Impulsive behavior
✓ Poor Social Skills
___ Suicidal Ideation's
___ Homicidal Ideation's
✓ Depression

___ Aggressive outbursts
✓ Difficulties adapting to change
✓ Inability to express feelings
___ Inability maintain sobriety
✓ Inability to solve problems
___ Abandonment issues
___ Inability to trust others

✓ Difficulties making decisions
✓ Disordered thought process
___ Unable to complete task without assistance
✓ Inability to concentrate
___ Inability to follow instructions
___ High level's of anxiety

---

**2. What specific goals were addressed?**

___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
___ Decrease daily level of anxiety by developing positive coping mechanisms.
___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
✓ Make positive statements regarding self & ability to cope with stresses of life.
___ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
___ Think more clearly as demonstrated by logical, speech.
___ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

---

**3. Symptoms Reported and/or observed:**

___ Suicidal Ideation
___ Somatic complaints
___ Self defeating
✓ Depressed
___ Hiding
___ Homicidal Ideation
___ Angry outbursts

___ Pressured Speech
___ Paranoia
___ Manic Tendencies
___ Tremulousness
___ Shakiness
___ Phobias
___ Panic

___ Impaired Orientation
___ Cognitive Distortion
___ Minimization
___ Denial
___ Chem. Abuse
___ Delusional
✓ Anxious

___ Hostility
___ Threats
___ Sleeplessness
___ Disorientation
___ Hallucinating
___ Labile
___ Other: _____

---

**4. Patient response / staff assessment:**

✓ Attentive
___ Sharing
___ Negative

___ Supportive
___ Intrusive
___ Defensive

___ Guarded
___ Resistant
___ Positive

___ Drowsy
___ Withdrawn
___ No disclosure

___ Disinterested
___ Attempts to monopolize
___ Receptive to feedback

*Pt. affect depressed + flat. at X's. Able to work independently on projects in art group & reacted quietly c peers.*

---

**5. Plan:** *Continue Tx plan as prescribed*

**STAFF SIGNATURE:** *Jim Bradley, MA, MR-TC*     **DATE:** *10/1/99*

HEALTH PRINT (800) 632-4623

Case 3:10-cv-00163-N   Document 42-14   Filed 05/05/10   Page 507 of 548   PageID 8965

# Patient Assessment and Activity Record For 10 / 2 / 99

2434442   AP

MURPHY JEDIDIAH "Jim"
1/3/11 /
DR ESTABROOK
DR ESTABROOK
: / 1/

## SATURDAY OR SUNDAY

**Hygiene & ADL**
11-7  7-7  7-11
( ) ( ) (✓) Independent

| | Hr. / T / P / R / BP |
|---|---|
| 1830  96.3  108  20  116/60 | |

**If functioning not independent:**
**Personal Care Provided**
11-7  7-7  7-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

Hr. / T / P / R / BP

Hr. / T / P / R / BP

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7       7-7       7-11

DX Test/Treatments

**Weight:** _____ (M & Th 3-11)

| | Test | Time |
|---|---|---|
| | Test | Time |

**Lab Services**
| | Drawn | Sent |
|---|---|---|
| Admit Profile | | |
| Blood | | |
| Urine | | |

Jim M. Admit. TSH
N1185885-8UA, D5T
20182-8

**Nutritional ( Eating)**
7a  12p  5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ✓) ( ) 50%
( ) ( ) ( ) 75%
( ) ( ) ( ) 100%

**Movation Level to Attend Therapy & Activities**
7-7  7-11
( ) ( ) Self motiavted
(✓) ( ✓) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7  7-7  7-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
(✗) ( ✓) ( ✓) SP II
( ) ( ) ( ) E.P
( ) ( ) ( ) Seizure
( ) ( ) ( ) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for
additional information

**Intervention**
11-7  7-7  7-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( ) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) ( ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
( ) (✓) (✓) Support

**Sleep Pattern**
11-7
(✓) ___ 5 ___ hours uninterrupted
( ) Out of bed # _____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____
□ Patient □ Family Significant/Other: _____

Medication: _____
□ Patient □ Family Significant/Other: _____

Disease: _____
□ Patient □ Family Significant/Other: _____

Coping Skills: _____
□ Patient □ Family Significant/Other: _____

Education Materials: _____
□ Patient □ Family Significant/Other: _____

_____        _____        _____
Signature & title staff 11-7    Signature & title staff 7-7    Signature & title staff 7-11

---

## Assessment by RN

**Affect**
11-7  7-7  7-11
( ) ( ) (✓) Bright
( ) (✓) ( ) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7  7-7  7-11
( ) ( ) ( ) Organized
( ) (✓) ( ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete
( ) ( ) ( ) _____

11-7 RN _____

**Behavior**
11-7  7-7  7-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) (✓) Inappropriate
( ) ( ) (✓) Anxious
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7  7-7  7-11
( ) (✓) ( ) Oriented x 3
( ) ( ) ( ) Disoriented

7-7 RN  T. Vella RN

**Social**
11-7  7-7  7-11
( ) ( ) ( ) Appropriate
( ) ( ) (✓) Withdrawn
( ) ( ) (✓) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7  7-7  7-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7  7-7  7-11
( ) ( ) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( ) (✓) Irritable
( ) ( ) (✓) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
( ) ( ) (✓) Alertnss
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7  7-7  7-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( ) (✓) Some Insight

7-11 RN _____

Unable to assess.



# MULTIDISCIPLINARY
# PROGRESS NOTES

NS -Nursing,  ED - Teacher/Aide,  PA- Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

Glen Oaks
Hospital

| Prob. # 1 DAnger to self /others | Prob. # 2 |
|---|---|
| Prob. # 3 | Prob. #4 |

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|
| -99 | 0535 | Nsg | | Pt has rested well this shift. Eyes closed, Resp. easy + non labored. No complaints voiced. Remains on SpII c q 15 minute safety checks. Yn n— |
| 2/95 | 1100 | CS | 1 | Group therapy: pt attended, sat slouched with hood pulled down over his head. He did not engage verbally + left prior to group ending. Patricia Nolan MSW/CS |
| 10/2/99 | 1345 | NSG | | Attended goals group 0.5hrs. Remains on APII q 15' Vs for Safety. M. Cunningham RN — |
| 10/2/99 | 1600 | NSG | | During the morning process group, around 1045 pt left the ~~the~~ (errored) group and walked down the hall and stood in the corner. Staff approached pt who identified himself as "Tyler". Staff inquired as to the reason he left group and pt replied, that he was "tired of hearing about all this sexual abuse." Staff requested that pt return to the unit and pt. refused. Another staff member approached pt redirecting him to the unit and pt once again refused. Pt stated that he liked the spot he was in and wanted to remain there. Another staff approached pt asking him to return to the unit and once again pt refused. Pt was admonished by staff that he needed to return to the unit and that he could not |



**MULTIDISCIPLINARY PROGRESS NOTES**

Glen Oaks Hospital

NS -Nursing, ED - Teacher/Aide, PA- Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

2484442   AP
MURPHY JEDIDIAH
DR ESTABROOK
DR ESTABROOK

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| | | | | remain in the hall alone and asked him |
| | | | | to walk down to the unit. Pt refused and |
| | | | | stated that the first person to touch him |
| | | | | "was going to get it". Pt was placed in a basket |
| | | | | hold and assisted to the ground by staff. |
| | | | | Staff told pt that he needed to calm |
| | | | | down ~~and~~ ᵉʳʳᵒᵗⁱᵉ in order to be released. Pt replied |
| | | | | that he wasn't going to calm down and |
| | | | | that he hadn't begun to have fun ̄c you |
| | | | | guys iyet," and began struggling and |
| | | | | fighting ̄c staff. ~~Staff~~ Two additional |
| | | | | male staff members came to assist, at which |
| | | | | point, pt identified himself as "Jim" and |
| | | | | calmed. Staff released pt and walked |
| | | | | him down to the unit. C.Gitchell MHT / M.Cunn |

**Medication PRN Notes:** Patient Name ___Jim Murphy___ was given at _10/2/99 1150_
                                                                              (Date / Time)
_Ativan 2mg X L PO_
(Medication, Dosage and Route)

**Patient Education:** _____
**Cooperation in Taking Meds:** ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☐ Other ___requested___
**Behaviors/Symptoms Being Treated:** _anxiety_   Given By _R.Jones, LVN_

**Patients Response** _calmer_   _R.Jones LVN_   _10/2/99 1150_
                                  (Nurse Signature)        (Date / Time)



## MULTIDISCIPLINARY PROGRESS NOTES

Glen Oaks
Hospital

NS -Nursing,  ED - Teacher/Aide,  PA- Physician Assistant
DS - Dietary Services,  PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

2484442   AP

MURPHY JEDIDIAH

DR ESTABROOK
DR ESTABROOK

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 10/2/99 | 21:00 | Nsg | | Pt participated + attended 0:shns wrap up therapy. Describe feeling "jumpy" Sides high for the day as "phone call". Affect flat. Interacts = sollct peer members. Remains on SPII precautions = Q15 min visual √'s for pt Safety ___ R Roach RN |

---

**Medication PRN Notes:** Patient Name _Jedidiah Murphy_ was given at _10-2-99 2200_ (Date / Time)
_Trazodone 100mg PO QHS PRN_ for _insomnia_
(Medication, Dosage and Route)

Patient Education: _____
Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☐ Other _____
Behaviors/Symptoms Being Treated: _insomnia_  Given By _George RN_
Patients Response _pt rested, eyes closed. No further complaint_
_were voiced_  _George RN_  _10-2-99 2300_
(Nurse Signature)  (Date / Time)

---

**Medication PRN Notes:** Patient Name _Jedidiah Murphy_ was given at _10-2-99 2330_ (Date / Time)
_Ativan 2mg PO PRN Q6_ for _anxiety_
(Medication, Dosage and Route)

Patient Education: _____
Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☐ Other _____
Behaviors/Symptoms Being Treated: _anxiety_  Given By _George RN_
Patients Response _no further complaints voiced_
(Nurse Signature)  (Date / Time)



## Therapeutic Recreation Participation Record

Glen Oaks Hospital

2484442   AP

MURPHY JEDIDIAH

DR ESTABROOK

__/__ Lifestyle Mgt. **3-4**   __/__ Kinetic Group   **Group(s) / Time(s)**   __ Rec. Group _____

---

**1. How was group focus related to this patient's treatment plan?**

- ✓ Inability to cope
- ✓ Low self esteem
- ✓ Impulsive behavior
- ✓ Poor Social Skills
- ✓ Suicidal Ideation's
- ___ Homicidal Ideation's
- ✓ Depression

- ✓ Aggressive outbursts
- ✓ Difficulties adapting to change
- ✓ Inability to express feelings
- ___ Inability maintain sobriety
- ✓ Inability to solve problems
- ___ Abandonment issues
- ✓ Inability to trust others

- ✓ Difficulties making decisions
- ___ Disordered thought process
- ___ Unable to complete task without assistance
- ✓ Inability to concentrate
- ___ Inability to follow instructions
- ___ High level's of anxiety

---

**2. What specific goals were addressed?**

- ___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
- ___ Decrease daily level of anxiety by developing positive coping mechanisms.
- ___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
- ___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
- ___ Make positive statements regarding self & ability to cope with stresses of life.
- ___ Other: _____

- ✓ Develop & implement specific coping strategies to resist impulsive urges.
- ___ Interact socially w/out fear or suspicion being reorted.
- ___ Show limited social functioning by responding approp. to friendly encounters.
- ___ Think more clearly as demonstrated by logical, speech.
- ___ Report diminishing or absence of hallucinations and/or delusions.
- ___ Express, with approp. affect feelings that underlie suicidal ideations.

