REPORTER'S RECORD

**74145**

VOLUME 64 OF 65 VOLUMES

TRIAL COURT CAUSE NO. F00-02424-NM

| | | |
|---|---|---|
| THE STATE OF TEXAS | : | IN THE DISTRICT COURT |
| VS. | : | DALLAS COUNTY, TEXAS |
| JEDIDIAH ISAAC MURPHY | : | 194TH JUDICIAL DISTRICT |

**********************

EXHIBIT VOLUME

FILED IN
COURT OF CRIMINAL APPEALS

**********************

DEC  5 2001

Troy C. Bennett, Jr., Clerk

A P P E A R A N C E S:

HONORABLE BILL HILL, Criminal District Attorney
          Crowley Criminal Courts Building
          Dallas, Dallas County, Texas  75207
          Phone:  214-653-3600
BY:     MR. GREG DAVIS, A.D.A., SBOT # 05493550
        MS. MARY MILLER, A.D.A., SBOT # 21453200
              FOR THE STATE OF TEXAS;

MS. JANE LITTLE, Attorney at Law, SBOT # 12424210
MR. MICHAEL BYCK, Attorney at Law, SBOT # 03549500
MS. JENNIFER BALIDO, Attorney at Law, SBOT # 10474880
Dallas County Public Defender's Office
          Phone:  214-653-9400
              FOR THE DEFENDANT.


                    *********

     On the 26th day of February, through the 30th day of

June, 2001, the following proceedings came on to be heard in

the above-entitled and numbered cause before the Honorable F.

Harold Entz, Jr., Judge presiding, held in Dallas, Dallas

County, Texas:  Proceedings reported by machine shorthand,

computer assisted transcription.


DARLINE W. LABAR, OFFICIAL REPORTER

ORIGINAL

1

2

3

4

5

6

7

8

9

10                State's Exhibit Number 146

11                  Timberlawn Records

12                  (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**STATE'S EXHIBIT**

146



**CHIEF COMPLAINT AND IDENTIFYING INFORMATION:** The patient is a 24-year-old single white male who presents stating "I can't go on."

**HISTORY OF PRESENT ILLNESS:** The patient reports a history of bipolar II disorder and dissociative identity disorder. He is currently followed by Dr. Estabrook at Glen Oaks. The patient reports that he has been feeling more depressed and hopeless recently. He reports a current suicidal plan of overdosing. He states he has not been sleeping very well. He reports frequent nightmares. He reports appetite decline with weight loss. His energy has been poor. He states that he wants to stay in bed all the time. He feels like he is oversedated from his medications. He reports increasing dissociative episodes. He reports that one of his alters is very aggressive. He reports auditory hallucinations "all of the time."

Recent stressors include relationship problems and starting a new job next week.

**PAST PSYCHIATRIC HISTORY:** As mentioned he is currently followed by Dr. Estabrook at Glen Oaks. He was recently discharged from Glen Oaks earlier this month. He has been involved in drug rehabilitation in the past. He also states that he has been involved in AA, has a sponsor.

**SUBSTANCE ABUSE HISTORY:** He does have a significant history of alcohol use. He used to drink an eighteen pack a day. He did this for four or five years. His last use of alcohol was about two months ago.

History of Withdrawal: He does report a history of tremors and nausea.

Related Medical/Social/Vocational/Legal Problems: He reports two to three Public Intoxication charges.

**MEDICAL HISTORY:**
    Past hospitalizations/surgery: He reports numerous surgeries. He states that he was shot in the hand and the lung in the past. He had an appendectomy in 1994. He had arthroscopic surgery on both knees in 1996.
    Serious illnesses: Patient denies.
    Review of systems: He states that currently he is okay physically.
    Immunization status: Unsure
    Dental exam status: Last dental examination was one and a half months ago.

**MEDICATION HISTORY:** Current medications include Haldol 5 mg q h.s.; Effexor unknown dosage; Seroquel 100 mg t.i.d.; Depakote 250 mg t.i.d.



**TIMBERLAWN**
MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

NAME:    MURPHY, JIM
MR#:    89018
UNIT:    AP
ADMIN. DR.:  S. Richard Roskos, M.D.
ADMIT DATE: 10/09/99

**ADMISSION HISTORY**
**Chart Copy**

Previous Medication Trials:  Ativan and Klonopin.

Medication Allergies:  Iodine

## PERSONAL/SOCIAL HISTORY:

Developmental History:  The patient reports normal birth and states that he met developmental milestones on time.  He lived with his biologic parents until age five.  At age five his father died.  He went to a foster home at that point.

Family/Martial History, Social Support Current Living Situation:  He is currently living alone.  He has never been married.  He states that he has a two-year-old daughter.  He does report relationship problems.  He states that his mother is supportive.

Family Psychiatric History:  His father abused alcohol and died of liver cirrhosis.  His brother is an alcoholic.  His paternal grandparents used alcohol.

Vocational History:  He reports that he is currently unemployed.  He states that he is suppose to start a new job next week.

Educational History:  Graduated from high school.

Spiritual Orientation:  States that he is Baptist.

Cultural Issues:  The patient denies.

Legal Issues:  The patient denies.

Physical/Sexual Abuse:  The patient reports that he was sexually abused by his adoptive father from age three to six.

## MENTAL STATUS EXAMINATION:

1. GENERAL APPEARANCE, BEHAVIOR AND SPEECH:  The patient is well-developed, well-nourished appearing.  He is casually groomed.  He does appear sedated and his speech is mildly slurred.  He is cooperative and makes fair eye contact.

2. MOOD AND AFFECT:  Mood is "depressed."  Affect is congruent.

3. SENSORIUM:
   Orientation:  He is mildly sedated.  He is oriented to person, place, time and situation.

4. GENERAL INTELLECTUAL EVALUATION:
   Memory:  Immediate, recent and remote memory are fair.



TIMBERLAWN
MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

| | |
|---|---|
| NAME: | MURPHY, JIM |
| MR#: | 89018 |
| UNIT: | AP |
| ADMIN. DR.: | S. Richard Roskos, M.D. |
| ADMIT DATE: | 10/09/99 |

## ADMISSION HISTORY
### Chart Copy

Judgement:  Limited
General Fund of Knowledge:  Intelligence is average.

5. THOUGHT:
Flow of Thought:  Thought process is logical and goal-directed.

Content of Thought:  He reports suicidal thoughts with the plan of overdosing. He denies homicidal thoughts.  He states that he experiences auditory hallucinations most of the time.  He reports a history of visual hallucinations, but none now.

PROVISIONAL DIAGNOSES:

AXIS I.        1. Bipolar II Disorder, depressed
               2. Dissociative Identity Disorder
AXIS II.       Deferred
AXIS III.      No Apparent Medical Problems
AXIS IV.       Moderate
AXIS V.        Current GAF of 30;  Highest GAF past year of 45-50

PROBLEM LIST/JUSTIFICATION FOR ADMISSION:
        1. □ Impaired reality testing
        2. □ Diagnostic evaluation, drug therapy or treatment requiring continuous observation
        3. □ Impaired social, educational, or occupational functioning related to psych diagnosis

STRENGTHS/ASSETS
1. □ Ability to provide for _ADLS_
2. □ Effectiveness of _support system_ in and beyond immediate family
3. □ _Motivation_ for treatment
4. □ _Readiness_ to learn

RECOMMENDATIONS
Inpatient Hospital Unit:  Admit to the Adult Psychiatric Program.

PRELIMINARY TREATMENT PLAN
1 □ Discharge and aftercare planning



TIMBERLAWN
MENTAL HEALTH SYSTEM
Dedicated to patient care, education and research since 1917.

NAME:         MURPHY, JIM
MR#:          89018
UNIT:         AP
ADMIN. DR.:   S. Richard Roskos, M.D.
ADMIT DATE: 10/09/99

ADMISSION HISTORY
Chart Copy

Page 4 of 4

Physical activities:  Regular

Follow up medical care:  With primary care physician.

Aftercare therapy:  The patient has a medication management follow-up appointment scheduled with MHMR for Wednesday, 10-13-99 at 1:00 p.m. with Kin Kaiser in Terrell, Texas.

**PROGNOSIS:**  Prognosis is fair.

S. Richard Roskos, M.D.

Date Dictated:  11/07/99
Date Typed:  11/10/99
Transcriptionist i.d.:  jw
Job #:  2191



## TIMBERLAWN
### MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

NAME:        MURPHY, JIM
MR#:         89018
UNIT:                  AP
ADM. DR.:  S. Richard Roskos, M.D.

# DISCHARGE SUMMARY
### Chart Copy

Page 4 of 4

2 ☐ Medical consultation and baseline laboratory studies
3 ☐ Stabilize behavior and facilitate rapid diagnosis
4 ☐ Psychopharmacologic evaluation and treatment
5 ☐ Social/Family assessment
6 ☐ Continuous skilled observation in a safe environment

Jim Airhart, M.D.

Date Dictated:  10/09/99
Date Typed:  10/11/99
Transcriptionist i.d.:  jw
Job #:  1238




**TIMBERLAWN**
MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

NAME:  MURPHY, JIM
MR#:  89018
UNIT:  AP
ADMIN. DR.:  S. Richard Roskos, M.D.
ADMIT DATE: 10/09/99

**ADMISSION HISTORY**
**Chart Copy**

Evaluation

INITIAL EVALUATION
PART I
(May be completed by QMHP or Physician)

Patient Name Jim Murphy                    Accompanied By W/

# 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      Date 10-9-99          Time 11:20A

**IDENTIFYING INFORMATION AND CHIEF COMPLAINT**
48 wf/e WM - presents with "I cant go on

---

## HISTORY OF PRESENT ILLNESS

Pt reported ↑ depression w/ ↑ hopeleness
Pt reported ↑SI w/ plan ↑ OD
Pt reported ↓ sleep (4 hrs a night) ↑ nightmares
Pt reported ↓ appetite w/ weight loss
Pt reported ↓ energy - stays in bed all day
Pt reported ↑ dissociative episode - pt black-out for
  2 days
Pt reported ↑ switching - pt reported one ff her personalities
  is very aggressive - last week - pt had to be restrained
Pt reported ↑ auditory hallucinations "all of the time"

__RECENT/REMOTE STRESSORS__: relationship problems, to
  start a new job next week-

## PAST PSYCHIATRIC HISTORY

Pt d/c f/ Glenn Oaks   10/6 - there 1 wk C/D Dr. Etherbrook
Pt inpt at Glenn Oaks for 30 days - Sept 95
Pt reported inp drug rehab Nov 97-Dec 97 - Oak Haven-Marshal
Pt reported he has been in AA - has a sponsor - most
  recent 2 mos ago

---

TIMBERLAWN
MENTAL HEALTH SYSTEM℠

Patient Name _____ -79
Attending Physician J M
DR. ROSKOS
AP-9-1-75
NS/MG

page 1 of 5

INITIAL EVALUATION

## INITIAL EVALUATION

*Pt. started at age 10*

## SUBSTANCE ABUSE HISTORY

| Substance | Amount/Route | Duration | Last Use |
|-----------|-------------|----------|----------|
| alcohol | 18 pack ½ day | ½ day/4-5 yrs | 2 month ago |
| | | | |
| | | | |
| | | | |

History of Withdrawal _tremors, nausea._

Related Medical/Social/Vocational/Legal Problems _2-3 PT's_

## MEDICAL HISTORY

Serious Illnesses: _Pt denie_

Past Hospitalizations/Surgeries: _Pt reported numerous surgeries - shot in the hand + leg. Pt reported appendectomy-84, arthoscopic on both knee 96_

Review of Systems: _Pt reported as in OK physical health._

Immunization Status: _Pt reported unsure_

Last Dental Examination: _Pt reported 1½ mo ago_

TB Screen:  ☐ Night Sweats  ☐ Productive Cough  ☐ Exposure  ☐ Hx. of Alcohol/Chemical Abuse

## MEDICATION HISTORY

| Name | _Psychiatric_ Dose/Duration | Last Taken | Name | _Medical_ Dose/Duration | Last Taken |
|------|------------------------------|------------|------|--------------------------|------------|
| haldol | 15mg q h.s | 10-9-99 | | | |
| effexa | enq ½ day | 10-9 99 | _Pt denie_ | | |
| seroquel | 100mg tid | 10-8 99 | | | |
| depakote | 250mg tid | 10-9-99 | | | |
| | | | | | |

Previous Med Trials _ativan, klonopin_

Medication Allergies _codine_

TIMBERLAWN
MENTAL HEALTH SYSTEM℠

Pt's Name:
Attending Physician:
MURPHY, JIM
DR. ROSKOS
AP  9-1-75
NS/MG

INITIAL EVALUATION

## INITIAL EVALUATION

### PERSONAL SOCIAL HISTORY

Development History: Pt reported normal birth + met devlpmntl milestns
WNL. Pt reported living w/ bio parents until age 5. Pt C did at age 5.

Family History, Social Support, Current Living Situation: Pt live alone. 0 marriage. Pt has
one daughter - 24yo @ age Pt SUPPORT: (M)

Family Psychiatric History: (B) - alcohol - died liver cirrhosis (B) - alcoholic
paternal Gparents - alcohol, paternal (U) - alcoholism

Vocational History: Pt reported currently unemployed - most recent 7/98

Educational History: Pt reported graduated f/ h.s.

Spiritual Orientation: Pt reported "Baptist"

Cultural Issues: Pt denies

Legal Issues: Pt - denies

Physical/Sexual Abuse: Pt reported sexual abuse by adoptive (F) from age 3-6 yrs. ☐ Victim ☐ Perpetrator

### MENTAL STATUS EXAMINATION

Appearance, Behavior and Speech: Pt AB0 presented casually dressed.
Pt maintained intermitten

Mood " depressed " Affect Restricted

Sensorium

Level of Consciousness: Mildly drowsy

Orientation: Person ✓ Place ✓ Time ___ Situation ✓

Memory: Immediate (digital span) Good

Recent (?/3 objects at 5") 3 /3 a 5

Remote (e.g., past presidents) Carter, Nixon, Roosevelt, Clinton, Ford

Intelligence (estimated by vocabulary, reasoning and insight) average

Thought Process clear

Thought Content (Hallucinations, Delusions, S/H Ideation) Pt reported ↑SI w/ plan
↓ OD. Pt denies current or past HI. Pt reported
aud. halluc. that talks to him. Pt
Pt reported visual halluc - saw snakes - 1 wk ago

Judgement impaired

Abstractions (similarities/proverbs) apple/banana - "you peel them" dog/table - "Burn 'legs"

## TIMBERLAWN
### MENTAL HEALTH SYSTEM℠

Patient Name:

Attending Physician: MURPHY, JIM
Unit: DR. ROSKOS
AP 9-1-75
MR #: NS/MG

INITIAL EVALUATION

## PROBLEM LIST/JUSTIFICATION FOR ADMISSION

Risk Assessment: Harm to Self: _L_ Others: ____ : High risk: _✓_ Medium Risk ____ Low risk ____

History of Suicide Attempts: Pt OD 11/97

Plan/ Means/ Intent: Pt reported current plan of OD

History of Aggressiveness: pt reported ↑ aggressiveness - has

(check all that are appropriate) personality that is aggressive - physically

1. ☐ Severe behavioral disturbances, psychopathology or disorganized behavior

2. ☐ Runaway or escape behavior

3. ☐ Assaultive behavior

4. ☑ Impaired reality testing

5. ☑ Diagnostic evaluation, drug therapy or treatment requiring continuous observation

6. ☑ Impaired social, educational, or occupational functioning related to psych diagnosis

7. ☐ Alcohol or chemical addiction, abuse or dependence

8. ☐ Legally mandated involuntary admission

## STRENGTHS/ASSETS

(check all that are appropriate)

1. ☑ Ability to provide for _ADLS_

2. ☑ Effectiveness of _support system_ in and beyond immediate family

3. ☑ _Motivation_ for treatment

4. ☐ Stability and support of _employment_

5. ☐ _Educational_ attainment and intellectual skills

6. ☐ _Insight_ into and judgement regarding current problem/problems

7. ☐ Range of _interests_ in hobbies, sports, arts, music, reading

8. ☐ Functionality of marriage and _family_ system

9. ☑ _Readiness_ to learn

## RECOMMENDATIONS

Inpatient Hospital Unit: _AP_ Dr. _P Avelus_

Partial Hospital Unit: _____ Referred By: _____

Outpatient Services Clinic: _____

☐ Individual  ☐ Family/Couples  ☐ Group  ☐ Med Eval

## PRELIMINARY TREATMENT PLAN

1. ☒ Discharge and aftercare planning

2. ☒ Medical consultation and baseline laboratory studies

3. ☒ Stabilize behavior and facilitate rapid diagnosis

4. ☒ Psychopharmacologic evaluation and treatment

5. ☒ Social/Family assessment

6. ☒ Continuous skilled observation and safe environment

7. ☐ Medical detoxification

ESTIMATED LENGTH OF STAY

10-9-99.

## TIMBERLAWN
### MENTAL HEALTH SYSTEM℠

Patient Name: _____

Attending Physician: K O S

Unit: AP  9-1-75

MR #: HS/MG

Page 4 of 5

INITIAL EVALUATION

# INITIAL EVALUATION

## PART II

**(This section MUST be completed by Physician if Patient is Admitted)**

Physicians' brief clinical summary, Formulation and Mental Status Exam (*Does not need to be completed if physician completed PART I*)

24 y/o single w/m reports a history of Bipolar II disorder and DID. States he has been more depressed — expresses SI c̄ plan to OD. Reports being over-sedated from medication

**PROVISIONAL DIAGNOSIS**

AXIS I  1) Bipolar II disorder, Depressed

2) DID

3) _____

AXIS II  deferred

AXIS III  Ø

AXIS IV (specify)  moderate

AXIS V (current)  30   (highest in past year)  45-50

## DETERMINATION OF PRELIMINARY EXAMINATION

Upon basis of preliminary examination, I determine that this patient has the symptoms of mental illness and will benefit from hospitalization and admit such as a (circle one) ~~voluntary~~ / **involuntary** patient.

| I found the patient to be factually competent | ☒ Yes | ☐ No |

MHP Signature _Christa Redoser_  Date 10-9-99
(who completed PART I, if other than physician)

Physician Signature _____ MD  Date 10/9/99



# TIMBERLAWN
## MENTAL HEALTH SYSTEM℠

Patient Name _____ 10-9-99

Attending Physician _____

Unit  ROSKOS
AP  9-1-75
NS 4MG
MR # _____

INITIAL EVALUATION

Page 5 of 5

**VITAL SIGNS:**

**BLOOD PRESSURE:** 124/70
**PULSE:** 100 regular
**RESPIRATIONS:** Nonlabored
**HEIGHT:** 5'9"
**WEIGHT:** 136 pounds

**PRESENT ILLNESS:** This is a twenty-four-year-old male, who is admitted for depression. He has no chronic medical problems. His weight is unchanged.

**PAST MEDICAL HISTORY:** Surgical--gunshot wound left hand 1994 with subsequent operations; gunshot wound right lung 1994; appendectomy 1988. Allergies--iodine.

**REVIEW OF SYSTEMS:** Head and neck--grinds his teeth and complains of jaw pain. Cardiorespiratory--no chest pain or shortness of breath. GI--no weight loss. GU--negative.

**GENERAL:** This is a well-developed, well-nourished male in no distress.

**HEENT:** Head was normocephalic, no signs of trauma. Eyes - sclerae clear, pupils are equal, round and reactive. EOMs intact. Ears - TMs clear. Mouth - Tongue in midline, uvula elevates normally, no lesions seen.

**NECK:** Supple, no thyromegaly or nodules. Upstrokes are normal.

**CHEST:** Clear.

**HEART:** S1 and S2 normal. No murmurs, gallops, or clicks.

**ABDOMEN:** Benign, soft, nontender, no masses.

**EXTREMITIES:** No edema, no tremor, pulses intact.

**LYMPHATICS:** No cervical or axillary adenopathy.



**TIMBERLAWN**
MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

NAME:        MURPHY, JIM
MR#:         89018
UNIT/ROOM#: AP
ACCT.#:
ADMIN. DR.:  S. Richard Roskos, M.D.
ADMIT DATE: 10/09/99

**PHYSICAL EXAM**
Chart Copy

**NEUROLOGICAL:** Cranial nerve testing - grossly normal vision, normal extraocular movements, normal muscles of mastication, normal facial symmetry, normal hearing, normal phonation, normal elevation of the uvula, normal trapezius muscle strength, normal tongue movements. Cerebellar testing - Finger-nose-finger normal. Reflex testing is normal, symmetric. No clonus. Hoffmann's absent. Strength testing is normal and gait is normal.

**IMPRESSION:**

1. Normal exam.



Paul Neubach,  MD

Date Dictated:  10/10/99
Date Typed:  10/12/99
Transcriptionist i.d.:  pr
Job #:  1266

TIMBERLAWN
MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

NAME:       MURPHY, JIM
MR#:        89018
UNIT/ROOM#: AP
ACCT.#:
ADMIN. DR.:     S. Richard Roskos, M.D.
ADMIT DATE: 10/09/99

**PHYSICAL EXAM**
Chart Copy

DEPARTMENT OF HEALTH EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE

ALCOHOL, DRUG ABUSE, AND MENTAL HEALTH ADMINISTRATION
NATIONAL INSTITUTE OF MENTAL HEALTH

## ABNORMAL INVOLUNTARY
## MOVEMENT SCALE
## (AIMS)

ADDRESSOGRAPH

*Murphy*
M106901    10-9-99
M89018
MURPHY, JIM
DR. ROSKOS
AP. 2-1-75
NS/MS

| INSTRUCTIONS: | Complete Examination Procedure (reverse side) before making ratings. | Code: | 0 = None |
|---|---|---|---|
| | MOVEMENT RATINGS: Rate highest severity observed. | | 1 = Minimal, may be extreme normal |
| | Rate movements that occur upon activation one *less* than those observed spontaneously. | | 2 = Mild |
| | | | 3 = Moderate |
| | | | 4 = Severe |

| | | (Circle One) |
|---|---|---|
| **FACIAL AND ORAL MOVEMENTS:** | **1. Muscles of Facial Expression** e.g., movements of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing | ⓪ 1  2  3  4 |
| | **2. Lips and Perioral Area** e.g., puckering, pouting, smacking | ⓪ 1  2  3  4 |
| | **3. Jaw** e.g., biting, clenching, chewing, mouth opening, lateral movement | ⓪ 1  2  3  4 |
| | **4. Tongue** Rate only increase in movements both in and out of mouth, NOT inability to sustain movement | ⓪ 1  2  3  4 |
| **EXTREMITY MOVEMENTS:** | **5. Upper** (*arms, wrists, hands, fingers*) Include choreic movements, (i.e., rapid, objectively purposeless, irregular, spontaneous), athetoid movements (i.e., slow, irregular, complex, serpentine). DO NOT include tremor (i.e. repetitive, regular, rhythmic) | ⓪ 1  2  3  4 |
| | **6. Lower** (*legs, knees, ankles, toes*) e.g., lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | ⓪ 1  2  3  4 |
| **TRUNK MOVEMENTS:** | **7. Neck, shoulders, hips** e.g., rocking, twisting, squirming, pelvic gyrations | ⓪ 1  2  3  4 |
| **GLOBAL JUDGMENTS:** | **8. Severity of abnormal movements** | None, normal ⓪<br>Minimal 1<br>Mild 2<br>Moderate 3<br>Severe 4 |
| | **9. Incapacitation due to abnormal movements** | None, normal ⓪<br>Minimal 1<br>Mild 2<br>Moderate 3<br>Severe 4 |
| | **10 Patient's awareness of abnormal movements** Rate only patient's report | No awareness ⓪<br>Aware, no distress 1<br>Aware, mild distress 2<br>Aware, moderate distress 3<br>Aware, severe distress 4 |
| **DENTAL STATUS:** | **11. Current problems with teeth and/or dentures** | Ⓝⓞ    ⓪<br>Yes    1 |
| | **12. Does patient usually wear dentures?** | Nⓞ    ⓪<br>Yes    1 |

MH-9-117
1-97

*[signature]*  RN  10/5/99



M10c  01   10-7-1?
M89018
MURPHY, JIM

**TIMBERLAWN MENTAL HEALTH SYSTEM**
**MEDICAL HISTORY REVIEW QUESTIONNAIRE**

Established 1917

NAME: _Jedidiah Issac Murphy_  AGE _24_  MARITAL STATUS _S_

COMPLETED BY: _Leah Ray_  RELATIONSHIP _Friend_  DATE _10/9/99_

**CURRENT MEDICAL CARE:**
Are you or have you ever been under the care of a physician for any type of medical problem? If so, please explain.
_APPENDICITIS        Knee Surgery (both knees)_
_HAND SURGERY_
_LUNG SURGERY_

**CHECKUP:**
Approximate date of your last checkup: _7-10 days_ Done for: (Circle) (Illness), Routine, Work, Insurance
Name of Doctor: _Dr. Esterbrook_  Address: _GLEN OAKS_

Included in checkup: (Circle) History, (physical), (Blood tests), (Urine Tests), X-ray, EKG (cardiogram), Pap smear

Date of your last tetanus shot: _UNKNOWN_

Approximate date of last dental checkup _2 MONTHS_ Dentist's Name _Dr. FREAKER_

**MEDICATION:**
Please list all medications (prescription and non-prescription) that you currently take and dosage, if known:
_DEPAKOTE_
_HALDOL_
_SEREQUEL_

**ALLERGIES:**
Please list all medications you are allergic to, including X-ray dye:
_iodine_

**HOSPITALIZATIONS AND SURGERY:**
List any and all surgeries (problem/year):
_shot - hand, lung - 96'_
_Appendicitis -94'_
_ORTHOSCOPE - 96'_
List any other hospitalizations (problem/year):
_GLEN OAKS HOSPITAL   99_
_DID_
List any other major illnesses you have had (hepatitis, HIV, etc, include date):
_None_

**WEIGHT:**
Now _Unknown_ One year ago _____ Have you had a 10 lb. weight change within the last year? _____

**ALCOHOL AND TOBACCO:**
Do you smoke? _yes_ How much? _1 pack or less_ How long? _6 yrs_

Do you drink alcohol? (Circle): Never, Less than one drink daily, 1-2 daily, More than 2 daily _NONE_

Have you ever drunk more heavily than you do now? _YES_ Have you ever taken unprescribed drugs (including "street drugs")? _____

If so, specify: _____

| | YES | NO | EXPLAIN ALL YES ANSWERS |
|---|---|---|---|
| 1. Have you had any fever in the last week? | | ✓ | |
| 2. Do you have frequent headaches? If so, describe what they are like. | ✓ | | |
| 3. Have you had a recent change in your vision or hearing? | ✓ | | |
| 4. Have you ever had numbness, severe muscular weakness? | | ✓ | |
| 5. Have you ever had trouble with dizziness? | | ✓ | |

_Beverly Turner_  - OVER -  REVIEWED BY M.D. _RN_

30
REV

Have you had seizures or tics?

7. Have you had unusual sensitivity to heat or cold or insensitivity?

8. Do you have trouble breathing, a chronic cough, or have you coughed up blood?

9. Do you have chest pains, high blood pressure, or any type of heart problems?

10. Do you have any abdominal pains, any change in bowel habits, or have

  you had any rectal bleeding?

11. Do you have difficulty or pain in urination, or blood in urine?

12. Have you had blackout spells?

13. Do you have trouble with walking or balance?

14. Do you have back pain or other back problems?

15. Do you have arthritis?

16. Have you had frequent ear infections?

17. Have you had frequent sore throats?

18. Do you have any ongoing dental problems?

19. Have you received any transfusions?

**FOR WOMEN: (If you are uncomfortable answering any of these questions, you may respond later in private with your physician.)**

Are you having periods?  Yes _____  No _____  Date of last normal menstrual period: _____

Menses: (Please check appropriate boxes)    Normal ☐    Heavy ☐    Irregular ☐

(Please Explain) _____

Possibility of current pregnancy? (Check):    Yes _____    No _____

Pregnancies:
  Number _____  Miscarriages _____   Complications _____   Abortions _____

History of venereal disease (herpes, gonorrhea, syphilis): _____

Date of last Pap smear _____   Birth Control Pills _____

Recent change in sexual functioning _____

**FOR MEN: (If you are uncomfortable answering any of these questions, you may respond later in private with your physician.)**

Onset of puberty _____  *N/A*

History of venereal disease (herpes, gonorrhea, syphilis, non-specific discharge): _____  *N/A*

Recent change in sexual functioning  *YES SIR BIG PROBLEM!*

**FOR ADOLESCENT AND CHILDREN UNIT PATIENTS:**

Give inoculation dates:

DPT or TD _____   basic series _____   boosters _____

Polio _____   basic series _____   boosters _____

Measles _____

Mumps _____

Rubella _____

Most recent Tine Test _____

3097 Rev. 11/93

# PHYSICIAN'S ORDERS

Drug Allergies: *Iodine*

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | *DO NOT USE THIS SHEET* → ◯ *UNLESS A RED NUMBER SHOWS* |
|---|---|---|

10/9/99
12:15ᵖ

Admit to Dr.: *Roskos*  Program: *AP*

Allergies: *Iodine*  Diet: *Regular*

Admission lab as follows: TSH, CBC c̄ Diff. & Plt Count, N4096699-2

Basic Metabolic Profile, RPR, Hepatic Panel

☒ Other labs: *Depakote level* N4096699-2

Observation Status:  ☒ **Close Observation**

☐ **Suicide Precaution**

☐ **Elopement Precaution**

☒ Patient may smoke. Withdrawal from nicotine could interfere with treatment at this time.

Medications: ① Seroquel 100-g po q am, 200-g po q HS

② Depakote 250-g po q am, 500-g po q HS

③ Effexor 37.5mg po bid

④ Tylenol 650-g po q 6° prn pain

⑤ MOM 30cc po q 4° prn constipation

⑥ Maalox Plus 30cc po q 4° prn indigestion

**If Using Admitting Form, Destroy Second White Copy**

Physician Signature: _____

Maud Elwiss RN

# TIMBERLAWN
**MENTAL HEALTH SYSTEM** ℠

10-9-99

Roskos, JIM
DR. ROSKOS
AP  9-1-75
HS/AG

PLEASE! USE BALL POINT
PEN ONLY

3117 REV 5/99                                          YELLOW - PHARMACY COPY

# PHYSICIAN'S ORDERS

Drug Allergies: _Iodine_

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET → UNLESS A RED NUMBER SHOWS |
|---|---|---|

0/10/99
13:50
△ Seroquel to 100mg po TID (midday dose now)
△ Depakote 250mg po TID [midday dose now]
△ Effexor to Effexor XR 150mg qam
Noted: P. Richard RN – 1355 – P. Richard RN          Ol/yro

0/10/99
2200
T.O. Ativan 2mg p.o. q HS prn insomnia
Dr. Bracken /R. Sowedge
Jul Bracken DO  11/14/99 @ 1600pm

10/11/99
D/C Effexor
Serzon 50/hs d 100/hs
↑ Seroquel to 100 tid (5-1-5)
Ad 300/hs
Klonopin 1mg tid
noted 10/11/99 @ 1045 [signature]

May participate in Memory Research
Date ____ Yes ✗ No ____
Sign [signature]

10/12/99 @ 0050 2 orders noted
M.menuele RN

**If Using Admitting Form, Destroy Second White Copy**

Physician Signature: _____



# TIMBERLAWN
### MENTAL HEALTH SYSTEM℠

10-5-99
ROSKOS JIM
DR. ROSKOS
AP  9-1-75
4S/RG

PLEASE! USE BALL POINT
PEN ONLY

YELLOW · PHARMACY CC

3117 REV 5/99

# PHYSICIAN'S ORDERS

Drug Allergies:

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET → UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 10/12/95 | Dc [illegible] | |

Jill Bracken DO 11/14/99 @ 1600

If Using Admitting Form, Destroy Second White Copy

Physician Signature:




M106501 10-9-99
M89018
MURPHY, JIM
DR. ROSKOS
AP 9-1-75
NS/MG

PLEASE! USE BALL POINT PEN ONLY

YELLOW - PHARMACY CC

3117 REV 5/99



Case 3:10-cv-00163-N Document 42-15 Filed 05/05/10 Page 25 of 533 PageID 11545

**LabCorp®**

| Fasting | Micro Source | Total Ur. Volume | Report Status |
|---|---|---|---|
| | | | FINAL |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 11-OCT-99 | | 11-OCT-99 | 12-OCT-99 |

Clinical Information
Dallas, TX 75230

C.A.P. # 20689-01    CLIA # 45004803

Account [08972-71]

TIMBERLAWN INPATIENT SERVICES
4600 SAMUELL BLVD.
DALLAS, TX 75228

DR. ROSKOS

[ 316 ]
ROUTE: 08972-57993.003

Patient ID Number: 106500
Patient Name: MURPHY, JIM
Sex: M    Date of Birth: 21-SEP-1975

Comments: AGE: 24  SPC RCVD: COR, R, L

Tests Requested: HEPATIC FUNCTION PANEL, COMP. METABOLIC PANEL (137,
THYROID PANEL WITH TSH, CBC WITH DIFFERENTIAL/PLATELET, RPR,
Valproic Acid, Serum, VENIPUNCTURE.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CHEMISTRY** | | | | | |
| GLUCOSE | 36 | LOW | MG/DL | 65-115 | |
| ***RESULTS CONFIRMED BY REPEAT ANALYSIS.*** | | | | | |
| SLIGHT PRESENCE OF RED BLOOD CELLS IN SPECIMEN. | | | | | |
| RBCs MAY ELEVATE LDH, SGOT, SGPT, POTASSIUM, INORG. PHOS. | | | | | |
| AND DECREASE GLUCOSE. | | | | | |
| BUN | 12 | | MG/DL | 5-26 | |
| CREATININE | 1.0 | | MG/DL | 0.6-1.5 | |
| BUN/CREAT RATIO | 13.0 | | MG/DL | | |
| SODIUM | 139 | | MEQ/L | 135-148 | |
| POTASSIUM | 4.7 | | MEQ/L | 3.5-5.5 | |
| CHLORIDE | 99 | | MEQ/L | 96-109 | |
| CARBON DIOXIDE | 19 | LOW | MEQ/L | 20-32 | |
| CALCIUM | 9.7 | | MG/DL | 8.5-10.6 | |
| TOTAL PROTEIN | 7.7 | | G/DL | 6.0-8.5 | |
| ALBUMIN | 4.7 | | G/DL | 3.5-5.5 | |
| GLOBULIN | 3.0 | | G/DL | 0.5-5.5 | |
| A/G RATIO | 1.6 | | | 1.2-2.2 | |
| TOTAL BILIRUBIN | 0.9 | | MG/DL | 0.1-1.2 | |
| DIRECT BILIRUBIN | 0.2 | | MG/DL | 0.0-0.4 | |
| ALK. PHOS | 71 | | IU/L | 40-150 | |
| SGOT (AST) | 23 | | IU/L | 0-45 | |
| SGPT (ALT) | 54 | HIGH | IU/L | 0-50 | |
| **HEMATOLOGY** | | | | | |
| WBC | 6.11 | | THOUS/MM3 | 4.0-10.5 | |
| RBC | 4.53 | | MILL/MM3 | 4.10-5.60 | |
| HGB | 14.9 | | G/DL | 12.5-17.0 | |
| HCT | 43.3 | | % | 36.0-50.0 | |
| MCV | 95 | | FL | 80.0-98.0 | |
| MCH | 32.9 | | PG | 27.0-34.0 | |
| MCHC | 34.5 | | % | 32.0-36.0 | |
| NEUTROPHILS | 56 | | % | 40-74 | |
| LYMPHOCYTES | 29 | | % | 14-46 | |
| MONOCYTES | 11 | | % | 4-13 | |
| EOSINOPHILS | 4 | | % | 0-7 | |
| BASOPHILS | 0 | | % | 0-3 | |
| ABS NEUTROPHILES | 3.42 | | THOUS/MM3 | 1.90-8.40 | |
| ABS LYMPHOCYTES | 1.77 | | THOUS/MM3 | 0.90-5.20 | |
| ABS MONOCYTES | 0.67 | | THOUS/MM3 | 0.10-1.00 | |
| ABS EOSINOPHILS | 0.24 | | THOUS/MM3 | 0.00-0.80 | |
| PLATELET COUNT | 269 | | THOUS/MM3 | 140-415 | |

PAGE 1 FINAL REPORT FOR MURPHY, JIM    CONTINUED...

REPORT

©1998 Laboratory Corporation of America® Ho
All Rights Re



**LabCorp®**

| Specimen Number | Control Number | | |
|---|---|---|---|
| A365 | | | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|

Clinical Information
Dallas, TX 75230

CLI-0141
CLIA #: 45D0480

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 11-OCT-99 | | 11-OCT-99 | 12-OCT-99 |

ID.A.P.: 20689-01

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 406501 | | |

Account   [08972-7]
TIMBERLAWN INPATIENT SERVICES
4600 SAMUELL BLVD.
DALLAS, TX 75228

| Patient Name | Sex | Date of Birth |
|---|---|---|
| MURPHY, JIM | M | 01-SEP-1975 |

DR. ROSKOS

Patient Address

Comments

[ 316 ]
ROUTE: 08972-57993.003

Tests Requested
HEPATIC FUNCTION PANEL, COMP. METABOLIC PANEL (14),
THYROID PANEL WITH TSH, CBC WITH DIFFERENTIAL/PLATELET, RPR,
Valproic Acid, Serum, VENIPUNCTURE.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HEMATOLOGY (Continued) | | | | | |
| HEMATOLOGY COMMENT | NOTE | | | | |
| RBC MORPHOLOGY APPEARS ESSENTIALLY NORMAL. | | | | | |
| PLATELETS APPEAR ADEQUATE | | | | | |
| THYROID TEST(S) | | | | | |
| T3 UPTAKE | 29 | | % | 24-39 | |
| T4, TOTAL | 9.0 | | MCG/DL | 4.5-12.0 | |
| T7 | 2.6 | | | 1.2-4.7 | |
| TSH | 4.50 | | MCIU/ML | 00.35-5.5 | |
| THE MINIMUM DETECTABLE CONCENTRATION IS 0.03 WHICH IS HIGHLY SENSITIVE. | | | | | |
| VENIPUNCTURE | | | | | |
| RPR | | | | | |
| RPR | NONREACTIVE | | | NONREACTIVE | |
| Valproic Acid, Serum | | | | | |
| VALPROIC ACID | 104 | HIGH | MCG/ML | 50-100 | |
| Toxic Range: Greater than 125 mcg/ml | | | | | |

*** END OF REPORT ***

**REPORT**   ©1998 Laboratory Corporation of America H.
All Rights R.

Interdisciplinary Treatment Plan

CARE PLAN FORMULATED BY: _Tx Team_   DATE: _10-9-99_

DATE OF ADMISSION: _10-9-99_   PROGRAM: _AP_

| DIAGNOSES | |
|---|---|
| AXIS I: | _Bipolar Dio_ _DID_ |
| AXIS II: | _deferent_ |
| AXIS III: | _none_ |
| AXIS IV: | _violent_ |
| AXIS V: | _30/60_ |

**PATIENTS ASSETS/STRENGTHS**
- ☐ General Fund of Knowledge
- ☐ Average or Above Intelligence
- ☐ Supportive Family/Friends
- ☐ Motivation for Treatment/Growth
- ☐ Capable of Independent Living
- ☐ Work Skills
- ☐ Religious Affiliation
- ☐ Physical Health
- ☐ Active Sense of Humor
- ☐ Ability for Insight
- ☐ Communication
- ☐ Financial Means
- ☐ Special Hobby/Interest
- ☐ Other _____

**PATIENT'S STRESSORS/WEAKNESSES**
- ☐ Loss (of Whom or What) _____
- ☐ Legal Issue
- ☐ Marital or Family Conflict
- ☐ Financial Difficulties
- ☐ Traumatic Event
- ☐ Educational Concerns
- ☐ Substance Abuse
- ☐ Medication Change or Non-Compliance
- ☐ Occupational Concerns
- ☐ Health Problems
- ☐ Other _____

| PROBLEM LIST | TO BE ADDRESSED | DEFERRED | PROBLEM LIST | TO BE ADDRESSED | DEFERRED |
|---|---|---|---|---|---|
| 1. _Depressed / Bipolar_ | _active_ | | 3. | | |
| 2. | | | 4. | | |

**TO BE COMPLETED BY TREATMENT TEAM:**
**DISCHARGE CRITERIA: (as supported by clinical data)**

- ☐ Reduction of life-threatening or endangering symptoms to within safe limits
- ☐ Ability to meet basic life and health needs
- ☐ Adequate post-discharge living arrangements
- ☐ Self-care adequate arrangements made
- ☐ Improved stabilization in mood, thinking and/or behavior
- ☐ Withdrawal symptoms are absent or sub-acute and managed without 24-hour nursing intervention.
- ☐ Need for constant or close observation no longer present
- ☐ Medical problems require only outpatient monitoring or transfer to higher level of care
- ☐ Verbal commitment to aftercare and medication compliance
- ☐ Motivation to continue treatment in a less acute level of care
- ☐ Other _____

**TO BE COMPLETED BY TREATMENT TEAM:**
**PRELIMINARY DISCHARGE PLAN: (see psychosocial form for complete details)**

- ☐ Return to previous living arrangement
- ☐ Placement in alternative living arrangements
- ☐ Participate in Family Therapy
- ☐ Return to previous work or school arrangement
- ☐ Attend aftercare/Continuing Care Group
- ☐ Attend PHP/IOP
- ☐ Attend 12-step Recovery Group
- ☐ Outpatient Therapy with attending M.D. or AHP or Mental Health Center (Circle Applicable)
- ☐ Referrals indicated: _____
- ☐ Other _____
- ☐ Estimated Length of Stay: _____

**PHYSICIAN APPROVAL OF TREATMENT PLAN:** _____   DATE: _6/9/54_

**PATIENT / FAMILY INVOLVEMENT**
This Treatment Plan has been developed and reviewed with the patient and/or family member.

PATIENT SIGNATURE: _____   DATE: _____

RN SIGNATURE: _____ RN   DATE: _10-9-99_

LMSW SIGNATURE: _____ LMSW   DATE: _10/10/99_

OTHER: _____   DATE: _____

# TIMBERLAWN
## MENTAL HEALTH SYSTEM℠
Interdisciplinary Treatment Plan

Patient Identification:
MURPHY, JIM
DR. ROSKOS
AP  9-1-75
HS/MG

4/98

Interdisciplinary Treatment Plan

PROBLEM: Bipolar depressed     PROBLEM #: _____ 1

M100501    10-9-99
M820010
MURPHY, JIM
DR. BOSKOS
As manifested by: 2-1-75
No /

**SHORT-TERM GOALS:**

| Date | # | Goals | Target Date | Date Resolved | Intervention | Frequency | Staff Initiating Intervention | Discipline |
|------|---|-------|-------------|---------------|--------------|-----------|-------------------------------|------------|
| 10 9 99 | 1 | Pts mood will stabalize prior to D/C | | | ① Initiate Precautions ② meds per Order ③ encourage group attendance and participation ④ Teach alternate coping skills | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

# TIMBERLAWN

## MENTAL HEALTH SYSTEM SM

Treatment Plan - Problem Sheet

Patient Identification



## TIMBERLAWN MENTAL HEALTH SYSTEM~SM~

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The individual _Jim Murphy_, being served at _TMHS_, on: _10/9/99_

                                               (Facility)                 (Date)

has received a complete explanation of: _Antipsychotics_

                                  Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1) The nature of his/her mental and physical condition. | ✓ |
| 2) The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3) The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4) The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5) A description of the proposed course of treatment with the medication(s). | ✓ |
| 6) The fact that side effects of varying degrees of severity are a risk of all medications. | |
| 7) The relevant side effects of the medication(s) being prescribed are explained, including:<br><br>(A) any side effects which are known to frequently occur in most individuals;<br><br>(B) any side effects to which the individual may be predisposed; and<br><br>(C) the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8) The need to advise staff immediately if any of these side effects occur. | |
| 9) An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9-7.1 ) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | ✓ |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)

         oral explanation     video presentation     printed material    other_____
                                                                              (specify)

(Continued on Back)

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have also received the Consent to Treatment with Psychoactive Medication information Sheet (MHRS 9-7.1) and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_____         10-12-55
Patient                                                                                    Date

_____         _____
Representative                              Relationship to Patient                    Date

_____         10-12-55
Physician, P.A., R.Ph., RN or LVN Giving Explanation        Position                   Date

_____         _____
Signature of Treating Physician to confirm explanation given by P.A.. R.Ph., RN or LVN        Date
required within two working days of P.A., R.Ph., RN or LVN giving explanation)

## CONSENT FOR TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be provided:

a) Name of one or both parents, if known:_____

b) Name of legally authorized representative of person, if appointed:_____

c) Date on which treatment is to begin:_____ **CONSENT GIVEN BY PHONE  DATE:_____ TIME:_____**

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for_____
                                                    (Name of Psychoactive Medication or Medication Group)

_____         _____
Patient Signature                    Date                    Witness                          Date

MHRS 9-7 (back



# TIMBERLAWN MENTAL HEALTH SYSTEM<sub>SM</sub>

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The individual _Jim Murphy_, being served at _TMHS_, on: _10/9/99_
                                                    (Facility)                    (Date)

has received a complete explanation of:_____ _Antidepressants_
                                        Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1) The nature of his/her mental and physical condition. | ✓ |
| 2) The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3) The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4) The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5) A description of the proposed course of treatment with the medication(s). | ✓ |
| 6) The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7) The relevant side effects of the medication(s) being prescribed are explained, including: (A) any side effects which are known to frequently occur in most individuals; (B) any side effects to which the individual may be predisposed; and (C) the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8) The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9) An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9-7.1 ) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | ✓ |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)
       oral explanation        video presentation        printed material        other_____
                                                                                    (specify)

(Continued on Back)

MHRS 9-7

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have also received the Consent to Treatment with Psychoactive Medication information Sheet (MHRS 9-7.1) and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_____     10-12-95
Patient                                                                                    Date

_____     _____
Representative                          Relationship to Patient                    Date

_____     10-12-95
Physician, P.A., R.Ph., RN or LVN Giving Explanation        Position        Date

_____     _____
Signature of Treating Physician to confirm explanation given by P.A.. R.Ph., RN or LVN        Date
(required within two working days of P.A.. R.Ph., RN or LVN giving explanation)

## CONSENT FOR TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be provided:

  a) Name of one or both parents, if known:_____

  b) Name of legally authorized representative of person, if appointed:_____

  c) Date on which treatment is to begin:_____ **CONSENT GIVEN BY PHONE DATE:**_____ **TIME:**_____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for_____
                                      (Name of Psychoactive Medication or Medication Group)

_____     _____
Patient Signature                    Date                    Witness                    Date

MHRS 9-7 (back)



**TIMBERLAWN MENTAL HEALTH SYSTEM**<sub>SM</sub>

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The individual _Jim Murphy_ , being served at _TMHS_ , on: _10/9/99_
(Facility)                    (Date)

has received a complete explanation of: _Mood Stabalizer_
Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1) The nature of his/her mental and physical condition. | ✓ |
| 2) The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3) The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4) The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5) A description of the proposed course of treatment with the medication(s). | ✓ |
| 6) The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7) The relevant side effects of the medication(s) being prescribed are explained, including: (A) any side effects which are known to frequently occur in most individuals; (B) any side effects to which the individual may be predisposed; and (C) the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8) The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9) An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9-7.1 ) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | ✓ |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)
oral explanation    video presentation    printed material    other_____
(specify)

(Continued on Back)

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have also received the Consent to Treatment with Psychoactive Medication information Sheet (MHRS 9-7.1) and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_____          10-12-95
Patient                                                                               Date

_____          _____
Representative                      Relationship to Patient                          Date

_____          10-12-95
Physician, P.A., R.Ph., RN or LVN Giving Explanation          Position          Date

_____          _____
Signature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN          Date
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

## CONSENT FOR TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be provided:

a) Name of one or both parents, if known:_____

b) Name of legally authorized representative of person, if appointed:_____

c) Date on which treatment is to begin:_____ CONSENT GIVEN BY PHONE DATE:_____ TIME:_____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for_____
                                        (Name of Psychoactive Medication or Medication Group)

_____          _____
Patient Signature          Date                          Witness                          Date

MHRS 9-7 (back

## TIMBERLAWN MENTAL HEALTH SYSTEM<sub>SM</sub>

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The individual _Murphy, Jim_ , being served at _TMHS_ , on: _10/10/99_
(Facility)          (Date)

has received a complete explanation of: _AT Benzodiazpine_
Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1) The nature of his/her mental and physical condition. | ✓ |
| 2) The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | |
| 3) The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | |
| 4) The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | |
| 5) A description of the proposed course of treatment with the medication(s). | |
| 6) The fact that side effects of varying degrees of severity are a risk of all medications. | |
| 7) The relevant side effects of the medication(s) being prescribed are explained, including: (A) any side effects which are known to frequently occur in most individuals; (B) any side effects to which the individual may be predisposed; and (C) the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | |
| 8) The need to advise staff immediately if any of these side effects occur. | |
| 9) An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | |
| 10) A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9-7.1 ) | |
| 11) An offer to answer any questions concerning this treatment. | |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)   ⟨oral explanation⟩   video presentation   ⟨printed material⟩   other_____
(specify)

(Continued on Back)

MHRS 9-7

# CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have also received the Consent to Treatment with Psychoactive Medication information Sheet (MHRS 9-7.1) and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

X _____    Date 10/10/89

Patient

_____    Relationship to Patient _____    Date 10/10/89

Representative

_____    Position _____    Date

Physician, P.A., R.Ph., RN or LVN Giving Explanation

_____    Date

Signature of Treating Physician to confirm explanation given by P.A.. R.Ph., RN or LVN
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

## CONSENT FOR TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be provided:

a) Name of one or both parents, if known:_____

b) Name of legally authorized representative of person, if appointed:_____

c) Date on which treatment is to begin:_____    CONSENT GIVEN BY PHONE DATE:_____    TIME:_____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for_____

(Name of Psychoactive Medication or Medication Group)

_____    _____
Patient Signature          Date          Witness          Date

MHRS 9-7 (back)



# TIMBERLAWN MENTAL HEALTH SYSTEM<sub>SM</sub>

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The individual _Jim Murphy_ , being served at _TMHS_ , on: _10/12/99_

(Facility)                                                                                           (Date)

has received a complete explanation of: _Benzodiazepinls_

Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|:---:|
| 1) The nature of his/her mental and physical condition. | ✓ |
| 2) The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3) The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4) The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5) A description of the proposed course of treatment with the medication(s). | ✓ |
| 6) The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7) The relevant side effects of the medication(s) being prescribed are explained, including:<br><br>(A) any side effects which are known to frequently occur in most individuals;<br><br>(B) any side effects to which the individual may be predisposed; and<br><br>(C) the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8) The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9) An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9-7.1 ) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | ✓ |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)

~~oral explanation~~   video presentation   printed material   other_____

(specify)

(Continued on Back)

MHRS 9-7

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have also received the Consent to Treatment with Psychoactive Medication information Sheet (MHRS 9-7.1) and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_____     10/12/99
Patient                                                                              Date

_____     _____
Representative                    Relationship to Patient              Date

_____     10/12/99
Physician, P.A.. R.Ph., RN or LVN Giving Explanation      Position      Date

_____     _____
Signature of Treating Physician to confirm explanation given by P.A.. R.Ph., RN or LVN      Date
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

## CONSENT FOR TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be provided:

   a) Name of one or both parents, if known:_____

   b) Name of legally authorized representative of person, if appointed:_____

   c) Date on which treatment is to begin:_____ **CONSENT GIVEN BY PHONE DATE:**_____ **TIME:**_____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for_____
                                     (Name of Psychoactive Medication or Medication Group)

_____          _____
Patient Signature          Date                  Witness                  Date

MHRS 9-7 (back)

# TIMBERLAWN MENTAL HEALTH SYSTEM~SM~

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The individual _Jim Moody_, being served at _TMHS_ (Facility), on: _10/12/99_ (Date)

has received a complete explanation of: _DepaKene, DepaKote, Valproic Acid_
Name of Medication or Medication Group (Class)

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1) The nature of his/her mental and physical condition. | ✓ |
| 2) The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3) The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4) The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5) A description of the proposed course of treatment with the medication(s). | ✓ |
| 6) The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7) The relevant side effects of the medication(s) being prescribed are explained, including: (A) any side effects which are known to frequently occur in most individuals; (B) any side effects to which the individual may be predisposed; and (C) the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8) The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9) An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patients' Rights Under the Consent to Treatment with Psychoactive Medication Rule (See MHRS 9-7.1 ) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | ✓ |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)
oral explanation    video presentation    printed material    other_____
(specify)

(Continued on Back)

MHRS 9-7

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have also received the Consent to Treatment with Psychoactive Medication information Sheet (MHRS 9-7.1) and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_____   10-12-88
Patient                                                                            Date

_____
Representative                    Relationship to Patient                    Date

_____   10-12-88
Physician, P.A., R.Ph., RN or LVN Giving Explanation        Position        Date

_____
Signature of Treating Physician to confirm explanation given by P.A.. R.Ph., RN or LVN        Date
(required within two working days of P.A.. R.Ph., RN or LVN giving explanation)

## CONSENT FOR TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under Section 35.01, Texas Family Code, the following information must be provided:

   a) Name of one or both parents, if known:_____

   b) Name of legally authorized representative of person, if appointed:_____

   c) Date on which treatment is to begin:_____ CONSENT GIVEN BY PHONE DATE:_____ TIME:_____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for_____
                                        (Name of Psychoactive Medication or Medication Group)

_____           _____
Patient Signature                    Date           Witness                    Date

MHRS 9-7 (bac

PSYCHOSOCIAL ASSESSMENT - Adult

1. Current living situation and assessment of home environment: _____
Pt says he was living alone in a family home but destroyed it when an "alter" came out.

2. Present family constellation, family dynamics, and family relationships: Pt has 2 yr. old girl
(F) died when pt was 5 y.o.  c̄ ex girlfriend
(M) living — lives in seagoville
Friendship relationship. Adopted 1st time age 8, didn't last, abusive parents
Bio (M) abandoned he and older brother and younger sister at age 5. Adopted 2nd time age 10 but haven't talked c̄ them in 5 yrs. Pt says BMOH impaired that relationship so that the adopted parents almost destroyed the pt. Pt reports being close to brother and sister but only sees every so often

3. Marital History: Single Never Married

4. Family of origin and childhood history: _____
Pt spent 8 years at an orphanage.
Pt said childhood sucked. He attached c̄ someone then they would.

5. Social, peer-group, and environmental setting from which the patient comes: _____
Pt has friends from AA. Pt reports he makes friends pretty easily.

**TIMBERLAWN**
**MENTAL**
**HEALTH**
**SYSTEM**
Psychosocial Assessment - Adult

Patient Identification

4/99

6. Social, ethnic, cultural factors:

Pt reports being Italian.

7. Health and emotional factors: Pt says he ended a long-term relationship c girlfriend about 6 mos. ago

8. Leisure, recreation, and hobbies: Pt likes golf and playing drums

9. Religious and spiritual orientation and attendance: Pt reports Baptist

10. Military service history: Pt denies

11. Financial status: Pt says shattered.

12. Sexual history and orientation: Pt says heterosexual.

13. Abuse history (physical, sexual, emotional, neglect) either as abused or abuser:

Pt says he was sexually abused by 1st adopted family. Pt says 1st adopt family was also physically and mentally abusive.

14. Work history and present job status: Pt works as a welder. Pt makes himself available at various job sites.

15. Legal status (arrests, DWIs, probation, charges pending): Pt is on probation for violence b/c of alter personality.

---

**TIMBERLAWN**
**MENTAL**
**HEALTH**
**SYSTEM**

Psychosocial Assessment – Adult

Patient Identification

4/99

16. Discharge Plan:

A. Where will patient live upon discharge? Pt going to brother's house in Kaufman

B. Is this patient under the care of a psychiatrist? ☒ If so, contact them and write their comments: _____

C. Is this patient under the care of a therapist: ☒ If so, contact them and write their comments: _____

D. High risk patient or family psychosocial issues requiring immediate attention: _____
Pt states he has no emotions.

E. Barriers to discharge including previous issues requiring immediate attention: _____ active
Pt has no transportation to get to therapy & little support system from family

F. Referrals needed for after discharge:
Continue in step good psychiatrist/therapist

18. Strengths and Resources: Pt reports strong will and higher power.
Pt has a good sponsor c̄ AA. Pt calls him a father
figure.

19: Diagnostic Summary:

Summarize all assessments: Nursing Assessment reports pt wants to come
out normal. Pt reported strengths are his young age and
physical age. Pt has been off ETOH for 2 yrs after drinking
an 18 pack per day. Intake/Evaluation reports pt has
a history of Bipolar II Disorder and DID.

20. What will the social service staff (case managers, therapist, social workers, etc.) provide for this patient and family while in TMHS, including treatment interventions?

Group therapy, individual d/c planning

_Richard Cameron Cat_
Social Service Staff

_M_____ LMSW ACP, ____ LMSW_
LMSW Signature

10-11-99
Date

10/11/99
Date

# TIMBERLAWN
# MENTAL
# HEALTH
# SYSTEM
Psychosocial Assessment - Adult

Patient Identification

4/99

# FUNCTIONAL ASSESSMENT

| | | | | | |
|---|---|---|---|---|---|
| General Behavior | appropriate (circled) | | | disabled | severe dysfunction |
| Appearance / Grooming | appropriate (circled) | slightly unkempt | adequate hygiene / poor dress | poor hygiene / poor dress | severely disheveled |
| Attitude towards hospitalization | motivated | somewhat motivated | indifferent | uncooperative (circled) | hostile / involuntary |
| Affect | full range | restricted / needs support (circled) | blunted / flat (circled) | not congruent | labile / hostile |
| Decision making / problem solving | independent | | indecisive / requires moderate support | impulsive / apathetic | totally dependent / poor judgment |
| Socialization skills | assertive / verbalizes feelings (circled) | passive | difficulty identifying feelings | passive aggressive / hyperverbal | aggressive / withdrawn |
| Coping Skills | Constructive outlets (circled) | limited positive outlets | unable to identify positive outlets | destructive | suicidal / homicidal |
| Attention span / concentration | Able to focus for duration of task (circled) | able to direct | frequent direction required | easily distracted / preoccupied | unable to focus on task |
| Frustration tolerance | verbalizes and adapts (circled) | difficulty adapting | devaluing self / devaluing others | requires frequent reorientation | destructive |
| Memory / orientation | Oriented x4 (circled) | occasionally incongruent | intermittently confused | | psychotic / severely confused |
| Insight | acknowledges own problems | partially recognizes own problems | recognizes own problems when confronted | displaces responsibility / in denial | unable to acknowledge own problems |
| Self worth | acknowledges strengths and skills (circled) | difficulty identifying strengths / skills | self deprecating / rejecting | worthlessness / grandiosity | self destructive |
| Leisure skills | varied interests / regularly involved | limited interest | interests but involved sporadically (circled) | interested but not currently involved | no current interests or involvement |
| Independent living skills / vocational skills | independent (circled) | minimal assistance unaware of vocational options | lacks initiative / lacks motivation | requires positive education and direction | totally dependent |

Comments: Pt. said this assessment is irrelevant because he's leaving today.

Signature: Sandra Pelzer, RTS [signature] CTRS  Date: 10-12-99

addressograph

Murphy, Jim
M106581

TIMBERLAWN
MENTAL
HEALTH
SYSTEM
Functional Assessment

5/99

## SELF ASSESSMENT

Jim Murphy          Date: 10-12-99

DIRECTIONS: The following is a list of activities.   Please circle the letter that is appropriate for you.

Circle F (frequently)     For those activities you participate in regularly, daily, every other day, when in season, etc.)
Circle S (sometimes)      For those activities you have experienced but not on a regular basis
Circle I (interested)     For those activities you would like to learn to do or are interested in
Circle P (past)           For those activities you used to enjoy but no longer participate in.

| | | | |
|---|---|---|---|
| S I P - Painting | F S I P - Rock climbing | F S I P - Board games | F S I P - Dancing |
| S I P - Drawing | F S I P - Snow skiing | F S I P - Horseshoes | F S I P - Singing |
| S I P - Leather crafts | S I P - Water-skiing | F S I P - Play pool | F S I P - Writing music |
| S I P - Woodworking | F S I P - Motorcycle riding | F S I P - Ping-Pong | F S I P - Playing instrument |
| S I P - Pottery / ceramics | F S I P - Clubs_____ | F S I P - Miniature golf | F S I P - Listening to music |
| S I P - Flower arranging | F S I P - Health club | F S I P - Croquet | F S I P - Concerts |
| S I P - Home Decorating | F S I P - Rec Center/YMCA | F S I P - Bingo | F S I P - Choir |
| S I P - Cake decorating | F S I P - cultural events (plays, | F S I P - Weight lifting | F S I P - Houseplants |
| S I P - Sculpting | ballet, museums | F S I P - Swimming | F S I P - Cooking/baking |
| S I P - Fabric art | F S I P - Church activities | F S I P - Bicycles | F S I P - Travel |
| S I P - Photography | F S I P - Movies | F S I P - Tennis | F S I P - Home repair |
| S I P - Sewing/needle work | F S I P - Volunteer work | F S I P - Racquetball/squash | F S I P - Auto mechanics |
| - Knitting/crocheting | F S I P - Library | F S I P - Aerobics | S I P - Pets |
| - Writing/poetry | F S I P - Senior Citizen Center | F S I P - Volleyball | F S I P - Collecting items |
| S I P - Reading | F S I P - Watching sports | F S I P - Softball / baseball | F S I P - watching TV |
| S I P - Picnics | F S I P - Playing sports | S I P - Basketball | F S I P - Computers |
| S I P - Yardwork | F S I P - Eating out | S I P - Golf | F S I P - Other____ |
| S I P - Gardening | F S I P - Shopping | F S I P - Jogging/running | F S I P - Other____ |
| S I P - Fishing | F S I P - Playing cards | F S I P - Skating/rollerblading | F S I P - Other____ |
| S I P - Tent camping | F S I P - Jigsaw puzzles | F S I P - Skate boarding | F S I P - Other____ |
| S I P - Hiking | F S I P - Crossword puzzles | F S I P - Bowling | F S I P - Other____ |
| F S I P - Horseback riding | F S I P - Badminton | F S I P - Hockey | F S I P - Other____ |

Comments   Program not for me!

TIMBERLAWN
MENTAL
HEALTH
SYSTEM
Functional Assessment

addressograph

Murphy, Jim
M106501

5/99

# NUTRITIONAL RISK ASSESSMENT

**If score is 10 points or greater, notify dietitian for Dietary consult; problem will appear on the Treatment Plan problem list if appropriate.

| PARAMETERS | RISK POINTS | SCORE |
|---|---|---|
| Height 5'9" Weight 136 | NA | 0 |
| Food Allergies | NA | |
| Patient is age 65 or greater | 5 | |
| (Circle all that apply to patient)<br><br>HIV, AIDS, ANOREXIA, BULIMIA, CANCER, CARDIOVASCULAR DISEASE, STROKE, CROHN'S DISEASE, COLITIS, MALABSORPTION, DECUBITUS, LIVER DISEASE, RENAL DISEASE, DIABETES | Each is worth 10 points | |
| Gain or loss of 10 or more pounds in the last 6 months without trying | 5 | |
| Special Diet<br>(Circle all that apply to patient)<br>LOW FAT, LOW CHOLESTEROL, DIABETIC, LOW SODIUM, VEGETARIAN, NO MILK/DAIRY, OTHER (specify)_____ | 5<br>(confirm that appropriate special diet has been ordered) | |
| Possible drug and food interaction<br>(Circle all that apply to patient): ANTABUSE, FLAGYL, LITHIUM, MAO INHIBITORS, TETRACYCLINE | Each is worth 10 points | |
| Lab results not within normal limits if available on admit.<br>(Circle all that apply to patient): GLUCOSE, HGB, HCT, CHOL, TRIG | Each is worth 5 points | |
| Reports trouble Swallowing or Chewing (no teeth) | Either is worth 5 points | |
| Cultural or Religious Preferences | 5<br>(confirm that appropriate diet has been ordered) | |

**TOTAL RISK POINTS =** 0

Additional Information: _____

_____

_____

_____

Signature _Sturgg RN_     Date 10-9-99     Time 1900

# TIMBERLAWN
## MENTAL HEALTH SYSTEM℠

3/98

10-9-99

Patient Name: JIM
DR. ROSKOS
Attending Physician 5
NS/MG
Unit/Rm # _____ MR # _____

**NUTRITIONAL RISK ASSESSMENT**

# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## Admission Nursing Assessment

M106501     10-9-99

**1. IDENTIFYING INFORMATION:**
Patient's Name: Jim Murphy
Date: 10/9/99  Time of arrival to unit: ____

**2. MODE OF TRANSPORTATION TO UNIT:**
Ambulatory ☑   W/C ☐
Stretcher / M ☐   Other: ____

**3. SIGNED & IN CHART:**
Patient's Rights ☑
Release of Responsibility Form ☑

**4. PHYSICAL/MEDICAL INFORMATION:**
A.T. 97.3   P 80   R 18
B/P 118/76   Ht 5'9"   Wt 136
Recent weight gain ⟩ pt states unknown
Recent weight loss ⟩
B. Last Menstrual Period: N/A

C. Last Tetanus Injection: unknown

D. Last Tuberculosis Test: 3 yrs ago

E. Allergies/Type of Reaction:
(Food/Drug) Iodine, Loxitane

**F. Disposition of Meds Brought In:**
Pharmacy ☑   To Family ☐
☐ Other: ____

**G. Current Medication:**

| MED | DOSE/RT/TIME | LAST DOSE |
|-----|--------------|-----------|
| Haldol 5mg | PO Q HS | 10-9-99 |
| Effexor ? | PO Qda | 10-9-99 |
| Seroquel 100mg | PO TID | 10-8-99 |
| Depakote 250mg | PO TID | 10-9-99 |

**H. Substance Abuse History:**

| Alcohol/Drug used | How much | How often | How long | Last use | Drug route |
|---|---|---|---|---|---|
| ETOH | 18 PK | Qday | 4-5 yrs | 2 mos ago | PO |
| | | | | | |
| | | | | | |

Alcohol in the home?   Yes ☐   No ☑
Drugs in the home?   Yes ☐   No ☑
History of IV Drug use?   Yes ☑   No ☐
Additional Info/Notes  Hx IV Drug ago
in 1994

---

**5. PHYSIOLOGICAL SYSTEMS: HX & REVIEW (Biophysical)**

Describe (Include any special environmental needs):
i.e.: Hospital bed, crutches, wheelchair, etc.

| | Y | N | |
|---|---|---|---|
| **A. Neurological:** | | | |
| Speech Impairment | ☐ | ☑ | Wears contacts continuously |
| Hearing Impairment | ☐ | ☑ | Had seizure when took |
| Vision Impairment | ☑ | ☐ | Loxitane |
| Weaknesses | ☐ | ☑ | HA occasional |
| Seizures | ☑ | ☐ | |
| Headaches | ☑ | ☐ | |
| **B. Respirator:** | | | Shot in lung 1996 — no residual |
| Shortness of Breath | ☐ | ☑ | problems |
| Chronic Cough | ☐ | ☑ | |
| Productive Cough | ☐ | ☑ | |
| Hx Asthma | ☐ | ☑ | |
| Tobacco Usage | ☑ | ☐ | Amount 1 ppd  6 yrs |
| **C. Cardiovascular:** | | | |
| Chest Pain | ☐ | ☑ | Dizzy during panic attack |
| Dizziness | ☑ | ☐ | |
| Dyspnea | ☐ | ☑ | |
| Pain/Edema of: | | | |
| feet | ☐ | ☑ | |
| legs | ☐ | ☑ | |
| hands | ☐ | ☑ | |
| **D. Gastrointestinal:** | | | |
| Dietary Restrictions | ☐ | ☑ | |
| Eating Difficulties | ☐ | ☑ | |
| Abdominal Pain | ☐ | ☑ | |
| Recent Elimination Changes | ☐ | ☑ | |
| **E. Urinary:** | | | |
| Urinary Tract Disturbance | ☐ | ☑ | |
| Recent Elimination Changes | ☐ | ☑ | |
| **F. Dermatological (skin):** | | | |
| Easy Bruising | ☐ | ☑ | |
| Lesions | ☐ | ☑ | |
| Discharges | ☐ | ☑ | |
| Cuts | ☐ | ☑ | |
| Difficulty Healing | ☐ | ☑ | |
| **G. Muscular/Skeletal:** | | | Shot in hand 1996 |
| Joint Pain | ☑ | ☐ | orthroscopic surgery both knees 19 |
| Limits on Mobility | ☑ | ☐ | Plate in (L) hand |
| Problem with Gait | ☐ | ☐ | (L) hand numb |

**H. Additional Information:** ____

Knees dislocated in 1996 durin

## 6. FALL RISK ASSESSMENT:

*IF SCORE > 15 MUST BE ADDRESSED ON PROBLEM LIST*

| PARAMETERS: | RISK POINTS | SCORE |
|---|---|---|
| A. *Recent Hx of Syncope/Seizure Disorder* | 15 | 0 |
| B. *Recent Hx of Falls* | 15 | 0 |
| C. *Unstable Gait/Balance* | 15 | 0 |
| D. *Use of Orthopedic Devices (Walker, Cane, Crutches)* | 10 | 0 |
| E. *Sedation/Psychotropic Meds.* | 10 | 0 |
| F. *Intoxicated - Drug or Alcohol Withdrawal* | 10 | 0 |
| G. *Postural Hypotension* | 10 | 0 |
| H. *Poor Eyesight/Hearing Impairment/Sensory Deficit* | 5 | 0 |
| I. *Age 65 or older* | 5 | 0 |

**FINAL RISK ASSESSMENT** | 0 |

## 7. NEEDS HOSPITAL BED:   Yes ☐   No ☒

## 8. PSYCHOSOCIAL HISTORY:

A. Living Arrangements: Lives alone. Never Married. lives in house which is paid for.

B. Family Relationships: (F) died when pt 5yrs old. (M) living. relationship good. (B) (S). good relationship

C. Peer Relationships: good support

## 9. PSYCHOSOCIAL ASSESSMENT:

A. *Response to Hospitalization:*
   Acknowledges Need ☑   Denies Needs ☐
   Guarded ☐   Cooperative ☐   Uncooperative ☐

B. *Activities of Daily Living:*
   Independent in ADL ☑
   Needs Assist w/:
   Mobility ☐   Feeding ☐
   Dressing ☐   Hygiene ☐
   Comment: _____

C. *Assets/Strengths:*
   *(i.e. strong family support, realistic goals, willing to work, insight, coping mechanisms, spiritual values)*
   Young age
   physical age

D. *Goal for Hospitalization:*
   " Come out normal "

## 10. ANTICIPATED PATIENT/FAMILY EDUCATIONAL NEEDS:
   *(i.e. Medication teaching, referrals, support groups, etc.)*
   Med teaching

## 11. DISCHARGE PLANNING NEEDS:

A. Do you plan to go back to your home after discharge?
   Yes ☒   No ☐
   Comments: _____

B. Anticipated discharge needs
   (Equipment, supplies, school)
   Comments: _____

C. Anticipated Agencies/Programs/Groups for follow-up
   Comments: Med follow up
   individual therapy
   family Therapy

## ADDITIONAL NOTES:

Numerous hospitalizations
Glen Oaks - D/C 10/6/99
Glen Oaks 30 days inpatient 1/99

Gunshot Wound to Lung + hand from attempted robbery where pt was victim

Surgery to knees 2° to MVA

States medications make him lethargic approx 1½° p taking am dose"

| Signature - R.N.: Beverly Turner |
|---|
| Date: 10/9/99   Time: |
| *(ADDRESSOGRAPH)* |



# ADMISSION AND WELCOME PROCEDURE CHECK SHEET

Note to staff:  Keep in mind as you introduce yourself to the new admit, that the patient is walking into a strange new place. That he/she is alone and the door to the unit closes and locks, separating him/her from the world and family. It is easy for the patient to feel that all freedom is gone and all that is left is the mercy and kindness of staff. A gentle and kind manner is never inappropriate when interacting with the patient. Explain each part of the procedure before doing it. Give the patient time to ask questions as you work.

**Notify nurse immediately of any unusual findings.**

| | DATE/TIME | INITIAL |
|---|---|---|
| 1. Place all of patient's belongings in the nurse's station to be checked in. | 10-9-99 | |
| 2. Escort patient to the privacy of the doctor's physical examination room. | 10-9-99 | |
| 3. Take two close-up photographs of patient on arrival to unit and write name at bottom. | 10-9-99 | |
| 4. T **97.3** P **80** R **18** B/P **118/71** WT **136** HT **5'9"**  Date of last menses _____ | 10-9-99 1840 | *P* |

**Note 5a & 5b must be performed by staff same gender as patient.**

| | DATE/TIME | INITIAL |
|---|---|---|
| 5a. Ask patient to disrobe and put on a hospital gown/pajamas. Check patient for drugs, sharps, or any other inappropriate objects that are not allowed in a patient's area. Ask patient if he has any sharp or dangerous items. | 10-9-99 | *RE outside the door* |
| 5b. Check patient for bruises, abrasions, scars, and birth marks. Describe and record. Ask patient how he/she got them. <br> *Scar Gun Shot wound on Rt Side of Ribs. Gun* <br> *Shot wound # left leg. Tatoo on Neck* <br> *Appendicitis Scar* | 10-9-99 1840 | *RE* |
| 6. Allow patient to redress in his/her own clothing and escort patient all around the unit. Taking the patient first to his/her bedroom that has been previously assigned by nursing staff. Orient to room (Bath, closet, drawers, cabinets, the intercom, the phone jack) and introduce to roommate. To further orient patient, walk through the unit pointing out lounges, kitchen, nurse's station, smoking room, etc. | 10-9-99 1845 | |
| 7. Give Patient Handbook, Unit Policy Book and schedule to patient. Read with patient the major items of the book, i.e., times meals are served, sleep hours, T.V. and stereo hours, money privileges, phone and visit privileges. | | |

Murphy, Jim

**TIMBERLAWN MENTAL HEALTH SYSTEM**

Nursing Service Department

ADMISSION PROCEDURE SHEET

DATE/TIME     INITIAL

8. Explain to patient about times and place of physical examination. Need for NPO at MN for early AM Lab work.

9. Check patient belongings **THOROUGHLY** for drugs, sharps, or any other inappropriate objects that are not allowed in a patient area. Include checking linings of baggage and clothing, cuffs, socks, containers, books, magazines, etc. Ask for assistance if uncertain of appropriateness of any item. Give all medications and drugs to a nurse.

10-9-99

10. List all **MEDICATION** brought to the unit and record final disposition.

| Medication | Disposition |
| --- | --- |
| 1. Effexor XR 150 mg | pharmacy |
| 2. Haloperidol 5mg | |
| 3. Depakote 250 mg | |
| 4. _____ | _____ |
| 5. _____ | _____ |
| 6. _____ | _____ |
| 7. _____ | _____ |
| 8. _____ | _____ |

11. List all **VALUABLES** brought to the unit and record final disposition.
(Include eye glasses, contacts, dentures, wheelchairs, walkers, and equipment)

10-9-99

| Valuables | Disposition |
| --- | --- |
| 1. Gold plated ear ring | patient |
| 2. ~~kept~~ on patients ear. | kept |
| 3. _____ | _____ |
| 4. _____ | _____ |
| 5. _____ | _____ |
| 6. _____ | _____ |
| 7. _____ | _____ |
| 8. _____ | _____ |

12. Have RN initial review of all findings.

10-9-99

13. Place name tag on name plate next to patient's room door.

14. Patient has been given I.D. number.

10-9-99

15. Patient has been given patient's advocate information.

16. Check back in an hour to see how patient is doing, and give assistance if needed. Introduce patient to other staff members when able.

10-9-99

**INITIAL IDENTIFICATION**

**TIMBERLAWN MENTAL HEALTH SYSTEM**
**MULTIDISCIPLINARY PROGRESS NOTES**

| Date & Time | Discipline | |
|---|---|---|
| /99 0300 | NSB | Admit 24 year old pt to Service of Dr. Roskos on voluntary basis from home. Pt has 2 recent ψ hospitalizations. Pt reports allergy to iodine. _____ BBtwig? RN |
| /10/99 | MD | 24 yo WM c̄ complex ψ hx. who presents c̄ depressed mood, ↓ sleep, ↓ app. ↓ energy, ↓ conc guilt & worthlessness, & S/ ideation. C/o A/ halluc. (whispering voices talking to themselves). Also c/o frequent switching. |
| | | PΨhx - ~ 3 hosp stays within past few months |
| | | PMedHx- None |
| | | MSE - cooperative, speech fluent, Mood "depressed" Affect full range, Alert, O x4, 3/3 at 5" c̄ A/ halluc, & S/ ideation, plan to OD |
| | | A/P ① Mood/Psychosis - ↑ Effexor, Δ Seroquel, Depakote timing as per pt. request. Cont SPs & structured milieu. _____ [signature] |
| /1/99 | NSG | ① Pt has a hx of depression, flat affect. ① Pt encouraged to attend groups. Pt stated that he felt a need to be in FTP group because he had some issue that would warrant that group pt at _ to talk c̄ MD - [signature] |

**MULTIDISCIPLINARY PROGRESS NOTES**

AT-Activity Therapy
M.D.-Physician
SW-Social Work
NSG-Nursing

EXT-Extern
PSY-Psychologist
SAC-Sub. Abuse Counselor
OTH-Other, please identify discipline

ADDRESSOGRAPH   10-9-99
R-7013
MURPHY, JIM
DR. ROSKOS
AP  9-1-75
NS/MG

## TIMBERLAWN MENTAL HEALTH SYSTEM℠
## MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | |
|---|---|---|
| /99 | MD | Pt reports he DID + Bipolar... He states he is _____ tired — medication _____ to be adjusted. Has been depressed _____ latter Room |
| 1030 | | States that difficulty _____ importance. I will D/C Seroquel 100 g _____ ↑ Seroquel to 300 g _____ + 100 g HS Risperidone 1.0 g tid  //PK |
| 10/11/99 | NSG | P) Pt. quietly about milieu, affect sad/blunted, ambulates slowly. I) monitored for safety. R) Safety intact. _____ RN |

**MULTIDISCIPLINARY PROGRESS NOTES**

AT-Activity Therapy
M.D.-Physician
SW-Social Work
NSG-Nursing

EXT-Extern
PSY-Psychologist
SAC-Sub. Abuse
   Counselor
OTH-Other, please
   identify discipline

ADDRESSOGRAPH

10-9-99

_____, JIM
DR. ROSKOS
AP  9-1-75
NS/MG

# TIMBERLAWN MENTAL HEALTH SYSTEM℠
## MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | |
|---|---|---|
| [illegible date] | MD | Pt states he is set to leave today. He will follow up as [illegible]. |
| 1000 | | [illegible] |

**MULTIDISCIPLINARY PROGRESS NOTES**

AT-Activity Therapy
M.D.-Physician
SW-Social Work
NSG-Nursing

EXT-Extern
PSY-Psychologist
SAC-Sub. Abuse
    Counselor
OTH-Other, please
    identify discipline

ADDRESSOGRAPH

0106501   10-9-99
089018
MURPHY, JIM
DR. KOSKOS
AD  9-1-75
NSG/MD



PATIENT NAME: _Jim Murphy_  DATE: _10/10/99_

TYPE OF GROUP: _Process_  TIME: _C 30-/2_ FACILITA: _J. Brown, MA_

| FOCUS OF PT. WORK | ACTIVE PRESENTATION: | PARTICIPATION: | REPORTED/OBSERVED SYMPTOMS: | |
|---|---|---|---|---|
| __ Affect modulation | AFFECTIVE PRESENTATION: | __ Sharing ✓ Supportive | __ Self harm impulse | __ Suicidality |
| __ Impulse Control | __ Flat __ Blunted __ Bright | __ Intrusive __ Resistive | __ Angry Outburst | __ Worthlessness |
| __ Suicide Prevention | __ Labile __ Angry __ Euphoric | __ Drowsy ✓ Attentive | __ Hopelessness | __ Paranoid |
| __ Stress Management | __ Depressed __ Lethargic | __ Attempts to monopolize | __ Hostility/irritability | __ Threats |
| ✓ Reality Testing | __ Anxious __ Incongruent | | __ Poor Hygiene | __ Agitated |
| __ Confrontation | | | __ Hypersomnambulant | |
| ✓ Processing feelings | COGNITIVE PRESENTATION: | | __ Homicidal Ideation | __ Tremors |
| __ Education | __ Tangential __ Disoriented | | __ Victimization | __ Tearful |
| __ Relapse Prevention | __ Loose Associations __ Hallucinations A/V | | __ Peer/Family conflict | |
| __ Cognitive Therapy | __ Distorted thinking ✓ Congruent | | __ Sexual acting out | |
| __ Discharge Planning | __ Illogical | | __ Insomnia | |
| | __ Delusional | | | |

PROBLEM NUMBER: 1 NOTES: _Pt. will express feelings, R/T issues affecting treatment for mental illness — Pt. remained silent x 30-35 min. Pt. then began to offer his thoughts on internal concern. Pt. appeared concerned for himself re: dx of DID. Pt seemed knowledgable on subject understanding its complexities, Pt. listened well & offered insightful comments re: recovery & positive_  SIGNATURE: _J. Brown, LPC_

TYPE OF GROUP: _Process_  TIME: _200/300_ FACILITATOR: _Yvonne Brown, MA LPC_

| FOCUS OF PT. WORK | AFFECTIVE PRESENTATION: | PARTICIPATION: | REPORTED/OBSERVED SYMPTOMS: | |
|---|---|---|---|---|
| __ Affect modulation | __ Flat __ Blunted ✓ Bright | ✓ Sharing ✓ Supportive | __ Self harm impulse | __ Suicidality |
| __ Impulse Control | __ Labile __ Angry __ Euphoric | __ Intrusive __ Resistive | __ Angry Outburst | __ Worthlessness |
| __ Suicide Prevention | __ Depressed __ Lethargic | __ Drowsy ✓ Attentive | __ Hopelessness | __ Paranoid |
| __ Stress Management | ✓ Anxious __ Incongruent | __ Attempts to monopolize | __ Hostility/irritability | __ Threats |
| __ Reality Testing | | | __ Poor Hygiene | __ Agitated |
| __ Confrontation | COGNITIVE PRESENTATION: | | __ Hypersomnambulant | |
| ✓ Processing feelings | __ Tangential __ Disoriented | | __ Homicidal Ideation | __ Tremors |
| __ Education | __ Loose Associations __ Hallucinations A/V | | __ Victimization | __ Tearful |
| __ Relapse Prevention | __ Distorted thinking __ Congruent | | __ Peer/Family conflict | |
| __ Cognitive Therapy | __ Illogical __ Hallucinations A/V | | __ Sexual acting out | |
| __ Discharge Planning | __ Delusional | | __ Insomnia | |

PROBLEM NUMBER: NOTES: _Pt. participated in group which focused on life wheel. Forming goals / objectives and affirmations based on deficiencies. Pt had clear goals and he shared with group. Pt. appeared to have gained and states he is eager to apply this_  SIGNATURE: _Yvonne Brown MA LPC_

Case Management Notes: _____

**TIMBERLAWN**
**MENTAL HEALTH**
**SYSTEM**
Group Therapy Progress Note

patient identification

MURPHY OAM JIM
DR. DROSKODSKOS
AP AP 1-9-51-75
NS / MNS / MG

PATIENT NAME: _____ DATE: _____

TYPE OF GROUP: _____ TIME: 1400 FACILITATOR: CB

**FOCUS OF PT. WORK**
- Affect modulation
- Impulse Control
- Suicide Prevention
- Stress Management
- Reality Testing
- Confrontation
- Processing feelings
- Education
- Relapse Prevention
- Cognitive Therapy
- Discharge Planning

**ACTIVE PRESENTATION: PARTICIPATION:**
- _Flat _Blunted _Bright
- _Labile _Angry _Euphoric
- _Depressed _Lethargic
- _Anxious _Incongruent

- _Sharing _Supportive
- _Intrusive _Resistive
- _Drowsy _Attentive
- _Attempts to monopolize

**COGNITIVE PRESENTATION:**
- _Tangential _Disoriented
- _Loose Associations _Hallucinations A/V
- _Distorted thinking _Congruent
- _Illogical
- _Delusional

**REPORTED/OBSERVED SYMPTOMS:**
- _Self harm impulse
- _Angry Outburst
- _Hopelessness
- _Hostility/irritability
- _Poor Hygiene
- _Hypersomnambulant
- _Homicidal Ideation
- _Victimization
- _Peer/Family conflict
- _Sexual acting out
- _Insomnia

- _Suicidality
- _Worthlessness
- _Paranoid
- _Threats
- _Agitated
- _Tremors
- _Tearful

PROBLEM NUMBER: ___ NOTES: Member focused on leisure awareness, teamwork & socialization by playing Pictionary. Pt. was a good team member & seemed to enjoy the game.

SIGNATURE: CBeish, OTR

---

TYPE OF GROUP: _____ TIME: _____ FACILITATOR: _____

**FOCUS OF PT. WORK**
- Affect modulation
- Impulse Control
- Suicide Prevention
- Stress Management
- Reality Testing
- Confrontation
- Processing feelings
- Education
- Relapse Prevention
- Cognitive Therapy
- Discharge Planning

**AFFECTIVE PRESENTATION:**
- _Flat _Blunted _Bright
- _Labile _Angry _Euphoric
- _Depressed _Lethargic
- _Anxious _Incongruent

**PARTICIPATION:**
- _Sharing _Supportive
- _Intrusive _Resistive
- _Drowsy _Attentive
- _Attempts to monopolize

**COGNITIVE PRESENTATION:**
- _Tangential _Disoriented
- _Loose Associations _Hallucinations A/V
- _Distorted thinking _Congruent
- _Illogical _Hallucinations A/V
- _Delusional

**REPORTED/OBSERVED SYMPTOMS:**
- _Self harm impulse
- _Angry Outburst
- _Hopelessness
- _Hostility/irritability
- _Poor Hygiene
- _Hypersomnambulant
- _Homicidal Ideation
- _Victimization
- _Peer/Family conflict
- _Sexual acting out
- _Insomnia

- _Suicidality
- _Worthlessness
- _Paranoid
- _Threats
- _Agitated
- _Tremors
- _Tearful

PROBLEM NUMBER: ___ NOTES: _____

SIGNATURE: _____

Case Management Notes: _____

patient identification
N 7013
MURPHY, JIM
DR. ROSKOS
AP 9-1-75
NS/MG

# TIMBERLAWN
# MENTAL HEALTH
# SYSTEM
Group Therapy Progress Note

Case 3:10-cv-00163-N   Document 42-15   Filed 05/05/10   Page 57 of 533   PageID 11577

PATIENT NAME: _____   DATE: _____

TYPE OF GROUP: Goals   TIME: 10:15   FACILITATOR: _____

FOCUS OF PT. WORK

| | ACTIVE PRESENTATION; PARTICIPATION: | REPORTED/OBSERVED SYMPTOMS: |
|---|---|---|
| __ Affect modulation | __ Flat __ Blunted __ Bright | __ Sharing __ Supportive | __ Self harm impulse | __ Suicidality |
| __ Impulse Control | __ Labile __ Angry __ Euphoric | __ Intrusive __ Resistive | __ Angry Outburst | __ Worthlessness |
| __ Prevention | __ Depressed __ Lethargic | __ Drowsy __ Attentive | __ Hopelessness | __ Paranoid |
| __ Stress Management | __ Anxious __ Incongruent | __ Attempts to monopolize | __ Hostility/irritability | __ Threats |
| __ Reality Testing | | | __ Poor Hygiene | __ Agitated |
| __ Confrontation | COGNITIVE PRESENTATION: | | __ Hypersomnamulant | |
| __ Processing feelings | __ Tangential __ Disoriented | | __ Homicidal Ideation | __ Tremors |
| __ Education | __ Loose Associations __ Hallucinations A/V | | __ Victimization | __ Tearful |
| __ Relapse Prevention | __ Distorted thinking __ Congruent | | __ Peer/Family conflict | |
| __ Cognitive Therapy | __ Illogical | | __ Sexual acting out | |
| __ Discharge Planning | __ Delusional | | __ Insomnia | |

PROBLEM NUMBER: _____   NOTES: _____ Group focusing on problem-solving and goal setting within the therapeutic setting. Pt stated that his goal was to get his meds regulated

SIGNATURE: _Paul S. Hine LPC_

---

TYPE OF GROUP: Loss + Grief   TIME: 1:00   FACILITATOR: Ted Graeser

FOCUS OF PT. WORK

| | AFFECTIVE PRESENTATION: | PARTICIPATION: | REPORTED/OBSERVED SYMPTOMS: |
|---|---|---|---|
| Affect modulation | __ Flat __ Blunted __ Bright | ✓ Sharing __ Supportive | __ Self harm impulse | __ Suicidality |
| Impulse Control | __ Labile __ Angry __ Euphoric | __ Intrusive __ Resistive | __ Angry Outburst | __ Worthlessness |
| Suicide Prevention | __ Depressed __ Lethargic | __ Drowsy ✓ Attentive | __ Hopelessness | __ Paranoid |
| Stress Management | __ Anxious __ Incongruent | __ Attempts to monopolize | __ Hostility/irritability | __ Threats |
| Reality Testing | | | __ Poor Hygiene | __ Agitated |
| Confrontation | COGNITIVE PRESENTATION: | | __ Hypersomnamulant | |
| Processing feelings | __ Tangential __ Disoriented | | __ Homicidal Ideation | __ Tremors |
| Education | __ Loose Associations __ Hallucinations A/V | | __ Victimization | __ Tearful |
| Relapse Prevention | __ Distorted thinking __ Congruent | | __ Peer/Family conflict | |
| Cognitive Therapy | __ Illogical __ Hallucinations A/V | | __ Sexual acting out | |
| Discharge Planning | __ Delusional | | __ Insomnia | |

PROBLEM NUMBER: _____   NOTES: Educational group discussing types of losses, feelings, barriers, steps and tools for recovery from grief/loss. Handouts given Pt discussed ways to feel his feelings

SIGNATURE: _Paul S. Hine LPC_

Case Management Notes: _____

_____

_____

_____

_____

_____

_____

# TIMBERLAWN
# MENTAL HEALTH
# SYSTEM
Group Therapy Progress Note

patient identification

10-9-99

MURPHY, JIM
DR. ROSKOS
AP 9-1-75
NS/MG

Monday - wk 2   (page 1 of 2)

PATIENT NAME: _____   DATE: _____

TYPE OF GROUP: _Self Concept_   TIME: _1:05_   FACILITATOR: _KR_

| FOCUS OF PT. WORK | ACTIVE PRESENTATION: PARTICIPATION: | REPORTED/OBSERVED SYMPTOMS: |
|---|---|---|
| __ Affect modulation | __ Flat __ Blunted __ Bright | __ Sharing __ Supportive | __ Self harm impulse | __ Suicidality |

FOCUS OF PT. WORK
- __ Affect modulation
- __ Impulse Control
- __ Suicide Prevention
- __ Stress Management
- __ Reality Testing
- __ Confrontation
- ✓ Processing feelings
- __ Education
- __ Relapse Prevention
- __ Cognitive Therapy
- __ Discharge Planning

ACTIVE PRESENTATION:
- __ Flat __ Blunted __ Bright
- __ Labile __ Angry __ Euphoric
- __ Depressed __ Lethargic
- __ Anxious __ Incongruent

PARTICIPATION:
- __ Sharing __ Supportive
- __ Intrusive __ Resistive
- __ Drowsy __ Attentive
- __ Attempts to monopolize

COGNITIVE PRESENTATION:
- __ Tangential __ Disoriented
- __ Loose Associations __ Hallucinations A/V
- __ Distorted thinking __ Congruent
- __ Illogical
- __ Delusional

REPORTED/OBSERVED SYMPTOMS:
- __ Self harm impulse
- __ Angry Outburst
- __ Hopelessness
- __ Hostility/irritability
- __ Poor Hygiene
- __ Hypersomnamulant
- __ Homicidal Ideation
- __ Victimization
- __ Peer/Family conflict
- __ Sexual acting out
- __ Insomnia
- __ Suicidality
- __ Worthlessness
- __ Paranoid
- __ Threats
- __ Agitated
- __ Tremors
- __ Tearful

PROBLEM NUMBER: _____   NOTES:

Pt. did not attend group on 10/12.

SIGNATURE: _Kim Ru, LMSW_

---

TYPE OF GROUP: _Suicide Prevention_   TIME: _____   FACILITATOR: _Merritt_

FOCUS OF PT. WORK
- __ Affect modulation
- __ Impulse Control
- __ Suicide Prevention
- __ Stress Management
- __ Reality Testing
- __ Confrontation
- __ Processing feelings
- __ Education
- __ Relapse Prevention
- __ Cognitive Therapy
- __ Discharge Planning

AFFECTIVE PRESENTATION:
- __ Flat __ Blunted __ Bright
- __ Labile __ Angry __ Euphoric
- __ Depressed __ Lethargic
- __ Anxious __ Incongruent

PARTICIPATION:
- __ Sharing __ Supportive
- __ Intrusive __ Resistive
- __ Drowsy __ Attentive
- __ Attempts to monopolize

COGNITIVE PRESENTATION:
- __ Tangential __ Disoriented
- __ Loose Associations __ Hallucinations A/V
- __ Distorted thinking __ Congruent
- __ Illogical __ Hallucinations A/V
- __ Delusional

REPORTED/OBSERVED SYMPTOMS:
- __ Self harm impulse
- __ Angry Outburst
- __ Hopelessness
- __ Hostility/irritability
- __ Poor Hygiene
- __ Hypersomnamulant
- __ Homicidal Ideation
- __ Victimization
- __ Peer/Family conflict
- __ Sexual acting out
- __ Insomnia
- __ Suicidality
- __ Worthlessness
- __ Paranoid
- __ Threats
- __ Agitated
- __ Tremors
- __ Tearful

PROBLEM NUMBER: _____   NOTES: Group discussion on suicide & suicide prevention. This discussion includes facts, feelings associated and prevention methods.

SIGNATURE: _____

Case Management Notes: _____

patient identification
MURPHY, JIM
DR. ROSKOS
AP  9-1-75
NS/MG

# TIMBERLAWN
# MENTAL HEALTH
# SYSTEM
Group Therapy Progress Note

PILO

M106 01      10-9-9
M89018
MURPHY, JIM
DR. ROSKOS
AP  2-1-75
NS/MG

## Patient Assessment and Activity Record For __10/10/99__

**Hygiene & ADL**
11-7 7-3 3-11
( / )( / )( / ) Independent

If functioning not independent:
**Personal Care Provided**
11-7  7-3  3-11
( )( )( ) Bed Bath
( )( )( ) Partial Bath
( )( )( ) Shower
( )( )( ) A.M. Care
( )( )( ) P.M. Care

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7      7-3      3-11

Weight: _____

**Lab Services**
Admit Profile   Drawn   Sent
Blood
Urine

Hr. / T / P / R / BP

Hr. / T / P / R / BP

Hr. / T / P / R / BP

**DX Test/Treatments**

Test        Time

Test        Time

**Nutritional (Eating)**
7a  12p  5p
( )( )( ) Refused Meal
( )( )( ) 25%
( )( )( ) 50%
( )( )( ) 75%
( )( )( ) 100%

**Motivation Level to Attend Therapy & Activities**
7-3 3-11
( )( ) Self-motivated
( )( ) Needs Reminders
( )( ) Frequently Tardy
( )( ) Some Refused*
( )( ) Refused All*

**Precautions**
11-7 7-3 3-11
( )( )( ) 1:1*
( )( )( ) SP
( )( )( ) EP
( )( )( ) Seizure
( )( )( ) Detox
( )( )( ) Seclusion*
( )( )( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7 7-3 3-11
( )( )( ) Clarification
( )( )( ) Limit-Setting
( )( )( ) Confirmation
( )( )( ) Problem Solving
( )( )( ) Socialization
( )( )( ) Role Playing
( )( )( ) Orientation
( )( )( ) Activity
( )( )( ) Education
( )( )( ) Journaling
( )( )( ) Re-Directing
( )( )( ) Support

**Sleep Pattern**
11-7
( ) ___ hours uninterrupted
( ) Out of bed # ___ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

**Orientation:** _____
□ Patient □ Family Significant/Other: _____

**Medication:** _____
□ Patient □ Family Significant/Other: _____

**Disease:** _____
□ Patient □ Family Significant/Other: _____

**Coping Skills:** _____
□ Patient □ Family Significant/Other: _____

**Education Materials:** _____
□ Patient □ Family Significant/Other: _____

Signature & title staff 11-7        Signature & title staff 7-3        Signature & title staff 3-11

### Assessment by RN

**Affect**
11-7 7-3 3-11
( )( )( ) Bright
( )( )( ) Flat
( )( )( ) Blunted
( )( )( ) Hostile
( )( )( ) Apathetic
( )( )( ) Restricted

**Thought Process**
11-7 7-3 3-11
( )( )( ) Organized
( )( )( ) Preoccupied
( )( )( ) Disorganized
( )( )( ) Concrete

**Behavior**
11-7 7-3 2-11
( )( )( ) Impulsive
( )( )( ) Agitated
( )( )( ) Uncooperative
( )( )( ) Self-Destructive
( )( )( ) Disorganized
( )( )( ) Violent
( )( )( ) Hostile
( )( )( ) Manipulative
( )( )( ) Inappropriate
( )( )( ) Anxious
( )( )( ) Withdrawn
( )( )( ) Restless

**Cognition**
11-7 7-3 3-11
( )( )( ) Oriented x 3
( )( )( ) Disoriented

**Social**
11-7 7-3 3-11
( )( )( ) Appropriate
( )( )( ) Withdrawn
( )( )( ) Attention Seeking
( )( )( ) Manipulative
( )( )( ) Reclusive

**Physical Status**
*Abnormal findings*
11-7 7-3 3-11
( )( )( ) Skin
( )( )( ) Neuro-Muscular
( )( )( ) Cardio-Vascular
( )( )( ) Respiratory
( )( )( ) Gastrointestinal
( )( )( ) Genitourinary
( )( )( ) Seeks Meds
( )( )( ) Somatic Complaints

**Mood**
11-7 7-3 3-11
( )( )( ) Depressed
( )( )( ) Elated
( )( )( ) Irritable
( )( )( ) Anxious
( )( )( ) Angry
( )( )( ) Guilty

**Alertness**
( )( )( ) Alertness
( )( )( ) Slight Drowsy
( )( )( ) Lethargic
( )( )( ) Hyper-Alert

**Insight**
11-7 7-3 2-11
( )( )( ) Self-Aware
( )( )( ) Denial
( )( )( ) Some Insight

M1065
M89018
MURPHY, JIM
DR. ROSKOS
A# 9-1-75
NS 745

"PILO"

# Patient Assessment and Activity Record For 16/11/99

## Hygiene & ADL
11-7 7-3 3-11
( )( )( ) Independent

815 97 90 18 142 80

Hr. / T / P / R / BP _____

**If functioning not independent:**
**Personal Care Provided**
11-7 7-3 3-11
( )( )( ) Bed Bath
( )( )( ) Partial Bath
( )( )( ) Shower
( )( )( ) A.M. Care
( )( )( ) P.M. Care

Hr. / T / P / R / BP _____

Hr. / T / P / R / BP _____

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7        7-3        3-11

DX Test/Treatments

Weight: _____

Test _____ Time _____

**Lab Services**              Drawn   Sent
Admit Profile
Blood
Urine

Test _____ Time _____

**Nutritional ( Eating )**
7a 12p 5p
( )( )( ) Refused Meal
( )( )( ) 25%
( )( )( ) 50%
( )( )( ) 75%
( )( )( ) 100%

**Motivation Level to Attend Therapy & Activities**
7-3 3-11
( )( ) Self motivated
( )( ) Needs Reminders
( )( ) Frequently Tardy
( )( ) Some Refused*
( )( ) Refused All*

**Precautions**
11-7 7-3 3-11
( )( )( ) 1:1*
( )( )( ) SP
( )( )( ) EP
( )( )( ) Seizure
( )( )( ) Detox
( )( )( ) Seclusion*
( )( )( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7 7-3 3-11
( )( )( ) Clarification
( )( )( ) Limit-Setting
( )( )( ) Confirmation
( )( )( ) Problem Solving
( )( )( ) Socialization
( )( )( ) Role Playing
( )( )( ) Orientation
( )( )( ) Activity
( )( )( ) Education
( )( )( ) Journaling
( )( )( ) Re-Directing
( )( )( ) Support

**Sleep Pattern**
11-7
( )( ) 7 hours uninterrupted
( ) Out of bed # ____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____
☐ Patient ☐ Family Significant/Other: _____

Medication: _____
☐ Patient ☐ Family Significant/Other: _____

Disease: _____
☐ Patient ☐ Family Significant/Other: _____

Coping Skills: attended process groups
☐ Patient ☐ Family Significant/Other: _____

Education Materials: _____
☐ Patient ☐ Family Significant/Other: _____

Signature & Edu staff 11-7 _____    Signature & Edu staff 7-3 _Cunningham RN_    Signature & Edu staff 3-11 _____

---

## Assessment by RN

**Affect**
11-7 7-3 3-11
( )( )( ) Bright
( )( )( ) Flat
( )( )( ) Blunted
( )( )( ) Hostile
( )( )( ) Apathetic
( )( )( ) Restricted

**Thought Process**
11-7 7-3 3-11
( )( )( ) Organized
( )( )( ) Preoccupied
( )( )( ) Disorganized
( )( )( ) Concrete

**Behavior**
11-7 7-3 2-11
( )( )( ) Impulsive
( )( )( ) Agitated
( )( )( ) Uncooperative
( )( )( ) Self-Destructive
( )( )( ) Disorganized
( )( )( ) Violent
( )( )( ) Hostile
( )( )( ) Manipulative
( )( )( ) Inappropriate
( )( )( ) Anxious
( )( )( ) Withdrawn
( )( )( ) Restless

**Cognition**
11-7 7-3 3-11
( )( )( ) Oriented x 3
( )( )( ) Disoriented

**Social**
11-7 7-3 3-11
( )( )( ) Appropriate
( )( )( ) Withdrawn
( )( )( ) Attention Seeking
( )( )( ) Manipulative
( )( )( ) Reclusive

**Physical Status**
✓ Abnormal findings*
11-7 7-3 3-11
( )( )( ) Skin
( )( )( ) Neuro-Muscular
( )( )( ) Cardio-Vascular
( )( )( ) Respiratory
( )( )( ) Gastrointestinal
( )( )( ) Genitourinary
( )( )( ) Seeks Meds
( )( )( ) Somatic Complaints

**Mood**
11-7 7-3 2-11
( )( )( ) Depressed
( )( )( ) Elated
( )( )( ) Irritable
( )( )( ) Anxious
( )( )( ) Angry
( )( )( ) Guilty

**Alertness**
( )( )( ) Alertness
( )( )( ) Slight Drowsy
( )( )( ) Lethargic
( )( )( ) Hyper-Alert

**Insight**
11-7 7-3 2-11
( )( )( ) Self-Aware
( )( )( ) Denial
( )( )( ) Some Insight

PILO                    10-9-99

# Patient Assessment and Activity
# Record For  10 / 12 / 99

**Hygiene & ADL**
11-7  7-3  3-11
(✓) ( ) ( ) Independent

If functioning not independent:
**Personal Care Provided**
11-7  7-3  3-11
(✓) ( ) ( ) Bed Bath
(✓) ( ) ( ) Partial Bath
( ) ( ) ( ) Shower
( ) ( ) ( ) A.M. Care
( ) ( ) ( ) P.M. Care

**Elimination**
Incont. = I, Void = V, Stool = BM
11-7        7-3        3-11

Weight: _____

**Lab Services**
| Admit Profile | Drawn | Sent |
|---|---|---|
| Blood | ___ | ___ |
| Urine | ___ | ___ |
| ___ | ___ | ___ |
| ___ | ___ | ___ |

**Vital Signs**
0740 / 178/8/ | 10/10
Hr. / T / P / R / BP

FOO 806  98  6  129/70
Hr. / T / P / R / BP

Hr. / T / P / R / BP

**DX Test/Treatments**

| Test | Time |
|---|---|
| Test | Time |

**Nutritional (Eating)**
7a  12p  5p
(✓) ( ) ( ) Refused Meal
( ) ( ) ( ) 25%
( ) ( ) ( ) 50%
( ) ( ) ( ) 75%
( ) ( ) ( ) 100%

**Movation Level to Attend**
**Therapy & Activities**
7-3  3-11
( ) ( ) Self motiviated
(✓) ( ) Needs Reminders
( ) ( ) Frequently Tardy
( ) ( ) Some Refused*
( ) ( ) Refused All*

**Precautions**
11-7  7-3  3-11
( ) ( ) ( ) 1:1*
( ) ( ) ( ) SP
( ) ( ) ( ) EO
( ) ( ) ( ) Seizure
( ) ( ) ( ) Detox
( ) ( ) ( ) Seclusion*
( ) ( ) ( ) Restraints*
* requires progress note for additional information

**Intervention**
11-7  7-3  3-11
(✓) ( ) ( ) Clarification
(✓) ( ) ( ) Limit-Setting
(✓) ( ) ( ) Confirmation
( ) ( ) ( ) Problem Solving
( ) ( ) ( ) Socialization
( ) ( ) ( ) Role Playing
( ) ( ) ( ) Orientation
( ) ( ) ( ) Activity
( ) ( ) ( ) Education
( ) ( ) ( ) Journaling
( ) ( ) ( ) Re-Directing
( ) (✓) ( ) Support

**Sleep Pattern**
11-7
( ) 5½ hours uninterrupted
( ) Out of bed # _____ times
( ) Difficulty Falling to Sleep
( ) Restless

## Education

Orientation: _____
☐ Patient ☐ Family Significant/Other: _____

Medication: _____
☐ Patient ☐ Family Significant/Other: _____

Disease: _____
☐ Patient ☐ Family Significant/Other: _____

Coping Skills: _____
☐ Patient ☐ Family Significant/Other: _____

Education Materials: _____
☐ Patient ☐ Family Significant/Other: _____

_____     _____     _____
Signature & title staff 11-7     Signature & title staff 7-3     Signature & title staff 3-11

**Assessment by RN**

**Affect**
11-7  7-3  3-11
(✓) ( ) ( ) Bright
(✓) (✓) ( ) Flat
( ) ( ) (✓) Blunted
( ) ( ) ( ) Hostile
( ) ( ) ( ) Apathetic
( ) ( ) ( ) Restricted

**Thought Process**
11-7  7-3  3-11
(✓) ( ) ( ) Organized
( ) ( ) ( ) Preoccupied
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Concrete

**Behavior**
11-7  7-3  3-11
( ) ( ) ( ) Impulsive
( ) ( ) ( ) Agitated
( ) ( ) ( ) Uncooperative
( ) ( ) ( ) Self-Destructive
( ) ( ) ( ) Disorganized
( ) ( ) ( ) Violent
( ) ( ) ( ) Hostile
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Inappropriate
( ) ( ) ( ) Anxious
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Restless

**Cognition**
11-7  7-3  3-11
( ) (✓) ( ) Oriented x 3
( ) ( ) ( ) Disoriented

**Social**
11-7  7-3  3-11
( ) (✓) ( ) Appropriate
( ) ( ) ( ) Withdrawn
( ) ( ) ( ) Attention Seeking
( ) ( ) ( ) Manipulative
( ) ( ) ( ) Reclusive

**Physicial Status**
Abnormal findings*
11-7  7-3  3-11
( ) ( ) ( ) Skin
( ) ( ) ( ) Neuro-Muscular
( ) ( ) ( ) Cardio-Vascular
( ) ( ) ( ) Respiratory
( ) ( ) ( ) Gastrointestinal
( ) ( ) ( ) Genitourinary
( ) ( ) ( ) Seeks Meds
( ) ( ) ( ) Somatic Complaints

**Mood**
11-7  7-3  3-11
( ) (✓) ( ) Depressed
( ) ( ) ( ) Elated
( ) ( ) ( ) Irritable
( ) ( ) ( ) Anxious
( ) ( ) ( ) Angry
( ) ( ) ( ) Guilty

**Alertness**
11-7  7-3  3-11
( ) (✓) ( ) Alertness
( ) ( ) ( ) Slight Drowsy
( ) ( ) ( ) Lethargic
( ) ( ) ( ) Hyper-Alert

**Insight**
11-7  7-3  3-11
( ) ( ) ( ) Self-Aware
( ) ( ) ( ) Denial
( ) (✓) ( ) Some Insight

11-7 RN                    7-3 RN

# TIMBERLAWN MENTAL HEALTH SYSTEM SM

## PRECAUTION CHECKLIST

**PATIENTS ON SUICIDE PRECAUTIONS OR CLOSE OBSERVATION** must be checked and initialed every fifteen minutes with behavior code. Closet codes must be used with patients on suicide precaution. Observing for signs of distress are a part of EVERY check on ALL patients.

Q6501    10-9-99
M89018
MURPHY, JIM
DR. ROSKOS
AP  9-1-75
NS/MG

Date 10/9

**SUICIDE PRECAUTIONS:**
Initiated _____
Discontinued _____

**CLOSE OBSERVATION:**
Initiated  10/9/99
Discontinued _____

**Closet Codes**

Closets Unlocked
Closets/Dangerous items locked

**Behavior Codes**

- Uncooperative
- Cooperative
- Quiet
- Talking
- Threatening
- Combative
- Writhing
- Crying
- Agitated
- Unresponsive
- Banging
- Cursing
- Pulling
- Yelling
- Disoriented
- Sleeping
- Demanding
- A. Smoking Area

**Location Codes**

- Room
- Small Lounge
- Big Lounge
- Group
- School
- Round c̄ Doctor

| CODES | INITIALS | CODES | INITIALS | CODES | INITIALS | CODES | INITIALS |
|---|---|---|---|---|---|---|---|
| 0000 am | | 0600 am | | 1200 pm | | 1800 pm CV | RE |
| 0015 am | | 0615 am | | 1215 pm | | 1815 pm CV | RE |
| 0030 am | | 0630 am | | 1230 pm | | 1830 pm CV | RE |
| 0045 am | | 0645 am | | 1245 pm | | 1845 pm CV | RE |
| 0100 am | | 0700 am | | 1300 pm | | 1900 pm CV | RE |
| 0115 am | | 0715 am | | 1315 pm | | 1915 pm CV | RE |
| 0130 am | | 0730 am | | 1330 pm | | 1930 pm CV | RE |
| 0145 am | | 0745 am | | 1345 pm | | 1945 pm CV | RE |
| 0200 am | | 0800 am | | 1400 pm | | 2000 pm CV | RE |
| 0215 am | | 0815 am | | 1415 pm | | 2015 pm CN | RE |
| 0230 am | | 0830 am | | 1430 pm | | 2030 pm CN | RE |
| 0245 am | | 0845 am | | 1445 pm | | 2045 pm CV | RE |
| 0300 am | | 0900 am | | 1500 pm | | 2100 pm CV | RE |
| 0315 am | | 0915 am | | 1515 pm | | 2115 pm BV | RE |
| 0330 am | | 0930 am | | 1530 pm | | 2130 pm CV | RE |
| 0345 am | | 0945 am | | 1545 pm | | 2145 pm CV | RE |
| 0400 am | | 1000 am | | 1600 pm BV | RE | 2200 pm SV | RE |
| 0415 am | | 1015 am | | 1615 pm CW | RE | 2215 pm BV | RE |
| 0430 am | | 1030 am | | 1630 pm CW | RE | 2230 pm SV | RE |
| 0445 am | | 1045 am | | 1645 pm CW | RE | 2245 pm SV | RE |
| 0500 am | | 1100 am | | 1700 pm CW | RE | 2300 pm SV | RE |
| 0515 am | | 1115 am | | 1715 pm CW | RE | 2315 pm SV | RE |
| 0530 am | | 1130 am | | 1730 pm CW | RE | 2330 pm SV | RE |
| 0545 am | | 1145 am | | 1745 pm CW | RE | 2345 pm SV | BV |

10-9-99

M89018
MURPHY, JIM
DR. ROSKOS
AP  9-1-75
NS/MG

222B

| INT | INITIAL IDENTIFICATION | INT | INITIAL IDENTIFICATION |
|---|---|---|---|
| | | RE | Roseña Smith |
| | | BV | B. Wade RN |
| | | | |

# TIMBERLAWN MENTAL HEALTH SYSTEM$_{SM}$
## PRECAUTION CHECKLIST

**PATIENTS ON SUICIDE PRECAUTIONS OR CLOSE OBSERVATION** must be checked and initialed every fifteen minutes with behavior code. Closet codes must be used with patients on suicide precaution. Observing for signs of distress are a part of EVERY check on ALL patients.

Date _10-40-99_

| SUICIDE PRECAUTIONS: | CLOSE OBSERVATION: |
|---|---|
| Initiated _____ | Initiated _10-9-99_ |
| Discontinued _____ | Discontinued _____ |

**Closet Codes**

- Closets Unlocked
- Closets/Dangerous items locked

**Behavior Codes**

A. Uncooperative
B. Cooperative
C. Quiet
D. Talking
E. Threatening
F. Combative
G. Writhing
H. Crying
J. Agitated
K. Unresponsive
M. Banging
N. Cursing
O. Pulling
P. Yelling
R. Disoriented
S. Sleeping
T. Demanding

**Location Codes**

U. Room
V. Small Lounge
W. Big Lounge
X. Group
Y. School
Z. Round c Doctor

| | CODES | INITIALS | | CODES | INITIALS | | CODES | INITIALS | | CODES | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 am | SU | BW | 0600 am | SU | BW | 1200 pm | DV | | 1800 pm | DV | |
| 0015 am | SU | BW | 0615 am | SU | BW | 1215 pm | DV | | 1815 pm | CV | |
| 0030 am | SU | BW | 0630 am | SU | BW | 1230 pm | DV | | 1830 pm | CV | |
| 0045 am | SU | BW | 0645 am | SU | BW | 1245 pm | CV | | 1845 pm | CV | |
| 0100 am | SU | BW | 0700 am | SU | BW | 1300 pm | CW | | 1900 pm | CV | |
| 0115 am | SU | BW | 0715 am | SU | BW | 1315 pm | DV | | 1915 pm | DV | |
| 0130 am | SU | BW | 0730 am | SU | | 1330 pm | CV | | 1930 pm | CV | |
| 0145 am | SU | BW | 0745 am | SU | | 1345 pm | CV | | 1945 pm | DV | |
| 0200 am | SU | DW | 0800 am | | | 1400 pm | CV | | 2000 pm | DV | |
| 0215 am | SU | BW | 0815 am | | | 1415 pm | CV | | 2015 pm | CV | |
| 0230 am | SU | BW | 0830 am | DV | | 1430 pm | X | | 2030 pm | DV | |
| 0245 am | SU | BW | 0845 am | DV | | 1445 pm | X | | 2045 pm | CV | |
| 0300 am | SU | BW | 0900 am | DV | | 1500 pm | X | | 2100 pm | CV | |
| 0315 am | SU | BW | 0915 am | CV | | 1515 pm | X | | 2115 pm | DV | |
| 0330 am | SU | BW | 0930 am | DV | | 1530 pm | X | | 2130 pm | CV | |
| 0345 am | SU | BW | 0945 am | DV | | 1545 pm | X | | 2145 pm | CV | |
| 0400 am | SU | BW | 1000 am | DV | | 1600 pm | X | | 2200 pm | CV | |
| 0415 am | SU | BW | 1015 am | CV | | 1615 pm | X | | 2215 pm | CU | |
| 0430 am | SU | BW | 1030 am | X | | 1630 pm | X | | 2230 pm | DV | |
| 0445 am | SU | BW | 1045 am | X | | 1645 pm | DV | | 2245 pm | CV | |
| 0500 am | SU | BW | 1100 am | X | | 1700 pm | DV | | 2300 pm | CU | |
| 0515 am | SU | BW | 1115 am | X | | 1715 pm | X | | 2315 pm | DV | |
| 0530 am | SU | BW | 1130 am | X | | 1730 pm | X | | 2330 pm | CV | BW |
| 0545 am | SU | BW | 1145 am | DV | | 1745 pm | X | | 2345 pm | C V | BW |

_9-9-99_

MURPHY, JIM
DR. ROSKOS
AP  9-1-75
NS/MG

_222 B_

| INT | INITIAL IDENTIFICATION | INT | INITIAL IDENTIFICATION |
|---|---|---|---|
| BW | B. Wade MHT | | |
| | | | |
| | | BW | B. Wade MHT |

# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## PRECAUTION CHECKLIST

**PATIENTS ON SUICIDE PRECAUTIONS OR CLOSE OBSERVATION** must be checked and initialed every fifteen minutes with behavior code. Closet codes must be used with patients on suicide precaution. Observing for signs of distress are a part of EVERY check on ALL patients.

Date __10-11-99__

| SUICIDE PRECAUTIONS: | CLOSE OBSERVATION: |
|---|---|
| Initiated _____ | Initiated __10-5-99__ |
| Discontinued _____ | Discontinued _____ |

**Closet Codes**

- Closets Unlocked
- Closets/Dangerous items locked

**Behavior Codes**

A. Uncooperative
B. Cooperative
C. Quiet
D. Talking
E. Threatening
F. Combative
G. Writhing
H. Crying
I. Agitated
K. Unresponsive
M. Banging
N. Cursing
O. Pulling
P. Yelling
R. Disoriented
S. Sleeping
T. Demanding

**Location Codes**

U. Room
V. Small Lounge
W. Big Lounge
X. Group
Y. School
Z. Round c̄ Doctor

| | CODES | INITIALS | | CODES | INITIALS | | CODES | INITIALS | | CODES | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 am | SU | BW | 0600 am | SU | BW | 1200 pm | DV | CW | 1800 pm | DW | CW |
| 0015 am | SU | BW | 0615 am | SU | BW | 1215 pm | DV | CW | 1815 pm | DW | CW |
| 0030 am | SU | BW | 0630 am | SU | BW | 1230 pm | DV | CW | 1830 pm | DW | CW |
| 0045 am | SU | BW | 0645 am | SU | BW | 1245 pm | DV | CW | 1845 pm | DW | CW |
| 0100 am | SU | BW | 0700 am | SU | BW | 1300 pm | DV | CW | 1900 pm | DW | CW |
| 0115 am | SU | BW | 0715 am | SU | BW | 1315 pm | X | CW | 1915 pm | DW | CW |
| 0130 am | SU | BW | 0730 am | CW | CW | 1330 pm | X | CW | 1930 pm | DW | CW |
| 0145 am | SU | BW | 0745 am | CW | CW | 1345 pm | X | CW | 1945 pm | CW | CW |
| 0200 am | SU | BW | 0800 am | DV | CW | 1400 pm | X | CW | 2000 pm | CW | CW |
| 0215 am | SU | BW | 0815 am | DV | CW | 1415 pm | X | CW | 2015 pm | CW | CW |
| 0230 am | SU | BW | 0830 am | DV | CW | 1430 pm | X | CW | 2030 pm | DW | CW |
| 0245 am | SU | BW | 0845 am | DV | CW | 1445 pm | X | CW | 2045 pm | DW | CW |
| 0300 am | SU | BW | 0900 am | X | CW | 1500 pm | | | 2100 pm | X | CW |
| 0315 am | SU | BW | 0915 am | X | CW | 1515 pm | | | 2115 pm | X | CW |
| 0330 am | SU | BW | 0930 am | X | CW | 1530 pm | X | CW | 2130 pm | | CW |
| 0345 am | SU | BW | 0945 am | X | CW | 1545 pm | DV | CW | 2145 pm | DV | CW |
| 0400 am | SU | BW | 1000 am | X | CW | 1600 pm | DV | CW | 2200 pm | DW | CW |
| 0415 am | SU | BW | 1015 am | X | CW | 1615 pm | DV | CW | 2215 pm | DW | CW |
| 0430 am | SU | BW | 1030 am | X | CW | 1630 pm | DW | CW | 2230 pm | CW | CW |
| 0445 am | SU | BW | 1045 am | X | CW | 1645 pm | DW | CW | 2245 pm | CW | CW |
| 0500 am | SU | BW | 1100 am | X | CW | 1700 pm | DW | CW | 2300 pm | CW | CW |
| 0515 am | SU | BW | 1115 am | X | CW | 1715 pm | DW | CW | 2315 pm | CW | CW |
| 0530 am | SU | BW | 1130 am | | | 1730 pm | DW | CW | 2330 pm | CW | EW |
| 0545 am | SU | BW | 1145 am | | | 1745 pm | DW | CW | 2345 pm | CW | EW |

MURPHY, JIM
DR. ROSKOS
AP 9-1-75
NS/MG

222B

103B

| INT | INITIAL IDENTIFICATION | INT | INITIAL IDENTIFICATION |
|---|---|---|---|
| BW | BW W. Cole MHT | EW | Edna Williams MHT |
| CW | CW Unruh MHS | | |
| CW | CW Williams MHT | | |

# TIMBERLAWN MENTAL HEALTH SYSTEM℠
## PRECAUTION CHECKLIST

ALL PATIENTS ON SUICIDE PRECAUTIONS OR CLOSE OBSERVATION must be checked and initialed every fifteen minutes with behavior code. Closet codes must be used with patients on suicide precaution. Observing for signs of distress are a part of EVERY check on ALL patients.

Date _-10/-12/-99_

**SUICIDE PRECAUTIONS:**

Initiated _____

Discontinued _____

**CLOSE OBSERVATION:**

Initiated _10/9/99_

Discontinued _1500_

**Closet Codes**

1. Closets Unlocked
2. Closets/Dangerous items locked

**Behavior Codes**

A. Uncooperative
B. Cooperative
C. Quiet
D. Talking
E. Threatening
F. Combative
G. Writhing
H. Crying
I. Agitated
J. Unresponsive
M. Banging
N. Cursing
O. Pulling
P. Yelling
R. Disoriented
S. Sleeping
T. Demanding

**Location Codes**

H. Room
S. Small Lounge
V. Big Lounge
G. Group
S. School
R. Round c̄ Doctor

| | CODES | INITIALS | | CODES | INITIALS | | CODES | INITIALS | | CODES | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 am | CW | EW | 0600 am | Su | EW | 1200 pm | C V | SC | 1800 pm | | |
| 0015 am | CW | EW | 0615 am | Su | EW | 1215 pm | C V | SC | 1815 pm | | |
| 0030 am | CW | EW | 0630 am | Su | EW | 1230 pm | CV | SC | 1830 pm | | |
| 0045 am | CW | EW | 0645 am | Su | EW | 1245 pm | C V | SC | 1845 pm | | |
| 0100 am | ZZ | EW | 0700 am | Su | EW | 1300 pm | C V | SC | 1900 pm | | |
| 0115 am | EZZ | EW | 0715 am | Su | EW | 1315 pm | C V | SC | 1915 pm | | |
| 0130 am | Su | EW | 0730 am | Su | EW | 1330 pm | C v | SC | 1930 pm | | |
| 0145 am | Su | EW | 0745 am | SU | SC | 1345 pm | C V | SC | 1945 pm | | |
| 0200 am | Su | EW | 0800 am | SU | SC | 1400 pm | C V | SC | 2000 pm | | |
| 0215 am | Su | EW | 0815 am | SU | SC | 1415 pm | C V | SC | 2015 pm | | |
| 0230 am | Su | EW | 0830 am | SU | SC | 1430 pm | D V | SC | 2030 pm | | |
| 0245 am | Su | EW | 0845 am | SU | SC | 1445 pm | D V | SC | 2045 pm | | |
| 0300 am | Su | EW | 0900 am | SU | SC | 1500 pm | | | 2100 pm | | |
| 0315 am | Su | EW | 0915 am | SU | SC | 1515 pm | | | 2115 pm | | |
| 0330 am | Su | EW | 0930 am | SU | SC | 1530 pm | | | 2130 pm | | |
| 0345 am | Su | EW | 0945 am | CU | SC | 1545 pm | | | 2145 pm | | |
| 0400 am | Su | EW | 1000 am | C V | SC | 1600 pm | | | 2200 pm | | |
| 0415 am | Su | EW | 1015 am | CX | SC | 1615 pm | | | 2215 pm | | |
| 0430 am | SU | MM | 1030 am | CX | SC | 1630 pm | | | 2230 pm | | |
| 0445 am | SU | MM | 1045 am | CX | SC | 1645 pm | | | 2245 pm | | |
| 0500 am | Su | EW | 1100 am | X | SC | 1700 pm | | | 2300 pm | | |
| 0515 am | Su | EW | 1115 am | X | SC | 1715 pm | | | 2315 pm | | |
| 0530 am | Su | EW | 1130 am | X | SC | 1730 pm | | | 2330 pm | | |
| 0545 am | Su | EW | 1145 am | C | SC | 1745 pm | | | 2345 pm | | |

ZuSmoke RN.
184501   10-
2018

H., J.
ROSKOS
9-1-75
/AS

# 203 B

| INT | INITIAL IDENTIFICATION | INT | INITIAL IDENTIFICATION |
|---|---|---|---|
| | | EW | Edna Williams MHT |
| MM | M. Maculi RN | | |
| SC | S. Cavern MHT | | |
| | | | |



# TIMBERLAWN MENTAL HEALTH SYSTEM

1 of 2

## ROUTINE MEDICATION ADMINISTRATION AND TREATMENT RECORD

| ORDER DATE | EXP. DATE | CONSENT | MEDICATION-DOSAGE FREQUENCY ROUTE OF ADMINISTRATION | HOUR | TUE 5 | WED 6 | THUR 7 | FRI 8 | SAT 9 | SUN 10 | MON 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | OCT 1999 | | | | | | | | |
| 10/9 | 11/9 | | SEROQUEL 100mg PO Q AM | 08 | | | | | → | RR | |
| 10/9 | 11/9 | | SEROQUEL 200mg PO QHS | 21 | | | | | → | RD | RD |
| 10/9 | 11/9 | | Depakote 250mg PO Q am | 08 | | | | | → | RR | |
| 10/9 | 11/9 | | Depakote 500mg PO QHS | 21 | | | | | → | RD | RD | RD |
| 10/9 | 11/9 | | Effexor 37.5mg PO BID | 08 / 21 | | | | | → | RD | RR |
| 10/10 | 11/10 | | Seroquel 100mg P.O. t.i.d | 0800 / 1200 / 2000 | | | | | | → / RR / RD | |
| 10/10 | 11/10 | | Depakote 250mg PO t.i.d | 0800 / 1400 / 2100 | | | | | | → / RR / RD | RR |
| 10/10 | 11/9 | | Effexor XR 150mg P.O. q a.m | 1400 | | | | | → | RR | |
| 10/11/99 | 11/18/99 | | Klonopin 1 mg P.O T.I.D | 0800 / 1400 / 2100 | | | | | | → | RR / RR |
| 10/11/99 | 11/18/99 | | Seroquel 100 mg P.O T.I.D | 0900 / 1300 / 1700 | | | | | | → | RO / RR |
| 10/11/99 | 11/18/99 | | Seroquel 200mg P.O QHS | 2100 | | | | | | → | RR |
| | | | Ativ | | | | | | | | |

| ALLERGIES | | | | |
|---|---|---|---|---|
| Iodine  10-7-99 | | | | |

| SIGNATURES | INT | | IN |
|---|---|---|---|
| R. Donalyn | M R. Pankey RN | | |
| Chester | | | |

MURPHY, JIM
DR. RUSKOS
AP  9-1-75
NS/MG

PATIENT CHART

PHARMACY
YELLOW



# TIMBERLAWN MENTAL HEALTH SYSTEM

Pg 1 of 2

## ROUTINE MEDICATION ADMINISTRATION AND TREATMENT RECORD

| ORDER DATE | EXP. DATE | CONSENT | MEDICATION-DOSAGE FREQUENCY ROUTE OF ADMINISTRATION | HOUR | TU 12 | W 13 | TH 14 | F 15 | Sa 16 | Su 17 | M 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | > Oct 99 | | | | | | | | |
| 10\|9 | 11\|8 | | Depakote 500mg PO qhs | 2100 | | | | | | | |
| 10\|10 | 11\|9 | 1\|00 | Depakote 250mg PO TID | 0800 1400 2100 | CS CS | | | | | | |
| 10\|11 | 10\|18 | 01\|00 | Klonopin 1mg PO TID | 0800 1400 2100 | CS CS | | | | | | |
| 10\|11 | 11\|10 | 01\|00 | Seroquel 100mg PO TID | 0900 1300 1700 | CS CS | | | | | | |
| 10\|11 | 11\|10 | 01\|00 | Seroquel 300mg PO qhs | 2100 | | | | | | | |
| 10\|1 | 11\|10 | 01\|00 | Serzone 50mg PO QAM | 0800 | CS | | | | | | |
| 10\|1 | 11\|10 | 01\|00 | Serzone 100mg PO QHS | | | | | | | | |

| ALLERGIES | Iodine |
|---|---|

10-9-99

JIM
USKOS
9-1-75

| SIGNATURES | INT | | INT |
|---|---|---|---|
| C. Sperling RN | CS | | |

REVISION 4/97

PATIENT CHART

PHARMACY YELLOW

2 of 2

# TIMBERLAWN MENTAL HEALTH SYSTEM

## ROUTINE MEDICATION ADMINISTRATION AND TREATMENT RECORD

| ORDER DATE | EXP. DATE | CONSENT | MEDICATION-DOSAGE FREQUENCY ROUTE OF ADMINISTRATION | HOUR | MON | TUES | WED | THUR | FRI | SAT | SUN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/99 | 11/10/99 | | Serzone 50 mg P.O Q AM | 0800 | → | CS | See next page | | | | |
| 11/11/99 | 11/10/99 | | Serzone 100 mg P.O Q HS | 2100 | CS | | See next page | | | | |

| ALLERGIES | | SIGNATURES | INT | | INT |
|---|---|---|---|---|---|
| Iodine | | Buenba, H | | Sperling RN | CS |
| murphy Jim | | | | | |

REVISION 4/97          PATIENT CHART          PHARMACY



# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## P.R.N. MEDICATION ADMINISTRATION AND TREATMENT RECORD

| ORDER DATE | EXP DATE | CONSENT RENEWAL | MEDICATION-DOSAGE FREQUENCY ROUTE OF ADMINISTRATION | | DOSES GIVEN | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/09 | 10/10/09 | | Ativan 2 mg PO q HS PRN for insomnia | DATE | 10/11/09 | | | | | | | | |
| | | | | TIME | 8:35 | | | | | | | | |
| | | | | INIT | RP | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |
| | | | | DATE | | | | | | | | | |
| | | | | TIME | | | | | | | | | |
| | | | | INIT | | | | | | | | | |

| ALLERGIES | SIGNATURES | INT | | INT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Murphy, Jim | | | | |
| | | | | |
| | | | | |
| | | | | |

PATIENT CHART
WHITE

PHARMACY
YELLOW

REVISION 2/97
FORM 3057



# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## P.R.N. MEDICATION ADMINISTRATION AND TREATMENT RECORD

| ORDER DATE | EXP DATE | CONSENT RENEWAL | MEDICATION-DOSAGE FREQUENCY ROUTE OF ADMINISTRATION | | DOSES GIVEN | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/9 | 11/9 | —o— | Tylenol 650mg PO Q6° prn Pain | DATE | 10-10 | | | | | | |
| | | | | TIME | 8155 | | | | | | |
| | | | | INIT | SH | | | | | | |
| 10/9 | 11/9 | —o— | Mom 30cc po Q4° prn Constipation | DATE | | | | | | | |
| | | | | TIME | | | | | | | |
| | | | | INIT | | | | | | | |
| 10/9 | 11/9 | —o— | Maalox 30cc PO Q 4° prn indigestion | DATE | | | | | | | |
| | | | | TIME | | | | | | | |
| | | | | INIT | | | | | | | |
| 10/9/99 | 10/9/99 | | Ativan 2mg po q hs prn ① insomnia | DATE | 10/10/99 | | | | | | |
| | | | | TIME | 2260 | | | | | | |
| | | | | INIT | RD | | | | | | |
| | | | | DATE | | | | | | | |
| | | | | TIME | | | | | | | |
| | | | | INIT | | | | | | | |
| | | | | DATE | | | | | | | |
| | | | | TIME | | | | | | | |
| | | | | INIT | | | | | | | |
| | | | | DATE | | | | | | | |
| | | | | TIME | | | | | | | |
| | | | | INIT | | | | | | | |
| | | | | DATE | | | | | | | |
| | | | | TIME | | | | | | | |
| | | | | INIT | | | | | | | |
| | | | | DATE | | | | | | | |
| | | | | TIME | | | | | | | |
| | | | | INIT | | | | | | | |
| | | | | DATE | | | | | | | |
| | | | | TIME | | | | | | | |
| | | | | INIT | | | | | | | |
| | | | | DATE | | | | | | | |
| | | | | TIME | | | | | | | |
| | | | | INIT | | | | | | | |

**ALLERGIES**

Iodine

| SIGNATURES | INT | | INT |
|---|---|---|---|
| R. Dowdy | RD | | |
| S Hchorn | SH | | |
| | | | |
| | | | |

PATER, JIM
DR. RUSKOS
AP 9-1-75
NS/MG

PATIENT CHART
WHITE

PHARMACY
YELLOW

M106501   10-8-99
M89018
MURPHY, JIM
DR. ROSKOS

# TIMBERLAWN MENTAL HEALTH SYSTEM
## TB ASSESSMENT

Patient P - 2/11/75   *Murphy*

Is the patient a reliable historian?   (yes)        no

If the patient is reliable, ask the following questions.  If the patient is not considered a reliable historian,  ask a family member the following questions:

| | | | |
|---|---|---|---|
| 1. | Has the patient ever been treated for TB? | Yes | (No) |
| 2. | Has the patient been exposed  to anyone with TB? | Yes | (No) |
| 3. | Has the patient been vaccinated with BCG? | Yes | (No) |
| 4. | Have you ever been told you had a positive test? | Yes | (No) |
| 5. | Is the patient exhibiting any of the following symptoms? | | |
| | Hemoptysis (blood in sputum) | Yes | (No) |
| | Cough | Yes | (No) |
| | Night Sweats | Yes | (No) |
| | Unexplained weight loss | Yes | (No) |
| | Fever (usually at night) | Yes | (No) |

If treated in the past, document when and with what drugs.

---

**ACTION:**
If exposed, and without symptoms, please request TB testing as part of the admitting orders.

_____        _____
Date                                   Initials

If treated in the past, order a consult with the internist.

_____        _____
Date                                   Initials

If two or more symptoms are present, the following is required:
   1)  the patient must be masked prior to being on a unit;   _____        _____
         AND                                                                    Time                              Initials
   2)  a STAT Chest x-ray must be ordered          _____        _____
                                                                              Date                                Initial

Results of the Chest X-ray <u>must</u> be discussed with the consulting internist if abnormal.

# Patient's Bill of Rights

When you apply for or receive mental health services in the State of Texas, you have many rights. Your most important rights are listed on these four pages. These rights apply to all persons unless otherwise restricted by law or court order. A judge or lawyer will refer to the actual laws. If you want a copy of the laws these rights come from, you can call the Health Facility Licensure and Certification Division of the Texas Department of Health at 1-800-228-1570.

It is the responsibility of this hospital under law to make sure you have been informed of your rights. But just giving you this information does not mean your rights have been protected. This hospital is required to respect and provide for your rights in order to maintain licensure and do business in this state.

## Your Right to Know Your Rights

*You have the right,* under the rules by which this hospital is licensed, to be given a copy of these rights before you are admitted to the hospital as a patient. If you so desire a copy should also be given to the person of your choice. If a guardian has been appointed for you or you are under 18 years of age, a copy will also be given to your guardian, parent, or conservator.

*You also have the right* to have these rights explained to you aloud in simple terms in a way you can understand within 24 hours of being admitted to the hospital to receive services (e.g., in your language if you are not English-speaking, in sign language if you are hearing impaired, in Braille if you are visually impaired, or other appropriate methods).

## Your Right to Make a Complaint

*You have the right* to make a complaint and to be told how to contact people who can help you. These people and their addresses and phone numbers are listed below.

*You have the right* to be told about Advocacy, Inc., when you first enter the hospital and when you leave. Information about how to contact Advocacy, Inc., is also listed below.

If you believe any of your rights have been violated or you have other concerns about your care in this hospital, you may contact one or more of the following:

Health Facility Licensure and Certification Division
Texas Department of Health
1100 W. 49th St., Austin, TX 78756

1-800-228-1570

Advocacy, Incorporated
7800 Shoal Creek Blvd, Suite 171 E, Austin, TX 78757

1-800-315-3876

If you have been involuntarily committed and you believe that your attorney did not prepare your case properly or that your attorney failed to represent your point of view to the judge, you may wish to report the attorney's behavior to the Ethics Committee of the State Bar of Texas by writing:

Disciplinary Council
State Bar of Texas
1414 Colorado
P.O. Box 12487
Austin, Texas 78711-2487

*If you are a voluntary patient OR if you have been taken to the hospital against your will, turn to pages three and four for a listing of your special rights under law in Texas. All patients should read pages two and three, which explain the rights that apply to everyone receiving services at this hospital.*

## STATEMENT THAT YOU HAVE RECEIVED THIS PAMPHLET/IT HAS BEEN EXPLAINED

I certify that:

_____ I have received a copy of this four-page document prior to admission

_____ Staff have explained its content to me in a language I understand within 24 hours of admission (if involuntarily committed).

_____ Staff have explained its content to me in a language I understand prior to admission (if voluntarily committed).

Name _____  Witness _____

Date 10-9-99  Date 10/9/99
  PCU

Relationship of witness to patient: _____

10-9-99

AXXIS
AJRP , JIM
DR. ROSKOS
AP  9-1-75
NS/MG

**TIMBERLAWN MENTAL HEALTH SYSTEM**
**4600 SAMUELL BLVD**
**DALLAS, TEXAS 75228**

I, _____Jim   Murphy_____ authorize Timberlawn Mental Health
(patient's name)

System to photograph me as part of the admission process. This photograph
will be utilized in identification for medication administration and treatment.

I understand that this photograph will become part of the permanent medical
record and as such will be protected by all appropriate State and Federal
Guidelines.

_____     _____10-9-99_____
Patient                                            Date

_____     _____
Parent or Legal Guardian                    Date

_____
Witness

10-9-99
MURPHY, JIM
DR. ROSKOS
AP 9-1-75
NS/MG





M106501   10( /99

UPH?!, JIM
ROSKOS
2-1-75
NS245

**TIMBERLAWN**
**Mental Health System**

PROGRAM

### CONDITIONS OF ADMISSION AND SERVICES AT TIMBERLAWN MENTAL HEALTH SYSTEM
FOR _Jim Murphy_ ("PATIENT")

1. **CONSENT TO TREATMENT:** (a) The undersigned, either as Patient or on behalf of Patient (the "Undersigned"), consents to the procedures, services and treatments, emergency and otherwise, which may be performed and/or provided by the Hospital during this Hospitalization or on an out-patient basis, including, but not limited to, psychiatric treatment or services, psychological treatment or services, laboratory procedures, x-ray examinations, medical treatments, or procedures, anesthesia, and/or hospital services rendered for the Undersigned under the general and/or special instructions of any physician.

   (b) The Undersigned agrees that the Hospital may at any time decline further to treat or care for the Patient and the Undersigned agrees that, upon notification by the Hospital, the Undersigned will immediately remove or cause the Patient to be removed from the care and custody of the Hospital.

   (c) The Undersigned agrees to hold harmless the Hospital, its directors, officers, staff doctors, residents, interns, agents and employees, and to indemnify against and protect all and each of them from any claim for loss of personal effects and for any and all liability, obligation, cause of action, claim or damage, of whatsoever nature or character, by whomsoever made, and from whatever cause, in any way arising or to arise in connection with, in respect of or relating to the Patient, whether the same shall arise by reason of accident, occurrence, act or omission on or off the premises of the Hospital.

2. **PERSONAL VALUABLES:** The Undersigned certifies that he or she has been advised that he or she must assume full responsibility for any valuables that are kept in the room or on the person of the Undersigned, including, without limitation, jewelry, watches, rings, money, keys and credit cards. The Undersigned is aware that the Hospital will not assume responsibility for these items in the event that they are lost, stolen or misplaced. Valuables may be placed in the Hospital safe for safekeeping.

3. **DAMAGES:** The Undersigned has been informed and agrees to pay in full any and all charges billed by the Hospital for damages to facilities and property caused by the Undersigned. The Undersigned understands that these damages will include only those items which are intentional and are not as a result of normal usage. The Undersigned furthermore understands that the Undersigned will be billed separately for the damages and will submit payment in full within thirty (30) days from the date of the bill.

4. **FINANCIAL AGREEMENT:** The Undersigned whether signing as agent, Patient and/or guarantor, agrees that, in consideration of the services to be rendered to the Undersigned, he or she hereby individually will pay all charges incurred by the Hospital in connection with treatment of the Undersigned and/or costs related thereto in accordance with the rates and terms of the Hospital. If the Undersigned's and/or Patient's account is referred to an attorney for collection, the Undersigned and/or Patient shall pay interest, reasonable attorney's fees and collection expenses.

5. **ASSIGNMENT OF INSURANCE BENEFITS AND RIGHT OF RECOVERY:** (a) In consideration of services rendered or to be rendered, the Undersigned as agent, Patient and/or guarantor, hereby irrevocably assigns to the Hospital any and all right, title and interest in and to the benefits payable for services rendered by the Hospital provided in any policy or policies of insurance or any health benefit plan or plans of Patient, Patient's spouse and/or the Undersigned. Such irrevocable assignment shall be for the purpose of recovery on such policies or plans, but shall not be construed to be an obligation of the Hospital to pursue any such recovery. The Undersigned as agent, Patient and/or guarantor, hereby also authorizes the direct payment to the Hospital for all benefits due under such policy(s) and/or plan(s) by reason of services rendered therein. The Undersigned will pay the Hospital for all charges incurred or, alternatively, for all charges in excess of the sum actually paid pursuant to such policies or plans.

   (b) The Undersigned, as agent, Patient and/or guarantor, hereby irrevocably assigns to the Hospital any and all right, title and interest in and to any and all causes of action, rights, suits, demands or claims which the Undersigned and/or Patient has or may have against any insurance company, health benefit plan or third party for any and all payments due and owing to the Undersigned by reason for this hospitalization.

6. **PERSONAL EXPENSES:** The Hospital is authorized to disburse for the personal expenses of the Patient an amount not to exceed $ _____ per week. It is understood that this expenditure is to cover items obtained in the canteen, such as food, soft drinks, cigarettes, candy and toilet articles, as well as off ground trips in recreational therapy, items purchased in occupational therapy, telephone calls, dry cleaning, laundry, shoe repair, clothing, pharmacy and/or medical extras. The sum will not be added to the regular hospital bill. A cash deposit (the "Patient's Account") may be left with the patient accounts office. Any coupons left in the books upon discharge may be returned to the business office for credit. If there are funds remaining in the Patient's Account at the date of discharge, such funds will be applied to any balance remaining on the Patient's bill.

7. **LIMITED POWER OF ATTORNEY:** The Undersigned hereby authorizes and appoints the executive director of the Hospital or his agent as attorney in fact to take measures on behalf of the Undersigned as may be necessary to collect any claims and/or insurance proceeds and to endorse any checks made payable to the Undersigned for such claims and/or insurance proceeds by signing as attorney in fact to any such checks and/or insurance claim forms.

8. **AUTHORIZATION TO RELEASE INFORMATION:** The Undersigned authorizes the Hospital to release to any and all insurance companies, health benefit plans, administrators and/or employers having coverage, any medical records or information pertaining to this hospital admission of the Patient. A photostatic copy of

M106501    10-9-99
M89018
MURPHY, JIM
DR. ROSKOS
AP 2-1-75

# TIMBERLAWN MENTAL HEALTH SYSTEM
## ADVANCE DIRECTIVE ACKNOWLEDGEMENT

1. I have been given written material about my right to make decisions concerning medical care, including the right to accept or refuse medical or surgical treatment.

    _____
    Patient's initial

2. I have been given written material about my right to make decisions concerning psychiatric treatment if I become incapacitated while hospitalized.

    _____
    Patient's initial

3. I have been informed of my right to formulate advance directives.

    _____
    Patient's initial

4. I have been given written material outlining the Timberlawn Mental Health System policies and procedures with respect to the implementation of these rights.

    _____
    Patient's initial

5. I understand I am not required to have an advance directive in order to receive care at Timberlawn Mental Health System.

    _____
    Patient's initial

6. I have executed an advance directive, I understand that the terms of my advance directive will be followed in accordance with the Timberlawn Mental Health System policies and procedures.

    _____
    Patient's initial

## PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:

☐ I have executed an advance directive    ☐Yes  ☐ No  If Yes, circle type: Med/Surgical    Psychiatric

    **PATIENT WILL PROVIDE TMHS A COPY OF ADVANCE DIRECTIVE:**  ☐ **YES** ☐**NO**

☐ **I HAVE NOT AND DO NOT WANT TO** execute an advance directive at this time

☐ Patient has received information regarding advance directives, but **REFUSES TO SIGN**.

☐ **PATIENT IS INCAPACITATED.** Information regarding advance directives has been given to patient's family or surrogate ( if applicable)

Jim Murphy
_____
Print Patient's Name

_____                     10-9-99
Patient's Signature                           Date

_____                     _____
Witness                                       Date
1/97


**TIMBERLAWN**
MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

**Advance Directive Acknowledgement**
**Patient Chart**

# Consent to Release Verbal Information and/or Contact Designated Individual

```
M106501
M89018
MURPHY, JIM
DR. ROSKOS
AP  9-1-75
NS/MG
```

Patient Name: (Jim) Jedidiah Issac Murry    Date: 10/9/99

I (Jim) Jedidiah _____ hereby give my consent to members of the staff of Timberlawn to contact and share ongoing treatment and discharge information with individual(s) listed below. The information shared will be for the purpose of appropriate assessment/evaluation and discharge planning.

Leah C. Ray
Name of Designated Contact

Dr. Esterbrook
Name of Referral Source

girlfriend
Relationship

DR
Relationship

11860 CR 4040 Kaufman
Address

Glen Oaks Hospital
Address

(972) 962-0307
Telephone number

(800) 443-1109
Telephone number

_____  10-9-99
Patient Signature         Date

Christa Pedrow LR
Witness

I understand these records include drug/alcohol/mental health/communicable disease related information. I understand that information released could contain reference to or results of HIV antibody testing. A photocopy of this authorization should be considered as valid as the original. This consent is subject to revocation by the undersigned at any time except to the extent that action has been taken in reliance hereon and in any event, shall expire ninety (90) days from the date of signature.

PROHIBITION OF REDISCLOSURE: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal Regulation (42 CFR Part 2) prohibit you from making any further disclosure of this information, except with the specified written consent of the person to whom it pertains. A general authorization for the release of medical or other information if held by another party is not sufficient for this purpose. Federal Regulations state that any person who violates any provision of this law shall be fined not more than $500 in the case of a first offense, and not more than $5,000 in the case of each subsequent offense.

********************************************************************************

Referral Source contacted **within 48 hours** of admission:

Date contacted_____  Name of person you spoke with_____
Timberlawn Casemanager name:_____

Referral Source contacted **UPON** Discharge:

Date contacted_____  Name of person you spoke with_____
Timberlawn Casemanager name:_____

Form # 3141   Revised 6-99



# TIMBERLAWN
## MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

**APPLICATION FOR VOLUNTARY ADMISSION TO TIMBERLAWN MENTAL HEALTH SYSTEM**

STATE OF TEXAS

COUNTY OF DALLAS

I _____ Jim Murphy _____, hereby file with the head of TIMBERLAWN MENTAL HEALTH SYSTEM, this request to be admitted as a voluntary patient and agree to submit myself to the custody of said TIMBERLAWN MENTAL HEALTH SYSTEM for diagnosis, observation, care and treatment and therein after remain in said TIMBERLAWN MENTAL HEALTH SYSTEM until I am discharged or until I request to be discharged from the hospital.

SIGNED this __9__ day of __Oct__, 19_99_ time __2:30p__

X _____
(Signature of Applicant)

_____
(Address)

_____
(If applicant is under the age of 16 years, the
additional signature of parents or legal guardian)

_____
(Address)

_____
*Christa Rednow LPC*   10-9-99   (Witness)

NURPI JIM
DR. ROSKOS
AP  9-1-75
NS/MG



# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## Letter of Release

I am submitting my letter requesting release from Timberlawn Mental Health System℠.

Signature _Jim Murphy_

Name of Patient _JIM MURPHY_

Date __10-12-99__

Witnessed by Staff _Ann-Marie Zoberney_

Time of Day __10:10 A.M.__

Witnessed by Staff _Speily RN_

**\*NOTE:** Staff must complete form for verbal requests of release from Timberlawn Mental Health System℠

=============================================

## Letter of Retraction

I would like to retract my Letter of Release written above.

Date _____

Signature _____

Time of Day _____

Witnessed by Staff _____

3090 1-94

# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## NURSING SERVICE DEPARTMENT

### RECEIPT FOR PATIENT'S VALUABLES

LVN
137198

Patient's Name _____ Murphy Jedidiah

Unit _____ L-II

M106501          10-9-99
M89018
MURPHY, JIM
DR. RJSKOS
A3  7-1-7
45/85

RELEASED BY BUSINESS OFFICE

| | DATE | INITIAL |
|---|---|---|
| 1. Depakote 250mg tabs (Bottle) | | |
| 2. | | |
| 3. Effexor XR 150mg cap | | |
| 4. Haloperidol 5 mg | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |

DATE: _____ TIME: _____ PATIENT'S SIGNATURE

1. _____

Proper Accepted By

2. _____ Robbie Dowden
(Unit Staff Member)

Signature / Business Office

Witnessed by Nursing Staff _____ Peace

FINAL WITHDRAWAL DATE: 10/14/99   PT. SIG. _____ BO SIG. _____

ORIGINAL - Permanent Chart Copy / YELLOW - B.O. Copy / PINK - Temp. Chart Copy / GOLD - Patient

FORM 3077 (Rev. 7/94)

# MENTAL HEALTH SYSTEM sm

DALLAS, TEXAS 75228

| ACCT/MED RECORD NO. | ADMIN DATE | ADMIT TIME | PTP | ATTENDING | | X-RAY # |
|---|---|---|---|---|---|---|
| 000089018 | 10/09/99 16:30 | 1P | H | ROSKOS,S. RICHARD | | 00227 |

| INITIAL ACCOUNT NO. | ACM | PTP | MSV | MVA | ROOM BED | ADM. CLERK |
|---|---|---|---|---|---|---|
| 0106501 | A | I | PSY | | 9105-A | CHAV |

## PATIENT INFORMATION

| PATIENT NAME | | | AGE | D.O.B. | SEX | RACE |
|---|---|---|---|---|---|---|
| MURPHY | JIM | S.S. NO. 456712610 | 024Y | 9/01/75 | M | C |

| ADDRESS | CITY | STATE, ZIP | AC/PHONE NO. |
|---|---|---|---|
| 6305 FM 429 | KAUFMAN TX | 75148 | 972 286-157 |

| HOME ADDRESS (IF DIFFERENT) | MARITAL STATUS | RELIGION | VISIT |
|---|---|---|---|
| | S | | 000 |

**Voluntary** ✓

| NEAREST RELATIVE (RELATIONSHIP) | ADDRESS | AC/PHONE NO. |
|---|---|---|
| HOPE ABBOTT | | 972 286-157 |

**Involuntary** _____

| EMERGENCY CONTACT | ADDRESS | AC/PHONE NO. |
|---|---|---|
| SAME AS ABOVE | | 000 |

| PATIENT'S EMPLOYER | ADDRESS | AC/PHONE NO. |
|---|---|---|
| UNEMLOYED | | 000 |

## GUARANTORS INFORMATION

| NAME | ADDRESS | AC/PHONE NO. |
|---|---|---|
| MURPHY | JIM    KAUFMAN, TX | 972 286-157 |

| RELATIONSHIP | S.S. NO. | OCCUPATION / INDUSTRY |
|---|---|---|

| EMPLOYER | ADDRESS | AC/PHONE NO. |
|---|---|---|
| NONE | | 000 |

## MEDICAL INFORMATION

CONSULTING M.D.

LAST ADMIT:

ADMITTING DIAGNOSIS                    ICD CODE

DISCH. DATE      LOS    ICU DAYS    SERVICE        DRG

DATE: 10/00/00

## CLAIMS INFORMATION

| CO. # | PLAN # | GROUP # | POLICY # / ID | INSURANCE CO. | INSURED | STATUS |
|---|---|---|---|---|---|---|
| 1. 306 | 01 | | 456712610 | | NORTSTAR VALUE OPTIONS | |
| 2. 000 | 00 | | | | | |
| 3. 000 | 00 | | | | | |

MAIL CLAIM TO:

| U B 8 2 | EID | ESC | RI | AB | SP. | P. REL. | OCCUR. C. | DATE | CD | DATE | SPAN. C. | FROM | TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | UR | PRO APPROVAL | |
| | | | | | | | | | | | | | |

| PATIENT VALUABLES DEPOSITED | ☐ YES | ☐ NO | ENVELOPE NUMBER |
|---|---|---|---|

**ASSIGNMENT OF INSURANCE BENEFITS AND AUTHORIZATION TO RELEASE INFORMATION:** In consideration of services rendered, I hereby transfer and assign to Timberlawn Mental Health System all rights, title and interest in any payment due me for services described herein as provided in the above-mentioned policy or policies of insurance. I further assign all right to payment due me for

M106501   10-9-99
#89018
MURP   TIMBERLAWN MENTAL HEALTH SYSTEMsm
DR. ROSKOS   PATIENT INFORMATION SHEET
AP 9-1-75
NS/XG

Murphy

1. Patient's full name: Jedidiah Issac Murphy (Jim) (M)/F  DOB 9-1-75

2. Home address: 6305 FM 429   City Kaufman   State TX   Zip 75142

3. Phone# 972-286-1570   Marital Status: M (S) D W (circle one)   Race White

4. Patient's Social Security # 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

5. Patient's Employer: No   Phone#   Occupation

6. Address:   City   State   Zip

7. Next of Kin Hope Abbott   Relation Mother   Address: Haskall

8. City Seagoville   State TX Zip   Home# 972-286-1570 Work# Same

9. Emergency Contact: Same As Above Relation   Address:

10. City   State   Zip   Home#   Work#

11. Insurance Company: North Star Magellon

12. Insured's Name: Jedidiah Issac Murphy   Relationship Self

13. Social Security# 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   Address: Same

14. City   State   Zip   Home# A1103718 Work#

15. Employer: None   Occupation:

16. Address:   City   State   Zip

17. Presenting Problem: Medication difficulties

18. Are You Under the care of Dr. or Therapist? YES

19. Has the patient ever been to Timberlawn before? NO   If yes, when?

20. Who referred you to Timberlawn? Glen Oaks Hospital

21. Address:

22. City Greenville State TX Zip   Phone# 1-800-443-1109

**Discharge**

**DATE OF ADMISSION:**   10/09/99
**DATE OF DISCHARGE:**   10/12/99

**FINAL DIAGNOSES:**

| | | |
|---|---|---|
| **AXIS I.** | 1. | Bipolar Disorder |
| | 2. | Dissociative Identity Disorder |
| **AXIS II.** | Deferred | |
| **AXIS III.** | None | |
| **AXIS IV.** | Moderate | |
| **AXIS V.** | GAF of 30/45 | |

**REASON FOR ADMISSION:**  The patient is a 24-year-old single white male who presents stating "I can't go on."

**HISTORY OF PRESENT ILLNESS:**  The patient reports a history of bipolar II disorder and dissociative identity disorder.  He is currently followed by Dr. Estabrook at Glen Oaks.  The patient reports that he has )en feeling more depressed and hopeless recently.  He reports a current suicidal plan of overdosing.  He states ie has not been sleeping very well.  He reports frequent nightmares.  He reports appetite decline with weight loss.  His energy has been poor.  He states that he wants to stay in bed all the time.  He feels like he is oversedated from his medications.  He reports increasing dissociative episodes.  He reports that one of his alters is very aggressive.  He reports auditory hallucinations "all of the time."

Recent stressors include relationship problems and starting a new job next week.

**PAST PSYCHIATRIC HISTORY:**  As mentioned he is currently followed by Dr. Estabrook at Glen Oaks. He was recently discharged from Glen Oaks earlier this month.  He has been involved in drug rehabilitation in the past.  He also states that he has been involved in AA, has a sponsor.

**SUBSTANCE ABUSE HISTORY:**  He does have a significant history of alcohol use.  He used to drink an eighteen pack a day.  He did this for four or five years.  His last use of alcohol was about two months ago.

History of Withdrawal:  He does report a history of tremors and nausea.

Related Medical/Social/Vocational/Legal Problems:  He reports two to three Public Intoxication charges.



**TIMBERLAWN**
**MENTAL HEALTH SYSTEM**
*Dedicated to patient care, education and research since 1917.*

| | |
|---|---|
| **NAME:** | MURPHY, JIM |
| **MR#:** | 89018 |
| **UNIT:** | AP |
| **ADM. DR.:** | S. Richard Roskos, M.D. |

**DISCHARGE SUMMARY**
**Chart Copy**

Page 2 of 4

## MEDICAL HISTORY:

Past hospitalizations/surgery:  He reports numerous surgeries.  He states that he was shot in the hand and the lung in the past.  He had an appendectomy in 1994.  He had arthroscopic surgery on both knees in 1996.
Serious illnesses:  Patient denies.
Review of systems:  He states that currently he is okay physically.
Immunization status:  Unsure
Dental exam status:  Last dental examination was one and a half months ago.

**MEDICATION HISTORY:**  Current medications include Haldol 5 mg q h.s.;  Effexor unknown dosage; Seroquel 100 mg t.i.d.;  Depakote 250 mg t.i.d.

Previous Medication Trials:  Ativan and Klonopin.

Medication Allergies:  Iodine

## PERSONAL/SOCIAL HISTORY:

Developmental History:  The patient reports normal birth and states that he met developmental milestones on time.  He lived with his biologic parents until age five.  At age five his father died.  He went to a foster home at that point.
Family/Martial History, Social Support Current Living Situation:  He is currently living alone. He has never been married.  He states that he has a two-year-old daughter.  He does report relationship problems.  He states that his mother is supportive.
Family Psychiatric History:  His father abused alcohol and died of liver cirrhosis.  His brother is an alcoholic.  His paternal grandparents used alcohol.
Vocational History:  He reports that he is currently unemployed.  He states that he is suppose to start a new job next week.
Educational History:  Graduated from high school.
Spiritual Orientation:  States that he is Baptist.
Cultural Issues:  The patient denies.
Legal Issues:  The patient denies.
Physical/Sexual Abuse:  The patient reports that he was sexually abused by his adoptive father from age three to six.

**SIGNIFICANT PHYSICAL FINDINGS:**  A physical exam was performed by Paul Neubach, M.D. on 10-10-99.  Exam was found to be normal.



**TIMBERLAWN**
MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

NAME:       MURPHY, JIM
MR#:        89018
UNIT:       AP
ADM. DR.:   S. Richard Roskos, M.D.

## DISCHARGE SUMMARY
Chart Copy

age 3 of 4

**PERTINENT LAB/X-RAY DATA:** Blood chemistry on 10-11-99 showed glucose low at 36, carbon dioxide low at 19, and SGPT high at 54. Thyroid panel on 10-11-99 was within normal limits and Depakote level on 10-11-99 was slightly high at 104.

**CONSULTANT REPORTS:** None

**COURSE AND TREATMENT IN THE HOSPITAL:** The treatment team focused on addressing the patient's problem of bipolar-depressed. Interventions used to address this problem were: patient was encouraged to take medications as ordered by the physician, the patient was encouraged to attend group therapy and participate, and the patient was taught alternate coping skills.

When the patient was admitted he was placed on Close Observation and his medications were Seroquel 100 mg p.o. q a.m. and 200 mg p.o. q h.s., Depakote 250 mg p.o. q a.m. and 500 mg p.o. q h.s., and Effexor 37.5 mg p.o. b.i.d.

On 10-10-99 the patient complained of auditory hallucinations, of whispering voices talking to themselves. He also complained of frequent switching. Mental status examination revealed the patient to be cooperative with speech fluent, mood "depressed", affect was full range. He was alert and oriented x4. The patient was positive for suicidal ideation with a plan to overdose. Changes to his medications were Seroquel was changed to 100 mg p.o. t.i.d., adding a midday dose, and Depakote was changed to 250 mg p.o. t.i.d., also adding a midday dose, and Effexor was changed to Effexor XR 150 mg p.o. q a.m.

On 10-11-99 the patient stated he was losing time. He stated Effexor resulted in impotence. Effexor was discontinued and changed to Serzone 50 mg p.o. q a.m. and Serzone 100 mg p.o. q h.s. Seroquel was increased to 100 mg p.o. t.i.d. (9:00 a.m., 1:00 p.m., and 5:00 p.m) and 300 mg p.o. q h.s. Klonopin was added at 1 mg p.o. t.i.d. No other changes were made to his medication.

**CONDITION ON DISCHARGE:** On 10-12-99 the patient was requesting discharge, therefore, patient was discharged at his own request.

**DISCHARGE INSTRUCTIONS TO PATIENT/FAMILY:**
Medications: Klonopin 1 mg p.o. b.i.d., Serzone 50 mg p.o. q a.m. and 100 mg p.o. q h.s., Depakote 250 mg p.o. t.i.d., Seroquel 100 mg p.o. t.i.d. (9:00 a.m., 1:00 p.m., and 5:00 p.m) and 300 mg p.o. q h.s.

Diet: Regular



**TIMBERLAWN**
MENTAL HEALTH SYSTEM
*Dedicated to patient care, education and research since 1917.*

| | |
|---|---|
| NAME: | MURPHY, JIM |
| MR#: | 89018 |
| UNIT: | AP |
| ADM. DR.: | S. Richard Roskos, M.D. |

**DISCHARGE SUMMARY**
Chart Copy



**TIMBERLAWN MENTAL HEALTH SYSTEM**
**DISCHARGE PHYSICIAN ORDER FORM**

To be completed / reviewed by Administrative Psychiatrist before discharge.

10/9/99
89018

DISCHARGE DATE: 10 / 12 / 99   TIME: _____

DISCHARGE INSTRUCTIONS: MEDICATIONS (Include name, dosage, and amount if dispensed)

Klonopin 1mg one twice a day; Serzhede 100mg one three tim
a day and 3 at bedtime; serzone 100mg twice a day

TO BE DISPENSED ☐ YES ☒ NO

PHYSICAL ACTIVITIES RESTRICTION, DIET: regular

FOLLOW-UP MEDICAL CARE: with Primary Care Physician

DISCHARGE INSTRUCTIONS TO PATIENT / FAMILY: (Rx program, therapies, appointment date / time, disability?)

medication follow-up scheduled with MHMR for
Wed 10/13 at 1:00 with Kim Kaiser, 650 N. Rockwall
Terrell Tx 972-524-4159

COMMENTS: _____

*I have participated in development of this plan. I understand the above information.*

| PATIENT / FAMILY SIGNATURE: | DATE: |
|---|---|
| NURSE'S SIGNATURE: A. M. Osario RN | DATE: 10 12 99 |

**FINAL DIAGNOSIS:**

**PRINCIPAL DX** Bipolar D/o

**OTHER DX'S:**

**AXIS I** _____

**AXIS II** _____

**AXIS III** _____

**AXIS IV** _____

**AXIS V** 35 / 45

TYPE OF DISCHARGE: ☐ AMA  ☐ MHB  ☒ REQUEST  ☐ TRANSFER  ☐ ADMINISTRATIVE
☐ OTHER:

| ADMINISTRATIVE PSYCHIATRIST'S SIGNATURE: | DATE: 10 12 99 |

3122 (REV 2/96)

1

2

3

4

5

6

7

8

9

10                    State's Exhibit Number 147

11                       Oak Haven Records

12                       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DARLINE W. LABAR, OFFICIAL REPORTER

F00-02424-M

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § § § | IN THE 194TH JUDICIAL |
| | § | DISTRICT COURT OF |
| V. | § § | |
| | § | |
| JEDIDIAH ISAAC MURPHY | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF *Gregg* | § |

BEFORE ME, the undersigned authority, on this day personally appeared Hollis Hill, who

being by me duly sworn, deposed as follows:

"My name is Hollis Hill, I am of sound mind, capable of making this affidavit, and personally

acquainted with the facts herein stated:

I am the custodian of the records of Oak Haven Recovery Center. Attached hereto are *123*

pages of records from Oak Haven Recovery Center. These said *123* pages of records are kept by

Oak Haven Recovery Center in the regular course of business, and it was the regular course of

business of Oak Haven Recovery Center for an employee or representative of Oak Haven Recovery

Center with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the

record or to transmit information thereof to be included in such record; and the record was made at

or near the time or reasonably soon thereafter. The records attached hereto are the original or exact

duplicates of the original."

BUSINESS RECORDS AFFIDAVIT - Page 1

STATE'S
EXHIBIT
147

NGAD-Bayonne,N.J.

_Aldes B. Hill_
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME this 21ˢᵗ day of _November_, 2000, to

certify which witness my hand and seal of office.



LINDA DAVIDSON
NOTARY PUBLIC
State of Texas
Comm. Exp. 07-18-2001

_Linda Davidson_
Notary Public in and for
_Gregg_ County, _Texas_

My Commission Expires:
_7-18-2001_

BUSINESS RECORDS AFFIDAVIT - Page 2

"Jim"

NAME: Murphy Jedidiah Isaac   CASE: 75910

ADDRESS: 727 E North Commerce, Wills Point, Van Zandt Co.

DOB: 9/1/75   RACE/SEX: W/M   SS#: 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 75

LAST KNOWN FINANCIAL STATUS: INDIGENT/PAID FEE/INS/UNKNOWN

LOCATION & CASE MANAGER OF LAST SERVICE: otrea - Bill Perry

ALLERGIES: NKA

PRESENTING PROBLEM: alcohol

ADM. DATE: 11/23/98   ICP. DATE: 11/29/98   DISCH. DATE: 12/13/98   TYPE OF SERVICE: Inpatient Substance Abuse

DISCHARGE DIAGNOSIS (AXIS I & II): I - 303.90 - Alcohol Dep

II VII 09 - No Diagnosis

DISCHARGE MEDICATIONS: none

STATE FACILITY HISTORY: none

# SABINE VALLEY CENTER
## SUBSTANCE ABUSE SERVICES DIVISION
### CLIENT CONTACT / REGISTRATION / ADMISSION / UPDATE

X752216
Current Admission Date: 11/23/98
Update: 01/21/99

Form Use: C
U Reason:
RU #: 0411              OHRC/D
Client ID: 75910

Staff Name: TRAMMELL, M.
Staff ID #: 0800

CLIENT NAME: MURPHY, JEDIDIAH ISAAC
Sex: M
DOB: 09/01/75

Ethnic Group: WHITE
Age: 23

Social Security: 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

Presenting Problem: 3
(3=Alcohol; 4=Drug)

---

CURRENT ADDRESS: 727 E. N. COMMERCE        (LIVING WITH FAMILY/OTHER RELATIVES )
City: WILLS POINT
State: TX          Zip: 75169          County: VAN ZANDT
Home Phone: (903) 873-6830

REFERRAL SOURCE
Name: ANDREWS CENTER          Agency/Relation: MHMR
Referral CODE: 52

---

                                            1-Vol   2-Invol Civil   3-Invol Crim
Legal Status This Admission: 2
Marital Status: LIVING W/SIGNIFICANT OTHER OF COMMON LAW   CODE: 4
# Children Under 19: 1          Custody: yes
Pregnant: NO                              If yes, # months:
Primary Language: ENGLISH
Educational Level Achieved: 12                          CODE: 2
Employment Status: UNEMPLOYED                           CODE: 2
Reason Unemployed: S/A PROBLEM          Occupation:
Employer:

=============== MEDICAL / TREATMENT INFORMATION ===============

Current Medication: NONE
Medical Problems: NONE
Allergies: NKA

NOTES:

=============== PRIOR TREATMENT HISTORY ===============

Have you ever been treated for alcohol/drugs:  no
Total # admissions to any substance abuse program: 0
Months since last discharge from any substance abuse program: 0

=============== SUBSTANCE ABUSE RELATED INFORMATION ===============

DRUGS OF CHOICE
CODE          NAME
1ST    04        ALCOHOL
2ND
3RD

CASE: 75910
NAME: JEDIDIAH MURPHY
UNIT: 410-OHRC

CACR 12/96

## CRIMINAL JUSTICE HISTORY

Limes arrested for S.A. offenses within 120 days prior to this adm:3
rpe of Violation(s):  1: **OTHER ALCOH. RELATED**   2:


Currently on Probation: **yes**                    **County: VAN ZAND**
                         Name of probation officer: **KENNETH PRUITT**
     Currently on Parole: **no**                        **City:**
                         Name of parole officer:

Do you have any charges pending:     **no**                    Where:
If· yes, explain:

CASE: **75910**
NAME: **JEDIDIAH MURPHY**
UNIT: **410-OHRC**

**Office use only.**

Date of admission: 11/23/58

Funding source:

Time of admission: 11:00 AM

Deposit paid:

Name: (Last) MURPHY   (First) JEDIDIAH (Jim)   (Middle) ISAAC

Street address: 727 E. NORTH COMMERCE

City: WILLS POINT   County: VAN ZANDT   Zip Code: 75169

Phone: 903-873-6830   SS#: 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   Date of birth: 9-1-75   Age: 23

Gender: [ ✓ ]Male*1   [ ]Female*2   Race: [ ✓ ]White*1   [ ]Black*2   [ ]Hispanic*6   [ ]Other_____

Marital status:
[ ] Never married*1
[ ] Married*2
[ ] Widowed*3
[ ✓ ] Living with significant other or married by common-law*4
[ ] Divorced/separated with custody of children*6
[ ] Divorced/separated without custody of children*7
[ ] Divorced/separated with no children under the age of 19 *8
[ ] Unknown*9

Referred to treatment by: ANDREWS CENTER
(Name of agency or individual who referred you for substance abuse treatment)

Living arrangement prior to admission:
[ ✓ ] Living with family, significant other or other relatives*1
[ ] Sharing house, apartment, etc. with unrelated individual*2
[ ] Living alone*3
[ ] Living in rehab. facility, nursing home, halfway house*5
[ ] Prison, jail or correctional halfway house*6
[ ] Other_____*7
[ ] Homeless (living on street, in a car or shelter for homeless) short term (less than one month or in transition)*4
[ ] Homeless (living on street, in a car or shelter for homeless) long term (more than one month)*8

How many children do you have under the age of 19? _____   Do you have custody? [ ]no [ ✓ ]yes
Number of children living in your household: _____ (Children, stepchildren, grandchildren, etc.)
If female, are you pregnant? [ ]no [ ]yes, _____ months

Highest school grade completed: 12 (Ex.:If you completed 8th grade, 8 should be entered.)
Education level achieved: TECH DEGREE (Ex.: GED, high school diploma, technical degree, etc.)

Number of months employed during the last 12 months: 12

Approximate income last 12 months: $35,000 + A. @ 27,000.⁰⁰

Sources of income:
[ ✓ ] Wages/salary*1
[ ] Retirement pension*3
[ ] Unemployment*5
[ ] Illegal gain*7

[ ] None*0
[ ] Public assistance*2
[ ] Disability*4
[ ] Family/friend support*6
[ ] Other*8

CLIENT: Jedidiah "

Employment status:   [ ✓ ] Unemployed - not seeking employment*1
                     [ ] Unemployed - looking for work*2
                     [ ] Part-time - work less than 35 hours a week*3
                     [ ] Full-time - work 35 or more hours a week*4
                     [ ] Homemaker, student, disabled, retired, incarcerated or other*5

If unemployed, check primary reason for not working:   [ ] Cannot find a job*0
(Check only one)                                       [ ] Health problems not chemical-dependency related*1
                                                       [ ✓ ] Unable to keep job due to substance abuse problem -
                                                             (tardiness, poor job performance, substance abuse-related
                                                             health problems)*2
                                                       [ ] Taking care of family member(s) at home*3
                                                       [ ] Attending school/vocational training*4
                                                       [ ] Not interested in working*5
                                                       [ ] Lack of transportation*6
                                                       [ ] Lack of job skills*7
                                                       [ ] Retired*8
                                                       [ ] Other or not applicable (employed)*9
                                                       [ ] Interested in working but haven't looked for a job*10
                                                       [ ] Unemployed due to be incarcerated*11

Do you have any significant medical problems? [ ✓ ] no   [ ] yes
     If yes, explain: _____
Are you currently on prescription drugs? [ ✓ ] no   [ ] yes
     If yes, list: _____

Have you ever been treated at any of the following?:
     (If yes, check all that apply)     [ ] Oak Haven                    Year: N/A
                                        [ ] DEAR Recovery               Year: N/A
                                        [ ] Grove-Moore Center          Year: N/A
                                        [ ] Kirkpatrick Family Center   Year: N/A
                                        [ ] Woodbine Treatment Center   Year: N/A
                                        [ ] WIN Program                 Year: N/A

Number of DWI arrests during last 12 months: NONE
Number of PI (public intoxication) arrests during last 12 months: 0
Number of other drug/alcohol related arrests during last 12 months: 3

Legal status at admission:   [ ] None*0
                             [ ] Awaiting trial*1
                             [ ] Pre-trial diversion/deferred prosecution*2
                             [ ] Awaiting sentencing*3
                             [ ] Probation (DWI)*5
                             [ ✓ ] Probation (non-DWI)*6
                             [ ] Parole*7
                             [ ] In jail/prison/work release*8
                             [ ] Other*9

If you are on probation or parole, name of your probation/parole officer: KENNETH PRUITT
                What county? VAN ZANDT

CLIENT: Jedidiah Murp

Number of hospital admissions or emergency room visits during last 12 months: _____6_____ (Doesn't have to be substance abuse problem.)

Number of prior admissions to any detox program: _____0_____

Number of prior admissions to any non-detox substance abuse treatment program: _____0_____

Months since last discharge from any substance abuse treatment program: _____0_____ (if applicable)

Past IV drug use:     [✓] no     [ ] yes

Health insurance type:     [✓] No health insurance*0
                            [ ] Private insurance without substance abuse coverage*1
                            [ ] Private insurance with substance abuse coverage*3
                            [ ] Medicaid*5
                            [ ] Medicare*6
                            [ ] Champus, VA*7
                            [ ] Other public funds for health care*8
                            [ ] Unknown*9

**Substance abuse patterns at admission:**

Primary problem: _____Alcohol_____ (alcohol or type of drug)
    Number of days used last 30 days: _____
    Average use in last six months:          [ ] No use*A
                                             [ ] Less than once per month*B
                                             [ ] 1-3 times per month*C
                                             [ ] 1-2 times per week*D
                                             [ ] 3-6 times per week*E
                                             [✓] Daily*F

        Most recent usual route of administration:     [✓] Oral*1
                                                        [ ] Smoking*2
                                                        [ ] Inhalation*3
                                                        [ ] IV/IM (needles)*4
                                                        [ ] Other*6

    Year you began using on a consistent or regular basis (not just experimenting): _____88 - 89_____

Secondary problem: _____N/A_____ (alcohol or type of drug)
    Number of days used last 30 days: _____
    Average use in last six months:          [ ] No use*A
                                             [ ] Less than once per month*B
                                             [ ] 1-3 times per month*C
                                             [ ] 1-2 times per week*D
                                             [ ] 3-6 times per week*E
                                             [ ] Daily*F

        Most recent usual route of administration:     [ ] Oral*1
                                                        [ ] Smoking*2
                                                        [ ] Inhalation*3
                                                        [ ] IV/IM (needles)*4
                                                        [ ] Other*6

    Year you began using on a consistent or regular basis (not just experimenting): _____N/A_____

CLIENT: Jedidiah M
DATABASE
CASE NO: 25960

Tertiary problem: _____ (alcohol or type of drug)
        Number of days used last 30 days: _____
        Average use in last six months:

[ ] No use*A
[ ] Less than once per month*B
[ ] 1-3 times per month*C
[ ] 1-2 times per week*D
[ ] 3-6 times per week*E
[ ] Daily*F

Most recent usual route of administration:

[ ] Oral*1
[ ] Smoking*2
[ ] Inhalation*3
[ ] IV/IM (needles)*4
[ ] Other*6

Year you began using on a consistent or regular basis (not just experimenting): _____

During the last 30 days, how many days did you experience the following?:

| | |
|---|---|
| 0 | Sickness or health problems not directly related to alcohol and/or drugs. |
| 0 | Employment and/or school problems (poor attendance, poor performance, inability to find work, etc.) |
| 10 | Family and/or marital problems (serious arguments, verbal or physical abuse, poor communication, not caring for children, etc.) |
| 0 | Peer and/or social relationship problems with others besides family (serious arguments, verbal or physical abuse, poor communication, etc.) |
| 25 | Emotional and/or psychological problems (serious depression, anxiety or tension; hallucinations, trouble understanding, remembering or concentrating, serious thoughts of suicide or attempted suicide) |
| 10 | Drug and/or alcohol problems (memory lapses, blackouts, shakes/tremors or other withdrawal symptoms, disturbing effects of drug/alcohol intoxication, craving, wanting to stop and not being able to do so) |

Number of days in last 30 days you attended AA/NA meetings: ____0____

The information I have provided on this Database is true and correct to the best of my knowledge.

_Jedidiah G. Murphey_      _11-23-98_
Client's signature          Date

As a back-up to our tracking system, please provide the following information:

Your mother's first name: _HOPE ABBOTT_ (FIRST name only)

City where you were born: _SONORA_

CLIENT: Jedidiah M...
CASE NO.: 75910
UNIT CODE: 410 OHRC

# TEXAS
### DEPARTMENT OF PUBLIC SAFETY
### DRIVER LICENSE



DIRECTION

CLASS: C   DL:   12468174
DOB: 09-01-75        HT: 5-10
EXPIRES: 09-01-01    EYES: BRN
DONOR: YES           SEX: M
REST: A              END:

MURPHY, JEDIDIAH ISAAC
6305 FM 429
KAUFMAN TX 75142



97401163881

Jedidiah Murphy
75910

## SABINE VALLEY CENTER/FEE ASSESSMENT

Name: *JEDIDIAH MURPHY*

CASE NO:
Address: *727 E. NORTH COMMERCE*
City: *WILLS POINT TX.*
Phone: *903-873-6830*
Social Security No: *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*

DOB: *9-1-75*

CO-PAYMENT BY: (TCADA, TRC, CONTRACT, INSURANCE) *CCS*

### FEES BASED ON SLIDING SCALE

Family Size: *3*   % CHARGE: *50%*
TOTAL FAMILY RESOURCES: *27,000.00 J.A*
Current Gross Salary/Wage *35,000.00*
| | |
|---|---|
| Spouse's Income | Rental Income/Net |
| Dividends/Interest | SS Insurance |
| Veteran's Benefits | SS Income |
| Unemployment | SS Disability I |
| Retirement Income | Worker's Comp |
| Child Support | Other( ) |

TOTAL ANNUAL INCOME: *unknown*

**CLIENTS AGREEMENT FOR PAYMENT OF SERVICES AND RELEASE OF SOCIAL SECURITY NO.**
I understand any charges not covered by third-party payments, or any charges used to meet the policy deductible, will be billed to me based on a sliding scale and I am responsible for all co-insurance portions of all covered charges, up to my assessed rate.

By signing this form, I understand that application is being made for services from Sabine Valley Center and I will pay for these services. I understand I can make monthly payments on my charges beginning one month after discharge. All information provided on this document is true and accurate as of the time of application. I agree to report any changes in my financial circumstances immediately.

I understand that I am giving permission to Sabine Valley Center to use my name and my Social Security number as part of the confidential TDMHMR/TCADA Patient Data System which is for demographic and statistical purposes only. I acknowledge that releasing my Social Security Number is voluntary and that receipt of services is NOT contingent on submission of this information.

Comments: *Client may pay out monthly after discharge.*

Client Signature *Jedidiah Murphy*   Date *11-23-98*

Staff Signature *Trina Simmons LCDC*   Date *11-23-98*
**********************************************************
(This portion of the form is only completed if client has insurance.)
ATTACH COPY OF INSURANCE CARD
THIRD PARTY REIMBURSEMENT   *NA*
Insurance Co: _____
Address: _____

Policy Number: _____   Relationship: _____
Name of Policy Holder: _____

**ASSIGNMENT OF BENEFITS/AUTHORIZATION FOR RELEASE OF INFORMATION**
I authorize payment, under the medical insurance program, to be made to Sabine Valley Center. I also authorize release of any medical information necessary to process any insurance claims.   *NA*   Date_____
Client Signature _____

### SABINE VALLEY CENTER

CASE: *75960*
NAME: *Jedidiah Murphy*

## SUBSTANCE ABUSE SERVICES DIVISION
### of Sabine Valley Center

[X] OAK HAVEN  [ ] DEAR  [ ] KIRKPATRICK  [ ] WOODBINE  [ ] GROVE-MOORE  [ ] BEGINNING

## FINANCIAL AGREEMENT

CLIENT NAME: _JEDIDIAH MURPHY_

ADDRESS: _727 E. NORTH COMMERCE_
(Mail)                                    (Physical)

HOME PHONE: _903-873-6830_     BUSINESS: _N/A_

TOTAL ANNUAL INCOME: $ _29,000.00_     FAMILY SIZE: _3_   Percentage Charge: _50%_

BASED ON SLIDING FEE PERCENTAGE, YOUR COST WILL BE APPROXIMATELY: $ _112.50 per_

Clients of Sabine Valley Center's Substance Abuse Services Division will receive monthly itemized statements.

_Jedidiah Murphy_ have discussed with the treatment center staff my responsibility and capability of payment for services. I hereby agree to pay, to the best of my ability the sum of _$50_ per _month_.

I also agree to allow Sabine Valley Center to file on my insurance and will be responsible for the unpaid balance.

If for some reason I am unable to make a payment as scheduled, I agree to contact the business office at (903) 938-5149 to make further arrangements.

I understand that if I have the ability to pay the agreed fee for service, but refuse to do so, I may be refused further substance abuse services until agreement on a payment schedule has been reached.

Client Signature: X _Jedidiah Murphy_ Date: _11-23-98_

Staff Signature: _Renee Simmons, Lic_ Date: _11-23-98_

cc: client chart

**FINANCIAL AGREEMENT**

NAME: _Jedidish Murphy_
CASE#: _75910_
UNIT#: 410 - OHBC

# SABINE VALLEY CENTER
## INFORMED CONSENT FOR PERMISSION TO PHOTOGRAPH / TAPE / VIDEO

**Check Appropriate Statement**

_____✓_____ I, and / or my guardian hereby give permission / consent to have Sabine Valley Center photograph / tape / video for the purpose of identification.

_____ I, and / or my guardian refuse to allow Sabine Valley Center to photograph / tape / video for the purpose of identification.

_____ I, and / or my guardian give permission / consent to have Sabine Valley Center photograph / tape / video and to use the photograph (s) / tape (s) / video (s) in public awareness efforts, such as speeches articles in newspapers, magazines, television, etc.

_____ I and / or my guardian refuse to allow Sabine Valley Center to photograph / tape / video and to use the photograph (s) / tape (s)/ video (s) in public awareness efforts, such as speeches, articles in newspapers, magazines, television, etc.

_____ I, and /or my guardian, hereby consent to give permission to Sabine Valley Center to make a tape recording and / or video taping of my therapy session with _____(therapist name) on _____(date). I and / or my guardian under stand that this will be used only for the purpose of treatment by Sabine Valley Center staff.

**This authorization expires in 90 days from the date it was signed.**

_Jedidiah Murphy_
Signature of Consumer

Date and Time: _11-23-98, 11:10_

Date and Time: _____

Signature of Guardian

_Cheri Coulbet_
Signature of Witness

Date and Time: _11-23-98 1110_

Date and Time: _____

Signature of Witness

C-120
Revised: 8 / 88 - 11 / 93

Name: _Jedidiah Murphy_
Case No: _75910_



of SABINE       LEY CENTER

[ ] OAK HAVEN   [ ] DEAR   [ ] KIRKPATRICK   [ ] W.I.N. [ ]  GROVE-MOORE   [ ]  WOODBINE  [ ]  BEGINNINGS

## FOLLOW-UP PROGRAM/CONSENT FOR RELEASE OF INFORMATION

I understand that now that I am a client of one of Sabine Valley Center's Substance Abuse Programs, I will automatically be place in the Follow-Up Program and hereby give my permission to Sabine Valley Substance Abuse staff to contact my family, friends and/or A.A./N.A. members listed below to find out how I am doing.

I also understand that information regarding my condition will not be given out by the Center staff.

<u>SUGGESTED CONTACTS:</u>  (please give two follow-up sources)

1. _Hope Abbott_ , _6305 F.M. 429 KAUFMAN_, _972-962-7443_, _Mom_
   Name                Address                    Telephone        Relationship

2. _Chelsea Murphy_ , _727 E. North Commerce_, _903-873-6830_, _Wife_
   Name                Address                    Telephone        Relationship

3. _Logan Craft_ , _101 E. South Commerce_, _903-873-2215_, _Grandad_
   Name                Address                    Telephone        Relationship


_Jedidiah Murphy_                              _12-13-98_
Signature of Client                           Date


Signature of Witness                          Date


RELEASE FOR FOLLOW-UP

NAME: _Jedidiah Murphy_
CASE#: _25910_
UNIT #: _410-04RC_

## SUBSTANCE ABUSE SERVICES DIVISION
### of Sabine Valley Center

| | RC | | | DEAR | | | KFC | | | WIN | | | GMC | | | WTC | | | BEGINNING: Tyler, Henderson, Texarkana |

# RECIPROCAL AUTHORIZATION OF EXCHANGE OF INFORMATION

*Jedediah Murphy*
(name of client)

09-01-75   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
(date of birth)   (social security number)

## AUTHORIZE THE FOLLOWING PERSONS/AGENCIES TO **EXCHANGE** INFORMATION:

Sabine Valley Center Substance Abuse Services Division
Oak Haven Recovery Center, Rt 5 Box 120, Marshall, Texas 75670
(name of person/agency)   (address)   (903) 938 - 5149
(telephone number)

*Elizabeth Everett*   *County Court House*
*Van Zant County Clerks Office*   *Canton Tex. 75   75103*   *903-567-6503*
(name of person/agency)   (address)   (telephone number)

**PLEASE RELEASE THE FOLLOWING INFORMATION FROM MY RECORDS: (VERBALLY/WRITTEN)**
Verification of Admission, Treatment Planning, Discharge Planning, Progress, Prognosis, Attitude, Referrals, Recommendation
(list specific information to be exchanged)

**FOR THE PURPOSE OF :**   ~~Probation Requirement and/or~~ Coordination of Services

AUTHORIZATION EXPIRES 30 ~~90 DAYS~~ FROM THE DATE OF THIS FORM. DATE: 11-30-78  FORM EXPIRES: 12-30-98

I understand that I may revoke this authorization in writing at any time prior to the release of the information specified above.
This form was read [ +BY [ ] TO me. I understand its meaning. All blanks were filled in before being signed by me.

*Jedediah G. Murphy*
signature: client)

*Bill Perry LCDC*
(signature: witness, if appropriate)

_____
signature: parent/guardian, if appropriate)

_____
(signature: witness, if appropriate)

NAME STAFF PERSON RELEASING INFORMATION: (written)_____
(TITLE)   (DATE)

NOTICE TO RECIPIENTS OF INFORMATION: This information has been disclosed to you from records whose confidentiality is protected by FEDERAL LAW. Federal regulations (42 CFR Part 2) prohibits you from making any further disclosure of information without written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for release of medical or other information is not sufficient for this purpose.

CONSENT FOR RELEASE OF INFORMATION *reprinted 98*

NAME: *Jedediah Murphy*
CASE#: *75 910*

# SUBSTANCE ABUSE SERVICES DIVISION
of Sabine Valley Center

OAK HAVEN      [ ] DEAR      [ ] KFC      [ ] WIN      [ ] WTC      [ ] GMC      [ ] BEGINNING - Tyler, Henderson, Texarkana

## EMERGENCY MEDICAL INFORMATION

JEDIDIAH MURPHY   09-01-75      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   hereby authorize:
_(Client Name)_          _(Date of Birth)_          _(Social Security Number)_

**SABINE VALLEY CENTER's SUBSTANCE ABUSE SERVICES DIVISION TREATMENT PROGRAMS**
to contact:   ( MOM )

HOPE ABBOTT   6305 F.M. 429      973-963-7443
_(Name - Relationship)_   _(Address)_   _(Phone Number)_
( FIANCE )      Wills Point, Kaufman, Tx.

CHELSEA WILLIS   727 E. NORTH COMMERCE   903-873-6830
_(Name - Relationship)_   _(Address)_   _(Phone Number)_
Wills Point, Tx.

In order for SVC's SASD Treatment Program to better serve me I am providing the following information regarding my health:

* DRUG ALLERGIES: _NO_
* OTHER KNOWN ALLERGIES: _NO_
* MAJOR ILLNESS/HEALTH ISSUES: _NO_

* RECENT SURGERY: _NO_

* MEDICATIONS: _NO_
* LAST FREQUENTLY USED DRUGS: _NO Alcohol_
  QUANTITY: _8 - shots_      LAST USED: _11-15-98_
  _8 - beers_

_Jedidiah L. Murphy_      _11-23-98_
Signature of Client      Date

_Cheri Gilbert_      _11-23-98_
Signature of Witness      Date

SUBSTANCE ABUSE SERVICES DIVISION

NAME: _Jedidiah Murphy_
CASE#: _75510_

## SUBSTANCE ABUSE SERVICES DIVISION
### of Sabine Valley Center

| [X] OHRC | [ ] DEAR | [ ] KFC | [ ] WIN | [ ] WTC | [ ] GMC | [ ] BEGINNING: Tyler, Henderson, Texarkana |

## CLIENT RIGHTS RECEIPT ACKNOWLEDGEMENT

I HAVE RECEIVED A COPY OF THE SABINE VALLEY CENTER CONSUMER RIGHTS & RESPONSIBILITIES MANUAL, which includes my rights as a client of Sabine Valley Center, and my rights as a client of the Substance Abuse Services Division, as follows:

(1) You have the right to a humane environment that provides reasonable protection from harm and appropriate privacy for your personal needs.

(2) You have the right to be free from abuse, neglect and exploitation.

(3) You have the right to be treated with dignity and respect.

(4) You have the right to appropriate treatment in the least restrictive setting available that meets your needs.

(5) You have the right to be told about the program's rules and regulations before you are admitted.

(6) You have the right to be told before admission:
   (a) the condition to be treated;
   (b) the proposed treatment;
   (c) the risks, benefits, and side effects of all proposed treatment and medication;
   (d) the probable health/mental consequences of refusing treatment; and other treatments available and which ones, if any, might be appropriate for you.

(7) You have the right to accept or refuse treatment after receiving this explanation.

(8) If you agree to treatment or medication, you have the right to change your mind at any time (unless specifically restricted by law).

(9) You have the right to a treatment plan designed to meet your needs and to take part in developing that plan.

(10) You have the right to meet with staff to review and update the plan on a regular basis.

(11) You have the right to refuse to take part in research without affecting your regular care.

(12) You have the right not to receive unnecessary or excessive medication.

(13) You have the right not to be restrained or placed in a locked room by yourself unless you are in danger to yourself or others.

(14) You have the right to have information about you kept private and to be told about the times when information can be released without your permission.

(15) You have the right to communicate with people outside the facility. This includes the right to have visitors, to make telephone calls, and to send and receive mail. This right may be restricted on an individual basis by your doctor or the person in charge of the program, if it is necessary for your treatment or for security, but even then you may contact an attorney or the Texas Commission on Alcohol and Drug Abuse at any reasonable time.

(16) You have the right to be told in advance of all estimated charges and any limitations on length of services that the facility is aware of.

(17) You have the right to receive an explanation of your treatment or your rights if you have questions while you are in treatment.

(18) If you consented to treatment, you have the right to leave the facility within four (4) hours of requesting release unless a physician determines that you pose a threat of harm to yourself or others.

(19) You have the right to make a complaint and receive a fair response from the facility within a reasonable time.

(20) You have the right to complain directly to the Commission on Alcohol and Drug Abuse at any reasonable time.

(21) You have the right to get a copy of these rights before you are admitted, including the Commission's address and phone number.

(22) You have the right to have your rights explained to you in simple terms, in a way you understand, within 24 hours of being admitted.

I HAVE RECEIVED AN EXPLANATION and UNDERSTAND THE CLIENT RIGHTS.

_Jedidiah Murphy_  11-23-98
Signature: Client    Date

_Cheri Colbert_  11-23-98
Signature: Staff providing the information    Date

NAME: _J. Murphy_
CASE#: _75960_

CLIENT RIGHTS    RIGHTS #020 R 0497

SUBSTANCE ABUSE SERVICES DIVISON

of Sabine Valley Center

**[X] OAK HAVEN   [ ] DEAR   [ ] KIRKPATRICK**

## VOLUNTARY CLIENTS - ADDITIONAL RIGHTS

addition to the rights described in the " Client Bill of Rights" voluntary clients in <u>residential</u> programs shall be advised as to the llowing rights with regard to requests for discharge:

I.  You have the right to leave the treatment facility within four hours after you tell a staff person you want to leave.  If you want to leave, you need to say so in writing  or tell a staff person.  If you tell a staff person you want to leave, the staff person must write it down for you to ensure that it is documented.  There are only three reasons why you would not be allowed to leave:

  A. First, if you change your mind and want to stay at the facility, you can sign a document that states that you do not wish to leave, or you can tell a staff member that you do not want to stay, and the staff member has to write it down for you.

  B. Second, if your doctor thinks you need to stay longer and an "Application for Court-Ordered services or Emergency Detention" is filed with a judge, you may not be able to leave.  The judge would be asked to decide if you should stay at the facility or if you should be allowed to leave.  You can only be made to stay if the judge decides that either:

    1.  you are likely to cause serious harm to yourself;

    2.  you are likely to cause serious harm to others; or

    3.  your condition will continue to deteriorate and you are unable to make an informed decision as to whether or not to stay for treatment; and

    4.  your application must be filed within the next business day after the doctor's examination.

  C. Third, if you are under 16 years old, and the person who admitted you (your parents, guardian, or conservator) doesn't want you to leave, you may not be able to leave.  If you request release, staff must explain to you whether or not you can sign yourself out and why.  The facility must notify the person who does have authority to sign you out and tell that person that you want to leave.  The person must talk to your doctor, and your doctor must document the date, time and outcome of the conversation in your medical record.

II. Within four hours of telling staff you want to leave, you have the right to be examined face-to-face and assessed for discharge readiness by your doctor, with input from your treatment team.  The doctor must note in your medical record and tell you about plans to file an application for court-ordered treatment or for detaining you for other clinical reasons. If the doctor finds that you are ready to be discharged, you should be discharged without further delay.

III. Nobody can ask a judge to commit you for services while you are a voluntary client unless you leave the facility without permission or you refuse or are unable to consent to appropriate and necessary treatment.  Even if you leave the facility without permission or refuse or are unable to consent to appropriate and necessary treatment nobody can ask a judge to commit you unless:

  A. you are likely to cause serious harm to yourself or others; or

  B. your condition will continue to deteriorate and you are unable to make an informed decision as to whether or not to stay for treatment.  If an order of protective custody is sought, the doctor must show that as a result of your deterior-ating condition, you are very likely  to present a risk of serious harm to yourself or others.

X I HAVE RECEIVED AN EXPLANATION OF THE ADDITIONAL CLIENT RIGHTS FOR RESIDENTIAL PROGRAMS.

X I UNDERSTAND THE CLIENT RIGHTS.

X I HAVE RECEIVED A COPY OF THESE RIGHTS.

_Kedidiah Murphy_  11-23-98          _Cheri Gilbert_  11-23-98
ignature: Client            Date          Signature:  Staff providing information   Date

NAME: __J. Murphy__
CASE#:  75910

LIENT RIGHTS (RESRIGHT10/97)

## SUBSTANCE ABUSE SERVICES DIVISION
### of Sabine Valley Center

[X] OAK HAVEN   [ ] DEAR RECOVERY   [ ] KIRKPATRICK   [ ] W.I.N.   [ ] GROVE-MOORE   [ ] WOODBINE
[ ] BEGINNINGS - Tyler, Henderson, Texarkana

# GRIEVANCE PROCEDURE

Clients have the right to file a grievance or any complaint, against any Sabine Valley Center staff member or volunteer, including but not limited to, complaints about violations of client rights or TCADA standards and discrimination regarding sex, race, age, religion or disability. You may complain directly to any staff member, however we suggest you start with your primary counselor. Action will be taken to resolve all grievances/complaints promptly and fairly.

Employees at each program site will answer questions about client rights and assist clients, upon request, in filing complaints. Clients shall be provided with pens, paper, envelopes and postage for filing complaints upon request. Clients are allowed access to a telephone in order to call the Texas Commission on Alcohol and Drug Abuse and/or any of the groups listed below to file a complaint.

Any client grievance involving a staff member must be submitted in writing to the Client Management Committee, consisting of the two most senior members of the treatment program and any other two responsible clients they select. The Client Management committee will investigate all such grievances along with the Program Supervisor and the staff member(s) involved within 24 hours (72 on weekends). It is the Supervisor's responsibility to see that all persons concerned are fairly heard and to notify anyone involved of the findings and recommendations within seven (7) calendar days.

Any grievance involving a client against another client must be submitted in writing to a counselor or supervisor. The counselor or supervisor and the persons involved will investigate the grievance and deal with it in group therapy as soon as possible. The Program Supervisor will have the deciding position in solving all disputes.

Clients not satisfied by the above procedures may use the Administrative Line of Authority of Sabine Valley Center. The Center's Client Rights Officer (telephone 903-234-0272) and Executive Director (telephone 903-758-2471) shall implement the Center's procedures to investigate suspected client abuse and/or neglect.

## ADVOCACY

Clients of Sabine Valley Center have the right to assistance, advise or representation from the various advocacy groups in our area and state. Clients may call the following with questions, complaints, concerns, suggestions, or to report client or child abuse and/or neglect:

**TEXAS COMMISSION ON ALCOHOL AND DRUG ABUSE**
9001 N. IH 35, St. 105, Austin, Texas 78753
**1-800-832-9623**

**TEXAS DEPARTMENT OF MHMR**
Client Services & Rights Protection Hot line
**1-800-252-8154**

**TEXAS DEPARTMENT OF PROTECTIVE & REGULATORY SERVICES**
Child Abuse Hot line
**1-800-544-9731**

**STATE BOARD OF MEDICAL EXAMINERS**
P.O. Box 2018, Austin, Texas  78768-2018
**1-512-305-7010**

**U.S.DEPARTMENT OF CIVIL RIGHTS, HEALTH &  HUMAN SERVICES**
1200 Main Tower, Dallas, Texas  75202
**1-214-767-4056**

**SABINE VALLEY CENTER**
Office of Client Rights and Protection
**1-903-234-0272**

**SABINE VALLEY CENTER**
Crisis Hot line
**758-4480 or 1-800-832-1009**

**PUBLIC RESPONSIBILITY COMMITTEE**
P.O. Box 8021, Longview, Texas 75607
**1-800-661-4772**

**ADVOCACY, INCORPORATED**
Client Rights Protection and Services
**1-800-252-9108**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
8610 Shoal Creek Blvd., Austin, Tx 78759
**1-512-406-5762**

Complaints, which cannot be resolved by procedures of the Sabine Valley Center shall be forwarded to the Texas Commission on Alcohol and Drug Abuse for resolution through their Board of Inquiry and/or the Texas Department of MHMR.

I understand the Grievance Procedure. I have received an explanation and copy of the procedure and placed it in my Client Book.

_Jedidiah N Murphy_     Date: _11-23-98_
Signature / Client

Date: _____
Signature / Consentor (if other than client)

_Chris Coulbert_     Date: _11-23-98_
Signature / Staff providing information

Substance Abuse Services Division

Name: _Jedidiah Murph_
Number: _75910_

**SUBSTANCE ABUSE SERVICES DIVISION**
of Sabine Valley Center

| [ ] OAK HAVEN | [ ] DEAR | [ ] KIRKPATRICK | [ ] WIN | [ ] WTC | [ ] GMC | [ ] BTC |

## VOLUNTARY CONSENT TO TREATMENT

**I agree to** actively participate in all aspects of my substance abuse treatment as it relates to my specific problem at Sabine Valley Center and fully understand that the success of my treatment depends on my full cooperation. I realize that failure to participate in the treatment plan designed for my individual need may result in my being discharged from the program. I understand that if I choose to leave before the staff deems advisable, such actions may restrict future admissions to this program and 60 days must elapse before I am eligible to reenter the program.

**I give my consent to:**

[✓] submit to drug screens when requested by staff and understand that refusal could result in termination of treatment in which case appropriate referrals will be made;

[ ] submit to room search when applicable by staff should it become necessary for my safety or others;

[✓] the staff to self-administer/administer medication as applicable, advise me of proper care and to otherwise treat me as deemed necessary;

[✓] participate in housekeeping activities and small scale fundraising activites for client special events;

[✓] the staff that in the event my physical or mental condition is determined to require the services of a doctor or hospital or any other agency I will be referred to the appropriate service(s) and in an emergency will be transported by ambulance or Center vehicle to the most available service.

During the admission process, I was informed of, had explained to me, and been oriented to the following:

[✓] Program philosophy
[✓] Nature of Specific condition to be treated, process and purpose of Treatment
[✓] Expected benefits of treatment and the probable physical/mental health consequences of not consenting
[✓] Staff Performing Services and their Credentials
[✓] Cost of Treatment
[✓] Program Rules and Regulations including Level/Phase System, visits, phone calls, mail, gifts, etc.
[✓] Expectations of client participation, behavior and disciplinary process
[✓] Opportunities for family/significant others involvement in treatment.
[✓] Potential Risks (Medication)/Inpatient Programs
[✓] Alternative Treatments or Services Available
[✓] Client Rights & Grievance Procedure
[✓] Confidentiality is protected by Federal law and regulations with information released if client consents in writing, court order is presented, or a medical emergency. Federal laws do **not** protect information, re: suspected child abuse/neglect or a crime committed either at the program or against any person who works for the program or any threat to commit such a crime.

[ ] Other:_____

I understand the financial costs of my treatment and agree to assume full responsibility for payment as agreed in the Financial Agreeme

I understand and have received a verbal explanation along with a copy of the "Client Handbook" containing the above information and a being fully informed of all the above, voluntarily consent to treatment. I understand I may revoke this consent at any time for any reason

_Jedidiah Murphy_
Signature of Client

_11-23-98_
Date

_Cheri Culbert_
gnature of Witness

_11-23-58_
Date

NAME: _Jedidiah Murph_
CASE#: _75960_
UNIT#: _410/411_

**VOLUNTARY CONSENT TO TREATMENT**

**SUBSTANCE ABUSE SERVICES DIVISION**

of SABINE VALLEY CENTER

X] OAKHAVEN  [  ] DEAR  [  ] KIRKPATRICK  [  ] W.I.N.  [  ] GROVE-MOORE  [  ] WOODBINE  [  ] BEGINNINGS: Tyler, Henderson, Texarkan

## FOLLOW-UP PROGRAM/CONSENT FOR RELEASE OF INFORMATION

I understand that as a client of one of Sabine Valley Center's Substance Abuse Programs, I will automatically be placed in the Follow-Up Program and hereby give my permission to Sabine Valley Substance Abuse staff to contact my family, friends and/or A.A./N.A. members listed below to find out how I am doing regarding my recovery, health, financial status, living situation and children.

I also understand that information regarding my condition is strickly confidential and will not be given out by the Center staff. This information is used for statistical purposes only.

**SUGGESTED CONTACTS:**  (please give at least two follow-up sources)

1. _HOPE ABBOTT_ , _6305 F.M. 429_  _910-962-7443_  _MOM_
       Name         _Kaufman, Tx_   Address      Telephone      Relationship

2. _CHELSEA WILLIS_ , _727 E. NORTH COMMERCE_ _903-873-6839_  _FIANCE_
       Name         _Wills Point, Tx._   Address      Telephone      Relationship

3. _____ , _____ _____ _____
       Name          Address      Telephone      Relationship

This consent is subject to revocation by the undersigned at any time except to the extent that action has been taken in reliance herein, and if not earlier revoked, it shall terminate on **90 days FROM LAST DATE OF CLIENT/FACILITY CONTACT** without expressed revocation.

_Jedidiah Murphy_        Date _11-23-98_
Signature of Client

_Cheri Culbert_        Date _11-23-98_
Signature of Witness

**RELEASE FOR FOLLOW-UP**        NAME: _Jedidiah Murphy_

       CASE#: _25910_

## SUBSTANCE ABUSE SERVICES DIVISION
of Sabine Valley Center

| | MRC | | | DEAR | | | KFC | | | WIN | | | GMC | | | WTC | | | BEGINNING: Tyler, Henderson, Texarkana |

# RECIPROCAL AUTHORIZATION OF EXCHANGE OF INFORMATION

I, *JEDIDIAH MURPHY*                    09-01-75        456-71-26__
   (name of client)                     (date of birth)    (social security number)

## AUTHORIZE THE FOLLOWING PERSONS/AGENCIES TO **EXCHANGE** INFORMATION:

Sabine Valley Center Substance Abuse Services Division
Oak Haven Recovery Center, Rt 5 Box 120, Marshall, Texas 75670          (903) 938 – 5149
   (name of person/agency)                (address)                     (telephone number)

*VAN ZANDT CO    CANTON, Tex. 903 – 567 – 4066*
   (name of person/agency)                (address)                     (telephone number)

**PLEASE RELEASE THE FOLLOWING INFORMATION FROM MY RECORDS:** (VERBALLY/WRITTEN)
Verification of Admission, Treatment Planning, Discharge Planning, Progress, Prognosis, Attitude, Referrals, Recommendatio
                        (list specific information to be exchanged)

**FOR THE PURPOSE OF :**    (Probation) Requirement and/or Coordination of Services

AUTHORIZATION EXPIRES **90 DAYS** FROM THE DATE OF THIS FORM. DATE: *11-23-98* FORM EXPIRES: *2-23*

I understand that I may revoke this authorization in writing at any time prior to the release of the information specified above
   This form was read [ ] BY [✓] TO me. I understand its meaning. All blanks were filled in before being signed by me.

X *Jedidiah Murphy*                         *Kinda A _____, LCDC*
(signature: client)                          (signature: witness, if appropriate)

_____            _____
(signature: parent/guardian, if appropriate)   (signature: witness, if appropriate)

NAME  STAFF PERSON RELEASING INFORMATION: (written)_____
                                                        (TITLE)          (DATE)

NOTICE TO RECIPIENTS OF INFORMATION:  This information has been disclosed to you from records whose confidentiality is protected by FEDERAL LAW. Federal regulations (42 CFR Part 2) prohibits you from making any further disclosure of information without written consent of the person to whom it pertains, or as otherwise permitted by such regulations.  A general authorization for release of medical or other information is not sufficient for this purpose.

## CONSENT FOR RELEASE OF INFORMATION  sipsess/98

NAME: *Jedidiah Murphy*
CASE#: *75960*

NO. JM

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| FOR THE BEST INTEREST | § | |
| AND PROTECTION OF | § | |
| | § | |
| JM | § | VAN ZANDT COUNTY, TEXAS |

## WAIVER OF PROBABLE CAUSE HEARING BY PATIENT

I, JEDIDIAH MURPHY, the proposed patient in the above entitled and numbered cause ,

and for my own and/or others' protection, hereby waive my opportunity to appear and present

evidence at a Hearing on Probable Cause.  In this regard I would stipulate that if a hearing were

held, the evidence would support the determination of and a hearing officer could reasonable

conclude, that an adequate factual basis exists for probable cause to believe that I present a

substantial risk of serious harm to myself or others such that my detention in protective custody

should continue pending the commitment hearing, if any.

SIGNED this 23 day of November , 1998.


_____
JEDIDIAH MURPHY

RUTHIE McADOO
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 1-19-2000

SUBSCRIBED AND SWORN TO BEFORE ME on this 23rd day of November

1998.

_____
Notary Public In and For the State of Texas


WAIVER - PAGE 1
template/mental/waiver5

J. Murphy
75910

NO. 1682

| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
|---|---|---|
| FOR THE BEST INTEREST | § | |
| AND PROTECTION OF | § | |
| | § | |
| JM | § | |
| AS A CHEMICALLY DEPENDENT PERSON | § | VAN ZANDT COUNTY, TEXAS |

## ORDER APPOINTING ATTORNEY, FOR INSPECTION
## SETTING HEARINGS, AND FOR NOTICE

On this the _20_ day of _November_____, 1998, it having been called to the attention of the Court that an Application for Court-Ordered Chemical Dependency Treatment Services for JEDIDIAH MURPHY as a Proposed Patient, has been filed in the above-referenced cause, accompanied by a Certificate of Medical Examination for Chemical Dependency, and, if applicable, a Motion for an Order of Protective Custody:

IT IS THEREFORE ORDERED:

1.    That J. PATRICK SPRUIELL is appointed Attorney to represent the proposed patient; that said attorney shall be furnished with all records and papers, and shall have access to all hospital and doctors' records in said cause; and that, to ensure effective communication between said attorney and the proposed patient, any necessary interpreters be likewise appointed.

2.    That, if applicable, a hearing on probable cause be held on NOVEMBER 23, 1998, at 1:30 P.M. at Van Zandt County Courthouse, Canton, Texas.

3.    That said Application be and the same is hereby set to be heard on DECEMBER 1, 1998 at 1:30 P.M. at Van Zandt County Courthouse, Canton, Texas.

4.    That the Clerk of the Court issue Notice of Hearings to the Proposed Patient, who also shall be personally served with copies of the Application and Certificate, and if applicable the Order of Protective Custody, as soon as possible within a reasonable period of time prior to the time of the Probable Cause Hearing, if any.

5.    That the Clerk of the Court appear and be present with all papers filed in this cause at the hearings specified above.

R. W. LAWRENCE, COUNTY JUDGE
VAN ZANDT COUNTY, TEXAS

ORDER APPOINTING ATTORNEY, FOR INSPECTION, SETTING HEARINGS, AND FOR NOTICE - PAGE 1
template/chemical/order2

J. Mur
75960

## CLERK'S RETURN FOR MAILING COPY OF APPLICATION
## AND NOTICE OF HEARING

(Applicable only if the patient is a minor or the subject of a guardianship)

On the _____ day of _____, 19___ at ___ o'clock ___.m., a true and correct copy of this Notice and the Application was sent by certified mail to _____, the parent, guardian, or managing conservator as the case may be, of the proposed patient.

To certify which witness my hand officially.

ELIZABETH EVERITT,  COUNTY CLERK
Van Zandt County, Texas

By:_____
                    Deputy

## OFFICER'S RETURN

Cam to hand on the ____ day of _____, 19____, at _____ o'clock ___.m., and executed in _____ County, Texas, by delivering to the within named patient, at _____ o'clock, ___ .m., with a true and correct copy of the petition thereon attached.

To certify which witness my hand officially.

_____
Sheriff/Constable
Van Zandt County, Texas

By:_____
Deputy

NOTICE OF HEARING ON APPLICATION FOR COURT-ORDERED TEMPORARY MENTAL HEALTH SERVICE
AND OF PROBABLE CAUSE HEARING ON PROTECTIVE CUSTODY - PAGE 2
Template/mental

J. Murph
75910

NO. 1682

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| FOR THE BEST INTEREST | § | |
| AND PROTECTION OF | § | |
| | § | |
| JM | § | VAN ZANDT COUNTY, TEXAS |
| A CHEMICALLY DEPENDENT PERSON | | |

## ORDER OF PROTECTIVE CUSTODY FOR CHEMICAL DEPENDENCY

TO:   Any Peace Officer

WHEREAS, a sworn Application for the Court-Ordered treatment of JEDIDIAH MURPHY, hereinafter called "Proposed Patient," is pending in the above-referenced Court, and here also having been filed by the appropriate representative of the State, a Motion for an Order of Protective Custody, accompanied by a physician's Certificate of Medical Examination for Chemical Dependency showing that the proposed patient has been examined not later than five (5) days before the filing of such certificate;

And, WHEREAS the Court has considered said Application, Motion, Certificate, and taken further evidence, if any was needed for a fair determination of the matter, and has resolved that the conclusions and beliefs of the applicant, movant and certifying physician are adequately supported by the information presented;

And WHEREAS the Court has thereby determined that the certifying physician has stated his opinion and his detailed basis, that the proposed patient is a chemically dependent person; and has further determined that said proposed patient presents a substantial risk of serious harm to self or others if not immediately restrained pending a hearing on probable cause;

Now THEREFORE, you are hereby ORDERED to take the person of the proposed patient into protective custody and immediately transport such person to the following treatment facility or suitable place for detention OAKHAVEN HOSPITAL, MARSHALL, TEXAS where said proposed patient is to be detained according to law, pending a Probable Cause hearing or upon further Order of the Court.

HEREIN FAIL NOT, but of this Order made due return to said Court showing how you have executed the same.

GIVEN UNDER MY HAND this 20 day of November, 1998.

_____
R.W. LAWRENCE, COUNTY JUDGE

**ORDER OF PROTECTIVE CUSTODY FOR CHEMICAL DEPENDENCY** - PAGE 1

J. Murp
25910

VAN ZANDT COUNTY, TEXAS

RECEIVED AT OAKHAVEN HOSPITAL, MARSHALL, TEXAS

_____, 1998

_____

Head of Facility

BY: _____

Designee

J. Murph[...]
75960

Case 3:10-cv-00163-N   Document 42-15   Filed 05/05/10   Page 116 of 533   PageID 11636

NO. _____

| THE STATE OF TEXAS | § | IN THE COUNTY COURT OF |
| FOR THE BEST INTEREST | § | |
| AND PROTECTION OF | § | |
| __J M__ | § | |
| (Initials Only) | § | VAN ZANDT COUNTY, TEXAS |

## PHYSICIAN'S CERTIFICATION OF MEDICAL EXAMINATION
## FOR CHEMICAL DEPENDENCY

I, the undersigned, a person licensed to practice medicine in the State of Texas, or a person employed by an agency of the United States having a license to practice medicine in any state of the United States, do hereby certify, to wit:

1.  That my name and address is _HA Davis MD_
_Andrews Center   Canton, TX_

2.  That on the _19_ day of _November_, 19_98_, at the following location: _Andrews Center_ _____. I evaluated and examined _Jedidiah Murphy_, hereinafter called "Patient."

3.  Prior to this examination, the Patient

( L )  was
(   )  was not

informed that communications with me would not be privileged.

4.  The Patient, whose address is _727 E N Commerce  Wills Point, TX_ _____, has been under my care for the following, if any, period of time: _5 mos_

5.  An accurate description of the treatment, if any, given by me or administered under my direction is as follows: _psychotropic medication_

PHYSICIAN'S CERTIFICATE OF MEDICAL EXAMINATION
FOR MENTAL ILLNESS - Page 1
form/mental/PHYSICIAN.CERT

_J. Murphy_
_75910_

6.      (NOTE: MUST BE COMPLETED IN EVERY CASE TO SHOW PATIENT IS CHEMICALLY DEPENDENT AND IS LIKELY TO CAUSE SERIOUS HARM TO SELF OR OTHERS OR MAY DETERIORATE.)

That I am of the opinion that the Patient is chemically dependent, and (check the box of the criteria which applies to the Patient):

( ✓ )   is likely to cause serious harm to himself; or

( )     is likely to cause serious harm to others; or

( )     will, if not treated, continue to suffer severe and abnormal mental, emotional or physical distress and will continue to experience deterioration of his ability to function independently and is unable to make a rational and informed decision as to whether or not to submit to treatment.

The detailed basis for this opinion is as follows:

A.      On or about (date) _11-19-98_ the above named person said the following:

        1. _Pt states he cannot control alcohol_

        2.

        3.

        4.

B.      On or about (date) _11-18-98_ the above named person committed the following acts:

        1. _Pt overdosed on 40 pills_

        2.

        3.

        4.

PHYSICIAN'S CERTIFICATE OF MEDICAL EXAMINATION
FOR MENTAL ILLNESS - Page 2
forms/mental/PHYSICIAN.CERT

_J. Murphy_
_75910_

7.    (NOTE: COMPLETE THIS ITEM ONLY IF THIS CERTIFICATE IS TO BE OFFERED IN SUPPORT OF A MOTION FOR AN OPC.  IT IS NOT SUFFICIENT TO RESPOND BY REFERENCE TO ANY OTHER ITEM IN THIS CERTIFICATE.).

That I am further of the opinion that the Patient presents a substantial risk of serious harm to self or others if not immediately restrained, which is demonstrated by

( ✓ )   the person's behavior; or

(   )   by evidence of severe emotional distress and deterioration in his mental condition to the extent that the person cannot remain at liberty.

The detailed basis for this opinion is as follows:

A.    On or about (date) _11-19-98_ the above named person said the following:

1. _States he cannot control alcohol consumption_
2. _____
3. _____
4. _____

B.    On or about (date) _11-18-98_ the above named person committed the following acts:

1. _Overdosed on 10 pills_
2. _____
3. _____
4. _____

8.    (NOTE: COMPLETE THIS ITEM ONLY IF THIS CERTIFICATE IS TO BE OFFERED IN SUPPORT OF COURT-ORDERED EXTENDED CHEMICAL DEPENDENT TREATMENT SERVICES OR A RENEWAL OF SAME.)

That I am additionally of the opinion that the Patient's condition, as set out in item 7 above, is expected to continue for more than ninety (90) days, the detailed basis for this opinion being:

_____

_____

_____

PHYSICIAN'S CERTIFICATE OF MEDICAL EXAMINATION
FOR MENTAL ILLNESS - Page 3
forms/mental/PHYSICIAN.CERT

_J. Murphy_
_75910_

Signed and dated on this the _19_ day of _November_, 19_98_

H. A. Davis, MD
_____
Examining Physician

19_98_ SWORN TO AND SUBSCRIBED before me, this the _19_ day of _November_, 19_98_

Lesa M. Flowers
_____
Notary Public in and for the State of Texas



LESA N. FLOWERS
MY COMMISSION EXPIRES
October 20, 2002

PHYSICIAN'S CERTIFICATE OF MEDICAL EXAMINATION
FOR MENTAL ILLNESS - Page 4
forms/mental/PHYSICIAN.CERT

J. Murph
75960

#115646

**JEDIDIAH MURPHY**
727 Commerce
Wills Point, Texas 75169
Van Zandt County

S.S. 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
DOB 09-01-75
22 WM

## DENIAL OF ADMISSION

The patient is a 22 [3] year old single white male and this is his 3rd TSH evaluation and denial since June of 1998.

**CHIEF COMPLAINT:** The patient states that he took a "dangerous overdose" in taking "over 40 sleepers." The patient took 32 Unisom and had no significant untoward reaction. Patient insists that "I don't like my life or who I am." The patient and the mother were seen together. It is clear that the patient is a severe polysubstance dependent person with underlying personality disorder. He has been to the Andrews Center "for months and months" and insists that all of their efforts with supportive psychotherapy and medications "are useless." Patient insists that he has "no drug dependency problem but for some reason whenever I drink I go to jail." The patient indicates that he has never completely stopped drinking alcohol and insists that he can control his intake himself which is contradicted by his record as well as from what his mother stated. Patient also has learned nothing from his alcoholic father whom apparently suicided around the age of 40. The patient, in short, has never gone to a drug treatment center because he does not regard his drinking of alcohol to be a significant problem! Patient owns a house in Wills Point and works periodically as a welder. He last worked 1 week ago and broke his several months sobriety. He barely recalls going to see his fiancée and his child and saying farewell to both, at which point he took the overdose of Unisom with plenty of warning to others that he intended to do so. Patient was immediately found and transported to the hospital for a short stay.

His admission is denied because the patient has been unwilling to obtain treatment at a drug treatment center. Until he does so, there is no possibility of dealing with the underlying problems, which the mother and finally the patient reluctantly concurred. The patient therefore was referred back to the Andrews Center for their specific referral for drug detoxification and withdrawal. The patient understood that this is not simply to sober up but to combat the psychological dependency which he has exhibited probably over the last 15 years. Prognosis is guarded.

Willard Gold, M.D.
WG:ch

November 18, 1998 23:46
November 19, 1998 07:03

J. Murp
75910

# ANDREWS CENTER

## SERVICE TRANSACTION/PROGRESS NOTE

NAME: Jedidiah Murphy          CASE #: _____

GAF: _____   LOCATION: _____          DATE: 11/19/98

| Trans Status | Server ID | Service Code | Start Time | Stop Time | Place of Service | Recipient | Telephone | Group Size | Bill? | Consumer Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1710 | | 1130 (A)P | 1215 A(P) | | | Y N | | Y/N | |
| | | | A P | A P | | | Y N | | Y/N | |
| | | | A P | A P | | | Y N | | Y/N | |
| | | | A P | A P. | | | Y N | | Y/N | |

**PROGRESS ON OBJECTIVE:** 23 y/o male walked into facility in crisis. He tried to O.D. last night on "Unisom" after his wife left him. His wife reportedly left due to his alcohol binges. Client has

**GENERAL COMMENTS:** long history of alcohol dependence being a daily drinker "obsessed" with the idea of drinking alcohol. Tried to quit on his own - no benefit. When he starts drinking he can not stop. He meets DSM IV criteria for alcohol Depen. for the following reasons: substance taken in larger amounts than intended, persistant desire & unsuccessful attempts to control use, great deal of time spent in activities necessary to get alcohol, important social & occupational activities because of alcohol use and finally, alcohol is used despite realizing he has a problem and alcohol is a major factor. Client is willing to accept help at this time. His family supports

**Staff Signature/Title:** _____

Medical Records - Blue

him getting help.   [signature] LMSW-ACP   1710   J. Murp

CMHR-233-8/95

Business Office - White

NO. _____

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| FOR THE BEST INTEREST | § | |
| AND PROTECTIVE OF | § | |
| | § | DEP. |
| _____ (Initials Only) | § | VAN ZANDT COUNTY, TEXAS |
| AS A CHEMICALLY DEPENDENT PERSON | | |

### APPLICATION FOR COURT-ORDERED TREATMENT SERVICES

Now comes, _Kiki Abbott_____, an adult person, hereinafter called "Applicant," who after being duly sworn files this Application for Court-Ordered Treatment Services with the Court of the county where the following alleged chemically dependent person resides, or in which the proposed patient is found or in which the patient is receiving treatment services by court order or under the emergency detention provisions of the Texas Alcohol and Drug Abuse Services Act and would show the Court the following:

"1.     That _Jedediah J. Murphy_, hereinafter called Proposed Patient, is a resident of _Van Zandt_ County, Texas, having his/her street address at _ 1277 North East Commerce, Willis Point, TX 81161,_

2.     That the Proposed Patient is suffering from chemical dependency and as a result, the person:

( ✓ )  is likely to cause serious harm to himself; or

(   )  is likely to cause serious harm to others; or

( ✓ )  will continue to suffer abnormal mental, emotional, or physical distress, will continue to deteriorate in ability to function independently if not treated, and is unable to make a rational and informed choice as to whether or not to submit to treatment.

3.     That the Proposed Patient **IS NOT** charged with a criminal offense that involves an act, attempt, or threat of serious bodily injury to another person (not including a juvenile alleged to be a child engaged in delinquent conduct or conduct indicating a need for supervision as defined in Section 51.03, Family Code.)

WHEREFORE, Applicant prays that the Court set a date for a hearing on the merits, not less than three (3) nor more than fourteen (14) days from the filing of this Application; that the Proposed Patient be personally served as the Court directs with a copy of this Application and any Order fixing time of hearing; that the Court appoint an attorney

J. Murpl
75960

NO. _____

| THE STATE OF TEXAS FOR | § | IN THE COUNTY COURT |
|---|---|---|
| THE BEST INTEREST AND | § | |
| PROTECTIVE OF | § | |
| | § | |
| _____ (Initials only) | § | VAN ZANDT COUNTY, TEXAS |

## GENERAL INFORMATION

1. Applicant's name, address, and phone number: *Jedidiah Murphy*
   _____
   _____
   _____

2. Relationship, if any, to patient: _____

3. Patient's age and date of birth: *23      9-1-75*
   _____

4. If patient is a minor or the subject of a guardianship, the parent(s), managing conservator, or guardian, and their address for service:
   _____
   _____
   _____

5. Person(s) or estate, and their address(es), responsible for costs and expenses:
   *self*
   _____
   _____

6. Private Attorney, if any, representing patient _____

7. Physician/Psychiatrist, if any, treating patient: _____
   _____

8. Prior psychiatric/chemical dependency history: *7-2-98 began Treatment for Depression.*
   _____
   _____

9. The proposed patient has the following pending criminal charges:
   _____

*J. Murphy*
*759610*

10.   Current temporary expiration date: _____

11.   How entered hospital: Emergency without a warrant?    _____
        (attach Mental Health Unit copies)
            Emergency with a warrant?    _____

        (attach copies)

        Voluntary:   Written request for release    _____
                (copy attached)
            Absent without authorization    _____
            Refuses or unable to consent to treatment    _____
                (attach letter from Head of Facility)

12.   Date, time and circumstances of emergency detention:
        _____
        _____
        _____

13.   Acts leading to application: _____
        _____
        _____
        _____
        _____

14.   The proposed patient has filed the following criminal charges against me:
        _____
        _____

15.   Witnesses' name, addresses, and phone numbers:
        _____
        _____
        _____

16.   What mental facility or chemical dependency treatment facility is proposed patient
        going to?  If private facility, consent must be obtained (Attach letter of confirmation):
        Oakhaven in Marshall - 903-938-5140 - Scheduled
        for admission on 11/23/98. Talk to Twyla at
        oakhaven for
        additional info.
        J. Murphy
        75910

17.    Person or agency who is to transport patient:

_____

_____


Dated the _____ day of _____, 19___.



_____

APPLICANT


SUBSCRIBED AND SWORN TO before me on this the _____ day of _____ _____, 19___.



_____

Notary Public, State of Texas

Forms/Mental/General.Inf

J. Murphy
75910

NO. 1682   FILED FOR RECORD

THE STATE OF TEXAS
FOR THE BEST INTEREST
AND PROTECTION OF

JM

§
§    98 DEC -1  AM 11: 10   IN THE COUNTY COURT
§
§        ELIZABETH EVERITT
§    COUNTY CLERK, VAN ZANDT CO., TX.
§
§    BY_____DEP
§                    VAN ZANDT COUNTY, TEXAS

## WAIVER OF TEMPORARY CHEMICAL DEPENDENCY
## TREATMENT  HEARING BY PATIENT

I, J. PATRICK SPRUIELL, attorney for Jedediah Murphy,  the proposed patient in the above

entitled and numbered cause,  hereby waive his appearance at a Hearing on Temporary Chemical

Dependency Treatment.

SIGNED this __1__ day of ~~November,~~ December 1998.

_____
ATTORNEY

SUBSCRIBED AND SWORN TO BEFORE ME on this __1__ day of November, 1998.

_____
Notary Public In and For the State of Texas

RUTHIE McADOO
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 1-19-2000

WAIVER - PAGE 1
template/mental/waiver5

Jedediah Mur
75910

## ACCEPTANCE OF WAIVER OF TEMPORARY CHEMICAL
## DEPENDENCY HEARING
## AND
## ORDER OF CONTINUED DETENTION

On this day came on to be considered the above Waiver of Temporary Chemical Dependency Treatment Hearing, and the same having been examined by, and it appears to, the court that said Waiver is satisfactory and is supported by evidence, the same is hereby ACCEPTED and it is hereby ORDERED that JEDEDIAH MURPHY  detention in protective custody shall continue.

It is additionally ORDERED that copies of said Notification and the supporting evidence be filed with the Court that entered the original Order of Protective Custody.

SIGNED this  1st  day of ~~NOVEMBER,~~ DECEMBER 1998.

R. W. LAWRENCE, COUNTY JUDGE
Van Zandt County, Texas

**WAIVER - PAGE 2**
template/mental/waiver5

Jedediah Mu.
75910

Case 3:10-cv-00163-N   Document 42-15   Filed 05/05/10   Page 128 of 533   PageID 11648

FILED FOR RECORD

NO. 1682

98 DEC -1 AM 11: 09        IN THE COUNTY COURT

ISVACE M EVERITT
COUNTY CLERK, VAN ZANDT CO., TX.

BY _____ DEP.

THE STATE OF TEXAS
FOR THE BEST INTEREST
AND PROTECTION OF

JM                                                      VAN ZANDT COUNTY, TEXAS
AS A CHEMICALLY DEPENDENT PERSON

## ORDER FOR CHEMICAL DEPENDENCY TREATMENT

On this _1st_ day of _December_, 1998, came on to be heard the Application for
Chemical Dependency Treatment Service in the above-numbered and entitled cause alleging that
JEDEDIAH MURPHY, hereinafter called "Patient," is chemical dependent person who requires
treatment for chemical dependency; and trial by jury having been properly waived, J. PATRIC
SPRUIELL, the attorney representing the Patient, announced ready, and all matters of fact and law
were submitted to this, the Court having jurisdiction of commitments of the county in which the
Patient resides, is found, or is receiving Court-ordered treatment, and the Court finds as follows:

That all necessary notices and copies of the Application have been served as required by law,
and that, all of the applicable terms and conditions of Chapter 462, Texas Health and Safety Code,
have been complied with.

That on file with the Court in this cause along with said Application are sworn Certificates
of Medical Examination for Chemical Dependency by two physicians who did each examine the
Patient within 30 days of the final hearing; and that each physician therein states their opinion that
the proposed patient is a chemically dependent person and which sworn statements further include
each physicians' medical opinions that, because of chemical dependency, the proposed patient
meets the criteria for court ordered chemical dependency treatment.

That after considering all of the evidence including the expert, competent medical or
psychiatric testimony, it appears to the Court that the allegations of the Application and Certificates
are true and correct and are supported by clear and convincing evidence.

It is therefore found and determined that the patient is a chemically dependent person, and
that because of chemical dependency, is

_[signature]_____    is likely to cause serious harm to self;

_____    is likely to cause serious harm to others; or

_[signature]_____    will, if not treated, continue to suffer severe and abnormal mental, emotional
or physical distress and will continue to deteriorate in ability to function

ORDER FOR CHEMICAL DEPENDENCY TREATMENT - PAGE 1
template/chemical/order1

_Jedediah Murphy_
_75910_

independently if not treated, and is unable to make a rational and informed choice as to whether or not to submit to treatment.

Accordingly, it is ORDERED that the patient be and is hereby committed to the following approved inpatient treatment facility: OAKHAVEN HOSPITAL, MARSHALL, TEXAS for a period not to exceed 90 days so as to arrest such chemical dependency or until discharged by the head of such treatment facility. If the patient is still under treatment pursuant to this commitment, the facility's staff is ORDERED to review the patient's case and, if necessary, file for a renewal of treatment not later than 14 days prior to the expiration of this Order.

It is further ORDERED that the Clerk of this Court issue a Writ of Commitment in duplicate directed to the responsible person authorized to transport the patient, commanding him to take charge of the patient and to transport the patient to the above designated treatment facility.

The head of such treatment facility, upon receiving a copy of the Writ of Commitment and admitting the patient, shall give a written statement acknowledging acceptance of the patient and file it with the Clerk of this Court.

The Clerk of this Court is further ordered to prepare two certified transcripts of this proceeding, and shall send one to the Texas Commission on Alcohol and Drug Abuse Services and one to the head of the treatment facility to which the patient is committed, together with any available information concerning the medical, social, and economic status and history of the patient and his/her family.

It is further ORDERED that the above attorney, appointed to represent the patient, be and is hereby allowed reasonable compensation of $60.00 for attorney's fees in this case, and said compensation shall be taxed as costs.

SIGNED this the _1st_ day of _December_, 1998.

_____
R. W. LAWRENCE, COUNTY JUDGE
VAN ZANDT COUNTY


_____
ATTORNEY FOR PATIENT


_____
PATIENT


ORDER FOR CHEMICAL DEPENDENCY TREATMENT - PAGE 2
template/chemical/order1

_Jedediah McCoy_
_15910_

FILED FOR RECORD

NO. 1082

98 DEC -1 AM 11: 09

ELIZABETH EVERITT
COUNTY CLERK, VAN ZANDT CO., TX.

BY _____ DEP.

THE STATE OF TEXAS
FOR THE BEST INTEREST
AND PROTECTION OF

JM

AS A CHEMICALLY DEPENDENT PERSON

§
§
§
§
§
§
§

IN THE COUNTY COURT

VAN ZANDT COUNTY, TEXAS

## WRIT OF COMMITMENT

TO: ANY PEACE OFFICER

WHEREAS by Order dated the 1st day of Dec., 1998, in the above-referenced case, JEDEDIAH MURPHY, hereinafter called "Patient," was committed for chemical dependency treatment at the following approved treatment facility: OAKHAVEN HOSPITAL, MARSHALL, TEXAS for a period not to exceed 90 days; and said Order further authorizing and commanding you take charge of the Patient and to transport said Patient to said treatment facility.

THEREFORE, you are hereby authorized and commanded to take charge of the Patient and to transport said Patient to the above-mentioned treatment facility. You are further directed to deliver a copy of this Writ of Commitment and the Patient to the head of said treatment facility and, upon the Patient's admission, shall file a return of the Writ of Commitment with the Clerk of said Court.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this 1st day of December, 1998.

ELIZABETH EVERITT, COUNTY CLERK
Van Zandt County, Texas

By: _Elizabeth Everitt_
                    Deputy

WRIT OF COMMITMENT - PAGE 1
template/chemical/commitwri

_Jedediah Murphy_
759 10

## ACKNOWLEDGMENT OF ACCEPTANCE OF PATIENT

On this _____ day of _____, 1998, the undersigned upon receiving a copy of

the Writ of Commitment and admission of JEDEDIAH MURPHY as a patient in the following treatment:

OAKHAVEN HOSPITAL, MARSHALL, TEXAS  hereby acknowledge acceptance of the Patient, together

with the following personal property, if any, belonging to said Patient: _____

_____.


                    OAKHAVEN HOSPITAL, MARSHALL, TEXAS

                    Head of Facility _____


                    By: _____
                            Deputy


**WRIT OF COMMITMENT - PAGE 3**
template/chemical/commitwri

*Jedediah Murphy*
*75910*

SABINE VALLEY CENTER
SUBSTANCE ABUSE SERVICES DIVISION
OAK HAVEN RECOVERY CENTER

### PERSONAL PROPERTY INVENTORY FORM

The following items were placed in detox lock-up upon admission to Oak Haven:

1 Wallet                                    $22.00
1 Razor                                     1 pkg. cigarettes
3 Razor Blades

Client was issued ___2___ towels and ___2___ washcloths to be returned to staff on discharge.
                    (Number)                 (Number)

Client signature: _____    Staff signature: _____   Date: 11-23-98

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The following items were transferred to client lock-up in main office:

1 Wallet

                                            Jim Murphy    12-13-98

Detox staff signature: _____   Intensive residential staff signature: I. Chandler

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The following items were returned to client at time of discharge:

1 Wallet
2 towels
3 wash cloths

Client signature: _____    Staff signature: _____   Date: 12/13/98

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Client returned _____ towels and _____ washcloths to staff at time of discharge.
                 (Number)              (Number)

Staff signature: _____

Name: Jedidiah Murphy
Case No.: 75910
Unit No.:   410-OHRC

**The following books have been checked out to this client:**

| Title of Book | Book # | Date Issued | Date Returned |
|---|---|---|---|
| Big Book | 2166 | 11-2398 | 12-13-98 |
| 12 Steps and 12 Traditions | 3001 | | 12/13/98 |
| 24 Hours a Day (Daily Meditation) | 3626 | | 3626 12/13/9 |
| NA Book | 3011 | | 301 12/13/9 |
| The Angry Book | #17 | 12-2-98 | 12-13/98 |
| | | | |
| | | | |
| | | | |
| | | | |

I understand these books are being loaned to me while I am a client at Oak Haven. It is my responsibility to turn in ALL books issued when I am discharged. I understand I will be charged for replacement of any books I do not return upon discharge.

_Jedidiah Murphy_                    _11-23-98_
**Client's Signature**                 **Date**


NAME: _Jedidiah Murphy_

CASE NO: 75910

UNIT NO: 410-OHRC

SABINE VALLEY CENTER
### MOVEMENT AND ASSIGNMENT RECORD (MAR)

CLIENT NAME: JEDIDIAH MURPHY          CASE:  75910

## SPECIAL POPULATIONS

|   |   | DATE ASGN | DATE REMOVED |
|---|---|---|---|
| 1) | | / / | / / |
| 2) | | / / | / / |
| 3) | | / / | / / |
| 4) | | / / | / / |
| 5) | | / / | / / |
| 6) | | / / | / / |

## WAITING LIST

| R.U. | BEGIN | END |
|---|---|---|
| | / / | / / |
| | / / | / / |
| | / / | / / |
| | / / | / / |
| | / / | / / |
| | / / | / / |
| | / / | / / |

## RESIDENTIAL

BEGIN DATE 11 /23/ 98
LOCATION CODE: OHRC
REPORTING UNIT: 411

END DATE 12 / 13/ 98
LOCATION CODE: OHRC
REPORTING UNIT: 410

TRANSFER DATE 11 /29/ 98
FROM: LOCATION  OHRC
      RU  411
TO:   LOCATION  OHRC
      RU  410

## CASE MANAGER/CASE CARRIER

|   | CURRENT | REVISED | TYPE |
|---|---|---|---|
| CASE CARRIER: | | | |
| CASE MANAGER: | | | |
| ASSIGNED RU: | | | |

EFFECTIVE DATE ___/___/___

## DISCHARGE FROM CENTER

REASON:  (1) ACHIEVED OBJECTIVES
         (2) LEFT AGAINST ADVICE
         (3) MOVED FROM SERVICE AREA
         (4) REFERRED TO OTHER PROVIDER
         (5) UNABLE TO LOCATE
         (6) NO LONGER OBRA MANDATED
         (7) DECEASED
         (8) REFUSED SERVICE
         (9) INCARCERATION

DISCHARGE DATE  ___/___/___
TIME  _____
RU  _____

NEW ADDRESS: _____          CITY: _____
STATE: _____  ZIP: _____          PHONE: _____

DATE 1/21/99  _Mia Jeammell_          STAFF ID 0860
         STAFF SIGNATURE

2 B        SABINE VALLEY CENTER

BASD 12/96

CASE: 75910
NAME: JEDIDIAH MURPHY
UNIT: 410-OHRC

FACTS II FORM

**SABINE VALLEY CENTER - SUBSTANCE ABUSE SERVICES DIVISION**
**CLIENT CONTACT / REGISTRATION/ ADMISSION / UPDATE**

Date: **11/23/98**       Time: **11:00 am** Staff ID: O86O   Name: **TRAMMELL, M.**
#: **0411**       Client ID#: **75910**       Form Use: **C**

---

Last Name: **MURPHY**       First: **JEDIDIAH**       Middle: **ISAAC**

Sex: **M**       Ethnic Group: **WHITE**

DOB: **09/01/75**       Age: **23**

Presenting Problem: **3**       | 3=Alcohol; 4=Drug

Contact With: **1**       | 1=Client; 2=Informant; 3=Referral

CLIENT'S CURRENT ADDRESS: **727 E. N. COMMERCE**
City: **WILLS POINT**       State: **STATE**   Zip: **75169**
County: **VAN ZANDT**       CODE:
Phone: **(903) 873-6830**

EMERGENCY CONTACT / NAME: **HOPE ABBOTT**       Rel: **MOTHER**
Address: **6305 FM 429**
City,St: **KAUFMAN, TX**       Phone: **(972) 962-7443**

Living Arrangements: **LIVING WITH FAMILY/OTHER RELATIVES**

| CODES: | 1=Living w/family/rel | 5=Medical Facility |
|---|---|---|
| | 2=Group Quarters | 6=Correctional Facility |
| | 3=Own Dwelling | 7=Other |
| | 4=Homeless | |

Legal Status This Admission: **2**       | 1-Vol, 2-Invol Civil, 3-Invol Crim

Social Security No: **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**
Group: **MH-5**
Guardianship: **8**

| | 1=Never Married |
| | 2=Married |
Marital Status: **4**       | 3=Widowed |
| | 6=Div./Sep.-custody of children |
| | 7=Div./Sep.-doesn't have custody |
| | 8=Div./Sep.-no children under 18 |

Primary Language: **ENGLISH**

Educational Level Achieved: **TEC**
Last Year Completed: **12**
Special Education: **No**
Current Education Status: **No**

Current Medication: **NONE**
Allergies: **NKA**

---

Assigned Case Carrier: **PERRY, B.**
Staff ID: 1760       Type: **SAC**

| CASE: | **75910** |
| NAME: | **JEDIDIAH MURPHY** |
| UNIT: | **410-OHRC** |

SASD 12/96

> **Client Oriented Data Acquisition Process (CODAP)**
> **Adult Follow-up Report (AFR)**

**Sabine Valley Center**

1. **Clinic Number TX** `752216`

2. **Client Number** `2610075910`

3. **Date of follow-up contact (mm/dd/yyyy):** `02/18/1999`

4. **Date of last discharge from this level of service and/or clinic (mm/dd/yyyy):** `12/13/1998`

5. **Follow-up contact and current treatment status:**
   `1= See help file for description`

6. **Persons contacted, if other than client (if Item 5 is coded 1-3 or 7 enter code N):**
   `N = Not applicable`

7. **Initials of the staff person performing the follow-up:** `SBB`

8. **Current employment status:**
   `4 = Full-time (35 or more hours a week)`

9. **Primary reason for no paid employment:** `09`

10. **Number of months employed since discharge from treatment** `02`

11. **Sources of income or support:**
    a. `1 = Wages/salary`
    b. `6 = Family/friend support`

12. **Current living arrangement:**
    `1 = Living with family, significant other or other relative`

13. **Is client living in a household where he/she is exposed to abuse of alcohol and/or use of drugs?** `0 = No`

14. **Medicine prescribed:** `00`

15. **Number of DWI arrests since discharge from treatment (Code M for more than 9):** `0`

16. **Number of public intoxication arrests since discharge from treatment (Code M for more than 9):** `0`

17. **Number of other drug/alcohol related arrests since discharge from treatment (Code M for more than 9):** `0`

*Jedidiah Murphy*
*75910*
*4/10 -OMHC*
3/31/99

**18.** Current legal status: `6 = Probation (non-DWI)`

**19.** Number of hospital/emergency room visits since discharge from treatment
(Code M for more than 9): `0`

**20.** What was client's income over last 30 days : `1000`

<p align="center">Substance Abuse Patters: Items 21,22 &amp; 23</p>

**21.**  **a.** **Primary** problem substance (as reported on AAR): `04`

  **b.** Number of days used last 30 days: `00`

  **c.** Most recent usual route of administration (during 30 days prior to follow-up):
`N = Not Applicable (may be used only if 21b is coded 00)`

**22.**  **a.** **Secondary** problem substance (as reported on AAR): `00`

  **b.** Number of days used last 30 days: `☐`

  **c.** Most recent usual route of administration (during 30 days prior to follow-up):
`☐`

**23.**  **a.** **Tertiary** problem substance: `00`

  **b.** Number of days used last 30 days: `☐`

  **c.** Most recent usual route of administration (during 30 days prior to follow-up):
`☐`

**For Items 24 through 29, during the 30 days prior to follow-up, how many days has the client experienced:**

**24.** Sickness and/or physical health problems *(General physical or medical problems - do no* `05`
*include those caused directly by alcohol and/or drugs such as hangovers, vomiting, or lack of sleep):*

**25.** Employment and/or school problems *(i.e., poor attendance, poor performance, and* `00`
*missed responsibilities at work or school. Also, inability to find work, if client has tried or anything else the client considers an employment and/or school problem):*

**26.** Family and/or marital problems *(i.e., missed responsibilities, not caring for children,* `00`
*serious argument, verbal or physical abuse or serious conflict due to poor communication or a lack of trust:*

**27.** Peer and/or social relationship problems (excluding family) *(i.e., missed responsibilities* `00`
*with friends or others, serious argument, verbal or physical abuse or serious conflict due to poor communication or a lack of trust):*

J. Murphy
75910
410-04RC

3/31/00

Case 3:10-cv-00163-N   Document 42-15   Filed 05/05/10   Page 138 of 533   PageID 11658

28. **Emotional and/or psychological problems** (*i.e., serious depression, anxiety or tension; hallucinations; trouble understanding, remembering or concentrating; serious thoughts of suicide or attempted suicide*): `00`

29. **Drug and/or alcohol problems** (*i.e., memory lapses or blackouts, shakes/tremors or withdrawl symptoms, disturbing effects of drug/alcohol intoxication, craving and/or wanting to stop and not being able to do so. Do not include inability to find drugs or alcohol*): `00`

30. **How many days during the 30 days prior to follow-up did the client attend chemical dependency support group meetings?** `30`

31. **How many days during the 30 days prior to follow-up was the client abstinent from all substances (Enter 30 if abstinent for all 30 days)?** `30`

32. **Did the client receive continued services and/or aftercare following discharge from treatment? If so, list the sources, if not, enter 00 in each space (as applicable).**

   a. `51`

   b. `00`

   c. `00`

<div align="center">

Submit

AFR Help  Client Reports  Main Menu

</div>

J. Murphy
15410
410-OARC

3/31/09

## Client Billing

**Provider:** Sabine Valley Center

**Program Id:** 04-0129-993 TRA

**Client Number:** 2610075910

**Clinic Number:** 752216

**Level/Service Type:** Adult Residential (Level II)

**From Date (mm/dd/yyyy):** 12/01/1998

**To Date (mm/dd/yyyy):** 12/13/1998

**Number of Units:** 13

**Counselor Initials:** WLP

Submit

ClientReports Main Menu

J. Murphy
75910
410-0HRC

```
┌──────────────────────────────────────────────────────┐
│  Client Oriented Data Acquisition Process (CODAP)     │
│                                                        │
│            Adult Discharge Report (ADR)                │
└──────────────────────────────────────────────────────┘
```

**Sabine Valley Center**

04-0129-993   TRA

1. **Clinic Number:** 752216

2. **Client Number: (Last 4 digits of SSN and 6 digit unique Client Number)** 2610075910

3. **Date of Discharge from this level of service and/or clinic (mm/dd/yyyy):** 12/13/1998

4. **Date of Admission to this level of service and/or clinic (mm/dd/yyyy):** 11/29/1998

5. **Did client complete TCADA funded level of service?** 1 = Yes

6. **Reason for Discharge:** 33

7. **Level of service at time of discharge:**
   6 = Level II

8. **Primary treatment environment at time of discharge:**
   3 = Residential

9. **Employment status after discharge from treatment:**
   4 = Full-time (35 or more hours a week)

10. **Legal status at discharge:** 6 = Probation (non-DWI)

11. **Where will the client be living after discharge from treatment?**
    1 = Living with family, significant other or other relatives

12. **After discharge, will client be exposed to abuse of alcohol and/or use of drugs in his/her immediate household?** 0 = No

13. **Disabilities:**
    (a.) 0 = None
    (b.) 0 = None

14. **Number of days (during the 30 days prior to discharge) client attended an off campus community chemical dependency support group while in treatment:** 08

15. **Number of close persons and/or family members actively involved with client's treatment process; include adults and minors:** 1

*J. Murphy*
75910
410-0HRC

**16.   Were any of the following part of treatment?:**

**(a.)**  | 0 = No ▼ |  Methadone or LAAM

**(b.)**  | 0 = No ▼ |  Acupuncture

**(c.)**  | 0 = No ▼ |  Anti-craving medication

**(d.)**  | 0 = No ▼ |  Antabuse

**(e.)**  | 0 = No ▼ |  Naltrexone or other antagonist medication

**(f.)**  | 0 = No ▼ |  Anti-depressant medication

**(g.)**  | 0 = No ▼ |  Anti-anxiety medication

**17.   Destination of referral:**

   **a. Primary** | 53 |

   **b. Secondary** | 51 |

   **c. Tertiary** | 67 |

**18.  Was the client abstinent from all substances the last 30 days of treatment** | 1 = Yes ▼ |
   **or the duration of treatment, if less than 30 days (include substances
   listed on the AAR as well as any other substances)?**

**19.  DSM-IV diagnosis – substance related:** | 30390 |

**20.  DSM-IV diagnosis – non-substance related:** | 00000 |

**21.  Client's primary counselor (Enter first, middle and last initials):** | WLP |

**22.  Person filling out ADR (Enter first, middle and last initials):** | WLP |

[ Submit ]

ADR Help   ClientReports   Main Menu

*Jedediah Murphy*
75910
410 OHRC

## Client Billing

**Provider:** Sabine Valley Center

**Program Id:** 04-0129-993 TRA

**Client Number:** 2610075910

**Clinic Number:** 752216

**Level/Service Type:** Adult Residential (Level II) ▾

**From Date (mm/dd/yyyy):** 11/29/1998

**To Date (mm/dd/yyyy):** 11/30/1998

**Number of Units:** 2

**Counselor Initials:** WLP

Submit

ClientReports   Main Menu

J. Murphy
75910
410-04 RC

## Client Billing

**Provider:** Sabine Valley Center

**Program Id:** 04-0129-993 TRA

**Client Number:** 2610075910

**Clinic Number:** 752216

**Level/Service Type:** Adult Detoxification (Level I)

**From Date (mm/dd/yyyy):** 11/23/1998

**To Date (mm/dd/yyyy):** 11/28/1998

**Number of Units:** 6

**Counselor Initials:** WLP

[ Submit ]

ClientReports  Main Menu

J. Murphy
75910
460-OHRC

Client Oriented Data Acquisition Process (CODAP)

Admission Report Transfer

**Sabine Valley Center**
04-0129-993  TRA

1. **Clinic Number:**  752216

2. **Client Number:**  2610075910

3. **Date of admission/transfer to this level of service and/or clinic (mm/dd/yyyy):**
   11/29/1998

4. **Form Id:**  45671

5. **Admission Type:**  3 = Transfer

6. **Level of Service admitted to:**  6 = Level II

7. **Primary environment admitted to:**  3 = Residential

8. **Medicine prescribed:**  00

9. **Projected duration of stay for this level of service:**  2 = 15 to 30 days

10. **Is client currently Pregnant:**  0 = No

Submit

**Client Reports MainMenu**

J. Murphy
75910
410-OHRC

**16.  Were any of the following part of treatment?:**

**(a.)**  [0 = No ▾]  Methadone or LAAM

**(b.)**  [0 = No ▾]  Acupuncture

**(c.)**  [0 = No ▾]  Anti-craving medication

**(d.)**  [0 = No ▾]  Antabuse

**(e.)**  [0 = No ▾]  Naltrexone or other antagonist medication

**(f.)**  [0 = No ▾]  Anti-depressant medication

**(g.)**  [1 = Yes ▾]  Anti-anxiety medication

**17.  Destination of referral:**

   a. Primary  [65]

   b. Secondary  [51]

   c. Tertiary  [67]

**18.** Was the client abstinent from all substances the last 30 days of treatment  [1 = Yes ▾]
or the duration of treatment, if less than 30 days (include substances
listed on the AAR as well as any other substances)?

**19.** DSM-IV diagnosis - substance related:  [30390]

**20.** DSM-IV diagnosis - non-substance related:  [00000]

**21.** Client's primary counselor (Enter first, middle and last initials):  [WLP]

**22.** Person filling out ADR (Enter first, middle and last initials):  [WLP]


[Submit]

ADR Help  ClientReports  Main Menu


J Murphy
75910
410 - OH RC

## Client Oriented Data Acquisition Process (CODAP)

## Adult Admission Report (AAR)

**Sabine Valley Center**

04-0129-993  TRA

1. **Clinic Number:** 752216

2. **Client Number:** 2610075910

3. **Date of admission/transfer to this level of service and/or clinic (mm/dd/yyyy):** 11/23/1998

4. **Form Id:** 45671

5. **Admission Type:** First/Readmission

6. **Level of Service admitted to:** 5 = Level I

7. **Primary environment admitted to:** 3 = Residential

8. **Medicine prescribed:** 10

9. **Projected duration of stay for this level of service:** 1 = 14 days or less

10. **Is client currently Pregnant:** 0 = No

11. **Client's Residence Zip Code:** 75169

12. **Mother's first name (first 3 letters):** HOP

13. **City where client born (first 5 letters):** SONOR

14. **Days on waiting list for treatment:** 000

15. **Date of birth (mm/dd/yyyy):** 09/01/1975

16. **Gender:** 1 = Male

17. **Race/ethnic background**

    (a.) 1 = White (not of Hispanic origin)

    (b.)

18. 47

*Murphy*
75910
410-0HRC

**19. Relationship status:** `4 = Cohabiting`

**20. Number of children in household:** `1`

**21. Employment status:** `4 = Full-time (35 or more hours a week)`

**22. Primary reason for no paid employment:** `09`

**23. Number of months employed in last 12 months:** `12`

**24. Sources of Income or support received during the 12 months prior to admission:**

   **(a.)** `1 = Wages/Salary`

   **(b.)** `0 = None`

**25. Approximate income last 12 months :** `27000`

**26. Highest school grade completed:** `12`

**27. Living arrangement prior to treatment:**
`1 = Living with family, significant other or other relatives`

**28. Number of DWI's in last 12 months:** `00`

**29. Number of public intoxication arrests during last 12 months:** `00`

**30. Number of drug/alcohol related arrests during last 12 months:** `03`

**31. Legal status at admission:** `6 = Probation (non-DWI)`

**32. Number of hospital/emergency room visits in last 12 months:** `6`

**33. Number of prior admissions to any detox program:** `00`

**34. Number of prior admissions to any non-detox substance abuse treatment program:** `00`

**35. Months since last discharge from any substance abuse treatment program (If items 33 & 34 are coded as 00, enter 97):** `97`

**36. Health insurance type:** `0 = No health insurance`

**37. Past IV drug use:** `0 = No`

J Murphy
75910
410-OHRC

**Substance Abuse Patterns at Admission: Items 38, 39 & 40**

38. (a.) Primary problem substance type: `04`

(b.) Number of days used in last 30 days: `28`

(c.) Use last 6 months: `F = Daily`

(d.) Most recent route of administration: `1 = Oral`

(e.) Year of first use: `1988`

39. (a.) Secondary problem substance type: `00`

(b.) Number of days used in last 30 days: ` `

(c.) Use last 6 months: ` `

(d.) Most recent route of administration: ` `

(e.) Year of first use: ` `

40. (a.) Tertiary problem substance type: `00`

(b.) Number of days used in last 30 days: ` `

(c.) Use last 6 months: ` `

(d.) Most recent route of administration: ` `

(e.) Year of first use: ` `

41. DSM-IV diagnosis - substance related: `30390`

42. DSM-IV diagnosis - non-substance related `00000`

**FOR ITEMS 43 THROUGH 48:**

During the 30 days prior to admission to treatment, how many days has the client experienced:

43. **Sickness and/or physical health problems: General physical or medical problems** (*do not include those caused directly by alcohol and/or drugs such as hangovers, vomiting, or lack of sleep*): `00`

J Murphy
75910
410-OHRC

**44. Employment and/or school problems:** (*i.e., poor attendance, poor performance, and missed responsibilities at work or school. Also inability to find work, if client has tried or anything else client considers an employment and/or school problem*): `00`

**45. Family and/or marital problems:** (*i.e., missed responsibilities, not caring for children, serious argument, verbal or physical abuse or serious conflict due to poor communication or a lack of trust*): `10`

**46. Peer and/or social relationship problems (excluding family):** (*i.e., missed responsibilities with friends or others, serious argument, verbal or physical abuse or serious conflict due to poor communication or a lack of trust*): `00`

**47. Emotional and/or psychological problems:** (*i.e., serious depression, anxiety or tension; hallucinations; trouble understanding, remembering or concentrating; serious thoughts of suicide or attempted suicide*): `25`

**48. Drug and/or alcohol problems:** (*i.e., memory lapses or blackouts, shakes/tremors or withdrawal symptoms, disturbing effects of drug/alcohol intoxication, craving and/or wanting to stop and not being able to - do not include inability to find drugs or alcohol*): `10`

**49. Number of days client attended chemical dependency support group meetings within the last 30 days:** `00`

**50. Number of days abstinent from all substances:** `02`

**51. Primary Counselor initials:** `WLP`

Submit   Update   Delete

AAR Help   Client Reports   MainMenu

J Murphy
75910
410-OHRC

## DOCUMENTATION CHECKLIST

CLIENT NAME: _Jedediah Murphy_

DETOX ADMIT DATE: _11-23-98_      TRANSFER DATE: _11-29-98_

DISC        12-13-98

| DOCUMENT | DATE COMPLETED | COMMENTS | STAFF |
|---|---|---|---|
| AAR | 11-30-98 | x2 | BP |
| ASI | 11-30-98 | | BP |
| PSYCHOSOCIAL | 11-30-98 | | |
| FAMILY CONSENT | + | none | — |
| PROBATION CONSENT | 11-23-98 | | BP |
| PAROLE CONSENT | | | |
| REFERRAL CONSENT | | | |
| DETOX TX PLAN | 11-24-98 | | BP |
| STAFFING | 12-1-98 | | BP |
| DETOX TRANSFER | 11-30-98 | | BP |
| DETOX DC SUMMARY | 11-30-98 | | BP |
| REVISED TX PLAN | 11-30-98 | | BP |
| NEEDS ASSESSMENT | | | |
| STAFFING | 12-15-98 | | BP |
| REFERRAL PACKETS | | | |
| FAMILY CONJOINT | | | |
| DISCHARGE SUMMARY | 12-14-98 | | BP |
| ADR | 11-30-98 / 12-14-98 | x1 / x1 | BP |
| WEEKLY FOLLOW-UP | | | |
| AFR | | | |
| Audit | 1/5/99 | | Qew |

Assigned Counselor: _BP_    Date _11-23-98_      NAME: _Jedediah Murphy_

Reassigned Counselor _____      CASE NO.: _75910_

Date_____      UNIT NO.: 410-0HRC

**SUBSTANCE ABUSE SERVICES DEPT.**
of Sabine Valley Center

[X] OHRC [ ] DEAR [ ] KFC [ ] WIN [ ] G-MC [ ] WTC [ ] BTC

## DISCHARGE/TRANSFER SUMMARY

CLIENT NAME: _Jedediah Murphy_          ADMISSION DATE: _11-29-98_
                                        DISCHARGE DATE: _12-13-98_

DIAGNOSIS: _Alcohol Dependence_

PRESENTING PROBLEM / IDENTIFIED NEEDS at time of admission: _Client is admitted to the Intensive Residential Program with 7 days clean. He says he needs help w/ his SA underlying issues of Anger, total abstinence and awareness. He needs Education and Counseling for these issues._

SERVICES PROVIDED: assessment, psychosocial history, treatment planning, group therapy, alcohol and drug education classes, individual and family counseling sessions, HIV/STD/TB/Nicotine education, relapse prevention, 12 Step Recovery Process and CD Support groups. Other:_____

_____

ASSESSMENT OF CLIENT'S **PROGRESS** toward Goals; worse unchanged (slight) moderate better much
Comments: _Client shows a healthy attitude and insight into his recovery. He request discharge following completion of level II requirements to put what he has learned to practice._

PROGNOSIS: _Fair_

Completed ___100___ % of length of stay.   Completed ___100___ % of Treatment Plan.

CIRCUMSTANCES OF **DISCHARGE:** [X] COMPLETED LEVEL 1, (2), 3, 4
[ ] AMA/ASA   [ ] DROPPED   [ ] EXPELLED [ ] OTHER:_____

DISCHARGE TREATMENT PLAN DEVELOPED AND DOCUMENTED : [X] YES,   DATE: _12-13-98_
[ ] NO, REASON:_____

REFERRAL INFORMATION AND RECOMMENDATIONS MADE TO CLIENT: _Referred To Tyler BTC, IOP Program, Local AA/NA meetings, Family support_

_____

_____

OTHER PERTINENT INFORMATION: _Client attends all SA educational presentations as well as all other program activities. He is appropriate in all interaction w/ staff & peers._

Family Participation: _x2 Mother, signifies Tooker, Sunday family visits_
Client reported abstinent from chemicals for ___23___ days.

SIGNED/DATED BY SERVICE PROVIDER: _Bill Perry LCDC_          _12-14-98_

NAME: _Jedediah Murphy_
CASE#: _75910_
UNIT#: _410-OHRC_

**SUBSTANCE ABUSE SERVICES DIVISION**
of Sabine Valley Center

[X] OHRC  [ ] DEAR  [ ] KFC  [ ] WIN  [ ] G-MC  [ ] WTC  [ ] BTC

## DISCHARGE/TRANSFER SUMMARY  Detox

CLIENT NAME: Jedediah Murphy

ADMISSION DATE: 11-23-98
DISCHARGE DATE: 11-29-98

DIAGNOSIS: 303.90 Alcohol Dependence

PRESENTING PROBLEM / IDENTIFIED NEEDS at time of admission: Client is admitted to Level I (Detox) treatment w/ a reported 2 days clean. Client states his recent attempt at suicide has prompted him to seek tx at this time. Client needs detoxification/stabilization

SERVICES PROVIDED: assessment, psychosocial history, treatment planning, group therapy, alcohol and drug education classes, individual and family counseling sessions, HIV/STD/TB/Nicotine education, relapse prevention, 12 Step Recovery Process and CD Support groups. Other:_____

ASSESSMENT OF CLIENT'S **PROGRESS** toward Goals:  worse  unchanged  slight  moderate  better  much
Comments: Client exhibits some positive emotional stability and he requests transfer to the OHRC Intensive Residential Program follow the complete of the obligations of Detox.

PROGNOSIS: Fair

Completed _100_ % of length of stay.  Completed _100_ % of Treatment Plan.
CIRCUMSTANCES OF **DISCHARGE:** [X] COMPLETED LEVEL 1, 2, 3, 4
[ ] AMA/ASA  [ ] DROPPED  [ ] EXPELLED  [ ] OTHER:_____

DISCHARGE TREATMENT PLAN DEVELOPED AND DOCUMENTED : [X] YES,  DATE: 11-29-98
[ ] NO, REASON:_____

REFERRAL INFORMATION AND RECOMMENDATIONS MADE TO CLIENT: As requested, Client is transferred to the Level II Program at OHRC for continuous care.

OTHER PERTINENT INFORMATION: Client reports attempting suicide by OD on pills. He states when he realized what he had done it was too late for him to stop. He says all he wanted was to get attention & get help. He remembers a teller found him and called for help. He says he does not want to die.

Family Participation: x 2. Wife and mother Sunday family visits

Client reported abstinent from chemicals for _7_ days.

SIGNED/DATED BY SERVICE PROVIDER: Bill Perry LCDC    11-29-98

NAME: Jedediah Murphy
CASE#: 75910
UNIT#: 410-OHRC

OAK HAVEN RECOVERY CENTER
WEEKLY PROGRESS GROUP NOTE

Week of : December 12 thru December 18, 1998

| Saturday | 09:30 - 09:45 Meditation |
| | 10:15 - 11:30 Sponsorship |
| | 01:30 - 03:30 Boundaries |
| | 08:00 - 09:00 AA / NA |

| Sunday | 10:00 - 11:00 Spiritual Study |
| | 11:45 - 12:45 Physical Activity |
| | 04:00 - 05:00 Study |
| | 06:00 - 07:00 Journal Study |
| | 08:00 - 09:00 AA / NA |

| Monday | 08:00 - 08:15 Meditation |
| | 09:15 - 10:15 Step Two |
| | 11:00 - 12:30 Group |
| | 01:30 - 02:15 Budgeting |
| | 02:45 - 03:30 Physical Rec. |
| | 04:00 - 05:00 Study Hour |
| | 08:00 - 09:00 AA / NA |

| Tuesday | 08:00 - 08:15 Meditation |
| | 09:15 - 10:15 Problem Solving |
| | 11:00 - 12:30 Group/Orientation |
| | 01:30 - 02:15 HIV/TRC, Anger |
| | 02:45 - 03:30 Physical Rec. |
| | 04:00 - 05:00 Study Hour |
| | 08:00 - 09:00 AA / NA |

| Wednesday | 08:00 - 08:15 Meditation |
| | 09:15 - 10:15 Denial |
| | 11:00 - 12:30 Group |
| | 01:30 - 02:15 Health & Preg. |
| | 02:45 - 03:30 Physical Rec. |
| | 04:00 - 05:00 Study Hour |
| | 08:00 - 09:00 AA / NA |

| Thursday | 08:00 - 08:15 Meditation |
| | 09:15 - 10:15 Sex/Phy. Abuse |
| | 11:00 - 12:30 Group/Orientation |
| | 01:30 - 02:15 Clean Up |
| | 02:45 - 03:30 Physical Rec. |
| | 04:00 - 05:00 Study Hour |
| | 08:00 - 09:00 AA / NA |

| Friday | 08:00 - 08:15 Meditation |
| | 09:15 - 10:15 Relapse |
| | 11:00 - 12:30 Group |
| | 01:30 - 02:15 Progress |

| Fri. Cont. | 02:45 - 03:30 Physical Rec. |
| | 04:00 - 05:00 Study Hour |
| | 08:00 - 09:00 AA / NA |

*************************************************************

What was the most important thing you heard this week? _Client failed to complete this before leaving._

What are doing differently as a result of hearing this? _____

_____

Treatment Plan issues addressed. _____

Family participation:  YES (who and how)  No  (if no explain)_____

Progress:  worse,  unchanged,  slight,  moderate,  better,  much better

Client Signature: _____  Date: _____

*************************************************************

Progress:  worse,  unchanged,  slight,  (moderate),  better,  much better

Level of participation:  1 - inattentive, uninterested   2 - quiet, preoccupied or superficial interaction

3 - quiet but followed group process   4 - genuine, effective interaction   5 - deep emotional work

Comments: _Successfully discharged following completion of all requirement_

Counselor Signature: _Bill Perry_ LCDC _____  Date: _12-14-98_

CLIENT NAME:J. Murphy
CASE NUMBER:75910
UNIT NUMBER:  410 OHRC

**OAK HAVEN RECOVERY CENTER**
**WEEKLY PROGRESS GROUP NOTE**

Week of : December 5 thru December 11, 1998

| | | |
|---|---|---|
| **Saturday** | 09:30 - 09:45 Meditation | |
| | 10:15 - 11:30 Follow Dir. | |
| | 01:30 - 03:30 Disease/Comm. | |
| | 08:00 - 09:00 AA / NA | |

| | | |
|---|---|---|
| **Sunday** | 10:00 - 11:00 Spiritual Study | |
| | 11:45 - 12:45 Physical Activity | |
| | 04:00 - 05:00 Study | |
| | 06:00 - 07:00 Journal Study | |
| | 08:00 - 09:00 AA / NA | |

| | | |
|---|---|---|
| **Monday** | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Stress Mana. | |
| | 11:00 - 12:30 Group | |
| | 01:30 - 02:15 JRT/JRS | |
| | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

| | | |
|---|---|---|
| **Tuesday** | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Step One | |
| | 11:00 - 12:30 Group | |
| | 01:30 - 02:15 HIV/TRC Assert. | |
| | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

| | | |
|---|---|---|
| **Wednesday** | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Grief & Loss | |
| | 11:00 - 12:30 Group | |
| | 01:30 - 02:15 Nutrition | |
| | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

| | | |
|---|---|---|
| **Thursday** | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Guilt & Shame | |
| | 11:00 - 12:30 Group/Orientation | |
| | 01:30 - 02:15 Clean Up | |
| | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

| | | |
|---|---|---|
| **Friday** | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Nicotine | |
| | 11:00 - 12:30 Group | |
| | 01:30 - 02:15 Progress | |

| | | |
|---|---|---|
| **Fri. Cont.** | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

***

What was the most important thing you heard this week? *Not to attack my recovery like I did my addiction*

What are doing differently as a result of hearing this? *Taking my time and not trying to rush my recovery*

Treatment Plan issues addressed. *Abstinence, Anger*

Family participation: (YES (who & how)) No (explain no) *Wife, Family moral support*

Progress: worse, unchanged, slight, moderate, better, much better

Client Signature: *Jedidiah Murphy*     Date: *12-11-98*

***

Progress: worse, unchanged, slight, moderate, (better), much better

Level of participation: 1 - inattentive, uninterested   2 - quiet, preoccupied or superficial interaction

3 - quiet but followed group process  (4 - genuine, effective interaction)  5 - deep emotional work

Comments: *Client experiencing positive insight.*

Counselor Signature: *Bill Perry LCDC*     Date: *12-14-98*

**OAK HAVEN RECOVERY CENTER**

CLIENT NAME: *J. Murphy*
CASE NUMBER: *75910*
UNIT NUMBER:  410 OHRC

**OAK HAVEN RECOVERY CENTER**
**WEEKLY PROGRESS GROUP NOTE**

Week of : November 28 thru December 4, 1998

| Saturday | 09:30 - 09:45 Meditation | |
| | 10:15 - 11:30 Affirmations | |
| | 01:30 - 03:30 Family Roles | |
| | 08:00 - 09:00 AA / NA | |

| Sunday | 10:00 - 11:00 Spiritual Study | |
| | 11:45 - 12:45 Physical Activity | |
| | 04:00 - 05:00 Study | |
| | 06:00 - 07:00 Journal Study | |
| | 08:00 - 09:00 AA / NA | |

| Monday | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Step Three | |
| | 11:00 - 12:30 Group | |
| | 01:30 - 02:15 Self Esteem | |
| | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

| Tuesday | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Parenting | |
| | 11:00 - 12:30 Group/Orientation | |
| | 01:30 - 02:15 HIV/TRC, Relationship | |
| | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

| Wednesday | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Spirituality | |
| | 11:00 - 12:30 Group | |
| | 01:30 - 02:15 Disease Porcess | |
| | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

| Thursday | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Flex & Coping | |
| | 11:00 - 12:30 Group/Orientation | |
| | 01:30 - 02:15 Clean Up | |
| | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

| Friday | 08:00 - 08:15 Meditation | |
| | 09:15 - 10:15 Relapse | |
| | 11:00 - 12:30 Group | |
| | 01:30 - 02:15 Progress | |

| Fri. Cont. | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | |

What was the most important thing you heard this week? *First I'm out of Controll, and cant manage my own life.*

What are doing differently as a result of hearing this? *Learning to manage stress, avoid confrontation, living 1 day at a time*

Treatment Plan issues addressed. *Abstinence, powerlessness, consequences*

Family participation: (YES) (who & how) No (if no explain) *Wife & Mother*

Progress: worse, unchanged, slight, (moderate,) better, much better

Client Signature: *Jedediah L Murphy*   Date: *12-1-98*

Progress: worse, (unchanged,) slight, moderate, (better,) much better

Level of participation: 1 - inattentive, uninterested   2 - quiet, preoccupied or superficial interaction
(3 - quiet but followed group process) (4 - genuine, effective interaction) 5 - deep emotional work   *Client completed his*

Comments: *finally starting to understand my addiction, the triggers, and consequences!*

Counselor Signature: *Bill Perry CCDC*   Date: *12-7-98*
*Client reported that he did not have a room mate for date 11-21-98 to 11-2[ ]*
*He states attending all activities from 11-24-98 to 11-27-98*

CLIENT NAME: J. Murphy
CASE NUMBER: 75910
UNIT NUMBER: 410 OHRC

## OAK HAVEN RECOVERY CENTER
## WEEKLY PROGRESS GROUP NOTE

Week of : November 14 thru November 20, 1998

| Saturday | 09:30 - 09:45 Meditation | _____ | Sunday | 10:00 - 11:00 Spiritual Study | _____ |
|---|---|---|---|---|---|
| | 10:15 - 11:30 Follow Dir. | _____ | | 11:45 - 12:45 Physical Activity | _____ |
| | 01:30 - 03:30 Disease/Comm. | _____ | | 04:00 - 05:00 Study | _____ |
| | 08:00 - 09:00 AA / NA | _____ | | 06:00 - 07:00 Journal Study | _____ |
| | | | | 08:00 - 09:00 AA / NA | _____ |

| Monday | 08:00 - 08:15 Meditation | | Tuesday | 08:00 - 08:15 Meditation | |
|---|---|---|---|---|---|
| | 09:15 - 10:15 Stress Mana. | | | 09:15 - 10:15 Step One | |
| | 11:00 - 12:30 Group | | | 11:00 - 12:30 Group | |
| | 01:30 - 02:15 JRT/JRS | | | 01:30 - 02:15 HIV/TRC Assert. | |
| | 02:45 - 03:30 Physical Rec. | | | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | | | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | | | 08:00 - 09:00 AA / NA | |

| Wednesday | 08:00 - 08:15 Meditation | | Thursday | 08:00 - 08:15 Meditation | |
|---|---|---|---|---|---|
| | 09:15 - 10:15 Grief & Loss | | | 09:15 - 10:15 Guilt & Shame | |
| | 11:00 - 12:30 Group | | | 11:00 - 12:30 Group/Orientation | |
| | 01:30 - 02:15 Nutrition | | | 01:30 - 02:15 Clean Up | |
| | 02:45 - 03:30 Physical Rec. | | | 02:45 - 03:30 Physical Rec. | |
| | 04:00 - 05:00 Study Hour | | | 04:00 - 05:00 Study Hour | |
| | 08:00 - 09:00 AA / NA | | | 08:00 - 09:00 AA / NA | |

| Friday | 08:00 - 08:15 Meditation | | Fri. Cont. | 02:45 - 03:30 Physical Rec. | |
|---|---|---|---|---|---|
| | 09:15 - 10:15 Nicotine | | | 04:00 - 05:00 Study Hour | |
| | 11:00 - 12:30 Group | | | 08:00 - 09:00 AA / NA | |
| | 01:30 - 02:15 Progress | | | | |

What was the most important thing you heard this week? _That I have a problem_

What are doing differently as a result of hearing this? _Come to grips with my problem and deal with it._

Treatment Plan issues addressed. _N/A_

Family participation: (YES) (who & how)  No  (explain no) _Wife with support_

Progress:  worse,  unchanged,  slight,  moderate, (better,)  much better

Client Signature: _Jedidiah L Murphy_   Date: _11-27-98_

Progress:  worse, (unchanged,)  slight,  moderate,  better,  much better

Level of participation:  1 - inattentive, uninterested   2 - quiet, preoccupied or superficial interaction

3 - quiet but followed group process   4 - genuine, effective interaction   5 - deep emotional work

Comments: _Client becoming over talel and adjusted to program structure_

Counselor Signature: _Bill Perry CCDC_   Date: _11-23-98_

CLIENT NAME: F. Wiggins
CASE NUMBER: 18886
UNIT NUMBER:  410 OHRC

# SPECIAL HEALTH RESOURCES OF EAST TEXAS

## INTENSIVE AND SUPPORTIVE OUTPATIENT SERVICES

### HIGH RISK COUNSELING AND EDUCATION

I, _Jedediah A. Murphy_ have received the following information:

✓ HIV     ✓ TB     ✓ STD

The HIV information included risk factors, risk reductions, risk cues, routes of transmission, and methods of prevention. My risk for HIV infection has been addressed and I have been offered or referred to voluntary, anonymous, confidential, and free testing services which include pre and post test counseling. This information was in accordance with Texas Department of Health approved guideline.

Client Signature: _Jedediah A. Murphy_

Counselor Signature: _K. People_

Date: _12-1-98_

Name: _Jedediah Murphy_

ID: _759910_

Prevention Unit: _CNO-0?RC_

**SPECIAL HEALTH RESOURCES OF EAST TEXAS**

**INTENSIVE AND SUPPORTIVE OUTPATIENT SERVICES**

**HIGH RISK COUNSELING AND EDUCATION**

I, _JEDIDIAH MURPHY_ have received the following information:

( ✓ ) HIV          ( ✓ ) TB          ( ✓ ) STD

The HIV information included risk factors, risk reduction strategies, routes of transmission, and methods of prevention. My risk for H.I.V. infection has been addressed and I have been offered or referred to voluntary, anonymous, confidential, and free testing services which include pre and post test counseling. This information was in accordance with Texas Department of Health approved guidelines.

Client Signature: _____

Counselor Signature: _____

Date: _11-25-98_

Name: _Jedidiaa Murph_

Case: _75900_

Prevention Unit
_410-∂HRe_

**SUBSTANCE ABUSE SERVICES DIVISION**
of Sabine Valley Center

2/2 DRAFT

[X] OHRC  [ ] DEAR  [ ] KFC  [ ] WIN  [ ] GMC  [ ] WTC  [ ] BTC

## FOLLOW-UP PROGRESS NOTE

CLIENT NAME: Jedidiah Murphy                Date of Admit: 1-23-98 Last date of service: 12-13-98
                                           Date of Discharge, if different from above:_____

Contact number (circle one)   (1)  (2)  (3)   4   5   6   7   8   Final

#4: Date/time of successful follow-up contacts: _____2-18-99_____
Contact made in person?_____ Phone?:_____ Mail?_____

#18: If contact was made with someone other than the client, specify the relationship to the client:

    Family Member        [ ] Specify_____ ph#:_____

    Friend               [ ] Specify_____ ph#:_____

    Other                [ ] Specify_____ ph#:_____

#5: Current employment status: yes/no   Where? Big T Welding
#7: # of mos. employed since discharge: 0    #9: Income over last 30 days: 1000.00
#8: sources of income/support _____   #6: if unemployed – why?_____
#10: Current living arrangements: with: Mom
Address:_____ PH#:_____
#11: living in household where exposed to abuse of alcohol and/or use of drugs:   YES   (NO)
#12: Medicine Prescribed: 00
#13: # DWI arrests since discharge: 0   #14: # of PIs: 0   #15: # of A/DA related arrests: 0
#16: Current legal status: 00   #17: # hosp/ER visits since discharge: 0
#18: Current treatment status: A.A.
#22-27: during 30 days prior to follow-up, how many days has the client experienced:
Sickness and/or physical health problems (exclude a/da problems: 5
Employment and/or school: 00              Family/marital: 00
Peer and/or social relationship: 00        Drug/alcohol: 00
#times attended CD support group mtgs: 30   Receive continued services: A.A.
Where?_____

COMMENTS: ① 2-18 SB 873-6830 - Busy ② 873-3215 SB 3-18 Spoke to grandfather + 972 ③ 972
he hasn't seen Jim + he couldn't do report but said for us to call 962-7443 962-
Spoke to Jim's mom + she said he's doing great but she wants us to do report w/
④ Jim called us + he is doing really good.

Counselor Signature: Sharon Blakeley    Date: 2-18-99

FOLLOW-UP DOCUMENTATION                  CLIENT#: Jedidiah "Jim" Murp
                                         CASE#: 75910

SUBSTANCE ABUSE SERVICES DIVISION
of Sabine Valley Center

[X] OHRC [ ] DEAR [ ] KFC [ ] WIN [ ] GMC [ ] WTC [ ] BTC

**DISCHARGE REPORT INFORMATION/PROGRESS NOTE**

DATE: _12-14-98_

id client complete level of service?: _Yes_    _12-13-98_
eason for discharge: _Completion of Program requirements_

Level of service at time of discharge: __one_____ two _✓_ three_____ four_____
Primary environment of treatment at time of discharge: residential _✓_ outpatient_____
mployment status after discharge from treatment: _Employed, 35+ hrs per week_

egal status at time of discharge: _Non-Dwi Probation_
Where will client be living after discharge from treatment? _with family, wife & daughter_

fter discharge, will client be exposed to abuse of alcohol and/or use of drugs in immediate household?
_No_
Disabilities _____ If so, identify: _none identified_

mpediment to treatment participation _____ If so, identify: _none reported_

times (in last 30 days) client attended cd support group: _X21_
f family, etc., involved in treatment process: _X2 Mother and wife_
Alternate treatments/medications administered during treatment: _none reported_

Destination of referrals: _BTC Tyler, Local AA/NA Mtgs, Family support_

Abstinence from primary substance during the last 30 days of treatment: _23 d._

COMMENTS: _Client participated in all Program activities including_
_SA lectures. He interacted well with staff and his peers_

_Bill Perry LCDC_    _12-14-98_
COUNSELOR SIGNATURE    DATE

SUBSTANCE ABUSE SERVICES DIVISION
of Sabine Valley Center
scharge Report Information/Progress Note
R Note

NAME: _Jedediah Murphy_
CASE#: _75960_
UNIT#: _410-OHRC_

## SUBSTANCE ABUSE SERVICES DIVISION
### of Sabine Valley Center

[✓] OHRC [ ] DEAR [ ] KFC [ ] WIN [ ] GMC [ ] WTC [ ] BTC

### REQUEST FOR DISCHARGE / TRANSFER

NAME: *JEDIDIAH MURPHY*     DATE: *12-13-98*

REQUEST DISCHARGE/TRANSFER ON (date) _____

ADDRESS UPON DISCHARGE: *6305   F.M. 429   KAUFMAN  TX  75142*
    (STREET)                (CITY, STATE, ZIP)

PHONE NUMBERS WHERE I MAY BE CONTACTED:#1 *903-873-6830*   #2 *972-962-7443*

IN YOUR OWN WORDS, EXPLAIN WHY YOU ARE REQUESTING DISCHARGE/TRANSFER.

*I feel that my learning here is done and ~~xx~~ it's time for me to go out & apply what I have learned.*

GOALS I HAVE COMPLETED: *Come to grips with my addiction and learned how to deal with it*

GOALS I PLAN TO WORK ON: *Abstinence, Anger, Awareness. Continue to work on these 3 things and with hard work make it a part of my life*

PLANS FOR CONTINUING CARE: *A.A. & N.A. meeting.*

COMPLETED *21* DAYS OF TREATMENT.     COMPLETED *100* % OF TREATMENT PLAN.
DAYS of SOBRIETY: *21* AA/NA SPONSOR *None*

REQUEST APPROVED: *Yes*     REQUEST DISAPPROVED: *NA*
       (Justification for disapproving discharge must be documented in client record under Progress notes)

*Jedidiah Murphy* *12-13-98*     *Bill Perry LCDC* *12-14-98*
Signature of Client     Date     Signature of Counselor     Date

### PLEASE REMEMBER TO TURN BOOKS IN TO COUNSELOR.

plicable: clean room/apt., linens to laundry room, empty trash, inventory of apartment, check with nurse for return of medication brought into treatment

SUBSTANCE ABUSE SERVICES DIVISION

REQUEST FOR DISCHARGE FORM
SASD 048; 12/15/97, DCREQST

NAME: *Jedidiah Murphy*
CASE#: *75910*
UNIT#: *410-OHRC*

## SUBSTANCE ABUSE SERVICES DIVISION
### OF SABINE VALLEY CENTER

[ ] OAK HAVEN   [ ] DEAR RECOVERY   [ ] KIRKPATRICK   [ ] GROVE-MOORE   [ ] WOODBINE   [ ] W.I.N.   [ ] TYLER

### Progress Notes: Individual/Family Sessions

| Date/Time | Length | Type | TP# | Progress Notes: Signature w/Title and Date |
|---|---|---|---|---|
| 11-30-98 | 1.5 | IC | D04 | Met w/ Mr. Murphy in 2nd 1:1 session. He reports completion of the Detox TP Problem area Disease Process. He shares his understanding. |
| | | | A02 | The TP has been revised to include issues |
| | | | A06 | of Anger, Abstinence & awareness, as well as continued work on the Steps 1, 2 & 3 and Relapse Prevention. |
| | | | | Mr. Murphy demonstrates improvement & growth as he practices healthy ways of managing his anger. |
| | | | | Bill Perry CCDC |
| 12-10-98 | 1.0 | IC | A02 | Met w/ client in 3rd 1:1 counseling session. We reviewed his TP progress. He shares completion and his understanding of "Abstinence" and the need for total abstinence of all mood altering drugs. He showed positive insight of his powerlessness. |
| | | | | Client continues to show growth in his efforts for recovery. |
| | | | | Bill Perry CCDC |

Client Name: Jedediah Murphy
Client #: 75910
Unit #: 410-OHRC

SUBSTANCE ABUSE SERVICES DIVISION
of Sabine Valley Center

[X] OHRC [ ] DEAR [ ] KFC [ ] WIN [ ] GMC [ ] WTC [ ] BTC

## REQUEST FOR DISCHARGE / TRANSFER   *Detox*

NAME: *Jedidiah Murphy*   DATE: *11-30-98*

REQUEST DISCHARGE/TRANSFER ON (date) *11-29-98*

ADDRESS UPON DISCHARGE: *7470 St. Hwy 154*   *Marshall Tex 75670*
                        (STREET)                (CITY, STATE, ZIP)

PHONE NUMBERS WHERE I MAY BE CONTACTED: #1 *903/938-5149*  #2 _____

IN YOUR OWN WORDS, EXPLAIN WHY YOU ARE REQUESTING DISCHARGE/TRANSFER

*I've completed my detoxification & I am ready to move on to my other treatment*

GOALS I HAVE COMPLETED: *I come to grips with my addiction, realize I have a problem. I need more treatment*

GOALS I PLAN TO WORK ON: *Communicate more, beat my addiction, live one day at a time, and live a functional life, Gain controll.*

PLANS FOR CONTINUING CARE: *Client transferred to OHRC Intensive Residential Program*

COMPLETED *5* DAYS OF TREATMENT.   COMPLETED *100* % OF TREATMENT PLAN
DAYS of SOBRIETY: *7*   AA/NA SPONSOR *none*

REQUEST APPROVED: *yes*   REQUEST DISAPPROVED: *NA*
(Justification for disapproving discharge must be documented in client record under Progress notes)

_____   _____
*Jedidiah J. Murphy*  *11-30-98*   *Bill Perry* CDC *11-30-*
Signature of Client      Date      Signature of Counselor   Date

## PLEASE REMEMBER TO TURN BOOKS IN TO COUNSELOR.

If applicable: clean room/apt., linens to laundry room, empty trash, inventory of apartment, check with nurse for return of medication brought into treatm

SUBSTANCE ABUSE SERVICES DIVISION

NAME: *Jedidiah Murphy*
CASE#: *75910*
UNIT#: *410-OHRC*

REQUEST FOR DISCHARGE FORM
SASD 048; 12/15/97, DCREQST

# SUBSTANCE ABUSE SERVICES DIVISION
of Sabine Valley Center
## OAK HAVEN RECOVERY CENTER
## INITIAL COUNSELOR / CLIENT SESSION

Date: _11-25-98_ Time: _4:00 pm_ Length: _.45 hr_ Treatment Plan #: _D04_

Completed the ASI: _____ yes ___✓___ no
Reviewed level 1 treatment plan: ___✓___ yes _____ no
Revised level 1 treatment plan: _____ yes ___✓___ no

The following revisions have been developed by the client and counselor: _none_

_____

_____

_____

Meets admission criteria for level 2 residential SA treatment. ___✓___ yes _____ no

Client is expected to enter residential level 2, _11-29-98_, estimated length of stay, _14 d._ .
                                                   Date                                    Days

The guidelines of the program have been reviewed and client agrees to adhere to these guide-
lines. _Yes_

Family Consent for release of information is in place: _____ yes ___✓___ no
Family and or significant other (s) will be invited and encouraged to participate in the treatment
and recovery process. _____ yes ___✓___ no (if no, reason for non participation must
be documented): _He states he wants no contact so that he can_
_concentrate on his immediate needs, being recovery._

(Probation) / Parole consent for release of information is in place: ___✓___ yes _____ no
Probation and or Parole contacted: ___✓___ yes _____ no

Client's affect during this session: _Orientated X3. Appearance was good, posture + poise._
_His mood seemed anxious w/ high energy level._

Comments: _He reports completion of his Program Orientation and states he_
_understands his Clients Rights/Grievance procedures & The Laws of_
_Confidentiality. He denies any present thoughts of committing_
_suicide or harming himself or others_

_____

_Bill Perry_ CCDC
**Counselor signature**

_____
**CI Counselor signature**

DRAFT                    Client Name: _Jedediah Murphy_
9/8/98                   Case Number: _75910_
INITPG                   Unit Number:  410 - OHRC

*Recd. 11-20-W. T.A.*

# SUBSTANCE ABUSE SERVICES DIVISION
### of SABINE VALLEY CENTER

[ ] OAK HAVEN [ ] DEAR [ ] KIRKPATRICK [ ] W.I.N. [ ] WOODBINE [ ] GROVE-MOORE [✓] BEGINNING: Tyler, Henderson, Texarkana, Mt.Pleasant, Jacksonville

## SCREENING/INTAKE INFORMATION

DATE: 11-20-98    TIME: 2:40 PM  SS#: 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

NAME: Jedidiah Murphy    SEX: M  AGE: 23  DOB: 9-1-75

ADDRESS: 727 E North Commerce    CITY: Wills Point  COUNTY: Van Zandt

PHONE#1: 903-873-6830    PHONE#2:

REFERRED BY: Andrews / Canton    FOR: Inpatient

SVC CLIENT? yes/no past    present    where    when

PRESENTING ALCOHOL: ✓  days clean: 1 day  used how long? 8 yrs  Method: Beer mainly

PROBLEM: DRUG:  days clean:  used how long?  Method:

DRUG:  days clean:  used how long?  Method:

CURRENT CRISIS: Affecting his life - where he is suicidal - just got out of intensive care hosp. - tried to commit suicide - family getting judge to court order treatment

SERVICES REQUESTED: Inpatient

Pregnant:  Due:  Prenatal care:  Children: 1  Ages: 16 mo

PRIOR CD TREATMENT: NO

MEDICAL PROBLEMS: NO

ALLERGIES: NO

MEDICATIONS: NO  Dr.

MH PROBLEMS: NO

PRIOR MH TREATMENT: NO

MH MEDICATIONS: NO  Dr.

Sleep: Varies / bad + good  Energy: Not very much  Appetite: Varies / sometimes good / not so

Thoughts of harming self/others: Yes

LEGAL ISSUES: Charges pending:  Where:

Probation: ✓ for Assault in 1994  Where: Wills Point

Parole:  for  Where:

Client informed of Assessment fee ($47.50/$75) based on sliding _____ ; $150. admission deposit to OHRC _____

Must bring insurance/Medicaid information; identification (DL/SS); checkstub, AFDC, FS, WIC verification to establish primary Funding Source. Insurance: _____ Yes ✓ No; Medicaid: _____ Yes _____ No; (TCADA): ✓ Yes _____ No

REFERRALS MADE TO: Oak Haven

Circle phone number if given: TX Referral Network 1-800-852-3364, Other _____

PRIORITY CODE: 1 Pregnant, IV drug use; 2 Pregnant, substance abuser; 3 IV drug user; 4 SS SA; 5 Parents w/children in foster care; other alcohol/drugs

MEETS SASD ELIGIBILITY CRITERIA: YES ✓  Assessment Scheduled: Date: _____ Time: _____ With: _____

NO  Reason: _____

Information Obtained by: Betty Boyce  Date: 11-19-98  Phone/IC _____

COMMENT/RECOMMENDATIONS: _____

11/20. Jedidiah will be admitted Nov. 11-23-98 at 11:00 a.m.

Counselor Signature: James H Reich LCDC  Date: 11-19-98

CLIENT: J. Murphy

CASE#: 75910

UNIT#: 4100HRC

Case 3:10-cv-00163-N Document 42-15 Filed 05/05/10 Page 166 of 533 PageID 11686

# ANDREWS CENTER

### SERVICE TRANSACTION/PROGRESS NOTE

NAME: Jedidiah Murphy                    CASE #: _____

GAF: _____ LOCATION: _____

DATE: 11/19/98

| Trans Status | Server ID | Service Code | Start Time | Stop Time | Place of Service | Recipient | Telephone | Group Size | Bill? | Consumer Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1710 | | 1130 A/P | 1250 A/P | | | Y N | | Y/N | |
| | | | A P | A P | | | Y N | | Y/N | |
| | | | A P | A P | | | Y N | | Y/N | |
| | | | A P | A P. | | | Y N | | Y/N | |

**PROGRESS ON OBJECTIVE:** 23 y/o male walked into facility in crisis. He tried to O.D. last night on "Unisom" after his wife left him. His wife reportedly left due to his alcohol binges. Client has

**GENERAL COMMENTS:** long history of alcohol dependence, being a daily drinker "obsessed" with the idea of drinking alcohol. Tried to quit on his own - no benefit. When he starts drinking he can not stop. He meets DSM IV criteria for alcohol Dependence for the following reasons: substance taken in larger amounts than intended, persistant desire & unsuccessful attempts to control use, great deal of time spent in activities necessary to get alcohol, important social & occupational activities because of alcohol use and finally, alcohol is used despite realizing he has a problem and alcohol is a major factor. Client is willing to accept help at this time. His family supports

Staff Signature/Title: _____ CMHR-123-1/96

Medical Records - Blue

Business Office - White

him getting help. M. Allen LMSW-ACP 1710 Jedediah Murphy 75910

# FAX COVER SHEET

## 903-567-2042

DATE: 11/19/98

TO: Twyla - Oakhaven

FROM: Summer Allan LMSWACP

# OF PAGES (including cover sheet): 2

MESSAGE: Here is substance abuse screening. Please call if you need any additional info to process his request.

ANDREWS CENTER*575 WEST HWY 243*CANTON*TX*75103
903-567-4197*800-256-5861

Jedediah Murphy
75920

## SUBSTANCE ABUSE SERVICES DIVISION
### of Sabine Valley Center

[ ✓ ] OHRC  [ ] DEAR  [ ] KFC  [ ] WIN  [ ] GMC  [ ] WTC  [ ] BT

## DISCHARGE / CONTINUING CARE TREATMENT PLAN

I UNDERSTAND THAT CONTINUING CARE ACTIVITIES ARE AN IMPORTANT ASPECT OF MY RECOVERY PROCESS AND THAT THEY ARE DESIGNED TO SUPPORT AND INCREASE THE GAINS THAT I HAVE MADE IN MY TREATMENT PROCESS.  LISTED BELOW ARE THE GOALS FOR WHICH I WILL CONTINUE TO STRIVE.

1. ✓ To continue treatment at _A.A._, _ALCOHOLICS ANN_ Program.
2. ✓ To attend AA/NA meetings no less than _5_ times weekly at _TERREL_.
3. ✓ To encourage my family/friends _WIFE, MOTHER_ to attend weekly Al-Anon meetings
4. ✓ To choose a temporary/permanent AA/NA sponsor, _N/A_ before discharge.
5. ✓ To be responsible for payment of charges,$_N/A_ incurred while in treatment.
6. ✓ To continue working on the following original Treatment Plan issues that were not resolved:
   a. _____
   b. _____
   c. _____
   d. _____
   e. _____
7. ___ Individual goals to sustain recovery: _Abstinence, Anger, Awareness_
   _Go to AA & N.A. meetings 90 in 90._

COUNSELOR'S COMMENTS: _____

REFERRALS: _AA. & N.A._

RECOMMENDATIONS: _This form was completed by client in the absence of the_
_counselor at a time when this counselor was not on the property_

I ACKNOWLEDGE that I have participated in the DISCHARGE PLANNING process and have received a copy of the DISCHARGE/CONTINUING CARE TREATMENT PLAN.  Having read the above outlined plan, I hereby agree to comply with the goals set forth.

_Jedidiah Murphy_                    _12-13-98_
SIGNATURE OF CLIENT                  DATE

_Bill Perry LCDC_                    _12-14-98_
SIGNATURE OF COUNSELOR               DATE

SUBSTANCE ABUSE SERVICES DIVISION          NAME: _Jedidiah Murphy_
   of Sabine Valley Center                 CASE#: _75910_

**SUBSTANCE ABUSE SERVICES DIVISION**
of Sabine Valley Center

[✓] OAK HAVEN   [ ] DEAR   [ ] KIRKPATRICK   [ ] W.I.N.   [ ] W.T.C.   [ ] G.M.C.   [ ] B.T.C.

## DIAGNOSTIC STAFFING SUMMARY

NAME: _Jedediah Murphy_

PROBLEM CATEGORY: _✓_ ALC _____ DRUG _____ POLY

INITIAL STAFFING _____
(date)
SUPPLEMENTAL STAFFING _12-15-98_

| DIAGNOSTIC PROFILE: | CODE |
|---|---|
| Axis I: _____ | _____ |
| Axis II: _____ | _____ |
| Axis III: _____ | _____ |
| Axis IV: _____ | _____ |
| Axis V:<br>GAF: _____ | _____ |

**TREATMENT PLANNING INFORMATION**

| TP Problem Number | Modality Number | TGT Comp Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

CLIENT'S ASSETS/STRENGTHS:

_____

_____

STAFF PRESENT: Jay J Stetson
_Ada Tate PN_
_Patrice Johnegans CI_
_____, MS, LCDC_
_____ LCSW_
_Ken Speer LCDC_

WEAKNESSES/NEEDS:

_____

_____

_____

_Bill Perry LCDC_

PRECAUTIONS OR SPECIAL CONSIDERATONS:

_____

_____

_____

SIGNATURE OF PRIMARY COUNSELOR

Client was ~~admitted to~~ Level 1 (2) 3  4 of treatment at
DISC. FROM
_O H R C_ with _23_ days of sobriety REPORTED

on this date: _12-13-98_ ELOS: _____

Family Participation: YES/NO _X2_ (m) (w)

RECOMMENDED RESOURCES/PLACEMENTS: _____

STAFF COMMENTS/FEEDBACK: _Client is successfully discharged from OHRC, level_
_II treatment following completion of all program requirements_

**DIAGNOSTIC STAFFING SUMMARY**
STAFFNOT.#031; 691; r.7/97; 1/98

CLIENT: _Jedediah Murphy_
CASE: _75910_
UNIT#: _410-OHRC_

OAK HAVEN RECOVERY CENTER
Sabine Valley Center/
Substance Abuse Services Division

----------------------------------------------------------------------

CLIENT NAME:          Jedidiah Murphy

TODAY'S DATE:         11/30/98

PRIMARY DIAGNOSIS:    Alcohol Dep. 303.90

THE PRIMARY GOAL OF TREATMENT IS ABSTINENCE FROM MOOD-ALTERING
CHEMICALS.   THE FOLLOWING INDIVIDUALIZED TREATMENT PLAN HAS BEEN
DEVELOPED TO ACCOMPLISH THIS GOAL.   PROBLEMS ARE LISTED IN ORDER OF
SEVERITY WITH GOALS, OBJECTIVES AND METHODS OF TREATMENT.

***********************************************************************
PROBLEM A02: ABSTINENCE                          TARGET DATE: 12/4/98
GOAL:        ABSTINENCE FROM MOOD ALTERING CHEMICALS
OBJECTIVE:   REMAIN ABSTINENT - ACCEPTANCE

12-7-98
Comp BP

METHOD  3:  List at least three feelings that jeopardize your
            sobriety and discuss with group - coping w/feelings
            without using.

METHOD  4:  Define powerlessness, then list five examples of
            powerlessness you have experienced.  Share w/group.

METHOD  5:  Read Chapter 5 "How It Works" in BIG BOOK and list
            ten ways to work on personal abstinence.  Turn in
            to your primary counselor.

METHOD  6:  Make a list of areas that you regularly deceive
            yourself about and share with group.

METHOD  7:  Read in BIG BOOK "Dr. Bob's Nightmare" and write
            a personal plan for remaining abstinent.  Share
            your plan with your primary counselor.

METHOD  8:  Read "He Had To Be Shown", page 193 in BIG BOOK and
            explain to group why alcoholism is an insidious
            disease.

METHOD 11:  List ten (10) realistic consequences if you
            continue to drink/drug. Be honest. Share with group.

METHOD 13:  Complete STEP ONE Guide.  Discuss with counselor.

***********************************************************************

PROBLEM A06:ANGER                                TARGET DATE: 12/11/98
GOAL:        ABILITY TO COPE WITH ANGRY FEELINGS AND EXPRESS
             ANGER APPROPRIATELY
OBJECTIVE:   IDENTIFY AND DISCUSS UNDERLYING ANGER AND HOW TO DEAL
             WITH IT IN EFFECTIVE, HEALTHY MANNER

12-11-98
Comp BP

METHOD  3:  Share with group why it is important for you to
            deal with anger and resentment.

----------------------------------------------------------------------

SUBSTANCE ABUSE TREATMENT PLAN        NAME: Jedidiah Murphy
         (Page 1)                     CASE NO: 75410
                                      UNIT CODE: 410-OHRC

OAK HAVEN RECOVERY CENTER
Sabine Valley Center/
Substance Abuse Services Division
----------------------------------------------------------------

METHOD  4:   Meet with primary counselor to discuss anger and      12-11-98
how to cope with it.                                 Comp.  BP

METHOD  7:   Write a list of angers and resentments and discuss
how drinking/drugging is related to these.  Share
with group.

METHOD 10:   List the times or situations in which you have felt
the most angry, also explaining why they made you
feel so angry.  Share the list with the group and
get feedback from them.

METHOD 12:   Tell what you get, "THE PAYOFF", for anger usage.

METHOD 15:   Share in group three ways you have used anger as a
form of intimidation and control.

C.   REQUIREMENTS IN TREATMENT BEFORE BECOMING ELIGIBLE FOR TRANSFER
TO CONTINUING CARE:

    1.  Must have an AA/NA sponsor.  Comp. 12-11-98  BP
    2.  Completion of Step 1.
    3.  Completion of Step 2.
    4.  Completion of Step 3.
    5.  Begin Relapse Prevention Checklist two weeks after
        admission to Oak Haven.

As a client of Oak Haven, and as a part of my written treatment plan, I
will attend all AA and/or NA group meetings.  Participation in such
groups is a part of this treatment plan.  I have participated in
developing my plan of treatment. It has been explained to me in my
primary language in simple, non-technical terms.  Possible adverse
effects of the plan and of rejecting the plan have been explained to me.
I AGREE to participate in and cooperate with the plan.  I understand
that I may withdraw this AGREEMENT at anytime.

CLIENT: _Jedidiah L. Murphy_____ DATE: _12-2-98____

PRIMARY COUNSELOR: _Bill Perry LCDC___ DATE: _12-2-98___

DATE OF STAFFING: __12-15-98_____

REVIEWED:                                          REVISED
    Initial: __BP___  Date: __11-30-98__      Y*  N
    Initial: __BP___  Date: __12-10-98__      [ ] [√]
    Initial: __BP___  Date: __12-14-98__      [ ] [√]
                                              [ ] [√]

* See Treatment Plan Revision

----------------------------------------------------------------

SUBSTANCE ABUSE TREATMENT PLAN              NAME: _Jedidiah Murphy_
        (Page 2)                            CASE NO: 15910
                                            UNIT CODE: 410 OHRC

# SUBSTANCE ABUSE SERVICES DIVISION
of Sabine Valley Center

[X] OAK HAVEN   [ ] DEAR   [ ] KIRKPATRICK   [ ] W.I.N.   [ ] W.T.C.   [ ] G.M.C.   [ ] B.T.C.

## DIAGNOSTIC STAFFING SUMMARY

NAME: Jedediah Murphy

INITIAL STAFFING _____
(date)

PROBLEM CATEGORY: ✓ ALC _____ DRUG _____ POLY

SUPPLEMENTAL STAFFING 12-1-98

| DIAGNOSTIC PROFILE: | CODE |
|---|---|
| Axis I: Alcohol Dep | 303.90 |
| Axis II: No. Diagnosis | v71.08 |
| Axis III: None | |
| Axis IV: A, B, I | |
| Axis V: GAF: 50-55 | |

### TREATMENT PLANNING INFORMATION
To Day 11-29-98

| TP Problem Number | Modality Number | TGT Comp Date |
|---|---|---|
| 402 | 3, 4, 5, 6, 7, 8, 11, 13 | 12-4 |
| 406 | 3, 4, 7, 10, 12, 15, | 12-11 |

Abstinence, Anger

CLIENT'S ASSETS/STRENGTHS:

Intellect, Willingness

STAFF PRESENT: Tony J. Stockton
Patrice Finnegins CI
Bill Perry LCDC

WEAKNESSES/NEEDS:

Anger, Impulsive/Compulsive
Needs Education & Counseling for
development of healthy life skills

Bill Perry LCDC

SIGNATURE OF PRIMARY COUNSELOR

PRECAUTIONS OR SPECIAL CONSIDERATONS:

States has been diagnosised as
Bipolar, & something else related to
his anger.

RECOMMENDED RESOURCES/PLACEMENTS: Anger
Mgt Group BTC-Tyler

Client was admitted to Level 1 (2) 3  4 of treatment at

OHRC   with  7  days of sobriety   REPORTED

on this date: 11-29-98  ELOS:  14 d.

Family Participation: (YES)/NO  Phone, wife

STAFF COMMENTS/FEEDBACK: _____

CLIENT: Jedediah Murphy
CASE: 75910
UNIT#: 410-OHRC

**Oak Haven Recovery Center**
**SUBSTANCE ABUSE SERVICES DIVISION'S**
**PSYCHOSOCIAL HISTORY SUMMARY**

NAME: Jedediah Murphy                    ETHNICITY: White
AGE: 23              DOB:9/1/75          GENDER: Male
DO Admit: 11/23/98    DO Interview: 11/30/98    EDUCATION: 12 years

**CIRCUMSTANCES LEADING TO TREATMENT/MOTIVATION:**
Mr. Murphy inferes that he seeks treatment at this time because of negative conse-
quences of his alcohohol use including an attempted suicide.

**DRUG OF CHOICE, ALCOHOL, DAYS CLEAN/DRUG USE, PAST/PRESENT:**
Mr. Murphy states his drug of choice is alcohol, of which he shares drinking daily for
the last eight years. He denies the use of any other drug except tobacco of which he
has smoked also for the last eight years including at the present time.

**PRIOR CHEMICAL DEPENDENCY/PSYCHIATRIC TREATMENT:**
Client admits to one previous evaluation for alcohol dependence. However he
denies any previous alcohol and drug treatment participation. He reports working on
his depression at the Andrews Center in Tyler, in four sessions within the last twelve
months.

**CURRENT HEALTH STATUS/MEDICATIONS/SIGNIFICANT MEDICAL HISTORY:**
**physical:** Client shares that health wise he is in "good " condition. He further states
a history of hospitalizations due to accidents and various illnesses.
**mental:** Client reports having been diagnosed as bipolar and is taking Tegretol and
Zoloft for anger.

**RELATIONSHIP WITH FAMILY & SIGNIFICANT OTHERS:**
Client implies that currently his relationship with his family and significant other is
strained as a result of his alcohol use. When not drinking he says relationships
are good.

**CURRENT LIVING SITUATION/SOCIAL HISTORY:**
Mr. Murphy shares that at time of admission he was living with his significant other
and their daughter. At discharge from this program, he says he will return to this
living situation which he acknowledges as being a good environment.

**EDUCATION/VOCATIONAL TRAINING/MILITARY:**
Client has graduated from high school and reports completion of one year of college.
He plans on completing his education. He does report completion of the N.E.C.
School of Welding. He denies any military history.

**CURRENT EMPLOYMENT SITUATION/SOCIAL HISTORY:**
He says he is currently employed full-time (40 hours per week) as a welder and has
held this job for the last four years.

**LEGAL ISSUES - PRESENT/PAST:**
He reports a legal history of two previous convictions of assault with a deadly wea-
pon. He is now serving six years probation for these offenses.

SASD
PSYCHOSOCIAL HISTORY SUMMARY
SASD#030;Psy 12/97;r.8/12/98

NAME: Jedediah Murphy
CASE#: 75910
UNIT#:410-OHRC

## *DIAGNOSTIC IMPRESSION:*
## CLIENT'S EMOTIONAL STATE & BEHAVIORAL FUNCTIONING:

Mr. Murphy was oriented times three.  He denied any present thoughts of suicide. He says the recent attempt was attention seeking behavior as he was asking for help with his drinking problem and  took more pills than he had intended.  He says he has no intent and that he does not need to complete a No Harm Contract.  Client was cooperative, anxious and demonstrated a high energy level.  Appearance was good, poised posture with glancing eye contact.

## CLIENT'S PERCEPTION OF ISSUES
**NEEDS:** Companionship.
**STRENGTHS:** Hard headed.
**WEAKNESSES:** Alcohol.
**PROBLEMS:** Alcoholism.

## COUNSELOR'S PERCEPTION OF CLIENT'S ISSUES
**NEEDS:** Counseling for life-skill development and education.
**STRENGTHS:** Intellect and willingness.
**WEAKNESSES:** Anger, impulsive/compulsive.
**PROBLEMS:** Inability to manage his life without alcohol.

## TPM's TO ADDRESS IDENTIFIED ISSUES:
Assessment, psychosocial history, treatment/discharge planning, group/individual/family counseling, alcohol and drug/HIV/STD/TB/Nicotine education, twelve step recovery process and relapse prevention.

## RECOMMENDATIONS:
Short term goals:  Acceptance of chemical dependency.  Identify underlying issues of anger and learn effective ways of managing it.
Long term goals: Remain abstinent from the use of all mood altering chemicals, develop the ability to cope with angry feelings and express anger appropriately.

## REFERRALS:
Intensive out-patient program followed by a supportive out-patient and aftercare program.

In accordance with the criteria set forth in the DSM IV,  client presents symptoms of Alcohol Dependence 303.90.  Completion of this ASI assessment/ scoring, and with regard to the ASAM, client  meets the eligibility criteria for services at Sabine Valley Center's Oak Haven Recovery Center.  Client is scheduled to enter level two of care on, 11/29/98, with an estimated length of stay of fourteen days.

:Bill Perry, LCDC   *Bill Perry LCDC*   Date:  11/30/98

I.J. Lamothe, M.D.   *[signature]*   Date: 1/5/99
unit physician

SASD
PSYCHOSOCIAL HISTORY SUMMARY
SASD#030;Psy 12/97;r:8/12/98

NAME:  Jedediah Murphy
CASE#:  75910
UNIT#:410-OHRC

## MEDICAL STATUS (PHYSICAL)

**(#32)** Number of hospital/emergency room visits during last 12 months? _2_

18. How many times in your life have you been hospitalized for medical problems? _15_
    **(excluding** substance abuse Tx. and detox.) Please specify: _WRECKS + ILLNESS_

19. How long ago was your last hospitalization for a physical problem? ____ years _1_ ~~months~~sd
    For? _LAST WEEK, FOR OVERDOSE_

20. Do you have any chronic medical problems which continue to interfere with your life?____
    Specify:_NO_

21. Are you taking any prescribed medication on a regular basis for a physical problem? _NO_
    What is it?_____N_____ Dosage?_____N_____
    What is it for?____N____ /How long____

22. Do you receive a pension for a physical disability? (Y N)____N____ $ __N__

23. How many days have you experienced non-alcohol related medical problems in the past 30
    days? _O_ (0-30) Specify: ____N____

**(#43)** **Alcohol** related medical problems( cirrhosis, hangovers, vomiting, lack of sleep, etc) in past 30
    days? _20_ (0-30) Specify: ____
    **Nicotine** related medical problems (asthma, heart disease, high blood pressure)____N____

**(#36)** Health Insurance Type:____NO____

ASK CLIENT TO USE SCALE TO RATE NEXT 2 QUESTIONS: 0-NOT at ALL; 1-SLIGHTLY 2-MODERATELY 3 -CONSIDERABLY 4- EXTREMELY

24. How troubled/bothered have you been by medical problems in the past 30 days? _4_ (0-4)
25. How important to you now is treatment for these medical problems? _4_ (0-4)

INTERVIEWER ONLY: (0  1  2) 3  4  5  6  7  8  9;          MISR: Y or (N)   IN. UND: Y or (N)
COMMENTS FOR MEDICAL AREA:

Current Health Status: _Good_ _____ Meds: _N_ For: _N_
Significant Medical History:____N____

## EMPLOYMENT STATUS

26. Education completed (GED - 12 years)? _13_ years____ ____months
**(#26)** High School attended? _EDGEWOOD_ College attended? _NAVARO_
    Subjects of major interest: _PHYSICS_
    Problems/special concerns during school years(i.e. discipline, truancy, learning disabilities, illness,did you dropout, why?)
    _DROPOUT BECAUSE OF DIVORCE (Parents)_

27. Training/ technical education completed? _5_ months. What field? _WELDING_
    Name of school _NEC_ When: _1996_

28. Do you have a profession, trade, or skill? (Y/N) _Y_ What? _WELDER_
    Do wish to pursue/further your education? _YES_

29. Do you have a valid driver's license? (Y/N) _Y_ If not, why? _N_

30. Do you have an automobile available for your use? (Y/N) _Y_ Yours _Y_ Other____

31. How long was your longest full-time job? _4_ years ____ months
    Job title _WELDER_ Name of Company _BEARD MECH._

32. Usual or last occupation? _WELDER_

Name: _Jeshediah Murphy_
Case #: _75910_
Unit: _410-OHRC_

33.(#24) Does someone contribute to your support in any way? (Y/N) ___ N   WHO? _____   How much? ___

Why? _____ ADICTION ___ N

34.   What was your usual employment pattern over the past 3 years? (1-8)(circle one)
   (1 - full-time (40 hrs./wk))   2 - part-time (reg. hrs.)   3 - part-time (irreg. daywork)   4 - student   5 - Service
   6- retired/disability   7 - Unemployed   8 - controlled environment

(#21) Currently employed? __Y__   (#22) If not, why? _____

(#23) Months employed during the last 12 months: ___ 12

35. How many days were you paid for working in the past 30 days? (0-30)_(include under the tablework) 22

36. How much money did you receive from the following sources in the past 30 days?
3500 Employment _____ Disability _____ Pension, benefits, Social Security ___ Mate,family/friends
3500 Illegal _____ Unemployment compensation _____ Welfare (AFDC,FoodStamps,WIC)

37.(#25) What was your gross income for last year? $ 40,000

38.   How many people depend on you for the majority of the food, shelter, etc? __1__

39.   How many days have you experienced employment/school problems in past 30 days?(0-30) 0

(#44)   What type of problems? (Ex: poor attendance, missed responsibilities, inability to find work)_____

Do you have any learning disabilities or literacy problems? __NO__

Military History: yes   no   Branch of Service __NO__

Date of Discharge: ___N/A___ Type of Discharge: __N/A__   Rank: __N/A__

Significant Issues while in military: ___N/A___

ASK CLIENT TO USE SCALE TO RATE NEXT 2 QUESTIONS: 0- NOT AT ALL; 1-SLIGHTLY; 2-MODERATELY ; 3-CONSIDERABLY; 4-EXTREMELY

40. How troubled/ bothered by these employment problems in the past 30 days?(0-4) __

41. How important to you now is counseling for these employment problems? (0-4) 4

INTERVIEWER ONLY: 0  (1)  2  (3)  4  5  6  7  8  9;   MISR: Y OR N   IN. und: Y OR (N)

COMMENTS FOR EMPLOYMENT AREA:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## ALCOHOL/DRUG USE

42.   Age you first used alcohol or drugs? __12__ What was it? WISKEY

Last time you used a mood-altering drug? 11-23-98 Days clean __7__ What was it? WISKEY

43.   (Number of days/years)

| | PAST 30 DAYS | LIFETIME YEARS | ROUTE OF ADMINISTRATION |
|---|---|---|---|
| Alcohol - any use at all | | | |
| Alcohol to intoxication | 26 | 8 | 1 |
| Heroin | | | |
| Methadone | | | |
| Other opiates/analgesics | | | |
| Barbiturates | | | |
| heroin sed/hyp/tranq | | | |
| Cocaine | | | |
| Amphetamines | | | |
| Cannabis | 0 | 1 | 3 |
| Hallucinogens | | | |
| Inhalants | | | |
| Nicotine | 30 | 8 | 3 |
| More than one substance per day inc alc? | | | |

Route of Administration: (1 - Oral)   2 - Nasal   3 - Smoking   4 - Non I.V. Injection   5 - I.V. Injection

44.(#37) Have you ever used a needle to administer any of these drugs? (Y/N) __N__

Name: Jedediah Murphy

Case #: 75910

Unit: 410-DHRC

NAME: JEDIDIAH MURPHY

CASE NUMBER: 75910

| DATE | 11/17 | | | 11/18 | | | 11/19 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOUR | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |

| TEMPERATURE | 105 | 104 | 103 | 102 | 101 | 100 | 99 | 98 | 97 | 96 |
|---|---|---|---|---|---|---|---|---|---|---|

| PULSE | 80 | | | 95 | | | | | | | | | | | | | | | | |
| RESPIRATION | 22 | | | 22 | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | 117/11 | | | 104/76 | | | | | | | | | | | | | | | | |

| | NIGHT | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHIFT | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 |
| BATH | | | | | | | | | | | | | | | |
| SKIN CARE | | | ✓ | | | ✓ | | | | | | | | | |
| ORAL HYGIENE | | | | | | ✓ | | | | | | | | | |
| DIET - TYPE | | Reg | | | Reg | Reg | | | | | | | | | |
| APPETITE | | good | good | | Good | good | good | | | | | | | | |
| VOIDED | | | ✓ | | | ✓ | | | | | | | | | |
| B.M. | | | | | | | | | | | | | | | |
| ACTIVITY | Amb | amb | amb | Amb | Amb | amb | | | | | | | | | |
| S.A.D. RESULTS | | | | | | | | | | | | | | | |
| TINE TEST RESULTS | | | | | | | | | | | | | | | |
| SLEEP | | | ✓ | | | ✓ | | | | | | | | | |
| BED RAILS | | | | | | | | | | | | | | | |
| NURSES SIGNATURE | | | | | | | | | | | | | | | |
| SHIFT 1 | | | | | | | | | | | | | | | |
| SHIFT 2 | | | | | | | | | | | | | | | |
| SHIFT 3 | | | | | | | | | | | | | | | |

**NURSING CLINICAL RECORD**

NAME: JEDIDIAH MURPHY

CASE NUMBER: 75910

| | | 11/23/98 | | | 11/24 | | | 11/25 | | | 11/26 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOUR | | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 8 12 |

### TEMPERATURE (105–96)

| PULSE | 93 | 89 | 96 | 878 |
|---|---|---|---|---|
| RESPIRATION | 24 | 22 | | 24 |
| BLOOD PRESSURE | 127/70 | 127/74 | 120/74 | 119/70 |

| WEIGHT | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHIFT | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 |
| BATH | | ~ | | ~ | | | | | | | | |
| SKIN CARE | | ~ | / | | / | | | ✓ | ✓ | ✓ | ✓ | |
| ORAL HYGIENE | | ~ | | / | | | | | | | | |
| DIET - TYPE | | Reg | Reg | Reg | Reg | | Reg | Reg | Gen | Reg | Reg | Gen |
| APPETITE | | Fair | | Good | Good | | Good | gds | g/ds | good | good | gud |
| VOIDED | | ✓ | ✓ | | | | | ✓ | ✓ | | ✓ | ✓ |
| B.M. | | — | — | | | | | | | | | |
| ACTIVITY | | AMB | Bmk | Amb | Bmt | | Amb | Amb | Gent | amb | Bmb | Bmt |
| S.A.D. RESULTS | | N/N | | | | | | | | | | |
| TINE TEST RESULTS | | ∪ | | | | | | | ○ | | | |
| SLEEP | | / | / | / | | / | | ✓ | ✓ | | | ✓ |
| BED RAILS | | — | — | | | | | | | | | |
| NURSES SIGNATURE | | | | | | | | | | | | |
| SHIFT 1 | | | | M.Youmanku | | | M.Youmanku | | | M. Carpent | | |
| SHIFT 2 | M.Johnson | | M.Johnson rc | | | R. White rc | | | R. White | | | |
| SHIFT 3 | 4/1/98 rc | | 1/24 rc | | | w.Pime Gc | | | w.Pime Gc | | | |

NURSING CLINICAL RECORD

## THIS TEST HUST BE READ IN 48 TO 72 HOURS!!!

I wish to take the TB Mantoux test and understand I may have some local reaction to the test. This doesn't mean I have TB.

Signature X _____

Date __11/23/98__

Lot # __2478-11__

Site __(R) arm__

Administered by:
_M. Sholson, LVN_

Results:

Date ____

48 hours __11/26/98__

72 hours __Ø__

Read by:
_Nancy Deninger_

Jedidiah Murp-
Case # __75910__

| NAME | | | | | | | | | CASE NUMBER | | | | ATTENDING PHYSICIAN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Murphy, Jim | | | | | | | | | 13710 | | | | I.J. Lamothe, M.D. | | | |

| MONTH | YEAR | CODE | P - Pass | R - Refused | ALLERGIES | |
|---|---|---|---|---|---|---|
| Dec | 1998 | | D/C - Discontinued | H - Hold | Trilene | |

| N | Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Multi Vitamins i PO daily | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Ibuprofen Tyl ES tabs ii PO q 3-4 hrs PRN pain | 8A-4P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| NURSES INITIAL | SIGNATURE | NURSES INITIAL | SIGNATURE |
|---|---|---|---|
| | | | |

| NAME JEDIDIAH "Jim" Murphy | | CASE NUMBER 75910 | ATTENDING PHYSICIAN | | | | | | | | | | | | | | | | | | | | | I.J. LAMOTHE, M.D. |

| MONTH 11 | YEAR 1998 | CODE | P - Pass-No Charge<br>P - Pass-Charge<br>D/C - Discontinued | R - Refused<br>H - Hold | ALLERGIES | IODINE |

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cyamine 1cc<br>IM q̄ D X 5 | 9 | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | |
| Multi-vitamin T<br>cap p.o. | 9 | | | | | | | | | | | | | | | | | | | | | | | X | | | | | | | |
| SERAX 15mg<br>PO TID X 3 DAYS<br>THEN | 9<br>1<br>9 | | | | | | | | | | | | | | | | | | | | | | | X<br>X | | | | | | | |
| SERAX 15mg<br>PO BID FOR 1 DAY<br>THEN | hs<br>9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SERAX 15mg<br>O 1 A DAY FOR 1 DAY | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MgSO₄ 2cc<br>IM on adm.<br>THEN q 8h X 3 days<br>(10 doses) | 7<br>3<br>11 | | | | | | | | | | | | | | | | | | | | | | | X<br>X | | | | | | | |
| DILANTIN<br>300 mg PO stat.<br>and q HS X 5<br>days | admit<br>175 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mantoux TB Skin<br>test on admission<br>Read and Record<br>48-72 hrs. | STAT<br>6ª | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| NURSES INITIAL | SIGNATURE | NURSES INITIAL | SIGNATURE |
|---|---|---|---|
| ML | M. Gholson RN | DU | M Youmanstear |
| hCo | Nancy Carpenter LVN | BJ | Bewley Brigan LVN |
| Ru | R. White RN | C | John RN |

MONTHLY MEDICATION RECORD

| NAME | | | | CASE NUMBER | | ATTENDING PHYSICIAN | |
|---|---|---|---|---|---|---|---|
| JEDIDIAH JIM MURPHY | | | | 75910 | | L.J. Lamothe, M.C. | |

| MONTH | YEAR | CODE | | | | ALLERGIES | |
|---|---|---|---|---|---|---|---|
| 11 | 1998 | | P - Pass / D/C - Discontinued | R - Refused / H - Hold | | ICDINE | |

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAD | | | | | | | | | | | | | | | | | | | | | | | MD | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vistaril 50mg p° prn | 10⁰ | | | | | | | | | | | | | | | | | | | | | | | | | | | MJ | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| NURSES INITIAL | SIGNATURE | NURSES INITIAL | SIGNATURE |
|---|---|---|---|
| | | M.G. | M. Ghalsen RN |
| | | NC | Nancy Carpenter LVN |

MONTHLY PRN MEDICATION RECORD
SABINE VALLEY REGIONAL MHMR CENTER

SABINE VALLEY CENTER
SUBSTANCE ABUSE SERVICES DIVISION

[X] OAK HAVEN RECOVERY CENTER    [ ] BEAR RECOVERY RECOVERY CENTER

## NURSES NOTES

| DATE | TIME | REMARKS – TREATMENT | STAFF SIGNATURE |
|------|------|---------------------|-----------------|
| 12/10/98 | 245 | T-97.²⁰ No ear pain. Requests to see Dr. | N Youmanhi |
|  | 248 | States "That's okay – I don't need to see the Dr." | N Youmanhi |
| 12/13/98 | 2¹⁵ | Left facility c̄ family. States he was supposed to be discharged today anyway | X freelance |

NAME: Murphy Jim
CASE NO: 7590
UNIT NO: 410 SASD- OHRC

SABINE VALLEY CENTER
SUBSTANCE ABUSE SERVICES DIVISION

[X] OAK HAVEN RECOVERY CENTER   [ ] BEAR RECOVERY RECOVERY CENTER

## NURSES NOTES

| DATE | TIME | REMARKS – TREATMENT | STAFF SIGNATURE |
|---|---|---|---|
| 11/28/98 | 10:15 | Participating in group | N Youmand |
| | 12:15 | Ate well @ lunch | N Youmand |
| | 2:30 | Attending Family Education Group | N Youmand |
| | 3:30 | No S/S of W/D noted | N Youmand |
| 11/28/9 | 4 pm | Client enjoying family in chapel area — | R. Sta |
| | 5 pm | Dinner served ate c good appetit 100% | R. White |
| | 8 pm | Participating in group meeting | R. White |
| | 9 pm | Sleeping | R. White |
| | 1:30 pm | No S/S of Withdrawal noted | R. White |
| 11/29/98 | 12:35 | Screened and accepted to PCU | L. Ameria |
| 12/6 | 7 pm | c/o chest pain checked VS BP 131/8  P-82 c  Med et Zam  Turns R/S comfort | R. Sta |
| 12/8/98 | 6:7 pm | Requests to not go to outside meeting — declined as not medical  necessity. Service assistant  Vincent during conversation. N. Kholson | |
| 12/8/9 | 7:50 pm | c/o severe diarrhea. Med c Kaopectate 30cc pr | R. Litch |
| | 8:05 pm | Follow up c 15 cc Kaopectate | R. Litch |
| 12/9/98 | 9 am | Tyl ES tabs II for ear ache — | N. Youmand |

NAME: Murphy Jedidi
CASE NO: 73710
UNIT NO: 710 SASA   OHRC

SABINE VALLEY CENTER
SUBSTANCE ABUSE SERVICES DIVISION

[X] OAK HAVEN RECOVERY CENTER   [ ] BEAR RECOVERY RECOVERY CENTER

## NURSES NOTES

| DATE | TIME | REMARKS - TREATMENT | STAFF SIGNATURE |
|------|------|---------------------|-----------------|
| 11/26/98 | 6⁰⁰ | Orientation to the day. VS gns taken | V. Pimienta |
| | 7⁰⁰ | To dining rm for breakfast. Appetite good | " Pimienta |
| 11/27/98 | 8A | Up. Attended medication | B. King |
| | 9A | N N/S for meds c/o being nervous | B. King |
| | 9³⁰ | Attended gym P | B. King |
| | 12³⁰ | Ate lunch - seconds - peas | B. King |
| | 2³⁰ | Participated in activities | B. King |
| | 3³⁰ | Quiet - in - field of letters | B. King |
| 11/27/98 | 5⁰⁰ | Ate 90% dinner in DR | N. Carpenter |
| | 7⁰⁰ | Interacting c others | N. Carpenter |
| | 9³⁰ | Snacks eaten @ meeting | N. Carpenter |
| | 10⁰⁰ | agitated. c/o being nervous & feeling "funny" Vistaril 50mg po given | N. Carpenter |
| | 11³⁰ | Nervous and anxious hrs | N. Carpenter |
| 11/28/98 | 12³⁰ | Resting quiet. Eyes cld | V. Pimienta |
| | 2⁵⁵ | Asleep | V. Pimienta |
| | 4³⁰ | Asleep | V. Pimienta |
| | 6⁰⁷ | Awakened for vit signs. Quiet & cooperative. To dining rm for coffee. Talking c several pts | V. Pimienta |
| | 7³³ | No s/s of withdrawal experienced | V. Pimienta |
| 11/28/98 | 9am | @ nurses station for meds. Calm and cooperative s any c/o | N. Young |

NAME: _____
CASE NO: 75911
UNIT NO: _____

SABINE VALLEY CENTER
SUBSTANCE ABUSE SERVICES DIVISION

[X] OAK HAVEN RECOVERY CENTER   [ ] BEAR RECOVERY RECOVERY CENTER

NURSES NOTES

| DATE | TIME | REMARKS – TREATMENT | STAFF SIGNATURE |
|------|------|---------------------|-----------------|
| 11/25/98 | 8pm | Client attended AA Meeting participated — | |
| | 10pm | Mg Sog Tng Ice given Im as order — R.White |
| | 11pm | No S/S of Withdrawal Noted — R.White |
| 11/30/98 | 12³⁰ | Resting quietly in bed | v.Reneai |
| | 2³⁰ | Asleep | v.Reneai |
| | 4³⁰ | Asleep | v.Reneai |
| | 6⁰⁰ | Awaken'd for the day, VSigns taken, T.M med (R) gluteal | |
| | | to L arm for incident. Egg the good — v.Reneai |
| | 7³⁰ | No s/s withdrawal apparent | v.Reneai |
| 11/26/98 | 8⁰⁰ | Meditation attended — N.Carpenter |
| | 9¹⁵ | Participated in group — N.Carpenter |
| | 10³⁰ | Calm friendly ē n/c — N.Carpenter |
| | 12³⁰ | Ate 100% lunch — N.Carpenter |
| | 3³⁰ | No S/S withdrawal — N.Carpenter |
| 11/27/ | 3³⁰ | Enjoying recreation — Skin warm et | |
| | | dry color WNL — Oriented X 3 N.C— |
| | 6pm | Ate dinner ē 100% appetite — R.White |
| | 8pm | Attentive during group Meeting — R.White |
| | 11³⁰pm | No S/S of W/D Noted — R.White |
| 11/24/ | 12³⁰ | Resting quietly in bed | v.Reneai |
| | 2³⁰ | Asleep | v.Reneai |
| | 4³⁰ | Asleep | v.Reneai |

NURSES NOTES
SABINE VALLEY CENTER

NAME: Murphy, Tedrick

SADINE VALLEY CENTER
SUBSTANCE ABUSE SERVICES DIVISION

[X] OAK HAVEN RECOVERY CENTER   [ ] BEAR RECOVERY RECOVERY CENTER

## NURSES NOTES

| DATE | TIME | REMARKS – TREATMENT | STAFF SIGNATURE |
|------|------|---------------------|-----------------|
| 1/24/98 | 4:30p | Attentive @ study group. — | M Sholson NA |
|  | 6:45 | On-unit r peers. No c/o | M Sholson NA |
|  | 8:15 | Attentive in meeting q setting. | M Sholson |
|  | 10:00 | (R) snacks — good apps — | M Sholson NA |
|  | 1:15 | No norm | M Sholson NA |
|  |  | Resting in bed — quiet — no | Wist K |
|  |  |  | Wist K |
|  |  |  | Wist K |
|  |  |  | Wist K |
|  |  |  | Wist K |
|  |  |  | Wist K |
|  |  |  | Wist K |
|  |  |  | Wist K |
| 11/25/98 | 9am | @ nurses station for meds. Calm and talkative c̄ any c/o. States he feels "pretty good" — | N Youmans Lu |
|  | 11:15 | Attending mens therapy group — N You |
|  | 12:45 | Ate well @ lunch — | N Youmans |
|  | 3:00 | Participating in community mtg. — N Y |
|  | 3:30 | No S/S of W/D noted — | N Youmans Lu |
| 11/25/98 | 5:00 pm | Dinner served ate c̄ 100% appetite — R. White |
|  | 9 pm | Socializing c̄ peers NS — | R White |

NAME: Murphy, Jedidiah
CASE NO.:

SABINE VALLEY CENTER
SUBSTANCE ABUSE SERVICES DIVISION

[X] OAK HAVEN RECOVERY CENTER   [ ] BEAR RECOVERY RECOVERY CENTER

## NURSES NOTES

| DATE | TIME | REMARKS – TREATMENT | STAFF SIGNATURE |
|------|------|---------------------|-----------------|
| 11/23/98 | 7³⁰ | On deck. Tries but not participating— | M. Gholson RN |
| | 8³⁰ | In meeting. Expressed @ time | M. Gholson |
| | 10⁴⁵ | © snacks. fair appetite. | M. Gholson RN |
| | 11⁴⁵ | In room | M. Gholson RN |
| 11/34/98 | 12⁰⁰ | _illegible_ | West R |
| | 1⁰⁰ | _illegible_ | West R |
| | _illegible_ | _illegible_ | West R |
| | 5⁰⁰ | _illegible_ | West R |
| | 6⁰⁰ | _illegible_ | West R |
| | 7⁰⁰ | _illegible_ | West R |
| | | _illegible_ | West R |
| | 7³⁰ | No _illegible_ | West R |
| | | No complaints _illegible_ | West R |
| 11/24/98 | 9am | @ nurses station for meds. Calm and cooperative s̄ any c/o — | N Youman |
| | 11¹⁵ | Participating in men's therapy group— N | |
| | 12⁴⁵ | Ate well @ lunch — | N Youman Lic |
| | 2³⁰ | Seen by Dr. Lamothe for H&P. No new orders | N Youman |
| | 3³⁰ | Good day s̄ any s/s of w/d noted | N Youman |

NAME: Murphy Tedd

SABINE VALLEY CENTER
SUBSTANCE ABUSE SERVICES DIVISION

[X] OAK HAVEN RECOVERY CENTER   [ ] BEAR RECOVERY RECOVERY CENTER

## NURSES NOTES

| DATE | TIME | REMARKS – TREATMENT | STAFF SIGNATURE |
|------|------|---------------------|-----------------|
| 1/23/98 | 1³⁰pm | Admitted to OHRC for alcohol withdrawal. 23-yo white male. Skin cool & dry to touch c̄ good turgor. Denies pain or discomfort @ this time. Denies any abnormal physical problems. Oriented x 3. denies problems c̄ memory. Somewhat anxious and so upset but is cooperative @ assessment. Expresses anger @ protective custody order. States "they didn't need to do it." Reports suicide attempt of 11-17-98 which led to hospitilization. Denies suicidal ideation or plan @ this time. No harm contract reviewed, signed & then copy to client. Verbalizes past history of violent behaviors. advised is undesceptable @ OHRC acknowledges. Info for relief sources given. Admit protocol for alcohol detox followed. Oriented to facility. _____ M. Sholson N. |  |
|  | 5⁰⁰ | Admit Serax 15 mg given w/o _____ M. Sholson |  |
|  | 5¹⁵ | App fair @ supper _____ M. Sholson |  |

"Jim"

NAME: Murphy, Jedidia

```
************************************************************
                      NO HARM CONTRACT
************************************************************
```

(1) I, *JEDIDIAH MURPHY*, agree not to cause any harm to myself, or anyone else, during the period from *11 /23/ 98* to *DISCHARGE*

(2) I will try to get enough sleep and to eat well.

(3) I agree to get rid of things I could use to harm myself or someone else - guns, pills, razor blades, and knives.

(4) I agree that if I feel like I might harm myself or someone else, I will talk to my counselor, *OR NURSING STAFF*, immediately, or call the Crisis Hotline at 1-800-832-1009.

(5) I agree that these conditions are part of my counseling contract with Sabine Valley Center/ *CHRC* .

(6) I have read and/or had this contract explained to me.


_____          *11-23-98*
Client                                 Date

*M. Dobson, RN*                        *11-23-98*
Witness                                Date


Client received copy ___✓___ Yes            _____ No
                       *MD*


NO HARM CONTRACT
SABINE VALLEY CENTER


                      NAME: *Murphy Jedidiah*
                      CASE NO: *75910*
                      UNIT NO: *410-CHRC*

SABINE VALLEY CENTER – SUBSTANCE ABUSE SERVICES DIVISION

MEDICAL HISTORY

T. 98.5

**VITAL STATISTICS**
Age _23_   BP _127/78_
Ht _5'11"_   P _93_
Wt _137_   R _20_

**MEDICAL HISTORY**

ALLERGIES:   FOOD _____ Ø
DRUG _IODINE_
OTHER _____

**TO BE DETOXED FOR** (CHEMICALS ABUSING/DATE LAST USED)
_Alcohol   11-15-98_

CURRENT MEDICATIONS:
_____
_____
_____
If not, how?_____

AS PRESCRIBED?
[ ] YES [X] NO
[ ] YES [X] NO
[ ] YES [X] NO

PERSONAL MEDICAL HISTORY (INCLUDE SURGERIES AND
OTHER MAJOR ILLNESS USS WITH DATE):
Ø

FAMILY MEDICAL HISTORY:
_Diabetes_
_CA_

ANY PROBLEMS WITH:
_Contacts_ Sight _11-17-98_ Seizures
Hearing   Musculoskeletal
Ø Respiratory   Ø Circulatory
Ø Cardiac   Ø Elimination
EXPLAIN: _had seizure during Etoh_
_w/ drawal and drug_
_overdose_

COMMUNICABLE DISEASE HISTORY:
Exposure to TB? _denies_
Dates of skin Test/Chest x-ray & results: _tested long_
_time ago_
Treatment: _____
Comments: _rec'd test today @ admit_
CURRENT PERSONAL PHYSICIAN: _Ø_
DATE OF LAST EXAMINATION: _11-17-98 @ Presbyterian_
COMMENTS: _Hosp, Kaufman, Tx_

NUTRITION: ATE LAST _NOON_ DIFF _Ø_ APPETITE _Regal_ DIET _Reg_   DIFFICULTY CHEWING _NO_
NAUSEA _O_ VOMITING _Ø_ _N/A_   EVIDENCE OF BLEEDING _Ø_
REPRODUCTIVE/DATE OF LMP _N/A_   INFECTION _Ø_
SKIN:   DESCRIPTION (DRYNESS, COLOR, TURGOR): _Cool/dry t good turgor_

RASHES _____   LOCATION _____
LESIONS _____   LOCATION _____
BRUISES _____   LOCATION _arms bilat @ IV site_
COMMENTS _____

## PRESENT LEVEL OF FUNCTIONING

PRESENT MENTAL STATUS: ALERT ✓ CONFUSED ___ MEMORY ✓ ORIENTATION _X3_ COMMENTS _____
DEGREE OF INTOXICATION: SEVERE ___ MODERATE ___ MILD ___ N/A _X_ COMMENTS _no Etoh since 11-15-98_
PRESENT BEHAVIOR: [ ] COOPERATIVE [X] ANXIOUS [ ] DEPRESSED [ ] DEMANDING [ ] DISTRUSTFUL [ ] LETHARGIC
[X] TALKATIVE [ ] WITHDRAWN   COMMENTS: _____
ADDITIONAL COMMENTS: _fearful of what is to come and expresses_
_concerns over meds for detox_

STAFF SIGNATURE _M. Gholson LVN_   DATE _11/23/98_   NAME: _Murphy, Jedidiah_
PHYSICIAN SIGNATURE _____ DATE _11/24/98_   CASE NO: _75912_
SASD-063 6/91   UNIT NO: _416_ SASD _OHRC_

**NAME** Murphy, Jedidiah

| | |
|---|---|
| 1. FACILITY | |
| 2. UNIT | 3. SUB UNIT |
| 4. CASE NUMBER | .7 .5 .9 .10 |

'SICAL
STATUS
PS-1-B

3. LAST.    6. FIRST.    7. MIDDLE INITIAL.

DATE OF ACTION    • TIME: 0 1 4 5 □ AM ☒ PM    9. MONTH 1 1   DAY 2 4   YEAR 9 A

## CLINICAL EVALUATION

SKIN: neg

HEAD, FACE, SCALP & NECK: neg

EYES: neg

EARS: neg

NOSE: neg

MOUTH, TEETH & THROAT: neg

NECK & THYROID: neg

CHEST: neg

LUNGS: neg

HEART: neg

VASCULAR SYSTEM: neg

LYMPHATIC SYSTEM: neg

ABDOMEN: Liver enlarged & sl. tender

ANUS & RECTUM: —

GENITALIA -- EXTERNAL: neg

INTERNAL: N/A

MUSCULOSKELETAL -- UPPER EXT: neg

LOWER EXT: neg

TRUNK: neg

| | NAME | | | 1. FACILITY | | |
|---|---|---|---|---|---|---|
| | Murphy, Jedidiah | | | 2. UNIT | | 3. SUB UNIT |

SICAL

STATUS

PS 2 B

| 5. LAST | 6. FIRST | 7. MIDDLE INITIAL |
|---|---|---|

4. CASE NUMBER: · 7 · 5 · 9 · 10 ·

ATE OF ACTION   TIME:  8. HR. `0 1`  MIN. `4 5`  ☐ AM  ☒ PM   9. MONTH `1 1`  DAY `2 1`  YEAR `9 8`

NEUROLOGICAL INCL. – – – CRANIAL NERVES, MOTOR SYSTEM, COORDINATION (FINGER-TO-FINGER, FINGER-TO-NOSE, GAIT, ROMBERG), SENSATION, REFLEXES:

*P Cupriologia*

COMMENTS:

---

**MEASUREMENTS AND OTHER FINDINGS**

| | | | ORAL REC. OTHER | | |
|---|---|---|---|---|---|
| 9 HT. IN INCHES | `7 1` | 15 TEMP | `9 7 · 2` ☒1 ☐2 ☐3 | 20. MARKS AND SCARS | ☒ YES  ☐ NO |
| 1 WT. IN LBS | `1 3 7` | 16. PULSE | · 8 9 | | |
| 2. HAIR COLOR | Br. | 17 RESPIRATION | 2 0 | IF YES, DESCRIBE  *Palm* | |
| 3 EYE COLOR | Br. | 18. BLD. PRES. SYS. | 1 2 2 | *Rht hand; Rt* | |
| 6 SKIN COLOR | | 19. BLD. PRES. DIAS. | · 9 9 | UNOBTAINABLE | |

**SUMMARY AND ELABORATION, PHYSICAL CAPACITIES**

| PROSTHESIS | 21. | 1 | NONE | 22. | 1 | HEARING AID | 23. | 1 | DENTAL | 24. | ☒ | GLASSES | COMMENTS: (NOTE OTHER PROSTHESES) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARING LOSS | | 1 | NONE | | 2 | MILD | | 3 | MODERATE | | 4 | SEVERE | |
| SPEECH HANDICAP | | 1 | NONE | | 2 | MILD | | 3 | MODERATE | | 4 | SEVERE | |
| VISUAL HANDICAP | | 1 | NONE | | 2 | MILD | | 3 | MODERATE | | 4 | SEVERE | |
| COORDINATION | | 1 | UNIMP | | 2 | REDUCED | | 3 | DISABLING | | | | |
| AGILITY | | 1 | UNIMP | | 2 | MILD | | 3 | MODERATE | | 4 | SEVERE | 5 | BEDFAST |

| AMD CLASSIFICATION (R ONLY) | | EXPANDED SUPPLEMENT | | | |
|---|---|---|---|---|---|
| 30. PRI | | 33 GENETIC COMPONENT | | 36. CONVULSIVE DISORDER | |
| 31. SEC | | 34. SECONDARY CRANIAL ANOMALY | | 37. PSYCHIATRIC IMPAIRMENT | |
| 32. TER | | 35. IMPAIRMENT OF SPECIAL SENSES | | 38. MOTOR DYSFUNCTION | |

| DIAGNOSES (USUAL NAMES AND CODES) | | |
|---|---|---|
| *Alcohol dependente* | 39. PRIM | · · · |
| | 40. SEC | · · · |
| | 41. TER | · · · |
| SIGNATURE _____ M.D. | 42. | |

1

2

3

4

5

6

7

8

9

10              State's Exhibit Number 148

11                Dr. Ingrim's Records

12                  (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

F00-02424-M

| THE STATE OF TEXAS | § | IN THE 194TH JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| JEDIDIAH ISAAC MURPHY | § | DALLAS COUNTY, TEXAS |

## NOTICE OF FILING OF BUSINESS RECORDS PURSUANT TO RULE 902 (10)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas, by and through its Assistant District Attorney, Gregory

S. Davis, and files this its Notice of Filing of Business Records Pursuant to Rule 902 (10), Rules of

Criminal Evidence, and respectfully shows unto the Court the following:

I.

The State hereby files self-authenticated business records from the following persons or

entities more than fourteen (14) days prior to the commencement of trial:

1.    Richard Ingrim, M.D.

Respectfully submitted,

GREGORY S. DAVIS
Assistant District Attorney
Dallas County, Texas
Bar No. 05493550

STATE'S
EXHIBIT
148

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing instrument was hand-delivered to opposing counsel on the 9th day of May, 2001.

_____
GREGORY S. DAVIS

F00-02424-M

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 194TH JUDICIAL |
| | § | |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| | § | |
| JEDIDIAH ISAAC MURPHY | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT

STATE OF TEXAS          §
                                           §
COUNTY OF Dallas          §

BEFORE ME, the undersigned authority, on this day personally appeared Laura Hix, who being by me duly sworn, deposed as follows:

"My name is LAURA HIX. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of Richard Ingrim, M.D. Attached hereto are 2 pages of records from Richard Ingrim, M.D. These said 2 pages of records are kept by Richard Ingrim, M.D. in the regular course of business, and it was the regular course of business of Richard Ingrim, M.D. for an employee or representative of Richard Ingrim, M.D. with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

**BUSINESS RECORDS AFFIDAVIT - Page 1**

*Laura Hix*
_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME this 12 day of April , 2001, to

certify which witness my hand and seal of office.



D. DALEY
MY COMMISSION EXPIRES
March 30, 2002

_____
Notary Public in and for
Wood County, TX

My Commission Expires:
3/30/2002

**BUSINESS RECORDS AFFIDAVIT - Page 2**

NADA

D.O.B. 09-01-75

10605 Jim Tolar

JAN. 05 1987   Wt. 64   Ht. 55½   Temp: 98po

TBtine ℞

P.E. c̄ TB tine.

Tolar, Jim                                        1-5-87

The child has just been placed in the childrens shelter. No
evidence of psychological or physical abuse is noted.
Physical exam is excellent today. HEENT is unremarkable.
Chest is clear. Heart has regular rhythm without murmur.
Abdomen is soft with normal bowel sounds and normal gait.

IMPRESSION: Well child exam.

PLAN: No treatment.
      Tine Test.

                                        R. Ingrim, M. D.

-8-87 TB tine negative ————————————   C Garcia aw.

## PROGRESS NOTES

"Jim"

DOB: 09-01-75

1060-5 Jimmy Tolar

NKA

| Date | Notes Should Be Signed by Physician |
|------|-------------------------------------|

**MAY 1 6 1986**

Wt: 55½   Ht: 52¾   Temp: 99⁴

Stung by insect ⓛ calf ⇒ Entire calf reddened; c̄ swelling

12 cm of area inflam c̄ 3mm of circ

A: Spider bite

P: Pedriatry 250 3 id × 6
Benadry (Ped) 2 tsp q ⁴°
Pedriatram 1cc im
↑et t̄x

JUL. 1 4 1986   Wt: 60   Ht: 54¼   Temp: 98⁴ po

Physical for scout camp

Tolar, Jimmy                                    7-14-86

Patient is here for physical exam for scout camp. He is in excellent
health, however, he is complaining about pain in his left foot.
On exam HEENT is unremarkable. Chest is clear to auscultation. Heart
has regular rhythm without murmur. Abdomen is soft with normal bowel
sounds.  The left foot is tender in the mid instep. The patient has
very flat feet.

IMPRESSION: 1. Flat feet.
            2. Otherwise, healthy child exam.

PLAN: 1.  High insteps in his shoes.
      2.  No other restrictions.

                                    R. Ingrim, M. D.

1

2

3

4

5

6

7

8

9

10          State's Exhibit Number 149

11             Chelsea's Diary

12            (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**1996** BIRTHSTONE: AMETHYST **FEBRUARY** FLOWER: VIOLET **1996**

Take a smile from someone else and pass it on.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: **5th** Pay 31.50 loan HERE I SAT ALL BROKEN HEATED thought I HAD TO SHIT But ONLY FARTED $$ | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 LINCOLN'S BIRTHDAY | 13 Court 6:30 | 14 VALENTINE'S DAY | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 ASH WEDNESDAY | 22 | 23 | 24 |
| 25 | 26 ORTHODOX LENT | 27 | 28 | 29 | NOTES: | |

STARTED SPOTTING

STATE'S EXHIBIT 149

Case 3:10-cv-00163-N   Document 42-15   Filed 03/03/10   Page 203 of 533   PageID 11723

# MARCH 1996

**1996**

BIRTHSTONE: AQUAMARINE OR BLOODSTONE

FLOWER: JONQUIL

**1996**

There is no right way to do wrong.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| NOTES: | | | | | 1 Stayd here all day went to work + that all. got drunk | 2 stayd here all day. Cleaned up. Went to work then to chris house. |
| 3 stayd here all day. Went to work. Came home + that all | 4 stayd home. Granny 15. Went to work came home + that all | 5 Went w/ Jim to take Bob to the Dr. Came home + that all | 6 Hey Joan 3.44 Stayed here all day. Went + Tom. Come home + thats All | 7 Went to work. me + Jim went to my Dads 100.00 | 8 Me + Jim went to work. me + Jim went to chris + that all | 9 stayed at chris. Went to work. Come back + drunk + that all |
| 10 stayd at chris Went to work. Came back + drink | 11 We went to Dr. Went to work + got home + chris all. | 12 stayed at home all day + catched Ms. Trey. Stayed Home all night | 13 Stayed home + watched Ms. trey. Stayed Home | 14 Tues morning. Went to work. Came Bob + Jim Went to Jail | 15 stayed home. They got out Went to work. Stay the night at chris house | 16 Took mom to Dallas. Went to work. Picked mom up. Stayd here too |
| 17 Went to work Stayd at chris house ST. PATRICK'S DAY | 18 we went to work. Went to work. came to chris came home w/ch I had a | 19 stayed here all day. W/Jim. They Went home to his Dad's | 20 Went to work + came home + drink all night + that all | 21 Stayd here all day. Jim went to work. Came home + that all really | 22 we day Jim went to work. Were riding. Come home + that all | 23 Took normal to hair appt. went to work. Came home + we went riding all |
| 24 the day we went to work + ume home + that ll + got drunk 31 PALM SUNDAY | 25 there all day + Went to wells. Point + ran w/ch. Came home + thats all really | 26 Went to the Doctor + then to Elgwood + to Dr's Come home + got drunk | 27 stayed home all day. Went to work came home + that all | 28 we became to chris. Then home. Went to work. Busy. Come home + that all | 29 stayd here all day. Went to Elgwood. Went to work. came home late + thats all | 30 here all day. Went to work. Come home + drink + that all |

1996 APRIL 1996

BIRTHSTONE: DIAMOND FLOWER: SWEET PEA

Temper gets you into trouble. Pride keeps you there...

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| NOTES: | 1 APRIL FOOL'S DAY | 2 | 3 | 4 PASSOVER BEGINS | 5 GOOD FRIDAY | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 ORTHODOX EASTER | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | NOTES: | | | |



NOTES: 1-800-772-1213 Kay Bob Phillips

Jimbo 33 **1996** BIRTHSTONE: EMERALD 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 **MAY** Bye FLOWER: LILY OF THE VALLEY **1996**

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 2nd I guess I fucked myself He who laughs, lasts. So slow it forget the joke [illegible] who laughs again time!

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: Contex – Athens 9 AM to 12 A DPS office 212 Grand Blvd 2 miles I Love you Jim 9 – 4 | | | 1 Stayed here all day. Didn't go anywhere. You have been very sweet. I Love Jimbo | 2 [redacted] Stayed 11:45 home fought w/ Jim. got drunk + that's all! | 3 Me + Jim stayed here all day. Got drunk. Love ya! | 4 Went to work. Jim did to. We all went to Johnnies. Came home then fought |
| 5 Stayed here all day Went to work + that's all really! | 6 [redacted] Me + Jim went to work + that's all really | 7 Me + Jim went to Bobby's house. Went home + that's all really | 8 [illegible] then went to work. Came home + that's all | 9 Went to [illegible] went to work + that's all really | 10 Went to work [illegible] came home [illegible] | 11 [illegible] went to [illegible] came home + that's all really |
| 12 Went to work came home + that's all MOTHER'S DAY | 13 Went to work came home Jim went to Doctor. PAYED RENT $ | 14 Took Jim to work me [illegible] Picked Jim up came home + that's all | 15 Went to work. Came home got drunk. We went + picked up Halley | 16 Stayed here all day. Jim [illegible] shoes got drunk | 17 Stayed here went to work came home + that's all | 18 Went shopping then to work came home that's all |
| 19 Went to work came home got drunk [illegible] + that's all | 20 Stayed here all day [redacted] went to work + over to Chrissy [illegible] | 21 Took Jim to work stayed here all day. Picked up Jim + came home | 22 Paid Rent went to work came home watched T.V. stayed home went to sleep. | 23 [redacted] Stayed here all day + watched T.V. + that's all. | 24 Slept all day + went to work. Came home + went to bed! | 25 Me + Jim went to work. Came home + went to bed! |
| 26 Went [illegible] Stayed here + went to work. Came home went to bed | 27 Me + Jim went to work came home + that's all! MEMORIAL DAY | 28 Stayed here all day Jim payed 300.00 went shopping came home + that's all really | 29 Me Jim, [illegible] + Linda went to the lake. Had a lot of fun came home + went to bed. | 30 Went + got nails done picked up Jim went to [illegible] home 1:00 went to bed | 31 [illegible] | NOTES: [illegible] |

I Love U [illegible] argued – Sorry baby see you on my [illegible]

**1996** BIRTHSTONE: BEARL · **JUNE** · FLOWER: ROSE · **1996**

NOTES: Lost time is never found again. I need my F. Watch back

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| Jim, I Love Ya w/ all my heart. You are the only person in this world that I know will be by my side no matter what. You are the best thing that has ever come in my life | | | | | | 1 Went to work came home & that's all really |
| 2 Went to work came home & that's all really | 3 Rented apt. Went to work came home & went to bed | 4 Went to canton came home Wash ed clothes came home & went to bed | 5 Went to work me & Jim moved & went shopping & ser... started | 6 Stayed Home all day went to mall & home | 7 Went to work came home Lee came over | 8 Stayed home all day me & Debbie w/ Future Juice work 34.00 Back |
| 9 Stayed home. Went to work came home & that's all | 10 Stayed here went to the store to work came home & that's all really | 11 Stayed here all day. Watched T.V. & that's all really | 12 Went to work washed clothes We went out to eat. came home & that's all | 13 Me & Debbie w/ Bob money played Bingo & that's all | 14 Went to work came home & watched T.V. went to bed FLAG DAY | 15 me & Jim went to work came home & watched T.V. & that's all |
| 16 we went to work came home bought went to bed FATHER'S DAY | 17 Stayed here went to work came home & that's all really | 18 Stayed here... took him to work came home & that's all really | 19 Stayed here all day washed clothes & that's all | 20 Stayed here all day went & played Bingo watched T.V. & that's all | 21 Stayed here all day went to work went & picked up Bob & that's all | 22 TV Lee Work Went to work came home & that's all really |
| 23 Stayed here all day went to work came home & that's all | 24 Stayed here all day & Went to work came home & that's all 30 went to work came home & went to bed | 25 Stayed here all day went to work came home & watched TV went to bed | 26 ... came home washed clothes Jim had a very bad day. Im to bed | 27 Stayed all day went to work came home & went to bed | 28 Stayed here all day .. went to work Came home & went to Bed | 29 Stayed here all day Stacey & Kelly me & Jim came home watched T.V. |

Jim Baby! I Love You

**1996**  BIRTHSTONE: RUBY   **JULY**   FLOWER: LARKSPUR   **1996**

Chelsea L. Willis

The smallest good deed is better than the grandest intention.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| NOTES: | 1 Stayed here all day. Went too work. Came home. it was all I went too Bed. | 2 Stayed here all day, went too work came home + went too Bed that all. | 3 $75.00 at Rent. Stayed here all day went to work. Bought clothes came home that all. | 4 Stayed here all day written a letter. Came home + Went to Bed. INDEPENDENCE DAY | 5 Went to work came home watched T.V. Went to Bed | 6 Slept all day went to work went to Dept. came + ope watched |
| 7 Went to Gims family Reunion + Went to play Bingo went to Bed | 8 Here Went to work came home watched T.V. + Went to Bed | 9 $72.00 Radio Stayed here went to work came home + Went to Bed that all | 10 $50.00 Cable me, Jim went to see movie + then went to the movies came home that all | 11 Austin died God Bless them + Glen | 12 Stayed here all day + Went to work came home watched T.V. | 13 Stayed here all day went to work. Came home went to the store |
| 14 Stayed here went to work. Went to Glen then home Went to Bed | 15 Went to FOREST And Austin funeral Rest in Peace Love ya'll | 16 Stayed here washed clothes went to work came home Bob stayed | 17 $80.00 Radio Plus Book Bob. Home stayed here written in $50.00 | 18 Went to work came home + Went to Bed. STARTED | 19 Stayed here went to work came home watched T.V. + went to Bed | 20 Stayed here went to work. Came home + that all stayed |
| 21 Stayed here went to work came home watched T.V. went to Bed | 22 Stayed here and went to work came home game came on I Went to Bed | 23 Went to work stayed here all night by myself Jim at Home Family | 24 Stayed here day went out to Les house. Stayed all I seen | 25 Came home went to work. Went back out to Les house $80.00 | 26 Jim vacation Came home went to work. stayed out at Les house $80.00 | 27 Home went to work. went out to Jerrys. Went to Les |
| 28 Stayed here went to work. Came home I Went to Bed | 29 Stayed here Abel Went to work. Went to Jenny's Chrissie came home went to Bed | 30 all day. Liked around. Stayed here watched movie went to Bed | 31 Here fought with Jim. | | | |

**1996**   BIRTHSTONE: SARDONYX OR PERIDOT   **AUGUST**   FLOWER: GLADIOLA   **1996**

*If you want to be heard, whisper!*

$480 - $95

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| NOTES | | | | 1 Stayed home. Went to work came home watched T.V. went to Bed | 2 Stayed home ate day went to work. Went to see. Washed clothes Went to Bed | 3 Rent $575.00 Came home Went to Work. Went home watched T.V. |
| $560.00 | 4 Stayed here watched TV. Went to work. Came home. Stayed all day. | 5 Stayed Paid Rent put it in the Store + to work. Came home & thats all | 6 Stayed here all day. Went + played Pool Came home | 7 Stayed here. Went to play pool. Came home. Went to see Gas Came home | 8 Stayed here. Went to work cowork Came home. watched T.V. Went to Bed | 9 Stayed here all day. Went to work. Came home watched T.V. | 10 Stayed here. Went to work. Went out to Jerry's came home + Went to Bed |
| 11 Stayed here all day went to work. Came home + Went to Bed | 12 Stayed here. Went to work. Came home watched T.V. | 13 Stayed here. Cack + them came by. we went shopping. Stayed home | 14 Radio Went + $80.00 got both. played Pool Went played cards Came home stopped | 15 Stayed here all day. Went to work. home + thats all | 16 Stayed here. Went to work. Came home + thats all. | 17 Stayed here went to work. Went home all |
| 18 Stayed here Came home + wat ched T.V. Went to Bed | 19 Stayed here went to work. We went to Johnny's Came home | 20 Stayed here all day went to work. played pool came home | 21 Went Washed clothes Went to eat Ellen + Gary Came over daughter Pam | 22 Stayed here all mourning Went to work Came home Watched T.V. | 23 Stayed here went to work Came home + Watched T.V. fought | 24 Stayed here Stacy + them came by. Went to work. gone home. Thats all |
| 25 Stayed home. Went to Work Came home + thats all | 26 $80.00 Paid Prob. Stayed home went to work. home + Watched all | 27 Ma Ma Went to eat then we went to the Expo Stayed there all night | 28 Radio $50.00 Probation $36.00 Stayed at MaMa Washed Clothes | 29 time home went to work. home went to BED. | 30 Went to work. then home & fought + thats all | 31 $31.00 Jewelry Went to work & then went home |
| Weekend $80.00 | | $150.00 | | Sorry I Love Ya! | | |

NOTES:

## Happy B-Day Jim! Chelsea

**1996**    BIRTHSTONE: SAPPHIRE    **SEPTEMBER**    FLOWER: ASTER    **1996**

*The really happy person is one who can enjoy the scenery when on a detour.*

Chelsea

Jedidiah Israe Murphy IN   Jagather 9 months

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 1 Very Happy. treat. B-day. Went to Work. Came home. Thats all | 2 Stayed here all day. Went to work. Came home. thats all | 3 Rent 515.00 stayed here we went to work. Went to sex. Oh. | 4 Stayed here. big. Went to sex. Lifted Trailer then Went home to Sewell. Stayd here | 5 Stayed here. Went to work. Came home + thats all | 6 Stayed here all day. Went to work + home | 7 Stayed here + Went to work. Came home + thats all. Went to bed. |
| 8 Stayed here and went to work. Came home + thats all. really. | 9 Food 1.00 on Stamps. Went to work. Came home. thats all! 562-21841 LABOR DAY | 10 Went every where. Came home an that's all really | 1 Moving. Stayed moved. Went to ma nail. stayed home. | 12 Went to sex. Came home. Jim shot his hand. sorry baby. I will get u. | 13 Went to the hospital. Jim laid surgery. Stayed all ah ugh. | 14 Went home and stayed here all day. Busy. Kizociny Washed Clothes ROSH HASHANAH |
| 15 Stayed here all day. Went to work. Came home and thats 2-10. all. $50 | 16 5.25 Stayed here all day. Went to work. 10-6 | 17 Went to work. so on tech on Came home + went to sleep. | 18 Stayed here all day. Went to S.S. Went to work 10-4 | 19 Came home + Slept all day. Went to the fair Home Bed. 2-10 | 20 Stayed here all day. Went to work. Came home + Went Bed. 830 | 21st stayed here all day. Went to work. Came home. 2-10 |
| 22 Went + washed clothes. Clean hous. Went to work. Came home. 2-10 | Went 23 to Sewell + Edgewood. Came home. Watched TV. and thats all. YOM KIPPUR | Went to sex. Came home. Played Ring. Went to bed. | 25 Stayed here all day. Went to Work + thats all really. 10-6 | 26 1.00 Pram Stayed here all day Jim Went to the Dr. thats all | 27 Stayed here all day. Went to work. came home and thats all | 28 21.00 Rdy Stayed here and went to work. Came home. |
| 29 2-10 Stayed here + Went to work. Came home. | 30 Stayed here and Went to work. 10-6 | | | | | |

# OCTOBER 1996

**1996** BIRTHSTONE: OPAL FLOWER: CALENDULA **1996**

Tact is the art of making a point without making an enemy.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| NOTES: Jew 1830 Radio 160.00 517-229-____ cool | 1 Rent 295. Took Jim tore. Paid Rent Went to work. 10 wsh. | 2 Took ma mal to Sis. Came home Went to Bed | 3 Took Jim to Job. Played Bingo Went to Bed | 4 Stayed here. Went to Work came home and bought w/ Jim. 8-10 | 5 Stayed here. Went to work then Went home 8-10 |
| 6 2-10 stayed here went to work this Sucks came home | 7 Stayed here went over to ma mals & stayd home | 8 Jim Went to wsh to look for Job Went home | 9 moved ma ma came home & that's all. stayd here | 10 moved Took + Jiff room and came home + that all no really | 11 We went to garage sales met Jiff Went to stores to see and there Rode around | 12 Came home + stayed w/Sis |
| 13 Stayed here all day + that's all really | 14 Stayed here all day. Died w/th came home COLUMBUS DAY | 15 Stayed here Went + looked for Job. Played Bingo | 16 Stayed here. Chased up. looked for Job. Come home | 17 Look for Job Came home + that all stayd here really | 18 Look for Job came home that all Paid Bills Went to sed | 19 Jim Went to garage Sales. came home and that all really + |
| 20 Stayed here all day Done Clothes. That's it! | 21 Monday 10:30 Day Care Stayed here came home thats all. | 22 Stayed here all day. Took Jim to work Stayd there | 23 Stayed all day Took Jim to work + came home | 24 Sis w/ ma mal took Jim to work came home Started | 25 Cable 3:30 Order we there stayed here all nite Went to Bed | 26 Stayed here Went to Sis ma mal to hospital came home Went to Bed |
| 27 Went to hospital me + Jim argued all day Went to Bed | 28 Argued w/ Jim Went to hospital came home thats all | 29 Went to See Went to wal mart came home + thats all really! | 30 Stays here all day! Cleaned car out stayd here Pregnant | 31 Took ma mal to Sis Went to work came home + thats all HALLOWEEN | NOTES: Chelsea Leigh Willis |

Case 3:10-cv-00411 Document 1-12 Filed 04/27/10 Page 211 of 533 PageID #: 1731



Case 3:10-cv-00163-N   Document 42-15   Filed 08/05/10   Page 212 of 533   PageID 11732

NOTES: *Chelsea Leigh Willis*

## 1996 — DECEMBER — 1996

BIRTHSTONE: TURQUOISE

One good thing you can give and still keep is your word.

FLOWER: NARCISSUS

*Tonya Gimbo* — *Love ya*

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| *1 Went to Dads. Came home and that's all really* | *2 Stayed here all day watched TV. That's all* | *3 Stayed here all day Went to Sleep* | *4 Stayed here. Went to Stoe went to Bed* | *5 Started a family today. I love you Chelsea very much I love you* | *6 Stayed there all day + night long* HANUKKAH | *7 Stayed here all day ate dinner at Jiff.* |
| *8 Stayed home all day Went & washed Clothes* | *9 We moved stayed the night at Sinai* | *10 Moved into Dads house. stayed here* | *11 Stayed here all day + that's all really* | *12 Stayed here all day Slept that's all* | *13 Stayed here washed Jiffery Went to Chis* | *14 Stayed here all day went to Chis house + that's all.* |
| *15 Stayed here all day long + watched T.V. and that's all* | *16 Stayed here all day + that's all really Stayed all time* | *17 Stayed here and Went home that's all really Didn't do anythin* | *18 Went down to Chis and that all really* | *19 Went down to Chis and that's all really* | *20 Stayed here all day Went to his mans Went to Grannies* | *21 Came home Played Bingo came home Thank You* |
| *22 Stayed here all day and that's all Jim came home* | *23 Went to Sinai Watched Kids and Grandma* | *24 Went to Sinai Watched Kids Went to hospital came home* | *25 Stayed here all day long and that's all really* CHRISTMAS | *26 Stayed here all day and that's all really.* | *27 Went to Canton stayed home Jim Went to Work* | *28 Went to Tonya. Jim Work Came home that's all* |
| *29 Went over to Chis Stayed the night at Billys.* | *30 Watched the kids and Went home and that's all really* | *31 Stayed home Went over to Chis house and that's all really* | NOTES: ~~[scribbled out]~~ | | | |

*Thank u Jim. Best year of my life* ♥ *Love you*

**1997** BIRTHSTONE: GARNET    **JANUARY**    FLOWER: CARNATION   **1997**

A smile is the most important thing you can ever wear.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: 12-96 It Will Be A Year That Me & My Baby Been together. Hope We make it. | | | 1 Went to chis came home and thats all really NEW YEAR'S DAY | 2 Went over to chis cleaned up and thats Cull Really | 3 Went over to chis house and thats all really stayed at home | 4 Went chur w/ chis and DJ to Dallas came home went to bed |
| 5 Stayed here all day Played Cards Went to Sleep | 6 Stayed here all day and thats all really | 7 Stayed here all day and thats all really | 8 Stayed here all day Watched TV and that all really | 9 Went to chis stayed at home all day one thats all | 10 Stayed here all day and watched TV and thats all | 11 Stayed home Went to chis Faught W/ Jim |
| 12 Stayed home all day and thats all. | 13 Stayed home all day it's all Jim left | 14 Stayed home all day long Jim still gone Sparks | 15 Stayed home all day and thats all Went to bed | 16 Stayed home all day and thats all. | 17 Went to Jerrell w/ chis came home and thats all really | 18 Stayed here all day and helped Dad and thats all really |
| 19 Stayed here. They worked on Cir. came home and thats all really | 20 Stayed here all day. Thats all really MARTIN LUTHER KING DAY | 21 Stayed here all day Watched TV and thats all really | 22 Stayed here all day and thats all really | 23 Stayed here. Went to Jerrell W/ chis and thats all | 24 Went to the Dr. came home and thats all stayed here | 25 Stayed here all day. Helped Dad. Fought W/ Jim. |
| 26 Went over to chis came home stayed here all night | 27 Stayed here all day. and thats all really | 28 Stayed here all day and thats all really | 29 Stayed here all day and thats all really | 30 Went to the Dr. then to Work and thats all | 31 Stayed here. Went to Work and thats all really | NOTES: |

**1997** BIRTHSTONE: AMETHYST **FEBRUARY** FLOWER: VIOLET **1997**

Sugar Smacks

Frogs have it easy—They eat what bugs them. open up & say ahh

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| **NOTES:** Jim, thanks for the good times. I'm glad that something or maybe some one was more important to you on V-Day. Thank's. I was mad at ya you proved I wasn't. | | | | | | 1 Stayed there all day. Went to bed and thats all really. |
| 2 Went to the Hospital stayed there. | 3 Fought w/ Jim stayed there | 4 Stayed here all day and thats all | 5 Stayed here and Went to Work and thats all | 6 Stayed here. Went to the Dr. Went to work came home | 7 Stayed here all day and night. | 8 Stayed here. Played Bingo & thats all |
| 9 Stayed here & Washed Clothes | 10 Jim is still gone thanks | 11 did nothing | 12 did nothing ASH WEDNESDAY LINCOLN'S BIRTHDAY | 13 Stayed the night at Pams thats all | 14 Went to eat & to work then home VALENTINE'S DAY | 15 Stayed home played Bingo Stayed w/ Jim. |
| 16 Went home. Bob's Party Came home | 17 Took Jim home and came home. PRESIDENT'S DAY | 18 Got Nail Salon Went to Jims came home | 19 Took Bobs home Took Jim home Worked and came home. | 20 Picked Jim up stayed at Room and thats all really | 21 Stayed home. Went to Work and stayed w/ Jim | 22 Me + Jim + Bob Went to mesquite stayed home and thats all |
| 23 Me and Jim went shopping stayed there all night | 24 Went to Work and stayed at Jims | 25 Stayed there w/w Picked Jim up Came home | 26 Stayed at home Went to Work then Jims and thats all | 27 Went to Dr. then to Jims Stayed there | 28 Went to Work Came here and thats all really | **NOTES:** |

F N Jim     Its a girl.

**1997**   BIRTHSTONE: AQUAMARINE OR BLOODSTONE   **MARCH**   FLOWER: JONQUIL   **1997**

A diamond is a chunk of coal that made good under pressure.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| NOTES: | | | | | | 1 Jim played golf stayed at the house watched Mov |
| | | | Pay Insurance. | | | |
| 2 Stayed home all day and watched T.V. | 3 Fought W/Jim. Went to work. Stayed at rooms | 4 Went to the house Jim played golf went home | 5 Fought W/Jim. Went to work. Came back here. | 6 Stayed here all day. and that's all really | 7 Went to work then to Jim's & that's all | 8 Stayed at the house all day long |
| 9 Me and Jim went to service. Played Bingo stayed at Jim's | 10 Went home Heater fixed Went to work ORTHODOX LENT BEGINS | 11 Got water pump fixed Went to Jim's. | 12 Stayed home all day played Bingo Went home | 13 Stayed home all day. | 14 Dade died Went to work. Played Bingo | 15 Went and Played Bingo. Stayed home. |
| 16 Stayed at the house Went to work. 5-9 | 17 Stayed home. Went to work. Stayed at Jim's ST. PATRICK'S DAY 5-9 | 18 Stayed home Went to work Went home 2-9 | 19 Stayed home Went to work. | 20 Stayed home and that's all Jim | 21 Stayed home Went to work & that's all 5-10 | 22 Stayed W/Jim. Played Bingo |
| 23 Stayed at Jim's PALM SUNDAY · PURIM Went & play Bingo EASTER 30 Stayed W/Jim | 24 Stayed With Jim & that's all went to work Stayed 31 Went home | 25 Stayed W/Jim Went to Wal-Mart Went home | 26 Stayed home. Went to work. Marg. 29 Stayed at Jim's | 27 Stayed home. Stayed Bingo and Went home. | 28 Stayed home. Went to work. Went home GOOD FRIDAY | 29 Went and played Bingo and stayed at Jim's |

Case 3:18-cv-00163-N Document 13-15 Filed 05/05/10 Page 216 of 533 PageID 11736

# Chelsea Leigh Willis

**1997** — BIRTHSTONE: DIAMOND — **APRIL** — FLOWER: SWEET PEA — **1997**

*Chelsea Leigh Willis*

Today is the tomorrow I worried about yesterday and it did not happen.

*Chelsea*

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **NOTES:** Paid Insurance 4th 84.00 | | **1** Went to Canton. Came home. Fought w/ Sam. APRIL FOOL'S DAY | **2** Stayed home. Went to work. Came home. | **3** Stayed home. Went to work. Came 1 home. | **4** Stayed home. Went to work. Went home. Went to Bed | **5** Went to work. Fixed car. Came home & that's it |
| **6** Stayed home and went to work. | **7** Stayed home. Went to work. Came home. | **8** Stayed home. Went to work & that's all. | **9** Stayed home. Went to work. Played Bingo. Went home | **10** Went to the Dr. Went to work. Went home. | **11** Went to work. shopping. stayed out at gims | **12** Went shopping. Went & played Bingo. Went to |
| **13** Went to work. Played Bingo. stayed in room | **14** Went home. Went to gims. Went to work. Went home. | **15** Took Chi to work. Went over to gims. Picked chi up & went home. | **16** Went to work. Went home and that's all. | **17** Went to the DR. Went to work. Played Bingo and stayed home. | **18** Went to work. me and gim stayed in renell | **19** Went and played Bingo. Went to gims |
| **20** Went to work. Went to gims too. | **21** Went to work. to clean. Took gim home. Went home. | **22** Watched ms Shey. Went to Jerrell. Took gim home. PASSOVER BEGINS | **23** Took gim home. went to work. Fought w/ gim after thats all | **24** Me & Chi. Went to work. and played Bingo. Went home | **25** Went to work. Me & Donni Played Bingo. Went home | **26** Went & played Bing all day. Went to gims |
| **27** Went to trip. Went to work & thats all. ready. ORTHODOX EASTER Stayed at gims. Played Dustin 100.00 | **28** Project Renda Stayed home. Went to work. Went home. | **29** Worked on trailer. Went to Jerrell. took gim home. stayed there | **30** Stayed home all day. Worked 8-5. Went to gims and thats all | **NOTES:** *Chelsea Chelsea* *Chelsea* really 74.00 | | |

Case 3:10-cv-00169-N Document 8745 Filed 03/05/10 Page 217 of 533 PageID 11737

# 1997

BIRTHSTONE: EMERALD

## MAY

FLOWER: LILY OF THE VALLEY

## 1997

The road to success is always under construction.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: | | | | **1** Went to work and stayed Jim home | **2** Went to work stayed at Jims thats all really | **3** Went to first monday Played Bingo went to work |
| **4** Went to work and thats all really stayed at Jims | **5** Stayed here took Jim home Came home | **6** Went picked up Jim Came home | **7** Went to work We went & played Bingo stayed at Jims | **8** Went to work We went & played Bingo Went home | **9** Took Jim to Dallas Went by Pams Played Bingo Went home | **10** Went to work Played Bingo Went & Visit Glen Went home |
| **11** Went to work came home & thats it. $36.00 MOTHER'S DAY | **12** Stayed work Went to see that Went to work Pay Ins. 84.00 | **13** Me & Jim worked on house stayed out at this house thats all. | **14** Went to w.f. Went to work and thats all really | **15** Went to work Went to work Played Bingo | **16** Played Jim up Went to work Went to Jims | **17** Went to work Went to Jims thats all |
| **18** Went to walks Point & At home Played Bingo | **19** Went to Jims Stayed at Jims and thats all really | **20** Went home & did Jim laundry | **21** Stayed home all day. Went to work & Went home and thats all | **22** Went to moms then to work Come home & thats all really | **23** Me & Jim went to & Went to work Came home & thats all really | **24** Went to Jims Went back home Kept kids & thats all really! |
| **25** Stayed home Came to work Went home & thats all really | **26** Stayed home Went to work Went home & thats all MEMORIAL DAY | **27** Stayed home Chi. 30. Dad 30. Stayed home | **28** Stayed home Went to work Went home & thats all really | **29** Went & played 1st Session Came home & thats all really | **30** Stayed home Went to work med Jim Sto fell home | **31** Went to 1st mon. Came home went to work Came home & thats all. |

Jim Came home Briens 4.73.

**1997** BIRTHSTONE: PEARL **JUNE** FLOWER: ROSE **1997**

*Chelsea loves ya Jimmy*

Beware of the half truth | You may have gotten hold of the wrong half

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 Went & Washed Clothes. Went to Work. Came home thats all. | 2 Went to the Dr. Went to Work. Came home & thats all. | 3 Took Bob to Dallas came home & that all really watched TV. | 4 Stayed home. Went to Work and thats all really. | 5 Took Bob to Dallas. Went & played Bingo | 6 Washed Clothes Went to Work + Went home & thats all really | 7 Went to garage Sales. Went to Work. Came home thats all |
| 8 Went to Work & Went home thats all. | 9 Went to Terrell. got car fixed thats all. | 10 Stayed home. Played Bingo & thats all really | 11 Stayed home. Went to Work & thats all | 12 Went to the Dr. ate Went home & thats all really. | 13 Stayed home. Went to Work. came home thats all | 14 We went & ate. Went & played Bingo all day. Came home & thats all. FLAG DAY |
| 15 Stayed home + Went to Work & thats all came home FATHER'S DAY | 16 Went to the Dr. Took Bob. Went to Work & thats all. | 17 Went to Terrell. Went to the store. Stayed home. | 18 Baby shower Went to Work Went home & thats all really | 19 Washed Clothes cleaned up. Went & Played Bingo. | 20 Stayed home Went to Work. came home & thats all | 21 Mowed Dads yard. We played Bingo. Went home & thats all. |
| 22 Stayed home. Went to Work Went home & thats all. Love ya Jimm | 23 Stayed home Went to Work & thats all really. | 24 Washed Clothes Went to store Stayed home & thats all | 25 Stayed home & Went to Work & thats all really | 26 DR. 12:45 Went to chib. came home and thats all really. | 27 Stayed home Went to Work came home & thats all | 28 Went to Bingo came home & thats all really |
| 29 Stayed home. Went to Work Went home & thats all | 30 Went to Work. Came home & thats all really | NOTES: Jim I want you to know that I'm very proud of you. You have really made me happy. Thank you for everything. Love ya always Chelsea | | | | |

**1997**    BIRTHSTONE: RUBY    **JULY**    FLOWER: LARKSPUR    **1997**

Worry is like a rocking chair; no matter how much you rock, you get nowhere.

money | money | money | Paid money | | money | money

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: Mr. Howe 1 90.00 and that Pay cable + Elec money | | **1** Stayed home. washed clothes and thats all really | **2** Stayed home. Went to work. Came home + that's all realy | **3** Went to work came home + thats all Went to Bed. | **4** Went to work went to take Pam came home + that all INDEPENDENCE DAY | **5** Stayed home cleaned up. Went to Work. Came home + Went to Bed. |
| **6** Stayed home. Went to work. Came home. | **7** Went to the DR. Came home Went to work came home | **8** Stayed home. Went to the store Stayed home all day! | **9** Stayed home. + thats all really | **10** Went to Dads Washed clothes Come home + thats all really | **11** Elec 74500 Went to work. Went to Dads lodge came home + that all | **12** mowed Dads yard came home. fought W/ Jim stayed here. he went to bed. |
| **13** Stayed home. Went to work Came home + thats all really. | **14** Went to Dr. Came home me + chas Played Bingo came home. | **15** cable 48 Went to Canton come home + cleaned thats all | **16** Stayed home all day & slept Went to store & thats all | **17** Cleaned car out. & aked Pappa Was Dad? Washed clothes Stayed home. | **18** Stayed home Went to eat. Went to Dads came home + thats all | **19** Cleaned hair mamal Came down Played Bingo came home. |
| **20** Stayed here we went to Jessica. Came home & thats all really. | **21** Went to the Dr. Same Came home & that all really. | **22** Went + washed Clothes Cleaned up & thats all really. Cameron place | **23** Stayed home and Went to eat Stayed home & thats all really. | **24** Jeanne Came down stayed home all day + thats all really | **25** Stayed home all day & night + thats all really | **26** Stayed home. Cleaned house + thats all really. Went to Bed. |
| **27** Stayed home cleaned up. went to Bed. | **28** Went to Dr Came home Went to washed cloths to Bed. | **29** Stayed home all day | **30** Stayed home. Went Walking came home. | **31** Had Alyssa At 12:58 Thank you Jim. I Love Yall Both! | NOTES: | |

Case 1:17-cv-00165-N Document 42-18 Filed 05/09/19 Page 220 of 533 PageID #: 14740

# AUGUST 1997

**1997** BIRTHSTONE: SARDONYX OR PERIDOT — FLOWER: GLADIOLUS **1997**

"Too much time is wasted by some people in telling how busy they are. So get it on"

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: Cable past Due July Bill 49.00 · Elec 114.00 | | 25 July paid me 50 Elec Bill | | Rent 100.00 very Happy | 1 Did Came home from Hosp. Stayed there. | 2 Stayed home & cleaned up thats all really |
| 3 Stayed home ate at Dad's thats all really | 4 Stayed home all day thats all really | 5 Mama left Stayed home all day + thats all really | 6 Stayed home thats all really | 7 Stayed home | 8 Stayed home | 9 Stayed home |
| 10 Me + Jim went to serrell came home + that all | 11 Stayed home thats all really | 12 Stayed home all day thats all. | 13 Washed clothes come home thats all really. | 14 Went to Wic oil charge store home + thats all | 15 Dr. 9.75 Alpsa 133.00 Bills went to Dr came home thats all really | 16 Stayed home all day. What a life |
| | 18 Jim came home stayed there thats all really | 19 Stayed home. got car fixed went to the store | 20 Stayed home all day long + thats all really | 21 Stayed home + thats all really talk to Dad | 22 Pat Cl disb washed clothes ate at dad's watched kids thats all. Brockway 250 | 23 Cleaned house. my ma came down. |
| 24 Stayed home went to work come home thats all | 25 Stayed home | 26 Stayed home | 27 Stayed home | 28 Went to work come home d thats all really. | 29 Went + washed clothes stayed home Brockway 250 | 30 Went to work come home + thats all really Stayed |

# SEPTEMBER

**1997**

BIRTHSTONE: SAPPHIRE     FLOWER: ASTER     **1997**

The only real failure in life is the failure to try.

Dr. Wilson
214-363-8524

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: Rent 100.00 | 1 Jim's B-D Stayed home + thats really **LABOR DAY** | 2 Stayed home went to Canton Come home + thats all | 3 Stayed home all day & slept. Cleaned up Went to Bed | 4 Stayed home + thats all really | 5 Went to Work came home Stayed awhile + thats all Went to store | 6 Went to work came home washed clothes went to Bed |
| 7 Went to work Came home + thats really | 8 Went to work came Cleaned house | 9 Went to work came home + thats all really | 10 Went to work came home + thats all. Went to Bed | 11 Went to work Payd 120. on car Come home + thats all | 12 Cable 50. Went to work Payd car Wal-mart went home | 13 Stayed home. Cleaned up + thats all really |
| 14 Went to work. Came home Cleaned up + thats all | 15 350 Payd Jim went to work, Came home + thats all. | 16 Went to work. Ronda 15. Stayed home + thatsall | 17 Went to work came home + thats all really | 18 Went to Work Come home + thats all | 19 Elec gas Bill Payd Bills went to work Came home. | 20 Stayed home all day + thats all really |
| 21 Went to work come home + thats all really | 22 Went to work. got pictures taken came home + thatsall really | 23 Went to work came home + thats all really Payd gas | 24 Went to work. got car fixed come home + thats all really | 25 Went to work stayed home and thats all really | 26 Went to the Dr. @ 10:30 went to work Come home + thats all really | 27 me + Jim played Bingo + came home + thats all |
| 28 Went to work came home + thats all really | 29 Went to work came home + thats all | 30 Went to work came home + thats all really | NOTES: Jeanne Work - 361-4462 ZACK - pager - 321-9806 | | | |

NOTES:

**1997** BIRTHSTONE: TOPAZ **NOVEMBER** FLOWER: CHRYSANTHEMUM **1997**

He who ceases to learn cannot adequately teach.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| NOTES: | | 100.00 Rent | | | | 1 Went to work come home & thats all really! |
| Alyssa Logan Murphy I love you 3 may | | | | | | |
| 2 Went to work come home & thats all really | 3 Went to work came home & thats all really | 4 Went to work & thats all | 5 Went to work | 6 Went to work | 7 Went to Dallas came home & that's all | 8 Stayed home watched movies & thats all |
| 14 Stayed at grammas all day | 15 Stayed at Jeannes MARTIN LUTHER KING DAY | 16 Took Bob to court. We all stayed at grammas went & tald to dad. | 17 We all came out to Jim's & stayed here all night | 18 Went to ms grays stayed here all night | 19 We went to Chris house stayd here all night | 20 Stayed at Jim & all day & cleaned up. Started |
| 21 Stayd here all day. That's all really called Jim's | 22 We went to Pt Edgewood came back stayd there all day called dad | 23 Went to pawn shop stay at the house all night | 24 Me & Jim went & cleaned Dad's house went they mat me's stayed there all night | 25 Took Jim to court Sold pager we rode back roads | 26 Me & Chi went to Crystal went home & stayed | 27 Chi & D.J. & Jeanne came over we all got drunk |
| 28 Me & Jim went to church then to dads watched some & that's all | 29 Me & Jim went to Edgewood & put Chi hair stayd home all night | 30 Went to NABI all day. Went home thats all | 3 Watched Jessica went to manpower first but we went to service 8.00 chi | | Telephone Bill $ 321. | |
| | | Bull Shi | manpower 1-800-585-7928 | | | |

**1997** BIRTHSTONE: OPAL **OCTOBER** FLOWER: CALENDULA **1997**

You don't get much done by starting tomorrow.

Rings 245.00

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| NOTES: Gas 40. Ring 350. Pho 350. Cable 45.00 Elec. 169.00 Gas 20.00 Car 100.00 | | | 1 Rent 100.00 Went to Work came home & thats all really. | 2 got car fixed Come home & thats all really ROSH HASHANAH | 3 Alyssa to the Dr. cleaned house washed clothes. thats all. | 4 Rent Went to work got tires Went to party & that all! |
| 5 Went to work. Came home & thats 35 all really | 6 Went to work & come home & thats all really | 7 Went to work came home & that all really | 8 Went to work came home & thats all really | 9 Went to work came home & thats all really | 10 Cable Went to Terrell came home visited clothes | 11 Stayed home. Went to Terrell went to Bed & thats YOM KIPPUR |
| 12 Went to work. Played Bingo & stayed home & thats all | 13 350.00 5:m Went to work. Bought clothes COLUMBUS DAY | 14 Went to work came home & thats all really. | 15 Went to work came home & thats all really | 16 Went to work came in thats all really SUKKOT | 17 gas bill cable Went to garage sales cleaned it stayed home Car. 100.00 | 18 stayed home. cleaned up mowed dads yard. Stayed home & thats |
| 19 Went to work. Car broke down & came home & thats all really. | 20 took can to Terrell. Came home & thats all really. | 21 Stayed home & thats all really! | 22 Went to work came home & thats all really | 23 Went to work come home & thats all really | 24 Rings 245 Went to Terrell washed clothes stayed home & thats all really | 25 Went to work. Went to a.t. Came home & thats all really! |
| 26 Went to work Came home & thats all really. | 27 Went to work came home & stayed home & thats all. | 28 Went to work. Come home & thats all really | 29 Went to work. Come home to work & thats all really. | 30 Went to work. come home & thats all really | 31 Went Dr. W'ford Came home washed clothes HALLOWEEN | NOTES: |

Jack $10   B. 114.00   Tina 3.50

1

2

3

4

5

6

7

8

9

10                     State's Exhibit Number 150

11                        Butcher Report

12                       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DARLINE W. LABAR, OFFICIAL REPORTER

# MMPI-2*

## The Minnesota Report:*

## Adult Clinical System--Revised

## Interpretive Report

## James N. Butcher, PhD

ID Number 456712610

Jedidiah Murphy

Male

Age 25

Divorced

13 Years of Education

Correctional Setting

2/28/2001

Copyright © 1989, 1993 REGENTS OF THE UNIVERSITY OF MINNESOTA. All rights reserved.
Portions reproduced from the MMPI-2 test. Copyright © 1942, 1943, (renewed 1970), 1989 REGENTS OF THE UNIVERSITY OF MINNESOTA. All rights reserved. Distributed exclusively by National Computer Systems, Inc.

*"Minnesota Multiphasic Personality Inventory-2," "MMPI-2," and
"The Minnesota Report" are trademarks of the University of Minnesota.

[ 5.5 / 1.0 / 1.0 ]



STATE'S
EXHIBIT
150

MMPI-2™
ID 456712610



## MMPI-2 VALIDITY PATTERN

|  | VRIN | TRIN | L | F | K | F(B) | S* |
|---|---|---|---|---|---|---|---|
| Raw Score: | 11 | 8 | 2 | 10 | 13 | 15 | 19 |
| T Score: | 73 | 57 | 43 | 67 | 45 | 104 | 43 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

| | | | |
|---|---|---|---|
| Cannot Say (Raw): | 0 | Percent True: | 50 |
| | | Percent False: | 50 |
| F(p) (Raw)*: | 2 | F(p) (T-score)*: | 56 |

*Experimental

## PROFILE VALIDITY

His MMPI-2 clinical profile is probably valid. The client's responses to the MMPI-2 validity items suggest that he cooperated with the evaluation enough to provide useful interpretive information. The resulting clinical profile is an adequate indication of his present personality functioning.

This client's responses to the items that appear near the end of the MMPI-2 were exaggerated in comparison to his responses to items that appear in the beginning of the test. There is a possibility that he responded to the last section of items either carelessly, randomly, or deceitfully, thereby invalidating that portion of the test. Although the standard clinical and validity scales are scored from items in the first two-thirds of the test, caution should be used in interpreting the MMPI-2 Content Scales and supplementary scales, which include items found throughout the entire item pool.

## SYMPTOMATIC PATTERNS

This report was developed using the Hy and Pd scales as the prototype. His profile reflects a somewhat mixed pattern of symptoms. The inmate's MMPI-2 clinical profile suggests that he has many psychological problems at this time. He appears to be immature, aggressive, moody, and rebellious, and he has serious problems controlling his impulses and temper. He may be assaultive, and his acting-out behavior has probably caused him serious interpersonal problems. He may attempt to deny problems and blame others. He has a low tolerance for frustration, and he loses control easily.

## PROFILE FREQUENCY

It is usually valuable in MMPI-2 clinical profile interpretation to consider the relative frequency of a given profile pattern in various settings. The client's MMPI-2 high-point clinical scale score (Hy) is found in 12.1% of the MMPI-2 normative sample of men. However, only 3.8% of the normative men have Hy as the peak score at or above a T score of 65, and only 2.3% have well-defined Hy spikes. This elevated MMPI-2 profile (3-4/4-3) is very rare in samples of normals, occurring in less than 1% of the MMPI-2 normative sample of men.

The relative frequency of his profile in various correctional settings is informative. Megargee (1993) reported that this MMPI-2 high-point clinical scale score (Hy) occurred in 5.7% of men in a state prison and 11.3% of men in a federal prison. However, only 3.3% of the state prisoners and 7.5% of the federal prisoners had the Hy scale spike at or over a T score of 65.

## PROFILE STABILITY

The relative scale elevation of his highest clinical scale scores suggests some lack of clarity in profile definition. Although his most elevated clinical scales are likely to be present in his profile pattern if he is

retested at a later date, there could be some shifting of the most prominent scale elevations in the profile code. The difference between the profile type used to develop the present report and the next highest scale in the profile code was 3 points. So, for example, if the client is tested at a later date, his profile might involve more behavioral elements related to elevations on Sc. If so, then on retesting, emotional alienation, unusual thinking, bizarre perceptions of others, and a stronger tendency to engage in extreme fantasy might become more prominent.

## INTERPERSONAL RELATIONS

Although his relationships tend to be quite superficial, he appears to make acquaintances easily. He lacks genuine interpersonal warmth and manipulates people for his own gains, possibly through intimidation. His acting-out behavior is likely to put great strain on his relationships. When he feels frustrated, he may be physically abusive or threatening toward women he is close to.

## DIAGNOSTIC CONSIDERATIONS

Individuals with this profile are likely to receive a diagnosis of Personality Disorder.

He appears to have a number of personality characteristics that have been associated with substance abuse or substance use problems. His scores on the addiction proneness indicators suggest that there is a possibility of his developing an addictive disorder. Further evaluation for the likelihood of a substance use or abuse disorder is indicated. In his responses to the MMPI-2, he has acknowledged some problems with excessive use or abuse of addictive substances.

The Megargee system for classifying criminal offenders (Megargee, 1993) has often been found to be a useful typology for individuals facing incarceration. There is considerable research support for the view that the Megargee types are found in both men and women across a wide range of correctional facilities. The Megargee system allows for the classification of about two-thirds of the offender population. However, successful classification rates and the retest stability of an inmate's type have been found to vary across settings and for men and women.

This client's profile matches that of the Megargee Type H offender, one of the most seriously disturbed inmate types. Individuals in this group tend to have a broad range of psychological disturbances and a long history of maladjustment and poor achievement. Research supports the view that these inmates are more likely than other inmates to be psychotic. Adjustment to prison appears to be difficult for them. These individuals tend to have more disturbed interpersonal relationships than other inmates. They tend to be quite aggressive and may be viewed by other inmates as "crazies." They show more anxiety, unusual thinking, and irritability than other inmates. Many of these individuals were hard drug users prior to incarceration.

Many individuals with this profile receive pharmacotherapy and further treatment in a mental health facility. This client should be given an extensive psychological evaluation to determine the most

effective treatment program for him. Many Type H inmates need to be placed in psychiatric units in prisons.

## TREATMENT CONSIDERATIONS

Although psychological problems are evident, inmates with this MMPI-2 clinical profile are poor candidates for psychotherapy. They are not very introspective and do not seek psychological treatment on their own. When they are forced into treatment, they may be marginally cooperative but their problems are ingrained and persistent. They tend to use denial a great deal and have little psychological insight. They are quite self-serving, selfish, and immature; they usually do not see a need for psychological therapy. Individuals with this profile pattern are not very amenable to changing their behavior. They have anger-control problems that are likely to interfere with treatment. Early termination of therapy is likely, possibly in anger. The manipulative behavior that patients with this profile exhibit is likely to interfere with the development of trust in relationships, making the treatment relationship stormy. Individuals with this profile may develop substance-abuse problems if treated with medication.

NOTE: This MMPI-2 interpretation can serve as a useful source of hypotheses about clients. This report is based on objectively derived scale indices and scale interpretations that have been developed in diverse groups of patients. The personality descriptions, inferences, and recommendations contained herein need to be verified by other sources of clinical information because individual clients may not fully match the prototype. The information in this report should most appropriately be used by a trained, qualified test interpreter. The information contained in this report should be considered confidential.

## MMPI-2 BASIC AND SUPPLEMENTARY SCALES PROFILE



| | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si | | MAC-R | APS | AAS | PK | O-H | MDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 16 | 27 | 36 | 31 | 30 | 15 | 23 | 30 | 22 | 17 | | 27 | 29 | 10 | 23 | 11 | * |
| K Correction: | 7 | | | 5 | | | 13 | 13 | 3 | | | | | | | | |
| T Score: | 75 | 68 | 86 | 82 | 58 | 68 | 70 | 79 | 62 | 41 | | 64 | 65 | 85 | 75 | 45 | * |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | * |

| | | |
|---|---|---|
| Welsh Code (new): | 34"817'26+9-5/0: F+-/KL: | Megargee Classification (Rev.)How, High |
| Welsh Code (old): | 48*312"7569'-/0: F-K/L?: | |
| Profile Elevation: | 73.80 | |

*MDS scores are reported only for clients who indicate that they are married or separated.

## MMPI-2 CONTENT SCALES PROFILE



| | ANX | FRS | OBS | DEP | HEA | BIZ | ANG | CYN | ASP | TPA | LSE | SOD | FAM | WRK | TRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 19 | 10 | 9 | 19 | 19 | 12 | 13 | 9 | 9 | 10 | 9 | 1 | 7 | 16 | 17 |
| T Score: | 82 | 70 | 63 | 77 | 80 | 84 | 74 | 48 | 51 | 53 | 62 | 35 | 55 | 67 | 81 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## SUPPLEMENTARY SCORE REPORT

| | Raw Score | T Score | Resp % |
|---|---|---|---|
| Anxiety (A) | 22 | 67 | 100 |
| Repression (R) | 13 | 45 | 100 |
| Ego Strength (Es) | 31 | 36 | 100 |
| Dominance (Do) | 12 | 34 | 100 |
| Social Responsibility (Re) | 19 | 47 | 100 |
| Post-Traumatic Stress Disorder - Schlenger (PS) | 34 | 79 | 100 |

**Depression Subscales (Harris-Lingoes)**

| | | | |
|---|---|---|---|
| Subjective Depression (D1) | 12 | 64 | 100 |
| Psychomotor Retardation (D2) | 8 | 65 | 100 |
| Physical Malfunctioning (D3) | 5 | 67 | 100 |
| Mental Dullness (D4) | 7 | 72 | 100 |
| Brooding (D5) | 3 | 57 | 100 |

**Hysteria Subscales (Harris-Lingoes)**

| | | | |
|---|---|---|---|
| Denial of Social Anxiety (Hy1) | 6 | 61 | 100 |
| Need for Affection (Hy2) | 8 | 55 | 100 |
| Lassitude-Malaise (Hy3) | 7 | 70 | 100 |
| Somatic Complaints (Hy4) | 9 | 82 | 100 |
| Inhibition of Aggression (Hy5) | 4 | 55 | 100 |

**Psychopathic Deviate Subscales (Harris-Lingoes)**

| | | | |
|---|---|---|---|
| Familial Discord (Pd1) | 4 | 65 | 100 |
| Authority Problems (Pd2) | 5 | 60 | 100 |
| Social Imperturbability (Pd3) | 6 | 63 | 100 |
| Social Alienation (Pd4) | 7 | 66 | 100 |
| Self-Alienation (Pd5) | 9 | 77 | 100 |

**Paranoia Subscales (Harris-Lingoes)**

| | | | |
|---|---|---|---|
| Persecutory Ideas (Pa1) | 5 | 70 | 100 |
| Poignancy (Pa2) | 5 | 69 | 100 |
| Naivete (Pa3) | 5 | 51 | 100 |

**Schizophrenia Subscales (Harris-Lingoes)**

| | | | |
|---|---|---|---|
| Social Alienation (Sc1) | 5 | 59 | 100 |
| Emotional Alienation (Sc2) | 3 | 69 | 100 |
| Lack of Ego Mastery, Cognitive (Sc3) | 9 | 96 | 100 |
| Lack of Ego Mastery, Conative (Sc4) | 6 | 71 | 100 |
| Lack of Ego Mastery, Defective Inhibition (Sc5) | 6 | 82 | 100 |
| Bizarre Sensory Experiences (Sc6) | 11 | 95 | 100 |

**Hypomania Subscales (Harris-Lingoes)**

| | | | |
|---|---|---|---|
| Amorality (Ma1) | 2 | 50 | 100 |
| Psychomotor Acceleration (Ma2) | 7 | 58 | 100 |
| Imperturbability (Ma3) | 4 | 53 | 100 |
| Ego Inflation (Ma4) | 4 | 56 | 100 |

**Social Introversion Subscales (Ben-Porath, Hostetler, Butcher, & Graham)**

| | | | |
|---|---|---|---|
| Shyness / Self-Consciousness (Si1) | 0 | 36 | 100 |
| Social Avoidance (Si2) | 0 | 37 | 100 |
| Alienation--Self and Others (Si3) | 4 | 47 | 100 |

Uniform T scores are used for Hs, D, Hy, Pd, Pa, Pt, Sc, Ma, and the Content Scales; all other MMPI-2 scales use linear T scores.

# EXPERIMENTAL CONTENT COMPONENT SCALES (Ben-Porath & Sherwood)

|                                            | Raw Score | T Score | Resp % |
| ------------------------------------------ | :-------: | :-----: | :----: |
| **Fears Subscales**                        |           |         |        |
| Generalized Fearfulness (FRS1)             |     4     |   80    |  100   |
| Multiple Fears (FRS2)                       |     6     |   61    |  100   |
| **Depression Subscales**                   |           |         |        |
| Lack of Drive (DEP1)                        |     8     |   84    |  100   |
| Dysphoria (DEP2)                            |     1     |   51    |  100   |
| Self-Depreciation (DEP3)                    |     5     |   76    |  100   |
| Suicidal Ideation (DEP4)                    |     3     |   95    |  100   |
| **Health Concerns Subscales**              |           |         |        |
| Gastrointestinal Symptoms (HEA1)            |     3     |   83    |  100   |
| Neurological Symptoms (HEA2)                |     7     |   87    |  100   |
| General Health Concerns (HEA3)              |     3     |   64    |  100   |
| **Bizarre Mentation Subscales**            |           |         |        |
| Psychotic Symptomatology (BIZ1)             |     3     |   79    |  100   |
| Schizotypal Characteristics (BIZ2)          |     6     |   80    |  100   |
| **Anger Subscales**                        |           |         |        |
| Explosive Behavior (ANG1)                   |     6     |   77    |  100   |
| Irritability (ANG2)                         |     5     |   61    |  100   |
| **Cynicism Subscales**                     |           |         |        |
| Misanthropic Beliefs (CYN1)                 |     7     |   52    |  100   |
| Interpersonal Suspiciousness (CYN2)         |     2     |   43    |  100   |
| **Antisocial Practices Subscales**         |           |         |        |
| Antisocial Attitudes (ASP1)                 |     7     |   52    |  100   |
| Antisocial Behavior (ASP2)                  |     2     |   52    |  100   |
| **Type A Subscales**                       |           |         |        |
| Impatience (TPA1)                           |     2     |   45    |  100   |
| Competitive Drive (TPA2)                    |     4     |   50    |  100   |
| **Low Self-Esteem Subscales**              |           |         |        |
| Self-Doubt (LSE1)                           |     5     |   64    |  100   |
| Submissiveness (LSE2)                       |     2     |   55    |  100   |

**Social Discomfort Subscales**

| | | | |
|---|---|---|---|
| Introversion (SOD1) | 1 | 39 | 100 |
| Shyness (SOD2) | 0 | 36 | 100 |

**Family Problems Subscales**

| | | | |
|---|---|---|---|
| Family Discord (FAM1) | 2 | 45 | 100 |
| Familial Alienation (FAM2) | 1 | 49 | 100 |

**Negative Treatment Indicators Subscales**

| | | | |
|---|---|---|---|
| Low Motivation (TRT1) | 4 | 66 | 100 |
| Inability to Disclose (TRT2) | 5 | 75 | 100 |

1
2
3
4
5
6
7
8
9
10                    State's Exhibit Number 151
11                        Millon Report
12                       (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

MCMI-III™

Interpretive Report

Theodore Millon, PhD

ID Number 456712610

Jedidiah Murphy

Male

Age 25

White

Divorced

Correctional Inmate

3/01/2001

Copyright © 1994 DICANDRIEN, INC. All rights reserved.
Published and distributed exclusively by National Computer Systems, Inc., Minneapolis, MN 55440.

"Millon" and "MCMI-III" are trademarks of DICANDRIEN, INC.
" *DSM-IV* " is a trademark of the American Psychiatric Association.

[ 5.4 / 1.0 / 1.0 ]



STATE'S
EXHIBIT
151

## CAPSULE SUMMARY

MCMI-III reports are normed on patients who were in the early phases of assessment or psychotherapy for emotional discomfort or social difficulties. Respondents who do not fit this normative population or who have inappropriately taken the MCMI-III for nonclinical purposes may have distorted reports. The MCMI-III report cannot be considered definitive. It should be evaluated in conjunction with additional clinical data. The report should be evaluated by a mental health clinician trained in the use of psychological tests. The report should not be shown to inmates or their relatives.

### Interpretive Considerations
The client is a 25-year-old divorced white male with 13 years of education. He is currently being seen as a correctional inmate, and he reports that he has recently experienced a problem that involves his use of alcohol. These self-reported difficulties, which have occurred for an unspecified period of time, are likely to take the form of an Axis I disorder.

The clinician should be aware that the inmate may have reported more psychological symptoms than objectively exist. Adjustments correcting for this tendency were probably successful in retaining the instrument's validity.

### Profile Severity
On the basis of the test data, it may be assumed that the inmate is experiencing a severe mental disorder; further professional observation and inpatient care may be appropriate. The text of the following interpretive report may need to be modulated upward given this probable level of severity.

### Possible Diagnoses
He appears to fit the following Axis II classifications best:   Depressive Personality Disorder, with Antisocial Personality Traits, Dependent Personality Traits, and Borderline Personality Features. Axis I clinical syndromes are suggested by the client's MCMI-III profile in the areas of Major Depression (recurrent, severe, without psychotic features), Alcohol Abuse, and Adjustment Disorder with Anxiety.

### Therapeutic Considerations
Irritable, depressed, and moody, this inmate lacks outlets for his intense emotions, leading to a high susceptibility to Axis I disorders. He is likely to experience both anxiety and depression. He has complaints about present and past difficulties. He may find it hard to trust a therapist. With a time-limited and focused approach to treatment, it should be possible to overcome his underlying resistance and suspicions.

## RESPONSE TENDENCIES

This inmate's response style suggests a moderate tendency toward self-deprecation and a consequent exaggeration of current emotional problems. In interpreting the profile, the clinician should be aware that the inmate may have reported more psychological symptoms than objectively exist. Adjustments correcting for this tendency were probably successful in retaining the instrument's validity.

The BR scores reported for this individual have been modified to account for the psychic tension and dejection indicated by the elevations on Scale A (Anxiety) and Scale D (Dysthymia).

## AXIS II: PERSONALITY PATTERNS

The following paragraphs refer to those enduring and pervasive personality traits that underlie this man's emotional, cognitive, and interpersonal difficulties. Rather than focus on the largely transitory symptoms that make up Axis I clinical syndromes, this section concentrates on his more habitual and maladaptive methods of relating, behaving, thinking, and feeling.

The MCMI-III profile of this man reflects an intense conflict between his desire to withdraw from personal relationships and his fear of abandonment. He wants the support of others, but he has learned to anticipate derogation and disillusionment. His deflated sense of self-worth and his expectations of failure and humiliation may constrain his emotions because others have apparently deprecated or disapproved of his attempts at self-assertion, he feels that he has been cheated and misunderstood in life. Restrictions of any type may stir deep sadness and resentment within him. As a consequence, he may often act in a petulant and passively aggressive manner, occasionally attacking others for their lack of support. The attention and respect that he seeks may be seriously jeopardized by his displays of discontent and irresponsibility. To bind his anger and depressive feelings and to protect himself against further loss of support, he may withdraw into fantasy solutions or become disconsolate, moody, and anxiously depressed.

The outbursts and depressive moodiness of this man may evoke humiliating reactions from others, and such reactions may reinforce his tendency to self-protective withdrawal. Every avenue of potential gratification to him, save his dreamworld, may cause conflict. He may fear standing on his own because of marked self-doubts. On the other hand, he cannot depend on others because of a deep social mistrust. Disposed to anticipate disillusionment, he may act out impulsively and obstructively and thereby incur the expected rejection and disappointment.

His feeling that punishment should not have the effect of preventing him from acting as he wishes results in a seesaw tension with others. Moreover, his depressive tone and anxious wariness may also be omnipresent. Unable to acquire the skills or the means for overcoming his deficits or for attracting the support of others, and finding that his fantasies provide only a brief respite from reality, he may turn against himself, expressing feelings of unworthiness and uselessness. Feeling misunderstood, unappreciated, and demeaned by others, he may begin to build his defenses against anticipated ridicule and contempt.

This man appears to see himself as having had few of the opportunities that he perceives that others have had. This awareness may intrude on his thoughts and interfere with his behavior, creating anger and resentment and ultimately upsetting his capacity to cope in a satisfactory way with many of his life tasks. When stresses are minimal, he may withdraw into his dreamworld, putting his resentments aside and attempting to convey an air of well-being. But these efforts give way under the slightest pressure, reactivating his angry dismay, stirring up his dejection and his feelings of being misunderstood and mistreated, leading him to act out momentarily and then to retreat again into his fantasies or his despondency.

## AXIS I: CLINICAL SYNDROMES

The features and dynamics of the following Axis I clinical syndromes appear worthy of description and analysis. They may arise in response to external precipitants but are likely to reflect and accentuate several of the more enduring and pervasive aspects of this man's basic personality makeup.

For this irritable and conflicted man to exhibit a dysthymic pattern is atypical, but signs indicate that he is undergoing an acute major depression that is probably characterized by agitation and erratic qualities. Shifts are probably evident between expressions of self-deprecation and despair that are mixed with thoughts of suicide and the expressions of hopelessness and futility that may be accompanied by outbursts of bitter discontent and irrational demands. Circumstances may have imposed constraints beyond his manipulative abilities. He also may feel trapped and powerless to control raging inner tensions. Periods of loathing for self-perceived deficits and weaknesses may be interspersed with momentary acts of defiance, if not brutality. Fearful that he may jeopardize his problematic situation further, he may act contrite and self-accusatory following explosive acts. Nevertheless, his typical grumbling and periodic provocations provide a vehicle for discharging tension, for reasserting self-confidence--albeit briefly--and for relieving the buildup of resentment and anger.

That this man experiences repeated episodes of alcohol abuse may be reliably assumed. These bouts may be prompted in part by the frustration and disappointment in his life. He is characteristically unpredictable, moody, and impulsive, and these behaviors may be intensified when he is drinking heavily. At these times, his brooding resentment breaks out of control, often resulting in stormy and destructive consequences. He may subsequently express genuine feelings of guilt and contrition, but the destructive and injurious effects of his behavior are likely to persist. Deep resentment that is restrained in his sober state may be unleashed in full force when he is drinking and manifests itself in irrational accusations and physical intimidation, if not brutality, toward family members. He may evince a self-destructive facet to his extropunitive hostility, and this serves to undermine both himself and others.

Unable to control deep or powerful sources of threat, this characteristically angry, conflicted, and irritable man is now experiencing the clinical signs of an anxiety disorder. Various symptoms may be evident: notably, muscular tightness, headache, fatigue, perspiration, and chest palpitations, as well as such behavioral indices as edginess and distractibility. These experiences probably derive from his feeling of being trapped by the upwelling of uncontrollable inner conflicts or by the feeling of being exposed to events or forces that he cannot counteract. His restlessness and jumpiness derive energy from the press of these unchecked sources of danger.

Related to but beyond his characteristic level of emotional responsivity, this man appears to have been confronted with an event or events in which he was exposed to a severe threat to his life, a traumatic experience that precipitated intense fear or horror on his part. Currently the residuals of this event appear to be persistently reexperienced with recurrent and distressing recollections, such as in cues that resemble or symbolize an aspect of the traumatic event. Where possible he seeks to avoid such cues and recollections. Where they cannot be anticipated and actively avoided, as in dreams or nightmares, he may become terrified, exhibiting a number of symptoms of intense anxiety. Other signs of distress might include difficulty falling asleep, outbursts of anger, panic attacks, hypervigilance, exaggerated startle response, or a subjective sense of numbing and detachment.

For some time, this man has probably been engaged in abusing drugs, legal or street substances, or both. Irritable, negative, and hostile, he may employ drugs not only to help him unwind his tensions and undo his conflicts but also to serve as a statement of resentful independence from the constraints of social convention and expectation. In addition to freeing him from feelings of ambivalence toward himself and others, drugs liberate him from whatever remnants of guilt he may experience over discharging his less charitable impulses and fantasies. Such defiant and hostile acts are undergirded in part by self-destructive elements. For example, these are evident in the careless disregard he may express about the consequences that drugs can create.

This driven and forceful man appears to experience brief periods suggestive of a manic episode. At these times, he is likely to demonstrate a decreased need for sleep, be behaviorally restless, show pressured speech, and demonstrate a general expansiveness and hyperdistractibility. Consonant with his habitual pattern, he may be easily provoked into temper outbursts and angry and disruptive actions.

## NOTEWORTHY RESPONSES

The client answered the following statements in the direction noted in parentheses. These items suggest specific problem areas that the clinician may wish to investigate.

**Health Preoccupation**
1. Lately, my strength seems to be draining out of me, even in the morning. (True)
4. I feel weak and tired much of the time. (True)
37. I very often lose my ability to feel any sensations in parts of my body. (True)
55. In recent weeks I feel worn out for no special reason. (True)
74. I can't seem to sleep, and wake up just as tired as when I went to bed. (True)
107. I have completely lost my appetite and have trouble sleeping most nights. (True)
149. I feel shaky and have difficulty falling asleep because painful memories of a past event keep running through my mind. (True)

**Interpersonal Alienation**
99. In social groups I am almost always very self-conscious and tense. (True)
167. I take great care to keep my life a private matter so no one can take advantage of me. (True)

**Emotional Dyscontrol**
  14.  Sometimes I can be pretty rough and mean in my relations with my family. (True)
  34.  Lately, I have gone all to pieces. (True)
  77.  I have a great deal of trouble trying to control an impulse to drink to excess. (True)
  96.  People have said in the past that I became too interested and too excited about too many things. (True)
  124.  When I'm alone and away from home, I often begin to feel tense and panicky. (True)
  134.  I sometimes feel crazy-like or unreal when things start to go badly in my life. (True)

**Self-destructive Potential**
  24.  I began to feel like a failure some years ago. (True)
  44.  I feel terribly depressed and sad much of the time now. (True)
  142.  I frequently feel there's nothing inside me, like I'm empty and hollow. (True)
  151.  I've never been able to shake the feeling that I'm worthless to others. (True)
  154.  I have tried to commit suicide. (True)

**Childhood Abuse**
  81.  I'm ashamed of some of the abuses I suffered when I was young. (True)
  132.  I hate to think about some of the ways I was abused as a child. (True)

**Eating Disorder**
No items endorsed.


# POSSIBLE DSM-IV™ MULTIAXIAL DIAGNOSES

The following diagnostic assignments should be considered judgments of personality and clinical prototypes that correspond conceptually to formal diagnostic categories. The diagnostic criteria and items used in the MCMI-III differ somewhat from those in the *DSM-IV*, but there are sufficient parallels in the MCMI-III items to recommend consideration of the following assignments. It should be noted that several *DSM-IV* Axis I syndromes are not assessed in the MCMI-III. Definitive diagnoses must draw on biographical, observational, and interview data in addition to self-report inventories such as the MCMI-III.

**Axis I: Clinical Syndrome**
The major complaints and behaviors of the inmate parallel the following Axis I diagnoses, listed in order of their clinical significance and salience.

  296.33 Major Depression (recurrent, severe, without psychotic features)
  305.00 Alcohol Abuse
  309.24 Adjustment Disorder with Anxiety

## Axis II: Personality Disorders

Deeply ingrained and pervasive patterns of maladaptive functioning underlie Axis I clinical syndromal pictures. The following personality prototypes correspond to the most probable *DSM-IV* diagnoses (Disorders, Traits, Features) that characterize this inmate.

Personality configuration composed of the following:

> 301.90 Depressive Personality Disorder
> with Antisocial Personality Traits
> Dependent Personality Traits
> and Borderline Personality Features

Course: The major personality features described previously reflect long-term or chronic traits that are likely to have persisted for several years prior to the present assessment. The clinical syndromes described previously tend to be relatively transient, waxing and waning in their prominence and intensity depending on the presence of environmental stress.

### Axis IV: Psychosocial and Environmental Problems

In completing the MCMI-III, this individual identified the following problems that may be complicating or exacerbating his present emotional state. They are listed in order of importance as indicated by the client. This information should be viewed as a guide for further investigation by the clinician.

> Use of Alcohol

## TREATMENT GUIDE

If additional clinical data are supportive of the MCMI-III's hypotheses, it is likely that this inmate's difficulties can be managed with either brief or extended therapeutic methods. The following guide to treatment planning is oriented toward issues and techniques of a short-term character, focusing on matters that might call for immediate attention, followed by time-limited procedures designed to reduce the likelihood of repeated relapses.

As a first step, it would appear advisable to implement methods to ameliorate this inmate's current state of clinical anxiety, depressive hopelessness, or pathological personality functioning by the rapid implementation of supportive psychotherapeutic measures. With appropriate consultation, targeted psychopharmacologic medications may also be useful at this initial stage.

Worthy of note is the possibility of a troublesome alcohol and/or substance-abuse disorder. If verified, appropriate short-term behavioral management or group therapy programs should be rapidly implemented.

Once this inmate's more pressing or acute difficulties are adequately stabilized, attention should be directed toward goals that would aid in preventing a recurrence of problems, focusing on circumscribed issues and employing delimited methods such as those discussed in the following paragraphs.

Short-term techniques may be helpful in aiding this man in therapy. First, he should be guided to avoid environmental pressures that aggravate his anxieties and dejection. Brief supportive therapy may be employed to relieve sources of anxiety. Similarly, pharmacological agents (like anti-anxiety or anti-depressant drugs) may be considered. Circumscribed behavioral modification methods may be explored to focus on social behavior that can be strengthened in a relatively short time period. Cognitive techniques, such as those of Beck or Ellis, may be used to confront him with the obstructive and self-defeating character of his beliefs and expectations. Strengthening his relations with significant others may benefit by employing any number of interpersonal treatment techniques (e.g., Klerman, Benjamin). Such approaches must be handled cautiously, however, lest the inmate feel that he is a failure, become unduly guilt-ridden, depressed, and even suicidal. Of great benefit would be to stabilize him and help him put reins on his vacillations of mood and behavior. In this way, the possibility of setbacks or deterioration in his condition may be diminished.

Toward the goal of reducing the likelihood of a relapse or retrogression, the therapist should not set goals too high or press changes too quickly. Initial efforts should be directed to build the inmate's trust. Short-term procedures designed to orient his attentions to his positive traits and to enhance his confidence and self-esteem will be well worth the effort involved.

A major goal throughout is to forestall repetitive decompensation into anxiety and depressive disorders. Also requiring focused attention is the need to anticipate suicide attempts. The inmate could act impulsively when he feels guilty, needs attention, or seeks a dramatic form of retribution. The therapist should guide the inmate into recognizing the sources and character of his ambivalence and to reinforce a more realistic and optimistic outlook on life. Because he may enter treatment in an agitated state, the reduction of his anxieties and guilt should be an early goal of short-term treatment.

Because of an intense ambivalence between his desire for reassurance and nurturance and his fear of trusting an unknown person, this man will require an early warm and attentive attitude on the part of the therapist. If he can be engaged early on, he may not be disposed to employ repetitive maneuvers to test the sincerity and motives of the therapist. Efforts should be made to reduce the stressors of his home life. Working with family members may be necessary, and if they are not optimally motivated, treatment may call for more intensive techniques to reduce the possibility of setbacks. Because of the preceding reasons, treatment may have to progress more rapidly to ensure that a significant measure of remedial improvement can occur. There is also the possibility of the inmate's withdrawal from treatment should he resist facing the humiliation of confronting painful memories and feelings. With a nurturant and empathic attitude, the therapist may be able to overcome the inmate's fear of reexperiencing false hopes and disappointments. What is suggested is that the warmth and understanding of the therapist will moderate the inmate's expectation that others will be rejecting, leading him to pull back, thereby cutting off experiences that might have proved gratifying had they been completed. What is desired is to decrease his anticipation of loss that may prompt him into a self-fulfilling prophecy. Without focused attention, he may defeat the chance to experience events that could promote change and growth. It is this pattern that a cognitive reorientation treatment approach may successfully interrupt.

**End of Report**

## MILLON CLINICAL MULTIAXIAL INVENTORY - III
### CONFIDENTIAL INFORMATION FOR PROFESSIONAL USE ONLY

ID NUMBER:                                                                          Valid Profile
PERSONALITY CODE:   2B 6A ** 3 * 8B 4 6B + 5 8A 1 2A 7 " - ' ' // - ** - * //
SYNDROME CODE:   B A ** R T D N * // - ** CC * //
DEMOGRAPHIC:   456712610/CI/M/25/W/D/13/AL/OT/-----/--/-----/

| CATEGORY | | SCORE | | PROFILE OF BR SCORES | | | | | DIAGNOSTIC SCALES |
|---|---|---|---|---|---|---|---|---|---|
| | | RAW | BR | 0 | 60 | 75 | 85 | 115 | |
| MODIFYING INDICES | X | 117 | 71 | | | | | | DISCLOSURE |
| | Y | 13 | 59 | | | | | | DESIRABILITY |
| | Z | 20 | 77 | | | | | | DEBASEMENT |
| CLINICAL PERSONALITY PATTERNS | 1 | 4 | 48 | | | | | | SCHIZOID |
| | 2A | 4 | 46 | | | | | | AVOIDANT |
| | 2B | 16 | 98 | | | | | | DEPRESSIVE |
| | 3 | 12 | 82 | | | | | | DEPENDENT |
| | 4 | 21 | 66 | | | | | | HISTRIONIC |
| | 5 | 15 | 59 | | | | | | NARCISSISTIC |
| | 6A | 16 | 85 | | | | | | ANTISOCIAL |
| | 6B | 11 | 64 | | | | | | SADISTIC |
| | 7 | 11 | 41 | | | | | | COMPULSIVE |
| | 8A | 7 | 52 | | | | | | NEGATIVISTIC |
| | 8B | 5 | 71 | | | | | | MASOCHISTIC |
| SEVERE PERSONALITY PATHOLOGY | S | 10 | 70 | | | | | | SCHIZOTYPAL |
| | C | 13 | 74 | | | | | | BORDERLINE |
| | P | 4 | 48 | | | | | | PARANOID |
| CLINICAL SYNDROMES | A | 11 | 92 | | | | | | ANXIETY DISORDER |
| | H | 11 | 74 | | | | | | SOMATOFORM DISORDER |
| | N | 13 | 77 | | | | | | BIPOLAR: MANIC DISORDER |
| | D | 12 | 81 | | | | | | DYSTHYMIC DISORDER |
| | B | 19 | 108 | | | | | | ALCOHOL DEPENDENCE |
| | T | 15 | 82 | | | | | | DRUG DEPENDENCE |
| | R | 17 | 83 | | | | | | POST-TRAUMATIC STRESS |
| SEVERE CLINICAL SYNDROMES | SS | 13 | 72 | | | | | | THOUGHT DISORDER |
| | CC | 14 | 75 | | | | | | MAJOR DEPRESSION |
| | PP | 3 | 63 | | | | | | DELUSIONAL DISORDER |

# CRITICAL ITEMS


The following critical items have been found to have possible significance in analyzing a client's problem situation. Although these items may serve as a source of hypotheses for further investigation, caution should be used in interpreting individual items because they may have been checked inadvertently.

The percentages of endorsement for each critical item are presented in brackets following the listing of the item. The percentage of the MMPI-2 normative sample of 1,138 men who endorsed the item in the scored direction is given.

**Acute Anxiety State (Koss-Butcher Critical Items)**

Of the 17 possible items in this section, 10 were endorsed in the scored direction:

   3.  I wake up fresh and rested most mornings. (False)
         [N = 31.5]
  15.  I work under a great deal of tension. (True)
         [N = 37.0]
  28.  I am bothered by an upset stomach several times a week. (True)
         [N = 8.1]
  59.  I am troubled by discomfort in the pit of my stomach every few days or oftener. (True)
         [N = 6.7]
 140.  Most nights I go to sleep without thoughts or ideas bothering me. (False)
         [N = 22.6]
 172.  I frequently notice my hand shakes when I try to do something. (True)
         [N = 9.2]
 218.  I have periods of such great restlessness that I cannot sit long in a chair. (True)
         [N = 30.1]
 444.  I am a high-strung person. (True)
         [N = 21.9]
 463.  Several times a week I feel as if something dreadful is about to happen. (True)
         [N = 4.4]
 469.  I sometimes feel that I am about to go to pieces. (True)
         [N = 14.8]

**Depressed Suicidal Ideation (Koss-Butcher Critical Items)**

Of the 22 possible items in this section, 12 were endorsed in the scored direction:

   9.  My daily life is full of things that keep me interested. (False)
         [N = 14.4]
  38.  I have had periods of days, weeks, or months when I couldn't take care of things because I couldn't "get going." (True)

[N = 25.0]
71. These days I find it hard not to give up hope of amounting to something. (True)
    [N = 30.7]
130. I certainly feel useless at times. (True)
    [N = 34.3]
273. Life is a strain for me much of the time. (True)
    [N = 16.0]
306. No one cares much what happens to you. (True)
    [N = 13.0]
388. I very seldom have spells of the blues. (False)
    [N = 25.0]
411. At times I think I am no good at all. (True)
    [N = 19.5]
454. The future seems hopeless to me. (True)
    [N = 4.8]
485. I often feel that I'm not as good as other people. (True)
    [N = 17.2]
506. I have recently considered killing myself. (True)
    [N = 4.2]
518. I have made lots of bad mistakes in my life. (True)
    [N = 27.3]

**Threatened Assault (Koss-Butcher Critical Items)**

Of the 5 possible items in this section, 2 were endorsed in the scored direction:

37. At times I feel like smashing things. (True)
    [N = 39.4]
389. I am often said to be hotheaded. (True)
    [N = 16.9]

**Situational Stress Due to Alcoholism (Koss-Butcher Critical Items)**

Of the 7 possible items in this section, 6 were endorsed in the scored direction:

125. I believe that my home life is as pleasant as that of most people I know. (False)
    [N = 10.8]
264. I have used alcohol excessively. (True)
    [N = 44.5]
487. I have enjoyed using marijuana. (True)
    [N = 34.2]
489. I have a drug or alcohol problem. (True)
    [N = 6.7]
511. Once a week or more I get high or drunk. (True)
    [N = 19.6]

518.  I have made lots of bad mistakes in my life. (True)
      [N = 27.3]

**Mental Confusion (Koss-Butcher Critical Items)**

Of the 11 possible items in this section, 8 were endorsed in the scored direction:

31.  I find it hard to keep my mind on a task or job. (True)
     [N = 13.3]
32.  I have had very peculiar and strange experiences. (True)
     [N = 23.8]
180. There is something wrong with my mind. (True)
     [N = 4.6]
198. I often hear voices without knowing where they come from. (True)
     [N = 1.7]
299. I cannot keep my mind on one thing. (True)
     [N = 14.9]
311. I often feel as if things are not real. (True)
     [N = 8.3]
316. I have strange and peculiar thoughts. (True)
     [N = 14.9]
325. I have more trouble concentrating than others seem to have. (True)
     [N = 18.9]

**Persecutory Ideas (Koss-Butcher Critical Items)**

Of the 16 possible items in this section, 3 were endorsed in the scored direction:

251. I have often felt that strangers were looking at me critically. (True)
     [N = 23.8]
259. I am sure I am being talked about. (True)
     [N = 18.4]
314. I have no enemies who really wish to harm me. (False)
     [N = 11.6]

**Antisocial Attitude (Lachar-Wrobel Critical Items)**

Of the 9 possible items in this section, 3 were endorsed in the scored direction:

105. In school I was sometimes sent to the principal for bad behavior. (True)
     [N = 30.9]
227. I don't blame people for trying to grab everything they can get in this world. (True)
     [N = 39.9]
266. I have never been in trouble with the law. (False)
     [N = 40.9]

## Family Conflict (Lachar-Wrobel Critical Items)

Of the 4 possible items in this section, 2 were endorsed in the scored direction:

21.  At times I have very much wanted to leave home. (True)
     [N = 31.9]
125. I believe that my home life is as pleasant as that of most people I know. (False)
     [N = 10.8]

## Somatic Symptoms (Lachar-Wrobel Critical Items)

Of the 23 possible items in this section, 14 were endorsed in the scored direction:

28.  I am bothered by an upset stomach several times a week. (True)
     [N = 8.1]
47.  I am almost never bothered by pains over my heart or in my chest. (False)
     [N = 18.5]
53.  Parts of my body often have feelings like burning, tingling, crawling, or like "going to sleep."
     (True)
     [N = 18.8]
59.  I am troubled by discomfort in the pit of my stomach every few days or oftener. (True)
     [N = 6.7]
111. I have a great deal of stomach trouble. (True)
     [N = 6.1]
142. I have never had a fit or convulsion. (False) — *Seizures - grand mal/tegutil for then usu only during effort to quit after a cons. use Cruge —*
     [N = 7.2]
159. I have never had a fainting spell. (False)
     [N = 27.0]
164. I seldom or never have dizzy spells. (False)
     [N = 9.2]
176. I have very few headaches. (False)
     [N = 14.6]
182. I have had attacks in which I could not control my movements or speech but in which I knew what
     was going on around me. (True)
     [N = 3.2]
224. I have few or no pains. (False)
     [N = 18.2]
229. I have had blank spells in which my activities were interrupted and I did not know what was going
     on around me. (True)
     [N = 7.5]
247. I have numbness in one or more places on my skin. (True)
     [N = 9.5]
295. I have never been paralyzed or had any unusual weakness of any of my muscles. (False) — *left hand gunshot*
     [N = 14.5]

**End of Report**

Reporter's Certificate

STATE OF TEXAS:

COUNTY OF DALLAS:

I, Darline W. LaBar, Official Court Reporter of the 194th Judicial District Court, in and for Dallas County, Texas do hereby certify that the foregoing volume constitutes a true, complete and correct transcript of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in the statement of facts, in the above styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this transcription of the record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

Witness my hand this the 27th day of November, A.D., 2001.

DARLINE W. LABAR
Official Court Reporter
194th Judicial District Court
Dallas County, Texas
(214) 653-5803

Certification No. 1064 Expires December 31, 2002

DARLINE W. LABAR, OFFICIAL REPORTER

1           REPORTER'S RECORD        **74145** 

2           VOLUME 65 OF 65 VOLUMES

3        TRIAL COURT CAUSE NO. F00-02424-NM

4   THE STATE OF TEXAS        :      IN THE DISTRICT COURT

5   VS.                       :    · DALLAS COUNTY, TEXAS

6   JEDIDIAH ISAAC MURPHY     :      194TH JUDICIAL DISTRICT

7              *******************

8           EXHIBIT VOLUME      **FILED IN**
                                 COURT OF CRIMINAL ~~APPEALS~~

9              *******************
                                  DEC  5 2001

10  A P P E A R A N C E S :
                                  Troy C. Bennett, Jr., Clerk
11  HONORABLE BILL HILL, Criminal District Attorney
            Crowley Criminal Courts Building
12          Dallas, Dallas County, Texas  75207
            Phone:  214-653-3600
13  BY:     MR. GREG DAVIS, A.D.A., SBOT # 05493550
            MS. MARY MILLER, A.D.A., SBOT # 21453200
14              FOR THE STATE OF TEXAS;

15  MS. JANE LITTLE, Attorney at Law, SBOT # 12424210
    MR. MICHAEL BYCK, Attorney at Law, SBOT # 03549500
16  MS. JENNIFER BALIDO, Attorney at Law, SBOT # 10474880
    Dallas County Public Defender's Office
17          Phone:  214-653-9400
                FOR THE DEFENDANT.

18

19              *********

20       On the 26th day of February, through the 30th day of

21  June, 2001, the following proceedings came on to be heard in

22  the above-entitled and numbered cause before the Honorable F.

23  Harold Entz, Jr., Judge presiding, held in Dallas, Dallas

24  County, Texas:  Proceedings reported by machine shorthand,

25  computer assisted transcription.

ORIGINAL

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 1

11                            Warrant

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



**DEFENDANT'S EXHIBIT**

No. 2000-273

## IN THE MUNICIPAL COURT OF THE CITY OF GARLAND
Dallas County, Texas

### THE STATE OF TEXAS
v.s.

JEDIDIAH ISAAC MURPHY

# WARRANT OF ARREST

Issued this __5__ day of OCTOBER __2000__

_S. Galbraith_

Judge, Municipal Court
City of Garland, Texas

CAME TO hand  the _____ day of _____

_____, 20 _____,

at _____ o'clock ____.M. and executed on

the _____ day of _____

20 _____, at _____ o'clock ____.M. by ___

_____

_____

_____

Peace Officer

# WARRANT OF ARREST

## STATE OF TEXAS

§
§
§
§
§
§

VS.

JEDIDIAH ISAAC MURPHY

CAUSE NO. 2000-273

IN THE MUNICIPAL COURT
CITY OF GARLAND,
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS: TO ANY PEACE OFFICER OF THE STATE OF TEXAS, GREETINGS:

YOU ARE HEREBY COMMANDED to arrest __JEDIDIAH ISAAC MURPHY_____, Defendant, and

immediately bring Defendant before the court to be dealt with according to law, there to answer for an offense against the

laws of the State of Texas, to wit: CREDIT CARD ABUSE(state jail felony)which offense Defendant
                                                                    felony)

has been accused under oath presented to me.

HEREIN FAIL NOT, but of this warrant of arrest make due service and return, showing how you executed same.

Signed this __5th__ day of __October__, 20__00__.

_____
(Magistrate)(Judge), Municipal Court, City of ____GARLAND__, Texas

Bond set at $ 25,000

COG 116-204 (revised 1/2000)

2000-273

## AFFIDAVIT

THE STATE OF TEXAS

COUNTY OF DALLAS

}}

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS.

PERSONALLY APPEARED BEFORE ME, the undersigned authority, J.G.GAINES, hereinafter referred to as the Affiant, who, after being duly sworn, deposes and says that he, the said Affiant, has good reason to believe and does believe that one JEDIDIAH ISAAC MURPHY, hereinafter referred to as the Defendant, heretofore on or about the 4 th day of OCTOBER, 2000, in the County of Dallas and the State of Texas, did then and there intentionally and knowingly and with the intent to fraudulently obtain property and services from RICHARDSON MOTOR SPORTS, did use and present a credit card; namely DISCOVER CARD #6011-0080-5062-7147, with the knowledge that the said card had not been issued to him, the said Defendant, and that said card was not used with the effective consent of the cardholder, BERTIE CUNNINGHAM.

ON OCTOBER 4, 2000 MARY SHELTON REPORTED A MISSING PERSON TO THE GARLAND POLICE DEPARTMENT. MS. SHELTON ADVISED THAT HER SISTER BERTIE CUNNINGHAM, 80 YEARS OF AGE, LEFT THE RESIDENCE AT 2749 LAUREL OAKS, IN GARLAND AT APPROXIMATELY 2:30 PM. MS. CUNNINGHAM TOLD HER SISTER THAT SHE WAS GOING TO COLLIN CREEK MALL IN PLANO. AT APPROXIMATELY 3:58 PM MS. CUNNINGHAM MADE A CHARGE AT THE J.C. PENNEY STORE AT COLLIN CREEK MALL.
AT APPROXIMATELY 6:00 PM ON OCTOBER 4, 2000 A SUBJECT DESCRIBED AS A WHITE MALE APPROXIMATELY 25-30 YEARS OF AGE., WEARING A BASEBALL CAP AND GLASSES ENTERED THE RICHARDSON MOTOR SPORTS LOCATED AT 408 S CENTRAL EXPRESSWAY IN RICHARDSON, TX. THE SUBJECT PURCHASED A TOTAL OF THREE GO-PEDS VALUED AT $1728.75 AND CHARGED THE PURCHASE TO A DISCOVER CREDIT CARD. THE DISCOVER CREDIT CARD# 6011-0080-5062-7147 USED FOR THE CHARGE IS ISSUED TO BERTIE CUNNINGHAM, THE MISSING 80 YEAR OLD FEMALE. AT THE TIME OF THE PURCHASE BOBBY HARP AN EMPLOYEE AT THE RICHARDSON MOTOR SPORTS ASKED THE SUBJECT TO COMPLETE A WARRANTY INFORMATION CARD FOR THE GO-PEDS. AT APPROXIMATELY 8:00 PM WHEN MS. BERTIE CUNNINGHAM HAD NOT RETURNED HOME HER SISTER CALLED THE GARLAND POLICE DEPARTMENT AGAIN, SINCE MS. CUNNINGHAM DOES NOT USUALLY DRIVE AFTER DARK AND FEARING THAT SHE MAY HAVE BEEN A VICTIM OF FOUL PLAY.

DURING THE FOLLOW-UP INVESTIGATION IT WAS LEARNED THAT AN ATTEMPT WAS MADE TO WITHDRAW CASH FROM AN ATM USING THE SAME DISCOVER CREDIT CARD USED TO CHARGE THE GO-PEDS WHICH IS ISSUED TO BERTIE CUNNINGHAM.

BOBBY HARP, THE RICHARDSON SPORTS EMPLOYEE ADVISED THAT HE HELPED CARRY THE THREE GO-PEDS OUT TO THE MALE SUBJECTS CAR, WHICH HE DESCRIBED AS A SILVER FOUR DOOR COMPACT CAR, WHICH IS THE SAME TYPE OF CAR THAT MS. CUNNINGHAM DRIVES.

DETECTIVES OBTAINED THE WARRANTY CARD WHICH WAS FILLED OUT BY THE SUBJECT MAKING THE PURCHASES AND SUBMITTED THE CARD TO THE GARLAND POLICE DEPARTMENT FORENSIC UNIT TO BE PROCESSED FOR LATENT PRINTS.

ON OCTOBER 4, 2000 FORENSIC INVESTIGATOR JAMES ROGERS COMPARED THE LATENT PRINTS DEVELOPED ON THE WARRANTY CARD FOR THE YELLOW LIQUIMATIC GO-PED WITH THE ROLLED INKED FINGERPRINTS BELONGING TO JEDIDIAH ISAAC MURPHY, AFTER WITNESSES STATED THAT HE HAD BEEN AT THE STORE AND MADE THE PURCHASES OF THE GO-PEDS. THE COMPARISON RESULTED IN THE POSITIVE IDENTIFICATION OF THE LEFT MIDDLE FINGER OF JEDIDIAH ISAAC MURPHY TO A LATENT PRINT ON THE WARRANTY CARD.

AT THIS TIME IT IS BELIEVED THAT THE DISCOVER CREDIT CARD BELONGING TO BERTIE CUNNINGHAM WAS USED WITHOUT HER PERMISSION SINCE SHE IS STILL MISSING.

BASED ON THE SFOREMNTIONED INFORMATION A WARRANT IS REQUESTED FOR THE ARREST OF JEDIDIAH ISAAC MURPHY FOR CREDIT CARD ABUSE, A STATE JAIL FELONY.


AGAINST THE PEACE AND DIGNITY OF THE STATE.


_____
Affiant

SUBSCRIBED AND SWORN TO ME this __5__ day of
_October_____, A.D. 20_00_.

_____
Notary Public in and for
Dallas County, Texas

My Commission Expires_____

J. DELMAR
Notary Public
State of Texas
My Comm. Exp. 02-08-2002

MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE

On this the _5th_ day of _October_____,20_00_, the undersigned Magistrate hereby acknowledges that he has examined the above affidavit and has determined that probable cause exists for the issuance of arrest warrant for the individual(s) accused herein.

_____
MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

1

2

3

4

5

6

7

8

9

10     Defendant's Exhibit Number 2

11       Questionnaire

12       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEFENDANT'S EXHIBIT** 2

October 10, 2000

Mr. Jim Murphy,

I am writing this letter to you in hopes that you can shed some light on the death of my sister.  Detective Matt Myers told me that you have been cooperating with him and have given him information about the death of Bertie.  Mr. Myers told me that you have expressed sorrow for what you have done, and I appreciate that.  I, along with the rest of Bertie's family have questions that Mr. Myers can not answer, even though he has told us all he knows.  I am writing this letter in hopes that you will answer my questions, which will give the family peace of mind and closure in this matter.  We loved Bertie very much and we are hurting and grieving at this time.  Please help us heal by answering my questions.   I am going to list the questions below and give you a space to respond.  Mr. Myers will then deliver the letter to me after you have responded.   Thank you in advance for your help.

Was Bertie scared or mistreated when you made her give you a ride?

*NOT AT ALL*

Did Bertie talk to you and treat you well as we think she would have done?

*Yes she did*

When Bertie was killed, did she suffer?

Can we get the rings back that Bertie was wearing?  The family is prepared to pay for the rings if you can tell us who to got them.  The rings have sentimental value for me as well as the family.

Bertie was a very religious person and I think that she would pray for you.  Did she pray while she was with you?

*She had no reason to pray nothing was going to happen*

The family would like to put up a cross or memorial stone either at the place you picked Bertie up or the place that she died.  We need your help to get this done.  Please tell me where you picked her up or where she died.  This would be a marker that we could put up to show our love for Bertie, and that we still think about her.

*Sir or maam I'm very sorry for what has happened to your family Sir destroyed many many lives from this. I will continue to work with Mr. Myers so I can at least give you peace, but as of right now I can't remember.*

I know that Bertie helped others who were in need.  Did you tell Bertie that you were in need of assistance, and is that why she tried to help you? *I had all my luggage w/ me so she knew I needed help & once again I'm very very sorry for your loss maam If I could bring her back I would do it for you. This was a horrible horrible accident & I'm sorry for causing you pain.*

Mr. Myers told me that he can not make you answer my questions because of legal matters.  I fully understand that, but I am elderly like my sister, Bertie, and this would help me and the family deal with our unanswered questions.  Mr. Myers told me that he would help me by presenting you with my questions.  Mr. Myers told me that he would let you sit in a room to respond and would not interfere with your responses.  I would also like to know if you would respond to any other questions that I might have at a later time?

*Cindy Hale*

Cindy Hale

*I was told if I'm honest God and ask for forgiveness will forgive me for what has happened and one day I'll have some peace in my life as well. I will answer any question I can to help you. Another bad thing*

1
2
3
4
5
6
7
8
9
10                     Defendant's Exhibit Number 3
11                 Miranda Warning Sheet 10-11-2000
12                          (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S
EXHIBIT
50

DEFENDANT'S
EXHIBIT
3

WARNING TO BE GIVEN BEFORE TAKING

ANY ORAL OR WRITTEN CONFESSION

ON THE __11__ DAY OF __October__, 20__2000__, AT __9:02__ O'CLOCK __A__ M,

__M. J. MYERS__ ADVISED ME, __Jedidiah Isaac Murphy__ THAT

1.   I HAVE THE RIGHT TO HAVE A LAWYER PRESENT TO ADVISE ME EITHER PRIOR
     TO OR DURING ANY QUESTIONING.

2.   IF I AM UNABLE TO EMPLOY A LAWYER I HAVE THE RIGHT TO HAVE A LAWYER
     APPOINTED TO COUNSEL WITH ME PRIOR TO OR DURING ANY QUESTIONING, AND

3.   I HAVE THE RIGHT TO REMAIN SILENT AND NOT MAKE ANY STATEMENT AT ALL
     AND THAT ANY STATEMENT THAT I MAKE MAY AND PROBABLY WILL BE USED IN
     EVIDENCE AGAINST ME AT MY TRIAL.

4.   I HAVE THE RIGHT TO TERMINATE THE INTERVIEW AT ANY TIME.

I UNDERSTAND ALL OF THE ABOVE EXPLAINED RIGHTS.

SIGNED __Jedidiah I. Murphy__

WITNESS __mj myers__

2 coffee
2 cigarettes

1

2

3

4

5

6

7

8

9

10                 Defendant's Exhibit Number 4

11            Miranda Warning Sheet 10-13-2000

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
51

PENGAD-Bayonne, N.J.



DEFENDANT'S
EXHIBIT

PENGAD-Bayonne, N. J.

WARNING TO BE GIVEN BEFORE TAKING

ANY ORAL OR WRITTEN CONFESSION

ON THE __13__ DAY OF ___October___, 19 _2000_ AT _____ O'CLOCK ____M,

__M. J. Myers_____ ADVISED ME, _Jedidiah Isaac Murphy_ THAT

1.  I HAVE THE RIGHT TO HAVE A LAWYER PRESENT TO ADVISE ME EITHER PRIOR
    TO OR DURING ANY QUESTIONING.

2.  IF I AM UNABLE TO EMPLOY A LAWYER I HAVE THE RIGHT TO HAVE A LAWYER
    APPOINTED TO COUNSEL WITH ME PRIOR TO OR DURING ANY QUESTIONING, AND

3.  I HAVE THE RIGHT TO REMAIN SILENT AND NOT MAKE ANY STATEMENT AT ALL
    AND THAT ANY STATEMENT THAT I MAKE MAY AND PROBABLY WILL BE USED IN
    EVIDENCE AGAINST ME AT MY TRIAL.

4.  I HAVE THE RIGHT TO TERMINATE THE INTERVIEW AT ANY TIME.


    I UNDERSTAND ALL OF THE ABOVE EXPLAINED RIGHTS.


SIGNED _____


WITNESS _____

1

2

3

4

5

6

7

8

9

10                  Defendant's Exhibit Number 5

11                       Wilhelm - Map

12                      (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S
EXHIBIT
5
PENGAD-Bayonne, N. J.



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10                    State's Exhibit Number 6

11                      Cover of Envelope

12                      (Copy attached)

13          (Retained By Physical Evidence Clerk)

14

15

16

17

18

19

20

21

22

23

24

25
```

2001-017191-01

Svr: 01-40745   Def: Unknown

# ATTEMPTED SUICIDE
# Svc # 01-040745
# 5/06/01

## *Comp: Murphy, Jedidiah*
## *w/m  dob: 9/01/75*

# #1

R. ALLWARDT #133



DEFENDANT'S EXHIBIT

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 6A

11                         Handwritten Notes

12                          (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S
EXHIBIT
6A

Michael & Jane (Sorry if I've offended you by using your 1st nam

During the interrogation today with Detective ~~Myers~~ myers He made more than a few false statements. First of all in the interrogation room there was survalance equipment concealed in a desk on the left side of the desk their were 2 microphones and on the opposite side their was a small hole drilled into the upright part of the desk that contained a camera. The reason I know this to be true is because when I was smoking Mr Myers had an alergy to it so he left me alone in the room. a small plastic piece was missing from the top of the left side of the desk while reaching across to put out my cigarrett I looked into the space and saw the two small round microphones in the desk. Also about the camera they made me sit in the same place in the room everytime I was in there and it happened to be directly in front of the hole drilled into the desk and right beside the missin piece of plastic from the desk that contain the microphones. Also for him to say I wasnt obviously drunk was impossible I drank 2 18 packs of beer and half a bottle of bourbon. They arrested me at 9:00 am in the morning I didnt get into the bed untill after 12:00 A.m. so I only slept 2 hours since the time this cell occured. They interrogated me from then untill after 12:00 noon the next day. Mrs Murphy the first shift supervisor will attest to this.   Over

Every once in a while I can think clearly maybe its a miracle for me to be thinking so clearly. It would be worth your while to have Jim Erwin to have my cousin Michael Robertson look at the desk in question. I'll guarantee you, you'll be surprised at what you find!

Sincerly

Jim Ed.

For what its worth the person who is guilty of this liver within my head and ae I'm writing you this now he's laughing at how I'll fry and I'm afraid I wont have many more clear thoughts. Like I tell my family if I could plug myself into a T.V. and you could see how many different people and voices and visions I deal with everyday you would understand why for the last 16 years Ive wanted to die. The only reason I' havent is because they would win. If I dont get help soon though ~~Diamond~~ ~~Osbourne Daniel Beasley~~ My mind is getting worse I need my medication A.S.A.P. The Psychyatrist here doesnt think too fond of me thats why I asked to see if I could have one of my doctors work wl her. Michael if honestly my choices are life or death I'm pleading guilty. Life in prison is death to me anyway.

1

2

3

4

5

6

7

8

9

10          Defendant's Exhibit Number 6B

11              Handwritten Notes

12               (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S
EXHIBIT
6B

*Questions for my lawyers*

① I dont understand why they havent started me on my regular medication. Seeings how more than 3 doctors prescribed the same thing and gave the same diagnosis. (Mark Depression, Dissociative, Bi Polar, Psycotic uncontrollable fits of anger.

② I understand that my case is one of high profile and protection is a question, However I've been in more than 3 mental institutions and never once hurt anyone, nor did anyone in the mental ward. I feel nervous or or angry towards me.

③ I'm not a horrible monster that the media wants me to be, I was once a loving father, fiance, and friend to many people. I have a few mental disorders and on my medication I am just as normal as the average passerby on the street. The reason this happened is because I quit taking my meds because I told myself I was cured and normal again. I tossed them to the side taking them occasionally when I felt it was necessary.

④ The medication I was on was as listed and the only reason I'm telling you this is because without them I'll loose my mind. "Loxitain, Cerequil, Depacoat, Cogentin to counteract the effects of the Loxitain, Halandol, Colonipin, Effexor, and because of unexplained seizers Tegretol, Ativan is for a mood stabilizor.

O.V.E.R.                                    page ①

1) The reason I'm writing you this is because it was sudgested by my brother in law Jim Erwin. I understand they have a Psyciatric floor here in this jail facility. My problem is more Psyciatric than medical. I'm not sure why they have me here where I am but a Psyciatric is what I need. For me to be locked up inside a box, with no T.V. noone to conversate with and nothing but my thoughts will kill me. When I black out, someone else takes over and I never believed it untill now but the only way to stop whatever it is, is with medication. Dr Glen Esterbrook, from Glen oaks, & Dr Roscoe from Timberlawn Can explain more about this than me.

2) When I go before the Judge I would like to look presentable. My family will bring me a nice suit so that I can at least feel respectable. I ask you these things out of total respect for you, and I only hope my information will be of some benefit to you. I believe I'm blessed to have an attourney of your stature on my side & I know you'll do your best. Please help me with a Psyciatrist while I have ~~what~~ what little of my mind left. I'm already suffering from halucinations and auditory visions. I need your help desperatly.

Thank you for your time.

I desperatly need my meds!
I don't want to lose my mind again.

Jim Ed

2)

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 6C

11               Handwritten Notes

12                (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANTS
EXHIBIT
66

10-2

③

Michael their solution to my problem with my halucinations is strip me naked and strap me down on the floor ████████ Michael they are more than just halucinations, I can hear them and they can touch me. I cant put into words how terrifying they are, fortunatly they are not to the point where I fear for my ███ life! I will not say anything else to guards that work here. I'll tell you and you can get more done than I can. The halucinations only get worse from here, eventually I will loose my mind completely. The reason I write these things down is because I'll forget to tell you when I see you. The only way I can explain it is having a bad nightmare you cant wake up from. The only relief I get is with my meds or when I sleep. Please Please Please help me before I loose it completely! Please call Both Timberlawn for Dr. Roscoe and Glen Oaks for Dr. Glen Esterbrook. Just so you know the reason I drunk so voraciously is so I dont have these problems. Today is I think the 23rd I've written the Psychiatrist at least 5 times stating my problem like I was told to do. She has yet to access the situation or make any effort in solving the problem. I need help, if she is the only one who can give it to me my problems are just begining. Please make these people help me.

To my Lawyers!

Please help me with these problems I'm having, the staff see me only as a monste

1
2
3
4
5
6
7
8
9
10            Defendant's Exhibit Number 7
11               Autopsy Photograph
12                (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

DARLINE W. LABAR, OFFICIAL REPORTER





DEFENDANT'S
EXHIBIT

1
2
3
4
5
6
7
8
9
10          Defendant's Exhibit Number 8
11            Autopsy Photograph
12             (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25



INCHES                    1                    2

3564.00

DEFENDANT'S
EXHIBIT

PENGAD-Bayonne, N. J.

1

2

3

4

5

6

7

8

9

10                          Defendant's Exhibit Number 9

11                              Dr. Duval Letter

12                              (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

SEND TO:  JP Ozelle Wilcoxson - Van Zandt County
          Van Zandt County Sheriff's Office ✓
          Van Zandt County District Attorney

THE SOUTHWESTERN INSTITUTE OF FORENSIC SCIENCES
              AT DALLAS

              5230 Medical Center Drive
                   P.O. Box 35728
                 Dallas, Texas 75235
                  (214) 920-5900

                  CAUSE OF DEATH


Date:  06 OCT 2000                Case No.  JP3564-00-2564JD

Name of Deceased:  Cunningham, Bertie (TENT)    80 / White/ Female

Residence of Deceased:  2749 Laurel Oaks Drive   Garland, Texas 75044

Place of Death  : Livingston Creek,1mi.S.of Edgewood

Place of incident/discovery:  Highway FM 859

An AUTOPSY was performed and the cause of death is :  Gunshot wound to head



Manner of Death:  HOMICIDE

Pending:    Reason:

Comment:




                                   _____
                                   Jennie V. Duval, M. D.
                                   Medical Examiner



DEFENDANT'S
EXHIBIT
G

1

2

3

4

5

6

7

8

9

10          Defendant's Exhibit Number 10

11              Dr. Krusz Report

12              (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S
EXHIBIT
10

**JOHN CLAUDE KRUSZ, PhD,MD**
ANODYNE PainCare
5446 Glen Lakes Drive
Dallas,Tx,75231
tel(214)750-6664; fax (214) 750-6671
BOARD CERTIFIED IN NEUROLOGY AND PSYCHIATRY, PAIN MANAGEMENT AND EEG

## INITIAL NEUROLOGIC EVALUATION

Jedidiah Murphy
6/1/2001
DOI:gun shot wound, 1996;thumb injury, 2000

HISTORY: 25yr old right handed male brought from Lew Sterrett facility for evaluatiojn of left hand function. He sustained a GSW to his left palm in 1996 when a .22 cal handgun discharged and the bullet fragments were removed from the dorsum of the hand.He has had numbness of the last 4 fingers of his hand since that time below a scar line in the middle of the palm, with worse loss of feeling onthe palm side of the hand.He ruptured an ulnar collateral ligament in his left thumb in June 2000 while at work when he snapped his thumb backwards. This required more surgery and left his side of the thumb numb to any feeling.

PAST MEDICAL HISTORY: unremarkable

PAST SURGICAL HISTORY: as above

HEADACHE HISTORY: none
PAIN HISTORY: none
MEDICATIONS: none
ALLERGIES: none

EXAMINATION: (limited to left upper extremity)

EXTREMITIES/PULSES: Normal extremities without deformities; pulses symmetric without cyanosis,
clubbing or edema. Skin color is symmetric bilaterally.There is a well-healed scar on the ventral (palm) surface, 5cm going across the hand.One the dorsal surface there is a 1.5cm x 0.5cm scar in the center of the hand. A third scar 1.5-2cm is noted 3cm above the wrist crease at the base of the thumb.

NEUROLOGIC EXAMINATION:

MOTOR:
UPPER EXT:   5/5 for all proximal and distal muscles, except the following in the left hand: weakness of lumbrical muscles and distal flexors of fingers and at distal joint of the thumb; thumb apposition is weak as is thumb extension, compared to the right side.

SENSORY: There is loss of sensation to pinprick, light touch and temperature on the ventral side of all 4 digits,left side and on the side of the thumb opposing the second digit.

<u>IMPRESSION:</u>                Motor and sensory findings secondary to traumas to the left hand as above.

<u>PLAN/RECOMMENDATIONS:</u>  Nerve conduction study with central responses.

**NERVE CONDUCTION VELOCITY STUDY**

The left median motor amplitude was low, suggesting axonal neuropathy in this trunk; left median sensory velocity was slightly slowed. The ulnar sensory amplitude was low, again suggesting axonal neuropathy in this trunk.(see accompanying worksheet)

**CENTRAL RESPONSES**
Left median H reflex and F wave is markedly prolonged; this is also true for the ulnar nerve. This suggests profound neuropathy in both nerve trunks.(see worksheet data)

John Claude Krusz, Ph.D.,M.D.

cc: Michael  Byck

6/6/01

11:59 PM

② hand

ⓖ SW 1996   to palm   .22 - shattered

hand balled up

left + Ⓝ numb fingers on ventral side

ruptured ulnar collateral when Ⓛ thumb snapped
back]   June 2000

Ⓛ 2 cm scar - most cut i mo

Ⓘmp   weakness of distal thumb + forefinger

muscles   with severe sensory

changes in all fingers

TO: _____

FROM:    John Claude Krusz, Ph.D., M.D.
         8230 Walnut Hill Lane, Suite 614
         Dallas, Texas 75231
Phone:   (214) 750-6664

pc:

PATIENT: _____
DATE: _____

cc   M Byce

## NERVE CONDUCTION STUDY (UPPER EXTREMITY)

| NERVE TESTED | SEGMENT | AMPLITUDE MV OR UV | | CONDUCTION VELOCITY METER / SEC | | DISTAL LATENCY MSEC | |
|---|---|---|---|---|---|---|---|
| | | VALUE | NORMAL | VALUE | NORMAL | VALUE | NORMAL |
| Median (Motor) | Forearm | 14.6 | > 17.5 | 52.6 | > 49 | 3.32 | < 4.00 |
| Median (Motor) | Across Upper Arm | 8.1 | > 50 | 57. | > 50 | 1.66 | |
| Median (Motor) | Thoracic Outlet | | | | > 51 | | |
| Median (Sensory) | Forearm | normal | | 49.4 | > 51 | 3.3 | < 3.80 |
| Ulnar (Motor) | Forearm | 12.1 | > 11.0 | 51.2 | > 50 | 3.3 | < 3.80 |
| Ulnar (Motor) | Upper Arm | | | | > 52 | 2.7 | < 3.60 |
| Ulnar (Motor) | Thoracic Outlet | | | | > 53 | | |
| Ulnar (Sensory) | Forearm | low | | 41.2 | > 52 | 3.9 | < 3.60 |
| Radial (Motor) | Upper Arm | | | | > 54 | | |
| Radial (Motor) | Forearm | | | | > 50 | | |
| Radial (Sensory) | Forearm | | | | > 54 | | |
| Musculocutaneous (Motor) | Thoracic Outlet | | | | | | |

IMPRESSION:  *neuropathy in median + ulnar nerve trunks*

## CENTRAL RESPONSES

| NERVE TESTED | RECORDING SITE | LATENCY MSEC | | AMPLITUDE MV OR UV | | DURATION METERS/SEC | |
|---|---|---|---|---|---|---|---|
| | | VALUE | NORMAL | VALUE | NORMAL | VALUE | NORMAL |
| Median | Abd. pollicis br | 31.9 > 27.5 33.7 | | | | | < 16 |
| Median | Abd digit V | 37 43, 37.5 | | | | | < 15 |

Imp:
Prolonged
central responses
suggestive of
Severe neuropathy
in U.E.

1
2
3
4
5
6
7
8
9
10                    Defendant's Exhibit Number 11

11                        File Composite

12                       (Copy attached)

13
14
15
16
17
18
19
20
21
22
23
24
25

# CRIMESTOPPERS REWARD WANTED FOR ROBBERY

## CALL CRIME STOPPERS 469-TIPS

 

**SUSPECT:** Hispanic Male

**AGE:** 16-17 years old

**PHYSICAL:** Slim 5' 9" tall
150 – 160 lbs
Brown Hair
Brown Eyes

**DRESS:** Blue Jeans, Dark Pull
Over Shirt, Dark Cap

**CRIME:** AGG. ROBBERY
Small Caliber Revolver

**LOCATION:** On Video
1900 Baird Farm
Rd.
Arlington, Texas

**DATE:** August 7, 1997  9:00 pm




DEFENDANT'S EXHIBIT

1
2
3
4
5
6
7
8
9
10          Defendant's Exhibit Number 12
11              File Composite
12             (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

# Arlington Police Department
# SUSPECT
# WANTED FOR
## Aggravated Sexual Assault
## Contact Det. T. DeShazor 459-5303 or
# CRIME STOPPERS 469-TIPS




**SUSPECT:** Hisp. Male 30's

**PHYSICAL:** thin build
5'7" 150lbs
short hair curly
blu/grn eyes
mustache

**DRESS:** dickey style pants
and shirt

**CRIME:** Sexual Assault

**LOCATION:** Fielder Sq. Apts.
408 N. Fielder Rd.
Arlington, Texas
972620535

**DATE:** Sept. 17, 1997



DEFENDANT'S
EXHIBIT
12

1

2

3

4

5

6

7

8

9

10          Defendant's Exhibit Number 13

11               File Composite

12              (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department

## FOR LAW ENFORCEMENT USE ONLY

**Suspect Name:** SUSPECT A

**Suspect Description:** Hispanic or white male, 30-40 years of age, small build - thin, Blk hair - receding, Pink Tank Top, and Turqoise shorts, chest hair and hairy back, dark complected with one day beard.

**Additional Information:** Indecent Exposure - River Ridge Apts/Pool - 2604 Furrs.  Suspect approached the victim and told her he would get her.  He exposed his penis and masturbated in front of the victim as he spoke to her.

**Case Number:** 972280302

**Case Name:** 972280302

**Type of Crime:** Indecent Exposure

**Date and Time of Crime:** August 16, 1997

**Composite Date:** August 29, 1997

**Composite By:** Det. D. H. Ligon 541

Copyright 1997 All rights reserved ImageWare Software,Inc



DEFENDANT'S
EXHIBIT
13

1
2
3
4
5
6
7
8
9
10          Defendant's Exhibit Number 14
11                File Composite
12               (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

# Arlington Police Department

## FOR LAW ENFORCEMENT USE ONLY

**Suspect Name:** UNKNOWN W/M

**Suspect Description:** WHITE MALE 28 YOA, SLIM BUILD, 5'9" 140-145LBS, SLIM BUILD, LIGHT BRO/BLOND HAIR SHORT, SLIGHT MUSTACHE, BASEBALL CAP, WHITE SHIRT. SUSPECT HAS HEAVY TATTOO'S AROUND NECK - SPIDERWEB OR SIMILIAR

**Additional Information:** AGG. ROBBERY 8/22/97 SUBWAY SANDWITCH SHOP 4654 S. COOPER ST. - SUSPECT IS ARMED WITH SMALL CALIBER HANDGUN

**Case Number:** 972340498

**Case Name:** Agg. Robbery

**Type of Crime:** Robbery

**Date and Time of Crime:** August 22, 1997

**Composite Date:** September 02, 1997

**Composite By:** D. Ligon #541

Copyright 1997 All rights reserved ImageWare Software, Inc



DEFENDANT'S EXHIBIT
14

1

2

3

4

5

6

7

8

9

10                          Defendant's Exhibit Number 15

11                               File Composite

12                              (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# SUSPECT
# WANTED FOR
## Aggravated Robbery
## Contact Det. B. Stewart 459-5303 or
# CRIME STOPPERS 469-TIPS-459-5303

 

**SUSPECT:** Hispanic Male

**AGE:** 25-27 yoa

**PHYSICAL:**  slim build
5'6"  140-150lbs
Sht. Black Hair
Brown Eyes
Spider Webb Tattoo

**DRESS:**  Blue jeans
Plaid shirt, Hat

**CRIME:** Agg. Robbery

**LOCATION:** Elk Lodge
601 W. 303
Arlington, Texas

**DATE:**  August 26, 1997  12:48 am



DEFENDANT'S
EXHIBIT
15

1
2
3
4
5
6
7
8
9
10          Defendant's Exhibit Number 16
11              File Composite
12             (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

# Arlington Police Department
# SUSPECT
# WANTED FOR
## Aggravated Robbery
## Contact Det. J. Stanton 459-5303 or
# CRIME STOPPERS 469-TIPS-459-5303




**SUSPECT: Black Female**

**AGE: 39-40 yoa**

**PHYSICAL:**   med. build
5'7"  160lbs
Braided hair to
shoulders
Brown Eyes

**DRESS:**   black pants
white button up shirt

**CRIME:** Agg. Robbery

**LOCATION:** ~~Bank of America~~
2206 S. Colins *Collins*
2200
Arlington, Texas

**DATE:** August 1, 1997  12:30 p.m.



DEFENDANT'S
EXHIBIT
16

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 17

11                   File Composite

12                   (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# CRIMESTOPPERS REWARD WANTED FOR
# Attempted Sexual Assault

# CALL CRIME STOPPERS 469-TIPS

 

**SUSPECT:** White Male

**AGE:** 20-25 year of age

**PHYSICAL:** Slim 5'7" - 5"10
150 160lbs
dirty blond hair
Brown Eyes

**DRESS:** Blue Jeans
Orange Pull Over

**CRIME:** Agg. Robbery

**LOCATION:** Southern Hills Apt
2619 Nikos Plc.
Arlington, Texas

**DATE:** August 6, 1997 2:36 a.m.



DEFENDANT'S
EXHIBIT
17

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 18

11                          File Composite

12                         (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# CRIMESTOPPERS
# REWARD
# WANTED FOR
# Attempted Sexual Assault

## CALL CRIME STOPPERS 469-TIPS

 

**SUSPECT:** Black Male

**AGE:** 20-25 years old

**PHYSICAL:** Med. Buid 5' 9" tall
        170 lbs
        Black Hair
        Brown Eyes

**DRESS:** Kahki Pants, Blue Pull
      Over Shirt

**CRIME:** Attempt Sexual Assault

**LOCATION:** Timber Ridge Apts.
         1305 Elite Cir.
         Arlington, Texas

**DATE:** August 20, 1997 8:30 am



DEFENDANT'S
EXHIBIT
18

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 19

11                   File Composite

12                  (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# REWARD
# WANTED FOR
# Aggravated Robbery
## Contact Det. J. Stanton 459-5303 or
## CRIME STOPPERS 469-TIPS




**SUSPECT:** H/M 25-30 yoa

**PHYSICAL:** Slim Build
6' 150+ lbs
sh. dark hair

**CRIME:** Agg. Robbery

**LOCATION:** Subway Sandwich
2254 N. Collins
Arlington, Texas
981010027

**DATE:** April 11, 1998



DEFENDANT'S
EXHIBIT
19

1

2

3

4

5

6

7

8

9

10                  Defendant's Exhibit Number 20

11                       File Composite

12                      (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# REWARD
# WANTED FOR
# Attempted Kidnapping
## Contact Det. J. Ford 459-5303 or
## CRIME STOPPERS 469-TIPS




**SUSPECT:** W/M 30+ yoa

**PHYSICAL:** Stocky Build
         6' 200+ lbs
         sh. Lgth brn hair

**CRIME:** Kidnapping

**LOCATION:** Exxon
         1900 E. 303
         Arlington, Texas
         981030439

**DATE:** April 13, 1998





PENGAD-Bayonne, N.J.

DEFENDANT'S EXHIBIT
20

1

2

3

4

5

6

7

8

9

10            Defendant's Exhibit Number 21

11                File Composite

12               (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DARLINE W. LABAR, OFFICIAL REPORTER

## SPECIAL BULLETIN

April 16, 1998

### Arlington Police Department

Chief David Kunkle

620 W. Division Street
Arlington, TX 76010

Bulletin #

# RAPE



**Suspect Name:** UNKNOWN

**Known Aliases:**

**Description:** W/M, 30+YOA, 5'8" Tall, 180lbs Stock Build, Short Light Blond Parted Hair, Blue Eyes

**Associates:**

**WARNING:** Armed and Dangerous

**Case Number:** 980980591
**Warrant:** None

**Synopsis:** On 4/8/98 1730hrs the victim was approached by the suspect in the 500 block of Browning Drive. The suspect displayed a blue steel semi-automatic pistol and forced the victim to a near-by field where he sexually assaulted her.

**Contact:** Det. E. Hayes  459-5710

Copyright 1997 All rights re



DEFENDANT'S EXHIBIT
21

1

2

3

4

5

6

7

8

9

10        Defendant's Exhibit Number 22

11            File Composite

12            (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# REWARD
# WANTED FOR
# Aggravated Robbery
## Contact Det. D. Nutt 459-5303 or
## CRIME STOPPERS 469-TIPS




**SUSPECT:** B/M

**PHYSICAL:** Med Build
6'. 175 lbs
med curly hair
dk. eyes
mustache gotee
clear do cap

**CRIME:** Agg. Robbery

**LOCATION:** Fina
2005 Copeland Rd.
Arlington, Texas
980990259

**DATE:** March 8, 1998 2345



**DEFENDANT'S EXHIBIT**
22

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 23

11                    File Composite

12                   (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



DEFENDANT'S
EXHIBIT
23

1

2

3

4

5

6

7

8

9

10                  Defendant's Exhibit Number 24

11                      File Composite

12                     (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# DO YOU KNOW THIS MAN ?
# Possible Kidnap Suspect
## Contact Det. D. Nutt 459-5303 or
# CRIME STOPPERS 469-TIPS

 

**SUSPECT: B/M 30's**

**PHYSICAL:**  Muscular Build
Unk Ht. 180 lbs
sht. Cropped hair
dk. eyes

**Vehicle: Silver or Gray**
Beat-Up Older
Toyota Corolla

**CRIME:**  Missing Person

**LOCATION:**  Street
3000 Blk. W.Division
Arlington, Texas
980460309

**DATE:**  Feb 15, '98 1200hrs



DEFENDANT'S
EXHIBIT
24

1

2

3

4

5

6

7

8

9

10                     Defendant's Exhibit Number 25

11                          File Composite

12                          (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# SUSPECT
# WANTED FOR
# AGGRAVATED ROBBERY
## Contact Det. J. Stanton 459-5303 or
## CRIME STOPPERS 469-TIPS




**SUSPECT:** W/M

**PHYSICAL:** Med. Build
506 150-60lbs
shaggy hair
blue eyes

**DRESS:** black jacket
blue jeans

**CRIME:** Agg. Robbery

**LOCATION:** Chevron
3394 S. Watson
Arlington, Texas
980310166

**DATE:** Jan 31, 1998 0800hrs



DEFENDANT'S
EXHIBIT
25

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 26

11                         File Composite

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



98 0020242

Agg Robbery

**DEFENDANT'S EXHIBIT**
26

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 27

11                         File Composite

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# SUSPECT
# WANTED FOR
# THEFT
## Contact Det. J. Beckerley 459-5303 or
# CRIME STOPPERS 469-TIPS




**SUSPECT: B/F**

**PHYSICAL:** **Med. Build**
 **506 120-30lbs**
 **braided hair**
 **dark eyes**
 **glasses**

**DRESS:** **beige sweater**

**CRIME:** **Theft**

**LOCATION:** **Hancock Fabrics**
 **923 E. Park Row Dr.**
 **Arlington, Texas**
 **973380369**

**DATE:** **Dec. 4, '97 1530hrs**



DEFENDANT'S EXHIBIT
27

1

2

3

4

5

6

7

8

9

10          Defendant's Exhibit Number 28

11                 File Composite

12               (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 29

11                         File Composite

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



973470553



DEFENDANT'S
EXHIBIT
29

1

2

3

4

5

6

7

8

9

10          Defendant's Exhibit Number 30

11              File Composite

12             (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Pantego Police Department
# SUSPECT
# WANTED FOR
## Aggravated Assault
## Contact Det. S. Blackney 2742511 or
# CRIME STOPPERS 469-TIPS





**SUSPECT:** B/M 30-35yoa

**PHYSICAL:** slim build
5'10" 170
dark eyes
matted beard

**DRESS:** blue jeans
dark jacket
dark watch cap

**CRIME:** Agg. Assault

**LOCATION:** Great Am. Car Wash
2290 W. Hwy 303
Pantego, Texas
971225116

**DATE:** December 8, 1997



DEFENDANT'S
EXHIBIT
30

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Defendant's Exhibit Number 31

File Composite

(Copy attached)

DARLINE W. LABAR, OFFICIAL REPORTER

# Arlington Police Department
# SUSPECT
# WANTED FOR
## Attempted Kidnapping
## Contact Det. D. Nutt 459-5303 or
# CRIME STOPPERS 469-TIPS




**SUSPECT:** B/M 30-35yoa

**PHYSICAL:** slim build
5'10" 140-50lbs
short dark hair
dark eyes
goatee mustache

**DRESS:** black pants
wht tee shirt
dark hat backwards

**CRIME:** Attempt. Kidnapping

**LOCATION:** Timbercreek Apts
6521 Timbercreek
Arlington, Texas
973280399

**DATE:** November 24, 1997 1614hr



DEFENDANT'S EXHIBIT
31

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 32

11                          File Composite

12                          (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# SUSPECT
# WANTED FOR
## Aggravated Sexual Assault
## Contact Det. D. Ligon 459-5303 or
# CRIME STOPPERS 469-TIPS




**SUSPECT:** B/M 30's named "Tito"

**PHYSICAL:**  med build
5'10" 165lbs
short shaved hair
dark eyes
thin mustache

**DRESS:**  blue jeans
wht tee shirt

**CRIME:**  Agg. Sexual Asslt.

**LOCATION:** Peep N Toms
2925 E. Abrams
Arlington, Texas
972990076

**DATE:**  Oct 25, 1997



DEFENDANT'S
EXHIBIT
32

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 33

11                         File Composite

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department

## FOR LAW ENFORCEMENT USE ONLY

**Suspect Name:** SUSPECT A

**Suspect Description:** B/M 6' 165-70 lbs, slim build, 25-30 yoa. Suspect dressed in womens clothing and long black womans wig.

**Additional Information:**

**Case Number:** 972830480

**Case Name:** 972830480

**Type of Crime:** Robbery

**Date and Time of Crime:** October 10, 1997

**Composite Date:** October 17, 1997

**Composite By:** SUPERUSER

Copyright 1997 All rights reserved ImageWare Software,Inc



DEFENDANT'S EXHIBIT

33

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 34

11                         File Composite

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# SUSPECT
# WANTED FOR
## Aggravated Robbery
## Contact Det. D. Nutt 459-5303 or
# CRIME STOPPERS 469-TIPS

 

**SUSPECT:** B/M 25-30

**PHYSICAL:** slim build
6' 165lbs
womens dark
dark eyes
red lip stick

**DRESS:** blue dress
high heels

**CRIME:** Agg. Robbery

**LOCATION:** Trader Jims
929 W. Division St.
Arlington, Texas
972830480

**DATE:** Oct 10, 1997



DEFENDANT'S
EXHIBIT
34

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 35

11                          File Composite

12                         (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# SUSPECT
# WANTED FOR
## Aggravated Robbery
## Contact Det. J. Stanton 459-5303 or
# CRIME STOPPERS 469-TIPS




**SUSPECT:** B/M 30-35yoa

**PHYSICAL:** slim build
6' 130lbs
short shaved hair
dark eyes
thin goatee mustache

**DRESS:** black pants
wht tee shirt

**CRIME:** Agg. Robbery

**LOCATION:** Holly Park Apts
400 Holly Park Dr.
Arlington, Texas
972840032

**DATE:** Oct 11, 1997 0045hrs



DEFENDANT'S
EXHIBIT
35

1

2

3

4

5

6

7

8

9

10                  Defendant's Exhibit Number 36

11                      File Composite

12                     (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# Arlington Police Department
# SUSPECT
# WANTED FOR
## Aggravated Sexual Assault
## Contact Det. T. DeShazor 459-5303 or
# CRIME STOPPERS 469-TIPS




**SUSPECT:** Hisp. Male 30's

**PHYSICAL:** thin build
5'7" 150lbs
short hair curly
blu/grn eyes
mustache

**DRESS:** dickey style pants
and shirt

**CRIME:** Sexual Assault

**LOCATION:** Fielder Sq. Apts.
408 N. Fielder Rd.
Arlington, Texas
972620535

**DATE:** Sept. 17, 1997



DEFENDANT'S
EXHIBIT
36

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 37

11                         Dr. Peek Vita

12                       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S
EXHIBIT
139

DEFENDANT'S
EXHIBIT
37

# VITA

## LEON ASHLEY PEEK, PH.D.

May 2000

## BIOGRAPHICAL DATA

Offices:     207 West Hickory Street, Suite 310, Denton, Texas 75201
940/382-1957, Fax 940/591-0644

Dispute Resolution Graduate Program
Southern Methodist University
SMU-in-Legacy, 5236 Tennyson Parkway, Plano, Texas 75024-3541
972/473-3435

Born:        DeLand, Florida - March 31, 1945

Social Security Number: 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

## EDUCATION

| | | |
|---|---|---|
| B.S. | Psychology | Virginia Commonwealth University 1970 |
| M.S. | Clinical Psychology | Virginia Commonwealth University 1973 |
| Ph.D. | Psychology | Virginia Commonwealth University 1976 |

## PROFESSIONAL EXPERIENCE

Licensed to practice psychology in Texas 1976 to present.

1970-73     Virginia Commonwealth University:
Graduate Teaching and Research Assistant

1973-74     Medical College of Virginia:
Fellow and Research Associate, Supportive Therapy Group
Department of Medicine

| | |
|---|---|
| **1974-91** | University of North Texas: |
| | Assistant Professor of Psychology (1974-80) |
| | Tenured 1980 |
| | Associate Professor of Psychology (1980-91) |
| | Teaching areas: Child and adult assessment, statistics |
| | Director, Behavioral Medicine Program |
| | |
| **1977-** | Private consulting practice of psychology: |
| | Families and children |
| | Forensic consulting: primarily family law |
| | Dispute resolution psychology |
| | Rehabilitation and Neuropsychology |
| | Jury research and consultation |
| | |
| **1982-** | McCarron-Dial Systems, Dallas, Texas: |
| | Consultant and trainer for work evaluation and |
| | neuropsychology workshops for adults and children, |
| | develop neuropsychological and rehabilitation tests |
| | |
| **1985-87** | North Texas Back Institute, Plano, Texas: |
| | Director of Behavioral Medicine Psychology |
| | |
| **1985-93** | Wilmington Institute of Trial and Settlement Science: |
| | Director of Research, Product and services development |
| | Consultant |
| | |
| **1987-** | Baylor College of Dentistry: |
| | Lecturer in Behavioral Medicine Psychology |
| | |
| **1999-** | Southern Methodist University |
| | Lecturer, Dispute Resolution |

## PROFESSIONAL AFFILIATIONS

Psi Chi Honorary Fraternity
American Psychological Association
American Psychological Society, Charter Member
Fellow, American Board of Medical Psychotherapy
Fellow, American Board of Forensic Examiners (Psychology)
Diplomate, American Board of Medical Examiners (Neuropsychology)
Southwestern Psychological Society
Texas Psychological Association
North Texas Psychotherapy Association; President 1989
Selwyn School, Board of Directors, Pre-K - 12, 1979-1990.


## WORKSHOPS GIVEN AND PRESENTATIONS MADE

Life history antecedents in drug users.  Southeastern Psychological Association, 1973.

Expectancy, false physiological feedback and desensitization in the treatment of social
   anxiety.  Southwestern Psychological Association, 1977.

Approaches to learning disabilities: an invited address.  Las Conferencias sobre Problemas
   de Aprendizaje, DIF, Jalisco, Mexico, 1978.

Ecological and behavioral medicine conference, Dallas, Texas, 1979.

Work evaluation assessment: Adults and at-risk children. A workshop presented to:
   Goodwill Industries, Inc., Milwaukee WI, 1984. East Central Oklahoma University,
   Tulsa OK, 1984. Association for Retarded Citizens, Peoria IL, 1984. Hope Haven
   School, Rock Valley IW, 1984.

Treatment of dysmenorrea:  A workshop.  Society of Behavioral Medicine, 1984.

Behavioral Medicine Training at North Texas State University.  Society of Behavioral
   Medicine, 1984.

Rehabilitation evaluation.  A workshop concerning the neuropsychological assessment of
   retarded and demented adults and children presented to the Department of Occupa-
   tional Therapy, University of Miami, Miami, Florida, 1985; to Association for Retarded
   Citizens, Staten Island, New York, 1986; to Texas Back Institute, Plano, Texas, 1986;
   to Thresholds, Chicago, Illinois, 1987; Williamston, N.C., School District, 1987; Region
   V Educational Services Center, Paris, Texas 1988.

Neuropsychological Test Administration. A workshop presented to the Northeast Independent School District, San Antonio, Texas, 1987.

Psychology of Dispute Resolution. Symposium at the Annual Convention of the Texas Psychological Association, San Antonio, Texas, 1987.

Alternate Dispute Resolution. Symposium at the Annual Convention of the Texas Psychological Association, Austin, Texas, 1988.

Trial Science. Young Lawyers Association Continuing Legal Education Series, San Antonio, Texas 1990.

Jury Selection. State Bar of Texas Continuing Legal Education Series, Midland, Texas, 1990.

Parenting the Difficult Child. Green Oaks Hospital, Dallas, Texas 1990. Denton Regional Medical Center, Denton, Texas, 1991.

Psychology in the next century. A workshop presented at the annual convention of the Texas Psychological Association, November, 1991.

Psychology of death. Campus Ministry of Denton, University of North Texas, 1991.

Stress management. Church Secretaries Association convention, October, 1991.

Child development in mediation. Dallas/Fort Worth Law School, January, 1992.

What is best for the child in divorce. Dallas/Fort Worth Law School, January, 1992.

Trial and settlement psychology. Texas Psychological Association, Dallas TX, 1992.

Limiting exposure to large jury verdicts and punitive damages. Chubb Insurance Companies continuing education, 1993.

Interviewing the client. Greater Denton Legal Assistants Association, Denton TX, 1993.

How to tell the truth effectively. Presentation to the Advanced Litigation Support Seminar. Kenneth Leventhal & Company. April, 1993.

Stress and Grief. Presentation to the Compassionate Friends, Denton, Texas 4/28/94.

Falling through the Cracks: Child Abuse. Presentation at Charter Grapevine Behavioral Health, November, 1994.

Assessing the Assessor: Child Abuse Interviewing. Presentation at Charter Grapevine Behavioral Health, January, 1995.

Juvenile Sex Offender. Presentation to East Texas State University, Commerce, Texas, August 3, 1995.

Child Custody Assessment: A Comparison of Four Empirical Approaches. Presentation to the Convention of the American Psychological Association, New York, August 8, 1995.

Sexual Violations Training Seminar. Health Professions Council, State of Texas, Austin, Texas, 3 March 1996.

Psychological factors. Texas State Convention, Huntington's Disease Society of America, Arlington, TX, May 1996.

Masters on Jury Selection, Invited participation. American Board of Trial Advocates, Dallas, Texas, August 1999.

Avoiding a lawsuit: How to practice legally and safely, Invited presentation. Denton Area Psychotherapists' Association, October, 1999.

Focus Group Outlines. Psychology of Juries and Witnesses seminar, Wilmington Insititute, Dallas, Texas, March 2000.

## PUBLICATIONS

*Custody Quotient: Research Edition*.  A psychological assessment instrument for evaluation of child custody decisions. Dallas, TX: Wilmington Institute, 1987. *Manual for the Custody Quotient: Research Edition*. Dallas, TX: Wilmington Institute, 1987. (with Gordon, R.)

*Mental Health Check-Up - Adult,* 2nd ed.  A psychological assessment instrument. Dallas, TX: Wilmington Institute, 1987. (with Gordon, R.)

*Mental Health Check-Up - Child,* 2nd ed.  A psychological assessment instrument. Dallas, TX: Wilmington Institute, 1987. (with Gordon, R.)

*Custody Quotient: National Research Edition.* A revision of the 1987 edition extended to reflect the family law in the 50 USA states. Dallas, TX: Wilmington Institute, 1988. *Manual for the Custody Quotient: National Research Edition.* Dallas, TX: Wilmington Institute, 1988. (with Gordon, R.)

*Custody Quotient Manual,* 1989 Edition. Dallas, TX: Wilmington Institute, 1989 (with Gordon, R.).

SSSQ Reports (An article in a book). *Street Survival Skills Questionnaire Manual.* Dallas: Common Market Press, 1983.

*SSSQ Computer Report* (A report generating computer program for the Street Survival Skills Questionnaire). Dallas: McCarron-Dial Systems, 1983. (With Dial, J., & McCarron, L.)

Insomnia in Cancer Patients: Muscle relaxation treatment. *Journal of Behavioral Therapy and Experimental Psychiatry,* 1983, **14** (#3, September). (with Cannicci, J.)

Testing the null hypothesis: An unstatement. *Multivariate Experimental Clinical Research,* 1979, 4, 133-7. (with Lawlis, G.F.)

*Automobile Safety in Children.* Austin TX: American Academy of Pediatrics, Texas Chapter, 1979. (with Toledo, J.R., Butler, J.R., & Burke, A.)

Motor vehicle related child deaths: A plea for action. *Resources in Education,* 1978, 10. (with Toledo, J.R., Butler, J.R., & Faherty, J.K.)

*A Possible Etiology for Hyperactivity,* a videotape film. Denton TX: North Texas State University, 1978. (with O'Banion, D.R., & Butler, J.R.)

Delta-9-tetrahydrocannabinol as an effective anti-depressant and appetite stimulating agent in advanced cancer patients. *Proceedings of the International Conference on the Pharmacology of Cannabis.* Washington DC: National Institute on Drug Abuse, 1974. (with Regelson, W., Butler, J.R., Schulz, J., Kirk, T.A., Green, M.L., & Zalis, M.O.) Reprinted in *The Pharmacology of Marijuana,* Brande, M.C., and Szara, S., eds. New York: Raven Press, 1976.

*Mental Health Check-Up Report,* a computer scoring and report generating program, version 0.1. Dallas, TX: Wilmington Institute, 1989.

Prison factor profile and related scales. *Proceedings of the American Correctional Association.* Washington DC: American Correctional Association, 1974.

*Trial Science Poll.* Dallas: Wilmington Institute, 1984-1987.

*Individual Trait Analysis Program.* Dallas: McCarron-Dial Systems, 1985.

*PMT Report Program.* Dallas: McCarron-Dial Systems, 1993.

Forensic Psychology at the Turn of the Century. *Forensic Psychology for the Journeyman Clinician.* Austin, TX.: Texas Psychological Foundation, 1991.

Advances in Child Custody and Child Abuse Evaluations. *Families and Children Reporter,* 1994 (March), Whole Number 1.

New: Custody Evaluation Guidelines of the American Psychological Association. *Families and Children Reporter,* 1994 (July), Whole Number 3.


## RESEARCH GRANTS

Children's traffic safety.  Office of Traffic Safety, Texas Department of Highways and Public Transportation, 1977, $94,000.  (Co-investigator)

Infant restraint evaluation.  Office of Traffic Safety, Texas Department of Highways and Public Transportation, 1978, $69,000.  (Co-investigator)

Infant restraint training workshops.  Office of Traffic Safety, Texas Department of Highways and Public Transportation, 1979, $54,000.  (Co-investigator)

1

2

3

4

5

6

7

8

9

10                   Defendant's Exhibit Number 38

11          Affidavit of No Disciplinary Records

12                      (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S
EXHIBIT
38

**STATE OF TEXAS**

**COUNTY OF WALKER**

## AFFIDAVIT OF NO DISCIPLINARY RECORDS

### RECORDS PERTAINING TO JEDIDIAH ISAAC MURPHY, TDC #687358

I, _____M. B. Thaler_____, HEREBY CERTIFY THAT I AM THE Record Clerk of the Texas Department of Criminal Justice–Institutional Division, a penal institution of the State of Texas, situated in the County and State aforesaid. That in my legal Custody as such officer are the original files and records of person heretofore committed to said institution. Our regulations and/or official procedures state that our records are kept in the regular course of business, at the office of the above for an employee or representative, with personal knowledge of the act, event or condition, opinion or diagnosis recorded to make memorandum or record or to transmit information to be included in such memorandum or record; and our memorandum or records are made at or near the time of the act, event or condition recorded or reasonably soon thereafter.

After a thorough search of files and information provided we cannot locate any disciplinary records on the above named individual/subject. There are no disciplinary records found at TDCJ-ID for Jedidiah Isaac Murphy, TDC # 687358 because *The subject committed no Disciplinary infractions while Confined as TDCJID#687358. The Disciplinary record initially submitted with murphy's records relate to inmate Kariem, El-Amin TDCJ-ID# 689358 and while Filed in error with murphy's records, are in no way a reflection of Murphy's Disciplinary History.*

IN WITNESS WHEREOF, I have hereunto set my hand seal this _12_ day of _June_, 2001.

_____
Record Clerk

Seal
TDCJ-ID

The director shall certify under the seal of the institutional division the documents received under Subsections (a) and (c) of Article 42.09 of the Texas Code of Criminal Procedure. A document certified under this subsection is self-authenticated for the purposes of Rules 901 and 902, Texas Rules of Criminal Evidence.
Article 42.09, Subsection 8(b) as amended by S.B. 1067, Acts 1993, 73d Legislature.

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 39

11                        Dr. Kessner Vita

12                       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S
EXHIBIT
39

PENGAD-Bayonne, N. J.

# GILDA KESSNER, PSY.D.

PO Box 224812 • Dallas, Texas 75222-4812
Phone: 214/468-8880 • Fax: 214/468-8881

## EDUCATION

**Doctor of Psychology, Clinical Psychology**, 1996, Baylor University, Waco, Texas (APA accredited)
**M.S., Human Relations and Business**, 1987, Amber University, Dallas Texas
**B.S., Social Work**, 1974, Abilene Christian University, Abilene, Texas

## LICENSED PSYCHOLOGIST (Texas No. 26886)

## CURRENT PRACTICE

**Clinical Psychologist - Private Practice**
(Dallas, Texas) July 1998 - present

General and forensic psychology consultation services to public agencies and private clients.  Services offered include:

- Adult criminal forensic psychological evaluations and consultations
- Forensic psychological evaluations for county juvenile systems
- Psychological consultation and training for schools
- Pre-employment evaluations and staff development for law enforcement agencies
- General forensic psychology consultations

## EXPERIENCE

**Director of Treatment - Correctional Services Corporation - Dallas Youth Academy**
(Dallas, Texas) August 1998 - March 1999

Directed the implementation of a treatment program (Dallas County Model) for court-ordered juvenile offenders.  Responsibilities included:

- Hiring and supervision of clinical staff
- Development of policies and procedures for the program
- Training of direct care staff
- Expert witness testimony
- Consulted with attorneys and county juvenile administrators regarding treatment recommendations
- Provision of direct clinical service

**Coordinator - Detention Center Psychology Services - Dallas County Juvenile Services**
(Dallas, Texas) November 1997 - June 1998

Developed and coordinated psychotherapeutic services for detained juvenile offenders, including design and management of a pilot project for treatment and rehabilitation of juveniles with significant criminal histories.  Project approved by Dallas County Juvenile Board and Dallas County Commissioners for full implementation.

- Chaired teams of administrators, detention managers and probation officers to review progress of youths in pilot-project

**GILDA KESSNER, Psy.D.**
**Page 2**

- Wrote manuals and designed treatment materials for pilot program
- Made recommendations regarding staffing of pilot program
- Consulted with attorneys, administrators and probation officers on juveniles' mental status and treatment recommendations
- Conducted psychological evaluations for pre-adjudication disposition planning by the courts
- Provided expert witness testimony
- Participated in multi-agency planning and treatment team meetings for complex multi-jurisdiction cases
- Supervised and trained masters level staff, detention staff and doctoral and masters psychology trainees

**Associate Clinical Psychologist IV - Texas Youth Commission**
(San Saba State School, San Saba, Texas and Hamilton State School, Bryan, Texas) September 1996 -
October 1997

Developed and provided a range of consulting and psychological services in maximum-security juvenile prison system. Was instrumental in establishing psychology department in start-up of Texas' largest juvenile prison.

- Designed protocol used to review status of youths entering and exiting the Hamilton facility
- Served on team that reviewed case histories and determined treatment needs for juveniles admitted to the facility
- Advised management on personnel issues and interviewed professional applicants
- Psychological evaluations of adolescent male offenders
- Developed specialized management programs
- Made pre-release recommendations
- Rotated as Active Duty Officer (management responsibility) of San Saba facility
- Provided staff development and clinical supervision of caseworkers and Juvenile Correctional Officers

**Psychology Doctoral Intern - Arkansas Division of Mental Health Services**
(Little Rock, Arkansas) August 1995 - August 1996
Completed American Psychological Association accredited pre-doctoral internship by serving rotations in six clinical settings:

1. **Arkansas State Hospital, Forensic Services, Two Rotations:** Conducted court-ordered psychological evaluations of forensic inpatients to address questions of competency and criminal responsibility. Provided clinical supervision. Provided individual and group psychotherapy with patients acquitted by reason of mental illness or defect.

2. **Arkansas State Hospital, Acute Inpatient Rotation:** Designed and managed specialized programs for patients with extensive histories of inpatient treatment and community placement disruption. Presented proposal for specialized programs to hospital administration, professional staff and representatives of participating community agencies. Trained staff for implementation of specialized treatment programs. Conducted psychological evaluations of patients with acute and chronic mental illness.

3. **University of Arkansas for Medical Sciences, Arkansas Cancer Research Center, Behavioral Medicine Rotation:** Consulted with physicians and treatment teams, primarily on Bone Marrow Transplant inpatient unit, regarding psychological issues and advance directives (withholding or withdrawal of life-sustaining treatment). Conducted psychological evaluations of gestational surrogate and egg donor candidates.

GILDA KESSNER, Psy.D.
Page 3

4. **Little Rock Community Mental Health Center Rotation:** Served on multi-disciplinary treatment team. Provided short-term and longer-term individual psychotherapy with adults. Conducted psychological evaluations of adults.

5. **Arkansas State Hospital, Adolescent Inpatient Unit Rotation:** Designed and managed the implementation of behavior modification plans. Conducted psychological evaluations and group psychotherapy for patients ages 13-18.

6. **University of Arkansas for Medical Sciences, Child Study Center, Outpatient Clinic Rotation:** Evaluated and provided psychotherapeutic services to children and adolescents (4-18) and families.

**Psychology Doctoral Trainee – Baylor University, Clinical Psychology Doctoral Program Practica**
(Waco, Texas) July 1992 - July 1995 (APA accredited)
Completed three years of applied doctoral training by serving in three clinical settings:

1. **Department of Veterans Affairs Medical Center, Waco, Texas,** July 1994 – July 1995
Completed clinical practicum of three rotations with patients ranging from WW1 era to Desert Storm veterans, including Posttraumatic Stress Disorder Inpatient and Outpatient Units, Acute Inpatient Psychiatric Unit, Extended Care Unit.

2. **Heart of Texas Mental-Health Mental-Retardation, Outpatient Program,** July 1993 - June 1994
Conducted evaluations of applicants for county law enforcement positions and consulted with county sheriff's department representatives regarding the findings and selections. Conducted intake interviews and psychological assessments of adults in a community mental health setting and presented findings to clinical staff.

3. **Baylor University Counseling Services,** July 1992 - June 1993
Provided crisis intervention and emergency services as well as individual assessment and counseling to university students. Developed and taught course in test anxiety for undergraduate students.

**TRAINING PRESENTATIONS**

**Texas Association of Sex Crimes Investigators**
(Fort Worth, Texas) Annual Conference, June 1999, "Juvenile Sex Offenders"
**Little Rock Police Department**
(Little Rock, Arkansas) Law Enforcement Instructor/Police Recruit Training, 1996, "Police Stress and Suicide"
**Association of Threat Assessment Professionals**
(Arlington, Texas) Texas Chapter, April 2001, "Assessing Dangerousness from a Psychological Perspective"

**TRAINING AND WORKSHOPS ATTENDED**

**Forensic Discussion Group,** 1997-present (monthly), Southern Methodist University, School of Law, Dallas, Texas
**First Annual Texas Capital Defense Conference,** March 2001, West Columbia, Texas
**Contemporary Issues in Forensic Psychology,** American Academy of Forensic Psychology, February 2001, San Antonio, Texas
**Homicide and Sexual Violence Seminar,** Texas Police Association, October 2000, Weslaco, Texas

**GILDA KESSNER, Psy.D.**
Page 4

**Advanced Criminal Law Course,** State Bar of Texas, July 2000, San Antonio, Texas
**Assessing Psychopathy: Clinical and Forensic Applications of the Hare Psychopathy Checklist – Revised (PCL-R),** April 2000, Dallas, Texas
**School Violence Prevention,** March 2000, Dallas, Texas
**Texas Association of Sex Crimes Investigators Annual Spring Conference,** February 29 – March 2, 2000, Fort Worth, Texas
**A Closer Look: Mental Health Issues in Criminal Cases,** December 1999, Austin, Texas
**Forensic Psychology Workshop, Assessment of Sex Offenders,** October 1999, Sam Houston State University, Huntsville, Texas
**False Allegations and Pedophiles,** June 1999, Fort Worth, Texas
**Psychosocial and Behavioral Health in Geriatric Settings,** May 1999, Dallas, Texas
**Dual and Multiple Addictions,** February 1999, Arlington, Texas
**Sexually Violent Offender and Advanced Sexual Offender Profiler Course,** October 1998, Fort Worth, Texas
**Forensic Psychology Workshop, Evaluating Criminal Competencies and Criminal Responsibility,** May 1998, Sam Houston State University, Huntsville, Texas
**Risk Assessment of Sexual Offenders,** March 1998, Dallas, Texas
**Hare Psychopathy Checklist - Revised, Inter-rater Training,** August 1997, Federal Bureau of Prisons, Bastrop, Texas
**Introduction to the Early Memories Procedure,** June 1997, Federal Bureau of Prisons, Bastrop, Texas
**The Clinical and Forensic Use of the Hare Psychopathy Checklist-Revised,** May 1997, Federal Bureau of Prisons, Bastrop, Texas
**Violence and Criminality:  A Gathering of Leading Experts,** August 1996, San Diego, California
**Sixth Annual Texas Forensic Mental Health Conference,** April 1996, Vernon State Hospital, Vernon, Texas
**Third Annual Arkansas Forensic Conference,** March 1996, North Little Rock, Arkansas
**Contemporary Issues in Forensic Psychology,** February 1996, San Antonio, Texas
**Forensic Certification Training,** November 1995, Little Rock, Arkansas
**Alternative Dispute Resolution/Mediator Training,** Fall 1994, Texas Wesleyan University, School of Law, Irving, Texas

## PROFESSIONAL ASSOCIATION MEMBERSHIPS

American Psychological Association
Texas Psychological Association
Texas Association of Sex Crimes Investigators
Texas Police Association

## REFERENCES

Available Upon Request

1
2
3
4
5
6
7
8
9
10          Defendant's Exhibit Number 40
11              Dr. Crowder Vita
12             (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

**SOUTHWESTERN**

THE UNIVERSITY OF TEXAS
SOUTHWESTERN MEDICAL CENTER
AT DALLAS



J. Douglas Crowder, M.D.
Assistant Professor
General and Forensic Psychiatry

Department of Psychiatry

# CURRICULUM VITAE

## PERSONAL INFORMATION

Name:                          Jaye Douglas Crowder, M.D.

Home Address:                  7120 Pleasant View
                               Dallas, Texas 75231

Home Telephone:                214-341-3781

Date of Birth:                 January 26, 1955

Marital Status:                Married

Social Security Number:        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

Office Address:                5323 Harry Hines
                               Dallas, Texas 75390-9070

Office Telephone:              214-648-7398

## LICENSURE AND CERTIFICATION

Texas 1980          License #F6551
Virginia 1984       License #0101037538
Certified 1988      American Board of Psychiatry and Neurology (psychiatry)
Certified 1998      American Board of Psychiatry and Neurology- Added
                    Qualifications in Forensic Psychiatry

## PROFESSIONAL TRAINING

1973-1976           Bachelor of Science - Pre Medical Science, Summa Cum Laude
                    Abilene Christian University, Abilene, Texas

1976-1980           Doctor of Medicine, University of Texas Southwestern Medical
                    Center, Dallas, Texas

| 1980-1984 | Residency in Adult Psychiatry, University of Texas Southwestern Medical Center; Dallas, Texas |
| --- | --- |
| 1984-1985 | Fellowship in Forensic Psychiatry, University of Virginia; Charlottesville, Virginia |

## UNDERGRADUATE ACTIVITIES/HONORS

Alpha Chi National Honor Society
Blue Key National Honor Society
Robert A. Welch Undergraduate Research Fellow-Chemistry
Abilene Christian University Student Advisory Board

## MEDICAL SCHOOL ACTIVITIES

Student Handbook Committee
Senior Film Committee
Preceptorship: Urban/Inner-City Medicine

## ACTIVITIES IN RESIDENCY

Resident Representative to Texas Psychiatric Society (1982-1983)
Resident Videotape Committee
Discussion Group Leader: Freshman and Sophomore Medical Student Psychiatry Course
Lecturer: Junior Medical Student Psychiatry Course
Chief Resident: 1983-1984

## ACADEMIC APPOINTMENTS

Instructor of Psychiatry, University of Texas Southwestern Medical Center, 7/85-8/86
Assistant Professor of Psychiatry, University of Texas Southwestern Medical Center, Dallas, Texas, 1986-
Assistant Psychiatric Residency Training Director, University of Texas Southwestern Medical School, 1994-

## CLINICAL POSITIONS

General Psychiatric Treatment and Consultation: Psychotherapy and Pharmaco-therapy, University of Texas Southwestern Medical Center, Dallas, Texas, 1985-
Attending Physician, Psychiatric Consultation/Liaison Service, Parkland Memorial Hospital, Dallas, Texas, 1986-

## OTHER PROFESSIONAL EXPERIENCE

Consultant to Dallas Pilot Home Project 1982-1984
Consultant to Human Potential Center 1982-1984
Consultant to North Texas State University, Department of Testing
    and Counseling Psychology 1982-1984
Staff Psychiatrist, Dallas County Mental Diagnostic Center 1985-1986
Consultant to Dallas County Jail (Inmate Treatment) 1986-1987
Consultant to U.S. Secret Service Intelligence Division, Washington D.C. 1986-
Consultant to the Cedars Hospital-Peer Quality Assurance Reviewer 1989-1991
Psychiatry Faculty Senate Representative-University of Texas Southwestern Medical
    School 1989-1990
Psychiatry Quality Assurance Committee-Zale Lipsy
    University Hospital 1989-1994
Texas Society of Psychiatric Physicians Forensic Psychiatry Committee 1992-
Liaison to other medical specialties committee, Texas Society of Psychiatric Physicians 1993
Reviewer: Philosophy, Psychiatry and Psychology 1994
Dallas Bar Association Mental Health Law Project 1995
Chairman of Dallas County Jail Mental Health Treatment Task Force, 1998-1999

## PROFESSIONAL MEMBERSHIPS

American Academy of Psychiatry and the Law
American Association of Directory of Forensic Psychiatric Fellowships
American Medical Association
Texas Society of Psychiatric Physicians

## HONORS AND AWARDS

Outstanding Contribution to Medical Student Teaching,
    U.T.S.M.C., Department of Psychiatry 6/14/94
PGY IV, Teacher of the Year, U.T.S.M.C., Department of Psychiatry 1995-96
PGY IV, Teacher of the Year, U.T.S.M.C., Department of Psychiatry 1996-97
PGY IV, Teacher of the Year, U.T.S.M.C., Department of Psychiatry 1998-99
*Nancy C.A. Roeske, M.D.* Certificate of Excellence in Medical Student Education, 1999
2000 Fellow of the American Psychiatric Association

## PRESENTATIONS/LECTURES

Lecture for the American Arbitration Association
Labor-Management Conference: "Who is telling the truth?"
    Dallas, Texas 3/10/89

Co-Presentor: American Academy of Psychiatry and The Law
Annual Meeting: "Exorcism, Death, and the Criminal Law", San Diego, CA 10/27/90
Lecture to the Collin County, Texas District Attorney's office
     personnel: "Capital Murder." 2/8/91
Workplace Violence: Zero Tolerance for Violence, Dallas, Texas 5/9/98
Forensic Psychiatric Aspects of Child Sexual Abuse, For U.S. Air Force Sheppard Air Force
     Base Wichita Falls 4/29/99
Sex Offenders: Background, Mind, Detection and Treatment for Parkland Health and Hospital
     System Nursing Service, Dallas, Texas 9/23/99
Capacity: The Medical Perspective for Texas State Bar, 2/7/01

## PUBLICATIONS

### JOURNALS

Hutchinson, B.; Sample, S.; Thompson, L.; Olbricht, S.; Crowder, J.;
    Hurley, D.; Eversdyk, D.; Jeff, D. and Bostick, 3.:
    The Preparation and Characterization of Transition Metal Complexes of Cylic Hydroxamic
    Acids. Inorganica Chemica Acta 74:29-38, 1983.

Weiner, M.F. and Crowder, J.D.: Psychotherapy and cognitive style.
    American Journal of Psychotherapy 40:17-25, 1986.

Weiner, M.F.; Sadler, J; Fenton, B.; Fitzpatrick, M.; Crowder, J.D.: A Very
    Modest Proposal for 1990's C\L Psychiatry. General Hospital Psychiatry, 11:231-234, 1989.

Altshuler, K.Z.; Crowder, J.D.: Institutional response to inpatient's threats
    against the President. Hospital & Community Psychiatry 40(6):647-650, 1989.

Dietz, P.E.; Matthews, D.B.; Van Duyne, C.; Martell, D.A.; Parry, C.D.H.;
    Stewart, T.; Warren, J.; Crowder, J.D.: Threatening and Otherwise
    Inappropriate Letters to Hollywood Celebrities. Journal of Forensic Sciences 36(1):
    185-209, 1991.

Crowder, J.D.; Miller, Deborah A.; Sadler, John Z.; Mohl, Paul C.: Self-Directed
    Learning in a Psychopathology Course. Academic Psychiatry, 20(2):101-110, 1996.

### CHAPTERS

Rush, A.J.; Fulton, C.; Crowder, J.: Diagnosis and Treatment of the Depressed Patient;
    in Guggenheim, F.G.; Wiener, M.F. (Eds) Manual of Psychiatric Consultation and
    Emergency Care, pp 5 1-60, Jason Aronson, Inc., N.Y., 1984.

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 41

11                 Mary Connell Vita

12                  (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:10-cv-00163-N    Document 42-15    Filed 05/05/10    Page 361 of 533    PageID 11881

EXHIBIT A

# CURRICULUM VITA



DEFENDANT'S
EXHIBIT
41

## Mary A. Connell Ed.D. ABPP

***Board Certified in Forensic Psychology***
by the American Board of Professional Psychology

Water Gardens Place, Suite 635
100 East Fifteenth Street
Fort Worth Texas 76102

Tel (817) 334-0035
Fax (817) 334-0297
email mconnell@child-custody.com

## PROFESSIONAL QUALIFICATIONS

American Board of Professional Psychology Diplomate in Forensic Psychology, 1996

Licensed and Certified Psychologist, Texas, 1980--present. License Number: 22010 Health Service Provider

Postdoctoral course work: University of Texas at Arlington, Texas Christian University, East Texas State University, 1978--1980

Postdoctoral informal study: Dallas Society for Psychoanalytic Psychology, monthly study meetings, 1984-1990

Doctoral Degree in Student Personnel and Guidance, in-depth Minor in Psychology, East Texas State University, 1978; Doctoral dissertation: *A Delphi Investigation of the Views of Mental Health Professionals Regarding the Future of the American Family and the Psychological Impact of Potential Changes*, 1978

Masters Degree in Counseling Psychology, Southeast Missouri State University, 1971

Bachelors Degree in Psychology, Southeast Missouri State University, 1970

## CLINICAL AND FORENSIC PRACTICE

Private Practice of Psychology, Fort Worth, Texas, 1980--present

Practice includes psychological evaluation of individuals from several referral populations, including:

- Parents and children in custody/access court actions, wherein comprehensive assessment is accomplished, generally by way of court order, to assist the Court in making a determination regarding the child(ren)'s best interests. Such forensic assessment is substantially different from general psychodiagnostic evaluation and involves more "investigative" or "fact-finding" activity.
- Individuals who have been charged criminally and whose competency to stand trial or whose

sanity at the time of the alleged crime is in question, in order to obtain psychological assessment information which might be useful to the defense attorney or the trier of fact.

- Litigants involved in personal injury claims or alleged to have been victimized by sexual assault or spousal battery, for whom the emotional effects of the trauma need to be assessed.
- Juveniles who are facing charges for criminal behavior, whose capacity to be tried as an adult is in question, or for whom there is a question regarding competency to stand trial or criminal responsibility.

In addition, the practice includes pre-employment screening for several law enforcement agencies and corporations, as well as assessment of individuals employed by those agencies or corporations who have experienced some difficulty on the job and for whom Human Resources or Internal Affairs has some special interest ("fitness for duty" assessments).

Finally, the practice includes consultation, review of the work of other clinicians, pure expert testimony regarding such issues as parental alienation, credibility of child witnesses, base rates of violence in specific populations, and effects of spousal battery.

## EXPERIENCE

Occasional Faculty, Texas Christian University, 1981--1984, teaching undergraduate courses including Abnormal Psychology, Applied Psychology, Child Psychology, Psychology of Men and Women

Consultant, Department of Human Resources, Child Protective Services, 1981--1995, performing psychological evaluations of parents and children, consulting with caseworkers, providing court testimony, and serving as the psychologist consultant for the Permanent Planning Team (1978--1984).

Psychologist, Trinity Valley MHMR (now Tarrant County MHMR Services), Child and Family Services, 1977--1980, providing administrative supervision to staff including Doctoral, Master, and Bachelor level individuals providing psychological services. Service delivery, including evaluation and treatment, to clinic population and to Child Protective Services clients. Grant proposal writing, budget writing and negotiations, and intake and ongoing service provision.

Child Protective Services caseworker and BSW student field placement supervisor, Tarrant County Child Welfare, 1974--1977, providing protective services to abusive and neglectful families.

Psychological Associate, Buckner Marriage and Family Counseling Center, Dallas, Texas, 1971--1972, serving in a clinic setting providing evaluation and treatment for outpatient families as well as children in the residential facility.

## PROFESSIONAL ORGANIZATIONS AND ACTIVITIES

Fellow, American Academy of Forensic Psychology
Member, American Psychological Association
    Member, Division 41, American Psychology-Law Society
Member, Texas Psychological Association
    Legislative Liaison, 1996
    Public Information Committee, 1997
    Board Member, 1999
Member, Fort Worth Area Psychological Association

President, 1985 and 1998
Member, Tarrant County Bar Association
Member, Association of Family and Conciliation Courts
Member, Dallas Society for Psychoanalytic Psychology, 1985--1991
Member, Advisory Council, Tarrant County Juvenile Board, 1988--1992
Board Member, Dallas Society for Psychoanalytic Psychology, 1986--1987
Professional activities, including:
    Review of article submissions for journals
    Conduct of research regarding data collected in practice
    Training, supervision, peer review activities
    Participation in continuing education symposia, seminars, and workshops

 Back to homepage

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 42

11                       Large Wall Mapsco

12      (Not attached - retained by Physical evidence clerk)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 43

11                              Polaroid

12                          (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DARLINE W. LABAR, OFFICIAL REPORTER



DEFENDANT'S
EXHIBIT
43

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 44

11                      Polaroid

12                  (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



John Egbert Warren

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 45

11                     Stipulation

12                  (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

## CAUSE NO. F00-02424

FILED

2001 JUN -1 AM 8:13
JIM HAMLIN
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

| STATE OF TEXAS | § | IN THE 194TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| JEDIDIAH MURPHY | § | DALLAS COUNTY, TEXAS |

### STIPULATION

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW the Defendant, the Defendant's Attorney and the District Attorney and agree to the following stipulation:

On August 26, 1997 in the afternoon, Margie Ellis, a 65 year old woman, was at a Braum's Ice Cream Store in Wichita Falls.  A man ran up to her, pushed her down and grabbed her purse.  She did not get a look at the person who took her purse, partly because her vision is not very good.

End of Stipulation.

Signed,

_____
DISTRICT ATTORNEY

_____
DEFENSE ATTORNEY

_____
DEFENDANT



DEFENDANT'S
EXHIBIT
45

STIPULATION

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 46

11                      Digital Jail Photograph

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
AT APPROXIMATELY 10:45 P.M.
MURPHY, JEDIDIAH ISAAC BNO#00089253
DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**





DEFENDANT'S
EXHIBIT
46

1

2

3

4

5

6

7

8

9

10                 Defendant's Exhibit Number 47

11                   Digital Jail Photograph

12                     (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
AT APPROXIMATELY 10:45 P.M.
MURPHY, JEDIDIAH ISAAC BNO#00089253
DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**



DEFENDANT'S
EXHIBIT
47

1

2

3

4

5

6

7

8

9

10                 Defendant's Exhibit Number 48

11                   Digital Jail Photograph

12                      (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
AT APPROXIMATELY 10:45 P.M.
MURPHY, JEDIDIAH ISAAC BNO#00089253
DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**





DEFENDANT'S
EXHIBIT
48

1

2

3

4

5

6

7

8

9

10                Defendant's Exhibit Number 49

11                  Digital Jail Photograph

12                    (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
AT APPROXIMATELY 10:45 P.M.
MURPHY, JEDIDIAH ISAAC BNO#00089253
DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**





DEFENDANT'S
EXHIBIT
49

1

2

3

4

5

6

7

8

9

10            Defendant's Exhibit Number 50

11              Digital Jail Photograph

12                (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
AT APPROXIMATELY 10:45 P.M.
MURPHY, JEDIDIAH ISAAC BNO#00089253
DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**



PENGAD-Bayonne, N. J.

DEFENDANT'S
EXHIBIT
50

1

2

3

4

5

6

7

8

9

10                  Defendant's Exhibit Number 51

11                   Digital Jail Photograph

12                     (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
AT APPROXIMATELY 10:45 P.M.
MURPHY, JEDIDIAH ISAAC BNO#00089253
DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745



DEFENDANT'S
EXHIBIT
51

1

2

3

4

5

6

7

8

9

10             Defendant's Exhibit Number 52

11               Digital Jail Photograph

12                  (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
AT APPROXIMATELY 10:45 P.M.
MURPHY, JEDIDIAH ISAAC BNO#00089253
DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**





DEFENDANT'S
EXHIBIT
52

Page 571

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 53

11                     Digital Jail Photograph

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
AT APPROXIMATELY 10:45 P.M.
MURPHY, JEDIDIAH ISAAC BNO#00089253
DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**



DEFENDANT'S
EXHIBIT
53

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 54

11                      Digital Jail Photograph

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001**
**AT APPROXIMATELY 10:45 P.M.**
**MURPHY, JEDIDIAH ISAAC BNO#00089253**
**DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**



DEFENDANT'S
EXHIBIT
54
PENGAD-Bayonne, N. J.

1

2

3

4

5

6

7

8

9

10       Defendant's Exhibit Number 55

11         Digital Jail Photograph

12           (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

# PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
## AT APPROXIMATELY 10:45 P.M.
## MURPHY, JEDIDIAH ISAAC BNO#00089253
## DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745





DEFENDANT'S
EXHIBIT
55

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 56

11                Digital Jail Photograph

12                   (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001**
**AT APPROXIMATELY 10:45 P.M.**
**MURPHY, JEDIDIAH ISAAC BNO#00089253**
**DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**





1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 57

11                Digital Jail Photograph

12                  (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001
AT APPROXIMATELY 10:45 P.M.
MURPHY, JEDIDIAH ISAAC BNO#00089253
DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**





DEFENDANT'S
EXHIBIT
57

1

2

3

4

5

6

7

8

9

10              Defendant's Exhibit Number 58

11                 Digital Jail Photograph

12                   (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

**PHOTO TAKEN BY DSO ROY MATHEW #5864 ON MAY 6, 2001**
**AT APPROXIMATELY 10:45 P.M.**
**MURPHY, JEDIDIAH ISAAC BNO#00089253**
**DALLAS COUNTY OFFENSE / INCIDENT REPORT #01-40745**





DEFENDANT'S
EXHIBIT
58

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 59

11                         Diary Sheet

12                       (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTES: *Chelsie Chelsie Chelsie Chelsie Chelsie Chelsie Chelsie*

**1997**  BIRTHSTONE: RUBY  **JULY**  FLOWER: LARKSPUR  **1997**

Worry is like a rocking chair; no matter how much you rock, you get nowhere.

*Money    Money    Money    Paid Money    Money    Money*

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: Mr. Howe 190.00 Pay Cable + Elc. Money | | 1 Stayed home. Washed clothes and thats all really | 2 Stayed home. Went to work. Came home + that's all really | 3 Went to Terrell came home + cleaned all Went to Bed. | 4 Went to work Went to Jake. Jain came home + that's all **INDEPENDENCE DAY** | 5 Stayed home Cleaned up Went to work. Came home Went to Bed |
| 6 Stayed home. Went to work. Came home | 7 Went to the Dr. Came home Went to work came home | 8 Stayed home. Went to the store Stayed home all day | 9 Stayed home + thats all really | 10 Went to Dad's Washed clothes Come home + that's all really | 11 Elc. 74.00 Went to work. Went to Dad's lodge come home + that's all | 12 Mowed Dad's yard Came home forgot w/ Jim stayed Jim didn't work out. |
| 13 Stayed home. Went to work Came home + that's all really | 14 Went to Dr. Came home purches Played Bingo came home | 15 Cable 44 Went to Canton come home + cleaned that's all | 16 Stayed home all day a safe Went to work that's all | 17 Came home Cleaned up Went to washed clothes Came home | 18 Stayed home Went to Dad's Came home + that's all | 19 Cleaned house ma Mal Came down Played Bingo Came home |
| 20 Stayed there we went to Terrell. Came home that's all | 21 Went to the Dr. Same Came home + that all really | 22 Went + washed clothes Cleaned up + thats all really Came home | 23 Stayed home and went to washed Stayed home all day + that's all really | 24 Seanna Came down stayed home all day + that's all really | 25 Stayed home all day + night + that's all really | 26 Stayed home. Cleaned house + that's all really. Went to Bed |
| 27 Stayed home cleaned up went to Bed | 28 Dr. Went to Dr. Came home Went to washed clothes to Bed. | 29 Stayed home all day | 30 Stayed home. Went walking came home | 31 ALYSSA Had ALYSSA At 12:58 Thank you Jym. I love Yall Both! | NOTES: *signatures* | *Tony Ralph Jim* |

1
2
3
4
5
6
7
8
9
10            Defendant's Exhibit Number 60
11                  Diary Sheet
12                (Copy attached)
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTES:

Dear God, thank you for Alyssa the one and only thing from there out that matters.

I'm sorry Alyssa for the thing that I did but I'll get it out.

Bye Bye Mathew

**1997**  BIRTHSTONE: SARDONYX OR PERIDOT  **AUGUST**  FLOWER: GLADIOLA  **1997**

Too much time is wasted by some people in telling how busy they are. So let's get it on

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: Cable payt Due July Bill 49.00 | | 25th July I didn't pay me 50 or else | | Rent 100.00 Very Happy. | 1 Did Came home from Hosp Stayed there. | 2 Stayed home & cleaned up. thats all really |
| Elec. 104.00 | | | | | | |
| 3 Stayed home ate at Dads & thats all really | 4 Stayed home all day & thats all really | 5 Mama left Stayed home all day & thats all really | 6 Stayed home & thats all really. | 7 stayed home | 8 Stayed home | 9 stayed home |
| 10 met Jim Went to serell came home & thats all | 11 Stayed home & thats all really | 12 Stayed home all day & thats all. | 13 Washed Clothes Come home & thats all really. | 14 Went to Wic Did Charge store home & thats all | 15 on 975 Alyssa 133.00 B: 14 Went to Dr. Came home & thats all really. | 16 Stayed home all day. What a life |
| 18 Jim Came home stayed there & thats all really | 19 Stayed home. got Car Fixed Went to the store. | 20 Stayed home all day long & thats all really | 21 Stayed home & thats all really Jam to Dad | 22 Pay Chk 9:50 Washed Clothes ate at dads watched Kids & thats all. Rent way 250 | 23 Cleaned house ma came Down | |
| 24 Stayed home Went to work Came home & thats all 31 | 25 Stayed home | 26 Stayed home | 27 Stayed home | 28 Went to work come home & thats all really. | 29 Went & washed Clothes Stayed home Rent way 250 | 30 Went to work came home & thats all really. Stayed |

DEFENDANT'S EXHIBIT
60

1

2

3

4

5

6

7

8

9

10             Defendant's Exhibit Number 61

11                   Diary Sheet

12                 (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTES: Prolong 1-800-314-9944 39.95

**1997**  BIRTHSTONE: SAPPHIRE  **SEPTEMBER**  FLOWER: ASTER  **1997**

The only real failure in life is the failure to try.

Dr. Wilson 214-363-8524

LABOR DAY

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| NOTES: Rent 100.00 | 1 Jim's B/d Stayd home thats all | 2 Stayd home went to canton come home & thats all | 3 Stayd home all day & slept cleaned up Went to bed. | 4 Stayed home & thats all really | 5 Went to work came home stayed choke & thats all Went to store | 6 Went to work came home washed clothes stay cooked went to Bed. |
| 7 Went to work came home & thats all really. | 8 Went to work came cleaned house | 9 Went to work came home & thats all really | 10 Went to work came home & thats all. Went to Bed. | 11 Went to work Payed 120. on car come home & thats all | 12 Cable 50. Boil 60. Went to work so-car one-mart went home | 13 Stayd home. cleaned up & thats all really. |
| 14 Went to work. Came home cleaned up & thats all. | 15 350 Payed Jim Went to work. Came home & thats all. | 16 Went to work. Ronda 15. stayed home & that all | 17 Went to work came home & thats all really. | 18 Went to work come home & that all | 19 Bill gas payed Bill went to work came home. | 20 Stayd home all day & thats all really. |
| 21 Went to work come home & thats all really. | 22 Went to work got pictures taken came home & thats all really. Payd 130 | 23 Went to work came home & thats all really | 24 Went got car fixed come home & thats all really | 25 Went to work stayd home card thats all really! | 26 Went to the Dr. at 9.30 went to work. Came home & thats all really. | 27 me & Jim played Bingo & came home & thats all. |
| 28 Went to work come home & thats all really | 29 Went to work came home & thats all | 30 Went to work Came home & thats all really. | NOTES: Jeanne Work - 361-4462  ZACK - Pager - 321-9806 | | | |

1

2

3

4

5

6

7

8

9

10          Defendant's Exhibit Number 62

11     Small Photo of Jedidiah and Chelsea

12              (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 63

11                         Dr. Connell Report

12                          (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

*Confidential*

# MARY A. CONNELL, ED.D., ABPP

*Board Certified in Forensic Psychology*
*American Board of Professional Psychology*

Water Gardens Place Suite 635
100 East Fifteenth Street
Fort Worth, Texas  76102-6566

Telephone 817.334.0035  Fax 817.334.0297
Email mconnell@forenpsy.com

## Psychological Evaluation for Sentence Mitigation

| | |
|---|---|
| Name: | Jedidiah (Jim) Isaac Murphy |
| Sex: | Male |
| DOB: | 09/01/75 |
| Age: | 25 |
| Education: | High School |
| Dates Seen: | 02/13/01, 02-28-01, 03/01/01 |
| Referred By: | Jane Little, Assistant Public Defender |
| | 133 N. Industrial Blvd. |
| | Suite C-1, LB 2 |
| | Dallas, Texas 75207 |
| Cause  Nos.: | FOO-23910-M, FOO-02424-M |

### Reason For Referral:

An evaluation was requested to gain information to be offered during the penalty phase of the trial of Jedidiah Murphy, regarding any potentially mitigating issues that might be considered by the trier of fact.  Mr. Murphy faced indictment and impending trial for capital murder, for which the state sought the death penalty. The defense sought to offer information regarding his background, the record and circumstances of the offense, including his general mental status, prior to and at the time of the offense, as significant factors at trial, and as particularly relevant to sentencing issues to be decided by the jury.

### Techniques Utilized:

Two interviews, totaling  approximately 7 hours
Review of documents, including medical records, some school records, police records
    regarding the offense
Shipley Institute of Living Scale

DEFENDANT'S
EXHIBIT
63

PENGAD-Bayonne, N. J.

*Confidential*

Minnesota Multiphasic Personality Inventory-2
Millon Clinical Multiaxial Inventory-III
TOMM
Collateral Contacts, including:
  Chelsea Willis
  Hope Abbott
  Garth Looney
  Donnie Looney
  Tonya Thorp
  Celeste Tolar
  Matthew Murphy
  Tracy Irwin


## Background and Interview Observations:

Jedidiah (Jim) Isaac Murphy was interviewed and tested at the Lou Sterritt Jail, West Tank, where he was being held awaiting trial for capital murder. He expressed willingness to cooperate after being told the purpose of the evaluation, the potential range of outcomes of the evaluation, and the lack of confidentiality inherent in forensic evaluations. He expressed an understanding that I was going to interview and evaluate him, interview various family members, and review documents pertaining to his educational and medical records, in order to provide information to the trier of fact regarding any factors that might mitigate against the imposition of the death penalty. Mr. Murphy was seen on three occasions, each time for interview and testing, and was cooperative, communicative, and appropriately focused at each session. During the second testing session, the lights in the jail briefly went off, but he did not seem excessively distressed by this event. During the third session, he was seen in a holding cell outside the courtroom, where it was necessary that he stand during completion of one instrument, the TOMM. He was clearly more fatigued and distressed on this occasion, and expressed frustration that his medication was not being administered at the usual time each day, and that he was having some difficulty getting sufficient sleep.

Jim Murphy provided the following history. He indicated that he was born September 1, 1975, the youngest of four children born to his parents. His father was Roy Don Kines, and his mother was Hope Kines. He had two older sisters, Tonya and Tammy, and one older brother, Donnie. He said that he also had a fleet of half- and step-siblings. Each parent had been married other times. He reported that his father was in construction work, and his mother was a nurse. His father was an alcoholic and died in 1983 because of complications of alcoholism, according to Mr. Murphy. He reported that his parents were separated when his father died. He explained that his mother had taken her three children from a prior marriage, and had left the family when he was four or five years of age. He said that she took Tonya, then 13 years of age, Tammy, then 12 years of age, and Bob (Bubba), then 11 years of age.

Mr. Murphy reported that he and his family lived with his father's parents in Kaufman before the separation. He said that his mother left because his father was very abusive, and he said that he has heard that his father eventually became extremely abusive of the children, but he does not ever remember being abused at his father's hand. He remembered his father beating his mother

*Confidential*

and knocking her teeth out, and then being taken to jail and to a mental institution. Mr. Murphy said, "I'm a spitting image of him, all my life. I'm a pure blood alcoholic." Mr. Murphy said he gets angry if other people around him are angry, but if everyone is happy, he is happy.

Mr. Murphy reported that after his mother left, he continued living with his father and grandparents, and all three of them died within four months, when he was about three, four, or five years of age. He reported that his grandmother died in recovery, following surgery, while his grandfather died of emphysema, and his father of pancreatis, secondary to alcoholism.

Mr. Murphy reported that he and his siblings went to Buckner Children's Home in Dallas. He said that all six of them went at the outset, but his mother came and got the older three children. While his grandmother was in the hospital, his father told the children that his grandmother wanted them to be adopted out. His father was very upset, and knew that he was going to die. Mr. Murphy was not sure about the chronology of the events, but believed that he went to Buckner in 1980, which would have made him four or five years of age. He reported that he was then adopted, along with his brother, Donnie, when Mr. Murphy was five years of age. They were adopted by a family by the name of Tolar, who had three children of their own. They lived with the Tolars for five years. Mr. Murphy reported that Terry and Celeste Tolar were abusive of him and his brother. He said, "They were mean to us," and his brother Donnie took up for him, and, "That presented a problem, and it just snowballed." He said that he and Donnie left that placement and went to a foster home in Fruitville. He was then adopted, separately, by a family in Edgewood, Texas, while his brother was adopted by a man in Emory. He reported that the man who adopted Donnie was a good man named K.G. Looney, who is known as Garth. He is a rancher, and he adopted two or three children. He said that Donnie was still close to him. Donnie works in road construction, as did their father. Mr. Murphy reported that he talked with his brother, Donnie, most recently just before he was arrested. He said that Donnie began to visit him from about the time he was about 16 years of age.

Mr. Murphy told about his second adoptive family, Bob and Samantha Murphy. They had a son, 18 days younger than Mr. Murphy, and a daughter who was then 25 years of age. He said that it was an "awesome placement," and described them as a very wealthy family, who were the "American Dream." He said that they had a "solid life," and his father was a Battalion Chief for the Garland Fire Department, while his mother was a school teacher in Fruitville. He said that she found him when he was attending school there, while in foster care. She saw him on the playground and thought he was her son, they looked so much alike. She took him in as a foster child, and eventually, she and her husband adopted him. He said that he was 12 years of age when that adoption was consummated, and he lived there until he was 17.

Mr. Murphy indicated that a number of difficulties occurred during his adolescence in the Murphy household. He said, "Everything went wrong," and he elaborated that his father did more with him than with his brother, Matthew, who was not as interested in working on cars and such things as were Mr. Murphy and his father. He said that he felt it was his fault when the Murphys split up. He went with his father, and Matthew went with his mother. He has not seen his father for the past six years, and when asked why, he said, "I embarrassed him--from my drinking and getting in trouble--I was drinking from the time I was 14." He said that Matthew did not drink. He said that Matthew's friends started liking him better than Matthew, and in general, his presence created many problems for Matthew.

③

*Confidential*

When asked about his school performance, Mr. Murphy said that in high school, he made Bs. He was never suspended or expelled. He smoked marijuana daily as he completed his senior year, generally after school hours. He drank beer daily from his sophomore year on, to the point that he would vomit, pass out, or black out. He had one charge of public intoxication at the age of 14, and one other charge along about that time, but did not have DWIs. He indicated that because his adoptive father was Mayor, some of these incidents may have been "washed under the rug."

Mr. Murphy reported that he graduated at the age of 18, and then got into some trouble when he was with some boys who were stealing. He said that he wrote a statement confessing to the crime, and got probation, first spending ten months in jail, then three months in Boot Camp in Childress, Texas, an excellent experience, in his view, and then serving his ten years of probation. He said that his dad did not bond him out of jail, adding, "That is why I don't talk to him." He said that his dad, "...said he was embarrassed of me. Just let me sit there--that's why I haven't talked to him since."

Mr. Murphy said that at the age of 18 he went to work while living with his mother in Dallas. He worked as a bartender at a place on Garland Road, where he worked for about one year, and then he worked at another bar on Greenville Avenue. He said that it was a "...dream job for an alcoholic."

Mr. Murphy said he had friends and girlfriends, and he dated someone named Monica for two years, during his junior and senior years of high school. In late 1995, he got involved with Chelsea Willis, whom he referred to as his wife. He appended that they had never married, actually, but they had a daughter together, soon to be four years of age. Alyssa Logan Murphy was born July 31, 1997. Mr. Murphy said that Chelsea and he fought physically at times, and when asked to tell about it, he said, "I'm just an alcoholic--just got real bad--it eat me up--tore up everything I had." He said that he couldn't stop drinking, and that he went to Alcoholics Anonymous in Kaufman, and managed to stay sober for almost a year. He gave me Chelsea's telephone number and encouraged me to contact her to hear about their time together. He also gave the name and telephone number of his sponsor, Randy Crow, saying, "He loves me like my father." He said that he talked with Mr. Crow just the day before, and that Mr. Crow visits him at the jail.

Mr. Murphy said that he and Chelsea got together in 1995 or 1996, about seven to ten months after he was released from the Childress Boot Camp. He reported that she currently works as an assistant manager of a lumber yard in Terrell, Texas, and he added that she has always been a wonderful mother, a good person, and a very capable person. Asked further about their physical fighting, he reported that he had never caused her to be hospitalized, but had fought to the extent that the police were called out numerous times, and she left him on several occasions. He reported that neither of them had ever physically abused their daughter, and their own fighting never got close to affecting her, in his view. He reported that he talks with his daughter on the telephone, and she cries. He does not want her to be brought to visit with him "through the glass." He last had a conversation with her in person in September.

4

*Confidential*

Mr. Murphy reported that he and Chelsea separated and then he started drinking heavily. He said that they broke up because they didn't get along anymore, and he did not want to fight around his daughter. His daughter would get upset, and he could see that the situation was deteriorating. He had injured himself at Griffin Industries, where he had worked for one month as a welder, and he was on Worker's Compensation. His thumb was almost ripped off, and he had surgery repairing the ligament. He was in a cast and was off work for two months. He was supposed to be taking pain pills, but did not like them, and took as few as possible. Asked if he has used recreational drugs, he said that he had done, "...a little of everything, I imagine--cocaine, speed." He said that he had never used needles, and had never used heroine. He was never a daily user, and was never seriously involved with any drug, except alcohol.

Mr. Murphy reported that he was in Alcoholics Anonymous most of the time from 1995 to 1999. He said that he would, "...be good for a while, and then stay drunk for four months." He said that he tried to kill himself in 1997 or 1998, taking 60 sleeping pills, and Chelsea called the paramedics, and they came to the country home, where he had gone to kill himself. His stomach was pumped at the ICU in Kaufman, and his family had him committed to Oak Haven Treatment Center, in Marshall, Texas, where he remained for three months. When he was discharged, he stayed at his mother's home in Kaufman for almost a year, and did very well. He worked at Big C Construction, welding. He reported that he has worked as a welder since high school, and can get a job doing that anywhere. He said that he could do every aspect of welding, and it was something he had always enjoyed doing.

Mr. Murphy described himself as a person with high energy, and indicated that he was diagnosed with ADHD in school. He was always hyperactive, but was never medicated for it, as he recalled. He was never in Special Education class, though his brother was. He said that Ms. Murphy had all of his school records, "...but she hates me with a passion because I went to live with my dad." He said that he sent her a picture of his daughter, and she sent it back. He said that although she really doesn't like him anymore, her children do, and Tracy Erwin, his adoptive sister, visits him regularly. He said that she is married to Tim Erwin, and has two sons and two daughters.

Mr. Murphy reported that he was in Glen Oaks, a "mental institute," in Greenville, Texas, twice, because he couldn't control his mind. He said that he didn't know what was real or not real. He reported that he was in a treatment center called the Andrews Center in Canton, Texas, where he was medicated with Tegretol. He said that he went there on his own because he knew something was wrong. He was having black outs, and his "...train of thought was messed up." He said that he was not drinking at that time. He said that he gets "...depressed like you wouldn't believe," and that he thought constantly of ways he could kill himself.

Asked to describe his suicidal ideation, Mr. Murphy said that he thinks about putting a gun in his mouth, and that he did that, and pulled the trigger, "...right in front of Randy Crow," but the gun didn't discharge. He said that it was his 12 gauge shot gun, and that it had ammunition in it, and that he racked it and got a bullet in it, but it didn't go off. He said that he wanted Mr. Crow to tell Chelsea what he had to say. He met him at a church parking lot near his home, and he noted that Mr. Crow brought his wife, Laurie, along. He said that after he tried to kill himself, he went home and dropped off his gun. Mr. Crow called the police and they caught him on his way to



*Confidential*

Kaufman, and took him to jail. When he got out, he went to Mr. Crow's home the next day to pick up his truck, as Mr. Crow had driven it home.

Mr. Murphy said that he has been in Timberlawn twice, and has been medicated with Effexor, Ativan, Klonapin, Tegretol, Seroquel, Loxitane, Halidol, and Thorazine. He said that at Glen Oaks he was administered Thorazine by injection to calm him if he argued or fought with orderlies.

Mr. Murphy said that his mind plays games with him. He said that he sees ants, snakes, deformed animals and people, and that he didn't want anyone to know about this at first. He said that it scared him to death. He reported that on one occasion, he stood on the table at his home for two days, trying to keep the snakes off him. He could feel them hitting his boots, and he could hear them, and see them. He said they were "that real." Asked if he knew what caused that, he said that he knew it was psychosis. He said that he was in the "last stages of alcoholism, they said." He said that he was having DTs, and was a "wet head," according to treatment personnel. He took magnesium shots and Librium to get through the DTs.

Mr. Murphy reported that while he has been in jail, he has suffered from hallucinations. He has seen people out of the corner of his eye, and he knows that it is his own mind playing games with him. He said that he loses track of time. He reported that the doctors have told him that it is because of multiple personality disorder that he loses time.

## Account of the Alleged Criminal Behavior

Asked to tell about his incarceration, Mr. Murphy said that he is incarcerated for capital murder. He said that he killed a woman named Ms. Cunningham. Asked if he knew her full name, he said that her name was Birdie. He said that he did not know her, and did not know how he encountered her. The last he recalled, he was drinking at his sister's bar. He said that he was staying in her home. He then left her home and went to Bleachers, a bar near his sister's home in Richardson, and drank more. He said that it was early October, 2000. He reported that Bleachers is off Jupiter and Arapaho, and that he went there frequently. He said that he would sit off to himself, and he recalled that on this particular day, it was daylight when he was there, and he was not working because he was on Worker's Compensation. His cast has just been removed. He said that the situation with Chelsea was, "...so far gone, I could not get back with her."

Mr. Murphy said that his next recollection was waking up in the car, driving, with Ms. Cunningham sitting beside him. He said that he did not have a driver's license, his license having been suspended because of DWIs. He said that Ms. Birdie Cunningham's car was a Nissan or a Honda, a gray 4-door, and he did not know where or how he encountered her or came to be driving her car. He said that he wrecked it, hitting the curb with the right front tire, and it scared him to death that he was driving someone's car. He was going to get out and get away, and so he pulled into a parking lot. As he talked about this, Mr. Murphy became increasingly distressed, and he said that he didn't like talking about it. He hesitated for long periods as he spoke. He said, "My plan was to put her in the back of the car, and leave the back seat so she could get in front," and he wanted to give himself time to get away and get back home. He said that she was sitting in the passenger seat and they were just talking. He had not

6

*Confidential*

injured her in any way at that point. He said that he asked her what was going on, and he said that it was more of a surprise to him than it was to her that he was there with her. He told her that he was going to pull into the parking lot and get away. She said that as long as he didn't hurt her, she wouldn't call the police. When asked if he had a gun with him, Mr. Murphy said, "Yes--I found it in the console, and that scared me, too." He said that he was looking through the car, and Ms. Cunningham told him where the gun was. He said that he generally doesn't carry a gun, but that when he left home that day, he took a gun with him with the intention of going to see his daughter, and then killing himself. He was going to hitchhike from 635 to Wills Point, to the day care center, to see his daughter. Asked where it was that he first encountered Ms. Cunningham, Mr. Murphy said, "They said something about Collin Creek Mall is where she was last seen." He said that he didn't see any way that could be the case.

Mr. Murphy said that he intended to leave the car running, and that Ms. Cunningham agreed to his getaway plan and got into the trunk. He had the gun in his right hand, waving it, in broad daylight, and he transferred the gun from his right hand, on top of the trunk, to his left hand, and it went off. He said that he couldn't feel his left hand because he had a "through and through gunshot" in his left hand. He said that he shot himself in 1990, or thereabouts. He wasn't sure of the year. He said that it killed the nerves, so that he cannot feel his fingers. He doesn't know how much pressure he is exerting with that hand, he said, and consequently, he did not realize he was going to pull the trigger.

Mr. Murphy emphasized again that it was broad daylight, and that he thought someone was shooting at him because they had seen the gun, so he started running away. He then turned around and came back to the car, "...and that's when I knew she was gone." He was near tears as he said this. Queried, he said that he saw her in the trunk. He didn't know where she was shot, but was later told that she was shot in the head.

Mr. Murphy said that he could not recall what Ms. Cunningham looked like, but added that, "They say she was 80." He said that he closed the trunk of the car and didn't know what to do. The car was running, and he got in it, and drove off. He didn't know where to go or what to do. He said, "I went and bought a bunch of beer." He said that he was drinking, and he bought the beer at a beer store/gas station combination on Jupiter, past the George Bush Highway. He said that he was passing out and almost wrecking the car everywhere he went. He said he later tried to take the police there, but didn't know where he had been. He said, "We drove forever," and he noted that this was the next day, and he was still drunk, and had less than two hours of sleep in three days. He said that he gave a statement, but did not know what it said. He said that they would not let him sleep, and they dictated the statement to him, and he wrote it. He said, "They told me what they thought happened." He said they didn't really question him. He said that he asked them if they thought he needed an attorney, and, "...they kinda blew that off."

Mr. Murphy said that he took Ms. Cunningham to Livingston Hill, in Edgewood, where there is a little bridge and a creek, and he took her out and laid her down at the bottom of the creek. He said that the water was three or four inches deep. He said that he did this two days after he had shot her. He had driven the car everywhere during those two days. He did not watch the news, but, "They already knew who I was--they knew everything." He said that his niece had seen him in the car at his sister's home in Richardson. When asked about going there, he said he had gone there to get his check book. He said that his niece was 12 or 13 years of age. He added that her

*Confidential*

friends all idolized him, and came to him with their problems. He said, "Nobody up here in Dallas knew I was an alcoholic." He went on to say that Ms. Cunningham had some credit cards, and he bought "those boys," his nieces' friends, Christmas presents with the credit cards, and signed his own name. He bought Zack and Ryan scooters. The police asked him why he signed his own name, and he told them he never intended to get away with any of it. He wrote a note to his sister, telling her what he had done, and he pulled Ms. Cunningham's car into his sister's garage, put the hose from the Shop Vac onto the exhaust pipe and into the window, and sat there for 20 minutes with the car running. He did not experience any nausea, and decided it wasn't working, "Plus I did not want to traumatize my nieces who idolized me." He then left in Ms. Cunningham's car, leaving a note for his sister, and went to try to see his daughter, and then try to kill himself. He said that it was then 2 or 3 days since he had made the original plan to do that.

Mr. Murphy said that Chelsea does not allow him to come home drunk, so he went to a friend's house to sleep off the alcohol. He planned to go the next day to his daughter's day care to say goodbye to her, and then go to the lake to kill himself. The police came to his friend's home and got him, just after he went to bed. He had been drinking liquor and beer with his friend before he went to bed. He reported that the next day, he gave a full statement.

## Further Interview Data

Mr. Murphy said that he worries for his daughter, because she is going to have to grow up, and he doesn't want her to be teased about who her dad is. He worries about Chelsea, and about his brothers and sisters. He sobbed as he talked about this, saying that he didn't like to think about it, and, "Here I'm going to have to sit in it, and listen to it, over and over." He said that he had never hurt anyone in his life, intentionally. He said, "Oh, yeah, I fought here and there." He said that he understood that he would have to take medicine for the rest of his life, and that the nurse gives him medicine in jail. He takes Seroquel, Paxil, and Tegretol. He said that he missed his daughter so much that he had to take her picture down. He can't talk to Chelsea, to his mother, or to his brother, because he gets too upset. He said that he still doesn't know what all happened, and doesn't understand it. He said, "My life snowballed the last four years--people that know me love me--you'll find that out--that I'm an alcoholic, and I ain't never hurt nobody." He said that he was worried about his mortality, but he noted that if he was in the juror's seat, or was a family member of Ms. Cunningham, "I can't say I wouldn't want me dead." He said that he feels that if you take someone's life, you have to give your own. He said that his brother attended the memorial for Ms. Cunningham, and spoke on his behalf, telling the family members how good a dad he was, and that there was no way he could have done this in his right mind. He added, "There's no way."

Mr. Murphy told, on another interview date, of how he had a history of drinking hard and using drugs throughout his life, but had never hurt anyone in his life. He said that his brothers love him, and his child loves him. He said that he has been arrested many times, and that he sometimes has problems with his anger, "Busting people in the nose," and that he had done this to his brother, Bob. He said that Bob liked to drink and drive, and he doesn't approve of it, and won't let him, and has hit him when he had to take the keys away from him. He said, "He can't control himself when he's drinking--he's worse than me." Mr. Murphy said that he has struck his wife, Chelsea, five times. He said that he has hit her in the face with an open hand one time.

He said that she threw a tea glass at him, "…and busted me on the head." He said, "I asked for it," but went on to say that Chelsea is not timid and is not a martyr. He said that she would admit her part in every one of their fights. He reported that he was charged with family violence one time, and that the police were actually called out two or three times, because of verbal exchanges between him and Chelsea. He said that he went to anger management class as a result of one of the incidents.

Mr. Murphy reported that he suffers from panic and anxiety, and since his Seroquel has been increased from 400 mg. to 800 mg. a day, he has less difficulty with anxiety. He reported that since his jury selection started, he has missed his medications four times, because they take him out of his cell as 6:30 in the morning, and the medications aren't generally brought to his floor until 9:00 a.m. He said that his heart has been fluttering at times because of missing the medication. He has been getting four or five hours of sleep each night during the jury selection process.

Mr. Murphy said, toward the end of our interviews, that he does not want to be put to death. He feels that his being put to death would affect his daughter more deleteriously than would a 40-year sentence. He said that this was explained to him by one of the attorneys. Mr. Murphy said that he has also consulted with Chris Brennan, the jail chaplain, frequently recently, because he is under a great deal of stress. Generally, Mr. Murphy communicated clearly that he felt he deserved whatever he got, and that he was remorseful that he had killed Ms. Cunningham. He spoke of her with an almost reverent tone whenever he mentioned her, and he spoke of himself, by contrast, in a very disparaging tone.

## The Test Results

Standardized intellectual assessment revealed that Mr. Murphy is of average intellectual ability, with a Shipley Institute of Living Scale standard score of 105. His verbal ability was average, while his reasoning ability appeared to be high average. He impressed as one who may have rather significantly underachieved academically, and it appeared that he might well have had unrealized cognitive potential. He may indeed have suffered from ADHD or a learning disorder that prevented him from gaining maximally from his schooling, but there may have been other contributions to this difficulty as well, including distraction because of emotional losses, frequent changes in his environment, and depression or anxiety, owing to the loss of family.

Personality assessment was accomplished by way of administration of the Minnesota Multiphasic Personality Inventory-2 (MMPI-2) and the Millon Clinical Multiaxial Inventory III (MCMI-III). Mr. Murphy was found to be highly symptomatic on both instruments, with evidence of psychotic symptomatology, and with evidence of personality disorder. Generally, his posture toward responding to the tests appeared to be one of "over-reporting" or of subscribing to a broad range of symptoms. His MMPI-2 profile was characterized by significant elevations on F and F(B), a tendency to respond variably, with extremely symptomatic responses in the later portion of the instrument, such as sometimes happens when the examinee becomes fatigued, when defenses are relaxed, or when the person begins to respond carelessly or randomly. Examination of elevations, however, suggested that his responses were not careless or random, but were in fact, "defenseless." He subscribed to a broad range of physical symptoms, suggestive of stomach distress, headaches, dizziness, some paralysis in muscles (his left hand),

9

*Confidential*

suicidal ideation, a history of some seizures (during detoxification), and mental confusion. He indicated that he often hears voices without knowing their source, he has difficulty keeping his mind on anything, he often feels as if things are not real, he has strange and peculiar thoughts and strange and peculiar experiences. He feels that there is something wrong with his mind. He feels that strangers look at him critically, and he is sure he is being talked about. He feels he has enemies who really wish to harm him. He acknowledged having at times been seen as hotheaded, and having at times felt like smashing things. His future feels hopeless to him, he feels he is not as good as other people, he feels he has made serious mistakes in his life, life is a strain for him much of the time, he feels useless and feels like giving up hope, and he thinks he is no good at all. He readily acknowledged his alcohol abuse, and acknowledged having been in trouble with the law. He has the feeling that people should grab everything they can get in the world. Clearly, he learned early in his life that his best chance of getting his own needs met was to try to be independent and manipulate the environment so that his needs would be met. He may tend to hold people at arms length, to have difficulty with interpersonal trust, and to con and manipulate others to meet his needs. His attachments may be superficial and exploitive. He does not, however, appear to have malicious or contemptuous feelings towards others, and does not appear to be indifferent to the effects that his behavior has on others. He does appear to have the capacity to form attachments, and even though they may be superficial or exploitive, they do appear to sustain over time. He seems to yearn for resolution of interpersonal conflicts, particularly with his adoptive father, Mr. Murphy, but he seems to find it easier to avoid those people for whom he has strong feelings, rather than to have them see him when he is in such a state of disgrace. He does not want the immediate gratification of attention and reassurance because with it would come the cost of seeing the pain that he has caused his common law wife, his mother, his sisters, and his daughter, and of feeling the shame of them seeing him in this state.

The MCMI-III results suggest that Mr. Murphy is undergoing an acute major depression, characterized by agitation and erratic qualities. He shifts between expressions of self-deprecation and despair, mixed with thoughts of suicide and thoughts of hopelessness and futility, and occasional outbursts of bitter discontent and irrational demands. Indeed, there have been reports of conflicts with jailers and of suicidal gestures or efforts during his incarcerations. The MCMI-III results suggest that his bouts of alcoholism may be prompted in part by frustration and disappointment in his life. He is a characteristically unpredictable, moody, and impulsive individual, and these behaviors are intensified when he is drinking heavily. His brooding resentment may break out of control, resulting in stormy and destructive consequences. While he may feel contrite and remorseful after he lashes out at others, the pattern may repeat itself when he drinks again, with his deep resentment finding new expression. The resentment, anger, and conflict that drive this behavior may have to do with early losses and disappointments, including the observation of his father's abuse of his mother, the sense that his mother abandoned him, the sense that she chose to retrieve some of his siblings, but further abandoned him by leaving him in institutional care, the reported abuse perpetrated upon him by his first adoptive father, and the eventual disruption of his second adoptive family, a marital dissolution for which he felt altogether responsible. He may have early on developed the theory that he was unloved and unlovable, that his father's alcoholic, abusive patterns were indelibly engraved in his own life script, and that whomever he touched or loved, he lost. If he drank to attempt to drown out these feelings, his drinking created further problems for himself, and he repeatedly disappointed those who might have cared about him.

*Confidential*

Interestingly, the MCMI-III results suggest that Mr. Murphy was severely emotionally traumatized by some event or events in his life, which were perceived as a threat to his life, and which precipitated intense fear or horror on his part. He has residual recurrent recollections that symbolize some aspect of this traumatic event, and he seeks to avoid these recollections, at times unsuccessfully. He may be having dreams or nightmares, and may have feelings of terror and intense anxiety. Difficulty falling asleep, outbursts of anger, panic attacks, hypervigalence, exaggerated startle response, or a sense of numbing and detachment may follow, and indeed, his drinking may certainly have been an effort to cope with these feelings. It would appear that there may very well have been some extreme abuse at some point early in his life, and he is presently of a mind to avoid disclosing such, if indeed such did occur. He seemed to fear being thought to be making an attempt to excuse his own behavior, and generally, he tended to minimize wrongs done to him, and to retreat from such discussions fairly quickly. In order to treat his symptoms, it would be important to work intensively with him to uncover whatever events may have occurred in his life that are so distressing to him. Without such intensive treatment, which he would likely find highly threatening, he would be apt, in the free world, to continue having bouts of severe alcoholism. He might be expected to continue having episodic outbursts of rage and ongoing efforts to self-destruct. Incarcerated, he may be tormented by nightmares, panic attacks, and episodic psychotic breaks, during which time he may experience incapacitating depression, guardedness, suspicion, and hallucinations. With medication, some of these symptoms may be relieved, but the underlying distress may remain, and he may be expected to exist in a rather numb state of semi-awareness of his surroundings and his feelings.

Examination for malingering was accomplished by way of administration of the TOMM, and by examination of validity scales on the MMPI-2, and the MMCI-III. The results of the TOMM suggested an absence of malingering, in that Mr. Murphy correctly answered all of the items in Trial 1, all of the items in Trial 2, and all of the items in the Retention Trial. He did not appear to be making any effort to demonstrate cognitive impairment. The MMPI-2 validity indices suggested, as was described earlier, sufficient cooperation to provide a valid profile. He may have exaggerated items that appear toward the end of the MMPI-2, responding in a somewhat more symptomatic way, but examination of the items suggested that this may have been the result of defenseless and frank description of his functioning, rather than an actual effort to appear more disturbed than he is. The MCMI-III results were suggestive of the possibility of some symptom over-reporting, with self-debasement predominating. He did produce a profile that was considered valid, once adjustments were made for the possible over-reporting. He does appear to suffer from major depression, adjustment disorder with anxiety, and to have personality disturbance including anti-social, dependent, and borderline traits and features. He is characterologically depressed, and may have great difficulty tolerating his own shortcomings, and the shortcomings of others. In his description of the act for which he is incarcerated, however, there was no indication of intolerance for another's behavior, or a rage reaction, but rather, according to his description of events, he seemed to have been impaired by alcohol , extremely emotionally desperate, and possibly clumsy owing to lack of sensitivity in his hand. There was no indication, in examining his mental state, that he had any negative feelings or anger toward the victim, and rather, he seemed to hold her in high esteem.

In summary, the test results are suggestive of severe characterological depression, severe alcohol abuse, personality disorder characterized by impulsivity, immaturity, shallow and possibly exploitive interpersonal relationships, difficulty modulating anger, and general difficulty

regulating his behavior. Consistent with a history of reported early abuse, abandonment, further abuse, further abandonment, educational diagnosis of ADHD, divorce in his adoptive family, and his own alcoholism, test results suggest that he may require psychiatric treatment in order to regulate his behavior effectively. He has been in numerous treatment settings, and has apparently made some attempt to follow through with treatment recommendations on an outpatient basis, but has had episodic difficulties, with relapses and suicidal gestures, threats, and attempts. He has been on a self-destructive bent since early adolescence, at least, and has had only occasional periods of relatively effective adaptation. There have been some periods during which he has worked productively, provided effectively for his daughter, interacted with her and her mother appropriately, and participated in recovery efforts. He has never, however, been in intensive outpatient psychotherapy that might have ameliorated the underlying conflicts and lead to resolution of those conflicts, and so his efforts to "self-medicate" with alcohol have generally returned. While the prognosis for change in the free world would be rather grim, the prognosis for adaptation in a prison setting is reasonably good. With psychiatric intervention and some opportunities for productive activity, it can be expected that Mr. Murphy would represent little danger to others, and only mild danger to himself. He may be expected to continue to attempt suicide, and may occasionally lash out at others in anger or frustration, but generally may be expected to adapt reasonably well.

One issue raised by Mr. Murphy and by Chelsea Willis, his child's mother, is the issue of his child's needs with regard to his sentencing. He expressed a wish to live, rather than die, so as to cause her less pain. Ms. Willis expressed the wish that Mr. Murphy might someday be available to answer questions that his daughter, at a much later time in her life, may desperately need to ask.

## Collateral Contacts

### Chelsea Willis

Chelsea Willis, the mother of Mr. Murphy's daughter, was interviewed by telephone on April 3, 2001. She said that she was willing to provide information, but would dread having to testify. She reported that she was 16 years of age when she met Jim Murphy, who was a senior in high school. She was with him off and on for five years, and has a child, Alyssa, by him. Alyssa will be four years of age in July. Alyssa knows who her daddy is, and thinks that he works for Jesus. Ms. Willis said she did not know where her daughter got that idea, but she does not correct her.

Ms. Willis said that Alyssa had probably seen Jim hit her, when he was drunk. She said that he was always drunk when he hit her, and that he broke her nose once. She said that it would take quite a bit of nagging on her part, and drinking on his part, before he would hit her. She reported that he would work for five or six months at a time, if not longer. He took care of her children while she had surgery, just before the crime occurred. She believed he was sober at that time, and she trusted him implicitly with the children. She reported that her second child is to be one year of age this month, and that he has taken care of her since she was born, until she was four months of age when the crime occurred, although she is not his child.

Ms. Willis said that Alyssa met Jim's adoptive sister after the crime occurred, and Hope, Jim's mother, is there "when she can be." Alyssa sees her as her granny, but in reality, they have very

*Confidential*

little contact with her. His brother, Donnie, comes around from time to time, and Alyssa is fond of him. Ms. Willis said that she knows that Jim's daughter is important to him, but she is not sure whether she, herself, is important to him. She said that he has written her several letters, and she has not answered them because she does not know what to say, or because she has nothing to say. She indicated that she drank with him until Alyssa was born, and then she drank occasionally. She could not recall how many physical fights they had. She never hit him, but would not back down when she felt she needed to say something, and she would say whatever she needed to say. She was never afraid of him, and she could never imagine Jim doing what he did, and still cannot. She feels that he must have been under the influence of drugs. She recalled that he took her Zanex on one occasion. Sometimes he would tell them good-bye, apparently planning to kill himself, but he never made a serious attempt. She would call for an ambulance when this would occur. She did believe that he tried seriously many times to sober up. He would attend AA, but there was, "...just too much on his mind." She said that her parents are both alcoholic, and are in and out of jail. She lived with her grandfather throughout her childhood.

Ms. Willis said that her most cherished memories are of when Jim was sober and taking care of the children. She had numerous kidney surgeries, and he took care of Brittany and Alyssa, and did everything he needed to do, when she was incapacitated. She said that she knew it was hard for a man to do such things, but that he did everything. He washed clothes, cleaned the tub, and did, "...everything in the world right."

Ms. Willis said that Jim told her once that he was seeing things at night. She said that it made her mad. She recalled the snakes he saw before, and she felt that, "...he was messed up in the head--not talking right." She said that she believed that his thumb surgery, "...got him down."

Ms. Willis said that Alyssa misses her daddy. She hopes that Alyssa can someday know him and hear from him, and make up her own mind about him. She said that Alyssa is not old enough now to know what happened, and she said that she feels Alyssa would need to be 13 or 14 years of age, at least, to have such a conversation with her father. Ms. Willis became very emotional when she talked about this, and about her daughter's needs.

*Garth Looney*

In an effort to reach Donnie Looney, Mr. Murphy's brother, a call was placed to his present adoptive father's home. This gentleman, Mr. Garth Looney, was interviewed briefly as well, by telephone, and he said that he has had Donnie with him for 14 years, and that Donnie has severe anger problems, and is abusive to him. He said that Donnie has no place to go, and that his home is the only place that Donnie feels safe. He mentioned that Donnie is "far worse" than Jim, and that he needs to get rid of him, but doesn't know where to send him. He noted that Donnie works on highway construction.

*Donnie Looney*

When Donnie was contacted by telephone, he provided the following information. He said that he is not a spiritual person, but he feels that if you kill someone, "...that's it." He said that his brother has "...always been off in the head," but that he would never have thought that Jim

13

*Confidential*

would do such a thing as this. He said he would more likely have expected that Jim would rob the "...biggest bank in Dallas."

Donnie said that when Jim was seven or eight years of age, he began to have problems. He said that Jim would always rock himself to sleep, for ten or fifteen minutes each night, and that he was always on the bottom bunk, and that Jim was on the top bunk. The bed would shake, as if someone was bumping his head. He said that he would get angry about it until he figured out that Jim wasn't doing it to aggravate him.

Donnie said that he and Jim went to Buckner when he was seven or eight years of age, and Jim was five or six. Their sister, Holly, was there as well. He recalled that it was in the early '80s. He remembered one man, Mr. Langford, who read Bible stories to them before they went to sleep. He recalled that they left there and went back to their grandparents, their father's parents, but, "...they were getting up in age." His father lived with them until he died at the age of 47. He was sick and they took care of him. His grandmother was sick as well, with high blood pressure, and, "They didn't have time to take care of us." A distant aunt knew the Tolars, who were thought to be good and upstanding people, and Donnie and Jimmie were taken to live with them. The Tolars had children of their own as well, and Mr. Tolar was a fireman. He would work 48 hours, and then be off for 24 hours. When he was at work, "There would be three or four or five boys in the house with a woman, and that dude was mean. He'd come home, and she'd tell him everything we did--he'd try to talk to us, and he'd scream and start going crazy, and he'd hit you with anything he could get." Donnie went on to say, "He was rough--that dude--he'd grab you. He was really rough on my brother. He was quiet--kinda stayed off to himself, bashful, I guess. Always off with one person or alone, not with a group of kids." He said that Ms. Tolar provoked most of the troubles, telling Mr. Tolar things they had done. He said, "I guess it made that guy crazy." Asked if Mr. Tolar was a drinker, Donnie said that he was not, and that he was, "...real weirded out in religion. Don't get me wrong, I believe in Jesus Christ, heaven, hell--but they were too much." He said that the Tolars would not allow them to be friends with anyone who wasn't, "...just like them."

Asked if Child Protective Services was ever involved because of the abuse, Donnie said, "The guy got to acting crazy--picking on me, on my brother--two or three days before. If they had not come, I probably would have killed somebody. My dad being dead--he told me to look after my little brother, and that guy yelling and screaming at him all the time, making him go to bed before everybody else, mental disease, I don't know." Donnie went on to say that he, himself, has a great many problems, and has talked to many psychologists that were provided to him by the state, "...and none of them said I was crazy, but they said my brother was paranoid." He said that Jim, "...always thought people was against him, or was saying things--or was hearing things, and thinking things."

Donnie said that from birth until the age of four or five, Jim and he were with their father, and then their mother came to live with them as well, and was there for the next six or seven years. He said, in explanation for her absence, that their father might have told her not to come around, "Or maybe she didn't want to." He went on to say that Jim had very bad luck with friends, who would steal from him. Donnie frequently changed directions in his conversation, ruminating aloud, it seemed, about the things that he and his brother had experienced. He was somewhat

14

*Confidential*

unresponsive to questions, but rather chose the topics himself, letting forth with a stream of highly impassioned commentary about their childhood and his brother's behavior.

Generally, it should be noted that Donnie was willing to give his brother very little consideration or compassion, and was quite punitive in his tone, but as he described his childhood, he identified a number of issues that were quite significant. He described abuse perpetrated by Mr. Tolar upon Jim that made Donnie, himself, so angry that he felt like killing the man. He described Jim as a youngster who always had problems, and who was described as paranoid by the state psychologists who saw them as children. He indicated that Jim always seemed to feel that other people were against him. He talked of his brother's self-soothing behavior, rocking himself to sleep at night. He talked of their abandonment, if not physically, certainly emotionally, by family members who were unable or unwilling to provide care for them. Both he and his adoptive father affirmed that he has severe problems as well, and that even with the apparently wonderful care provided by his adoptive father for the past 14 years, he has tremendous difficulty managing his own aggressive impulses.

*Hope Abbot*

Hope Abbott, Jim's biological mother, was interviewed by telephone. She was observed to be highly emotionally labile and driven in her way of presenting information. She started by saying that Jim went to the Outreach Program in Canton, and was referred to Terrell State Hospital. She said that she had him taken there herself, by the Sheriff's Department, because he had been turned away three times before. She said that Dr. Bob Gold at Terrell turned him away. He said that Jim had no psychological problems, but was just alcoholic. She noted that he was having visual and auditory hallucinations, and she said that she knows about alcohol because his father was an alcoholic. Jim was in a hospital, Green Oaks, and was then at Oak Grove Alcohol Treatment Center. She said, "We did everything we could." She said that Jim was a wonderful boy, and that she gave him up for adoption at the age of seven. She had six children altogether, three before she married, and three with Donnie, Jim's father, who was an alcoholic. She said that Jim was the fifth of her six children. She was married to Donnie until he died, from 1973 until 1982 or 1983. He died of pancreatitis and gastritis, related to alcoholism. She said that he "beat the living daylights" out of her many times.

She said that Jim tried to commit suicide in 1997, overdosing on Benedryl, and was hospitalized in Kaufman. She said that he would work and then disappear for two weeks, would come home with funny stories about someone taking him off to California or something. She said that he drank a fifth a day. She said Jim began drinking when he was 16 years of age, following in his father's footsteps.

Ms. Abbott said that she wants the jury to spare Jim's life, and to see that he did not mean to do what he did. She said that he is a very bright, talented person. She said that she wants desperately to say something to the Cunninghams, but everything she wants to say seems grossly inadequate.

Ms. Abbott said that from the time Jim's sister got married, she herself reunited with Jim, and for the past seven years has been close to him and his sister. She said that she has not visited him at the jail because she has congestive heart failure, and she has no way to get there. She said that

*Confidential*

he is "a momma's boy," and she fears that he will go to pieces if she visits. They write one another. He told her that what happened was an accident. He had the hoses from the Wet Vac and was going to commit suicide. He bought scooters for some boys, friends of his sister, with the credit card, and she noted that he truly cared about these children, and knew he was going to die, and wanted to give them something to remember him by.

Asked about keepsakes or photographs that would depict their family during Jim's growing up years, Ms. Abbott said that Jim's paternal grandmother kept all of those pictures, and when she died, they disappeared. She said she believed Donnie had some pictures, and Samantha Murphy would have some yearbooks. Jim's sister, Tracy, might also have some items. Ms. Abbott said that Jim was a very precocious, funny child who always smiled. She said that if she lowered her voice and got gruff with him, it broke his heart. The other two boys would put him up to things, such as throwing rocks, or using a slingshot, and then if she got on to him, he would cry. They lived in Kaufman, where Jim's father was a heavy equipment operator. She, herself, was not allowed to work.

Ms. Abbott said that she understood that the Tolar family sexually abused Donnie and Jim. She said that they whipped the children with bed slats, locked them in the house, left them without food at times, and on one occasion, Donnie tore the room up. Ms. Abbott said that she, herself, was adopted and had a wonderful home, and she thought her children would have a wonderful life in adoption as well. She wept as she talked about what her sons had suffered in adoption, and about her part in having left them there, unknowingly.

Ms. Abbott talked about Jim's next adoptive family, the Murphys, and said that when he was a senior in high school, they split up, and the biological son stayed with the mother, while Jim decided to go with the father. She said that from that time on, Samantha Murphy would have nothing to do with Jim, and that broke his heart. She said that Donnie was adopted by Garth Looney, a wonderful, kind man who was like a dad to Donnie, and was good to all of them. She said that he was instrumental in getting her involved with her sons, after she had looked and looked for them, and could get no help from the state.

Ms. Abbott said that the Tolars released the children from adoption after one year, and Donnie went to a boy's school in Fruitdale, and Jim went there briefly as well. She said that she knew nothing of the sexual abuse, and she cried, saying that if she had known, for one second, "...you would be taking notes on me. I have no qualms about doing something to somebody that would do that to a child."

She said that when the children were young and still at home with them, they were never beaten. She said that she threw herself between the children and their father when he was in such a state. She talked of taking Jim and the other children to Buckner, saying that their paternal grandmother got them back from Buckner, in order to prevent her from getting them. A cousin then found a placement, when the paternal grandmother could not care for them, and that was when the Tolars took Jim and Donnie, who were then seven and eight years of age. She said that she met them and they were not good people, she now knows. The agreement was that she would be able to visit with the children, and they would be able to visit with their other siblings, but as soon as the adoption was final, they stopped allowing her to visit. She said that Jim and Donnie were put through hell.

16

*Confidential*

Ms. Abbott called another time to report that Jim had been taken off his anti-psychotic medication on the previous Thursday, and had suffered an incident at the jail, when he became angry with the guard. She said she was very upset that his medication was not being administered regularly, as it should be. In a subsequent telephone conversation she indicated that she had been in touch with Jim and he was distressed that his belongings had been taken from him when he was moved to "suicide watch," and had subsequently been lost. She said that she sends him $75.00 to $100.00 a month for commissary supplies, and has limited it because he can sometimes "go wild" with money. She said she called to confirm that supplies were indeed as expensive as Jim told her they were, and found that he had represented this correctly. She said she had decided that she would testify, although her doctor felt it would be a danger to her health to do so. She said that she feared she would always have trouble forgiving herself if she did not.

*Celeste Tolar*

Ms. Celeste Tolar was interviewed by telephone, and was willing to speak and to be quoted, on the condition that she could stop at any time. She said that she got Donnie and Jim Kines in 1983, and that her husband reminded her recently that Donnie came to their home a week or two before Jim, because Jim was in another family placement. She reported that Donnie was 8 and Jim was about 7 when they came, and she thought they might have been in third and second grades. A cousin of the children's father contacted them and arranged it. They eventually met the paternal grandparents, whom she believed to be the children's caretakers before. They also met the boys' father, Don, but only later met the mother, when she was signing the papers for the adoption. Asked if the mother was weepy or distressed, she said that she was not. She said she guessed Hope could not care for them "...just cause there was six of them, I guess..." She said that the Kines children, Holly, Jim, and Donnie, were all placed out of the home.

Ms. Tolar reported that the children were with them until January 1, 1986. They had three sons as well: Eric, one year younger than Jim; Jeremy, one year younger; and Terry, Jr., three years older. The children attended Grand Saline public schools. Jim was a fairly good student in regular classroom, and made several A's. He was never diagnosed with difficulties, while Donnie was on Ritalin briefly. Donnie and she were in therapy together, and she thought Jim might have been in on some of the sessions. She said that Donnie was a great deal more trouble than was Jim. She said that she and her husband wanted to do something right, to give the children a stable home, and they knew it would not be easy. She said Donnie said all along that he did not want to be adopted and he would tell the judge that, but when they went to the Court, "...of course he didn't."

Ms. Tolar indicated that they had an active life, with church, Scouts, and with the child care she provided for other children in the home. Donnie was loud, rebellious, and destructive. They would put him in a room for time out, and he would break a window or knock a hole in the wall. The other boys, "...could hear all of the conflict," she recalled. She said that Jim was not hard to manage until the last few months, and then the boys would team up some. Jim was lighthearted, entertaining, convivial, and full of life. They felt he had a bright future. They blame drugs and alcohol for his troubles. They did call the police for help with Donnie on one occasion. Asked if it was her husband who carried out most of the discipline, Ms. Tolar said she herself disciplined, "...to the best of my strength, " but Terry, when he got home, would discipline them too.

*Confidential*

Asked, she said that Child Protective Services was never involved with their family. She said that the children acted better at school than at home. She said that she should have pictures and report cards, and when I asked if I could have access to them, she asked if I was for a lighter sentence or a heavier one. Told that I would gather all of the relevant information I could find about Jim and present it to the jury as objectively as I could, but that I was in fact hired by the defense attorney, she gave some consideration, and said that I could call back in 30 minutes and she would see if she could find the pictures. She noted that Jim had come by once with a friend, to visit, just after he got his driver's license, and that the house was all messed up then because they were doing some renovation. While we talked, she apparently looked for and found pictures, and noted that she had boxed up the pictures for each of the boys at some time.

Ms. Tolar said that the Murphy's, who adopted Jim later, had in fact been divorced before that placement, and then had reunited. She met Ms. Murphy on one occasion. She said Ms. Murphy met Jim thought the Fruitvale school. "...When we couldn't hold them any longer we turned them over to the Van Zandt County Children's Shelter," and they sent the children to the Fruitvale school. Ms. Murphy observed Jim to be about the same age and size as her son, and approached the Tolar's to see if she could adopt him.

Ms. Tolar said she and her husband were very hurt for Jim when they heard of this matter. She added that the boys had told them that their dad would get drunk and they would run off and come back later. They said their mother gave them up because she..."didn't want us." The grandparents were too old and sick to care for them, and their father was too sick as well. She noted that they lost both grandparents and their father while they were with the Tolar family. She said that Jim cried and grieved. Asked if he was a bed wetter, she said that he never was, but that he would get on his knees in bed and rock. Ms. Tolar cried as she described the photos she had found, and she gave permission for me to come and get them. I did so, and did not further discuss the matters with her, as she was clearly occupied with getting ready to leave town for a family reunion at Lake Whitney.

*Tonya Thorp*

Tonya Thorp, Jim Murphy's older half sister, gave the following information. She and her five siblings were placed at Buckner on a trial basis for a weekend in 1982 or 1983, when she was 13, and because she was headstrong and threatened to leave, she was not left there. An aunt in Grand Saline took her, while the other five stayed at Buckner. Tamera and Bob stayed for several months, and then their mother retrieved them and Tonya, while Donnie, Jim, and Holly stayed at Buckner. She next saw Jim at her wedding on April 16, 1994, and has since been in fairly regular contact with him. She and her husband, Randy, had two children, Ashley and Miranda, and then divorced. Jim lived with her and her daughters for one or two months, and was living there when this terrible thing happened. She was not aware that he was drinking, and while she knew he had a drinking problem in the past and had attended Alcoholics Anonymous, she operated under the assumption that he knew the rules at her home. He had to behave or to leave, so she assumed he was mindful of his behavior and was not drinking.

Ms. Thorp reported that before the children went to Buckner, they lived in Kaufman, sometimes with the paternal grandparents and sometimes down the road from there. Their mother left them

18

*Confidential*

alone and took off at one time when she was 11 or so, and she had to call her grandparents, who took them in. Their father, Roy Kines, was living there as well.

Ms. Thorp said that her mother was never abusive, but did smack her from time to time because she had a big mouth and she deserved it. Roy Kines was the disciplinarian, and he used a belt. On occasion, when he was mad at their mother, Tonya would get between them to protect her mother, and other times, her mother would get between Mr. Kines and Tonya or the other children. His violence and abusiveness generally occurred when he was drinking. He was always verbally abusive, saying, "You little shit!" or "Goddamn it, you little son of a bitch," to the children. If something happened and no one would confess to it, all of the children would get "...their butt whipped." She noted that Donnie was probably their father's favorite if there was a favorite, and she added, "He was exactly like Dad." She said that Jim "...was the sweet one, honest and truly. Donnie was always the bad one." She said that none of the family can believe Jim would do something like this and they are all in shock. He said that even Donnie is not capable of such a thing, but if either of them were to do something like this, it would be Donnie that she would expect would. Ms. Thorp said she knows and likes Chelsea, but Chelsea could be just as mean to Jim as Jim could be to her.

### Matthew Murphy

Mr. Murphy was the adoptive brother of the same age as Jim Murphy, and he provided information indicating that from the time Jim came to their home to live, he told the Murphy family of the abuse that occurred at the Tolar home. He described having been tied in a chair, along with his brother, Donnie, so that the Tolar boys could beat on them. He and Donnie were locked out of the house at times, when the Tolars would go somewhere without them and not provide access to the house whenever they would get home. They were at times sent to bed without food, for punishment, or denied soft drinks or other foods that the Tolar boys were given.

Mr. Murphy further stated that at one point, Jim was very distressed that his brother, Donnie, could not also be adopted by the Murphys. He said that his family understood that Donnie had been the trouble maker, or the one with behavior problems, and his parents just could not take on the job of raising Donnie. When Donnie was old enough to drive, he began to come visit them.

Mr. Murphy said that he and Jim were abused by their father, Bob Murphy, at times when he was drinking heavily. He told of one incident in which he got between Bob and Samantha Murphy during a physical confrontation, standing on a bed and hitting his father in the face with his fist, so that he was knocked down. He said he could only hit him the one time, and was very upset with himself for doing it, but he was not willing to stand by and let his father continue to beat his mother. He said Jim and he were regular witnesses to the marital physical fighting, and that Jim witnessed this incident as well.

### Tracy Irwin

Ms. Irwin told of her own observations when her family adopted Jim. She affirmed that her mother had never forgiven Jim for going to live with Bob Murphy when the parents divorced the second time, and she said it was understood that Mr. Murphy had bribed him with promises of a

19

*Confidential*

pick-up and other material things. She said that Jim probably also understood that he would have more freedom with Bob Murphy than with Samantha Murphy. She talked of the physical abuse of Samantha and Matthew Murphy, and of Jim Murphy, at Mr. Murphy's hand, both when he was drinking and when he was sober. She reported that he was always an angry and violent man. She said there should be records of police calls to the home to handle domestic disturbance. She said that she recalled Jim's reports of abuse at the Tolar home. She spoke fondly of Jim and also of Donnie, who she came to know well, and provided pictures of them with her own children. She talked of her husband's closeness with Jim Murphy.


Mary A. Connell, Ed.D., ABPP
*Board Certified in Forensic Psychology by the*
*American Board of Professional Psychology*


Cc: File

1

2

3

4

5

6

7

8

9

10            Defendant's Exhibit Number 64

11              Dr. Kessner Report

12                (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25


DEFENDANT'S
EXHIBIT
64

# The Question of Future Danger to Society in Capital Cases

- ◆ Historical informal observations of murderers in prison and on parole
- ◆ The Texas death penalty statute and future danger to society
- ◆ The nature of science - gathering information rather than speculating
- ◆ The opportunity for scientific study of former death row inmates
- ◆ The collection of general information on inmate violence
- ◆ The application of violence risk assessment methods
- ◆ Standard allegation of future dangerousness in federal capital cases

# Risk Components

## Will there be violence?

1. What probability?

2. Of what form of violence?

3. At what time period?

4. In what context?

# Risk Components

## Will this driver have an accident?

1. What probability?
2. Of what type of accident?
3. At what age?
4. In what  locale?

## Will there be violence?

1. What probability?
2. Of what form of violence?
3. At what time period?
4. In what context?

# Risk Assessment Techniques

*More Scientific*

## 1. Actuarial

(insurance company method)

## 2. Pattern

(using patterns of how the individual behaved in the past to estimate behavior in similar situations)

## 3. Intensive clinical evaluation

(short-term convergence, long-term personality trends)

## 4. Hypothetical inference

(stargazing, dot-to-dot)

*Less Scientific*

# Models of Violence Risk Assessment:

## A. Monahan (1981)

1. Actuarial methods, and
2. Dispositional/interactional/contextual approaches.

## B. Morris & Miller (1985)

1. Actuarial (using how people like him have behaved to estimate how he will behave); and
2. Anamnestic (using how the individual behaved in the past to estimate behavior in similar circumstances);
3. Clinical (using life experience, training, knowledge of mental illness, observations, and diagnosis to estimate future behavior).

## C. Hall (1987)

1. *Long-range violence* is best estimated by the base rate of violence in the group to which the individual belongs.
2. *Short-term (next several months) violence* potential is a function of the interaction of historical variables (nature of violent exposure, experience, and behavior), current operating variables (long-term disposition and short-term triggers), opportunity variables, and inhibitory variables.
3. *Imminent (next several days) violence* is a function of perpetrator variables, contextual stimuli, victim characteristics, and inhibitory factors.

## D. Serin & Amos (1995)

1. Derive a group base rate estimate from relevant group demographic and dispositional factors.
2. Consider clinical information regarding past use of violence, disinhibitors, and persistence of antisocial behavior in conservatively revising the group base rate estimate to an individual base rate estimate.
3. Evaluate what risk management variables and what contextual factors might be modified to reduce the likelihood of violence.
4. Establish a final revised estimate of violence potential.

# Base rate:

How often something happens

The statistical prevalence of a particular behavior over a set period of time.

The fundamental group statistic.

The single most important piece of information necessary to make an accurate prediction.

# Actuarial Steps

1. Identify general characteristics

2. Review experience

3. Establish base rate (historic percentage)

4. Adjust base rate for context

5. Adjust base rate for individual differences

6. Adjust base rate for preventive measures

7. Compare to other base rates

# Base Rates Relevant to Likelihood of Violence in Prison

1. Capital offenders and murderers in the general prison population
2. Assaults by inmates in Texas and Federal prisons
3. Homicide of inmates or staff in state and Federal prison
4. Disciplinary infractions of short-term and long-term inmates
   - age at admission to prison
   - seriousness of infraction
   - fights/assaults among long-term inmates
5. Aging effects on criminality and violence

# Why capital offender base rates apply to Jedidiah Murphy and other capital inmates in Texas

- ❖ Offense histories sufficiently violent and aggravated that a death sentence was sought and returned.

- ❖ Inmate offense distribution is similar from state to state.

- ❖ Prison facilities and procedures have broad similarity.

- ❖ Consistency of findings
    - diverse geographic regions
    - diverse time periods
    - diverse prison settings
    - diverse capital statutes
    - diverse capital offense characteristics

# Furman Commutees: Serious Rule Violations Across 15 years

- 533 former death row inmates nationwide
- prison behavior over a 15 year period after removal from death row



Marquart, J. & Sorensen, J. (1989). A national study of the *Furman*-commuted inmates: Assessing the threat to society from capital offenders. *Loyola of Los Angeles Law Review, 23 (5), 5-28.*

# *Furman* Commutees

## vs.

# Life Sentence Inmates

## **Death Row Commutees**

N = 47

32 years old

followed 1973-1988 (10yrs)

no prison homicides

## **Life Sentence Inmates**

N = 156 (128 murd., 28rapists)

30 years old

followed 1973-1988 (11yrs)

no prison homicides



*Serious Infractions*




*Aggravated Assault / Fighting with Weapon*




Marquart, J.W., Ekland-Olson, S., & Sorensen, J.R. (1994). *The Rope, the chair, & the needle: Capital punishment in Texas, 1923-1990.* Austin: University of Texas Press

# Indiana Commuted Capital Offenders

- 39 inmates commuted since 1972
- review of general population disciplinary records 3/99





No homicide, assault, fight

Never admin seg

# Reported Serious Violent Rule Violations



(Average yearly number of violations per 100 inmates)

| | | | |
|---|---|---|---|
| Released death row | Life Sentence | Systemwide | High Security |
| (90) | (107) | (38,246) | (1,712) |

Marquart, J., Ekland-Olson, S., & Sorenson, J. (1989). Gazing into the crystal ball: Can jurors accurately predict dangerousness in capital cases? *Law & Society Review*, 23(3), 449-468.

# A Few Bad Apples

-- 8 (out of 90) of the inmates released from death row have been identified as gang members and have been confined indefinitely in administrative segregation.

-- 6 (out of 107) of the control life sentence group have been identified as gang members and have been confined indefinitely in administrative segregation.

## VS.

-- 2/3 of both groups have never been in solitary confinement (punishment for serious disciplinary infractions).

-- 90% of both the former death row inmates and the life sentence inmates held trustee status.

# Sorensen & Wrinkle (1996)

*Disciplinary records review 1977-1992*

(Missouri state prisons)

93  death row inmates
323  life-without-parole inmates
<u>232</u>  life-with-parole inmates
648  total

# Three groups similar in assaultive rule violations

*Cumulative prevalence across 15 years:*



1/3  minor assaults

2/3 more serious assaults

1.2% inmate homicide

**78.2%  no assaults**

Sorensen, J. & Wrinkle, R. D. (1996). No hope for parole: Disciplinary infractions among death-sentenced and life-without-parole inmates. <u>Criminal Justice and Behavior, 23,</u> 542-552.

# Prison Behavior of New Jersey Capital Offenders Following Commutation (34) or Retrial (21)

- 55 released from death row
- between 1907 and 1960
- in regular prison population serving term of imprisonment

**No allegations of unmanageable behavior**



0%

Bedau, H. (1964). Death sentences in New Jersey, 1907-1960. *Rutgers Law Review, 19,* 1-64.

# Commuted Texas Capital Offenders:
## Prison Behavior

- 100 death row inmates commuted
- Pre-Furman: 1924-1972
- Averaged 12 years in general prison population
- 80 committed no violent infractions



violent offenses
20%

0 inmate/officer violence

no violent
offenses
80%

Marquart, J.W., Ekland-Olson, S., & Sorensen, J.R. (1994). The rope, the chair, & the needle: Capital punishment in Texas, 1923-1990. Austin: University of Texas Press.

# Factors Associated with Violence In First 6 months in Federal Prison Confinement

◆ Younger inmates

◆ More prior arrests & convictions

◆ Had not resided in major cities

◆ Severity of current offense did NOT predict inmate violence.

*Cooper R., & Werner P., Predicting Violence in newly admitted inmates. Criminal Justice and Behavior. 17, 431-447.*

# AVERAGE NUMBER OF PRISON RULE VIOLATIONS PER INMATE PER YEAR BY OFFENSE, 1986

| ADMISSION OFFENSE | AVERAGE ANNUAL # OF INFRACTIONS PER INMATE |
|---|---|
| **TOTAL** | **1.5** |
| **VIOLENT OFFENSES** | 1.4 |
| HOMICIDE | 0.9 |
| MANSLAUGHTER | 0.8 |
| ASSAULT | 1.5 |
| ROBBERY | 1.9 |
| RAPE | 1.1 |
| **PROPERTY OFFENSES** | 1.8 |
| **DRUG OFFENSES** | 0.9 |
| **PUBLIC ORDER** | 1.1 |

SOURCE: BUREAU OF JUSTICE STATISTICS-SPECIAL REPORT 1989

# The Relationship of Offense History to Prison Adjustment

- Past violence in the community is not strongly or consistently associated with prison violence.

- Current offense, prior convictions, and escape history are only weakly associated with prison misconduct.

- Severity of offense is not a good predictor of prison adjustment.

Alexander, J. & Austin, J. (1992). *Handbook for Evaluating Objective Prison Classification Systems.* San Francisco: National Council on Crime and Delinquency.  Sponsored by U.S. Department of Justice.

National Institute of Corrections, U.S. Department of Justice. (1992) *Jail Classification System Development: A Review of the Literature, revised edition.*

# Rates of Assault in TDCJ - 1998





No assaults

# Base Rate of Inmate and Staff Homicide (1995)

## Inmate-on-inmate homicide

Federal  =  7    per 100,000 inmates

State    =  5.6 per 100,000 inmates

Texas    =  3.9 per 100,000 inmates

## Inmate-on-staff homicide

Federal =  1 per 100,000 inmates

State    =  1 per 1,000,000 inmates

Texas    =  2 in past 18 years (1982 & 1999)

**(1994-1995 State & Federal = 1.5 per 1,000,000 inmates annually)**

## Comparison ( Murder & Non-negligent homicide- 1995):

United States        =   8 per 100,000

Texas                =   9.0 per 100,000

Houston              =   18.2 per 100,000

Age 65+              =   1.1 per 100,000

*Source of data:*

Maguire, K. & Pastore, A.L.,eds. (1997, 1998, 1999). <u>Sourcebook of Criminal Justice Statistics – (1996, 1997, 1998)</u>. U.S. Department of Justice, Bureau of Justice Statistics. Washington,D.C.

# Distribution of Offense Type



Long-term = 5 yrs +
N = 718 S-t
N = 768 L-t

source of data: Flanagan, T.J. (1979). Long-term prisoners: A study of the characteristics, institutional experience and perspectives of long-term inmates in State correctional facilities. Dissertation: School of Criminal Justice, State University of New York at Albany.

# Disciplinary Infraction Rates

## (Median, by age at admission and time served group)



*source of data:* Flanagan, T.J. (1979). Long-term prisoners: A study of the characteristics, institutional experience and perspectives of long-term inmates in State correctional facilities. Dissertation: School of Criminal Justice, State University of New York at Albany.

*see also:* Flanagan, T.J. (1980). Time served and institutional misconduct: Patterns of involvement in disciplinary infractions among long-term and short-term inmates. *Journal of Criminal Justice*, 8, 357-367.

86   M. D. Cunningham and T. J. Reidy



Figure 5. Incidence of prison infractions in NY, 1975, by age. (From: Hirschi & Gottfredson, 1989; copyright 1989 by The University of Chicago Press; used by permission of the publisher)

# AVERAGE NUMBER OF PRISON RULE VIOLATIONS PER INMATE PER YEAR BY AGE



SOURCE: PRISON RULE VIOLATORS-BUREAU OF JUSTICE STATISTICS 1989



FIG. 1.—Criminal offenders in England and Wales, 1842, 1843, 1844, by age and sex. Rates per 100,000 population. (Source of data: Neison [1857, pp. 303–4].)



FIG. 3.—Age distribution of persons arrested in the United States for all offenses, standardized for their representation in general population, 1977. (Source of data: U.S. Department of Justice [1979, p. 171]. N.B.: Data are approximate.)

# Arrests for Violent Offense and Murder by Age Group

## United States 1995



*Source of data:* Maguire, K. & Pastore, A.L.,eds. (1997). <u>Sourcebook of Criminal Justice Statistics - 1996</u>. U.S. Department of Justice, Bureau of Justice Statistics. Washington,D.C.

# *U.S. Department of Justice:*
# Characteristics of State Prison Inmates, 1991

## Violent Offenders

- 47%  convicted of violent offense

> 23% of violent inmates had victimized more than one person
>
> 46% of violent inmates carried or used a weapon in the offense
>
> > - 67% carried guns
> > - 56% fired gun in offense
>
> 50% of violent inmates drinking or using drugs at offense

## Homicide

- 12%  convicted of homicide

> 28% under influence of drugs

## Life Sentence

- 10%  sentenced to life

> 50% had prior incarceration
>
> 67% had prior sentence to prison or probation
>
> 33% had three or more prior sentences
>
> 30% had prior sentence for a violent offense

## Maximum Security

- 74%  had a current or prior sentence for violent offense

# *U.S. Department of Justice:*
## Characteristics of State Prison Inmates, 1991 (2)

## <u>General Prison Population</u>

- 60% had been incarcerated in the past
- 80% had earlier been sentenced to probation or incarceration
- 40% had prior conviction as a juvenile
- 70% had prior conviction as an adult
- 31% committed offense under the influence of drugs
- 16% used or had a gun while committing current offense

# Summary of Prison Violence Base Rate Findings

- Commuted capital offenders have a very low rate of serious violent infractions.

- Seriousness of offense does not predict prison violence.

- Texas prisoners have low rates of serious violence toward inmates and staff.

- Rates of inmate and staff homicide in prison are lower than the general population.

- Violent offenders represent almost half of the state prison population.  Murderers represent over 11% of the state prison population.

- Almost half of long-term inmates are murderers.

- Disciplinary infraction rates are *lower* for long-term inmates than short-term inmates within each age-at-admission category

- Infraction rates are progressively lower as an inmate ages. This is consistent with multiple studies which demonstrate markedly decreasing rates of criminality and violence with aging.

# Summary of Prison Violence Base Rate Findings

- Capital inmates have low rates of violence in the general prison population
- Seriousness of offense does not predict prison violence.
- Infraction rates are progressively lower as an inmate ages. This is consistent with multiple studies which demonstrate markedly decreasing rates of criminality and violence with aging.

Anchoring Base Rates:

- Assault = 20 - 30%
- Repetitive assault = 10%
- Aggravated assault on staff = 1%
- Homicide of inmate = .2 per 1000 in Texas
- Homicide of staff = 1 per 1,000,000 annual

# Factors Predictive of Increased Risk for Violence in Prison

- 6,390 murderers convicted 1989-1999
- Followed an average of 4.55 years
- Rates of serious violence* extrapolated for life sentence

16.4    Base rate of serious violence

      + 7.4    Robbery/burglary

      +5.6    Multiple victims

      +4    Attempted murder assault

      +10.4    Gang membership

      + 5.3    Prior prison term

      +5.5    Age less than 21

*Homicide, attempted homicide, assault with a weapon, fight with a weapon, sexual assault, robbery on inmate. Aggravated assault on correctional officer.

Sorensen J.R. & Pilgrim, R.L. (in press).  Actuarial assessments of future dangerousness in the punishment phase of capital trials. Journal of Criminal Law & Criminology

# Factors Predictive of Reduced Risk for Violence in Prison

16.4   Base rate of serious violence

   -7.2    Age 26 through 30
   -12.3   Age 31 through 35
   -14.4   Age over 35

*Individualized Risk Range > 2% to 54.6%*

_____

*Homicide, attempted homicide, assault with a weapon, fight with a weapon, sexual assault, robbery on inmate. Aggravated assault on correctional officer.

Sorensen J.R. & Pilgrim, R.L. (in press).  Actuarial assessments of future dangerousness in the punishment phase of capital trials. Journal of Criminal Law & Criminology

## Individualized Actuarial Likelihood of Jedidiah Murphy Exhibiting Severe Violence in Prison

# 16.4  Base rate of serious violence

+7.4          Robbery

[5.3]          *Prior prison term*

_____

# 23.8 – 29.1%  Overall risk rate

*Homicide, attempted homicide, assault with a weapon, fight with a weapon, sexual assault, robbery on inmate. Aggravated assault on correctional officer.

Sorensen J.R. & Pilgrim, R.L. (in press).  Actuarial assessments of future dangerousness in the punishment phase of capital trials. Journal of Criminal Law & Criminology

# Likelihood of Jedidiah Murphy Exhibiting  Severe Violence in Prison

## Relative to Base Rates

### *Increased Risk*

➤ **Robbery in the course of capital offense**

➤ **[Prior prison (TDCJ) Boot Camp w/ positive adjustment]**

### *Decreased Risk*

➤ **Correctional behavior**
1. No disciplinary write-ups
2. No write ups for predatory assault in jail custody

➤ **Hospital behavior**
1. No predatory assault against patients or staff
2. Not discharged as having unmanagable
3. Seeks mental health treatment

➤ **Family contact**
1. Family members supportive

# Custody Options

TDCJ General Population

Close Custody

Administrative Segregation

TDCJ Super Maximum

single cell

meals in cell

restricted movement

23 hour per day lockup

# Custody Interventions Relevant to Risk Assessment

- Deterrence
- Classification
- Medication consultation
- Counseling
- Prevention and rehabilitation classes
- Mentoring
- Religious programs
- Educational programs
- Work programs
- Inmate organizations

1

2

3

4

5

6

7

8

9

10                        Defendant's Exhibit Number 65

11                             Behavior Sheet

12                             (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



DEFENDANT'S
EXHIBIT
65

# Antisocial Personality Disorder Prevalence Among Prison Inmates

Estimates of an APD diagnosis in an incarcerated male population range from 49%-80% as cited by  Widiger & Corbitt, 1995

| | | |
|---|---|---|
| Guze et al. (1969) | Sociopathy | 79% |
| Hare (1980) | DSM III APD | 76% |
| Hare (1985) | DSM III APD | 49% |
| Hare (1991) | DSM III – IIIR APD | 80% |
| Cote & Hodgins (1990) | NIMH DIS | 61% |
| Hart et al. (1992) | DSM III R APD | 64% |

The diagnosis of Antisocial Personality Disorder alone then describes little about prison behavior and recidivism outcome except that the individual is similar to most prison inmates, and thus APD is not in an of itself an indication of a particularly dangerous or incorrigible inmate.

Widiger, T.A., & Corbitt, E. (1995). Antisocial Personality Disorder. In W.J. Livesley (Ed), *The DSM IV personality disorders* (pp. 103-134). New York: Guildford Press

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 66

11                         Behavior Sheet

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25



DEFENDANT'S
EXHIBIT
66

**Antisocial Personality Disorder:**
# Criminality Prevalence in Community

53% of community residents diagnosed
with Antisocial Personality Disorder
had no significant arrest record.

NIMH Epidemiologic Catchment Area Study, 1991

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 67

11                         Behavior Sheet

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S
EXHIBIT
67

# Antisocial Personality Disorder: Diagnostic Soundness Problems

## 1. Shifting diagnostic criteria

- DSM II APD share no common criteria with DSM-III, one with DSM-III-R
- Diagnostic criteria changes not driven by research

## 2. Innumeracy of symptom variations

- DSM -III-R = 3.5 million,   DSM-IV = 400,000

## 3. Absence of symptom weighting

- Pervasive pattern of any three of seven
- Different subtypes likely to vary in important ways

## 4. Temporal instability

- Interrater reliability of APD diagnosis with repeated evaluations only 42.9% to 58.8%
- Lower prevalence rates over age 45 than those younger than 45
- Aging out by fourth decade with remission or reduced criminal behavior, substance abuse and other antisocial acts

## 5. APD overlap with Substance Use Disorders

- Repeated illegal acts, deceitfulness, impulsivity, aggressiveness, recklessness, irresponsibility apply to both
- Difficult to determine if substance disorder is causing antisocial conduct, or APD is causing substance disorder

1

2

3

4

5

6

7

8

9

10                     Defendant's Exhibit Number 68

11                         Business Records

12                        (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S
EXHIBIT
68

## CAUSE NO. F00-02424

FILED

2001 MAY 15 PM 1:00

JIM HAMLIN
DISTRICT CLERK

| THE STATE OF TEXAS | § | IN THE 194TH JUDICIAL |
| --- | --- | --- |
| VS. | § | DISTRICT COURT OF TEXAS |
| JEDIDIAH ISAAC MURPHY | § | DALLAS COUNTY, TEXAS |

BY _____ DEPUTY

## NOTICE OF FILING OF BUSINESS RECORDS PURSUANT TO RULE 902(10)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Defendant, by and through his attorney, Jane Little, and files this his Notice of Filing of Business Records Pursuant to Rule 902(10), Rules of Criminal Evidence, and respectfully shows unto the Court the following:

### I.

The State hereby files self-authenticated business records from the following persons or entities more than fourteen (14) days prior to the commencement of trial:

1. Presbyterian Hospital of Kaufman
2. Aavid Thermal Tech
3. Fruitvale School
4. MHMR

Respectfully submitted,

*Jane Little*

Jane Little
Assistant Public Defender
133 N. Industrial Blvd
Suite C-1., LB 2
Dallas, Texas 75207
(214) 653-3550
State Bar No. 12424210

CAUSE NO.

*F10-02424*

| STATE OF TEXAS | § | *194th Judicial* FILED |
| V. | § | |
| | § | *District Court* 2001 MAY 15 PM 1:00 |
| | § | |
| *JEDIDIAH ISAAC MURPHY* | § | DALLAS COUNTY, TEXAS CLERK DALLAS CO. TEXAS DEPUTY |

## BUSINESS RECORD AFFIDAVIT

Before me, the undersigned authority appeared *WINNIE BOEHNKE*, who, being by me duly sworn, deposed as follows:

My name is *WINNIE BOEHNKE*, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of the records of *AAVID THERMAL TECH.*. Attached hereto are *33* pages of records from *AAVID THERMAL TECH*. These said *33* pages of records are kept by *AAVID THERMAL TECH.* in the regular course of business, and it was the regular course of business of for an employee or representative of *AAVID THERMAL TECH.*, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the exact duplicates of the original.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the *15th* day of *May*, 2001.

Notary Public,

*Larry P. Reid* State of Texas

*LARRY P. REID*  Notary's printed name:

My Commission expires: _____

LARRY P. REID
COMMISSION EXPIRES
JUNE 26, 2004

**Affidavit - Solo Page**

# AAVID™

## Application for Employme

THERMAL TECHNOLOGIES, INC — the industry leader in thermal management products

One ___ al Path • P.O. Box 400
Lac____. New Hampshire 03247-0400
___man Resources: (603) 527-2118 • Fax: (603) 527-2369

: a condition of your continuing at Aavid Thermal Technologies, Inc., you may be subject to periodic testing for the use of alcohol or illegal drugs. You wil ___ ___emed to have consented to these tests by continuing your employment with Aavid.

. Applicant: Consistent with applicable federal and state laws, all employment applications are considered by Aavid Thermal Technologies, Inc., without re___ ___race, religion, color, sex or national origin.

*JIM*

**ERSONAL**          Date: **5-7-97**

_ame: **MURPHY     JEDIDIAH     ISAAC**         **456** _ **71** _ **261**
      last          first          middle          social security number

_ddress: **6305 F.M. 429          KAUFMAN          TX     75142**
      no.     street          city          state     zip

_elephone No. **972 - 962 - 7443**     Referred by:  ☒ Our Advertisement   ☐ Friend/relative

_ate you can start **WHENEVER**             ☐ Emp. Agency     ☐ No one

_osition(s) applied for: **FORKLIFT OR MACHINERY** Full time ✓   Part time _____   Temp ___

_ate of pay expected: $ _____ per _____   If part time specify days/hours _____

_n 18 or over? **YES**     (If no, hire is subject to minimum legal age verification.)

_re you will to work   2nd shift? ___Yes ___No  3rd shift? ✓ Yes ___No   Veteran? _____

_hift preference:  ☒ 1st  ☐ 2nd  ☒ 3rd  Other _____

_ave you ever applied for work here before? **YES**     If yes, when? **A YEAR AGO**

_ave you worked for us before? **NO**    If yes, when? _____   Position: _____

_escribe any specialized training, apprenticeship, skills, and extracurricular/personal activities: _____

**FORKLIFT, CRANE, TRACTOR ETC. OPERATOR, SHEAR,**
**ASSEMBLY ETC.**

_ave you ever been convicted of a crime which has not been formally pardoned, other than motor vehicle offenses resulting

_olely in a fine?  ___Yes  ✓ No  If yes, explain _____

_n case of an emergency, notify: **HOPE ABBOTT**
                                name

      **6305 FM 429.**                    **972-962-7443**
      address                          phone

**_ERFORMANCE REQUIREMENTS:**
f you are offered a job with Aavid Thermal Technologies, Inc. the offer and continued employment will be based upon your being able to satisfy the physica _onditions of the job which were explained to you at the time of the interview. Your job offer or continued employment cannot and will not be rescinded _ased upon your physical appearance or condition unless you or your supervisor determine that you cannot perform the essential functions of the job ev _easonable accommodations if requested) or you present a hazard to yourself or others. False or misleading statements in completing the review will be

# Application for Employment

# AAVID™

THERMAL TECHNOLOGIES, INC. — the industry leader in thermal management products

...ol Path • P.O. Box 400
...conia, New Hampshire 03247-0400
...uman Resources: (603) 527-2118 • Fax: (603) 527-2369

...a condition of your continuing at Aavid Thermal Technologies, Inc., you may be subject to periodic testing for the use of alcohol or illegal drugs. You will be ...eemed to have consented to these tests by continuing your employment with Aavid.

...o Applicant: Consistent with applicable federal and state laws, all employment applications are considered by Aavid Thermal Technologies, Inc., without regard ...o race, religion, color, sex or national origin.

## PERSONAL

Date: 2-9-96

Name: MURPHY (last) JEDIDIAH (first) ISAAC (middle)   456 - 71 - 2616 social security number

Address: 6305 FM 429 (no. street) KAUFMAN (city) TX. (state) 75142 (zip)

Telephone No. 214-962-7443   Referred by: ☑ Our Advertisement ☐ Friend/relative

Date you can start: ASAP   ☐ Emp. Agency   ☐ No one

Position(s) applied for: FORK LIFT OR ANY   Full time ✓   Part time ___   Temp ___

Rate of pay expected: $ 5.50 per HOUR   If part time specify days/hours FULL TIME

Are you 18 or over? YES   (If no, hire is subject to minimum legal age verification.)

Are you will to work   2nd shift? ✓ Yes ___ No   3rd shift? ✓ Yes ___ No   Veteran? NO

Shift preference: ☑ 1st ☑ 2nd ☐ 3rd   Other ___

Have you ever applied for work here before? NO   If yes, when? N/A

Have you worked for us before? NO   If yes, when? N/A   Position: N/A

Describe any specialized training, apprenticeship, skills, and extracurricular/personal activities: H&K OUT OF DALLAS I WORKED AS A FORK LIFT OPERATOR ALSO WORKED IN FABRICATION & SHIPPING & RECIEVING

Have you ever been convicted of a crime which has not been formally pardoned, other than motor vehicle offenses resulting soley in a fine? ___ Yes ✓ No   If yes, explain ___

In case of an emergency, notify: HOPE ABBOTT (name)

SPRINGFIELD APTS (address)   214-962-5965 (phone)

## PERFORMANCE REQUIREMENTS:

If you are offered a job with Aavid Thermal Technologies, Inc. the offer and continued employment will be based upon your being able to satisfy the physica conditions of the job which were explained to you at the time of the interview. Your job offer or continued employment cannot and will not be rescinded based upon your physical appearance or condition unless you or your supervisor determine that you cannot perform the essential functions of the job (wi reasonable accommodations if requested) or you present a hazard to yourself or others. False or misleading statements in completing the review will be

# DRUG SCREENING POLICY STATEMENT
# FOR JOB APPLICANTS

It is the policy of AAVID Thermal Technologies, Inc. to maintain a safe, healthful and productive work environment for our employees; to provide quality services for our customers in an efficient manner; to maintain the integrity and security of our facilities and property; and to perform all these functions in a manner consistent with the interests and concerns of the communities in which we are located.

Because of this AAVID Thermal Technologies, Inc. requests that candidates for employment who receive job offers take a pre-employment physical examination which includes a drug screening test covering illegal substances and legal substances subject to abuse.  All job offers are conditional on passing the physical examination and drug test.

Each eligible candidate will be required to submit a urine and/or blood specimen or other appropriate sample as part of the physical examination and to sign the following Consent and Release.  **Refusal will result in the candidate's disqualification for further employment consideration.**  AAVID Thermal Technologies, Inc. will not knowingly hire anyone who tests positive for substance abuse.

## CONSENT AND RELEASE LIABILITY

I UNDERSTAND that AAVID Thermal Technologies, Inc. requests that I take a pre-employment physical examination which includes appropriate tests to determine the absence or presence of drugs.

I RELEASE AAVID Thermal Technologies, Inc., its parent and affiliated corporations, and their employees and agents from any and all potential liability arising from this request, from taking such tests, or from my failure or refusal to submit to such tests.

_____
Applicant's Signature

CONSENT voluntarily to the physical examination including the drug test.

_____
Applicant's Signature

REFUSE to submit to such tests.  I understand that this refusal will disqualify me from further employment consideration.

_____
5-7-97
Date

Date for orientation: 5-15-97   **PAYCHEX**

## Employee Profile

564

| | | | | |
|---|---|---|---|---|
| Employee # | #8564 | Name | JEDIDIAH MURPHY | |
| S.S.# | 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 | Address | 6305 FM 429 | |
| | | City/State | KAUFMAN Tx | Zip 75142 |

Federal:   Marital Status   ~~SGL~~   Exemptions 0,2

ov.
ve
ank

Hourly Rate 1 _____    State: _____
Hourly Rate 2 _____    Local: _____
Hourly Rate 3 _____    Male/Female: MALE

Birth Date 09/01/75   Start Date 5/15/97   Termination Date _____

Supervisor indicate:

Hire Date: 5-15-97

Start Date: 5-15-97

Dept. # and Name: 165

Shift: 3

Base Rate: $_____

Shift Prem: _____

Pay Rate: $ 6.50

Married
or
Single

How many
Dependents
claimed?

23.38 hrs

**Please read instructions carefully before completing this form.** The instructions must be available during completion of this form. **ANTI-DISCRIMINATION NOTICE.** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| MURPHY | JEDIDIAH | I | |

| Address: (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 6305 FM 429 | | 09-01-75 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| KAUFMAN | TX | 75142 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [x] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A _____
- [ ] An alien authorized to work until __/__/__
  (Alien # or Admission # _____

| Employee's Signature | Date (month/day/year) |
|---|---|
| Jim Murphy | 09-01-75 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

Address (Street Name and Number, City, State, Zip Code)

Date (month/day/year)

## Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| | | TX DL 12468174 | | 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 |

Document title: _____

Issuing authority: _____

Document #: _____

Expiration Date (if any): __/__/__     9 11 01

Document #: _____

Expiration Date (if any): __/__/__

**CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) __/__/__ and that to the best of my knowledge the employee is eligible to work in the United States.** (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | | |

| Business or Organization Name | el | Date (month/day/year) |
|---|---|---|
| Aavid Thermal Tech. of TX. Inc. 250 Apache Tr. Terrell, TX 75160 | | |

## Section 3. Updating and Reverification. To be completed and signed by employer

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____ Document #: _____ Expiration Date (if any): __/__/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 11-21-91) N







## DRUG SCREENING POLICY STATEMENT
## FOR JOB APPLICANTS

It is the policy of AAVID Thermal Technologies, Inc. to maintain a safe, healthful and productive work environment for our employees; to provide quality services for our customers in an efficient manner; to maintain the integrity and security of our facilities and property; and to perform all these functions in a manner consistent with the interests and concerns of the communities in which we are located.

Because of this AAVID Thermal Technologies of TX, Inc. requests that candidates for employment who receive job offers take a pre-employment physical examination which includes a drug screening test covering illegal substances and legal substances subject to abuse. All job offers are conditional on passing the physical examination and drug test.

Each eligible candidate will be required to submit a urine and/or blood specimen or other appropriate sample as part of the physical examination and to sign the following Consent and Release. Refusal will result in the candidates disqualification for further employment consideration. AAVID Thermal Technologies of TX, Inc. will not knowingly hire anyone who tests positive for substance abuse.

### CONSENT AND RELEASE LIABILITY

I UNDERSTAND that AAVID Thermal Technologies of TX, Inc. requests that I take a pre-employment physical examination which includes appropriate tests to determine the absence or presence of drugs.

I RELEASE AAVID Thermal Technologies of TX, Inc., its parent and affiliated corporations, and their employees and agents from any and all potential liability arising from this request, from taking such tests, or from my failure or refusal to submit to such tests.

_____  CONSENT voluntarily to the physical
Applicant's Signature             examination including the drug test.


_____  REFUSE to submit to such tests. I
Applicant's Signature             understand that this refusal will
                                  disqualify me from further employment
                                  consideration.


___2-9-96_____
Date

# AAVID
# SUBSTANCE AND DRUG POLICY

I hereby acknowledge: (a) that I have received a copy of Substance and Drug Policy; (b) that I have read it in its entirety; and (c) that I understand its contents.

5-15-97
_____
Date

_Jim Murphy_
_____
Employee signature



# EMERGENCY CONTACT INFORMATION

## Employee Name: _JEDIDIAH MURPHY_

**The following is a list of people to contact in the event of an emergency:**

**Name:** _HOPE ABBOTT_
**Telephone: (Home)** _972-962-7443_ **(Work)** _SAME_
**Address:** _6305 F.M. 429_
**City:** _KAUFMAN_ **State:** _TX_ **Zip:** _75142_
**Relationship:** _MOM_

**Name:** _CHELSEA WILLIS_
**Telephone: (Home)** _1-903-873-2215_ **(Work)** _563-0200_
**Address:**
**City:** _WILLS POINT_ **State:** _TX_ **Zip:** _75169_
**Relationship:** _FIANCE_

Date _5-15-97_  **Employee Name** _JEDIDIAH MURALY_

**please print name**

D partment: ____165____

## HAZARD COMMUNICATIONS PROGRAM

| | True | False |
|---|---|---|
| **CONCENTRATED ACID:** | | |
| 1. Inhalation will cause severe irritation or a burning sensation of the nose, throat and lungs. | ☑ | ☐ |
| 2. When working with concentrated acid wear goggles and nitrile rubber gloves. | ☑ | ☐ |
| **CONCENTRATED CAUSTICS:** | | |
| 1. Concentrated caustics can cause blurred vision. | ☑ | ☐ |
| 2. Neoprene or nitrile rubber gloves should be used. | ☑ | ☐ |
| **OILS, GREASES, COOLANTS AND LUBRICANTS:** | | |
| 1. Some individuals may develop an allergic type asthmatic reaction. | ☑ | ☐ |
| 2. First Aid Treatment for eye contact, you should flush with fresh water for at least 15 minutes. | ☑ | ☐ |
| **HAZCOM, THE MSDS AND PLACARD SYSTEM :** | | |
| 1. Placards are Generic MSDS Sheets by hazard catagory. | ☑ | ☐ |
| 2. Aavid's Labeling System is 0 -- 5 with "5" rating as deadly. | ☑ | ☐ |
| 3. Ventilation is a good engineering control of chemical hazards. | ☑ | ☐ |
| 4. Only the Loss Prevention Manager has copies of MSDS Sheets. | ☐ | ☑ |

5. What do the letters **MSDS** stand for?

_MEDICAL SAFTY DATA SHEET_

6. An MSDS lists four "**routes of exposure**" into your body, name them.

    1) _BREATHING_        2) _EATING_

    3) _EYES_            4) _SKIN_

7. An MSDS lists two "**effects of exposure**", name them?

    1) _ACUTE_        2) _CHRONIC_

8. What do the letters **PPE** stand for?

_PERSONAL PROTECTIVE EQUIPMENT_

Racking, Kondux, Small Press, Sanding, Drilling, Punch Room, Saw Room, CNC, Warehouse, Packing, Progressive Punch, HEP, and Office.

## SIGNATURE PAGE

EMPLOYEE NAME: _Jedidiah Murphy_

-----------------------------------------------------------------

## AAVID HANDBOOK

1.  I acknowledge that I have received a copy of the Aavid
    Handbook and that a company Representative went over the
    Handbook and benefits with me.

-----------------------------------------------------------------

## AAVID SUBSTANCE AND DRUG POLICY

2.  I hereby acknowledge:  (a) that I have received a copy of
    Substance and Drug Policy in the Aavid handbook; (b) that I
    have read it in its entirety; and (c) that I understand its
    contents. _No handbook given at this time_

-----------------------------------------------------------------

## ORIENTATION & TRAINING PROGRAM

3.  I have completed the Human Resources Orientation &
    Training Program and I understand the program.

-----------------------------------------------------------------

_5-15-97_                    _[signature]_

DATE                      EMPLOYEE SIGNATURE

# AAVID ENGINEERING, INC.
## STATEMENT OF EMPLOYEE OBLIGATIONS

As an employee of Aavid Engineering, Inc. ("AEI") I expressly acknowledge that I have the following obligations to AEI, to my supervisors, to my fellow employees, and to our valued customers and vendors:

1. -- Safety. I have reviewed the safety requirements set forth in the Aavid Engineering Employee Handbook and other written materials which have been furnished to me or made available to me; and have participated in various sessions explaining safety concerns, procedures, practices and reporting requirements applicable to me as an AEI employee. I hereby acknowledge that it is my responsibility to act in line with all safety requirements applicable at any time during my employment. I also understand that I have an affirmative obligation, as an AEI employee, to report any and all safety concerns to my immediate supervisor.

2. -- Hazardous Materials. I am aware that various types of materials which are classified by federal and state governmental authorities as "hazardous materials", with varying levels of potential danger for me and to my fellow employees (if misused, mismanaged, etc.), are used by AEI in conducting its business. I have participated in various training and update sessions explaining the hazardous materials concerns, procedures, practices and reporting requirements applicable to me as an AEI employee. I am aware that throughout the plant, various materials are placed with pertinent information regarding hazardous materials and I agree to familiarize myself with these materials and the nearest location from my place of work. I hereby acknowledge that it is my responsibility to act in line with all hazardous materials requirements applicable at any time during my employment.

3. -- Confidentiality. I am aware that a broad variety of information, in various forms, is maintained, used and available at AEI. With regard to AEI, this includes, but is not limited to, the identity of personnel and their duties, the type and description of various properties, manufacturing processes, trade secrets, financial information, sales information, quoting information, computer systems and data bases, and all other information pertinent to AEI's business. In addition, this includes any and all information, in various forms, from actual and potential customers, which is disclosed to AEI in the normal course of business, including, but not limited to, drawings, specifications, requirements, target prices, customer personnel or operating procedures, customer manufacturing processes, and all other information pertinent to a customer's business. I hereby acknowledge that it is my responsibility to act appropriately to protect any and all information, of AEI and of its customers, with the highest degree of confidentiality and loyalty, and, specifically, to maintain customer information confidential to the same extent as described in any individual non-disclosure agreement to which AEI is now or may in the future become a party.

4. -- Compliance with Employment Practices. I have reviewed the broad range of employment practices described in the Aavid Engineering Employee Handbook and as set forth in other written materials and oral briefing sessions in which I have participated. I hereby acknowledge that it is my responsibility to comply with all such employment practices applicable at any time during my employment.

*No handbook given.*

I understand and hereby acknowledge my responsibilities, as set forth above, as of this _15_ day of _May_, 199_7_.

_____
_Jim Murphy_
Employee

Name:_____

If the Employee has not completed any training required and/or referred to in Sections 1 or 2 above, set forth the exceptions here, including anticipated date of completion:

[21 Oct 92]

# Personnel
# Change Notice

☒ **Employment**
☐ **Termination**
☐ **Change**

**Effective Date** _____

| Name (Last, First, Middle) | | | Soc. Sec. No. | I.D./Sales | Date Prepared |
|---|---|---|---|---|---|
| Murphy  Jedidiah  Isaac | | | 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 | | |

| Address (Street) | (City) | (State) | Zip Code | Phone No. |
|---|---|---|---|---|
| 6305 FM 429 | Kaufman, Tx | | 75142 | 962-1443 |

## Employment

☒ New Hire  ☐ Re-Instate  ☐ Replacement For: _____
☐ Re-Hire  ☐ Addition

| Birth Date | Sex | Marital Status | Employee Status | Job Class | Expense Class | Shift |
|---|---|---|---|---|---|---|
| 9-1-75 | M | Married | | | | |

## Termination (Give Reasons in Remarks)

☐ Voluntary  ☐ Involuntary

| | | Last Day Worked | Pay Up To & Including | Re-Hire |
|---|---|---|---|---|
| | | | | ☐ Yes  ☐ No |

| Employment Date | Vacation Accrued | Severance Pay | Other |
|---|---|---|---|
| | | | |

## Change

☐ Rate/Salary Change  ☐ Promotion  ☐ Transfer

**Leave of Absence**
☐ Military  ☐ Sick Leave  ☐ Layoff
☐ Maternity  ☐ Vacation  ☐ Personal

**Period of Absence**
From _____ Thru _____

| Employment Date | | New Address/Phone No. | |
|---|---|---|---|
| | | | |

## Status

| Status | Job Title | Department | Shift | Location | Rate/Sal |
|---|---|---|---|---|---|
| New | | | | Tx | |
| Present | | | | | |

## Remarks

## Approval

| Approval | | Approved By | Date |
|---|---|---|---|
| Initiated By | Date | Approved By | Date |

# ACKNOWLEDGMENT OF TEMPORARY EMPLOYMENT

I, _JEDIDIAH MURPHY_, recognize that I have been hired by Aavid Thermal Technologies, Inc. as a temporary employee. I understand that I will remain in this status as a temporary employee unless Aavid Thermal Technologies, Inc. takes further action to change the category of my employment.  No change in status will be effective unless prepared in writing and signed by an officer of Aavid Thermal Technologies, Inc. or an officer's designee.

I understand that if I accept an offer from Aavid Thermal Technologies, Inc., to become a regular Aavid employee, that this job offer is contingent upon passing a pre-employment physical examination which includes a drug screening test.

I understand that, as a temporary employee, my employment with Aavid Thermal Technologies, Inc. may be terminated immediately at any time, for any reason or no reason, solely at the Company's option.  By signing this Acknowledgment, I accept employment as a temporary employee with Aavid Thermal Technologies, Inc. based upon these terms and conditions of employment.

Date: _5-15-97_                                      _____
                                                     Employee's Signature


                                                     _____
                                                     Witness

# NEW EMPLOYEE SAFETY TRAINING CHECK LIST

To be filled out by new employee the first day of employment and forwarded to the Manager of Loss Prevention.

Employee Name: *(Jim)* JEDIDIAH MURPHY     Date: 5-15-97

**PLEASE PRINT**

| | SUBJECT MATTER | EMPLOYEE INITIALS |
|---|---|---|
| 1 | Safe job operating procedures. | Jm |
| 2 | Potential department hazard conditions and safe operating procedures. EX.: lockout; tagout; hazcom | Jm |
| 3 | First-aid treatment: Where and to whom to report. | Jm |
| 4 | Reporting unsafe conditions and practices. | Jm |
| 5 | Report all accidents and near-accidents immediately. | Jm |
| 6 | Loss Prevention Committee: Its function and members. | Jm |
| 7 | Smoking Rules | Jm |
| 8 | How to report a fire. Location and proper use of fire extinguishers nearest employee's work area, nearest exit. | Jm |
| 9 | Horseplay, throwing, kicking, practical jokes, shouting, running, jumping, short-cutting and distracting. | Jm |
| 10 | Personal protective equipment — Where and how to use it: eyes; feet; hearing; body. | Jm |
| 11 | Rules pertaining to working on and entering tanks. | Jm |
| 12 | Lifting truck safety: Proper operation; no riders; no unauthorized use. | Jm |
| 13 | Compressed air: Not to be used for cleaning clothing or body; use caution in the presence of others. | Jm |
| 14 | Proper lifting: Manual and mechanical. | Jm |
| 15 | Proper use of ladders. | Jm |
| 16 | Proper clothing — no loose clothing, rings, or sandals. | Jm |
| 17 | Housekeeping practices. | Jm |
| 18 | Suggestions for improving job or plant safety. | Jm |
| 19 | Eyewash location. | Jm |

3/10/96RES

EMPCKLT.DOC



**THERMAL TECHNOLOGIES, INC.**

08/07/97

## OPERATOR/INSPECTOR CERTIFICATION FORM

| OPERATOR/INSPECTOR: Jim Murphy | MACHINE/AREA: Deburr | TRAINER: D. Houston |
|---|---|---|

**RECEIVING OF MATERIALS:**
(1) Extrusion characteristics
(2) Quantity verification/counting
(3) Damage verification
(4) Purchase Order/Receiving Documentation verification
(5) Appropriate Chemical Deburring (i.e.,...burrs, caustic residue, hole deformation, discoloration, plugs are still in the blind holes)

**SAW METHODS:**
(1) Machine Setup
(2) Saw Sharpness
(3) SPC Requirements
(4) Dimensional Characteristics
At Deburr Tables
(5) Wheel Deburr Methods   DEH

**APPROPRIATE STRAIGHTENING:**
(1) Dial Indicator Methods
(2) Verify Dial Indicator Setting
(3) Part Straightness Requirements
(3) .112 ± .005 Print Requirements
(4) SPC Requirements

**COMMENTS:**
805~1665 Motorola

DATE / TIME : 8-8-97

**CNC METHODS:**
(1) Tooling
(2) Machine Setup
(3) Part Loading and Unloading
(4) Fixture Sequence
(5) Coolant Removal Practice
(6) SPC Requirements

**PAD MACHINE:**
(1) Machine Setup
(2) Pad Application (i.e.,...pad adherence to the part surface, no bubbles, no scratches, appropriate heat, pad centered between 6.0 mm clip)

**PACKAGING AND SHIPPING:**
(1) Appropriate Part Cleanliness
(2) Part Identification
(3) Bar Code Label
(4) Part insertion into the box (i.e.,...bottom in the upwards position so as to view the .750 fin cut-out)

**INSPECTION:**
(1) Process verification
(2) W.O. completion
(3) Print requirements
(4) Verification of the SPC data
(5) Box Audit Report
(6) Quality Improvemt Implemetation Plan
(7) Complete knowledge of the part process

# Form W-4 (1995)

**Want More Money In Your Paycheck?**
If you expect to be able to take the earned income credit for 1995 and a child lives with you, you may be able to have part of the credit added to your take-home pay. For details, get Form W-5 from your employer.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct amount of Federal income tax from your pay.

**Exemption From Withholding.** Read line 7 of the certificate below to see if you can claim exempt status. If exempt, complete line 7; but do not complete lines 5 and 6. No Federal income tax will be withheld from your pay. Your exemption is good for 1 year only. It expires February 15, 1996.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $650 and includes unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic Instructions.** Employees who are not exempt should complete the Personal Allowances Worksheet. Additional worksheets are provided on page 2 for employees to adjust their withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply to your situation. The worksheets will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances than this.

**Head of Household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Nonwage Income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making

estimated tax payments using Form 1040-ES. Otherwise, you may find that you owe additional tax at the end of the year.

**Two Earners/Two Jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. This total should be divided among all jobs. Your withholding will usually be most accurate when all allowances are claimed on the W-4 filed for the highest paying job and zero allowances are claimed for the others.

**Check Your Withholding.** After your W-4 takes effect, you can use Pub. 919, Is My Withholding Correct for 1995?, to see how the dollar amount you are having withheld compares to your estimated total annual tax. We recommend you get Pub. 919 especially if you used the Two Earner/Two Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married). Call 1-800-829-3676 to order Pub. 919. Check your telephone directory for the IRS assistance number for further help.

---

## Personal Allowances Worksheet

| | | |
|---|---|---|
| A | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . | A __1__ |
| B | Enter "1" if: { • You are single and have only one job; or • You are married, have only one job, and your spouse does not work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. } | B ____ |
| C | Enter "1" for your **spouse**. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job (this may help you avoid having too little tax withheld) . . . . . | C __0__ |
| D | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . | D __1__ |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of Household** above) | E __1__ |
| F | Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit | F __0__ |
| G | Add lines A through F and enter total here. **Note:** This amount may be different from the number of exemptions you claim on your return ▶ | G __3__ |

For accuracy, do all worksheets that apply.
{
• If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
• If you are **single** and have **more than one job** and your combined earnings from all jobs exceed $30,000 **OR** if you are **married** and have a **working spouse or more than one job**, and the combined earnings from all jobs exceed $50,000, see the Two-Earner/Two-Job Worksheet on page 2 if you want to avoid having too little tax withheld.
• If neither of the above situations applies, **stop here** and enter the number from line G on line 5 of Form W-4 below.
}

- - - - - - - - - Cut here and give the certificate to your employer. Keep the top portion for your records. - - - - - - - - -

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0010 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ For Privacy Act and Paperwork Reduction Act Notice, see reverse. | **1995** |

| 1 Type or print your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| JEDIDIAH | MURPHY | 456 71 2610 |

| Home address (number and street or rural route) | 3 ☐ Single ☐ Married ☑ Married, but withhold at higher Single rate. |
|---|---|
| 6305 FM 429 | Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box. |

| City or town, state, and ZIP code | 4 If your last name differs from that on your social security card, check here and call 1-800-772-1213 for a new card ▶ ☐ |
|---|---|
| KAUFMAN | |

| 5 | Total number of allowances you are claiming (from line G above or from the worksheets on page 2 if they apply) . | 5 | __3__ |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . | 6 | $ |

7 I claim exemption from withholding for 1995 and I certify that I meet **BOTH** of the following conditions for exemption:
• Last year I had a right to a refund of **ALL** Federal income tax withheld because I had **NO** tax liability; **AND**
• This year I expect a refund of **ALL** Federal income tax withheld because I expect to have **NO** tax liability.
If you meet both conditions, enter "EXEMPT" here . . . . . . ▶ | 7 |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

| Employee's signature ▶ Jim Murphy | Date ▶ 5-15-97 , 19 9 |
|---|---|

| 8 Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS) | 9 Office code (optional) | 10 Employer identification number |
|---|---|---|

Cat. No. 10220Q

# Presbyterian
# Occupational
# Health
# Network

*The health of your employees is our business.*

214-524-4053
214-563-0573

A Resource of Presbyterian Hospital of Greenville
724-8 East Moore Avenue, Terrell, Texas 75160

Fax 214-563-0947

## CONSENT AND RELEASE FOR DRUG SCREENING

The undersigned hereby authorizes Presbyterian Occupational Health Network to conduct through its designated physician, medical facility, or laboratory testing facility, a drug screening test.

I understand that a drug screening test will be administered to determine the presence of certain drugs and substances, such as illegal drugs, controlled substances, marijuana, mood or mind-altering substances, "look-alike" substances, designer and synthetic drugs, certain inhalents, and unauthorized prescription drugs.

I release and hold the designated physician, testing laboratory, and medical facility harmless for release of this information. I also release and hold harmless Presbyterian Occupational Health Network, its directors, officers, stockholders, and employees for the use of this information.

### STATE LAW: PICTURE IDENTIFICATION REQUIRED BEFORE ANY SCREENING TEST CAN BE PERFORMED.

Signature

Social Security Number    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

Home Address    6305 FM 429

Company Requesting Drug Screen    AAVID

Printed Name    JEDIDIAH I. MURPHY

Date of Birth    09-01-75

Day Time Phone #    972-962-7443

Today's Date    5-15-97

OPTIONAL: YOU MAY LIST ANY PRESCRIPTION AND OVER-THE COUNTER MEDICATION TAKEN WITHIN THE LAST MONTH.

VICADIN - ADVIL
HYDROCODONE

**Quest Diagnostics**

4770 REGENT BLVD.
IRVING, TX 75063
972-916-3200 / 800-824-6152

| | |
|---|---|
| LAB NUMBER | 98913098-6 REQ PO213463-7 |
| PATIENT | MURPHY, JEDIDIAH I |
| AGE | 21Y DOB 09/01/75 |
| SEX | M |
| I.D. OR ROOM NO. | |
| REPORT STATUS | Final Report |
| DATE REPORTED | 05/16/97, 02:33 AM |
| DATE/TIME COLL. | 05/15/97, 11:00 AM |
| DATE RECEIVED | 05/15/97, 09:22 PM |
| ACCOUNT | 15258 |
| REQ. PHYSICIAN | NO |
| FASTING | NO |

Presby Occup Hlth/Terrell
3900 Joe Ramsey Blvd E
Ste #6
Terrell, TX 75401-7763

1

| Result Name | In Range/Interp | Out of Range | Reference | Units | EN |
|---|---|---|---|---|---|

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 - VICADIN-ADVIL-HYDROCODONE

Ind A300,M50,P75:

| | | | | |
|---|---|---|---|---|
| Amphetamines | NOT DETECTED | | 300 | ng/mL |
| Barbiturates | NOT DETECTED | | 200 | ng/mL |
| Benzodiazepines | NOT DETECTED | | 200 | ng/mL |
| Cocaine | NOT DETECTED | | 300 | ng/mL |
| Marijuana | NOT DETECTED | | 50 | ng/mL |
| Methadone | NOT DETECTED | | 300 | ng/mL |
| Methaqualone | NOT DETECTED | | 300 | ng/mL |
| Opiates | NOT DETECTED | | 300 | ng/mL |
| Phencyclidine | NOT DETECTED | | 75 | ng/mL |
| Propoxyphene | NOT DETECTED | | 300 | ng/mL |
| Integrity Check | | 19 | L SEE REMARK | mg/dL |

The "integrity check" result shown above is creatinine, a normal
constituent of urine used to monitor dilution of the specimen.
A value of 20 or greater is considered to be within normal limits,
while a value less than 20 may be due to increased fluid intake,
adulteration or substitution of the specimen, or a medical condition
of the donor.

Interpretation of immunoassay results which may appear above —

"NOT DETECTED" indicates that the drug or drug family is not present
at or above the cutoff level listed under "Reference."

"SEE CONFIRM" indicates that an additional analysis is required.
Confirmation testing is in process.

We recommend that results be reviewed by a physician who has
knowledge of substance abuse disorders and testing methods.

Tests Ordered:Ind A300,M50,P75

End of Report ( MURPHY,JEDIDIAH I - 98913098-6 )

Results of Urine Drug Screen reported to:

Company Representative: _Linda B_
Date: _5/16/97_   Time: _1415_
POHN Nurse making report: _DAA_

FORM NO. 70916 (REV.1/97)

MEDICARE # 45DC431496   •   CAP #20361-01

PRESBYTERIAN HOSPITAL OF GREENVILLE
3910 Wesley
Greenville, TX 75401

Audio Testing for
AAVID TECHNOLIGIES
TERRELL
Report Date: 05/15/97

SSN:        456712610                           Sex: Male
Badge:
Name:       MURPHY, JIM                         DOB: 09/01/75
Company:    AAVID TECHNOLIGIES
Location:   TERRELL
Department: UNKNOWN
Occupation:

| | LEFT | | | | | | | RIGHT | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1k | 2k | 3k | 4k | 6k | 8k | 500 | 1k | 2k | 3k | 4k | 6k | 8k |
| 05/15/97 | 15 | 10 | 5 | 0 | 5 | 15 | 5 | 10 | 15 | 5 | 5 | 5 | 15 | 10 |
| Age adj | 15 | 5 | 2 | -4 | 0 | 7 | 5 | 10 | 10 | 2 | 1 | 0 | 7 | 10 |

The results of your hearing test showed that your hearing is within
normal limits at all test frequencies (pitches).

This is your first test (baseline) in the program.  Future hearing
tests will be compared to this one to find any change in your
hearing.

No otoscopic information was available.

It is important to have your hearing tested annually and to wear
hearing protection on and off the job when exposed to loud noise.

_____          5-15-97
Employee Signature                     Date
*Age correction used for STS calculations.

Threshold Shifts and Baseline Revisions Should be Confirmed by an
Audiologist, Otolaryngologist, or Other Physician.

# Presbyterian Occupational Health Network
### HEARING TEST QUESTIONNAIRE

Name: _MURPHY_ _JIM_ _I_  Date: _5-15-97_
Last              First              M.I.

Date of Birth: _09-01-75_  Height: _5-11_  Weight: _145_

Sex: _M_  Race: _W_  Social Security No. _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_

Company: _AAVID_  Dept. _N/A_

Job Title: _N/A_  Shift: _3RD_  Hire Date: _6.75_

## AUDITORY HISTORY:

|  | Y or N |
|---|---|
| Do you wear any type of hearing protection (ear plugs, etc.)? | Y |
| Anyone in your family have hearing loss before age 50? | N |
| Do you have difficulty hearing? | N |
| Do you wear a hearing aid? | N |
| Do you have ringing in your ears? | N |
| Do you have frequent or severe dizziness? | N |
| Have you had a cold or flu within the last two weeks? | N |
| Do you have frequent allergy problems? | N |
| Have you ever had any of the following (please circle those that apply): | N |

measles?    scarlet fever?    diabetes?
mumps?    meningitis?    high blood pressure?

|  | Y or N |
|---|---|
| Have you taken any medication or antibiotics in the last month? | Y |
| Do you or have you had a recent ear infection? | N |
| Do you or have you had any recent ear drainage? | N |
| Do you or have you had a recent earache? | N |
| Are you under a physician's care for ear problems? | N |
| Have you ever had ear surgery? | N |
| Have you ever been exposed to any loud explosion? | Y |
| Have you ever had a head injury causing unconsciousness? | Y |
| Have you ever shot firearms - sport or military? | Y |
| Do you listen to loud music or play in a band? | Y |
| Do you have any noisy hobbies (motorcycles, power tools)? | Y |
| Have you ever operated power driven farm equipment? | Y |
| Have you ever operated construction equipment? | Y |
| Have you worked at a noisy job prior to your current one? | Y |
| Do you have a second job that is noisy? | N |

Comments: _I'M AN OPERATOR OF A BACKHOE_

Signature: _Jim Murphy_

Reviewed by: _Carolela Nguyen Tech_

R EXCESSIVE WAX

# RELIASTAR

## EMPLOYEE ENROLLMENT FORM

O OPEN ENROLLMENT
● NEW HIRE
O COBRA
O OTHER

**PLEASE PRINT OR TYPE.** *Fill out all that applies. Use another form if more space is needed.*

## SECTION 1: *COMPLETE ALL THAT APPLIES TO THE EMPLOYEE.*

| NAME OF EMPLOYER / PLAN SPONSOR | MEDICAL EFFECTIVE DATE | GROUP/PLAN NUMBER |
|---|---|---|
| AAVID THERMAL TECHNOLOGIES, INC. | | ASO-26566-7 |

| EMPLOYEE NAME (Last, First, Middle Initial) | GENDER | DATE OF BIRTH | SOC. SECURITY # | TELEPHONE |
|---|---|---|---|---|
| Murphy, Jedidiah I. | O FEMALE<br>● MALE | 9/01/75 | 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 | HOME (972) 962-7443<br>WORK (972) 563-2843 |

| JOB TITLE OR OCCUPATION | MARITAL STATUS | EMPLOYMENT STATUS | DATE OF HIRE |
|---|---|---|---|
| Press | ● MARRIED<br>O SINGLE | O RETIRED    ● ACTIVE FULL-TIME<br>O COBRA (See Section 6)   O ACTIVE PART-TIME | 5/15/97 |

EMPLOYEE ADDRESS (Street Address, City, State, Zip Code)

727 E. N. Commerce    W. 11S Point, TX. 75169

## SECTION 2: *COMPLETE FOR COVERED SPOUSE AND EACH COVERED DEPENDENT*

| SPOUSE / DEPENDENT NAME (Last, First, Middle Initial) | RELATIONSHIP TO EMPLOYEE | GENDER (F or M) | DATE OF BIRTH | SOC. SECURITY # | MARITAL STATUS | EMPLOYED? (Y OR N) | STUDENT? (Y OR N) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SECTION 3: *NWNL COVERAGE SELECTION (CHECK ALL THAT APPLY)*

| MEDICAL | O 1 PERSON<br>O 2 PERSON | O FAMILY | O DECLINE COVERAGE |
|---|---|---|---|

BASIC LIFE/AD&D/STD      O EFFECTIVE DATE

## SECTION 4: *COMPLETE IF ANY COVERED PERSON HAS COVERAGE WITH ANOTHER INSURANCE CARRIER / HEALTH PLAN PROVIDER*

| EMPLOYEE/SPOUSE/DEPENDENT NAME (Last, First, Middle Initial) | NAME and ADDRESS of OTHER INSURANCE CARRIER/ HEALTH PLAN PROVIDER | POLICY/PLAN NUMBER | EFFECTIVE DATE | OTHER COVERAGE TYPE |
|---|---|---|---|---|
| N/A | | | | O MEDICAL<br>O SINGLE   O FAMILY |
| | | | | O MEDICAL<br>O SINGLE   O FAMILY |

## SECTION 5: *COMPLETE IF LIFE / AD&D COVERAGE WAS SELECTED*     GL-24205-5

| BENEFICIARY NAME (If person, enter: Last, First, Middle Initial) | BENEFICIARY ADDRESS (Street Address, City, State, Zip Code) | PERCENT OF BENEFIT (MUST add up to 100%) | RELATIONSHIP TO EMPLOYEE |
|---|---|---|---|
| | | | |
| | | | |

## SECTION 6: *COMPLETE ONLY IF APPLYING FOR COBRA CONTINUATION*

| QUALIFYING EVENT** | EVENT EFFECTIVE DATE | If other coverage, length of pre-existing clause in other coverage: | Were you disabled under the terms of the Social Security Act at the time of your termination of employment or reduction in hours? |
|---|---|---|---|
| | / / | | O YES   O NO   O NOT APPLICABLE |

Case 1:10-cv-00165-N   Document 142-19   Filed 05/05/10   Page 496 of 533   PageID 12016

To the best of my knowledge and belief the above information is correct. I understand that false or inaccurate information may result in the termination of coverage or the non-payment of benefits. I have also read and understand the authorization printed above and consent to its terms.

| | EMPLOYEE's SIGNATURE | DATE SIGNED |
|---|---|---|
| PLEASE READ THE ABOVE RELEASE SECTION AND THEN SIGN → | *[signature] Jedidiah Murphy* | 6 16 97 |

## FOR EMPLOYER / PLAN SPONSOR USE ONLY

| EMPLOYMENT DATA IS ACCURATE: O YES   O NO | SIGNATURE | DATE SIGNED | COVERAGE EFFECTIVE DATE | COBRA PAID-TO-DATE |
|---|---|---|---|---|
| | | /   / | /   / | /   / |

**

---

| INSTRUCTIONS FOR  ** FIELDS ON THE FRONT OF THIS FORM | (Fields are listed alphabetically, by name) |
|---|---|

*BENEFICIARY NAME*: Enter the name of a person, "My Estate" or the name of an organization. You can enter combinations (e.g., one beneficiary line may be a person's name, while a second beneficiary line may be an organization and a third beneficiary line be for "My Estate").

*COBRA QUALIFYING EVENT*: Enter one of the following:    Employment Termination,   Divorce,   Legal Separation,   Loss of dependent status,   Medicare Entitlement,   Death of employee,   Reduction in hours.

*EMPLOYED*: Enter "Yes" if spouse or a dependent is employed (full-time or part-time).  All else, leave blank.

*MARITAL STATUS*: Enter one of the following:    Single,   Married,   Divorce,   Widowed,   Legally Separated.

*STUDENT*: Enter "Yes" if dependent is 19 years or older and a full-time student.  All else, leave blank.

# VOLUNTARY DENTAL ENROLLMENT / CHANGE FORM

**National Life**
Employee Benefits Division

*PLEASE PRINT.* Providing complete information is necessary for the timely and accurate payment of claims. Eligibility for coverage and payment benefits are subject to the terms of the benefit contract.

## AAVID THERMAL TECHNOLOGIES, INC.

GH - 28991-1

| | | | | | |
|---|---|---|---|---|---|
| θ Open Enrollment | ✱ New Hire | θ Termination | θ Add Dependent | θ Delete Dependent | θ Other_____ |

| Employee Name *(last name, first, middle initial)* | Social Security Number | θ Female | Date of Birth |
|---|---|---|---|
| Murphy, Jedidiah I | 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 | ● Male | 9-1-75 |

| Employee Address *(street, city, state, zip code)* | Telephone Number |
|---|---|
| 727 E.N. Commerce #4 Wills Point, TX. 75169 | 972-962-7443 |

*Complete this section to select the coverage you want for yourself and eligible family members.*

1. ● Employee only          2. θ Employee + Family

## Complete for Dependent Coverage

| Add | Drop | Name | Social Security Number | Birthdate | Sex | Relationship |
|---|---|---|---|---|---|---|
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |
| θ | θ | | | | | |

I authorize my employer to deduct from my wages the premium for the above coverages. To the best of my knowledge and belief, the information that I have provided on this form is correct. I understand my coverage begins on the effective date assigned by Northwestern National Life provided I am actively at work.

**PLEASE READ AND SIGN**

| Employee's Signature | Date Signed |
|---|---|
| X *Jedidiah Murphy* | 6-6-97 |

## For employer/plan sponsor use only

| Group/Plan Number GH 28991-1 | Claim Acct# | Location # / Division # | Dental Effective Date or Change Date |
|---|---|---|---|
| Date of Hire | Signature | | Date Signed |

MURPHY, JIM
WK END 08-30-97 DEPT #16
EMP #40564 SHIFT-3

| | | In/Out | | |
|---|---|---|---|---|
| | Sunday | In | | |
| | | Out | | |
| | | In | | |
| | | Out | | |
| | Monday | In | | SU 23 86 |
| | | Out | 7.15 | M 7 69 |
| | | In | | |
| | | Out | | |
| | Tuesday | In | | M 23 14 |
| | | Out | 8.36 | TU 8 02 |
| | | In | | |
| | | Out | | |
| | Wednesday | In | | TU 23 54 |
| | | Out | 7.61 | W 7 65 |
| | | In | | |
| | | Out | | |
| 28 | Thursday | In | | W 23 30 |
| | | Out | 7.74 | TH 7 54 |
| | | In | | |
| | | Out | | |
| 29 | Friday | In | | TH 23 75 |
| | | Out | 7.95 | FR 8 20 |
| | | In | | |
| | | Out | | |
| 30 | Saturday | In | | FR 23 30 |
| | | Out | 7.22 | SA 7 02 |
| | | In | | |
| | | Out | | |

40.00
6.03 OT
46.03 TOT

Faxed

Attn: Willie Richardson

12-22-00
9:46am

K1491    AEONICS, INC., Richardson, TX — (214) 644-2540

*Jim Murphy*

MURPHY, JIM
WK END 09-27-97 DEPT #165
EMP #40564    SHIFT-3

| | | | |
|---|---|---|---|
| In | Sunday | 21 | 0 |
| Out | | | |
| In | | | |
| Out | | | |
| In | Monday | 22 | SU 23.86 |
| Out | | 7.66 | |
| In | | | M 7.52 |
| Out | | | |
| In | Tuesday | 23 | M 23.80 |
| Out | | 4.95 | TU 4.75 |
| In | | | |
| Out | | | |
| In | Wednesday | 24 | C-U |
| Out | | | In |
| In | | | JUF |
| Out | | | |
| In | Thursday | 25 | Call |
| Out | | | In |
| In | | | JUF |
| Out | | | |
| In | Friday | 26 | TH 23.26 |
| Out | | 8.24 | FR 8.00 |
| In | | | |
| Out | | | |
| In | Saturday | 27 | FR 23.88 |
| Out | | 8.14 | SA 8.02 |
| In | | | |
| Out | | | |

28.99
JUF

K1491    AEONICS, INC., Richardson, TX — (214) 644-2540

MURPHY, JIM
WK END 09-27-97 DEPT #165
EMP #40564    SHIFT-3

| | | | |
|---|---|---|---|
| In | Sunday | 28 | 0 |
| Out | | | |
| In | | | |
| Out | | | |
| In | Monday | 29 | SU 23.82 |
| Out | | 8.22 | |
| In | | | M 0.04 |
| Out | | | |
| In | Tuesday | 30 | M 23.34 |
| Out | | 8.24 | |
| In | | | TU 8.09 |
| Out | | | |
| In | Wednesday | 1 | JUFT 4 23.50 |
| Out | | 8.05 | W 8.05 |
| In | | | |
| Out | | | |
| In | Thursday | 2 | W 23.30 |
| Out | | 8.28 | |
| In | | | TH 8.08 |
| Out | | | |
| In | Friday | 3 | TH 23.46 |
| Out | | 8.28 | |
| In | | | FR 8.24 |
| Out | | | |
| In | Saturday | 4 | FR 23.04 |
| Out | | 8.18 | SA 8.02 |
| In | | | |
| Out | | | |

40.00
9.25 OT
49.25
JUF

K1491    AEONICS, INC., Richardson, TX — (214) 644-2540



MURPHY, JIM
WK END 09-13-97  DEPT #165
EMP #40564    SHIFT-3

| | | | |
|---|---|---|---|
| In | 7 Sunday | | 0 |
| Out | | | |
| In | | | |
| Out | | | |
| In | 8 Monday | 8.21 | SU 23 85 |
| Out | | | M 8 06 |
| In | | | |
| Out | | | |
| In | 9 Tuesday | 7.98 | M 23 56 |
| Out | | | TU 7 54 |
| In | | | |
| Out | | | |
| In | 10 Wednesday | 8.44 | TU 23 82 |
| Out | | | W 7 76 |
| In | | | |
| Out | | | |
| In | 11 Thursday | 8.57 | W 23 38 |
| Out | | | TH 7 95 |
| In | | | |
| Out | | | |
| In | 12 Friday | 8.16 | TH 23 48 |
| Out | | | FR 7 64 |
| In | | | |
| Out | | | |
| In | 13 Saturday | 8.70 | FR 23 80 |
| Out | | | |
| In | | | |
| Out | | | JLF SA 8 00 |

40.00
10.06 OT
50.06
JLF

K1491    AEONICS, INC., Richardson, TX — (214) 644-2540

MURPHY, JIM
WK END 09-20-97  DEPT #165
EMP #40564    SHIFT-3

| | | | |
|---|---|---|---|
| In | 14 Sunday | | 0 |
| Out | | | |
| In | | | |
| Out | | | |
| In | 15 Monday | 8.22 | SU 23 34 |
| Out | | | M 7 56 |
| In | | | |
| Out | | | |
| In | 16 Tuesday | 8.26 | M 23 34 |
| Out | | | TU 7 60 |
| In | | | |
| Out | | | |
| In | 17 Wednesday | 5.90 | TU 23 59 |
| Out | | | W 5 49 |
| In | | | |
| Out | | | |
| In | 18 Thursday | 8.15 | W 23 49 |
| Out | | | TH 7 65 |
| In | | | |
| Out | | | |
| In | 19 Friday | 8.20 | TH 23 35 |
| Out | | | FR 7 55 |
| In | | | |
| Out | | | |
| In | 20 Saturday | 8.22 | FR 23 80 |
| Out | | | SA 7 52 |
| In | | | |
| Out | | | |

40.00
6.95 OT
46.95
JLF

K1491    AEONICS, INC., Richardson, TX — (214) 644-2540

Case 3:10-cv-00163-N Document 42-15 Filed 06/05/10 Page 501 of 533 PageID 12021



**MURPHY, JIM**
WK END 08-30-97 DEPT #16!
EMP #40564  SHIFT-3

| | | | |
|---|---|---|---|
| In | 24 Sunday | | |
| Out | | | |
| In | | | |
| Out | | | |
| In | 25 Monday | 7.15 | SU 23 85 |
| Out | | | M 7 00 |
| In | | | |
| Out | | | |
| In | 26 Tuesday | 8.36 | M 23 14 |
| Out | | | TU 8 02 |
| In | | | |
| Out | | | |
| In | 27 Wednesday | 7.61 | TU 23 54 |
| Out | | | W 7 65 |
| In | | | |
| Out | | | |
| In | 28 Thursday | 7.74 | W 23 30 |
| Out | | | TH 7 54 |
| In | | | |
| Out | | | |
| In | 29 Friday | 7.95 | TH 23 75 |
| Out | | | FR 8 00 |
| In | | | |
| Out | | | |
| In | 30 Saturday | 7.22 | FR 23 80 |
| Out | | | SA 7 02 |
| In | | | |
| Out | | | |

40.00
6.03 ot
46.03
JLF

28
29
30

K1491   AEONICS, INC., Richardson, TX — (214) 644-2540

---

**MURPHY, JIM**
WK END 09-06-97 DEPT #165
EMP #40564  SHIFT-3

| | | | |
|---|---|---|---|
| In | 31 Sunday | 0 | |
| Out | | | |
| In | | | |
| Out | | | |
| In | 1 Monday | 8 | holiday |
| Out | | | |
| In | | | |
| Out | | | |
| In | 2 Tuesday | 7.96 JLF m 23 50 | |
| Out | | | TU 7 90 |
| In | | | |
| Out | | | |
| In | 3 Wednesday | 8.16 | TU 23 26 |
| Out | | | W 7 92 |
| In | | | |
| Out | | | |
| In | 4 Thursday | 8.04 | W 23 24 |
| Out | | | TH 7 78 |
| In | | | |
| Out | | | |
| In | 5 Friday | 8.88 | TH 23 26 |
| Out | | | FR 8 64 |
| In | | | |
| Out | | | |
| In | 6 Saturday | 7.08 | FR 23 36 |
| Out | | | SA 6 94 |
| In | | | |
| Out | | | |

40.00
8.06 ot
48.06
JLF

K1491   AEONICS, INC., Richardson, TX — (214) 644-2540



**MURPHY, JIM**
**WK END 08-16-97 DEPT #165**
**EMP #40564   SHIFT-3**

40.0 Reg
12.6 OT
7.75 DBL
60.35 total

**MURPHY, JIM**
**WK END 08-23-97 DEPT #165**
**EMP #40564   SHIFT-3**

40. Reg
4.55 OT
43.62

**Card 1:**

MURPHY, JIM
WK END 08-02-97 DEPT #165
EMP #40564 SHIFT-3

| | | Day | | |
|---|---|---|---|---|
| In | | Sunday 27 | | |
| Out | | | | |
| In | | | | |
| Out | | | | |
| In | | Monday 28 | | |
| Out | | 7.75 | | |
| In | | | W 7.50 | |
| Out | | | | |
| In | | Tuesday 29 | TU 23.20 | |
| Out | | 7.75 | | |
| In | | | TU 7.50 | |
| Out | | | | |
| In | | Wednesday 30 | TU 23.20 | |
| Out | | 7.75 | | |
| In | | | W 7.50 | |
| Out | | | | |
| In | | Thursday 31 | W 23.7 | |
| Out | | 4.25 | 15.40 | |
| In | | | | |
| Out | | | | |
| In | | Friday 1 | Cu | |
| Out | | | In | |
| In | | | JUF | |
| Out | | | | |
| In | | Saturday 2 | | |
| Out | | | | |
| In | | | | |
| Out | | | | |

27.50
JUF

**Card 2:**

MURPHY, JIM
WK END 08-09-97 DEPT #165
EMP #40564 SHIFT-3

| | | Day | | |
|---|---|---|---|---|
| In | | Sunday 3 | | |
| Out | | | | |
| In | | | | |
| Out | | | | |
| In | | Monday 4 | 3U 23 26 | |
| Out | | 7.75 | | |
| In | | | M 7.54 | |
| Out | | | | |
| In | | Tuesday 5 | M 8.82 | |
| Out | | 7.75 | | |
| In | | | TU 7.54 | |
| Out | | | | |
| In | | Wednesday 6 | TU 23.25 | |
| Out | | 7.75 | | |
| In | | | W 7.56 | |
| Out | | | | |
| In | | Thursday 7 | DEH W 21.44 | |
| Out | | 10.06 | TH 7.53 | |
| In | | | | |
| Out | | | | |
| In | | Friday 8 | DEH TH 7.22 | |
| Out | | 10.28 | FR 7.64 | |
| In | | | | |
| Out | | | | |
| In | | Saturday 9 | DEH FR 21.24 | |
| Out | | 10.26 | SA 7.54 | |
| In | | | | |
| Out | | | | |

40.00
13.85 OT
53.85
JUF

K14-91



**Left card:**

MURPHY, JIM
WK END 07-05-97 DEPT #165
EMP #40564 SHIFT-3

| | | Day | | | |
|---|---|---|---|---|---|
| In | | 29 Sunday | | | |
| Out | | | | | |
| In | | | | | |
| Out | | | | | |
| In | | 30 Monday | | 3U 23 28 | |
| Out | | 7.75 | | M 7 55 | |
| In | | | | | |
| Out | | | | | |
| In | | 1 Tuesday | | M 23 24 | |
| Out | | 7.75 | | TU 7 52 | |
| In | | | | | |
| Out | | | | | |
| In | | 2 Wednesday | | TU 23 20 | |
| Out | | 7.75 | | W 7 59 | |
| In | | | | | |
| Out | | | | | |
| In | | 3 Thursday | | W 23 38 | |
| Out | | 7.75 | | TH 7 52 | |
| In | | | | | |
| Out | | | | | |
| In | | 4 Friday | | | |
| Out | | | | | |
| In | | | | | |
| Out | | | | | |
| In | | 5 Saturday | | | |
| Out | | | | | |
| In | | | | | |
| Out | | | | | |

31.00
JIF

K14-91

**Right card:**

MURPHY, JIM
WK END 07-12-97 DEPT #165
EMP #40564 SHIFT-3

| | | Day | | | |
|---|---|---|---|---|---|
| In | | 6 Sunday | | | |
| Out | | | | | |
| In | | | | | |
| Out | | | | | |
| In | | 7 Monday | | SU 23 28 | |
| Out | | 7.75 | | M 7 54 | |
| In | | | | | |
| Out | | | | | |
| In | | 8 Tuesday | | M 23 24 | |
| Out | | 7.75 | | TU 7 54 | |
| In | | | | | |
| Out | | | | | |
| In | | 9 Wednesday | | W 23 14 | |
| Out | | 7.75 | | W 7 52 | |
| In | | | | | |
| Out | | | | | |
| In | | 10 Thursday | | W 23 22 | |
| Out | | 7.75 | | TH 7 59 | |
| In | | | | | |
| Out | | | | | |
| In | | 11 Friday | | TH 23 16 | |
| Out | | 7.75 | | TR 7 52 | |
| In | | | | | |
| Out | | | | | |
| In | | 12 Saturday | | | |
| Out | | | | | |
| In | | | | | |
| Out | | | | | |

36.75
JIF

K14-91

**Left card**

MURPHY, JIM
WK END 07-19-97 DEPT #165
EMP #40564    SHIFT-3

WEEK ENDING

| | | Day | | |
|---|---|---|---|---|
| In | 13 | Sunday | | |
| Out | | | | |
| In | | | | |
| Out | | | | |
| In | 14 | Monday | 7.75 | SU 23 29 |
| Out | | | | M 7 52 |
| In | | | | |
| Out | | | | |
| In | 15 | Tuesday | 6.80 | M 23 24 |
| Out | | | | TU 6 55 |
| In | | | | |
| Out | | | | |
| In | 9 | Wednesday | 7.75 | TU 23 24 |
| Out | | | | W 7 50 |
| In | | | | |
| Out | | | | |
| In | 17 | Thursday | 7.75 | W 23 20 |
| Out | | | | TH 7 52 |
| In | | | | |
| Out | | | | |
| In | 18 | Friday | 7.75 | TH 23 24 |
| Out | | | | FR 7 50 |
| In | | | | |
| Out | | | | |
| In | 19 | Saturday | | |
| Out | | | | |
| In | | | | |
| Out | | | | |

37.80
JLF

K14-91

**Right card**

MURPHY, JIM
WK END 07-26-97 DEPT #165
EMP #40564    SHIFT-3

| | | Day | | |
|---|---|---|---|---|
| In | 20 | Sunday | | |
| Out | | | | |
| In | | | | |
| Out | | | | |
| In | 21 | Monday | 7.75 | SU 23 22 |
| Out | | | | M 7 52 |
| In | | | | |
| Out | | | | |
| In | 22 | Tuesday | 7.75 | M 23 22 |
| Out | | | | TU 7 52 |
| In | | | | |
| Out | | | | |
| In | 23 | Wednesday | | Call In JLF |
| Out | | | | |
| In | | | | |
| Out | | | | |
| In | 24 | Thursday | 7.75 | W 23 15 |
| Out | | | | TH 7 50 |
| In | | | | |
| Out | | | | |
| In | 25 | Friday | 7.75 | TH 23 22 |
| Out | | | | FR 7 50 |
| In | | | | |
| Out | | | | |
| In | 26 | Saturday | | |
| Out | | | | |
| In | | | | |
| Out | | | | |

31.00
JLF

K14-91

1

2

3

4

5

6

7

8

9

10                    Defendant's Exhibit Number 70

11                      Dr. Connell Presentation

12                         (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT'S
EXHIBIT
70
PENGAD-Bayonne,

# Jedidiah (Jim) Isaac Murphy

**Psychosocial Evaluation
for
Sentence Mitigation**

---

# Special Issue

Whether, taking into consideration all of the evidence, including the circumstances of the offense, the defendant's character and background, and the personal moral culpability of the defendant, there is sufficient mitigating circumstance or circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed.

---

# Jedidiah Isaac Murphy

Born September 1, 1975, the fifth child to Hope Abbot and the second child to Roy Don Kines, an alcoholic and a violent man.

Ms. Abbot said she would throw herself between Roy Don and the children to keep him from beating them.

1

## Jedidiah Isaac Murphy p. 2

Mr. Murphy said that his father did become very physically abusive of the children, according to family reports, but he did not recall.

He did remember his father knocking his mother's teeth out and being taken to jail.

## Early Years: Lived in Kaufmann with biological parents, sibs and half sibs, grandparents



2

## Buckner Children's Home

Placed by mother in Buckner Children's Home, with all five siblings, at age 5

Mother came and got her three oldest, Tonya, Tammy, and Bubba, leaving Jim, Donnie, and their younger sister at Buckner.

## Buckner Children's Home



**September 1, 1983**

Jim's 8th birthday at the Tolar's

**Christmas, 1983**

Jim's first Tolar Christmas, age 8, with Donnie

5

## Christmas and birthday pictures



Jim looking at his grandfather at the Tolar's during his first Christmas there

## Significant events

Ms. Tolar reported that Jim's father and both grandparents died while he was with them.

Jim and Donnie always told Ms. Tolar that they were at Buckner because their mama did not want them.



### Christmas, 1985

Jim's third Christmas at the Tolar home.

### August 25, 1986

Jim's 11th birthday at the Tolars

## Christmas, 1987

Jim's last Christmas at the Tolars. He was 12 years old



## Behavior Problems

Donnie said the boys would give Ms. Tolar problems. Mr. Tolar would come home and would beat them. He said they were locked in closets, locked out of the house, whipped with bed slats, and not fed at times.

Ms. Tolar said Donnie was far worse in behavior than Jim. She said she disciplined them "until my strength ran out" and then Mr. Tolar took over, when he got home from work.

## Behavior Problems

Jim recalled that the Tolars were mean to him and his brother, and abused him, and "Donnie took up for me and that presented a problem and it just snowballed."

Ms. Tolar said that she and her husband finally "couldn't hold them any more" and "gave them to the state" to raise.

8

## Van Zandt County Children's Shelter records

These records describe clear picture of the extreme problems in the Tolar home, with Donnie's behavior improving in the shelter after his removal, with school records showing Jim to be an average student. Records indicate that Donnie was domineering and threatening with Jim. Donnie reported a family history of injuries sustained when his drunken father tried to teach him to drive at age 5.

## Next placement

Jim was in another foster placement in Fruitvale. Donnie went to another adoption with Mr. Garth Looney. Donnie still lives with his second adoptive father. When he was 17 and Jim was 16, the boys were able to visit one another again, having been separated for about four years.

## Murphy adoption

Jim was finally adopted by the Murphy family at the age of 12, on about March 4, 1987, because Ms. Murphy saw him at the Fruitvale school, where she taught, and thought he looked like a good companion for her son, because of his size.

The Murphy's divorced, and Jim blamed himself, though they may have been divorced once before. He went with Mr. Murphy.

9

## The Murphy adoption

Jim said the Murphys were the "...all American dream," for him, at first, and then "...they split up. Everything went wrong." He felt that because Mr. Murphy did more with him than he did with his own son, the split was all his fault.

## The Murphy adoption, p. 2

Jim said that Ms. Murphy would have all of his school records, "...but she hates me with a passion because I went to live with my dad."

"...I sent her a picture of my daughter and she sent it back--she really don't like me any more."

## Alcohol history

Jim started drinking when he was 14 and became a serious drinker and drug user during the next few years. He reportedly quit using drugs in 1998, at the age of 23.

He established a common-law marital relationship with Chelsea Willis in 1995. When he drank, he was violent and abusive, and as the relationship faltered, he became suicidal.

10

**May 27, 1992  Jim Murphy graduated from Edgewood High School in the middle of his advanced class program; college prep courses**

## Adult years

6/12/94 arrest and 1/18/95 conviction for Burglary of a Habitation and of a Motor vehicle (gun and cell phone), age 19,  incarcerated at boot camp at TDC, then ten years probation

8/17/97  Head-butted Chelsea in fight, arrested for assault/bodily injury (Jeanne Evans hit in left eye)

## Work history

He worked as a welder, in intermittent periods of sobriety.  Dates at which his employment noted in file:

3/2/95     H and K Distribution, Dallas

2/2/96     Applied at Speedo, bartender

4//8/99    was working at Big C Construction

11

## Work history, p. 2

| | |
|---|---|
| 2/15/00 | Started at Argon Gas about then |
| 6/22/00 | Was then working at Griffin Products |

## Medical history

| | |
|---|---|
| 5/13/96 | Gastritis, chest pain, vomiting black substance, heavy drinking |
| 3/4/97 | Shot nail gun through left thumb, pulled nail out |
| 5/15/97 | Clean drug screen |
| 9/23/97 | Foot caught in hole, hurt back |

## Medical history, p. 2

| | |
|---|---|
| 8/30/98 | Conjunctivitis, right eye corneal abrasion |
| 9/18/98 | Laceration of right hand at work |
| 11/19/98 | Oak haven for 10 days: suicide attempt, OD on 40 pills, Dx 303.90, alch depend, GAF 50-55 on discharge |

12

*Confidential*

Minnesota Multiphasic Personality Inventory-2
Millon Clinical Multiaxial Inventory-III
TOMM
Collateral Contacts, including:
     Chelsea Willis
     Hope Abbott
     Garth Looney
     Donnie Looney
     Tonya Thorp
     Celeste Tolar

## Background and Interview Observations:

Jedidiah (Jim) Isaac Murphy was interviewed and tested at the Lou Sterritt Jail, West Tank, where he was being held awaiting trial for capital murder. He expressed willingness to cooperate after being told the purpose of the evaluation, the potential range of outcomes of the evaluation, and the lack of confidentiality inherent in forensic evaluations. He expressed an understanding that I was going to interview and evaluate him, interview various family members, and review documents pertaining to his educational and medical records, in order to provide information to the trier of fact regarding any factors that might mitigate against the imposition of the death penalty. Mr. Murphy was seen on three occasions, each time for interview and testing, and was cooperative, communicative, and appropriately focused at each session. During the second testing session, the lights in the jail briefly went off, but he did not seem excessively distressed by this event. During the third session, he was seen in a holding cell outside the courtroom, where it was necessary that he stand during completion of one instrument, the TOMM. He was clearly more fatigued and distressed on this occasion, and expressed frustration that his medication was not being administered at the usual time each day, and that he was having some difficulty getting sufficient sleep.

Jim Murphy provided the following history. He indicated that he was born September 1, 1975, the youngest of four children born to his parents. His father was Roy Don Kines, and his mother was Hope Kines. He had two older sisters, Tonya and Tammy, and one older brother, Donnie. He said that he also had a fleet of half- and step-siblings. Each parent had been married other times. He reported that his father was in construction work, and his mother was a nurse. His father was an alcoholic and died in 1983 because of complications of alcoholism, according to Mr. Murphy. He reported that his parents were separated when his father died. He explained that his mother had taken her three children from a prior marriage, and had left the family when he was four or five years of age. He said that she took Tonya, then 13 years of age, Tammy, then 12 years of age, and Bob (Bubba), then 11 years of age.

Mr. Murphy reported that he and his family lived with his father's parents in Kaufman before the separation. He said that his mother left because his father was very abusive, and he said that he has heard that his father eventually became extremely abusive of the children, but he does not ever remember being abused at his father's hand. He remembered his father beating his mother and knocking her teeth out, and then being taken to jail and to a mental institution. Mr. Murphy

1

2

3

4

5

6

7

8

9

10                     Defendant's Exhibit Number 70A

11      Dr. Connell Presentation Without Objected Photographs

12                         (Copy attached)

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANTS'
EXHIBIT
7DA

## Jedidiah (Jim) Isaac Murphy

**Psychosocial Evaluation
for
Sentence Mitigation**

## Special Issue

Whether, taking into consideration all of the evidence, including the circumstances of the offense, the defendant's character and background, and the personal moral culpability of the defendant, there is sufficient mitigating circumstance or circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed.

## Jedidiah Isaac Murphy

Born September 1, 1975, the fifth child to Hope Abbot and the second child to Roy Don Kines, an alcoholic and a violent man.

Ms. Abbot said she would throw herself between Roy Don and the children to keep him from beating them.

1

## Jedidiah Isaac Murphy p. 2

Mr. Murphy said that his father did become very physically abusive of the children, according to family reports, but he did not recall.

He did remember his father knocking his mother's teeth out and being taken to jail.

_____
_____
_____
_____
_____
_____

## Early Years: Lived in Kaufmann with biological parents, sibs and half sibs, grandparents



_____
_____
_____
_____
_____
_____

## Jim Murphy's father

Roy Don Kines



_____
_____
_____
_____
_____

2

## The Kines grandparents

Not sure of year



## Buckner Children's Home

Placed by mother in Buckner Children's Home, with all five siblings, at age 5

Mother came and got her three oldest, Tonya, Tammy, and Bubba, leaving Jim, Donnie, and their younger sister at Buckner.

## Buckner Children's Home



3

## With the Tolars from 1983 until 1988

Jim Murphy is front center with Mr.Murphy, the three Murphy boys, and Donnie

*hot*
*adonies*

## September 1, 1983

Jim's 8th birthday at the Tolar's

*adnes*

## Christmas, 1983

Jim's first Tolar Christmas, age 8, with Donnie

*adnies*

### Christmas and birthday pictures

Jim looking at his grandfather at the Tolar's during his first Christmas there



### Paternal grandparents and the children

Mr. and Margaret Kines, Jim Murphy and his brothers



### Significant events

Ms. Tolar reported that Jim's father and both grandparents died while he was with them.

Jim and Donnie always told Ms. Tolar that they were at Buckner because their mama did not want them.

6



### Biological father died when Jim was 9

DONNIE
ROY DONALD KINES
JULY 10, 1944
DEC 19, 1954

### Christmas, 1985

Jim's third Christmas at the Tolar home.

### August 25, 1986

Jim's 11th birthday at the Tolars

7

## Christmas, 1987

Jim's last Christmas at the Tolars. He was 12 years old



## Behavior Problems

Donnie said the boys would give Ms. Tolar problems. Mr. Tolar would come home and would beat them. He said they were locked in closets, locked out of the house, whipped with bed slats, and not fed at times.

Ms. Tolar said Donnie was far worse in behavior than Jim. She said she disciplined them "until my strength ran out" and then Mr. Tolar took over, when he got home from work.

## Behavior Problems

Jim recalled that the Tolars were mean to him and his brother, and abused him, and "Donnie took up for me and that presented a problem and it just snowballed."

Ms. Tolar said that she and her husband finally "couldn't hold them any more" and "gave them to the state" to raise.

8

## Van Zandt County Children's Shelter records

These records describe clear picture of the extreme problems in the Tolar home, with Donnie's behavior improving in the shelter after his removal, with school records showing Jim to be an average student. Records indicate that Donnie was domineering and threatening with Jim. Donnie reported a family history of injuries sustained when his drunken father tried to teach him to drive at age 5.

## Next placement

Jim was in another foster placement in Fruitvale. Donnie went to another adoption with Mr. Garth Looney. Donnie still lives with his second adoptive father. When he was 17 and Jim was 16, the boys were able to visit one another again, having been separated for about four years.

## Murphy adoption

Jim was finally adopted by the Murphy family at the age of 12, on about March 4, 1987, because Ms. Murphy saw him at the Fruitvale school, where she taught, and thought he looked like a good companion for her son, because of his size.

The Murphy's divorced, and Jim blamed himself, though they may have been divorced once before. He went with Mr. Murphy.

9

## The Murphy adoption

Jim said the Murphys were the "...all American dream," for him, at first, and then "...they split up. Everything went wrong." He felt that because Mr. Murphy did more with him than he did with his own son, the split was all his fault.

## The Murphy adoption, p. 2

Jim said that Ms. Murphy would have all of his school records, "...but she hates me with a passion because I went to live with my dad."

"...I sent her a picture of my daughter and she sent it back—she really don't like me any more."

## Alcohol history

Jim started drinking when he was 14 and became a serious drinker and drug user during the next few years. He reportedly quit using drugs in 1998, at the age of 23.

He established a common-law marital relationship with Chelsea Willis in 1995. When he drank, he was violent and abusive, and as the relationship faltered, he became suicidal.

10

May 27,1992 Jim Murphy graduated from Edgewood High School in the middle of his advanced class program; college prep courses

## Adult years

6/12/94 arrest and 1/18/95 conviction for Burglary of a Habitation and of a Motor vehicle (gun and cell phone), age 19, incarcerated at boot camp at TDC, then ten years probation

8/17/97 Head-butted Chelsea in fight, arrested for assault/bodily injury (Jeanne Evans hit in left eye)

## Work history

He worked as a welder, in intermittent periods of sobriety. Dates at which his employment noted in file:

3/2/95    H and K Distribution, Dallas

2/2/96    Applied at Speedo, bartender

4//8/99   was working at Big C Construction

11

## Work history, p. 2

| | |
|---|---|
| 2/15/00 | Started at Argon Gas about then |
| 6/22/00 | Was then working at Griffin Products |

## Medical history

| | |
|---|---|
| 5/13/96 | Gastritis, chest pain, vomiting black substance, heavy drinking |
| 3/4/97 | Shot nail gun through left thumb, pulled nail out |
| 5/15/97 | Clean drug screen |
| 9/23/97 | Foot caught in hole. hurt back |

## Medical history, p. 2

| | |
|---|---|
| 8/30/98 | Conjunctivitis, right eye corneal abrasion |
| 9/18/98 | Laceration of right hand at work |
| 11/19/98 | Oak haven for 10 days: suicide attempt, OD on 40 pills, Dx 303.90, alch depend, GAF 50-55 on discharge |

12

*Confidential*

Minnesota Multiphasic Personality Inventory-2
Millon Clinical Multiaxial Inventory-III
TOMM
Collateral Contacts, including:
>Chelsea Willis
>Hope Abbott
>Garth Looney
>Donnie Looney
>Tonya Thorp
>Celeste Tolar

## Background and Interview Observations:

Jedidiah (Jim) Isaac Murphy was interviewed and tested at the Lou Sterritt Jail, West Tank, where he was being held awaiting trial for capital murder. He expressed willingness to cooperate after being told the purpose of the evaluation, the potential range of outcomes of the evaluation, and the lack of confidentiality inherent in forensic evaluations. He expressed an understanding that I was going to interview and evaluate him, interview various family members, and review documents pertaining to his educational and medical records, in order to provide information to the trier of fact regarding any factors that might mitigate against the imposition of the death penalty. Mr. Murphy was seen on three occasions, each time for interview and testing, and was cooperative, communicative, and appropriately focused at each session. During the second testing session, the lights in the jail briefly went off, but he did not seem excessively distressed by this event. During the third session, he was seen in a holding cell outside the courtroom, where it was necessary that he stand during completion of one instrument, the TOMM. He was clearly more fatigued and distressed on this occasion, and expressed frustration that his medication was not being administered at the usual time each day, and that he was having some difficulty getting sufficient sleep.

Jim Murphy provided the following history. He indicated that he was born September 1, 1975, the youngest of four children born to his parents. His father was Roy Don Kines, and his mother was Hope Kines. He had two older sisters, Tonya and Tammy, and one older brother, Donnie. He said that he also had a fleet of half- and step-siblings. Each parent had been married other times. He reported that his father was in construction work, and his mother was a nurse. His father was an alcoholic and died in 1983 because of complications of alcoholism, according to Mr. Murphy. He reported that his parents were separated when his father died. He explained that his mother had taken her three children from a prior marriage, and had left the family when he was four or five years of age. He said that she took Tonya, then 13 years of age, Tammy, then 12 years of age, and Bob (Bubba), then 11 years of age.

Mr. Murphy reported that he and his family lived with his father's parents in Kaufman before the separation. He said that his mother left because his father was very abusive, and he said that he has heard that his father eventually became extremely abusive of the children, but he does not ever remember being abused at his father's hand. He remembered his father beating his mother and knocking her teeth out, and then being taken to jail and to a mental institution. Mr. Murphy

1           TRIAL COURT CAUSE NO. F00-02424-M

2  THE STATE OF TEXAS        :    IN THE 194TH DISTRICT

3  VS.                   :    COURT OF DALLAS COUNTY

4  JEDIDIAH ISAAC MURPHY    :    T E X A S

5         I, Darline W. LaBar, Official Court Reporter of the

6  194th Judicial District Court, in and for Dallas County,

7  Texas do hereby certify that the foregoing exhibits

8  constitutes true and complete duplicates of the original

9  exhibits, excluding physical evidence, offered into evidence

10  during the Trial on the Merits By Jury in the above-entitled

11  and numbered causes as set out herein before the Honorable F.

12  Harold Entz, Jr., Judge of the 194th District Court of Dallas

13  County, Texas, beginnining the 26th day of February, A.D.,

14  2001.

15         I further certify that the total cost for the

16  preparation of this Reporter's Record is $28,894.00 and will

17  be paid by Dallas County, State of Texas.

18         Witness my hand this the 27th day of November, A.D.,

19  2001.

20

21

22

23                DARLINE W. LABAR
               Official Court Reporter
24                194th Judicial District Court
               Dallas County, Texas
25                (214) 653-5803

 Certification No. 1064 Expires December 31, 2002

DARLINE W. LABAR, OFFICIAL REPORTER