IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-70007

D.C. Docket No. 3:10-CV-163

United States Court of Appeals
Fifth Circuit
**FILED**
August 24, 2018
Lyle W. Cayce
Clerk

JEDIDIAH ISAAC MURPHY,

    Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent - Appellee

Appeal from the United States District Court for the
Northern District of Texas

Before KING, DENNIS, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

**Certified as a true copy and issued
as the mandate on Sep 17, 2018**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 17, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 17-70007    Jedidiah Murphy v. Lorie Davis, Director
                           USDC No. 3:10-CV-163

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Monica R. Washington, Deputy Clerk
                           504-310-7705

cc:  Mr. Randolph Lee Schaffer Jr.
     Mr. Richard Ellsworth Wetzel
     Mr. George A. d'Hemecourt