IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEDIDIAH ISAAC MURPHY, | § |
| Petitioner, | § |
| v. | § No. 3:10-CV-163-N |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

ORDER GRANTING MURPHY'S MOTION FOR APPOINTMENT OF COUNSEL

The matters before the court are (1) Murphy's motion for appointment of counsel, filed June 8, 2023 (ECF no. 50) requesting appointment of counsel in this capital habeas corpus proceeding; (2) this Court's Show Cause Order issued June 8, 2023 (ECF no. 51); and the responses to this Court's show cause Order filed by Murphy's former federal habeas counsel, Murphy's current state habeas counsel, and the Federal Public Defender (ECF nos. 53-55, respectively).

It is hereby ORDERED that: (1) attorneys Schaffer and Wetzel's Response to this Court's Show Cause Order (ECF no. 53) is construed as a motion for leave to withdraw and is GRANTED; (2) for the reasons set forth in the Federal Public Defender's Response to this Court's Show Cause Order (ECF no. 55), attorney Katherine Froyen Black, whose mailing address is 205 Blue Ridge Trail, Austin, Texas 78746, and whose telephone number is (415) 847-6127, is appointed as lead counsel for Murphy in accordance with 18 U.S.C. § 3599(a)(2) and the Federal Public Defender for the Northern District of Texas is appointed as local counsel; and (3) the Clerk shall transmit copies of this Order to all counsel of record, attorney Bernhard, and to Murphy, whose mailing

address is Jedidiah Isaac Murphy, TDCJ no. 999392, Allan. B. Polunsky Unit, 3872 FM 350 South, Livingston, Texas 77351.

SIGNED June 26, 2023.

_____
**DAVID C. GODBEY**
**CHIEF UNITED STATES DISTRICT JUDGE**