# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **JEDIDIAH ISAAC MURPHY,** | § | |
| | § | |
| *Petitioner*, | § | **3:10-cv-163** |
| **v.** | § | ***Death Penalty Case*** |
| **BOBBY LUMPKIN, Director,** | § | |
| *Texas Department of Criminal Justice,* | § | |
| *Correctional Institutions Division* | § | |
| | § | |
| *Respondent.* | § | |

## ENTRY OF APPEARANCE OF LOCAL COUNSEL

I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:  June 28, 2023

/s/ *Jeremy Schepers*
JEREMY SCHEPERS
Supervisor, Capital Habeas Unit
Northern District of Texas
525 Griffin Street, Suite 629
Dallas, Texas 75202
214-767-2746
214-767-2886 fax
Jeremy_Shepers@fd.org