---

**3. Symptoms Reported and/or observed:**

- ___ Suicidal Ideation
- ___ Somatic complaints
- ___ Self defeating
- ___ Depressed
- ___ Hiding
- ___ Homicidal Ideation
- ___ Angry outbursts

- ___ Pressured Speech
- ___ Paranoia
- ___ Manic Tendencies
- ___ Tremulousness
- ___ Shakiness
- ___ Phobias
- ___ Panic

- ___ Impaired Orientation
- ___ Cognitive Distortion
- ___ Minimization
- ___ Denial
- ___ Chem. Abuse
- ___ Delusional
- ✓ Anxious

- ___ Hostility
- ___ Threats
- ___ Sleeplessness
- ___ Disorientation
- ___ Hallucinating
- ___ Labile
- ___ Other: _____

---

**4. Patient response / staff assessment:**

- ✓ Attentive
- ___ Sharing
- ___ Negative

- ___ Supportive
- ___ Intrusive
- ___ Defensive

- ___ Guarded
- ___ Resistant
- ✓ Positive

- ___ Drowsy
- ___ Withdrawn
- ___ No disclosure

- ___ Disinterested
- ___ Attempts to monopolize
- ___ Receptive to feedback

Pt participated well in group, got along great with peers + staff + seemed less depressed

---

**5. Plan:** Cont. treatment

**STAFF SIGNATURE:** Vida Kellar   **DATE:** 10-3-99



Glen Oaks Hospital

## Therapeutic Recreation Participation Record

Jim

2434442    AP

MURPHY JEDIDIAH
1/31/77
DR ESTABROOK

### Group(s) / Time(s)

✓ Lifestyle Mgt. 330~430    ✓ Kinetic Group 230~330    ___ Rec. Group ___

---

**1. How was group focus related to this patient's treatment plan?**

✓ Inability to cope
✓ Low self esteem
✓ Impulsive behavior
✓ Poor Social Skills
___ Suicidal Ideation's
___ Homicidal Ideation's
___ Depression

___ Aggressive outbursts
✓ Difficulties adapting to change
✓ Inability to express feelings
___ Inability maintain sobriety
✓ Inability to solve problems
___ Abandonment issues
___ Inability to trust others

✓ Difficulties making decisions
✓ Disordered thought process
___ Unable to complete task without assistance
✓ Inability to concentrate
___ Inability to follow instructions
✓ High level's of anxiety

---

**2. What specific goals were addressed?**

___ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
___ Decrease daily level of anxiety by developing positive coping mechanisms.
___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
✓ Make positive statements regarding self & ability to cope with stresses of life.
___ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
___ Think more clearly as demonstrated by logical, speech.
✓ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

---

**3. Symptoms Reported and/or observed:**

___ Suicidal Ideation
___ Somatic complaints
✓ Self defeating
✓ Depressed
___ Hiding
___ Homicidal Ideation
___ Angry outbursts

___ Pressured Speech
___ Paranoia
___ Manic Tendencies
___ Tremulousness
___ Shakiness
___ Phobias
___ Panic

___ Impaired Orientation
___ Cognitive Distortion
___ Minimization
___ Denial
___ Chem. Abuse
___ Delusional
✓ Anxious

___ Hostility
___ Threats
___ Sleeplessness
___ Disorientation
___ Hallucinating
___ Labile
___ Other: _____

---

**4. Patient response / staff assessment:**

✓ Attentive
___ Sharing
___ Negative

___ Supportive
___ Intrusive
___ Defensive

✓ Guarded
___ Resistant
___ Positive

___ Drowsy
___ Withdrawn
___ No disclosure

___ Disinterested
___ Attempts to monopolize
✓ Receptive to feedback

Pt affect ↓ disturbed today. Pt initially depressed, but brightened some c̄ prompting from staff. Less cognitive distortion evident today. Participated well in group activity. No progress noted.

**5. Plan:** Cont. TX

**STAFF SIGNATURE:** david josh TRS    **DATE:** 10/2/99

# Patient Assessment and Activity Record For 10 / 3 / 99

2434442   AP

MURPHY  JEDIDIAH  "JIM"

DR ESTABROOK
DR ESTABROOK

## SATURDAY OR SUNDAY

**Hygiene & ADL**
11-7  7-7  7-11
(✓) (✓) (✓) Independent          0900 915 70 18  152/8

Hr. / T / P / R / BP

If functioning not independent:
**Personal Care Provided**
11-7  7-7  7-11                    Hr. / T / P / R / BP
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower              Hr. / T / P / R / BP
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care          DX Test/Treatments

**Elimination**
Incont. = I, Void = V, Stool = BM
   11-7      7-7      7-11     Test          Time

**Weight:** _____ (M & Th 3-11)   Test          Time
**Lab Services**                        Nutritional ( Eating)
Admit Profile   Drawn   Sent          7a  12p  5p
Blood      _____  _____   ( ) (✓) ( ) Refused Meal
Urine      _____  _____   ( ) ( ) ( ) 25%
_____  _____  _____       ( ) ( ) ( ) 50%
_____  _____  _____       ( ) ( ) ( ) 75%
                          (✓) (✓) (✓) 100%

**Movation Level to Attend Therapy & Activities**
7-7  7-11
( ) ( ) Self motiatived
(✓) ( ) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7  7-7  7-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
(✓) (✓) ( ) SP II
( ) ( ) ( ) E.P.
( ) ( ) ( ) Seizure
( ) ( ) ( ) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7  7-7  7-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( ) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) (✓) ( ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
( ) (✓) ( ) Support

**Sleep Pattern**
11-7
( ) 1½ hours uninterrupted
( ) Out of bed # _____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____
□ Patient □ Family Significant/Other: _____
Medication: _____
□ Patient □ Family Significant/Other: _____
Disease: _____
□ Patient □ Family Significant/Other: _____
Coping Skills: _____
□ Patient □ Family Significant/Other: _____
Education Materials: _____
□ Patient □ Family Significant/Other: _____

Signature & title staff 11-7          Signature & title staff 7-7          Signature & title staff 7-11

## Assessment by RN

**Affect**
11-7  7-7  7-11
( ) ( ) (✓) Bright
( ) (✓) (✓) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7  7-7  7-11
( ) (✓) (✓) Organized
( ) ( ) ( ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete
( ) ( ) ( ) _____

**Behavior**
11-7  7-7  7-11
( ) (✓) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( ) ( ) Anxious
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7  7-7  7-11
( ) (✓) ( ) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7  7-7  7-11
( ) ( ) ( ) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physicial Status**
✓ Abnormal findings*
11-7  7-7  7-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7  7-7  7-11
( ) ( ) (✓) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) ( ) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
( ) (✓) (✓) Alertness
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7  7-7  7-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) (✓) ( ) Some Insight

11-7 RN _____   7-7 RN _____   7-11 RN _____

* unable to asses
remains asleep -LR



**Glen Oaks Hospital**

# MULTIDISCIPLINARY PROGRESS NOTES

NS -Nursing,  ED - Teacher/Aide,  PA- Physician Assista
DS - Dietary Services,   PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Prob. # 1 | Prob. # 2 |
|---|---|
| DANGER TO SELF/OTHERS | |
| Prob. # 3 | Prob. #4 |

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|
| 10/3/99 | 05²² | Nsg | | Pt remains in room. Resp even + unlabored. No s/sx distress. Pt has slept throughout night ā any complications. Remains on SPII Precautions ā Q 15 minute visual V̄ for pt safety. ____ |
| | | | | |

**Medication PRN Notes:** Patient Name  *Jim Murphy*

*Ativan 2 mg PO*  was given at  10/3/99  0945
(Medication, Dosage and Route)                          (Date / Time)

Patient Education: _____
Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☑ Other  *requested*
Behaviors/Symptoms Being Treated:  *anxiety*
Given By  *NJones, LVN*

Patients Response  *less agitation*
*NJones LVN*   10/3/99   1045
(Nurse Signature)                    (Date / Time)

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|
| 10-3-99 | 10³⁰ | NSG | | Goals Group O.S. attended + participated. Pt states he feels "scared of ... Goal today "To maintain myself + ... ā the Dr." NS _____ RNC |
| 10-3-99 | 14⁰⁰ | CS | 1 | Grp therapy: pt attended + provided feedback about feelings related ā individuals — Did ... discuss early abuse issue. _____ |

## MULTIDISCIPLINARY PROGRESS NOTES

**Glen Oaks Hospital**

NS - Nursing,  ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,   PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

2434442   A P

MURPHY JEDIDIAH

DR ESTABROOK
DR ESTABROOK

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|

**Medication PRN Notes:** Patient Name _Jim Murphy_

_Ativan 2 mg PO_ _____ was given at _10/3/99 1700_
(Medication, Dosage and Route)                    (Date / Time)

Patient Education: _____

Cooperation in Taking Meds: ☐ Totally Cooperative  ☐ Required Verbal Persuasion
☑ Other _requested_

Behaviors/Symptoms Being Treated: _agitation_

Given By _RJones, LVN_

Patients Response _Calmer_

_RJones LVN_   _10/3/99 1700_
(Nurse Signature)        (Date / Time)

| Date | Time | Dept. | |
|------|------|-------|---|
| 10/3/99 | 2100 | Nsg | Pt participated and attended O. Shea weeping therapy. Pt describes feeling "jumpy" States high an "Girlfriend visited." Affect flat Remains on SPII precautions c̄ @ 15 min visual √'s for pt safety — S. Roachford |
| 10/3/99 | 2130 | Nsg | Pt to nurses desk stating "I'm starting to hear + see things again" Pt states "Copperheads are in that tree over there — they are all balled ↑ around the trunk" MD Talmadge notified c̄ new medication orders received. Remains on SPII Precaution c̄ @ 15 min visual √'s for pt safety — S. Roachford |



# MULTIDISCIPLINARY
# PROGRESS NOTES

n Oaks
Hospital

NS -Nursing, ED - Teacher/Aide,  PA. Physician Assistant
DS - Dietary Services,   PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| | | | | |

**Medication PRN Notes:** Patient Name _Jedidiah Murphy_

_Trazodone 100mg PO HS PICN PO_ was given at _10-3-99_ _0250_
(Medication, Dosage and Route) _insomnia_ (Date / Time)

Patient Education: _____

Cooperation in Taking Meds: ☒ Totally Cooperative  ☐ Required Verbal Persuasion
☐ Other _____

Behaviors/Symptoms Being Treated: _Sleeplessness_

Given By _George C RN_

Patients Response _pt voiced no further complaints_

_George C RN_  _10-3-99_  _2350_
(Nurse Signature)        (Date / Time)

MURPHY JEDIDIAH
DR ESTABROOK
DR ESTABROOK



**Glen Oaks Hospital**

## Therapeutic Recreation Participation Record

_Medical (Murphy)_

| | Group(s) / Time(s) | |
|---|---|---|
| ✓ Lifestyle Mgt. _8ᵃᵐ 915_ | ___ Kinetic Group _____ | ___ Rec. Group _____ |

### 1. How was group focus related to this patient's treatment plan?

✓ Inability to cope
✓ Low self esteem
✓ Impulsive behavior
✓ Poor Social Skills
✓ Suicidal Ideation's
___ Homicidal Ideation's
✓ Depression

✓ Aggressive outbursts
✓ Difficulties adapting to change
✓ Inability to express feelings
___ Inability maintain sobriety
✓ Inability to solve problems
• Abandonment issues
___ Inability to trust others

✓ Difficulties making decisions
✓ Disordered thought process
• Unable to complete task
    without assistance
• Inability to concentrate
• Inability to follow instructions
✓ High level's of anxiety

### 2. What specific goals were addressed?

✓ Develop specific, socially acceptable & non-self defeating ways to handle angry feelings.
___ Decrease daily level of anxiety by developing positive coping mechanisms.
___ Identify potential relapse triggers & develop strategies of dealing with each trigger.
___ Replace negative & self defeating self-talk with verbalization of realistic & positive messages.
___ Make positive statements regarding self & ability to cope with stresses of life.
___ Other: _____

___ Develop & implement specific coping strategies to resist impulsive urges.
___ Interact socially w/out fear or suspicion being reorted.
___ Show limited social functioning by responding approp. to friendly encounters.
___ Think more clearly as demonstrated by logical, speech.
___ Report diminishing or absence of hallucinations and/or delusions.
___ Express, with approp. affect feelings that underlie suicidal ideations.

### 3. Symptoms Reported and/or observed:

___ Suicidal Ideation
✓ Somatic complaints
✓ Self-defeating
✓ Depressed
✓ Hiding
___ Homicidal Ideation
___ Angry outbursts

___ Pressured Speech
___ Paranoia
___ Manic Tendencies
___ Tremulousness
___ Shakiness
___ Phobias
___ Panic

___ Impaired Orientation
___ Cognitive Distortion
___ Minimization
___ Denial
___ Chem. Abuse
___ Delusional
___ Anxious

___ Hostility
___ Threats
___ Sleeplessness
___ Disorientation
___ Hallucinating
___ Labile
___ Other: _____

### 4. Patient response / staff assessment:

___ Attentive
___ Sharing
___ Negative

___ Supportive
___ Intrusive
___ Defensive

___ Guarded
___ Resistant
___ Positive

✓ Drowsy
✓ Withdrawn
___ No disclosure

___ Disinterested
___ Attempts to monopolize
___ Receptive to feedback

_Pt slept thru-out general session broken hi - &_
_Tired - needed constant monitoring to maintain_
_attention - Pt appeared to fall asleep easily —_

### 5. Plan: _Cont w/ Tx._

**STAFF SIGNATURE:** _[signature]_ ~~62~~     **DATE:** _10/4/08_

Revised  12/00

# Patient Assessment and Activity Record For ___10_/_4_/_99_

2131112 A

MURPHY JEDIDIAH "Jim"
1/33/77
DR ESTABROOK
DR ESTABROOK
7272

## Hygiene & ADL

11-7  7-3  3-11
( √ ) ( ) ( √ ) Independent

97.00 97-3 108 18   124/76
Hr. / T / P / R / BP

**If functioning not independent:**
**Personal Care Provided**

| 11-7 7-3 3-11 | | | |
|---|---|---|---|
| ( ) ( ) ( ) Bed Bath |
| ( ) ( ) ( ) Partial Bath |
| ( ) ( ) ( ) Shower |
| ( ) ( ) ( ) A.M. Care |
| ( ) ( ) ( ) P.M. Care |

Hr. / T / P / R / BP

Hr. / T / P / R / BP

**Elimination**
Incont. = I, Void = V, Stool = BM

| 11-7 | 7-3 | 3-11 |
|---|---|---|

**DX Test/Treatments**

Test          Time

**Weight:** _____ (M & Th 3-11)

Test          Time

**Lab Services**

| Admit Profile | Drawn | Sent |
|---|---|---|
| Blood | | |
| Urine | | |

**Nutritional ( Eating)**
7a 12p 5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( √ ) ( ) ( ) 75%
( √ ) ( √ ) ( ) 100%

**Motivation Level to Attend Therapy & Activities**
7-3 3-11
( ) ( ) Self motivated
( √ ) ( ) Needs Reminders
( √ ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7 7-3 3-11
( ) ( ) ( ) 1:1*
( ) ( √ ) ( √ ) SP I*
( √ ) ( √ ) ( √ ) SP II
( ) ( ) ( ) E.P.
( ) ( ) ( ) Seizure
( ) ( ) ( ) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7 7-3 3-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( ) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) ( ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( √ ) ( ) Re-Directing
( ) ( √ ) ( ) Support

**Sleep Pattern**
11-7
( √ ) 8 hours uninterrupted
( ) Out of bed # _____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____

☐ Patient ☐ Family Significant/Other: _____

Medication: _____

☐ Patient ☐ Family Significant/Other: _____

Disease: _____

☐ Patient ☐ Family Significant/Other: _____

Coping Skills: _____

☐ Patient ☐ Family Significant/Other: _____

Education Materials: _____

☐ Patient ☐ Family Significant/Other: _____

_____ Signature & title staff 11-7        _____ Signature & title staff 7-3        _____ Signature & title staff 3-11

## Assessment by RN

**Affect**
11-7 7-3 3-11
( ) ( ) ( ) Bright
( ) ( √ ) ( √ ) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7 7-3 3-11
( ) ( ) ( ) Organized
( ) ( √ ) ( √ ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

**Behavior**
11-7 7-3/3-11
( ) ( √ ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( √ ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( √ ) ( ) Inappropriate
( ) ( √ ) ( ) Anxious
( ) ( √ ) ( ) Withdrawn
( ) ( √ ) ( ) Restless

**Cognition**
11-7 7-3/3-11
( ) ( ) ( ) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7 7-3 3-11
( ) ( ) ( ) Appropriate
( ) ( ) ( √ ) Withdrawn
( √ ) ( √ ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
√ Abnormal findings*
11-7 7-3 3-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7 7-3 3-11
( ) ( √ ) ( √ ) Depressed
( ) ( ) ( ) Elated
( ) ( √ ) ( √ ) Irritable
( ) ( ) ( ) Anxious
( ) ( √ ) ( √ ) Angry
( ) ( ) ( ) Guilty

**Alertness**
11-7 7-3 3-11
( ) ( √ ) ( ) Alertnss
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7 7-3 3-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( √ ) ( ) Some Insight

11-7 RN _____   7-3 RN _____   3-11 RN _____

* unable to assess
remains asleep LR

FORM #G08005

HEALTH PRINT (800) 692-4623

# MULTIDISCIPLINARY
## PROGRESS NOTES

Glen Oaks Hospital

NSG - Nursing, ED - Teacher/Aide, PA - Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

| Prob. # 1 | Danger to Self/Others | Prob. # 2 |
| Prob. # 3 | | Prob. #4 |

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 10/4/99 | 08³⁰ | Nsg | | Pt remains in room. Resp even + unlabored. Pt has slept throughout night c̄ c/o. Remains on SP11 Precautions c̄ Q 15 min visual √'s for pt safety. |
| | | | | S. Roach RN |
| 10/4/99 | 0915 | NSG | | Attended Goals Group x 0.5 hr. C/o being "jumpy", nervous, and restless. Goal is to not get "tackled" and stay in control. Plan is to talk to the doctor + get medication change. He feels his meds are not working. Having a problem staying in control of his behavior. |
| | | | | S. Clark |
| 10/4/99 | 11¹⁵ | CS | | Pt. discussed events leading to recent relapse. "I know I can't miss my meds, and I need a support group." Pt. demonstrates the understanding neccessary to stabilize (over) life outside hospital. Pt. has made plans to attend MHMR group in Terrell, TX, with friend. |
| | | | | MD |



# MULTIDISCIPLINARY
# PROGRESS NOTES

**Glen Oaks
Hospital**

NS - Nursing, ED - Teacher/Aide, PA - Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist) MD - Physician

CT81112  AP
MURPHY JEDIDIAH
7/31/72
DR ESTABROOK
DR ESTABROOK

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|--|

**Medication PRN Notes:** Patient Name _Jed M Murphy_

_Ativan 2 mg. PO_ was given at _10/4/99 0845_
(Medication, Dosage and Route)          (Date / Time)

Patient Education: _____

Cooperation in Taking Meds: ☐ Totally Cooperative ☐ Required Verbal Persuasion
☑ Other _Requested._

Behaviors/Symptoms Being Treated: _C/O Anxiety._

Given By _C Luengran_

Patients Response _Ø s/s anxiety noted._

_C Luengran_ _10/4/99 1045_
(Nurse Signature)          (Date / Time)

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|--|
| 10/4/99 | | CS | | Group – pt. sat in group c̄ cap pulled over eyes. As the group discussed obsessing over old angers/events in the past, pt. acknowledged that he has difficulty with that. Pt. left group early for meds. |
| 10/4/99 | 2000 | Ns | | Pt. participated + attended 0.5 hrs wrap up therapy. Described feeling asleepy "happy". Affect flat. Remains on SPII prec c̄ Ø 15 min visual √ for ↑ safety – Ø action. |

**Medication PRN Notes:** Patient Name _Jim Murphy_

_Ativan 2 mg. PO_ was given at _10-4-99 1730_
-(Medication, Dosage and Route)          (Date / Time)

Patient Education: _____

Cooperation in Taking Meds: ☑ Totally Cooperative ☐ Required Verbal Persuasion
☐ Other _req meds_

Behaviors/Symptoms Being Treated: _Anxiety_

Given By _B. Ruterbories_

Patients Response _Meds effective_

_B. Ruterbories 10-4-99 2000_
(Nurse Signature)          (Date / Time)

FORM #G09086

HEALTH PRINT (800) 692-4623

**Patient Assessment and Activity Record For** ___10/ 5 /99___

MURPHY JEDIDIAH
DR ESTABROOK
DR ESTABROOK

**Hygiene & ADL**

11-7  7-3  3-11
( )( )( )✓ Independent

0810 97 84 16 148/80

Hr. / T / P / R / BP

**If functioning not independent:**
**Personal Care Provided**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Bed Bath |
| ( ) | ( ) | ( ) | Partial Bath |
| ( ) | ( ) | ( ) | Shower |
| ( ) | ( ) | ( ) | A.M. Care |
| ( ) | ( ) | ( ) | P.M. Care |

Hr. / T / P / R / BP

**Elimination**
Incont. = I, Void = V, Stool = BM

| 11-7 | 7-3 | 3-11 |
|---|---|---|

Hr. / T / P / R / BP

**DX Test/Treatments**

**Weight:** _____ (M & Th 3-11)

**Lab Services**

| | Drawn | Sent |
|---|---|---|
| Admit Profile | | |
| Blood | | |
| Urine | | |

Test _____ Time _____

Test _____ Time _____

**Nutritional ( Eating )**

7a  12p  5p
( )( )( ) Refused Meal
( )( )( ) 25%
( )( )( ) 50%
( )( )( ) 75%
( )( )( ) 100%

**Movation Level to Attend Therapy & Activities**

7-3  3-11
( )✓ Self motiatived
( ✓)( ✓) Needs Reminders
( )( ) Frequently Tardy
( )( ) Some Refused*
( )( ) Refused All*

**Precautions**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | 1:1* |
| ( ) | ( ) | ( ) | SP I* |
| ( ✓) | ( ) | ( ✓) | SP II |
| ( ) | ( ) | ( ) | E.P. |
| ( ) | ( ) | ( ) | Seizure |
| ( ) | ( ) | ( ) | Detox |
| ( ) | ( ) | ( ) | R.T.F. |
| ( ) | ( ) | ( ) | Seclusion* |
| ( ) | ( ) | ( ) | Restraints* |

* requires progress note for additional information

**Intervention**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ✓) | Clarification |
| ( ) | ( ✓) | ( ) | Limit-Setting |
| ( ) | ( ) | ( ) | Confirmation |
| ( ) | ( ) | ( ) | Problem Solving |
| ( ) | ( ) | ( ✓) | Socialization |
| ( ) | ( ) | ( ) | Role Playing |
| ( ) | ( ) | ( ) | Orientation |
| ( ) | ( ) | ( ) | Activity |
| ( ) | ( ) | ( ) | Education |
| ( ) | ( ) | ( ) | Journaling |
| ( ) | ( ) | ( ✓) | Re-Directing |
| ( ) | ( ) | ( ) | Support |

**Sleep Pattern**

11-7
( ✓) 6½ hours uninterrupted
( ✓) Out of bed # ___0___ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____

❑ Patient ❑ Family Significant/Other: _____

Medication: _____

❑ Patient ❑ Family Significant/Other: _____

Disease: _____

❑ Patient ❑ Family Significant/Other: _____

Coping Skills: _____

❑ Patient ❑ Family Significant/Other: _____

Education Materials: _____

❑ Patient ❑ Family Significant/Other: _____

Signature & title staff 11-7 _____  Signature & title staff 7-3 _____  Signature & title staff 3-11 _____

---

**Assessment by RN**

**Affect**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Bright |
| ( ) | ( ✓) | ( ) | Flat |
| ( ) | ( ) | ( ) | Blunted |
| ( ) | ( ) | ( ) | Hostile |
| ( ) | ( ) | ( ) | Apathetic |
| ( ✓) | ( ) | ( ) | Restricted |

**Thought Process**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Organized |
| ( ) | ( ✓) | ( ✓) | Preoccupied |
| ( ) | ( ) | ( ) | Disorganized |
| ( ) | ( ) | ( ) | Concrete |

**Behavior**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ✓) | ( ✓) | Impulsive |
| ( ) | ( ) | ( ) | Agitated |
| ( ) | ( ) | ( ) | Uncooperative |
| ( ) | ( ) | ( ) | Self-Destructive |
| ( ) | ( ) | ( ) | Disorganized |
| ( ) | ( ) | ( ) | Violent |
| ( ) | ( ) | ( ) | Hostile |
| ( ) | ( ) | ( ) | Manipulative |
| ( ) | ( ) | ( ) | Inappropriate |
| ( ) | ( ) | ( ) | Anxious |
| ( ) | ( ✓) | ( ) | Withdrawn |
| ( ) | ( ✓) | ( ✓) | Restless |

**Cognition**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ✓) | Oriented x 3 |
| ( ) | ( ) | ( ) | Disoriented |

**Social**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ✓) | Appropriate |
| ( ) | ( ) | ( ) | Withdrawn |
| ( ) | ( ✓) | ( ) | Attention Seeking |
| ( ) | ( ) | ( ) | Manipulative |
| ( ) | ( ) | ( ) | Reclusive |

**Physical Status**
✓ Abnormal findings*

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Skin |
| ( ) | ( ) | ( ) | Neuro-Muscular |
| ( ) | ( ) | ( ) | Cardio-Vascular |
| ( ) | ( ) | ( ) | Respiratory |
| ( ) | ( ) | ( ) | Gastrointestinal |
| ( ) | ( ) | ( ) | Genitourinary |
| ( ) | ( ) | ( ) | Seeks Meds |
| ( ) | ( ) | ( ) | Somatic Complaints |

**Mood**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Depressed |
| ( ) | ( ) | ( ) | Elated |
| ( ) | ( ) | ( ) | Irritable |
| ( ) | ( ✓) | ( ) | Anxious |
| ( ) | ( ) | ( ) | Angry |
| ( ) | ( ) | ( ) | Guilty |

**Alertness**

| | | | |
|---|---|---|---|
| ( ) | ( ✓) | ( ✓) | Alertness |
| ( ) | ( ) | ( ) | Slight Drowsy |
| ( ) | ( ) | ( ) | Lethargic |
| ( ) | ( ) | ( ) | Hyper-Alert |

**Insight**

| 11-7 | 7-3 | 3-11 | |
|---|---|---|---|
| ( ) | ( ) | ( ) | Self-Aware |
| ( ) | ( ) | ( ) | Denial |
| ( ) | ( ) | ( ✓) | Some Insight |

11-7 RN _____  7-3 RN _____  3-11 RN _____

FORM #G08005

HEALTH PRINT (800) 692-4623



**MULTIDISCIPLINARY PROGRESS NOTES**

Glen Oaks Hospital

NS - Nursing Staff
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)   MD - Physician

| Prob. # 1 | Danger to Self/Others | Prob. # 2 | |
| Prob. # 3 | | Prob. #4 | |

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|--|
| 10/6/99 | 0504 | NS | | Laying on bed c̄ closed snoring. Remains on SPII + Q15 min Visual Safety Checks ———— K Derby RN |
| 5/99 | 0915 | NSG | | Attended Deals Group x 0.5 hr. Says he is elated, happy. Goal is to get out tonight or leave tomorrow. Plan is to talk to doctor about leaving. And deal c̄ the funeral tomorrow. Gets pain irritable c̄ people. Statements short. Concerned about the status of his leaving. Continues... |
| | 1050? | | | pt attended but did not participate in the ??? (?) or agenda. pt listens attentively but did not contribute to discussion. In Estabrook den c̄ pt. BCR |
| 0/99 | 1600 | CS | 1 | Group Therapy (1hr): Pt tended to be very negative & filled c̄ sarcasm & pessimism. ??? LCSW SCP |
| 9/99 | 1800 | NS | | Pt. asked if he was going to be released to go to his "Grandmother's funeral" on 10/6/99. Pt. asked to call Terrell MHMR to schedule appt. after D/C. Pt. states: "I will call them in the morning before I leave." Pt. pleased about 8am D/C plans for 10/6/99. Interacting appropriately this shift. Remains on SPII c̄ q15" V's for safety. M. Cunningham RN |



# MULTIDISCIPLINARY
# PROGRESS NOTES

**Glen Oaks Hospital**

NS -Nursing, ED - Teacher/Aide, PA. Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

| Date | Time | Dept. | Prob. | |
|------|------|-------|-------|---|
| 10/5/99 | 2015 | NSG | | Attended wrap up 0.5 hrs. Interacted appropriately. Remains on SPII c̄ q15" V's for safety. M. Cunningham |

— **Medication PRN Notes:** Patient Name _Jim Murphy_
_Maalox 30cc PO_ was given at _10-5-99 2100_
(Medication, Dosage and Route)   (Date / Time)

— Patient Education: _____

— Cooperation in Taking Meds: ☑Totally Cooperative  ☐ Required Verbal Persuasion
— ☐ Other _reg meds_

Behaviors/Symptoms Being Treated: _indigestion_

Given By _B. Reitzelow_

— Patients Response _No further c/o indigestion_
_at this time_   B. Reitzelow 10-5-99 2330
(Nurse Signature)   (Date / Time)

**Medication PRN Notes:** Patient Name _Jim Murphy_ —
_Trazadone 100 mg, PO_ was given at _10-5-99 2330_ —
(Medication, Dosage and Route)   (Date / Time)

Patient Education: _____ —

Cooperation in Taking Meds: ☑Totally Cooperative  ☐ Required Verbal Persuasion
☐ Other _reg meds._ —

Behaviors/Symptoms Being Treated: _insomnia_ —

Given By _B. Reitzelow_ —

Patients Response _pt sitting in day room at_
_present_   B. Reitzelow 10-5-99 2345 —
(Nurse Signature)   (Date / Time)

Case 1:08-cv-00164-blw Document ... Filed 05/05/10 Page 524 of 548 PageID 8982

# Patient Assessment and Activity Record For 10 /06 /99

2434442 AP

MURPHY JEDIDIAH

DR ESTARRUK
DR ESTARRUK

**Hygiene & ADL**
11-7 7-3 3-11
(✓) ( ) ( ) Independent

**If functioning not independent:**
**Personal Care Provided**
11-7 7-3 3-11
( ) ( ) ( ) Bed Bath
( ) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7        7-3        3-11
_____  _____  _____

Weight: _____ (M & Th 3-11)

**Lab Services**
Admit Profile     Drawn     Sent
Blood             _____     _____
Urine             _____     _____
_____   _____     _____

Hr. / T / P / R / BP

Hr. / T / P / R / BP

Hr. / T / P / R / BP

**DX Test/Treatments**

Test _____ Time

Test _____ Time

**Nutritional ( Eating)**
7a 12p 5p
( ) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
(✓) ( ) ( ) 100%

**Movation Level to Attend Therapy & Activities**
7-3 3-11
(✓) ( ) Self motiatived
( ) ( ) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7 7-3 3-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP I*
(✓) ( ) ( ) SP II
( ) ( ) ( ) E.P.
( ) ( ) ( ) Seizure
( ) ( ) ( ) Detox
( ) ( ) ( ) R.T.F.
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* require progress note for
additional information

**Intervention**
11-7 7-3 3-11
( ) ( ) ( ) Clarification
( ) ( ) ( ) Limit-Setting
( ) ( ) ( ) Ceafirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( ) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) ( ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
( ) (✓) ( ) Support

**Sleep Pattern**
11-7
(✓) 6½ hours uninterrupted
(✓) Out of bed # _10_ times
(✓) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____
□ Patient □ Family Significant/Other: _____

Medication: _____
□ Patient □ Family Significant/Other: _____

Disease: _____
□ Patient □ Family Significant/Other: _____

Coping Skills: _____
□ Patient □ Family Significant/Other: _____

Education Materials: _____
□ Patient □ Family Significant/Other: _____

Signature & title staff 11-7 _____
Signature & title staff 7-3 _____
Signature & title staff 3-11 _____

**Assessment by RN**

**Affect**
11-7 7-3 3-11
( ) ( ✓) ( ) Bright
( ) (✓) ( ) Flat
( ) ( ) ( ) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7 7-3 3-11
( ) ( ) ( ) Organized
( ) (✓) ( ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

**Behavior**
11-7 7-3 3-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) (✓) ( ) Anxious
( ) ( ) (✓) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7 7-3 3-11
( ) (✓) ( ) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7 7-3 3-11
( ) (✓) ( ) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7 7-3 3-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7 7-3 3-11
( ) ( ) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) (✓) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
( ) (✓) ( ) Alertnss
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7 7-3 3-11
( ) (✓) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) ( ) ( ) Some Insight

11-7 RN  K Denby, RN
7-3 RN  J Crum
3-11 RN

FORM #G08005

HEALTH PRINT (800) 692-4623

# MULTIDISCIPLINARY
# PROGRESS NOTES

NS - Nursing, ED - Teacher/Aide, PA - Physician Assistant
DS - Dietary Services, PS - Psychological Services,
CS - Clinical Staff (S.W. & Therapist)  MD - Physician

Glen Oaks
Hospital

| Prob. # 1 Danger to self / others | Prob. # 2 |
| Prob. # 3 | Prob. #4 |

| Date | Time | Dept. | Prob. | |
|---|---|---|---|---|

**Medication PRN Notes:** Patient Name _Jedidiah Murphy_

_Ativan ≠ mg PO_ _____ was given at _10/5/99 2230_
(Medication, Dosage and Route) _____ (Date / Time)

Patient Education: _____

Cooperation in Taking Meds: ☑ Totally Cooperative  ☐ Required Verbal Persuasion

☐ Other _____

Behaviors/Symptoms Being Treated: _Transient ↑ agitation c/_

_attend funeral in a.m._ _____ Given By _K. Daniel LVN_

Patients Response _med effective_

_K. Daniel LVN_  _10/5/99 2400_
(Nurse Signature) _____ (Date / Time)

| 10/6/99 | 0500 | NS | Laying on bed c eyes closed & snoring. Remains on SP II + Q15 Visual Safety Checks. ————————— K. Daly RN |
| 199 | NS6 | Pt D/C c all personal belongings + Rx at this time. Pt is to follow up c TMHMR 10/11/99. DH LVN |

**PHYSICIAN'S**
**ORDER**
(Inpatient)

Glen Oaks
Hospital

**Orders:**

**Admit to:** ☑ Adult Care ☐ Special Care ☐ Youth Care ☐ Children

**Admiting Diagnosis:** MDD, Rec, Severe ō Psych. featur

**Diet:** ☑ Regular ☐ Special/Specify type: _____

**Exam:** ☐ H&P ☑ Defer H&P/less then 30 days

**Allergies:** Iodine

**Laboratory Studies:**
☑ Admit Profile (CBC, Chemistry, Auto) ☑ DST ☐ Pregnancy Test, Urine
☐ RPR ☐ Comp Thyroid ☑ TSH ☑ Urinalysis ☐ _____
☐ _____ ☐ _____

**Misc./Specify with Justification:** _____

**PRN Meds:**
☑ Tylenol 325 mg x2 PO Q 6 hr PRN for Pain     ☐ Tylenol 325 mg x1 PO Q 6 hr PRN for Pain
☑ MOM 30 cc PO Q 6 hr PRN for Laxative        ☐ MOM 15 cc PO Q 6 hr PRN for Laxative
☑ Advil 200 mg x2 PO Q 6 hr PRN for Pain      ☐ Advil 200 mg x1 PO Q 6 hr PRN for Pain
☑ Maalox 30 cc PO Q 6 hr PRN for Antiacid     ☐ Maalox 15 cc PO Q 6 hr PRN for Antiacid

**Special**          ☐ SP 1 ☑ SP II ☐ EP ☐ Detox Protocol ☐ Seizure ☐ RTF 1, ☐ RTF 2
**Precautions:**
              Due To: _____

**Restrictions/Privileges:** _____

**Signatures:**
Ordering Physician _____  Date _____ Time _____

T.O/V.O. by Nurse _____  Date _____ Time _____

Physician Signature: M. Phaneun, MD   Date 9.30.99  Time 4 PJ

Noted R Jones, LVN   Date 9/30/99  Time 1830

10/98          (White - Chart, Yellow - Pharmacy)

GO6071

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS:   AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

(IMPRINT PATIENT'S PLATE HERE)

# PHYSICIAN'S ORDER

ALLERGIES: _____   Pt. Wt. _____

1. _____
2. _____
3. _____
4. _____

TRANSFER TO | 1 | 2 | 3

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) → | ✓ |
|---|---|---|---|
| 9/30/99 | 4PM | ① Admit to AP under Dr. ESTABROOK | |
| | | ✓② Haldol 5mg, PO, upon arrival on the unit. | |
| | | ✓③ Seroquel 200mg, PO, Q hs. | |
| | | ✓④ Effexor XR 150mg, PO, QAM | |
| | | ✓⑤ ATivan 2mg, PO, PRN, Q6° for anxiety/agitation. | |
| | | ⑥ Trazodone 100mg, PO, hs, PRN, for Insomnia. | |
| | | M. Praneen, MD. | |
| | | noted. | |
| | 9/30/99 1845 | R Jones, LVN | |
| 10-1-99 | 1900 | Seroquel 100 mgm po p̄ breakfast, p̄ lunch + 200 mgm qhs | |
| | | DEPAKOTE 250 mgm po QID | |
| | | Noted Lister lvn     Wm Estabrook MD | |
| | | Betty Lister | |
| | | 10-1-99 | |
| | | 1930 | |

YOUR ORDERS FOR THE FOLLOWING MEDICATIONS
WILL EXPIRE 10/3/99
DO YOU WISH TO CONTINUE THESE MEDICATIONS?

| YES | MEDICATION | NO | |
|---|---|---|---|
| ☒ | ATivan 2mg PO | ☐ | PRN q 6 for anxiety |
| ☒ | SPTT | ☐ | |
| ☐ | | ☐ | |
| ☐ | | ☐ | |

Wm Estabrook MD _____ ,M.D.
10-4-99
(dated)

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

**INSTRUCTIONS:** AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

# PHYSICIAN'S ORDER

(IMPRINT PATIENT'S PLATE HERE)

ALLERGIES:                           Pt. Wt.

Iodine

| TRANSFER TO | 1 | 2 | 3 |

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | ✓ |
|---|---|---|---|
| 10/3/99 | 2240 | Pt. may have Haldol 5mg po now x1. May repeat Q 4° throughout the night. Discontinue @ 0800 am 10/4/99. T.O. Dr. Talmadge / L. Roochen; word L. Roach RN 10/4/99 0005. ✓C | |
| 10-4-99 | 1845 | HALDOL 5mg po qHS DC HS Seroquel lower Depakote to 250mg po TID p̄ meals lower effexor XR to 75 mg po p̄ breakfast Noted Ruster WM Wm Elabooh MD Betty Ruster 10-4-99 1900 | |

```
YOUR ORDERS FOR THE FOLLOWING MEDICATIONS
WILL EXPIRE  10-6-99   DO YOU WISH
TO CONTINUE THESE MEDICATIONS?
        YES    MEDICATION        NO
         □    SP II             ☒
         □    Ativan 2mg PO PRN  ☒ Q6° for Anxiety + Agitation
         □                      □
         □                      □
         □  William Elabooh MD    .M.D.
        10-6-99
        (dated)
```

RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS

NO. OF ORDERS REMAINING

USE MEDIUM BALLPOINT
PEN AND PRESS FIRMLY

INSTRUCTIONS:
AFTER PHYSICIAN WRITES A MEDICATION ORDER:
1. Remove yellow and pink copies.
2. Dispatch yellow copy to the Pharmacy and the pink copy to the Medication Nurse.
3. After copy 3 is used "X" out remaining unused lines.

# PHYSICIAN'S ORDER

(IMPRINT PATIENT'S PLATE HERE)

| ALLERGIES: | | Pt. Wt. | |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

| TRANSFER TO | 1 | 2 | 3 |
|---|---|---|---|

| DATE ORDERED | TIME | ORDERS: ANOTHER BRAND OF A GENERICALLY EQUIVALENT PRODUCT, IDENTICAL IN DOSAGE FORM AND CONTENT OF ACTIVE INGREDIENT(S) MAY BE ADMINISTERED UNLESS CHECKED. (✓) | ✓ |
|---|---|---|---|
| 10/6/99 | 0730 | (1) DC pt today | |
| | | (2) DC precautions | |
| | | (3) Aftercare Mary L Terrell MHMR | |
| | | (4) DC meds – | |
| | | Serzure 100mg po p breakfast + p lunch | |
| | | Haldol 5 mg po x HS | |
| | | Depakote 250mg po TID x meals | |
| | | Effexor XR 75 mg po p breakfast | |
| | | (5) DC Diagnosis | |
| | | Bipolar II Disorder (Depressed) Episode Severe | |
| | | c suicidal features 296.89 | |
| | | Dissociative Identity Disorder 300.14 | |
| | | POLY SUBSTANCE DEPENDENCE | |
| | | DC GAF 30-40 | |
| | | T.O. Dr Estabrook / [signature] | |
| | | Wm Estabrook MD | |
| | | 10-6-99 | |
| | | 0915   [signature] | |
| | | 10/6/99 | |
| | | 0730 | |

RED NUMBERS MUST SHOW
THROUGH HOLE
BEFORE DOCTOR WRITES ORDERS

NO. OF ORDERS REMAINING

CHART COPY

# NorthSTAR — Behavioral Health

BIN # 900020   PCN # CLAIMWT   Submitted Group # STAR
Claims Processor: ClaimRx   MIM Health Plans, Inc.
For claims processing questions, please call: 1-800-213-5640

For JEDIDIAH MURPHY   D.O.B. 9-1-75
Address 6305 FM 429 KAUFMAN TX 75142
NorthSTAR ID # A11 03713   Date 10-6-99

Identify BHO: ☐ Magellan (082)   ☒ Value Options (085)

Rx SEROQUEL 100 mg PO
Sig: T pill po @ 9AM + @ 3PM
Disp: #60

Refill 2 Times   Medicaid # PCVVEG834   DEA # _____
Dr. William Estabrooke Dr. _____
Product Selection Permitted          Dispense As Written
Print Name William Estabrooke   Phone # 903-454-6010
Address 301 E. Division St   Greenville TX



# NorthSTAR — Behavioral Health

BIN # 900020   PCN # CLAIMWT   Submitted Group # STAR
Claims Processor: ClaimRx   MIM Health Plans, Inc.
For claims processing questions, please call: 1-800-213-5640

For JEDIDIAH MURPHY   D.O.B. 9-1-75
Address 6305 FM 429 KAUFM TX 75142
NorthSTAR ID # A11 03713   Date 10-6-99

Identify BHO: ☐ Magellan (082)   ☒ Value Options (085)

Rx DEPAKOTE 250 mg PO
Sig: T pill po TID   meals
Disp: #90

Refill 2 Times   Medicaid # PCVV 6834   DEA # _____
Dr. William Estabrooke MD Dr. _____
Product Selection Permitted          Dispense As Written
Print Name William Estabra   Phone # 903-454-6010
Address 301 E Division St   Greenville TX



## NorthSTAR — Behavioral Health

BIN # 900020    PCN # CLAIMWT    Submitted Group # STAR
Claims Processor: ClaimRx              MIM Health Plans, Inc.
For claims processing questions, please call: 1-800-213-5640

For __JEDIDIAH  MURPHY__    D.O.B. __9-1-75__
Address __6305 FM 429  KAUFMAN Tx  75142__
NorthSTAR ID # __A11 03713__    Date __10-6-99__
Identify BHO:  ☐ Magellan (082)    ☒ Value Options (085)

Rx __EFFEXOR-XR  150 mg  Po__
Sig: __T capsule po π breakfast__
Disp: __# 30__

Refill __2__ Times   Medicaid # __P000E6539__    DEA # ____
Dr. __William Estabrook MD__ Dr. ____
         Product Selection Permitted              Dispense As Written
Print Name __William ESTABROOK MD__ Phone # __903454 6000__
Address __301 E Division ST  GREENVILLE TX__

---

## NorthSTAR — Behavioral Health

BIN # 900020    PCN # CLAIMWT    Sub—ted Group # STAR
Claims Processor: ClaimRx        MIM He— Plans, Inc.
For claims processing questions, please call: 1-80—13-5640

For __JEDIDIAH  MUR PHY__    D.O.B. __9-1-75__
Address __6305 FM 429  KAUFMAN Tx 75142__
NorthSTAR ID # __A11 03713__    Date __10-6-99__
Identify BHO:  ☐ Magellan (082)    ☒ Value Options (085)

Rx __HALDOL  5 mg  P.O.__
Sig: __T π ½ po qhs__
Disp: __# 30__

Refill __2__ Times   Medicaid # __P00E6539__    DEA # __AG—957—__
Dr. __William Estabrook MD__ Dr. ____
         Product Selection Permitted              Dispense As Written
Print Name __William ESTABROOK MD__ Phone # __903-454-6000__
Address __301 E Division  GREENVILLE TX__

# Consent to Treatment with Psychoactive Medication

**Glen Oaks Hospital**

The Individual _Jim Murphey_, being served at Glen Oaks Hospital, on _10-1-99_
(Date)

has received a complete explanation of: _Mood Stablizer_
Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | ✓ |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | ✓ |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | ✓ |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5. A description of the proposed course of treatment with the medication(s). | ✓ |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | ✓ |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including: <br> • Any side effects which are known to frequently occur in most individuals; <br> • Any side effects to which the individual may be predisposed; <br> • The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8. The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7.1) | ✓ |
| 11. An offer to answer any questions concerning this treatment. | ✓ |

I have read and received a complete explanation of the psychoactive medication(s) by means of:
(✓ those appropriate) ☑ Oral explanation, ☐ Printed material  Other _____
(Specify)

2/97

(Continued on Back)



# Consent to Treatment with Psychoactive Medication

ve also received the Consent to Treatment with Psychoactive Medication Information Sheet (9-7.1 or 9-7.2) and the
ed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my
sent.

ed upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group
ss) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate
t may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that
t continue taking the psychoactive medication prescribed by my physician.

derstand that if I have been committed under provisions other than those found in the Texas Mental Health Code (i.e.,
e of Criminal Procedures, Family Code) the decision to administer psychoactive medication is within the discretion of
ctor during the first 14 days of my commitment. If I do not wish to take the medication, it may still be given to me if the
tors concur despite my objection.

_____   10-1-99
ient                               Date

_____   10-1-99
resentative        Relationship to Patient    Date

_____   10-1-99
ysician, P.A., R.Ph., RN or LVN Giving Explanation    Date
μm  Atabod  MD

_____   Date
nature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN
quired within two working days of P.A., R.Ph., RN or LVN giving explanation)

## NSENT FOR TREATMENT INVOLVING A MINOR:

his consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be
vided:

a) Name of one or both parents, if known: _____

b) Name of legally authorized representative of person, if appointed: _____

c) Date on which treatment is to begin: _____

## THDRAWAL OF CONSENT FOR MEDICATION:

ormally withdraw my consent for _____

(Name of Psychoactive Medication or Medication Group)

_____        _____
a    Signature         Date              Witness          Date



**Glen Oaks Hospital**

# Consent to Treatment with Psychoactive Medication

MURPHY JEDIDIAH
DR ESTABROOK
DR ESTABROOK

The Individual _____, being served at Glen Oaks Hospital, on _9/30/99_
(Date)

has received a complete explanation of: _Anxiolytic, Sedative-Hypnotic_
Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | |
| 5. A description of the proposed course of treatment with the medication(s). | |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including: • Any side effects which are known to frequently occur in most individuals; • Any side effects to which the individual may be predisposed; • The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | |
| 8. The need to advise staff immediately if any of these side effects occur. | |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7.1) | |
| 11. An offer to answer any questions concerning this treatment. | |

I have read and received a complete explanation of the psychoactive medication(s) by means of: (✓ those appropriate) ❑ Oral explanation, ❑ Printed material   Other _____
(Specify)

2/97

(Continued on Back)



# Consent to Treatment with Psychoactive Medication

...ve also received the Consent to Treatment with Psychoactive Medication Information Sheet (9-7.1 or -. 7.2) and the ...ted material which summarizes specific information regarding the psychoactive medication(s) for which I have given my ...sent.

...sed upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group ...ss) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate ...rt may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that ...st continue taking the psychoactive medication prescribed by my physician.

...derstand that if I have been committed under provisions other than those found in the Texas Mental Health Code (i.e., ...de of Criminal Procedures, Family Code) the decision to administer psychoactive medication is within the discretion of ...doctor during the first 14 days of my commitment. If I do not wish to take the medication, it may still be given to me if the ...ctors concur despite my objection.

| | |
|---|---|
| _(signature)_ | 9-30-99 |
| ...tient | Date |
| | |
| ...presentative          Relationship to Patient | Date |
| _(signature)_ RN | 9-30-99 |
| ...an. P.A., R.Ph., RN or LVN Giving Explanation | Date |
| Mr. _(signature)_ MD | 10-1-99 |
| ...gnature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN | Date |
| ...quired within two working days of P.A., R.Ph., RN or LVN giving explanation) | |

## ...ONSENT FOR TREATMENT INVOLVING A MINOR:

...this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be ...ovided:

a) Name of one or both parents, if known: _____

b) Name of legally authorized representative of person, if appointed: _____

c) Date on which treatment is to begin: _____

## ...ITHDRAWAL OF CONSENT FOR MEDICATION:

...formally withdraw my consent for _____

(Name of Psychoactive Medication or Medication Group)

| | | | |
|---|---|---|---|
| Signature | Date | Witness | Date |

Revised 6/94

MHRS 9-7

# Consent to Treatment with Psychoactive Medication

**Glen Oaks Hospital**

MURPHY JEDIDIAH

GLEN OAKS BROOK

The Individual _____, being served at Glen Oaks Hospital, on **9/30/99**
(Date)

has received a complete explanation of: *Antipsychotic*

Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | |
| 5. A description of the proposed course of treatment with the medication(s). | |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including:<br>• Any side effects which are known to frequently occur in most individuals;<br>• Any side effects to which the individual may be predisposed;<br>• The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | |
| 8. The need to advise staff immediately if any of these side effects occur. | |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7.1) | |
| 11. An offer to answer any questions concerning this treatment. | |

I have read and received a complete explanation of the psychoactive medication(s) by means of:
(✓ those appropriate) ☐ Oral explanation, ☐ Printed material   Other _____

(Specify)

2/97

(Continued on Back)



# Consent to Treatment with Psychoactive Medication

r Oaks

e also received the Consent to Treatment with Psychoactive Medication Informa...... Sheet (9-7 1 or :. 7.2) and the
ed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my
ent.

d upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group
s) as indicated on the front of this form.  I understand that I may withdraw this consent at any time, however a probate
t may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that
: continue taking the psychoactive medication prescribed by my physician.

erstand that if I have been committed under provisions other than those found in the Texas Mental Health Code (i.e.,
e of Criminal Procedures, Family Code) the decision to administer psychoactive medication is within the discretion of
octor during the first 14 days of my commitment.  If I do not wish to take the medication, it may still be given to me if the
ors concur despite my objection.

_____     9-30-99
gn                                    Date

_____
resentative          Relationship to Patient          Date

_____     9-30-99
n, P.A., R.Ph., RN or LVN Giving Explanation          Date

Wm. Estabrook MD          10-1-99
ature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN          Date
uired within two working days of P.A., R.Ph., RN or LVN giving explanation)

NSENT FOR TREATMENT INVOLVING A MINOR:

his consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be
vided:

) Name of one or both parents, if known: _____

b) Name of legally authorized representative of person, if appointed: _____

c) Date on which treatment is to begin: _____

THDRAWAL OF CONSENT FOR MEDICATION:

rmally withdraw my consent for _____
                                (Name of Psychoactive Medication or Medication Group)

_____          _____
Signature          Date          Witness          Date

![Glen Oaks Hospital logo]

**Consent to Treatment with Psychoactive Medication**

MURPHY JEDIDIAH
~~~~~~~~
DR ESTABROOK
DR ESTABROOK

The Individual _____, being served at Glen Oaks Hospital, on **9/30/99**
                                                                                    **(Date)**

has received a complete explanation of: *Antidepressant*
                                          Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate accomplishment by a ✓ mark |
|---|---|
| 1. The nature of his/her mental and physical condition. | |
| 2. The expected beneficial effects on his/her condition as a result of treatment with the medication(s). | |
| 3. The probable health and mental health consequences of not taking the medication, including the occurrence, increase, or reoccurrence of symptoms of mental illness. | |
| 4. The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | |
| 5. A description of the proposed course of treatment with the medication(s). | |
| 6. The fact that side effects varying degrees of severity are a risk of all medications. | |
| 7. The relevant side effects of the medication(s) being prescribed are explained, including: <br> • Any side effects which are known to frequently occur in most individuals; <br> • Any side effects to which the individual may be predisposed; <br> • The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | |
| 8. The need to advise staff immediately if any of these side effects occur. | |
| 9. An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | |
| 10. A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9–7.1) | |
| 11. An offer to answer any questions concerning this treatment. | |

I have read and received a complete explanation of the psychoactive medication(s) by means of:
(✓ those appropriate) ❑ Oral explanation, ❑ Printed material   Other _____
                                                                        **(Specify)**

2/97

(Continued on Back)

# PRN/STAT MEDICATION ADMINISTRATION RECORD

Page 1

**Glen Oaks Hospital**
301 E. Division
P.O. Box 1655
Greenville, Texas 75403

ADDRESSOGRAPH

J____ : ____ : IAH

HT ____ WT ____

DIAGNOSIS MDD, recurrent, severe w/ psych. features.

ALLERGIES

PHYSICIAN E. Estbrook

UNIT AP

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tylenol 325mg PO x2 q 6° PRN for Pain | 9/3/3₂ | | | | | | | | |
| MOM 30cc PO q 6° PRN for Laxative | 9/3/3₂ | | | | | | | | |
| Advil 200mg PO q 6° PRN for Pain | 9/30/3₂ | | | | | | | | |
| Maalox 30cc PO q 6° PRN | 9/3/3₂ | 9/5/04 | | | | | | | |
| Ativan 2mg PO PRN q 6° per anxiety + agitation | 9/3/3₂ | 9/3/3₂ | 10/1 | 10/ | 10/ | 10/ | 10/ | 10/ | |

## STAT/ONE TIME MEDICATIONS

| MEDICATIONS DOSAGE, ROUTE, FREQUENCY | DATE TIME INIT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Benadryl 5mg PO upon arrival | 9/30/3₂ | | | | | | | | |
| Zydis 5mg PO Now | | | | | | | | | |
| May repeat Zydis tonight | | | | | | | | | |

NURSE'S SIGNATURE

WHITE - CHART    CANARY - TO PHARMACY AT DISCHARGE

REFER TO ITEM # 44-01 VIK-001

# MEDICATION ADMINISTRATION RECORD / PHARMACY PROFILE

## ROUTINE MEDICATIONS

**Glen Oaks Hospital**
301 E Division
P.O. Box 1887
Greenville, Texas 75403

ADDRESSOGRAPH

HT ___ WT ___

DIAGNOSIS:

ALLERGIES:

PHYSICIAN:

UNIT:

**LEGEND:** Circle time not given with reason & initial
P=on Pass
H=Hold
R=Refused
O=Omitted

NURSE'S SIGNATURE

| NURSE/TRANSCRIBER | MEDICATIONS DOSAGE, FREQUENCY | START DATE | STOP DATE | TIMES TO BE GIVEN | DATE 9/30 | DATE 10/1 | DATE 10/2 | DATE 10/3 | DATE 10/4 |
|---|---|---|---|---|---|---|---|---|---|
| | Seroquel 200mg po q HS — MCS | 9/30/15 | | 2100 | | | 96 | 96 | 96 |
| | E. Meyer X-Ray po 2 tabs — MCS | | | 2100 | | | | | |
| | Also | | | | | | | | |
| | Seroquel po q bid p breakfast p lunch | 10/1 | | 0900 1200 | | 96 | 96 96 | 96 96 | 97 97 |
| | Depakote 250mg po q bid p breakfast p lunch | 10/1 | | 0900 1200 2100 | | | | | |
| | Haldol 5mg po q HS | 10/1 | | 2100 | | | | | |
| | Depakote 250mg po q tid p meals | 10/1 | | 0900 1200 2100 | | | | | |
| | Cogentin XR 0.75mg po q tid p meals | 10/4 | | 0900 | | | | | |

REFER TO ITEM # GOH-MR-004

WHITE - TO CHART    CANARY - TO PHARMACY AT DISCHARGE

GO1925



# CONTINUING CARE
# DISCHARGE PLANNING
# PART I

**Glen Oaks Hospital**

ADDRESSOGRAPH

### (Please Press Hard)

NAME: _Jedidiah Murphy_

HOME ADDRESS: _6305 FM 429_ _Kaufman_

PATIENT TELEPHONE NUMBER: _972 962 7443_

DISCHARGE DATE: _10/6/99_  M.R. #: _7272_

PHYSICIAN: _Estabrook_

PHYSICIAN TELEPHONE #:

| FINANCIAL SUPPORT EDUCATION/ VOCATIONAL PLANS | SCHOOL | WORK |
|---|---|---|
| | ☐ PART-TIME | ☐ PART-TIME |
| | ☐ FULL-TIME | ☐ FULL-TIME |
| | ☐ OTHER (PLEASE EXPLAIN) | |

| | NAME | ADDRESS | TELEPHONE# | DATE OF NEXT APPT. | TIME |
|---|---|---|---|---|---|
| PSYCHIATRIST | | | | | |
| INDIVIDUAL THERAPIST | Erik Reynolds | 650 N Rockwall St. | 972-524-4159 | 10-11-99 | 11:00 |
| CONTINUING CARE | Terrell MHMR | | 972-524-4159 | | |
| FAMILY PHYSICIAN | | | | | |
| OTHER (FAMILY, COUPLES etc.) | | | | | |

INCLUDE OTHER TREATMENT RECOMMENDATIONS SUCH AS JOURNAL WRITING, OTHER SUPPORT GROUPS, SPECIFIC EXERCISE PROGRAMS, etc. ALSO ADDRESS SOCIAL SERVICES COMPONENTS SUCH AS APPOINTMENT WITH STATE DISABILITY, THE DEPARTMENT OF SOCIAL SECURITY, WELFARE, FOODSTAMPS, etc.

| GROUP / SERVICE | TIME | DAYS |
|---|---|---|
| | | |
| | | |
| | | |

PERSONS IN RECOVERY FROM CHEMICAL DEPENDENCY ARE EXPECTED TO ATTEND 90 NA OR AA MEETINGS IN THE 90 DAYS FOLLOWING DISCHARGE. A WEEKLY SCHEDULE FOLLOWS:

NA/AA SPONSOR & TELEPHONE #:

NA/AA SPONSOR & TELEPHONE #:

TREATMENT SUMMARY (INCLUDE DISCHARGE DIAGNOSIS): _Bi-Polar II Disorder (Depressed) Episode Severe with Suicidal features 296.85 (Polysubstance Dep. Dissociative Identity Disorder 300.14) GAF 30-40_

CONTINUING CARE PLAN & MAXIMUM TREATMENT BENEFIT/DISPOSITION (HOME, OUTPATIENT, IOP, PHP, RTC, HOME HEALTH etc.): _medication management_

PROBLEM AREAS TO BE ADDRESSED IN CONTINUING CARE: _suicidality & psychotic features & aggressive tendencies_

LEISURE/SOCIAL (TR. INPUT): _self worth, coping skill, communication skill, channel based emotion_

THREE MONTH GOALS FOR CONTINUING CARE: _absence of suicidality & aggression, reality-based thinking_

LEISURE/SOCIAL (TR. INPUT): _Pt will be free from harm to self + others demonstrating ↑ ability to cope w/intense affect_

FAMILY/SIGNIFICANT OTHERS PARTICIPATE AS FOLLOWS: INDIVIDUAL

GROUP

OTHER (IDENTIFY)

EB 4/1/97

# CONTINUING CARE
# DISCHARGE PLANNING
# PART II

**Glen Oaks Hospital**

### (Please Press Hard)

2;3412    AP
M RP Y  JED DIAH

ADDRESSOGRAPH

DISCHARGE TO: _Nwc_    TRANSFERED TO:    DATE OF NEXT ATTENDANCE

☐ ROUTINE ☐ AMA ☐ AT PATIENTS OR FAMILY'S REQUEST ☐ OTHER (EXPLAIN)    TIME PATIENT LEFT HOSPITAL

TRANSPORTATION - ☐ PERSONAL CAR ☐ PARENT/RELATIVE ☐ PUBLIC ☐ SELF ☐ OTHER (EXPLAIN)

ACCOMPANIED BY    RELATIONSHIP    I HAVE RECEIVED ALL PERSONAL ITEMS & VALUABLES - PATIENT'S INITIAL

| MEDICATION | DOSAGE | FREQUENCY | ROUTE |
|---|---|---|---|
| Seroquel 100m | po After Breakfast + After lunch | | |
| Haldol 5 mg | by mouth every Bedtime | | |
| Depakote 250m | po TID 3X daily After meals | | |
| Effexor XR 75 mg | by mouth After Breakfast | | |

## PATIENT DEMONSTRATES UNDERSTANDING OR KNOWLEDGE OF:

REFERRALS OR PLACEMENT ☑ YES ☐ NO ☐ NA | MEDICATIONS HAVE BEEN EXPLAINED TO MY SATISFACTION  PT'S INITIAL ___

POTENTIAL DRUG-FOOD INTERACTION ☑ YES ☐ NO ☐ NA | WHEN & HOW TO SEEK FURTHER TREATMENT ☑ YES ☐ NO ☐ NA

MEDICATIONS & HOW TO ADMINISTER ☑ YES ☐ NO ☐ NA | FAMILY DEMONSTRATES ABILITY TO CARE FOR PT. ☑ YES ☐ NO ☐ NA

IF PT IS UNABLE, FAMILY IS KNOWLEDGABLE ☐ YES ☐ NO ☐ NA | NUTRITION INTERVENTION AND/OR MODIFIED DIET ☑ YES ☐ NO ☐ NA

IMPORTANCE OF GETTING MEDS FILLED PRIOR TO NEXT SCHEDULED DOSAGE ☑ YES ☐ NO ☐ NA

IMPORTANCE OF COMMUNICATING WITH ATTENDING PHYSICIAN IF EXPERIENCING SIDE EFFECTS ☑ YES ☐ NO ☐ NA

MEDICAL CONDITION ☐ YES ☐ NO ☐ NA, PERTINENT LAB FINDINGS ☐ YES ☑ NO ☐ NA, OTHER FOLLOW-UP ISSUES ☐ YES ☐ NO ☐ NA

PRESCRIPTIONS HAVE BEEN GIVEN TO THE PATIENT. ☐ YES ☐ NO ☐ NA (IF NO) EXPLAIN WHY PRESCRIPTIONS HAVE NOT BEEN WRITTEN.

PRESCRIBED MEDICATIONS ARE AVAILABLE THROUGH INSURANCE, SELFPAY etc. ☐ YES ☐ NO ☐ NA

DURING TREATMENT, PHYSICIAL PROBLEMS THAT WERE IDENTIFIED    _Ø_

SPECIAL INSTRUCTIONS _follow up with family MD for physical symptoms_
_as they occur_

TO WHOM?    PRESCRIBING M.D.

NURSING SUMMARY OF PATIENTS CONDITION UPON DISCHARGE: _Appears medically stable @ time of D/C_

| I UNDERSTAND AND AGREE WITH THE PRECEDING INSTRUCTIONS | | CARE MANAGER SIGNATURE | DATE |
|---|---|---|---|
| PATIENT SIGNATURE X | DATE | T.R. SIGNATURE _Dylan Ma, CTRS_ | DATE 78-4-99 |
| FAMILY OR SIGNIFICANT OTHER SIGNATURE | DATE | MSW/THERAPIST SIGNATURE _LMSW/ACP_ | DATE 10/1/99 |
| R N SIGNATURE X | DATE | PHYSICIAN SIGNATURE _William Eldorett, MD_ | DATE 10-6-99 |

DISTRIBUTION (WITH RELEASE)   PART I - CHART.   PART 2 - PATIENT.



**Glen Oaks Hospital**

# CLOTHING AND
## VALUABLES LIST

Name_____ AP___ YC___
Date_____ Time_____

24 4442  AP

MURPHY JEDIDIAH
DR ESCHBACK

| Item | AMT. | Description | Item | AMT. | Description |
|------|------|-------------|------|------|-------------|
| 2 pc Suits | | | Aftershave | | |
| Belts | | | Blanket | | |
| Blouse | | | Brush | | |
| Bodysuits | | | Cologne | | |
| Boots | | | Comb | | |
| Bras | | | Compact | | |
| Caps | / | | Conditioner | | |
| Coats | | | Contact Kit | | |
| Dresses | | | Contact Lens | | |
| Handkerchief | | | Dental Floss | | |
| Hats | | | Denture Cup | | |
| Jackets | | | Denture-Low | | |
| Jeans | | | Denture-Part | | |
| Jumpsuits | | | Denture-Up | | |
| Nightgown | | | Deodorant | | |
| Pajamas | | | Eyeglasses | | |
| Pantyhose | | | Face Cream | | |
| Purse | | | Glass Case | | |
| Robe | | | Hair Bows | | |
| Sandals | / | | Hair Grease | | |
| Shirt-Pull | / | | Hair Pins | | |
| Shirt-Sleeve | / | | Hair Pick | | |
| Shoes | | | Hair Spray | | |
| Shorts | | | Hearing Aid | | |
| Skirts | | | Lipstick | | |
| Slacks | / | | Lotion | | |
| Slip | | | Makeup Kit | | |
| Sneakers | | | Mirror | | |
| Socks | | | Mouthwash | | |
| Sweaters | | | Nail Clippers | | |
| Sweatpants | | | Nail file | | |
| Sweatshirts | | | Nailpolish/Rmvr. | | |
| Swimsuits | | | Pencil Sharp | | |
| T-Shirts | | | Perfume | | |
| Ties | | | Pillow | | |
| Underwear | / | | Powder | | |
| Vest | | | Razor | | |
| Other | | | Shampoo | | |
| | | | Soap | | |
| | | | Sunglasses | | |
| | | | Toothbrush | | |
| | | | Towels | | |
| | | | Tweezers | | |
| | | | Wash Cloth | | |
| | | | Other | | |

| Item-General | AMT. | Description | Safe yes/no | Items-Credit/Cash Personal Items | AMT. | Description | Safe yes/no |
|---|---|---|---|---|---|---|---|
| ...ries | | | | ATM Card | | | |
| ...per | | | | Cash | | | |
| Book Bag | | | | Check #        # | | | |
| Books | | | | Check Book | | | |
| Briefcases | | | | Coin | | | |
| Calculator | | | | ID Card | | | |
| Cane/Walker | | | | Insurance Cards | | | |
| Cassette Player | | | | License | | | |
| Cassette Tapes | | | | Money Orders | | | |
| Cigarettes/Carton | | | | Owners Card | | | |
| Cigarettes/Pack | | | | Phone Card | | | |
| Clock | | | | Credit Card | | | |
| Curling Iron | | | | Other | | | |
| Hair Crimper | | | | | | | |
| Hair Dryer | | | | | | | |
| Hangers | | | | | | | |
| Magazines | | | | | | | |
| Picture Frame | | | | | | | |
| Radio/Model | | | | | | | |
| Schoolbag | | | | | | | |
| Sew/Kit Needles | | | | | | | |
| Suitcases | | | | | | | |
| Tote bag | | | | | | | |
| ...eo Tapes | | | | | | | |
| ...lkman/Model | | | | | | | |
| Other | | | | | | | |

| Jewelry | AMT. | Description | Safe yes/no | Contraband | AMT. | Description | Safe yes/no |
|---|---|---|---|---|---|---|---|
| Bracelet | | | | Aerosol Can | | | |
| Brooch | | | | Car/House Key | | | |
| Cross | | | | Glass Vases | | | |
| Earrings | | | | Gun | | | |
| Nacklace | | | | Illegal Drug | | | |
| Pin | | | | Knife | | | |
| Rings | | | | Lighter | | | |
| Watch | | | | Matches | | | |
| Other | | | | Needles | | | |
| | | | | Scissors | | | |
| | | | | Weapon | | | |
| | | | | Other | | | |

Glen Oaks Hospital is not responsible for any items misplaced or lost during hospitalization. Personal property that is maintained by the hospital is listed on "Clothing and valuables list" and is placed in the hospital safe.

8 23 99

_____     _____
...t Parent/Guardian on Admission         Date

_____     _____
Witness of Admission                     Date

_____     _____
Patient/Parent/Guardian on Discharge     Date

_____     _____
Witness on Discharge                     Date



# CLOTHING AND VALUABLES LIST

**Glen Oaks Hospital**

Name_____ AP___ YC___

Date_____ Time_____

2434442 AP

AIRPAY JEDIDIAH

| Item | AMT. | Description | Item | AMT. | Description |
|------|------|-------------|------|------|-------------|
| 2 pc Suits | | | Aftershave | | |
| Belts | | | Blanket | | |
| Blouse | | | Brush | | |
| Bodysuits | | | Cologne | | |
| Boots | | | Comb | | |
| Bras | | | Compact | | |
| Caps | | | Conditioner | | |
| Coats | | | Contact Kit | | |
| Dresses | | | Contact Lens | | |
| Handkerchief | | | Dental Floss | | |
| Hats | | | Denture Cup | | |
| Jackets | | | Denture-Low | | |
| Jeans | 1 | | Denture-Part | | |
| Jumpsuits | | | Denture-Up | | |
| Nightgown | | | Deodorant | | |
| Pajamas | | | Eyeglasses | | |
| Pantyhose | | | Face Cream | | |
| Purse | | | Glass Case | | |
| Robe | | | Hair Bows | | |
| Sandals | | | Hair Grease | | |
| Shirt-Pull | 2 | | Hair Pins | | |
| Shirt-Sleeve | 1 | | Hair Pick | | |
| Shoes | | | Hair Spray | | |
| Shorts | 1 | | Hearing Aid | | |
| Skirts | | | Lipstick | | |
| Slacks | | | Lotion | | |
| Slip | | | Makeup Kit | | |
| Sneakers | | | Mirror | | |
| Socks | | | Mouthwash | | |
| Sweaters | | | Nail Clippers | | |
| Sweatpants | 1 | | Nail file | | |
| Sweatshirts | 1 | | Nailpolish/Rmvr. | | |
| Swimsuits | | | Pencil Sharp | | |
| T-Shirts | 2 | | Perfume | | |
| Ties | | | Pillow | | |
| Underwear | 3 | | Powder | | |
| Vest | | | Razor | | |
| Other | | | Shampoo | | |
| | | | Soap | | |
| | | | Sunglasses | | |
| | | | Toothbrush | | |
| | | | Towels | | |
| | | | Tweezers | | |
| | | | Wash Cloth | | |
| | | | Other | | |

| Item-General | AMT. | Description | Safe yes/no | Items-Credit/Cash Personal Items | AMT. | Description | Safe yes/no |
|---|---|---|---|---|---|---|---|
| ...tteries | | | | ATM Card | | | |
| ...eeper | | | | Cash | | | |
| Book Bag | | | | Check #    # $5.00 | | | |
| Books | | | | Check Book | | | |
| Briefcases | | | | Coin | | | |
| Calculator | | | | ID Card | | | |
| Cane/Walker | | | | Insurance Cards | | | |
| Cassette Player | | | | License | | | |
| Cassette Tapes | | | | Money Orders | | | |
| Cigarettes/Carton | | | | Owners Card | | | |
| Cigarettes/Pack | ✓ | | | Phone Card | | | |
| Clock | | | | Credit Card | | | |
| Curling Iron | | | | Other | | | |
| Hair Crimper | | | | | | | |
| Hair Dryer | | | | | | | |
| Hangers | | | | | | | |
| Magazines | | | | | | | |
| Picture Frame | | | | | | | |
| Radio/Model | | | | | | | |
| Schoolbag | | | | | | | |
| Sew/Kit Needles | | | | | | | |
| Suitcases | | | | | | | |
| Tote bag | | | | | | | |
| ...deo Tapes | | | | | | | |
| ...alkman/Model | | | | | | | |
| Other | | | | | | | |

| Jewelry | AMT. | Description | Safe yes/no | Contraband | AMT. | Description | Safe yes/no |
|---|---|---|---|---|---|---|---|
| Bracelet | | | | Aerosol Can | | | |
| Brooch | | | | Car/House Key | | | |
| Cross | | | | Glass Vases | | | |
| Earrings | | | | Gun | | | |
| Nacklace | | | | Illegal Drug | | | |
| Pin | | | | Knife | | | |
| Rings | | | | Lighter | | | |
| Watch | | | | Matches | | | |
| Other | | | | Needles | | | |
| | | | | Scissors | | | |
| | | | | Weapon | | | |
| | | | | Other | | | |

Glen Oaks Hospital is not responsible for any items misplaced or lost during hospitalization. Perso... Pro...rty that is maintained by the hospital is listed on "Clothing and valuables list" and is placed in the hos...al safe.

s 23 99

_(signature)_      10-3-99
Patient Parent Guardian on Admission    Date

_Fiona Delatte (signature)_      10-3-99
Witness of Admission    Date

_(signature)_
Patient Parent Guardian on Discharge    Date

Witness on Discharge    Date

## VALUABLES ENVELOPE

No.

To be signed when valuables are deposited.

Signature of
Depositor

Received by _Michele Meek_

Date _9/9/99_                                          19

Contents to be surrendered to owner only after signature on
depositor's receipt has been witnessed and compared by custodian.

### CONTENTS
(To be listed at option of depositor)

| | | |
|---|---|---|
| | Insurance Check | |
| | $522.49 | |
| | | |
| | | |
| | | |
| | received 9-12-99 | |
| | | |
| | | |
| | Mitchell Miff | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM 743-BRIGGS  DES MOINES, IOWA 50311

Reporter's Certificate

STATE OF TEXAS:

COUNTY OF DALLAS:

      I, Darline W. LaBar, Official Court Reporter of the 194th Judicial District Court, in and for Dallas County, Texas do hereby certify that the foregoing volume constitutes a true, complete and correct transcript of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in the statement of facts, in the above styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

      I further certify that this transcription of the record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

      Witness my hand this the 27th day of November, A.D., 2001.

DARLINE W. LABAR
Official Court Reporter
194th Judicial District Court
Dallas County, Texas
(214) 653-5803

Certification No. 1064 Expires December 31, 2002